ZACHARY A. KELLER (Texas 24087838)
zkeller@ftc.gov; (214) 979-9382
REID A. TEPFER (Texas 24079444)
rtepfer@ftc.gov; (214) 979-9395
EDWARD HYNES (New York 4887584)
ehynes@ftc.gov; (214) 979-9381
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
Fax: (214) 953-3079

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GOLDEN SUNRISE NUTRACEUTICAL, INC.**, a corporation, <br><br> **GOLDEN SUNRISE PHARMACEUTICAL, INC.**, a corporation, <br><br> **HUU TIEU**, individually and as an officer of Golden Sunrise Nutraceutical, Inc. and Golden Sunrise Pharmaceutical, Inc., and <br><br> **STEPHEN MEIS**, individually and as an officer of Golden Sunrise Nutraceutical, Inc., <br><br> Defendants. | Case No.: <br><br> **PLAINTIFF FEDERAL TRADE COMMISSION'S APPENDIX IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER AGAINST DEFENDANTS GOLDEN SUNRISE NUTRACEUTICAL, INC., GOLDEN SUNRISE NUTRACEUTICAL, INC., HUU TIEU, AND STEPHEN MEIS**. |

**FTC'S APPENDIX IN SUPPORT OF MOTION FOR TRO – INDEX** 1

| Exhibit | Attachment | Description | Bates Number |
|---------|------------|-------------|--------------|
| 1. | | Declaration of Federal Trade Commission Investigator, Kelle Slaughter | App. 000001-App.0000014 |
| | A | Golden Sunrise Pharmaceutical, Inc., California Secretary of State Filing October, 2011 | App. 000015 |
| | B | Golden Sunrise Pharmaceutical, Inc., California Secretary of State Filing February, 2020 | App. 000016 |
| | C | Golden Sunrise Nutraceutical, Inc., California Secretary of State Filing March, 2018 | App. 000017-App. 000018 |
| | D | Golden Sunrise Nutraceutical, Inc., California Secretary of State Filing August 2019 | App. 000019 |
| | E | Golden Sunrise Nutraceutical, Inc., California Secretary of State Filing January, 2020 | App. 000020 |
| | F | Golden Sunrise Pharmaceutical, Inc., Website May 26, 2020 | App. 000021-App. 000022 |
| | G | Golden Sunrise Nutraceutical, Inc., Website May 26, 2020 | App. 000023-App. 000046 |
| | H | Golden Sunrise Nutraceutical, Inc., Emergency D Virus Plan of Care | App. 000047-App. 000060 |
| | I | Golden Sunrise Nutraceutical, Inc., Website-Treatment June 8, 2020 | App. 000061-App. 000179 |
| | J | Golden Sunrise Nutraceutical, Inc., Video Testimonial List | App. 000180 |
| | K | Golden Sunrise Pharmaceutical, Inc., Facebook Posts June 8, 2020 | App. 000181 |
| | L | Golden Sunrise Nutraceutical, Inc., Facebook April 9 | App. 000182-App. 000183 |
| | M | Golden Sunrise Nutraceutical, Inc., Facebook April 16 | App. 000184 |
| | N | Golden Sunrise Nutraceutical, Inc., Facebook March 18 | App. 000185 |
| | O | Golden Sunrise Nutraceutical, Inc., Facebook March 3 | App. 000186-App. 000187 |
| | P | News Article April 9, 2020 | App. 000188 |
| | Q | Department of Justice Press Release July 14, 2020 | App. 000189-App. 000190 |
| | R | Department of Justice Huu Tieu Indictment | App. 000191-App. 000207 |
| | S | Federal Trade Commission Email Delivering Warning Letter to Golden Sunrise Pharmaceutical, Inc. | App. 000208 |

| | | | |
|---|---|---|---|
| | S.1 | Federal Trade Commission Warning Letter | App. 000209-App. 000210 |
| | T | Huu Tieu Email May 11, 2020 | App. 000211-App. 000212 |
| | T.1 | Golden Sunrise Nutraceutical, Inc., Letter to James Elliot | App. 000213 |
| | T.2 | Emergency Use of Test Article | App. 000214-App. 000217 |
| | T.3 | Golden Sunrise Nutraceutical, Inc., Letter to Food and Drug Administration and Protocol Plan of Care Dated April 9, 2020 | App. 000218-App. 000229 |
| | T.4 | Golden Sunrise Nutraceutical, Inc., Letter to Food and Drug Administration and Patient Results Dated April 25, 2020 | App. 000230-App. 000247 |
| | T.5 | Medical Report 1 | App. 000248-App. 000267 |
| | T.6 | Medical Report 2 | App. 000268-App. 000317 |
| | T.7 | Medical Report 3 | App. 000318-App. 000338 |
| | T.8 | Medical Report 4 | App. 000339-App. 000386 |
| | T.9 | Medical Report 5 | App. 000387-App. 000431 |
| | U | Federal Trade Commission Email Dated May 12, 2020 | App. 000432-App. 000433 |
| | V | Huu Tieu Email Dated May 15, 2020 | App. 000434-App. 000435 |
| | V.1 | Golden Sunrise Nutraceutical, Inc., Letter to Zachery Keller May 15, 2020 | App. 000436-App. 000437 |
| | W | Federal Trade Commission Email Dated May 18, 2020 | App. 000438-App. 000442 |
| | X | Golden Sunrise Pharmaceutical, Inc., April 26, 2020 | App. 000443-App. 000447 |
| | Y | Original Emergency D-Virus Plan of Care | App. 000448-App. 000459 |
| | Z | FTC v. Cardiff Decision | App. 000460-App. 000496 |
| | AA | Golden Sunrise Nutraceutical YouTube Page | App. 000497 |
| | BB | Huu Tieu Email Dated May 31, 2020 | App. 000497-App. 000503 |
| 2. | | Declaration of Blair Looney | App. 000504-App. 000505 |
| | A | Golden Sunrise Billboard – Hwy 198 (East-facing) | App. 000506 |

**FTC'S APPENDIX IN SUPPORT OF MOTION FOR TRO – INDEX** 3

| | | | |
|---|---|---|---|
| | B | Golden Sunrise Billboard – Hwy 198 (West-facing) | App. 000507 |
| | C | Golden Sunrise Billboard – Hwy 65N (South-facing) | App. 000508 |
| | D | Golden Sunrise Billboard – Hwy 65N (North-facing) | App. 000509 |
| 3. | | Declaration of Howard R. Philips | App. 000510-App. 000513 |
| 4. | | Declaration of Richard van Breemen | App. 000514-App. 000522 |
| | A | Curriculum Vitae of Richard van Breemen | App. 000523-App. 000639 |
| | B | Emergency D-Virus Plan of Care | App. 000640-App. 000651 |
| | C | Golden Sunrise Nutraceutical, Inc., Letter to Food and Drug Administration and Protocol Plan of Care Dated April 9, 2020 | App. 000652-App. 000663 |
| | D | Golden Sunrise Nutraceutical, Inc., Letter to Food and Drug Administration and Patient Results Dated April 25, 2020 | App. 000664-App. 000681 |
| | E | Medical Report 1 | App. 000682-App. 000701 |
| | F | Medical Report 2 | App. 000702-App. 000751 |
| | G | Medical Report 3 | App. 000752-App. 000772 |
| | H | Medical Report 4 | App. 000773-App. 000820 |
| | I | Medical Report 5 | App. 000821-App. 000856 |

Respectfully submitted,

ALDEN F. ABBOTT
General Counsel

Dated: July 31, 2020
*/s/  Zachary A. Keller  /s/*
ZACHARY A. KELLER
Texas Bar No. 24087838
zkeller@ftc.gov; (214) 979-9382
REID A. TEPFER
Texas Bar No. 24079444
rtepfer@ftc.gov; (214) 979-9385
EDWARD HYNES
New York Bar No. 4887584
ehynes@ftc.gov; (214) 979-9381
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
Fax: (214) 953-3079
Attorneys for Plaintiff
FEDERAL TRADE COMMISSION

**FTC'S APPENDIX IN SUPPORT OF MOTION FOR TRO – INDEX 5**