**DECLARATION OF KELLE A. SLAUGHTER**

**PURSUANT TO 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1. My name is Kelle A. Slaughter. I am over 18 years of age and make this Declaration based upon my personal knowledge or information made known to me in the course of my official duties, and, if called, I would testify to the same.

2. I am employed as a Federal Trade Investigator with the Federal Trade Commission ("FTC"), a position that I have held for more than 2 years. My office address is 1999 Bryan Street, Suite 2150, Dallas, Texas 75201.

3. As a Federal Trade Investigator, my duties include investigating parties suspected of engaging in unfair or deceptive acts or practices in violation of the FTC Act and other laws or rules enforced by the FTC.

4. As an employee of the Federal Trade Commission Southwest Region, I am familiar with the manner in which its records are created and maintained by virtue of my duties and responsibilities as Federal Trade Investigator.

5. As part of my duties, I assisted in the FTC's non-public investigation of Golden Sunrise Nutraceutical, Inc., Golden Sunrise Pharmaceutical, Inc., and the related individuals Huu Tieu and Stephen Meis (collectively, "Golden Sunrise"). I also assisted in the FTC's COVID-19 warning letter program—a program that resulted in Defendant Golden Sunrise Pharmaceutical receiving a warning letter regarding a product it markets that purportedly treats COVID-19.

6. During the investigation, I also routinely received and reviewed emails associated with Defendants that were sent to other FTC staff. I regularly review and receive emails concerning communications with investigation targets and am familiar with the email addresses of FTC staff with whom I work on investigations.

7. I am accordingly familiar with the records created and maintained as part of the FTC's non-public investigation of Defendants as well as Defendant Golden Sunrise Pharmaceutical's receipt of a warning letter as part of the FTC's COVID-19 warning letter program.

8. Through the FTC's warning letter program and non-public investigation, I acquired personal knowledge of the facts stated here, and, if called, would testify to the same. Any conclusions are based on my investigation, including my review of documents obtained by the FTC and websites operated by Defendants. Personally Identifiable Information ("PII") has been redacted from all documents referenced in this declaration.

**CORPORATE DOCUMENTS**

9. During this investigation, on June 3, 2020, I used the Google Chrome web browser on my FTC-issued computer to obtain corporate records for Golden Sunrise Pharmaceutical, Inc. by downloading Portable Document Files ("PDFs") from the California Secretary of State Business Search website, at Uniform Record Locater ("URL") https://businesssearch.sos.ca.gov/. The corporate records attached to this declaration are not certified copies. Rather, they are copies that I downloaded directly from the California Secretary of State Business Search website in furtherance of the investigation. I have ordered certified copies of these records from the California Secretary of State but have not yet received them.

10. On June 3, 2020, I used the Google Chrome web browser on my FTC-issued computer to obtain a Statement of Information for Golden Sunrise Pharmaceutical, Inc. filed on October 14, 2011, by downloading a PDF copy from the California Secretary of State Business Search website, at URL https://businesssearch.sos.ca.gov/. A true, correct, and complete copy of this document is attached and marked as **Attachment A**. This Statement of Information identifies Tieu as the Chief Executive Officer, the Chief Financial Officer, and a Director of Golden Sunrise Pharmaceutical. It also identifies the principal office for Golden Sunrise Pharmaceutical, Inc. as 560 W. Putnam Avenue, Suite 2, Porterville, California 93257.

11. On June 3, 2020, I obtained a Statement of Information for Golden Sunrise Pharmaceutical, Inc. filed on February 14, 2020, by downloading a PDF copy from the California Secretary of State Business Search website, at URL https://businessearch.sos.ca.gov. A true, correct, and complete copy of this document is attached and marked as **Attachment B.** This Statement of Information indicates there were no changes to the information contained in the previous Statement of Information and identifies Tieu as the President of Golden Sunrise Pharmaceutical.

12. On June 3, 2020, I also obtained a Statement and Designation by Foreign Corporation for Golden Sunrise Nutraceutical, Inc. filed on March 12, 2018, by downloading a PDF copy from the California Secretary of State Business Search website at URL https://businesssearch.sos.ca.gov. A true, correct, and complete copy of this document is attached and marked as **Attachment C**. According to this document, Golden Sunrise Nutraceutical, Inc. filed with the California Secretary of State as a foreign corporation formed in Delaware, and its principal office location is listed as 219 N. E Street, Porterville, California 93257. A Delaware Secretary of State Certificate of Good Standing for Golden Sunrise Nutraceutical is included with the filing, which states that Golden Sunrise Nutraceutical had a legal corporate existence as of January 25, 2018.

13. On June 3, 2020, I obtained a Statement of Information for Golden Sunrise Nutraceutical, Inc. filed August 22, 2018, by downloading a PDF copy from the California Secretary of State Business Search website, at URL https://businesssearch.sos.ca.gov/. A true, correct, and complete copy of this document is attached and marked as **Attachment D**. This Statement of Information identifies Golden Sunrise Nutraceutical's principal place of business as being 219 N. E. Street, Porterville, California 93257, its principal executive office address as 673 Bluerock Road, Gardnerville, Nevada 89460, and its mailing address as P.O. Box 6094, Garderville,

Nevada 89460. The document identifies Tieu as the Chief Executive Officer of Golden Sunrise Nutraceutical.

14. Likewise, on June 3, 2020, I obtained a Statement of Information for Golden Sunrise Nutraceutical, Inc. filed on January 16, 2020, by downloading a PDF copy from the California Secretary of State Business Search website, at URL https://businesssearch.sos.ca.gov/. A true, correct, and complete copy of this document, which I downloaded from the California Secretary of State Business Search website, is attached and marked as **Attachment E**. This Statement of Information identifies the 219 N. E. Street, Porterville, California 93247 as its principal executive office, its principal business office, and its mailing address. The document identifies Tieu as the Chief Executive Officer of Golden Sunrise Nutraceutical.

## DEFENDANTS' WEBSITES

15. On April 26, 2020, as part of an FTC COVID-19 warning letter program, FTC staff attorney Zachary Keller examined the website located at URL goldensunrisepharmaceutical.com. Observing claims relating to the prevention, treatment, or cure of COVID-19, Mr. Keller at that time, and as was his regular practice in the performance of duties related to the FTC's COVID-19 warning letter program, created a screen-capture of the website by using Adobe Acrobat to print a PDF copy of the website. Mr. Keller saved the record, which included five pages of website material, on the FTC's shared network drive at a file path that was made known to me. I have attached a true, correct, and complete copy of this screen-capture as **Attachment X**.

16. As part of that same FTC COVID-19 warning letter program and on that same day, Mr. Keller also examined a downloadable PDF document entitled "COVID-19 Treatment EMERGENCY D-Virus Plan of Care Cellular Therapy" that was located at URL https://img1.wsimg.com/blobby/go/2541fe69-c28b-4ab6-9d81-dde5fd7726f8/downloads/EMERGENCY%20D-Virus%20Plan%20of%20Care.pdf?ver=1589397213152, which he accessed by clicking on the banner advertisement contained at the URL goldensunrisepharmaceutical.com

and attached to this declaration as Attachment X. Again observing claims regarding the prevention, treatment, or cure of COVID-19, and again consistent with his regular practice under the FTC's COVID-19 warning letter program, Mr. Keller created a record by downloading and saving a copy of that document, which included 12 pages of material. Mr. Keller saved that document on the FTC's shared network drive at a file path that was subsequently made known to me. I have attached a true, correct, and complete copy of the saved document as **Attachment Y**.

17. During the course of this investigation, I screen-captured a website associated with Golden Sunrise Pharmaceutical, Inc. On May 26, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit, which I have had prior training and experience using, to screen-capture the webpages found at URL www.goldensunrisepharmaceutical.com using screen-capture technology. Tieu acknowledged control of this website in his May 11, 2020 email that responded to an FTC warning letter. *See infra* at ¶¶ 31-33; Appendix ("App.") at 208-10 (FTC email and warning letter regarding representations made at URL www.goldensunrisepharmaceutical.com), 213 (Tieu responding in a letter stating, "We have removed all language specific to the Emergency D-Virus Plan of Care from our website."). I have attached a true, correct, and complete copy of the web capture I made of this website to my declaration, which is marked as **Attachment F**.

18. During the course of the investigation, I screen-captured a website associated with Golden Sunrise Nutraceutical, Inc. On May 26, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture the webpages found at URL www.goldensunrisenutraceutical.com. Tieu acknowledged control of this website in his May 31, 2020 email that responded to an FTC email sent on May 18, 2020. *See infra* at ¶¶ 37-38; App. at 437-38 (FTC email including screencapture of Golden Sunrise Nutraceutical website at URL goldensunrisenutraceutical.com/golden-sunrise-1), 497 (Tieu responding by stating, "We have removed the claim from our website as shown in your screenshot).

In addition, the name and address information contained on this website, as well as the page's use of Golden Sunrise Nutraceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Nutraceutical because it matched the records indicated in Golden Sunrise Nutraceutical's corporate filing. *See infra* at ¶¶ 13-14; App. at 19-20. A true, correct, and complete copy of the screen-capture I made is attached to this declaration and marked as **Attachment G**.

19. On May 26, 2020, while on the website www.goldensunrisenutraceutical.com, I observed a banner across the top of the homepage that stated "Innovative Virus Treatment EMERGENCY D-Virus Plan of Care." I clicked on the banner, which led me to download a PDF document regarding the EMERGENCY D-Virus Plan of Care Cellular Therapy. I saved that document and a true, correct, and complete copy of this downloaded PDF document is attached hereto and marked as **Attachment H**.

20. On June 8, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture the webpage titled "Treatment" on Golden Sunrise Nutraceutical, Inc.'s website found at URL https://goldensunrisenutraceutical.com/treatment. A true, correct, and complete copy of web capture I made of this webpage is attached hereto and identified as **Attachment I**.

21. On June 8, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture a webpage on Golden Sunrise Nutraceutical, Inc.'s website at URL https://goldensunrisenutraceutical.com/ testimonial. This website displayed 14 different testimonial videos. A true, correct, and complete copy of the screen-capture I made of the webpage titled "Testimonials" is attached hereto and marked as **Attachment J**.

## SOCIAL NETWORKING WEBSITES

22. During the investigation, I accessed Facebook, an online social networking website where participants can interact by sharing messages, photos, videos, and interests within their

individual networks. Participants can communicate by posting on their own page, and business enterprises often create Facebook pages to market their products. Facebook posts generally contain a timestamp representing the date they were made, containing the month and day for posts made in the same year they are viewed and the month, day, and year for posts made in prior years. Facebook enables users to choose their own privacy settings and choose who can see what parts of their page. Individuals who are invited or accepted as "friends" on Facebook can typically view more parts of an individual's or a company's Facebook page. All of the Facebook pages I reviewed during the course of this investigation were publicly available and visible on my web broswer even though I am not Facebook "friends" with any of these entities.

23. On June 8, 2020, I used the Mozilla Firefox web browser on my FTC-issued computer to access Facebook and navigate to the Facebook page for Golden Sunrise Pharmaceutical. I used the screen-capture program Snagit to screen-capture the "posts" page displayed on the Facebook page for "Golden Sunrise Pharma" available at URL https://www.facebook.com/goldensunrisepharma/. The name, address, and phone information contained on this Facebook page as well as the page's use of Golden Sunrise Pharmaceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Pharmaceutical because it matched the records indicated in Golden Sunrise Pharmaceutical's corporate filing (Attachment A) and website (Attachment F). Additionally, the profile picture for the account was a logo for Golden Sunrise Nutraceutical, and the posts on the page displays multiple posts of the logo for Golden Sunrise Nutraceutical. A true, correct, and complete copy of this page is attached to this declaration and marked as **Attachment K**.

24. On June 3, 2020, I used the Mozilla Firefox web browser on my FTC-issued computer to access Facebook and navigate to the Facebook page for Golden Sunrise Nutraceutical, Inc., available at URL https://www.facebook.com/pages/category/Company/Golden-Sunrise-Nutraceutical-115221453185810. The name, address, and phone information contained on this

Facebook page, as well as the page's use of Golden Sunrise Nutraceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Nutraceutical because it matched the records indicated in Golden Sunrise Nutraceutical's corporate filing (Attachments D-E) and website (Attachment G). I reviewed the posts on the Facebook page and identified a post made on April 9 as relevant to our investigation. After selecting the April 9 Facebook post on this Golden Sunrise Nutraceutical page by clicking the title so the full post displayed, I used the screen-capture program Snagit to screen-capture the full April 9 post. A true, correct, and complete copy of this Facebook post is attached hereto and marked as **Attachment L**.

25. On June 3, 2020, I used the Mozilla Firefox web browser on my FTC-issued computer to access Facebook and navigate to the Facebook page for Golden Sunrise Nutraceutical, Inc., available at URL https://www.facebook.com/pages/category/Company/ Golden-Sunrise-Nutraceutical-115221453185810. The name, address, and phone information contained on this Facebook page, as well as the page's use of Golden Sunrise Nutraceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Nutraceutical because it matched the records indicated in Golden Sunrise Nutraceutical's corporate filing (Attachments D-E) and website (Attachment G). I reviewed the posts on the Facebook page and identified a post made on April 16 as relevant to our investigation. I selected the April 16 Facebook post made by Golden Sunrise Nutraceutical, which advertised: "COVID-19 Treatment Emergency D-Virus Plan of Care, Golden Sunrise Nutraceutical, 559-781-0658" by clicking the title so the full post displayed. After doing so, I used the screen-capture program Snagit to screen-capture the full April 16 post. A true, correct, and complete copy of this Facebook post is attached hereto and marked as **Attachment M**.

26. On June 3, 2020, I used the Mozilla Firefox web browser on my FTC-issued computer to access Facebook and navigate to the Facebook page for Golden Sunrise Nutraceutical, Inc., available at URL https://www.facebook.com/pages/category/Company/ Golden-Sunrise-Nutraceutical-115221453185810. The name, address, and phone information contained on this

Facebook page, as well as the page's use of Golden Sunrise Nutraceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Nutraceutical because it matched the records indicated in Golden Sunrise Nutraceutical's corporate filing (Attachments D-E) and website (Attachment G). I reviewed the posts on the Facebook page and identified a post made on March 18 as relevant to our investigation. I selected the March 18 Facebook post detailing an "Anti-virus nemesis ImunStem, Aktiffvate promotion held in Los Angeles" displayed on Golden Sunrise Nutraceutical's Facebook page. The Facebook post is made twice on Golden Sunrise Nutraceutical's Facebook page on March, 18, 2020, and the posts are identical. After selecting the post, I used the screen-capture program Snagit to screen-capture the full March 18 post. A true, correct, and complete copy of this Facebook post is attached hereto and marked as **Attachment N**.

27. On June 3, 2020, I used the Mozilla Firefox web browser on my FTC-issued computer to access Facebook and navigate to the Facebook page for Golden Sunrise Nutraceutical, Inc., available at URL https://www.facebook.com/pages/category/Company/ Golden-Sunrise-Nutraceutical-115221453185810. The name, address, and phone information contained on this Facebook page, as well as the page's use of Golden Sunrise Nutraceutical branding, indicated that this page belonged to, or was managed by, Golden Sunrise Nutraceutical because it matched the records indicated in Golden Sunrise Nutraceutical's corporate filing (Attachments D-E) and website (Attachment G). I reviewed the posts on the Facebook page and identified a post made on March 3, 2020, as relevant to our investigation. I selected "continue reading" link on the March 3 Facebook post and used the screen-capture program Snagit to screen-capture the full post. A true, correct, and complete copy of this Facebook post is attached hereto and marked as **Attachment O**.

**OTHER ONLINE RESEARCH**

28. On July 8, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture an article published publicly on the website for The Porterville Recorder, a daily newspaper that is circulated in

Porterville, California. The article, published April 9, 2020, is titled “COVID-19 patient says herbal treatment helping her: RN says Golden Sunrise Pharmaceutical has her feeling better” was found at URL https://www.recorderonline.com/news/ covid-19-patient-says-herbal-treatment-helping-her-rn-says-golden-sunrise-pharmaceutical-has-her/article_cb85970a-7a74-11ea-9ce6-5f289eb63863.html. A true, correct, and complete copy of the web capture I made of this article is attached hereto and marked as **Attachment P**.

29. On July 16, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture a July 14, 2020 press release published on the United States Department of Justice’s official website at URL https://www.justice.gov/usao-edca/pr/tulare-county-man-indicted-falsely-marketing-herbal-mixtures-fda-approved-treatment. The press release was titled “Tulare County Man Indicted for Falsely Marketing Herbal Mixtures as FDA-Approved Treatment for COVID-19” and related to the indictment of Tieu. A true, correct, and complete copy of the screen-capture I made of this press release is attached hereto and marked as **Attachment Q**.

30. The press release marked as Attachment Q included a link to a PDF version of the indictment against Tieu, available on the Department of Justice’s official website at URL https://www.justice.gov/usao-edca/press-release/file/1294066/download. The indictment is a copy of the court record on file in the United States District Court for the Eastern District of California, Case No. 1:20-cr-00109-DAD-BAM, and includes the name of the court, the filing date, and the docket number. Using my FTC-issued computer, I clicked on the link and downloaded a copy of the PDF of the indictment. A true, correct, and complete copy of the indictment is attached hereto and marked as **Attachment R**.

## COMMUNICATIONS

31. **Attachment S** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller sent on April 29, 2020, from an email address known to me to be used by Mr. Keller

in the course of his work at the FTC, zkeller@ftc.gov, delivering a warning letter to Defendant Golden Sunrise Pharmaceutical at the email address info@goldensunrisepharmaceutical.com, which is the email address listed on its website. *See supra* at ¶ 17; App. at 21, 208. That email contained a warning letter from the FTC to Golden Sunrise Pharmaceutical as a PDF attachment. A true, correct, and complete copy of this PDF is attached hereto and marked as **Attachment S.1**.

32. **Attachment T** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller received on May 11, 2020, at an email address known to me to be used by Mr. Keller in the course of his work at the FTC, zkeller@ftc.gov, from the email address htieu@goldensunrisenutraceutical.com, which contains the domain of the website used by Golden Sunrise Nutraceutical, Inc. (goldensunrisenutraceutical.com). *See supra* at ¶ 18. The signature line in the email identifies it as coming from "Huu S. TIEU, President Golden Sunrise Nutraceutical, Inc." The subject line of the email states "Golden Sunrise Nutraceutical/Pharmaceutical Information," and the content of the email acknowledges that Tieu and Keller had a "telephone conversation" earlier that day. I accessed this email through an FTC shared drive as part of my duties in this investigation.

33. The email attached to this declaration as Attachment T contained nine PDF files as attachments. However, the body of Tieu's email identified only eight of these attachments: 1) Golden Sunrise Nutraceutical letter to James E. Elliott, 2) Emergency Use of Test Article, 3) Golden Sunrise Nutraceutical letter to FDA & Protocol Plan of Care, 4) Golden Sunrise Nutraceutical letter to FDA & Patient Results, 5) D[redacted] M[redacted] Medical Report, 6) G[redacted] T[redacted] Medical Report, 7) N[redacted] M[redacted] Medical Report, 8) R[redacted] H[redacted] Medical Report. An additional document, which was attached to this email but not identified in the body of the email, is identified in the header of the document as "G[redacted] V[redacted] Medical Report." **Attachments T.1 through T.9** are true, correct, and complete copies of the attachments to the email attached to this declaration as Attachment T.

34. **Attachment U** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller sent from his zkeller@ftc.gov email address to htieu@goldensunrisenutraceutical.com, which contains the domain of the website used by Golden Sunrise Nutraceutical, Inc. (goldensunrisenutraceutical.com). See *supra* at ¶ 18. The signature line in the email identifies it as coming from "Huu S. TIEU, President Golden Sunrise Nutraceutical, Inc." The timestamp on the email indicates that Tieu sent it to Mr. Keller on May 12, 2020, in response to the May 11, 2020 email marked as Attachment T.

35. **Attachment V** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller received on May 15, 2020, at his email address zkeller@ftc.gov from htieu@goldensunrisenutraceutical.com in reply to the May 12 email marked as Attachment U. I accessed this email through an FTC shared drive as part of my duties in this investigation.

36. The email attached to this declaration as Attachment V contained one PDF file as an attachment, which was a letter addressed to FTC staff attorney Zachary Keller. According to the letterhead and signature lines, the letter was sent by Tieu and Meis. The letter contains the heading "Golden Sunrise Nutraceutical / Pharmaceutical: EMERGENCY D-Virus Plan of Care," and the signatories are Tieu in his capacity as "President / CEO" of the enterprise and Meis as the "Medical Director" of the enterprise. **Attachment V.1** is a true, correct, and complete copy of the attachment to the email attached to this declaration as Attachment V.

37. **Attachment W** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller sent from his zkeller@ftc.gov email address to htieu@goldensunrisenutraceutical.com on May 18, 2020, in response to the May 15, 2020 email marked as Attachment V.

38. **Attachment BB** is a true, correct, and complete copy of an email FTC staff attorney Zachary Keller received on May 31, 2020, at his email address zkeller@ftc.gov from htieu@goldensunrisenutraceutical.com in reply to the May 18 email marked as Attachment W. I

accessed this email through an FTC shared drive as part of my duties in this investigation.

## MISCELLANEOUS

39. **Attachment Z** is a true, correct, and complete copy of the *Ex Parte* Temporary Restraining Order with Asset Freeze, Appointment Of a Temporary Receiver, and Other Equitable Relief, and Order to Show Cause Why A Preliminary Injunction Should Not Issue ("TRO") issued by the court in *FTC v. Jason Cardiff, et al.*, Case. No. 18-cv-2104 (C.D. Cal., Oct. 10, 2018) against defendants Jason Cardiff, Eunjung Cardiff, Danielle Cadiz, and seven corporate defendants. I downloaded this document from my FTC-issued computer using the Mozilla Firefox browser at the URL https://www.ftc.gov/system/files/documents/cases/redwood_scientific_tro.pdf.

40. On June 8, 2020, I logged into my FTC-issued computer, initiated the Mozilla Firefox browser, and used the screen-capture program Snagit to screen-capture YouTube videos that are available under an account named "Golden Sunrise Nutraceutical" that maintains a "Golden Sunrise Pharmaceutical, Inc." banner. I have attached a true, correct, and complete copy of this screen-capture as **Attachment AA**.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed in Dallas, Texas on July 28, 2020.

Kelle A. Slaughter Digitally signed by Kelle A. Slaughter Date: 2020.07.28 14:38:05 -05'00'

Kelle A. Slaughter

[Page Intentionally Left Blank]

3410217 ATTACHMENT A 11-159895

**S**

# State of California
## Secretary of State

11

## Statement of Information
(Domestic Stock and Agricultural Cooperative Corporations)

**FEES (Filing and Disclosure): $25.00. If amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FILED**
in the office of the Secretary of State
of the State of California
OCT 14 2011

This Space for Filing Use Only

1. CORPORATE NAME
Golden Sunrise Pharmaceutical Incorporation

**See Secretary of State's records for exact entity name.**

**Due Date:** DEC 07 2011

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 2 and 3 cannot be P.O. Boxes.)

| Item | Address | City | State | Zip Code |
|---|---|---|---|---|
| 2. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | 560 W. Putnam Avenue, Suite 2 | Porterville | CA | 93257 |
| 3. STREET ADDRESS OF PRINCIPAL BUSINESS IN CALIFORNIA, IF ANY | None | | CA | |
| 4. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 2 | | | | |

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| Officer | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 5. CHIEF EXECUTIVE OFFICER/ | Huu S. Tieu | 560 W. Putnam Avenue, Ste. 2 | Porterville | CA | 93257 |
| 6. SECRETARY | Martin F. Loeffler | 560 W. Putnam Ave., Ste. 2 | Porterville | CA | 93257 |
| 7. CHIEF FINANCIAL OFFICER/ | Huu S. Tieu | 560 W. Putnam Avenue, Ste 2 | Porterville | CA | 93257 |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | Name | Address | City | State | Zip Code |
|---|---|---|---|---|---|
| 8. | Huu S. Tieu | 560 W. Putnam Avenue, Ste 2 | Porterville | CA | 93257 |
| 9. | Martin F. Loeffler | 560 W. Putnam Ave., Ste. 2 | Porterville | CA | 93257 |
| 10. | | | | | |

11. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** (If the agent is an individual, the agent must reside in California and Item 13 must be completed with a California street address (a P.O. Box is not acceptable). If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 13 must be left blank.)

12. NAME OF AGENT FOR SERVICE OF PROCESS
Golden State Documents, Inc. C3170907

13. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF **AN INDIVIDUAL** | CITY | STATE: CA | ZIP CODE

**Type of Business**

14. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
Pharmaceutical

15. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |
|---|---|---|---|
| 10-10-11 | Huu S. Tieu | CEO/Admin. | [signature] |

ATTACHMENT B

# State of California
## Secretary of State

S

## Statement of Information
**(Domestic Stock and Agricultural Cooperative Corporations)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**GD18079**

**FILED**

**In the office of the Secretary of State of the State of California**

**FEB-14 2020**

This Space for Filing Use Only

1. **CORPORATE NAME**
GOLDEN SUNRISE PHARMACEUTICAL, INC.

2. **CALIFORNIA CORPORATE NUMBER**
C3410217

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☑ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 17**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| | | | |
|---|---|---|---|
| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE |
| 5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE |
| 6. MAILING ADDRESS OF CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE |

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

| | | | | |
|---|---|---|---|---|
| 7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |
| 8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE |
| 9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE |

**Names and Complete Addresses of All Directors, Including Directors Who are Also Officers** (The corporation must have at least one director. Attach additional pages, if necessary.)

| | | | | |
|---|---|---|---|---|
| 10. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 11. NAME | ADDRESS | CITY | STATE | ZIP CODE |
| 12. NAME | ADDRESS | CITY | STATE | ZIP CODE |

13. NUMBER OF VACANCIES ON THE BOARD OF DIRECTORS, IF ANY:

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 15 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 15 must be left blank.

14. NAME OF AGENT FOR SERVICE OF PROCESS [Note: The person designated as the corporation's agent MUST have agreed to act in that capacity prior to the designation.]

| | | | |
|---|---|---|---|
| 15. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE |

**Type of Business**

16. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION

17. BY SUBMITTING THIS STATEMENT OF INFORMATION TO THE CALIFORNIA SECRETARY OF STATE, THE CORPORATION CERTIFIES THE INFORMATION CONTAINED HEREIN, INCLUDING ANY ATTACHMENTS, IS TRUE AND CORRECT.

| 02/14/2020 | HUU TIEU | PRESIDENT | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

**ATTACHMENT C**

4128919

Secretary of State
Statement and Designation by Foreign Corporation

S&DC-S/N

FILED
SECRETARY OF STATE
STATE OF CALIFORNIA

MAR 12 2018

1 PV

This Space For Office Use Only

IMPORTANT — Read Instructions before completing this form.

Must be submitted with a current Certificate of Good Standing issued by the government agency where the corporation was formed. See Instructions.

Filing Fee – $100.00 (for a foreign stock corporation) or
$30.00 (for a foreign nonprofit corporation)

Copy Fees – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

Note: Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.

1. Corporate Name (Go to www.sos.ca.gov/business/be/name-availability for general corporate name requirements and restrictions.)

Golden Sunrise Nutraceutical, Inc.

2. Jurisdiction (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Delaware

3. Business Addresses (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box: 673 Bluerock Rd. | Gardnerville | NV | 89460 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box: 219 N. E Street | Porterville | CA | 93257 |
| c. Mailing Address of Principal Executive Office, if different than item 3a: P.O. Box 6094 | Gardnerville | NV | 89460 |

4. Service of Process (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Dennis | Lee | Hylton | |

| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 202 S. Mirage Ave | Lindsay | CA | 93247 |

CORPORATION – Complete Item 4c. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

5. Read and Sign Below (See instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

[signature]
Signature

Dennis L Hylton
Type or Print Name

4128919

# Delaware

The First State



I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "GOLDEN SUNRISE NUTRACEUTICAL, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE TWENTY-FIFTH DAY OF JANUARY, A.D. 2018.

Jeffrey W. Bullock, Secretary of State

6217186 8300

SR# 20180158379

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 202036648

Date: 01-25-18

**ATTACHMENT D**

F

# State of California
## Secretary of State

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**FY91979**

**FILED**

**In the office of the Secretary of State of the State of California**

**AUG-22 2018**

This Space for Filing Use Only

1. **CORPORATE NAME**
GOLDEN SUNRISE NUTRACEUTICAL, INC.

2. **CALIFORNIA CORPORATE NUMBER** C4128919

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE — CITY — STATE — ZIP CODE
673 BLUEROCK RD, GARDNERVILLE, NV 89460-4601

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY — CITY — STATE — ZIP CODE
219 NORTH E STREET, PORTERVILLE, CA 93257

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 — CITY — STATE — ZIP CODE
PO BOX 6094, GARDERVILLE, NV 89460-4601

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
HUU S TIEU 1400 N HIGHLAND, PORTERVILLE, CA 93257

8. SECRETARY — ADDRESS — CITY — STATE — ZIP CODE
MARTIN F LOEFFLER 20900 AVENUE 200, LINDSAY, CA 93247

9. CHIEF FINANCIAL OFFICER/ — ADDRESS — CITY — STATE — ZIP CODE
DENNIS LEE HYLTON 202 S MIRAGE AVE, LINDSAY, CA 93247

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
DENNIS LEE HYLTON

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** — CITY — STATE — ZIP CODE
202 S MIRAGE AVE, LINDSAY, CA 93247

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE OF BOT. HEALTH PRODC

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 08/22/2018 | DENNIS L HYLTON | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013) APPROVED BY SECRETARY OF STATE

ATTACHMENT E

# State of California
## Secretary of State

F

### Statement of Information
**(Foreign Corporation)**
**FEES (Filing and Disclosure): $25.00.**
**If this is an amendment, see instructions.**
**IMPORTANT – READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**GC27643**

**FILED**

**In the office of the Secretary of State of the State of California**

**JAN-16 2020**

This Space for Filing Use Only

1. **CORPORATE NAME**
GOLDEN SUNRISE NUTRACEUTICAL, INC.

2. **CALIFORNIA CORPORATE NUMBER** C4128919

**No Change Statement** (Not applicable if agent address of record is a P.O. Box address. See instructions.)

3. **If there have been any changes to the information contained in the last Statement of Information filed with the California Secretary of State, or no statement of information has been previously filed, this form must be completed in its entirety.**
☐ If there has been no change in any of the information contained in the last Statement of Information filed with the California Secretary of State, check the box and proceed **to Item 13**.

**Complete Addresses for the Following** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY | STATE | ZIP CODE
219 N. E. STREET, PORTERVILLE, CA 93257

5. STREET ADDRESS OF PRINCIPAL BUSINESS OFFICE IN CALIFORNIA, IF ANY | CITY | STATE | ZIP CODE
219 N. E. STREET, PORTERVILLE, CA 93257

6. MAILING ADDRESS OF THE CORPORATION, IF DIFFERENT THAN ITEM 4 | CITY | STATE | ZIP CODE
219 N. E. STREET, PORTERVILLE, CA 93247

[redacted]

**Names and Complete Addresses of the Following Officers** (The corporation must list these three officers. A comparable title for the specific officer may be added; however, the preprinted titles on this form must not be altered.)

7. CHIEF EXECUTIVE OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
HUU TIEU 1400 N. HIGHLAND, PORTERVILLE, CA 93257

8. SECRETARY | ADDRESS | CITY | STATE | ZIP CODE
MARTIN LOEFFLER 20900 AVENUE 200, LINDSAY, CA 93247

9. CHIEF FINANCIAL OFFICER/ | ADDRESS | CITY | STATE | ZIP CODE
DENNIS HYLTON 202 S. MIRAGE AVE., LINDSAY, CA 93247

**Agent for Service of Process** If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California street address, a P.O. Box address is not acceptable. If the agent is another corporation, the agent must have on file with the California Secretary of State a certificate pursuant to California Corporations Code section 1505 and Item 11 must be left blank.

10. NAME OF AGENT FOR SERVICE OF PROCESS
DENNIS HYLTON

11. STREET ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, **IF AN INDIVIDUAL** | CITY | STATE | ZIP CODE
202 S. MIRAGE AVE., LINDSAY, CA 93247

**Type of Business**

12. DESCRIBE THE TYPE OF BUSINESS OF THE CORPORATION
WHOLESALE OF BOT. HEALTH PRODU

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| 01/16/2020 | DENNIS HYLTON | CFO | |
|---|---|---|---|
| DATE | TYPE/PRINT NAME OF PERSON COMPLETING FORM | TITLE | SIGNATURE |

SI-350 (REV 01/2013) APPROVED BY SECRETARY OF STATE

# Golden Sunrise Pharmaceutical




## About Us



### Welcome to Golden Sunrise Pharmaceutical

Golden Sunrise Pharmaceutical was founded in 2011. After thirty (30) long extensive years of Research and Development of ***micronutrients*** and ***nutraceuticals***, Golden Sunrise Pharmaceutical has successfully developed alternative herbal/botanical products creating an overall-health to the patient. The priority of Golden Sunrise Pharmaceutical is to increase a healthy and productive life for those suffering from ***Serious or Life-threatening*** conditions, ***Chronic condition***, Alzheimer's disease, Amyotrophic Lateral Sclerosis (ALS), Autoimmune disorders, Cancer, Constipation, Diabetes, Epilepsy, Debilitating Chronic Pain, Fragile-X Syndrome, Hemostasis (less blood to be lost), Hypertension, Menopause, Obesity, Parkinson's disease, Schizophrenia, Stroke, Thalassemia, Viral illnesses, and etc..... This soft approach has led to the development of effective Golden Sunrise Pharmaceutical herbal/botanical products that have helped give a safe and effective use for many patients while efficiently improving the condition without harmful "side-effects" leading to a healthier patient.

Golden Sunrise Pharmaceutical continues its research of micronutrients and nutraceuticals to further develop other herbal/botanical products to try and help individuals with other incurable diseases.



## PHYSICIANS



Golden Sunrise Pharmaceutical are now being recommended and prescribed by the following physicians:

**Stephen MEIS, Medical Director, M.D., Medical Board Certified**
Phone No.: 1.559.901.0975

**Nikki ARGUINZONI-GIL, N.D.**
Phone No.: 1.310.808.5343

## Contact Us

GOLDEN SUNRISE PHARMACEUTICAL

P.O. Box 510, PORTERVILLE, CA 93258 * U.S.A

Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

INFO@GOLDENSUNRISEPHARMACEUTICAL.COM

Copyright © 2017 - 2019 Golden Sunrise Pharmaceutical - All Rights Reserved.

# Golden Sunrise Pharmaceutical




## About Us



### Welcome to Golden Sunrise Pharmaceutical

Golden Sunrise Pharmaceutical was founded in 2011. After thirty (30) long extensive years of Research and Development of ***micronutrients*** and ***nutraceuticals***, Golden Sunrise Pharmaceutical has successfully developed alternative herbal/botanical products creating an overall-health to the patient. The priority of Golden Sunrise Pharmaceutical is to increase a healthy and productive life for those suffering from ***Serious or Life-threatening*** conditions, ***Chronic condition***, Alzheimer's disease, Amyotrophic Lateral Sclerosis (ALS), Autoimmune disorders, Cancer, Constipation, Diabetes, Epilepsy, Debilitating Chronic Pain, Fragile-X Syndrome, Hemostasis (less blood to be lost), Hypertension, Menopause, Obesity, Parkinson's disease, Schizophrenia, Stroke, Thalassemia, Viral illnesses, and etc..... This soft approach has led to the development of effective Golden Sunrise Pharmaceutical herbal/botanical products that have helped give a safe and effective use for many patients while efficiently improving the condition without harmful "side-effects" leading to a healthier patient.

Golden Sunrise Pharmaceutical continues its research of micronutrients and nutraceuticals to further develop other herbal/botanical products to try and help individuals with other incurable diseases.



## PHYSICIANS



Golden Sunrise Pharmaceutical are now being recommended and prescribed by the following physicians:

**Stephen MEIS, Medical Director, M.D., Medical Board Certified**
Phone No.: 1.559.901.0975

**Nikki ARGUINZONI-GIL, N.D.**
Phone No.: 1.310.808.5343

## Contact Us


GOLDEN SUNRISE PHARMACEUTICAL

P.O. Box 510, PORTERVILLE, CA 93258 * U.S.A

Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

info@goldensunrisepharmaceutical.com


Name

Email*

Message

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

SEND Cancel




Copyright © 2017 - 2019 Golden Sunrise Pharmaceutical - All Rights Reserved.










## About Us



### Welcome to Golden Sunrise Nutraceutical!

Golden Sunrise Nutraceutical Incorporation was founded in 2016. After thirty (30) extensive years of Research and Development of ***micronutrients*** and ***nutraceuticals***, Golden Sunrise Nutraceutical has successfully developed alternative herbal (botanical) products creating gene rejuvenation and promote overall-health to the patient. Preventing disease and creating overall well-being prolongs our life expectancy. The priority of Golden Sunrise Nutraceutical is to increase a healthy and productive life for those suffering from ***Chronic, Serious or Life-threatening*** diseases or conditions;

***Alcohol, Drug & Nicotine addictions - METABOLIC Plan of Care***
Alzheimer's Disease - ***METABOLIC Plan of Care***
Amyotrophic Lateral Sclerosis (ALS) - ***METABOLIC Plan of Care***
Autism Spectrum Disorder (ASD) - ***METABOLIC Plan of Care***
***Autoimmune Disorders - METABOLIC Plan of Care***
Cancer - ***CANCER Plan of Care***
***Chronic Constipation - METABOLIC Plan of Care***
Debilitating Chronic Pain - ***METABOLIC Plan of Care***
Depressive Disorder - ***METABOLIC Plan of Care***
***Diabetes - METABOLIC Plan of Care***
Epilepsy - ***METABOLIC Plan of Care***
Fibromyalgia - ***METABOLIC Plan of Care***
Fragile-X Syndrome - ***METABOLIC Plan of Care***
Hemostasis (less blood to be lost) - ***PRIMARY Plan of Care***
Hypertension - ***METABOLIC Plan of Care***
Lyme Disease - ***METABOLIC Plan of Care***
Menopause - ***METABOLIC Plan of Care***
Multiple Sclerosis (MS) - ***METABOLIC Plan of Care***
Neuropathy - ***METABOLIC Plan of Care***
Obesity - ***METABOLIC Plan of Care***
***Osteoporosis - METABOLIC Plan of Care***
Peripheral - ***METABOLIC Plan of Care***
Prostate - ***METABOLIC Plan of Care***
Parkinson's Disease - ***METABOLIC Plan of Care***
Schizophrenia - ***METABOLIC Plan of Care***
Stroke - ***METABOLIC P Plan of Care***
Thalassemia - ***METABOLIC Plan of Care***
Viral Illnesses - ***EMERGENCY D-Virus Plan of Care***
Weight Loss - ***METABOLIC Plan of Care***

This soft approach has led to the development of effective Golden Sunrise Nutraceutical herbal (botanical) products that have helped give a safe and effective use for many patients while efficiently improving the condition without harmful "***side-effects***" leading to a healthier patient.

Our treatments have been successful in curbing urges due to ***Alcohol***, ***Drug*** and ***Nicotine*** additions.

Our ***Plans of Care*** are intended to treat, modify, reverse, or cure a ***Serious or Life-threatening*** disease or condition; and ***real-world evidence*** indicates that the Golden Sunrise Nutraceutical treatments have potential to address unmet medical needs for such disease or condition.

Golden Sunrise Nutraceutical products and treatments improve ***Telomeres*** for cellular rejuvenation which increases overall-health to the body and can increase human longevity.

THE EVIDENCE OUR SCIENCE

### Golden Sunrise Nutraceutical continues its research of micronutrients and nutraceuticals to further develop other herbal (botanical) products to try and help individuals with other incurable diseases.

All Golden Sunrise Nutraceutical products are in compliance with Food and Drug Administration (FDA) regulations. All necessary documentation on each of the products was submitted to the FDA. Per FDA regulations, dietary supplements are not listed with traditional pharmaceutical products.



### IMUNSTEM FDA Review

***ImunStem*** ® product has been reviewed by the FDA and has received a Pre-IND on February 22, 2010, NDA, and NDC on July 02, 2018.

## Cancer is Primary a Metabolic Disease

Malfunctioning cells must be the focus of attention. there is only one (1) disease in this model: a malfunctioning cell. Cells malfunction for two (2) reasons: toxins and malnutrition. By not addressing nutrition and toxicity of cells in the body, individuals will experience damage on the cellular level that result in all of the chronic diseases, degenerative disorders, etc., which we are beleaguered with today.

There are many ways to make our bodies deficient and filled with toxins. Toxins are ubiquitous in our environment: pollution of water supplies with addition of bactericides in city water, air pollution from automotive and industrial entities, cosmetics, creams, conditioners, shampoos, hair dyes, make up, pharmaceutical prescription drugs, pesticides in food products, etc. Poor nutrition occurs from starvation or processed foods that lack basic nutrients and contain toxins. Stress and inactivity complicate the picture as well. All the factors that contribute to the problems of a weakened body are staggering. For example, an over-taxed immune system results in body-wide "**inflammation**", which perhaps is the best way to described decreased circulation, accumulation of metabolic waste such as radicals, aid-base imbalance, localized oxygen deprivation, impaired energy production by the cells, and the list goes on. These all lead to unhealthy tissues, i.e. leaky gut problems, malabsorption, autoimmune reactions, cancer, etc. ***Dr. Otto Heinrich WARBURG***, Nobel prizes & Laureate, 1931, established that cancer cells derive their energy by fermentation chemical reactions and thrive in low oxygen environment (as opposed to healthy cells which require oxygen for their energy). The corollary of this is the demand for glucose by cancer cells.

Golden Sunrise Nutraceutical dietary supplements have established their safety and efficacy in helping to reverse, modify, or heal ***Serious or Life-threatening*** conditions. They cause release of toxins out of the cells and at the same time the herbs supply the essential nutrients which the cells have been starving for. These nutrients serve as building blocks allowing the cells to repair and rejuvenate themselves and return the cells to perform the functions they were intended to perform.

## Preventive Healthcare

### Affordable Care Act - Putting Americans In Control of Their Health Care

***Title IV. Prevention of Chronic Disease and Improving Public Health***
If we want to truly reform health care to benefit American families, we need to transition from a system focused primarily on treating the sick to one that helps keep people well throughout their live.

The ***Act*** will promote prevention, wellness, and the public health and provides an unprecedented funding commitment to these areas. It directs the creation of a national prevention and health promotion strategy that incorporates the most effective and achievable methods to improve the health status of Americans and reduce the incidence of preventable illness and disability in the United States.

The ***Act*** relies on the ***innovation*** of small businesses and state and local governments to find the best ways to improve wellness in the workplace and in our communities. And it strengthens America's capacity to respond to public health emergencies.

The ***Act*** empowers families by giving them tools to find the best ***science-based nutrition*** information, and it makes prevention and screenings a priority by waiving co-payments for America's senior on Medicare.

By attacking disease before it hits, the ***Act*** helps to improve health, save lives, and avoid more costly complications down the road.

PREVENTIVE TREATMENT - MEDICAL NUTRITION THERAPY

## PHYSICIANS



### Golden Sunrise Nutraceutical are now being recommended and prescribed by the following physicians:

**Stephen R. MEIS, Medical Director, M.D., Board Certified**
Phone No.: 559.901.0975

**Dr. M. GEORGE, M.D. Internal Medicine**
Birmingham Royal Oak Medical Group
5130 Coolidge Hwy., ROYAL OAK, MI 48073 * U.S.A.
Phone No.: 1.248.288.9500

**Sonja I. FONTANA, F.N.P.**
Oakview Medical Group
1011 North Demaree Street, VISALIA, CA 93291 * U.S.A.
Phone No.: 1.559.734.6700

**Jonathan M. RICHEY, D.D.S.**
Sequoia Valley Dental Group
821 W. Morton Avenue, PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.784.1922

**Fatima C. MAGINA, M.D.**
Primaria Medical Clinic
222 W. 6th Street, CORONA, CA 92882 * U.S.A.
Phone No.: 1.951.278.2530

**Kimberly KITTINGER, M.S.P.T., Physical Therapist**
216 E. Pine Street, EXETER, CA 93221 * U.S.A.
Phone No.: 1.559.740.8593

**Richard N. ASHDEN, D.C., Ed.D., C.M.E.**
688 West Olive Avenue, PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.9000

**Nikki ARGUINZONI-GIL, N.D.**
Phone No.: 310.808.5343

**Professor Dr. Albert M. HUTAPEA, Ph.D., MPH, AIFM, AIFO**
**Universitas Advent Indonesia**
JI. Kolonel Masturi 288, PARONGPONG, BANDUNG 40559 * INDONESIA
Phone No.: +62.812.1452.9438

**Fabian CONTRERAS, M.D., Medicina Alternativa**
Domicilio Conocido, TECATE BAJA, CALIFORNIA * MEXICO
Phone No.: 665.131.2321

**Edgar A. AYALA, Clinical R.N. Director**
Quality Control Management, Supervisor of Patient Care and Evaluation, Analyst of Research Data and Director for Disease Management,

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# EMERGENCY D-Virus Plan of Care

## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***AnterFerron-1, AnterFerron-2, ImunStem, and Aktiffvate***

**COMPANY**


**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268


**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

# TABLE OF CONTENTS


| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet ………………………………………………………… | Title Page |
| Table of Contents …………………………………………………… | 1 |
| 1.0 Introduction …………………………………………………… | 2 |
| 2.0 Instruction for the Treatment ………………………………… | 2 |
| 2.1 Administration and Dosage of ImunStem and Aktiffvate ……. | 3 |
| 2.2 Administration and Dosage of AnterFeerons ………………… | 3 |
| 2.3 Ongoing Treatment ………………………………………… | 3 |
| 3.0 Warning and Precautions ……………………………………… | 4 |
| 4.0 Drug Interactions …………………………………………… | 4 |
| 5.0 Therapeutic Response ……………………………………… | 4 |
| 5.1 Adverse Sensitivity Response of ImunStem and Aktiffvate ….. | 4 |
| 6.0 Clinical Pharmacology ……………………………………… | 4 |
| 6.1 Mechanism of Action ……………………………………… | 4 |
| 6.2 Pharmacokinetics ………………………………………… | 5 |
| 7.0 Results of Patients After Treatment ………………………… | 5 |
| 8.0 Storage, Handling, and Products …………………………… | 9 |
| 8.1 Storage and Stability ……………………………………… | 9 |
| 8.2 Product Classification …………………………………… | 9 |
| 9.0 Attachment Labels ………………………………………… | 9 |
| 10.0 How Supplies ……………………………………………… | 9 |
| 10.1 Packaging ……………………………………………… | 9 |

## 1.0 INTRODUCTION

Stephen R. MEIS, M.D., Board Certified (Dr. Meis), I strongly recommend Golden Sunrise Nutraceutical Incorporation herbal products ***ImunStem*** and ***Aktiffvate***, along with their ***AnterFeerons*** product, as uniquely qualified to treat and modify the course of the **virus** epidemic in CHINA and other countries. Patients with late stages of ***Hepatitis C***, and ***AIDS / HIV*** have responded with greatly improved quality-of-life and extending their lives when treated with ***ImunStem*** and ***Aktiffvate***. For viral colds, ***Aktiffvate***, when given in frequent dosing, as frequent as every one half (½) hour to one (1) hour, will not only alleviate the symptoms quickly, but stop the cold virus itself, usually in less than 2 – 3 days. Now ***AnterFeerons*** has been added to the ***ImunStem*** and ***Aktiffvate*** and shown added improvement for a variety of infections associated with cancer patients and the chronically ill, whether it be viral or bacterial.

***ImunStem***, ***Aktiffvate,*** and ***AnterFeerons*** herbs are the basis of the whole cellular therapy developed by Golden Sunrise Nutraceutical. They have proven themselves to the United States Food & Drug Administration (FDA). ***ImunStem***, an herbal product, was the first dietary supplement in the United States to be approved as a prescription medicine and also for the indication to treat ***Serious or Life-threatening*** conditions. It qualified for both of these under the Regenerative Medicine Advance Therapy (RMAT) designation in the 2016 Cures Act, enacted by the 114th United States Congress. This designation acknowledges not only the effectiveness of these herbs, usually only associated with pharmaceutical drugs, but also causing no side effects, a quality of dietary supplements.

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***EMERGENCY D-Virus Plan of Care*** is the basis for the remarkable improvement for human health.

The technology developed by Golden Sunrise Nutraceutical is the key for the effectiveness of the herbs on the immune system and cellular metabolism. They have immune stimulating properties. In-vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. The cells possess a bipolarity and lipophilicity that facilitates molecular diffusion through permeable and selective membranes, including crossing the blood / brain barrier. Golden Sunrise Nutraceutical herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells.

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INSTRUCTIONS FOR THE TREATMENT

**General dosing recommendations: *ImunStem*** and ***Aktiffvate*** should be taken throughout the course of the illness. Recommended starting dose for those without any viral symptoms would be twice a day administration. But for with symptoms or with chronic health issues three (3) or four (4) times a day is advised. For someone who is exhibiting symptoms, after three (3) days of the ***ImunStem*** and

***Aktiffvate***, the ***Aktiffvate*** alone should be increased to a quarter dropperful every thirty (30) to sixty (60) minutes in addition to be ***ImunStem / Aktiffvate*** combination already being taken by the patient. With this increased dosing of ***Aktiffvate***, disappearance of viral symptoms is expected within two (2) to four (4) days. If symptoms however do not resolve with this regimen or the person is steadily worsening, the ***AnterFeerons*** should be used as directed. For the infirmed or elderly, the ***AnterFeerons*** must be administered under direct observation of health professionals, because it will bring on nausea and or vomiting as part of utilizing the body's natural shedding mechanism of the illness / virus. It will cause some dehydration which must be compensated either by an electrolyte solution (***Pedialyte***, ***Gatorade,*** etc.) or ***IV fluids***.

## 2.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ½–¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

## 2.2 Administration and Dosage of *ANTERFEERONS*

Take one (1 fl.oz.) fluid ounce of ***AnterFeeron–1***. Then in forty-five (45) minutes to one (1) hour following ingestion of ***AnterFeeron–1***, take one (1 fl.oz.) fluid ounce of ***AnterFeeron–2***, administered in the same dose. Each bottle must be emptied into a small glass and swallowed quickly all at once (not sipped or sniffed), followed by water to wash it down.

***AnterFeeron–1* and *AnterFeeron–2* are liquid form:**

| Product | Dose |
|---|---|
| ***AnterFeeron-1*** | 1 fl.oz. |
| ***AnterFeeron-2*** | 1 fl.oz. |

## 2.3 Ongoing Treatment

***ImunStem***, ***Aktiffvate***, and ***AnterFeerons*** are available now and once they are started, they will help alleviate the people immediately with the acute illness of the virus. But this treatment, which is tailored for this acute emergency, is the beginning of Golden Sunrise Nutraceutical's ***METABOLIC Plan of Care***. The ***METABOLIC Plan of Care*** is a carefully planned course of therapy with herbal treatments to treat at a cellular level chronic illnesses such as hypertension, diabetes, peripheral neuropathies, parkinsonism, multiple sclerosis, gastrointestinal conditions, schizophrenia, Lyme's disease, to name a few. It is a preventative for cancer, which primarily is a metabolic problem like our other diseases. For those who start with the ***EMERGENCY D-Virus Plan of Care***, it would be ideal to continue with Golden Sunrise's ***METABOLIC Plan of Care***.

## 3.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF ***IMUNSTEM, AKTIFFVATE, ANTERFEERON-1,*** and ***ANTERFEERON-2***, SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***EMERGENCY D-VIRUS PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT. THESE PRODUCTS CAN LOWER BLOOD SUGAR IN DIABETICS AND LOWER BLOOD PRESSURE IN HYPER-TENSIVE PATIENTS. BLOOD SUGAR AND BLOOD PRESSURE SHOULD BE MONITORED FOR THOSE WITH A HISTORY OF HIGH SENSIVITY TO MEDICATIONS. A LOWER STARTING DOSE MIGHT BE APPROPRIATE.

## 4.0 DRUG INTERACTIONS

***ImunStem, Aktiffvate,*** and ***AnterFeerons*** have not been reported, so far, to have had any interactions with single or multiple combination of prescription drugs. You should always read product labels. If you have a medical condition, or are taking other prescription drugs, herbs, or dietary supplements, you should speak with a qualified healthcare provider before starting a new therapy.

## 5.0 THERAPEUTIC RESPONSE

### 5.1 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- ***ImunStem*** and ***Aktiffvate*** can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 6.0 CLINICAL PHARMACOLOGY

### 6.1 Mechanism of Action

***EMERGENGY D-Virus Plan of Care*** are herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the ***EMERGENCY D-Virus Plan of Care*** intact across all cell membranes, including the blood-brain barrier, which allows its efficacy for the central nervous system.

***EMERGENCY D-Virus Plan of Care*** possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

***EMERGENCY D-Virus Plan of Care*** are the key for the effectiveness of the products on the immune system and cellular metabolism. They have immune-stimulating properties. In–vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. ***EMERGENCY D-Virus Plan of Care*** have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage. These herbals have a variety of effects including antioxidant activity and anti–inflammatory properties.

***EMERGENCY D-Virus Plan of Care*** can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of ***EMERGENCY D-Virus Plan of Care*** are compatible with the stabilization of the sympathetic nervous system activity. ***EMERGENCY D-Virus Plan of Care*** reduce inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side–effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.

**6.2 <u>Pharmacokinetics</u>**

***EMERGENCY D-Virus Plan of Care*** are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because ***EMERGENCY D-Virus Plan of Care*** readily passes through membrane tissue by passive diffusion.

The ***EMERGENCY D-Virus Plan of Care*** dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 7.0 <u>RESULTS OF PATIENTS AFTER TREATMENT</u>

The group of patient with the virus found that ***EMERGENCY D-Virus Plan of Care*** improved the immune system and alertness immediately. Physicians have observed that using ***EMERGENCY D-Virus Plan of Care*** provokes a significant response, i.e., a reduction in symptoms in patients with the virus.

On April 2020, six (6) patients administered ***EMEMRGENCY D-Virus Plan of Care*** over the course of time from 1 – 2 weeks, controlled under supervision of a physician "**Clinical Assessment** and **Progress Note**" included observations by Golden Sunrise Nutraceutical medical staff.

Safety was monitored and throughout these six (6) patients no adverse side-effects were noticed. A total of six (6) patients were diagnosed with the virus that required close monitoring by both the attending physician, specialist of that field and by Golden Sunrise Nutraceutical medical staff.

**Six (6) PATIENTS' Histories and *EMERGENCY D-Virus Plan of Care* Treatment of the virus**.

Four (4) patients who were confirmed with the virus illness, were treated with the ***EMERGENCY D-VIRUS Plan of Care***. They were all treated in their homes. They showed improvement by day number

two (#2) or day number three (#3) of the treatment. All were asymptomatic by day number seven (#7) to day number nine (#9) of treatment.

**a)** M.T. is a 49-year-old female Caucasian nurse with heart arrhythmia. Her symptoms first began on Thursday, 04/02/2020 with ninety-nine point six (99.6°F) degrees Fahrenheit fever, some body aches and bad headaches. She quickly progressed to fevers, tightness in her chest, shortness of breath, severe fatigue, generalized muscle aches and pains, no appetite, headaches, sore throat, and severe dry cough.

She started ***EMERGENCY D-Virus Plan of Care*** treatment on Saturday, 04/04/2020 (her virus test resulted positive on Sunday, 04/05/2020). The next day she 'sensed' improvement, but uncertain of any improvement. By day number five (#5), on Wednesday, 04/08/2020, she exclaimed "I can take a deep breath" and she "slept like a baby". By Sunday, 04/12/2020, day number nine (#9), she was completely asymptomatic of all of her symptoms, and **repeat virus** test was done on **Friday, 04/17/2020. It was positive**. The next day, day number fifteen (#15) on Saturday, 04/18/2020, she had a fever of ninety-nine point nine (99.9°F) degrees Fahrenheit and increasing cough, no other symptoms, energy level was still good. She proceeded to the ***METABOLIC Plan of Care*** that evening. On day number sixteen (#16) and day number seventeen (#17), on Sunday, 04/19/2020 and Monday, 04/20/2020, no fevers and the cough continues improvement on the ***METABOLIC Plan of Care***.

**b)** R.H. is a 50-year-old male Hispanic insulin-using diabetic and asthmatic. He was confirmed the **virus positive** on Thursday, 04/02/2020. He **failed** a five (5) days course of ***Hydroxychloroquine*** and ***Azithromycin***. He was still experiencing fevers up to one hundred and three point five (103.5°F) degrees Fahrenheit, chills, extreme fatigue, severe generalized muscle achiness and pain, severe headaches, tightness in chest, frequent dry coughing, throat irritation, poor appetite with loss of about five (5 lbs) pounds, shortness of breath, bad dry cough, chest tightness, severe generalized muscle pains, extreme fatigue, and insomnia, and some diarrhea (from the ***Hydroxychloroquine*** most likely per patient).

Patient underlying condition of Diabetes Mellitus Type II was diagnosed fifteen (15) years earlier and treated with ***Insulin***. As a result of this underlying condition, patient suffers from peripheral neuropathy, chronic tinnitus, and balance problems. Patient also suffers from Asthma, for which he treats with a ***Symbicort*** inhaler, twice a day. There were no other underlying conditions.

Following testing, his reported to his physician, who started the patient on a five (5) day course of treatment with ***Hydroxychloroquine*** and ***Azithromycin***. Upon completion of the five (5) day course of treatment, patient's symptoms had not improved. His physician proceeded to refer the patient to Dr. Meis on Wednesday, 04/08/2020.

On Wednesday, 04/08/2020, Dr. Meis commenced treating the patient with ***EMERGENCY D-Virus Plan of Care***. By the next day his fever was coming down. By day number six (#6) the patient no longer suffered with fever. On day number eight (#8) ***AnterFeerons*** was added to the patient's treatment regimen, after which (approximately two (2) days later) the patient was essentially asymptomatic, with the exception of a persistent cough and chest

tightness. Five (5) days following the introduction of ***AnterFeerons***, the patient continued to be asymptomatic and still **positive** with the **virus**. However, the patient was able to **jog two** (**2**) **miles** by Saturday, 04/18/2020.

On Saturday, 04/18/2020 the patient started treatment with ***METABOLIC Plan of Care***, including ***LunCov*** and ***Gordon-PXL*** products. On Wednesday, 04/22/2020 ***DetoxHerb-1*** and ***DetoxHerb-2*** were introduced. By Friday, 04/24/2020 the patient had **virus (not detected) negative**, was asymptomatic, feeling very good, with no fever. There was only a slight tightness of chest consistent with his underlying Asthma.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**c)** D.M. is a 64-year-old healthy male Caucasian who had persisting symptoms for three (3) weeks,. He returned with his wife, from NETHERLANDS Holland on Tuesday, 03/17/2020. He was in bed for two (2) days with fever, chills, a cough – dry and also productive at times, chest tightness, loss of his sense of taste and smell, no appetite, slight headaches, burning in his nasal / sinus areas, and mild muscle aches. He was not able to completely recover. He continued to suffer from low energy, poor sense of taste and smell, mild dry cough, some tightness in his chest and inability to take a deep breath, and recurrent mild headaches. He could become winded and light-headed doing outdoor chores. He was **virus** confirmed on Thursday, 04/09/2020.

On Thursday, 04/09/2020 he started the ***EMERGENCY D-Virus Plan of Care***. Steadily his symptoms improved until he was asymptomatic by day number seven (#7) of treatment, on Wednesday, 04/15/2020. By Thursday, 04/30/2020 the patient had **virus** (**not detected**) **negative**, was asymptomatic, feeling very good, with no fever, and no cough.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**d)** N.M. is a 62-year-old healthy female Caucasian who returned from her trip with her husband form NETHERLANDS Holland on Tuesday, 03/17/2020. She similarly like her husband battled with persisting symptoms for about three (3) weeks. About on Thursday, 03/19/2020 she was in bed for two (2) days. She had a low-grade fever, mild headaches, generalized muscle achiness, bad dry cough, tightness in the chest, shortness of breath, fatigue, poor appetite, and poor sense of taste and smell. She slowly improved, but she had persisting mild / moderate dry and productive cough, chest tightness, fatigue, and some improved appetite. She was having periodic fever as well, none of them ever higher than one hundred (100°F) degrees Fahrenheit. She failed a course of ***Ciprofloxacin*** and then had tested positive for the **virus** on Saturday, 04/04/2020. On Wednesday, 04/08/2020, she took only one (1) dose each of ***Hydroxychloroquine*** and ***Azithromycin***, then chose the ***EMERGENCY D-Virus Plan of Care***.

On Wednesday, 04/08/2020 she started ***EMERGENCY D-Virus Plan of Care*** (day number one (#1) of treatment). By the next day, on Thursday, 04/09/2020, day number two (#2) of treatment, she already had improved energy and ability to concentrate. Her symptoms steadily improved until she was symptom-free by Wednesday, 04/15/2020, day number eight (#8) of treatment.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, ***COVID-19*** test, on Monday, 04/27/2020, was **inconclusive**.

**e)** A **fifth virus** positive patient on Saturday, 04/11/2020, started receiving the ***EMERGENCY D-Virus Plan of Care*** on Wednesday, 04/15/2020.

N.R. is a 28-year-old, healthy Hispanic male, who started symptoms on Friday, 04/10/2020 with fevers up to one hundred and two (102°F) degrees Fahrenheit, shortness of breath, sinus / nasal congestion and pressure, "non-stop" phlegm production, no appetite, extreme fatigue, generalized muscle pain, insomnia, and poor taste and smell.

On Wednesday, 04/15/2020 he started ***EMERGENCY D-Virus Plan of Care***. By the next day, day number two (#2) of treatment, on Thursday, 04/16/2020, the patient was already noticing improvement in his taste and smell, and most of his other symptoms, i.e. muscle pain etc. He has been afebrile since day number four (#4), on Saturday, 04/18/2020. Follow up in coming.

**f)** A **sixth virus** positive on Tuesday, 04/14/2020, started receiving ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 04/28/2020.

S.R. is an 86-year-old. Hispanic male who was admitted to the hospital from a nursing home with the **virus** on Tuesday, 04/14/2020. He was in the Intensive Care Unit (ICU) and required the **ventilator** for eight (8) days until Wednesday, 04/22/2020.

He was started on the ***EMERGENCY D-Virus Plan of Care*** **in the hospital** on Tuesday, 04/28/2020 and **discharged to home twenty-four (24) hours later**. He is gaining strength and he regained his appetite. The family members are amazed with his quick improvement once he started the ***EMERGENCY D-Virus Plan of Care***. He is currently on day number three (#3) of treatment.

**Summary:**

All patients have become completely asymptomatic by day number seven (#7) to day number nine (#9) of treatment with the ***EMERGENCY D-Virus Plan of Care***. Once people are afebrile for three (3) days and with improved cough, current policy allows discontinuation of self-quarantine measures. Up until now, because there has been no effective treatment, the effort of controlling the viral pandemic has necessitated a preventative approach, utilizing social isolation measures and testing. Success with these measures come at great cost both socially and economically. Now with the ***EMERGENCY D-Virus Plan of Care*** showing effective treatment for the **virus**, the focus can change, at it should, from prevention to treatment. Social isolation and **viral** testing can be significantly adjusted with treatment taking the primary approach of controlling the **virus**. Prompt administration of this treatment will significantly diminish the occurrence of serious cases and need for hospitalization. Confidence can be restored and people can return much more quickly, more likely in a matter of seven (7) to nine (9) days instead of weeks, to a more normal life style.

## 8.0 STORAGE, HANDLING, AND PRODUCTS

### 8.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***EMERGENCY D-Virus Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 8.2 Product Classification

Dietary Supplement.

## 9.0 ATTACHMENT LABELS

***ImunStem***, ***Aktiffvate, AnterFerron-1,*** and ***AnterFerron-2***

## 10.0 HOW SUPPLIED

### 10.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| ***AnterFerron-1*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***AnterFerron-2*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***ImunStem*** | **2 bottle** | **1 fl.oz. Liquid** |
| ***Aktiffvate*** | **2 bottle** | **1 fl.oz. Liquid** |

**EMERGENCY D-Virus Plan of Care**

*CELLULAR THERAPY*

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***AnterFeeron–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–2*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects.  It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath.  These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women.  Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *ImunStem*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**EMERGENCY D-Virus Plan of Care**

*CELLULAR THERAPY*

# *Aktiffvate*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# PRODUCT LABELS

Aktiffvate (pdf)
DOWNLOAD

AnterFeeron-1 (pdf)
DOWNLOAD

AnterFeeron-2 (pdf)
DOWNLOAD

AppetiteHerb (pdf)
DOWNLOAD

AwayHunger (pdf)
DOWNLOAD

C-Nite (pdf)
DOWNLOAD

CrProtein (pdf)
DOWNLOAD

DetoxHerb-1 (pdf)
DOWNLOAD

DetoxHerb-2 (pdf)
DOWNLOAD

DetoxHerb-NR (pdf)
DOWNLOAD

DetoxHerb-PI (pdf)
DOWNLOAD

HormonHerb (pdf)
DOWNLOAD

HyProtein-1 (pdf)
DOWNLOAD

HyProtein-2 (pdf)
DOWNLOAD

HyProtein-3 (pdf)
DOWNLOAD

HyProtein-4 (pdf)
DOWNLOAD

ImunStem (pdf)
DOWNLOAD

KemoHerb-1 (pdf)
DOWNLOAD

KemoHerb-2 (pdf)
DOWNLOAD

LyProtein (pdf)
DOWNLOAD

MaoPressure (pdf)
DOWNLOAD

NuerRon (pdf)
DOWNLOAD

NutraHerb (pdf)
DOWNLOAD

Rubb-Herb (pdf)
DOWNLOAD

VietNeze-40 (pdf)
DOWNLOAD

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

## Rusty HILGER, NFL Quarterback has Results with KemoHerb




## Jeff O'NEAL, Cancer Breakthroughs with KemoHerb Part 3 of 3



## Isabelle RUIZ, Cancer Breakthroughs with KemoHerb



## Jackie's GROOVE Interview Sheldon Reynolds Earth Wind & Fire



## Rusty HILGER Quarterback NFL Cancer Breakthrough Part 1 of 2



## Autism and Seizure Breakthrough with ImunStem and Aktiffvate



## Cancer Breakthroughs Successful Results - Part 2 of 3



## Alzheimer's Breakthrough with ImunStem and Aktiffvate



## ImunStem and Aktiffvate Minimal Blood Loss from Injuries



## Fragile-X Syndrome Breakthrough with ImunStem and Aktiffvate



## Stroke Breakthrough Successful with ImunStem and Aktiffvate



## Surgery Breakthrough Less Blood Loss, ImunStem & Aktiffvate



## Parkinson's Breakthrough with ImunStem and Aktiffvate



## Cancer Breakthrough Successful Results - Part 1 of 3






### Patrick GIMENEZ

My name is Patrick GIMENEZ, I am a movie producer that have been involved in the international movie industry. I learned of Golden Sunrise Nutraceutical products from a friend. My daughter has an extremely rare blood disorder for which there is no cure. She was tired all the time, mentally fuzzy, and was having infusions every other week to help maintain her hemoglobin level and avoid blood transfusions as much as possible. I took her to PORTERVILLE CALIFORNIA and the medical staff of Golden Sunrise Nutraceutical gave her the products that in one day made a world of difference. She went from not having the energy to walk to the end of our street to walking up to the HOLLYWOOD sign (the long way, one hour and forty-five minutes) within two days of treatment!

Almost three years later she is an energetic twenty years old that is involved in college, is part of a sorority and takes karate classes.

My wife has also taken Golden Sunrise Nutraceutical products and have noticed a big difference in her energy and clarity of mind.



### Sylvia J. HARRAL

My name is Sylvia HARRAL, I have been taking Golden Sunrise Nutraceutical products off and on for about three years now. On November 22, 2015, I was involved in a horrendous car accident and was airlifted to the FRESNO CALIFORNIA trauma center. My injuries included an epidural bleed, a dissected carotid artery, five broken areas of my lower jaw and one in my upper jaw, torn ligaments of the C1 and C2 vertebrae, a fracture of my C7 vertebrae, eight broken rids and a punctured and a collapsed left lung, a severely broken right wrist and left ankle, a minor break of the right tibia. During the thirteen hours in the emergency room, I flat lined for three minutes and was given Cardiopulmonary Resuscitation (CPR). I was intubated and the respirator breathed for me for a few days until I gradually began to breathe on my own. Within a week, I was stabilized enough to spent two days in surgery for jaw and broken bone repair. One week later, I moved out of Intensive Care Unit (ICU). After one week of further recovery, I moved to rehab for two weeks and was discharged. The hospital in FRESNO medical staff continually commented on my rapid improvement. I am so grateful for the thousands of prayers that went up on my behalf and for the overall health benefits from Golden Sunrise Nutraceutical products. I saw the effects first hand when my blood pressure moved away from flat-line forty up to fifty-five within five minutes after taking Golden Sunrise Nutraceutical products. My blood oxygen level also climbed from ninety to ninety-nine within minutes of taking the Golden Sunrise Nutraceutical products. Minimal blood loss was demonstrated in the lung drainage and suction tubes. When we understand our body's natural functions and how the Golden Sunrise Nutraceutical products supports those functions, we get a glimpse of the miraculous potential for us individually and as a Nation.



### Victor AYALA

My son Victor AYALA was diagnosed with a brain tumor at the age of eight years old and received surgeries plus chemo and radiation therapy. The surgeries with chemo and radiation therapy left him weak and unable to live a normal life, he couldn't sleep and had seizures. The doctors said to me that he had an infection and tumor still in his brain which was of grave concern and gave no hope for my son to survive (the doctors said no patient survives more than eleven months with a brain tumor). When Golden Sunrise Nutraceutical medical staff under the supervision of Golden Sunrise Nutraceutical doctor came to my home and began to treat my son with Golden Sunrise Nutraceutical products, my son slowly, progressively improved and after one year of treatment, returned to school and graduated. My son has been taking Golden Sunrise Nutraceutical products since 2008 for the past seven years his health has improved greatly and now lives a normal life as well as he did before his medical diagnosis.

### Tyler and Gerrit de JONG

I have two children that both have medical problems. One son has problems with terrible colds that gives him bronchitis to the point that he has to take antibiotics and uses an inhaler and the second son has problems from when he was a football player and had multiple head injuries/concussions that has affected him physically, and shows the symptoms of Chronic Traumatic Encephalopathy (CTE). Both sons have taken Golden Sunrise Nutraceutical products under the direction with Golden Sunrise Nutraceutical doctor and both have shown remarkable results. The first son has noticed that when he gets a cold he can fight it off without the use of antibiotics or an inhaler. The second son has energy again, he can work and can think once again without headaches or blackouts anymore.

### Tyler de JONG



### Gerrit de JONG





### Denna STEIB

My name is Deanna STIEB, I am fifty-two years old and been having health problems for three years. I had been having many normal health problems that women my age begin to experience, having a lack of energy, trouble focusing, anxiety, headaches/migraines, heart palpitations, painful periods, mood swing, weight gain, sweating, hot flashes etc.... I couldn't find any treatments available from the medical community that could help any of these conditions. I heard of Golden Sunrise Nutraceutical and went in December 2015. Golden Sunrise Nutraceutical doctor began treating me with Golden Sunrise Nutraceutical herbal products. These products have helped me greatly. Ninety percent of my health issues have disappeared. I really feel ten years younger.

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# LI ZHE Tennis

AUSTRALIAN OPEN



https://lizhetennis.com

MELBOURNE - AUSTRALIA



https://lizhetennis.org






# LI ZHE TENNIS CHINESE LANGUAGE




# Aisam-ul-Haq QURESHI Tennis

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# Skilled Intake Clinical Assessment Data

| | |
|---|---|
| Skilled Intake Clinical Assessment (pdf) | Download |
| Progress Note (pdf) | Download |
| Lifestyle Assessment Form (pdf) | Download |
| Follow-up and Survivorship Care (pdf) | Download |

# EMERGENCY D-Virus plan of Care

EMERGENCY D-Virus Plan of Care (pdf)

DOWNLOAD

# PRIMARY Plan of Care

PRIMARY Plan of Care (pdf)

DOWNLOAD

# CANCER Plan of Care

Cancer Survival Rate Results (pdf)

DOWNLOAD

CANCER Plan of Care (pdf)

DOWNLOAD

# METABOLIC Plan of Care

Insulin Resistance Cellular Restorative Results (pdf)

DOWNLOAD

METABOLIC Plan of Care (pdf)

DOWNLOAD

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# Contact Us

## GOLDEN SUNRISE NUTRACEUTICAL INCORPORATION

219 North E Street, Porterville, California 93257, United States

Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

INFO@GOLDENSUNRISENUTRACEUTICAL.COM




Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# BOARD MEMBERS, OFFICERS, and ADVISORS



## MEMBERS and OFFICERS

**Huu S. TIEU, President/Chief Executive Officer**

**Martin F. LOEFFLER, Senior Vice President**

**Dr. Stephen R. MEIS, Medical Director, M.D., Board Certified**

**Dennis L. HYLTON, Chief Financial Officer, C.P.A.**

# ADVISORY BOARD MEMBERS Expending in HealthCare

**Dr. John L. CHASE, M.D.**

**Dr. Jack C. TIPS, Ph.D., Certified Clinical Nutritionist**

**Dylan A. AYALA, Biomedical Engineering**

**Prof. Dr. Albert M. HUTAPEA, Ph.D.**

**Ahmed Z. BOUIDI, cGMP, Quebec CANADA**

**Oscar Ruiz de CHAVEZ, Regulatory Compliance**

**Prof. Sylvia J. HARRAL, Nutritional Education**

**Mohammed AZIAR, Casablanca MOROCCO**

**Fatima Zahra AZIAR, International Marketing, Casablanca MOROCCO**

**Hajar AZIAR, International Marketing, London E161YN, UNITED KINGDOM**

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

Golden Sunrise Nutraceutical, Inc., established in 2016, is a privately held corporation

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

Innovative Virus Treatment EMERGENCY D-Virus Plan of Care

Golden Sunrise NUTRACEUTICAL

GOLDEN SUNRISE PRODUCTS TESTIMONIAL SPORTS TREATMENT MORE

# OUR PARTNERS

Golden Sunrise Nutraceutical has partnered with Golden Sunrise Pharmaceutical to create a stronger team for inovation through cutting edge technology. The inovation of providing products, to treat Serious and/or Life-threatening conditions or disease, given Golden Sunrise Nutraceutical a clear edge in the healthcare industry.



Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

EMERGENCY D-Virus Plan of Care

EMERGENCY D-VIRUS PLAN OF CARE NEWS

July 03, 2018

Golden Sunrise Nutraceutical announces on July 01, 2018, that the Food and Drug Administration (FDA) has approved ***ImunStem*** (Olive Leaf, Yarrow, Rosemary, Yucca, and Cinnamon Oil) as the first botanical/herbal medication to treat ***Serious or Life-threatening*** diseases or conditions.

***IMUNSTEM*** **- FDA NDC No.: 70642-001-01**

# Shocking New Study Shows Chemo Kills Half of Cancer Patients



March 18, 2018

## BREAKING NEWS - Chemotherapy Killed Half of Cancer Patients

Shocking New Study Shows Half of Cancer Patients are Killed by Chemotherapy, Not Cancer

Continue Reading

# THE 21st CENTURY CURES ACT

# Breaking News 21st CURES ACT

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

# EMERGENCY D-Virus Plan of Care

## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***AnterFerron-1, AnterFerron-2, ImunStem, and Aktiffvate***

**COMPANY**

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet ……………………………………………………………... | Title Page |
| Table of Contents ………………………………………………………………. | 1 |
| 1.0 Introduction ……………………………………………………………….. | 2 |
| 2.0 Instruction for the Treatment ………………………………………….. | 2 |
| 2.1 Administration and Dosage of ImunStem and Aktiffvate ……. | 3 |
| 2.2 Administration and Dosage of AnterFeerons ………………..… | 3 |
| 2.3 Ongoing Treatment ……………………………………………. | 3 |
| 3.0 Warning and Precautions ……………………………………………. | 4 |
| 4.0 Drug Interactions ……………………………………………………. | 4 |
| 5.0 Therapeutic Response ………………………………………………….. | 4 |
| 5.1 Adverse Sensitivity Response of ImunStem and Aktiffvate ….. | 4 |
| 6.0 Clinical Pharmacology ………………………………………………. | 4 |
| 6.1 Mechanism of Action ………………………………………… | 4 |
| 6.2 Pharmacokinetics ……………………………………………… | 5 |
| 7.0 Results of Patients After Treatment ………………………………… | 5 |
| 8.0 Storage, Handling, and Products …………………………………… | 9 |
| 8.1 Storage and Stability ………………………………………….. | 9 |
| 8.2 Product Classification ………………………………………… | 9 |
| 9.0 Attachment Labels ………………………………………………….. | 9 |
| 10.0 How Supplies ………………………………………………………… | 9 |
| 10.1 Packaging ………………………………………………………… | 9 |

## 1.0 INTRODUCTION

Stephen R. MEIS, M.D., Board Certified (Dr. Meis), I strongly recommend Golden Sunrise Nutraceutical Incorporation herbal products ***ImunStem*** and ***Aktiffvate***, along with their ***AnterFeerons*** product, as uniquely qualified to treat and modify the course of the **virus** epidemic in CHINA and other countries. Patients with late stages of ***Hepatitis C***, and ***AIDS / HIV*** have responded with greatly improved quality-of-life and extending their lives when treated with ***ImunStem*** and ***Aktiffvate***. For viral colds, ***Aktiffvate***, when given in frequent dosing, as frequent as every one half (½) hour to one (1) hour, will not only alleviate the symptoms quickly, but stop the cold virus itself, usually in less than 2 – 3 days. Now ***AnterFeerons*** has been added to the ***ImunStem*** and ***Aktiffvate*** and shown added improvement for a variety of infections associated with cancer patients and the chronically ill, whether it be viral or bacterial.

***ImunStem***, ***Aktiffvate,*** and ***AnterFeerons*** herbs are the basis of the whole cellular therapy developed by Golden Sunrise Nutraceutical. They have proven themselves to the United States Food & Drug Administration (FDA). ***ImunStem***, an herbal product, was the first dietary supplement in the United States to be approved as a prescription medicine and also for the indication to treat ***Serious or Life-threatening*** conditions. It qualified for both of these under the Regenerative Medicine Advance Therapy (RMAT) designation in the 2016 Cures Act, enacted by the 114th United States Congress. This designation acknowledges not only the effectiveness of these herbs, usually only associated with pharmaceutical drugs, but also causing no side effects, a quality of dietary supplements.

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***EMERGENCY D-Virus Plan of Care*** is the basis for the remarkable improvement for human health.

The technology developed by Golden Sunrise Nutraceutical is the key for the effectiveness of the herbs on the immune system and cellular metabolism. They have immune stimulating properties. In-vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. The cells possess a bipolarity and lipophilicity that facilitates molecular diffusion through permeable and selective membranes, including crossing the blood / brain barrier. Golden Sunrise Nutraceutical herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells.

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INSTRUCTIONS FOR THE TREATMENT

**General dosing recommendations:** ***ImunStem*** and ***Aktiffvate*** should be taken throughout the course of the illness. Recommended starting dose for those without any viral symptoms would be twice a day administration. But for with symptoms or with chronic health issues three (3) or four (4) times a day is advised. For someone who is exhibiting symptoms, after three (3) days of the ***ImunStem*** and


App. 000049

***Aktiffvate***, the ***Aktiffvate*** alone should be increased to a quarter dropperful every thirty (30) to sixty (60) minutes in addition to be ***ImunStem / Aktiffvate*** combination already being taken by the patient. With this increased dosing of ***Aktiffvate***, disappearance of viral symptoms is expected within two (2) to four (4) days. If symptoms however do not resolve with this regimen or the person is steadily worsening, the ***AnterFeerons*** should be used as directed. For the infirmed or elderly, the ***AnterFeerons*** must be administered under direct observation of health professionals, because it will bring on nausea and or vomiting as part of utilizing the body's natural shedding mechanism of the illness / virus. It will cause some dehydration which must be compensated either by an electrolyte solution (***Pedialyte***, ***Gatorade,*** etc.) or ***IV fluids***.

## 2.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ½–¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

## 2.2 Administration and Dosage of *ANTERFEERONS*

Take one (1 fl.oz.) fluid ounce of ***AnterFeeron–1***. Then in forty-five (45) minutes to one (1) hour following ingestion of ***AnterFeeron–1***, take one (1 fl.oz.) fluid ounce of ***AnterFeeron–2***, administered in the same dose. Each bottle must be emptied into a small glass and swallowed quickly all at once (not sipped or sniffed), followed by water to wash it down.

***AnterFeeron–1* and *AnterFeeron–2* are liquid form:**

| Product | Dose |
|---|---|
| ***AnterFeeron-1*** | 1 fl.oz. |
| ***AnterFeeron-2*** | 1 fl.oz. |

## 2.3 Ongoing Treatment

***ImunStem***, ***Aktiffvate***, and ***AnterFeerons*** are available now and once they are started, they will help alleviate the people immediately with the acute illness of the virus. But this treatment, which is tailored for this acute emergency, is the beginning of Golden Sunrise Nutraceutical's ***METABOLIC Plan of Care***. The ***METABOLIC Plan of Care*** is a carefully planned course of therapy with herbal treatments to treat at a cellular level chronic illnesses such as hypertension, diabetes, peripheral neuropathies, parkinsonism, multiple sclerosis, gastrointestinal conditions, schizophrenia, Lyme's disease, to name a few. It is a preventative for cancer, which primarily is a metabolic problem like our other diseases. For those who start with the ***EMERGENCY D-Virus Plan of Care***, it would be ideal to continue with Golden Sunrise's ***METABOLIC Plan of Care***.

## 3.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF ***IMUNSTEM, AKTIFFVATE, ANTERFEERON-1,*** and ***ANTERFEERON-2***, SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***EMERGENCY D-VIRUS PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT. THESE PRODUCTS CAN LOWER BLOOD SUGAR IN DIABETICS AND LOWER BLOOD PRESSURE IN HYPER-TENSIVE PATIENTS. BLOOD SUGAR AND BLOOD PRESSURE SHOULD BE MONITORED FOR THOSE WITH A HISTORY OF HIGH SENSIVITY TO MEDICATIONS. A LOWER STARTING DOSE MIGHT BE APPROPRIATE.

## 4.0 DRUG INTERACTIONS

***ImunStem, Aktiffvate,*** and ***AnterFeerons*** have not been reported, so far, to have had any interactions with single or multiple combination of prescription drugs. You should always read product labels. If you have a medical condition, or are taking other prescription drugs, herbs, or dietary supplements, you should speak with a qualified healthcare provider before starting a new therapy.

## 5.0 THERAPEUTIC RESPONSE

### 5.1 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- ***ImunStem*** and ***Aktiffvate*** can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 6.0 CLINICAL PHARMACOLOGY

### 6.1 Mechanism of Action

***EMERGENGY D-Virus Plan of Care*** are herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the ***EMERGENCY D-Virus Plan of Care*** intact across all cell membranes, including the blood-brain barrier, which allows its efficacy for the central nervous system.

***EMERGENCY D-Virus Plan of Care*** possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

***EMERGENCY D-Virus Plan of Care*** are the key for the effectiveness of the products on the immune system and cellular metabolism. They have immune-stimulating properties. In–vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. ***EMERGENCY D-Virus Plan of Care*** have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage. These herbals have a variety of effects including antioxidant activity and anti–inflammatory properties.

***EMERGENCY D-Virus Plan of Care*** can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of ***EMERGENCY D-Virus Plan of Care*** are compatible with the stabilization of the sympathetic nervous system activity. ***EMERGENCY D-Virus Plan of Care*** reduce inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side–effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.

**6.2 Pharmacokinetics**

***EMERGENCY D-Virus Plan of Care*** are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because ***EMERGENCY D-Virus Plan of Care*** readily passes through membrane tissue by passive diffusion.

The ***EMERGENCY D-Virus Plan of Care*** dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 7.0 RESULTS OF PATIENTS AFTER TREATMENT

The group of patient with the virus found that ***EMERGENCY D-Virus Plan of Care*** improved the immune system and alertness immediately. Physicians have observed that using ***EMERGENCY D-Virus Plan of Care*** provokes a significant response, i.e., a reduction in symptoms in patients with the virus.

On April 2020, six (6) patients administered ***EMEMRGENCY D-Virus Plan of Care*** over the course of time from 1 – 2 weeks, controlled under supervision of a physician "**Clinical Assessment** and **Progress Note**" included observations by Golden Sunrise Nutraceutical medical staff.

Safety was monitored and throughout these six (6) patients no adverse side-effects were noticed. A total of six (6) patients were diagnosed with the virus that required close monitoring by both the attending physician, specialist of that field and by Golden Sunrise Nutraceutical medical staff.

**Six (6) PATIENTS' Histories and *EMERGENCY D-Virus Plan of Care* Treatment of the virus**.

Four (4) patients who were confirmed with the virus illness, were treated with the ***EMERGENCY D-VIRUS Plan of Care***. They were all treated in their homes. They showed improvement by day number

two (#2) or day number three (#3) of the treatment. All were asymptomatic by day number seven (#7) to day number nine (#9) of treatment.

**a)** M.T. is a 49-year-old female Caucasian nurse with heart arrhythmia. Her symptoms first began on Thursday, 04/02/2020 with ninety-nine point six (99.6°F) degrees Fahrenheit fever, some body aches and bad headaches. She quickly progressed to fevers, tightness in her chest, shortness of breath, severe fatigue, generalized muscle aches and pains, no appetite, headaches, sore throat, and severe dry cough.

She started ***EMERGENCY D-Virus Plan of Care*** treatment on Saturday, 04/04/2020 (her virus test resulted positive on Sunday, 04/05/2020). The next day she 'sensed' improvement, but uncertain of any improvement. By day number five (#5), on Wednesday, 04/08/2020, she exclaimed "I can take a deep breath" and she "slept like a baby". By Sunday, 04/12/2020, day number nine (#9), she was completely asymptomatic of all of her symptoms, and **repeat virus** test was done on **Friday, 04/17/2020. It was positive**. The next day, day number fifteen (#15) on Saturday, 04/18/2020, she had a fever of ninety-nine point nine (99.9°F) degrees Fahrenheit and increasing cough, no other symptoms, energy level was still good. She proceeded to the ***METABOLIC Plan of Care*** that evening. On day number sixteen (#16) and day number seventeen (#17), on Sunday, 04/19/2020 and Monday, 04/20/2020, no fevers and the cough continues improvement on the ***METABOLIC Plan of Care***.

**b)** R.H. is a 50-year-old male Hispanic insulin-using diabetic and asthmatic. He was confirmed the **virus positive** on Thursday, 04/02/2020. He **failed** a five (5) days course of ***Hydroxychloroquine*** and ***Azithromycin***. He was still experiencing fevers up to one hundred and three point five (103.5°F) degrees Fahrenheit, chills, extreme fatigue, severe generalized muscle achiness and pain, severe headaches, tightness in chest, frequent dry coughing, throat irritation, poor appetite with loss of about five (5 lbs) pounds, shortness of breath, bad dry cough, chest tightness, severe generalized muscle pains, extreme fatigue, and insomnia, and some diarrhea (from the ***Hydroxychloroquine*** most likely per patient).

Patient underlying condition of Diabetes Mellitus Type II was diagnosed fifteen (15) years earlier and treated with ***Insulin***. As a result of this underlying condition, patient suffers from peripheral neuropathy, chronic tinnitus, and balance problems. Patient also suffers from Asthma, for which he treats with a ***Symbicort*** inhaler, twice a day. There were no other underlying conditions.

Following testing, his reported to his physician, who started the patient on a five (5) day course of treatment with ***Hydroxychloroquine*** and ***Azithromycin***. Upon completion of the five (5) day course of treatment, patient's symptoms had not improved. His physician proceeded to refer the patient to Dr. Meis on Wednesday, 04/08/2020.

On Wednesday, 04/08/2020, Dr. Meis commenced treating the patient with ***EMERGENCY D-Virus Plan of Care***. By the next day his fever was coming down. By day number six (#6) the patient no longer suffered with fever. On day number eight (#8) ***AnterFeerons*** was added to the patient's treatment regimen, after which (approximately two (2) days later) the patient was essentially asymptomatic, with the exception of a persistent cough and chest

tightness. Five (5) days following the introduction of ***AnterFeerons***, the patient continued to be asymptomatic and still **positive** with the **virus**. However, the patient was able to **jog two** (**2**) **miles** by Saturday, 04/18/2020.

On Saturday, 04/18/2020 the patient started treatment with ***METABOLIC Plan of Care***, including ***LunCov*** and ***Gordon-PXL*** products. On Wednesday, 04/22/2020 ***DetoxHerb-1*** and ***DetoxHerb-2*** were introduced. By Friday, 04/24/2020 the patient had **virus (not detected) negative**, was asymptomatic, feeling very good, with no fever. There was only a slight tightness of chest consistent with his underlying Asthma.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**c)** D.M. is a 64-year-old healthy male Caucasian who had persisting symptoms for three (3) weeks,. He returned with his wife, from NETHERLANDS Holland on Tuesday, 03/17/2020. He was in bed for two (2) days with fever, chills, a cough – dry and also productive at times, chest tightness, loss of his sense of taste and smell, no appetite, slight headaches, burning in his nasal / sinus areas, and mild muscle aches. He was not able to completely recover. He continued to suffer from low energy, poor sense of taste and smell, mild dry cough, some tightness in his chest and inability to take a deep breath, and recurrent mild headaches. He could become winded and light-headed doing outdoor chores. He was **virus** confirmed on Thursday, 04/09/2020.

On Thursday, 04/09/2020 he started the ***EMERGENCY D-Virus Plan of Care***. Steadily his symptoms improved until he was asymptomatic by day number seven (#7) of treatment, on Wednesday, 04/15/2020. By Thursday, 04/30/2020 the patient had **virus** (**not detected**) **negative**, was asymptomatic, feeling very good, with no fever, and no cough.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**d)** N.M. is a 62-year-old healthy female Caucasian who returned from her trip with her husband form NETHERLANDS Holland on Tuesday, 03/17/2020. She similarly like her husband battled with persisting symptoms for about three (3) weeks. About on Thursday, 03/19/2020 she was in bed for two (2) days. She had a low-grade fever, mild headaches, generalized muscle achiness, bad dry cough, tightness in the chest, shortness of breath, fatigue, poor appetite, and poor sense of taste and smell. She slowly improved, but she had persisting mild / moderate dry and productive cough, chest tightness, fatigue, and some improved appetite. She was having periodic fever as well, none of them ever higher than one hundred (100°F) degrees Fahrenheit. She failed a course of ***Ciprofloxacin*** and then had tested positive for the **virus** on Saturday, 04/04/2020. On Wednesday, 04/08/2020, she took only one (1) dose each of ***Hydroxychloroquine*** and ***Azithromycin***, then chose the ***EMERGENCY D-Virus Plan of Care***.

On Wednesday, 04/08/2020 she started ***EMERGENCY D-Virus Plan of Care*** (day number one (#1) of treatment). By the next day, on Thursday, 04/09/2020, day number two (#2) of treatment, she already had improved energy and ability to concentrate. Her symptoms steadily improved until she was symptom-free by Wednesday, 04/15/2020, day number eight (#8) of treatment.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, ***COVID-19*** test, on Monday, 04/27/2020, was **inconclusive**.

**e)** A **fifth virus** positive patient on Saturday, 04/11/2020, started receiving the ***EMERGENCY D-Virus Plan of Care*** on Wednesday, 04/15/2020.

N.R. is a 28-year-old, healthy Hispanic male, who started symptoms on Friday, 04/10/2020 with fevers up to one hundred and two (102°F) degrees Fahrenheit, shortness of breath, sinus / nasal congestion and pressure, "non-stop" phlegm production, no appetite, extreme fatigue, generalized muscle pain, insomnia, and poor taste and smell.

On Wednesday, 04/15/2020 he started ***EMERGENCY D-Virus Plan of Care***. By the next day, day number two (#2) of treatment, on Thursday, 04/16/2020, the patient was already noticing improvement in his taste and smell, and most of his other symptoms, i.e. muscle pain etc. He has been afebrile since day number four (#4), on Saturday, 04/18/2020. Follow up in coming.

**f)** A **sixth virus** positive on Tuesday, 04/14/2020, started receiving ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 04/28/2020.

S.R. is an 86-year-old. Hispanic male who was admitted to the hospital from a nursing home with the **virus** on Tuesday, 04/14/2020. He was in the Intensive Care Unit (ICU) and required the **ventilator** for eight (8) days until Wednesday, 04/22/2020.

He was started on the ***EMERGENCY D-Virus Plan of Care*** **in the hospital** on Tuesday, 04/28/2020 and **discharged to home twenty-four (24) hours later**. He is gaining strength and he regained his appetite. The family members are amazed with his quick improvement once he started the ***EMERGENCY D-Virus Plan of Care***. He is currently on day number three (#3) of treatment.

**Summary:**
All patients have become completely asymptomatic by day number seven (#7) to day number nine (#9) of treatment with the ***EMERGENCY D-Virus Plan of Care***. Once people are afebrile for three (3) days and with improved cough, current policy allows discontinuation of self-quarantine measures. Up until now, because there has been no effective treatment, the effort of controlling the viral pandemic has necessitated a preventative approach, utilizing social isolation measures and testing. Success with these measures come at great cost both socially and economically. Now with the ***EMERGENCY D-Virus Plan of Care*** showing effective treatment for the **virus**, the focus can change, at it should, from prevention to treatment. Social isolation and **viral** testing can be significantly adjusted with treatment taking the primary approach of controlling the **virus**. Prompt administration of this treatment will significantly diminish the occurrence of serious cases and need for hospitalization. Confidence can be restored and people can return much more quickly, more likely in a matter of seven (7) to nine (9) days instead of weeks, to a more normal life style.

## 8.0 STORAGE, HANDLING, AND PRODUCTS

### 8.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***EMERGENCY D-Virus Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 8.2 Product Classification

Dietary Supplement.

## 9.0 ATTACHMENT LABELS

***ImunStem***, ***Aktiffvate, AnterFerron-1,*** and ***AnterFerron-2***

## 10.0 HOW SUPPLIED

### 10.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| ***AnterFerron-1*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***AnterFerron-2*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***ImunStem*** | **2 bottle** | **1 fl.oz. Liquid** |
| ***Aktiffvate*** | **2 bottle** | **1 fl.oz. Liquid** |

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |

** Daily Value (DV) not established.

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***AnterFeeron–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–2*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**

**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *ImunStem*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *Aktiffvate*®

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**

**Serving Size:** (0.50ml) (491.50mg)

**Serving Per Container:** 25 servings

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**ATTACHMENT I**

Innovative Virus Treatment EMERGENCY D-Virus Plan of Care

Golden Sunrise NUTRACEUTICAL

GOLDEN SUNRISE | PRODUCTS | TESTIMONIAL | SPORTS | TREATMENT | MORE

# Skilled Intake Clinical Assessment Data

- Skilled Intake Clinical Assessment (pdf) — Download
- Progress Note (pdf) — Download
- Lifestyle Assessment Form (pdf) — Download
- Follow-up and Survivorship Care (pdf) — Download

# EMERGENCY D-Virus plan of Care

EMERGENCY D-Virus Plan of Care (pdf)

DOWNLOAD

# PRIMARY Plan of Care

PRIMARY Plan of Care (pdf)

DOWNLOAD

# CANCER Plan of Care

Cancer Survival Rate Results (pdf)

DOWNLOAD

CANCER Plan of Care (pdf)

DOWNLOAD

# METABOLIC Plan of Care

Insulin Resistance Cellular Restorative Results (pdf)

DOWNLOAD

METABOLIC Plan of Care (pdf)

DOWNLOAD

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.

GOLDEN SUNRISE NUTRACEUTICAL, INC.
219 North E Street * PORTERVILLE, CA 93257
Phone No.: 1.559.781.0658 * Fax No.: 1.559.615.1268



# SKILLED INTAKE CLINICAL ASSESSMENT DATA

| | |
|---|---|
| **PATIENT NAME:** | **Age:**<br>**DOB:** |
| **NAME of PHYSICIAN:** | **Gender:** |
| **ALLERGIES:** | **Ethnicity:**<br>**Height:** **Weight:** |
| **DIAGNOSIS:** | |

| | |
|---|---|
| **VITAL SIGNS** | BP:____________ ( ) L ( ) R ( ) sitting ( ) lying down ( ) stable V/S<br>HR:____________ ( ) regular ( ) irregular<br>RR:____________ ( ) regular ( ) irregular<br>Temp:____________ ( ) oral ( ) axillary ( ) temporal ( ) Other:________________<br><br>**PAIN STATUS:**____________________<br>*Pain Location:*____________________<br>*Pain Frequency:* ( ) constant ( ) on/off<br>*Pain Characteristics:* ( ) sharp ( ) stabbing ( ) vague ( ) gnawing ( ) other:__________<br>*Pain worsened by:* ( ) rest ( ) activity<br>*Pain relieved by:* ( ) rest ( )movement ( ) pain Meds:____________________ |
| **GENERAL CONDITION** | ( ) alert ( ) oriented ( ) disoriented ( ) time ( ) person ( ) place<br>( ) confused ( ) forgetful ( ) occasional confusion ( ) occasional disorientation<br>( ) dementia ( ) alzheimer's ( ) lethargic ( ) vegetative state ( ) fatigue/lethargic<br>( ) non-verbal ( ) other: |
| **HOMEBOUND REASON** | ( ) Needs assistance for all ADL? ( ) Yes ( ) No |
| **MOBILITY STATUS** | ( ) poor balance ( ) unsteady gait ( ) BKA / AKA / amputed toes<br>( ) with assistive device ( ) chair / wheelchair bound ( ) bed bound<br>( ) other: |
| **LIVING SITUATION** | ( ) lives alone ( ) with spouse ( ) with family member:___________ ( ) other:___________<br>( ) lives at own house ( ) apartment ( ) assisted living ( ) senior apartment<br>( ) other: |
| **CAREGIVING SITUATION** | ( ) on CG ( ) spouse ( ) family member:_______________ ( ) neighbor ( ) paid help<br>( ) limited availability ( ) available as needed ( ) overwhelmed ( ) poor health<br>( ) other: |
| **CARDIOVASCULAR STATUS** | ( ) palpitations ( ) w / activity ( ) at rest ( ) dizziness / vertigo ( ) pacemaker<br>( ) chest pain ( ) w / activity ( ) at rest ( ) hx of cardiac surgery ( ) no problem<br>( ) other: |

| | | |
|---|---|---|
| *Patient Name / Signature / Date:* | *Staff Name / Title / Signature / Date:* | *Date:*<br>*Time In:*____________<br>*Time Out:*____________ |

# SKILLED INTAKE CLINICAL ASSESSMENT DATA



| | |
|---|---|
| **PERIPHERAL CIRCULATION** | ( ) pedal pulse dim ( ) R ( ) L ( ) leg pain ( ) R ( ) L ( ) swelling ( ) R ( ) L<br>( ) pedal pulse absent ( ) R ( ) L ( ) numbness ( ) R ( ) L<br>( ) discoloration ( ) R ( ) L ( ) tingling ( ) R ( ) L ( ) no problem<br>( ) gangrene ( ) R ( ) L ( ) redness / bluish ( ) R ( ) L<br>( ) pitting edema ( ) R ( ) L ( ) +1 ( ) +2 ( ) +3 ( ) +4<br>( ) other: |
| **PULMONARY STATUS** | ( ) clear breath sounds ( ) SOB / DOE ( ) uses nebulizer<br>( ) rales / wheezing ( ) orthopnea ( ) tracheostomy<br>( ) cough ( ) uses oxygen ( ) pulse oxi reading:______________<br>( ) other: |
| **NEUROLOGIC STATUS** | ( ) R/L sided weakness / paralysis ( ) paraplegic ( ) quadriplegic<br>( ) headache ( ) aphasia ( ) facial asymmetry ( ) seizure disorder<br>( ) tremors at rest / activity ( ) no problem<br>( ) other: |
| **ENDOCRINE STATUS** | ( ) FBS:____________ ( ) BG checked by: ( ) PT ( ) CG ( ) SN ( ) unable to check BS<br>( ) other: |
| **GASTROINTESTINAL NUTRITIONAL STATUS** | ( ) good / poor appetite ( ) dehydrated ( ) Jackson - Pratt<br>( ) nausea / vomiting ( ) distended abdomen ( ) bowel incontinence<br>( ) diarrhea_________________ ( ) epigastric discomfort<br>( ) constipated: Last BM__________________ ( ) GT / JT with or without feed<br>( ) weight loss:______________ ( ) colostomy / other drainage ( ) no problems<br>( ) other: |
| **GENITO - URINARY STATUS** | ( ) burning ( ) dribbling ( ) stress / urge incontinent ( ) frequency:__________<br>( ) foley catheter ( ) urostomy ( ) condom catheter ( ) suprapubic catheter<br>( ) recurrent UTI ( ) hematuria ( ) cloudy urine ( ) urine sediment ( ) dark / blackkish urine<br>( ) peritoneal / hemodialysis ( ) frequency________________ ( ) no problem<br>( ) other: |
| **INTEGUMENTARY STATUS** | ( ) surgical wound ( ) open wound ( ) pressure ulcer ( ) diabetic ulcer ( ) stasis ulcer<br>( ) rash ( ) cellulitis ( ) see wound description on wound sheet<br>( ) other: |

| | |
|---|---|
| ***Patient Name:*** | ***Staff Name:*** |

# SKILLED INTAKE CLINICAL ASSESSMENT DATA



| | |
|---|---|
| **MUSCULO-SKELETAL STATUS** | ( ) joint swelling ( ) BKA / AKA / amputated toes ( ) S/P surgery<br>( ) fracture ( ) weakness of UE / LE ( ) hip<br>( ) deformity ( ) leg cramps ( ) knee<br>( ) Hx of fall ( ) no problem ( ) other surgeries:____________<br>( ) others: |
| **ASSESSMENT PERFORMED** | ( ) head to toe assessment<br>( ) assessed pain status ( ) assessed knowledge of blood sugar monitoring<br>( ) assessed safety ( ) assessed knowledge of insulin administration<br>( ) assessed knowledge of prior teaching ( ) assessed blood sugar logs taken by patient / CG<br>( ) assessed Meds compliance ( ) assessed knowledge of diabetic regimen<br>( ) assessed diet and compliance ( ) assessed S / SX of hyper / hypoglycemia<br>( ) assessed caregiving status ( ) assessed wound care techniques<br>( ) assessed infection control measures ( ) assessed colostomy status<br>( ) assessed wound healing / complications<br>( ) assessed foley / urostomy drainage and maintenance<br>( ) other assessment findings: |
| **OTHER PERTINENT FINDINGS / NOTES** | |
| **TEACHINGS / INSTRUCTIONS PERFORMED** | ( ) medications ( ) fingerstick blood sugar monitoring<br>( ) disease process of :________________________ ( ) administration of insulin<br>( ) complications of:__________________________ ( ) S / SX of hyper / hypoglycemia<br>( ) S / SX to observe and report:________________ ( ) pain management techniques<br>( ) ER / 911 protocol ( ) pacemaker protocol<br>( ) infection control measures ( ) coumadin precaution<br>( ) proper disposal of sharps ( ) energy conservation technique<br>( ) proper disposal of solid dressing ( ) colostomy / ileostomy management<br>( ) skin care / foot care regimen ( ) catheter / urostomy management<br>( ) prevention of decubitus ulcers ( ) incontinent care<br>( ) how to perform wound care ( ) GT / JT flushing and site care<br>( ) diabetic diet ( ) traceheostomy care<br>( ) diabetic sick day rules ( ) oxygen use and care<br>( ) S / SX of heart attack ( ) measures to prevent falls<br>( ) S / SX of impending CVA<br>( ) S / SX of GI bleeding<br>( ) other: |

| | |
|---|---|
| ***Patient Name:*** | ***Staff Name:*** |

App. 000065

Golden Sunrise NUTRACEUTICAL

# SKILLED INTAKE CLINICAL ASSESSMENT DATA



| | |
|---|---|
| **TEACHINGS GIVEN TO:** | ( ) patient ( ) caregiver:_______________<br>***METHODS:***<br>( ) verbal ( ) demonstration ( ) hands out ( ) video tape<br>( ) other: |
| **OUTCOME OF TEACHINGS:** | ( ) verbalized full understanding ( ) good return demonstration<br>( ) verbalized partial understanding<br>( ) other: |
| **PROGRESS TOWARDS ACHIEVEMENT OF GOALS (done at least weekly)** | ( ) medical condition stable ( ) pain not yet resolved<br>( ) foley catheter assessment still needed ( ) still with open wound<br>( ) GT / JT assessment still needed ( ) wounds resolved<br>( ) colostomy assessment still needed ( ) compliance improved through teachings<br>( ) pain not yet resolved ( ) UNSTABLE (see assessment findings)<br>( ) pain / CG still needs instructions ( ) vital signs ( ) GI status<br>( ) SN supervision needed for Meds management ( ) cardiac status ( ) GU status<br>( ) PT / CG unable to perform procedure without SN ( ) neuro status ( ) diabetic status<br>( ) new / recent change in Meds ( ) respiratory status ( ) musculoskeletal status<br>( ) other: |
| **CURRENT MEDICATIONS** | |
| **PAST MEDICAL HISTORY** | |

**PROGRESS NOTES**

| | |
|---|---|
| ***Patient Name:*** | ***Staff Name:*** |

GOLDEN SUNRISE NUTRACEUTICAL, INC.
219 North E Street * PORTERVILLE, CA 93257
Phone No.: 1.559.781.0658 * Fax No.: 1.559.615.1268



# PROGRESS NOTE

| | |
|---|---|
| **PATIENT NAME:** | **Age:** |
| | **DOB:** |
| **NAME of PHYSICIAN:** | **Gender:** |
| **ALLERGIES:** | **Ethnicity:** |
| | **Height:** **Weight:** |

*Staff Name / Title / Signature / Date*

*Date:*

*Time In:*____________________

*Time Out:*____________________

GOLDEN SUNRISE NUTRACEUTICAL, INC.
219 North E Street * PORTERVILLE, CA 93257
Phone No.: 1.559.781.0658 * Fax No.: 1.559.615.1268



# LIFESTYLE ASSESSMENT FORM

Name: ____________________________________________

Date: ____________________ Age: ____________________ Sex: ______________

***Please answer each of the following questions. Please use the back of the page for additional space.***

What is your purpose in coming here today?

______________________________________________

What are your main health concerns / complaints?

______________________________________________

______________________________________________

Have you ever been diagnosed with an ailment related to your main health concern(s)?

______________________________________________

Any trauma or loss in the last five (5) years? ______________________

What level of stress do you are experiencing at this time?

Minimal ☐ Average ☐ Considerable ☐ Unbearable ☐

What are the major causes or factors of your stress? (check all that apply)

☐ Financial ☐ Career ☐ Personal ☐ Marriage ☐ Health

☐ Family ☐ Spiritual ☐ Unfulfilled Expectation

☐ Other (please elaborate) ______________________________

How does your stress manifest itself? ______________________________

______________________________________________

Do you use any coping mechanisms? ______________________________

What do you do for exercise? (indicate type, frequency and time) ______________

______________________________________________

How many hours on average do you sleep daily? (include naps) ______________

What time do you go to sleep? ______________ Awaken? ______________

Do you awaken feeling rested? Yes ☐ No ☐

What is your occupation? ______________________________

Do you enjoy your work? Yes ☐ No ☐ Sometimes ☐

How many hours each day do you work? ______________________

At what times do you start and end work? ______________________

Do you smoke? Yes ☐ No ☐ If yes, how much and for how long? ______________

If no, does anyone in your household or workplace smoke? Yes ☐ No ☐

Do you wish to gain weight? ☐ Lose weight? ☐ How much? ☐

How many hours do you spend daily, on average:

Driving ______ Watching television ______ Reading ______ In front of computer ______

What are your interest and hobbies? ______________________________

______________________________________________

*For office use only:*

GOLDEN SUNRISE NUTRACEUTICAL, INC.
219 North E Street * PORTERVILLE, CA 93257
Phone No.: 1.559.781.0658 Fax No.: 1.559.615.1268



# Follow-up and Survivorship Care

| | |
|---|---|
| **PATIENT NAME:** | **Age:** |
| | **DOB:** |
| **NAME of PHYSICIAN:** | **Gender:** |
| | **Ethnicity:** |
| | **Height:** **Weight:** |

| Follow Up Care | When / How Often? | Coordinating Provider |
|---|---|---|
| Medical Oncology Visits | | |
| Lab Test | | |
| Imaging | | |
| | | |
| | | |

**Potential late effects of treatments(s):**

**Call your doctor if you have any of these signs and symptoms:**

| History of Previous Medications | Date | Reduce Medications | Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Comments:**

*Staff Name / Title / Signature / Date*

*Date:*

*Time In:*____________________

*Time Out:*____________________

# EMERGENCY D-Virus
# Plan of Care
## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***AnterFerron-1, AnterFerron-2, ImunStem, and Aktiffvate***

**COMPANY**

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet …………………………………………………………….. | Title Page |
| Table of Contents ………………………………………………………… | 1 |
| 1.0 Introduction …………………………………………………………….. | 2 |
| 2.0 Instruction for the Treatment ………………………………………….. | 2 |
| 2.1 Administration and Dosage of ImunStem and Aktiffvate ……. | 3 |
| 2.2 Administration and Dosage of AnterFeerons …………………..… | 3 |
| 2.3 Ongoing Treatment ……………………………………………… | 3 |
| 3.0 Warning and Precautions ……………………………………………. | 4 |
| 4.0 Drug Interactions ……………………………………………………. | 4 |
| 5.0 Therapeutic Response ……………………………………………….. | 4 |
| 5.1 Adverse Sensitivity Response of ImunStem and Aktiffvate ….. | 4 |
| 6.0 Clinical Pharmacology ……………………………………………… | 4 |
| 6.1 Mechanism of Action ………………………………………………. | 4 |
| 6.2 Pharmacokinetics ……………………………………………………. | 5 |
| 7.0 Results of Patients After Treatment …………………………………. | 5 |
| 8.0 Storage, Handling, and Products ……………………………………. | 9 |
| 8.1 Storage and Stability ……………………………………………….. | 9 |
| 8.2 Product Classification ……………………………………………. | 9 |
| 9.0 Attachment Labels ………………………………………………………. | 9 |
| 10.0 How Supplies …………………………………………………………. | 9 |
| 10.1 Packaging …………………………………………………………… | 9 |

## 1.0 INTRODUCTION

Stephen R. MEIS, M.D., Board Certified (Dr. Meis), I strongly recommend Golden Sunrise Nutraceutical Incorporation herbal products ***ImunStem*** and ***Aktiffvate***, along with their ***AnterFeerons*** product, as uniquely qualified to treat and modify the course of the **virus** epidemic in CHINA and other countries. Patients with late stages of ***Hepatitis C***, and ***AIDS / HIV*** have responded with greatly improved quality-of-life and extending their lives when treated with ***ImunStem*** and ***Aktiffvate***. For viral colds, ***Aktiffvate***, when given in frequent dosing, as frequent as every one half (½) hour to one (1) hour, will not only alleviate the symptoms quickly, but stop the cold virus itself, usually in less than 2 – 3 days. Now ***AnterFeerons*** has been added to the ***ImunStem*** and ***Aktiffvate*** and shown added improvement for a variety of infections associated with cancer patients and the chronically ill, whether it be viral or bacterial.

***ImunStem***, ***Aktiffvate,*** and ***AnterFeerons*** herbs are the basis of the whole cellular therapy developed by Golden Sunrise Nutraceutical. They have proven themselves to the United States Food & Drug Administration (FDA). ***ImunStem***, an herbal product, was the first dietary supplement in the United States to be approved as a prescription medicine and also for the indication to treat ***Serious or Life-threatening*** conditions. It qualified for both of these under the Regenerative Medicine Advance Therapy (RMAT) designation in the 2016 Cures Act, enacted by the 114th United States Congress. This designation acknowledges not only the effectiveness of these herbs, usually only associated with pharmaceutical drugs, but also causing no side effects, a quality of dietary supplements.

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***EMERGENCY D-Virus Plan of Care*** is the basis for the remarkable improvement for human health.

The technology developed by Golden Sunrise Nutraceutical is the key for the effectiveness of the herbs on the immune system and cellular metabolism. They have immune stimulating properties. In-vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. The cells possess a bipolarity and lipophilicity that facilitates molecular diffusion through permeable and selective membranes, including crossing the blood / brain barrier. Golden Sunrise Nutraceutical herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells.

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INSTRUCTIONS FOR THE TREATMENT

**General dosing recommendations:** ***ImunStem*** and ***Aktiffvate*** should be taken throughout the course of the illness. Recommended starting dose for those without any viral symptoms would be twice a day administration. But for with symptoms or with chronic health issues three (3) or four (4) times a day is advised. For someone who is exhibiting symptoms, after three (3) days of the ***ImunStem*** and


App. 000072

***Aktiffvate***, the ***Aktiffvate*** alone should be increased to a quarter dropperful every thirty (30) to sixty (60) minutes in addition to be ***ImunStem / Aktiffvate*** combination already being taken by the patient. With this increased dosing of ***Aktiffvate***, disappearance of viral symptoms is expected within two (2) to four (4) days. If symptoms however do not resolve with this regimen or the person is steadily worsening, the ***AnterFeerons*** should be used as directed. For the infirmed or elderly, the ***AnterFeerons*** must be administered under direct observation of health professionals, because it will bring on nausea and or vomiting as part of utilizing the body's natural shedding mechanism of the illness / virus. It will cause some dehydration which must be compensated either by an electrolyte solution (***Pedialyte***, ***Gatorade,*** etc.) or ***IV fluids***.

## 2.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ½–¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

## 2.2 Administration and Dosage of *ANTERFEERONS*

Take one (1 fl.oz.) fluid ounce of ***AnterFeeron–1***. Then in forty-five (45) minutes to one (1) hour following ingestion of ***AnterFeeron–1***, take one (1 fl.oz.) fluid ounce of ***AnterFeeron–2***, administered in the same dose. Each bottle must be emptied into a small glass and swallowed quickly all at once (not sipped or sniffed), followed by water to wash it down.

***AnterFeeron–1* and *AnterFeeron–2* are liquid form:**

| Product | Dose |
|---|---|
| ***AnterFeeron-1*** | 1 fl.oz. |
| ***AnterFeeron-2*** | 1 fl.oz. |

## 2.3 Ongoing Treatment

***ImunStem***, ***Aktiffvate***, and ***AnterFeerons*** are available now and once they are started, they will help alleviate the people immediately with the acute illness of the virus. But this treatment, which is tailored for this acute emergency, is the beginning of Golden Sunrise Nutraceutical's ***METABOLIC Plan of Care***. The ***METABOLIC Plan of Care*** is a carefully planned course of therapy with herbal treatments to treat at a cellular level chronic illnesses such as hypertension, diabetes, peripheral neuropathies, parkinsonism, multiple sclerosis, gastrointestinal conditions, schizophrenia, Lyme's disease, to name a few. It is a preventative for cancer, which primarily is a metabolic problem like our other diseases. For those who start with the ***EMERGENCY D-Virus Plan of Care***, it would be ideal to continue with Golden Sunrise's ***METABOLIC Plan of Care***.

## 3.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF ***IMUNSTEM, AKTIFFVATE, ANTERFEERON-1,*** and ***ANTERFEERON-2***, SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***EMERGENCY D-VIRUS PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT. THESE PRODUCTS CAN LOWER BLOOD SUGAR IN DIABETICS AND LOWER BLOOD PRESSURE IN HYPER-TENSIVE PATIENTS. BLOOD SUGAR AND BLOOD PRESSURE SHOULD BE MONITORED FOR THOSE WITH A HISTORY OF HIGH SENSIVITY TO MEDICATIONS. A LOWER STARTING DOSE MIGHT BE APPROPRIATE.

## 4.0 DRUG INTERACTIONS

***ImunStem, Aktiffvate,*** and ***AnterFeerons*** have not been reported, so far, to have had any interactions with single or multiple combination of prescription drugs. You should always read product labels. If you have a medical condition, or are taking other prescription drugs, herbs, or dietary supplements, you should speak with a qualified healthcare provider before starting a new therapy.

## 5.0 THERAPEUTIC RESPONSE

### 5.1 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- ***ImunStem*** and ***Aktiffvate*** can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 6.0 CLINICAL PHARMACOLOGY

### 6.1 Mechanism of Action

***EMERGENGY D-Virus Plan of Care*** are herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the ***EMERGENCY D-Virus Plan of Care*** intact across all cell membranes, including the blood-brain barrier, which allows its efficacy for the central nervous system.

***EMERGENCY D-Virus Plan of Care*** possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

***EMERGENCY D-Virus Plan of Care*** are the key for the effectiveness of the products on the immune system and cellular metabolism. They have immune-stimulating properties. In–vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. ***EMERGENCY D-Virus Plan of Care*** have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage. These herbals have a variety of effects including antioxidant activity and anti–inflammatory properties.

***EMERGENCY D-Virus Plan of Care*** can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of ***EMERGENCY D-Virus Plan of Care*** are compatible with the stabilization of the sympathetic nervous system activity. ***EMERGENCY D-Virus Plan of Care*** reduce inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side–effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.

### 6.2 Pharmacokinetics

***EMERGENCY D-Virus Plan of Care*** are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because ***EMERGENCY D-Virus Plan of Care*** readily passes through membrane tissue by passive diffusion.

The ***EMERGENCY D-Virus Plan of Care*** dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 7.0 RESULTS OF PATIENTS AFTER TREATMENT

The group of patient with the virus found that ***EMERGENCY D-Virus Plan of Care*** improved the immune system and alertness immediately. Physicians have observed that using ***EMERGENCY D-Virus Plan of Care*** provokes a significant response, i.e., a reduction in symptoms in patients with the virus.

On April 2020, six (6) patients administered ***EMEMRGENCY D-Virus Plan of Care*** over the course of time from 1 – 2 weeks, controlled under supervision of a physician "**Clinical Assessment** and **Progress Note**" included observations by Golden Sunrise Nutraceutical medical staff.

Safety was monitored and throughout these six (6) patients no adverse side-effects were noticed. A total of six (6) patients were diagnosed with the virus that required close monitoring by both the attending physician, specialist of that field and by Golden Sunrise Nutraceutical medical staff.

**Six (6) PATIENTS' Histories and *EMERGENCY D-Virus Plan of Care* Treatment of the virus**.

Four (4) patients who were confirmed with the virus illness, were treated with the ***EMERGENCY D-VIRUS Plan of Care***. They were all treated in their homes. They showed improvement by day number

two (#2) or day number three (#3) of the treatment. All were asymptomatic by day number seven (#7) to day number nine (#9) of treatment.

**a)** M.T. is a 49-year-old female Caucasian nurse with heart arrhythmia. Her symptoms first began on Thursday, 04/02/2020 with ninety-nine point six (99.6°F) degrees Fahrenheit fever, some body aches and bad headaches. She quickly progressed to fevers, tightness in her chest, shortness of breath, severe fatigue, generalized muscle aches and pains, no appetite, headaches, sore throat, and severe dry cough.

She started ***EMERGENCY D-Virus Plan of Care*** treatment on Saturday, 04/04/2020 (her virus test resulted positive on Sunday, 04/05/2020). The next day she 'sensed' improvement, but uncertain of any improvement. By day number five (#5), on Wednesday, 04/08/2020, she exclaimed "I can take a deep breath" and she "slept like a baby". By Sunday, 04/12/2020, day number nine (#9), she was completely asymptomatic of all of her symptoms, and **repeat virus** test was done on **Friday, 04/17/2020. It was positive**. The next day, day number fifteen (#15) on Saturday, 04/18/2020, she had a fever of ninety-nine point nine (99.9°F) degrees Fahrenheit and increasing cough, no other symptoms, energy level was still good. She proceeded to the ***METABOLIC Plan of Care*** that evening. On day number sixteen (#16) and day number seventeen (#17), on Sunday, 04/19/2020 and Monday, 04/20/2020, no fevers and the cough continues improvement on the ***METABOLIC Plan of Care***.

**b)** R.H. is a 50-year-old male Hispanic insulin-using diabetic and asthmatic. He was confirmed the **virus positive** on Thursday, 04/02/2020. He **failed** a five (5) days course of ***Hydroxychloroquine*** and ***Azithromycin***. He was still experiencing fevers up to one hundred and three point five (103.5°F) degrees Fahrenheit, chills, extreme fatigue, severe generalized muscle achiness and pain, severe headaches, tightness in chest, frequent dry coughing, throat irritation, poor appetite with loss of about five (5 lbs) pounds, shortness of breath, bad dry cough, chest tightness, severe generalized muscle pains, extreme fatigue, and insomnia, and some diarrhea (from the ***Hydroxychloroquine*** most likely per patient).

Patient underlying condition of Diabetes Mellitus Type II was diagnosed fifteen (15) years earlier and treated with ***Insulin***. As a result of this underlying condition, patient suffers from peripheral neuropathy, chronic tinnitus, and balance problems. Patient also suffers from Asthma, for which he treats with a ***Symbicort*** inhaler, twice a day. There were no other underlying conditions.

Following testing, his reported to his physician, who started the patient on a five (5) day course of treatment with ***Hydroxychloroquine*** and ***Azithromycin***. Upon completion of the five (5) day course of treatment, patient's symptoms had not improved. His physician proceeded to refer the patient to Dr. Meis on Wednesday, 04/08/2020.

On Wednesday, 04/08/2020, Dr. Meis commenced treating the patient with ***EMERGENCY D-Virus Plan of Care***. By the next day his fever was coming down. By day number six (#6) the patient no longer suffered with fever. On day number eight (#8) ***AnterFeerons*** was added to the patient's treatment regimen, after which (approximately two (2) days later) the patient was essentially asymptomatic, with the exception of a persistent cough and chest

tightness. Five (5) days following the introduction of ***AnterFeerons***, the patient continued to be asymptomatic and still **positive** with the **virus**. However, the patient was able to **jog two** (**2**) **miles** by Saturday, 04/18/2020.

On Saturday, 04/18/2020 the patient started treatment with ***METABOLIC Plan of Care***, including ***LunCov*** and ***Gordon-PXL*** products. On Wednesday, 04/22/2020 ***DetoxHerb-1*** and ***DetoxHerb-2*** were introduced. By Friday, 04/24/2020 the patient had **virus (not detected) negative**, was asymptomatic, feeling very good, with no fever. There was only a slight tightness of chest consistent with his underlying Asthma.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**c)** D.M. is a 64-year-old healthy male Caucasian who had persisting symptoms for three (3) weeks,. He returned with his wife, from NETHERLANDS Holland on Tuesday, 03/17/2020. He was in bed for two (2) days with fever, chills, a cough – dry and also productive at times, chest tightness, loss of his sense of taste and smell, no appetite, slight headaches, burning in his nasal / sinus areas, and mild muscle aches. He was not able to completely recover. He continued to suffer from low energy, poor sense of taste and smell, mild dry cough, some tightness in his chest and inability to take a deep breath, and recurrent mild headaches. He could become winded and light-headed doing outdoor chores. He was **virus** confirmed on Thursday, 04/09/2020.

On Thursday, 04/09/2020 he started the ***EMERGENCY D-Virus Plan of Care***. Steadily his symptoms improved until he was asymptomatic by day number seven (#7) of treatment, on Wednesday, 04/15/2020. By Thursday, 04/30/2020 the patient had **virus** (**not detected**) **negative**, was asymptomatic, feeling very good, with no fever, and no cough.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, as well as **negative (not detected)** for **virus**.

**d)** N.M. is a 62-year-old healthy female Caucasian who returned from her trip with her husband form NETHERLANDS Holland on Tuesday, 03/17/2020. She similarly like her husband battled with persisting symptoms for about three (3) weeks. About on Thursday, 03/19/2020 she was in bed for two (2) days. She had a low-grade fever, mild headaches, generalized muscle achiness, bad dry cough, tightness in the chest, shortness of breath, fatigue, poor appetite, and poor sense of taste and smell. She slowly improved, but she had persisting mild / moderate dry and productive cough, chest tightness, fatigue, and some improved appetite. She was having periodic fever as well, none of them ever higher than one hundred (100°F) degrees Fahrenheit. She failed a course of ***Ciprofloxacin*** and then had tested positive for the **virus** on Saturday, 04/04/2020. On Wednesday, 04/08/2020, she took only one (1) dose each of ***Hydroxychloroquine*** and ***Azithromycin***, then chose the ***EMERGENCY D-Virus Plan of Care***.

On Wednesday, 04/08/2020 she started ***EMERGENCY D-Virus Plan of Care*** (day number one (#1) of treatment). By the next day, on Thursday, 04/09/2020, day number two (#2) of treatment, she already had improved energy and ability to concentrate. Her symptoms steadily improved until she was symptom-free by Wednesday, 04/15/2020, day number eight (#8) of treatment.

Patient has continued treatment with ***ImunStem*** and ***Aktiffvate***, and is symptom free, ***COVID-19*** test, on Monday, 04/27/2020, was **inconclusive**.

**e)** A **fifth virus** positive patient on Saturday, 04/11/2020, started receiving the ***EMERGENCY D-Virus Plan of Care*** on Wednesday, 04/15/2020.

N.R. is a 28-year-old, healthy Hispanic male, who started symptoms on Friday, 04/10/2020 with fevers up to one hundred and two (102°F) degrees Fahrenheit, shortness of breath, sinus / nasal congestion and pressure, "non-stop" phlegm production, no appetite, extreme fatigue, generalized muscle pain, insomnia, and poor taste and smell.

On Wednesday, 04/15/2020 he started ***EMERGENCY D-Virus Plan of Care***. By the next day, day number two (#2) of treatment, on Thursday, 04/16/2020, the patient was already noticing improvement in his taste and smell, and most of his other symptoms, i.e. muscle pain etc. He has been afebrile since day number four (#4), on Saturday, 04/18/2020. Follow up in coming.

**f)** A **sixth virus** positive on Tuesday, 04/14/2020, started receiving ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 04/28/2020.

S.R. is an 86-year-old. Hispanic male who was admitted to the hospital from a nursing home with the **virus** on Tuesday, 04/14/2020. He was in the Intensive Care Unit (ICU) and required the **ventilator** for eight (8) days until Wednesday, 04/22/2020.

He was started on the ***EMERGENCY D-Virus Plan of Care*** **in the hospital** on Tuesday, 04/28/2020 and **discharged to home twenty-four (24) hours later**. He is gaining strength and he regained his appetite. The family members are amazed with his quick improvement once he started the ***EMERGENCY D-Virus Plan of Care***. He is currently on day number three (#3) of treatment.

**Summary:**

All patients have become completely asymptomatic by day number seven (#7) to day number nine (#9) of treatment with the ***EMERGENCY D-Virus Plan of Care***. Once people are afebrile for three (3) days and with improved cough, current policy allows discontinuation of self-quarantine measures. Up until now, because there has been no effective treatment, the effort of controlling the viral pandemic has necessitated a preventative approach, utilizing social isolation measures and testing. Success with these measures come at great cost both socially and economically. Now with the ***EMERGENCY D-Virus Plan of Care*** showing effective treatment for the **virus**, the focus can change, at it should, from prevention to treatment. Social isolation and **viral** testing can be significantly adjusted with treatment taking the primary approach of controlling the **virus**. Prompt administration of this treatment will significantly diminish the occurrence of serious cases and need for hospitalization. Confidence can be restored and people can return much more quickly, more likely in a matter of seven (7) to nine (9) days instead of weeks, to a more normal life style.

## 8.0 STORAGE, HANDLING, AND PRODUCTS

### 8.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***EMERGENCY D-Virus Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 8.2 Product Classification

Dietary Supplement.

## 9.0 ATTACHMENT LABELS

***ImunStem***, ***Aktiffvate, AnterFerron-1,*** and ***AnterFerron-2***

## 10.0 HOW SUPPLIED

### 10.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| ***AnterFerron-1*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***AnterFerron-2*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***ImunStem*** | **2 bottle** | **1 fl.oz. Liquid** |
| ***Aktiffvate*** | **2 bottle** | **1 fl.oz. Liquid** |

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***AnterFeeron–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–2*

Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**

**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

EMERGENCY D-Virus Plan of Care

*CELLULAR THERAPY*

# *ImunStem*®

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**

**Serving Size:** (0.50ml) (491.50mg)

**Serving Per Container:** 25 servings

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**EMERGENCY D-Virus Plan of Care**

***CELLULAR THERAPY***

# *Aktiffvate*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**

**Serving Size:** (0.50ml) (491.50mg)

**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Golden Sunrise NUTRACEUTICAL

# PRIMARY Plan of Care

## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***ImunStem and Aktiffvate***

**COMPANY**

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

# TABLE OF CONTENTS

| SECTION | | PAGE NUMBER |
|---|---|---|
| Cover Sheet | | Title Page |
| Table of Contents | | 1 |
| 1.0 | Introduction | 2 |
| 2.0 | Indications and Usage | 2 |
| 3.0 | Instruction for the Treatment | 2 |
| 4.0 | Treatment, Dosage, and Administration | 3 |
| 4.1 | Administration and Dosage of ImunStem and Aktiffvate | 3 |
| 4.2 | Ongoing Treatment | 4 |
| 5.0 | Warning and Precautions | 4 |
| 6.0 | Drug Interactions | 4 |
| 7.0 | Therapeutic Response | 4 |
| 7.1 | Adverse Sensitivity Response of ImunStem and Aktiffvate | 4 |
| 8.0 | Clinical Pharmacology | 4 |
| 8.1 | Mechanism of Action | 4 |
| 8.2 | Pharmacokinetics | 5 |
| 9.0 | Nonclinical Toxicology | 5 |
| 9.1 | Genotoxicity of ImunStem | 5 |
| 9.2 | Genotoxicity of Aktiffvate | 6 |
| 10.0 | Results of Patients after Treatment | 6 |
| 11.0 | Storage, Handling, and Products | 11 |
| 11.1 | Storage and Stability | 11 |
| 11.2 | Product Classification | 11 |
| 12.0 | Attachment Labels | 11 |
| 13.0 | How Supplies | 11 |
| 13.1 | Packaging | 11 |

## 1.0 INTRODUCTION

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***PRIMARY Plan of Care*** is the basis for the remarkable improvement for human health.

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA). The FDA formed a new department called Regenerative Medicine Advance Therapy because of the law enacted by the 114th United States Congress in December 2016 called the 21st Century Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells. They provide the building blocks for the cells to transform the crippled metabolic pathways back to the normal condition and allow the cells to perform the normal functions which they were designed to perform. ***Serious or Life-threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INDICATIONS AND USAGE

This guidance is designed as the first use ***PRIMARY Plan of Care*** for all conditions or diseases and is used to stabilize the patient. ***ImunStem*** and ***Aktiffvate*** stimulates the immune system throughout the body. ***ImunStem*** and ***Aktiffvate*** aids the cellular regeneration of damaged areas of the body by diseases and injuries. ***ImunStem*** and ***Aktiffvate*** also helps blood flow through the system especially in difficult regions such as body capillaries. ***ImunStem*** and ***Aktiffvate*** are a highly mobile compounds that have been shown as a central nervous system and immune system stimulant.

FIRST AND FOREMOST, ***PRIMARY Plan of Care***, MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

Once a medical evaluation of the patient has been completed and reviewed, those patients whose medical history and current medical condition is appropriate for treatment with ***PRIMARY Plan of Care*** will receive the product as follows:

## 3.0 INSTRUCTIONS FOR THE TREATMENT

Before starting the ***ImunStem*** and ***Aktiffvate*** the patient must be in stable condition and the diagnosis must be established as thoroughly as possible. This prepares the treating health professional, and the patient as well, for expected changes that can occur because of the disease

process, thus avoiding possible confusion which might erroneously be attributed to the Golden Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as well) is necessary because the health professional can often appreciate improvement in areas that are ignored by the patient. For example, the patient may be discouraged by little improvement in their hand arthritis but when asked, they may acknowledge improvement in their back pain, or energy level or insomnia, etc.

Noticeable changes will occur when using ***ImunStem*** and ***Aktiffvate***, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc. In perhaps 2–3% of patients starting the ***ImunStem*** and ***Aktiffvate***, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc. These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2–7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the ***ImunStem*** and the ***Aktiffvate***, the dose usually needs to be started at a reduced dose.

## 4.0 TREATMENT, DOSAGE, AND ADMINISTRATION

Take ½ – ¾ of a dropper of ***ImunStem*** and ***Aktiffvate*** under the tongue 1–4 times daily. Leave under the tongue for approximately forty (40) seconds and then drink water.

If the patient has a sensitivity of the mouth and/or throat then an administration orally mixed with one (1) teaspoonful of yogurt or capsules can be administered.

### 4.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and / or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

### 4.2 Ongoing Treatment

The patient should receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** between 1–4 times daily for the first two (2) weeks. Then another medical evaluation should be performed to evaluate their effectiveness and to determine if reduction in dose to 2–3 times daily is appropriate. Blood test before treatment, and at 2–4 weeks can be helpful to evaluate effectiveness. If the patient appears to be stable, then other Golden Sunrise Nutraceutical product supplementation should be added to specific conditions or diseases of the patient. All future treatments should take into account any physicians evaluations, blood reports or other information pertinent to the treatment of the patient.

## 5.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF ***IMUNSTEM*** AND ***AKTIFFVATE***, SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***PRIMARY PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT, AND LABORATORY RESULTS. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

## 6.0 DRUG INTERACTIONS

***ImunStem*** and ***Aktiffvate*** has been combined with other drugs, but has not been thoroughly tested with significant combinations yet to show interactions with multiple combinations. You should always read product labels. If you have a medical condition, or are taking other drugs, herbs, or dietary supplements, you should speak with a qualified healthcare provider before starting a new therapy.

## 7.0 THERAPEUTIC RESPONSE

### 7.1 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- ***ImunStem*** and ***Aktiffvate*** can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 8.0 CLINICAL PHARMACOLOGY

### 8.1 Mechanism of Action

***ImunStem*** and ***Aktiffvate*** are herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of


**App.000088**

molecules by possible passive membrane transportation or passive diffusion of the ***ImunStem*** and ***Aktiffvate*** intact across all cell membranes, including the blood-brain barrier, which allows its efficacy for the central nervous system.

***ImunStem*** and ***Aktiffvate*** possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

***ImunStem*** and ***Aktiffvate*** are the key for the effectiveness of the products on the immune system and cellular metabolism. They have immune-stimulating properties. In–vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. ***ImunStem*** and ***Aktiffvate*** have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage. These herbals have a variety of effects including antioxidant activity and anti–inflammatory properties.

***ImunStem*** and ***Aktiffvate*** can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of ***ImunStem*** and ***Aktiffvate*** are compatible with the stabilization of the sympathetic nervous system activity. ***ImunStem*** and ***Aktiffvate*** reduce inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side–effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.

### 8.2 Pharmacokinetics

***ImunStem*** and ***Aktiffvate*** are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because ***ImunStem*** and ***Aktiffvate*** readily passes through membrane tissue by passive diffusion.

The ***ImunStem*** and ***Aktiffvate*** dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 9.0 NONCLINICAL TOXICOLOGY

### 9.1 Genotoxicity of *ImunStem*

**PURPOSE:** The purpose of this study is to evaluate ***ImunStem*** for its ability to induce reverse mutation at the histidine locus in *Salmonella typhimurium* tester trains both in the presence and absence of an exogenous mammalian metabolic system (S9) containing microsomal enzyme.

**CONCLUSION:** Under the test conditions in this study, ***ImunStem*** was not mutagenic in the tested strains of the *Salmonella typhimurium*, histidine auxotroph TA97, TA98, TA100, TA102 and TA1535 both in the presence and absence of metabolic activation system. The results indicated

that, at the dose concentration of a 25–fold dilution to a 15,625–fold dilution of original liquid, 100-µl/plate, ***ImunStem*** did not induce point mutations by base substitutions and/or frame shifts in the genome of these tested strains.

### 9.2 Genotoxicity of *Aktiffvate*

**PURPOSE:** The *Salmonella typhimurium* reverse mutation assay (Ames test) is used to determine the potential mutagenic activity of the test article by exposing a large number of the test organism to the test article in agar plates. The agar plates are monitored for growth of revertants (organism mutating to the wild type) which are counted and used to estimate the mutagenic potential of the test article.

The Ames test employs several histidine dependent (His-) strains of *Salmonella typhimurium* which require the amino acid histidine for growth. The test detects mutations which cause the bacterial strains to revert to histidine independent (His+) bacteria which are capable of synthesizing histidine and can grow in the absence of histidine. The assay uses tester strains TA97a, TA98, TA100, TA102 and TA1535 which were selected to detect various types of mutagens. The test is performed both with and without metabolic activation using an S–9 activation system. The S–9 activation system is designed to simulate mammalian liver enzyme systems and is used to detect substances which undergo metabolic activation from non-mutagenic forms.

All test method acceptance criteria were met. The test procedure(s) listed above were followed without deviation.

**CONCLUSION:** The results are calculated using a validated computer program. Manual calculations may differ slightly due to rounding. All results greater than three hundred (300) Colony Forming Units (CFU) are considered estimates.

Doses 5-µl/plate and 1.6-µl/plate showed toxicity; therefore, two (2) additional lower concentrations were tested to complete the dose range. The test article concentrations did not produce a 2–fold or 3–fold increase in the number of revertants or produce a clear dose related response in any of the five (5) tester strains. The spot tests of dose 5-µl/plate showed no zone of increased reversion, but did show toxicity. In PURPOSE, the test article concentrations tested against the 5–strains did not meet the criteria for a potential mutagen.

## 10.0 RESULTS OF PATIENTS AFTER TREATMENT

A small group of patients with ***Serious or Life-threatening*** diseases or conditions found that ***ImunStem*** and ***Aktiffvate*** dietary supplement improved the immune system and alertness immediately.

Physicians have observed that using ***ImunStem*** and ***Aktiffvate*** provokes a significant response, i.e., a reduction in symptoms in patients with these diseases: Autism, Alzheimer's, Neuropathy, Chronic Lymphocytic Leukemia, Multiple Sclerosis, Parkinson's, Schizoaffective disorder, Fragile-X syndrome, and a significant decrease of side-effects to chemotherapy for cancer. ***ImunStem*** and ***Aktiffvate*** has been shown to help reduce loss of blood from surgical wound and menstrual periods (shorter and lighter periods).

Fifty (50) patients administered ***ImunStem*** and ***Aktiffvate*** dietary supplement over the course of time from a few weeks up to three (3) years were made and included observations from attending physicians, nursing staff, care givers and Golden Sunrise Nutraceutical medical personnel. Blood reports were also included and medications (if any) were documented. The observations compiled from family physicians and specialists were entered and compared with observations by Golden Sunrise Nutraceutical medical staff.

Safety was monitored and throughout these studies no adverse side-effects were noticed. A representative number of patients were diagnosed with ***Serious or Life-threatening*** diseases or conditions that required close monitoring by both the attending physician, specialist of that field and by Golden Sunrise Nutraceutical medical staff.

**a)** J.W. is a 10-years-old white male who began treatment with physician psychiatrist in VISALIA California when he was 6-years-old. He has been diagnosed with fragile-X syndrome. He was diagnosed as Attention Deficit Hyperactivity Disorder (ADHD) (F90.1), and Intermittent Explosive Disorder (IED) (F63.81). He has been treated over the years with Tegretol, Vyvanse, Zoloft, Risperdal; he had a trial at another medical center of R Baclofen. Psychiatrist have also treated him with Gabitril, and Nudexta. He was taking Zoloft 150-mg in the morning, Risperdal 1-mg at bedtime and Vyvanse 40-mg in the morning.

On July 07, 2016 he was started on ***ImunStem*** and ***Aktiffvate*** at twenty (20) drops twice a day. On July 25, 2016 his mother reports as of this date that he is more focused and calmer. His level of perseveration has decreased dramatically. His mother stated that the other day he was organizing the DVDs player in their home and "that's not like him."

**b)** S.W. is a 64 year old, white male, who began treatment with the psychiatrist when he was 57 years old. He was initially diagnosed as anxiety disorder Not Otherwise Specified (NOS) (F41.9) and ADHD without hyperactivity (F90.0). Stimulant medication was not effective in treating his focusing problems so Wellbutrin was used. Chlorazepate was used to help with his anxiety. He did well on this combination of medicines until November 2014. He was diagnosed at that point in time as having diabetic neuropathy and was treated with Lyrica. He complained at that point in time that the medicine made him feel "fuzzy" and he was unable to be productive at work. In February 2015 he stopped the Chlorazepate because he was afraid of having Alzheimer's disease and decreased the Wellbutrin on his own to decrease the fuzziness. He did restart the Chlorazepate eventually. In April 2016 he was taking Cymbalta 60-mg in the morning and Ambien 10-mg at bedtime. His family doctor had stopped the Wellbutrin and Chlorazepate. He was being treated at that point in time with methadone and Lyrica. He complained again of feeling fuzzy, tired, and unable to do his work.

In July 2016 he was started with ***ImunStem*** and ***Aktiffvate*** twenty (20) drops twice a day. He reported two and a half (2½) weeks later that he had more energy and motivation. He was more productive and able to do his work and his pain had been reduced by thirty (30%) percent.

**c)** S.R. is a 39 year old white male, who was first seen when he was 28 years old. He was transferred from another physician and was taking Wellbutrin-SR 100-mg three (3) times a day, Clozaril 600-mg at bedtime, Zoloft 200-mg in the morning, Topamax 100-mg at bedtime, and Aricept 20-mg at bedtime. He had a significant history of substance abuse, including marijuana, crack cocaine, mushrooms, and acid between the ages of seventeen and twenty-one years old. He was diagnosed as schizoaffective disorder (F25.9) and Polysubstance abuse. He was treated with multiple medications over the years to try to help reduce his psychotic symptoms and increased his sociability. In June 2016, he was taking Vraylar 6-mg in the morning, Fanapt 6-mg twice a day, Nudexta 20-10 twice a day, Chlorazepate 30-mg at bedtime, Prozac 40-mg in the morning, Clozaril 300-mg at bedtime, Abilify 30-mg in the morning, and Gabitril 4-mg at bedtime.

On July 07, 2016, he was started on ***ImunStem*** and ***Aktiffvate*** at twenty (20) drops twice a day. He returned on July 21, 2016, reporting that he had decreased the Chlorazepate to 15-mg at bedtime, his Prozac had been increased to 60-mg in the morning and he had been on ***ImunStem*** and ***Aktiffvate*** for two (2) weeks as well as the other medications listed above. He reported "my brain can keep up with my mind". He stated "my brain is aware of my body". He reported increased energy, clearer thoughts, and non-racing thoughts. He also reported that he had a dry patch of skin on the back of his head that was now gone.

**d)** L.H. is an 86 year old, white female, who is diagnosed as having Alzheimer's disease and lives in a skilled nursing facility. She is on a liquid diet, sleeps most of the time, is confined to a wheelchair or a moving bed, and has intermittent episodes of agitation and flat facies. She was treated with ***ImunStem*** and ***Aktiffvate*** ten (10) drops twice a day for two and half (2½) weeks. Both staff and family report that she is less agitated, more alert and is smiling.

After thirty (30) days on ***ImunStem*** and ***Aktiffvate*** the nurses' report there are no longer any agitated episodes. Skilled nursing report that she spends more time awake. On exam, the patient opened her eyes and focused on my face. There was no facial expression, but patient appeared to try and move her lips as if she wanted to talk. (This was a new behavior). When I asked her to move her finger if she could understand me, she did.

**e)** M.B. is a 69 year old, white male, who has been treated for chronic Lymphocytic Leukemia for the last five (5) years. He started taking ***ImunStem*** and ***Aktiffvate*** twenty (20) drops twice a day in October 2015. This was because of the concern of falling Red Blood Cell (RBC) counts and platelet counts. His White Blood Cell (WBC) count, though elevated remained elevated and fluctuant. In October 2015, his RBC was 4.05-count and his platelet was ninety (90) count. On April 2016 his RBC was 4.19-count and his platelet was one hundred and five (105) count. It was felt that this was a significant increase in both his RBC count and platelet count. Please see table below as following:

**Comparison RBC Count and Platelet Count from October, 2015 through April, 2016**

| DATE | RBC Count | Platelet Count | |
|---|---|---|---|
| October, 2015 | 4.05 | 90 | Before ***ImunStem*** |
| | | | |
| April, 2016 | 4.19 | 105 | After ***ImunStem*** |

**f)** R.B. is a 62 year old white male, who was first evaluated on August 19, 2016. He is taking Actos, Metformin, Lorstan, and Travastin for diabetes mellitus, high blood pressure, and glaucoma. There is no history of past substance abuse. He was interested in trying ***ImunStem*** and ***Aktiffvate*** to see if it would make any difference with his medical problems. He also complains of mild symptoms of depression including anergia, lack of motivation and feeling depressed about his physical problems. He was diagnosed as depressive disorder NOS and he was started on ***ImunStem*** and ***Aktiffvate*** twenty (20) drops twice a day.

Patient reported after eight (8) weeks of ***ImunStem*** and ***Aktiffvate*** treatment that his energy and motivation have been increased. He also reported that he was feeling less depressed. He reported that he was able to tolerate higher loads of carbohydrates without changing his diabetes medications, which also directly affected his energy and motivation.

**g)** J.O. is a 45 year old white male diagnosed with advanced stage four colon cancer in January 2016. The attending physician did not think that he could have a positive outcome because the cancer had metastasized and had spread throughout his body. His symptoms included a damaged liver, renal obstruction, lung polyps, anxiety, depression, and severe lack of energy. The patient received first cycle of chemotherapy on March 2016.

In April 2016 the patient received his first dose of ***ImunStem*** and ***Aktiffvate*** administered orally at forty (40) drops three (3) times daily. At this time the patient showed noticeable improvement of overall health in minutes. The patient showed an improvement in energy levels as the next day he was playing basketball, mental focus, depression and anxiety improved noticeably and his outlook on life is a positive hope. Since starting ***ImunStem*** and ***Aktiffvate*** his tumors have shrunk and he has had no major side-effects from his chemotherapy such as hair loss, debilitating constipation, depression, anxiety, weight loss, or nausea. He has not had to visit the emergency room for complications, except for a staphylococcus infection at his injection port. Patient is doing well and can function without interference to his normal lifestyle. The patient has been motivated to tell others of the benefits of taking ***ImunStem*** and ***Aktiffvate*** that it can help others in ***Serious or Life-threatening*** conditions.

**h)** J.A. is a 2½ year old male that was diagnosed with Autism/Seizure. His symptoms included, seizure, drooling, hyperactivity, disorientation, lack of pain stimuli, poor communication skills and uncontrollable outbursts. He was diagnosed in October 2016 and was considered near the highest level of Autism that required government programs to assist with his mental state. He has an unknown regimen of prescription medications and government assistance is provided for re-education of motor skills.

In December 2016 he began oral administration of ***ImunStem*** and ***Aktiffvate*** at two (2) drops per twelve fluid ounce (12 fl.oz.) of milk. In about four (4) days he was noticed by the parents that he was aware of his surroundings and responded to the parents' direction. He was also noticed to stop drooling and felt pain in normal situations (such as falling down while playing). He also began to have a reduction in seizures. He has improved where there are no known seizures being observed at this time and he is more responsive to direction. And his drooling has not returned and he is beginning to act as a normal two and a half (2½) year old.

**i)** S.R. is a 62 year old black male that was diagnosed with advanced stage Parkinson's disease. He was diagnosed 4-years-ago and has had a steady progression of the Parkinson's disease. The symptoms include, slurred speech, an unsteady (uneven) gait, memory loss, depression, tremors and occasional falling. He has taken the prescribed medication which had only intermittent results.

In April 2015 he began taking ***ImunStem*** and ***Aktiffvate*** oral administration at thirty (30) drops twice a day. He states that he feels more stable as he can walk on his own, has no more falling episodes, can focus better (clearer thought), has reduced tremors and has significantly reduced his depression. He has also returned to his previous employment.

**j)** R.W. is a 16 year old female that has excessive menstrual bleeding and long painful menstrual periods since 2013. She took Vicodin every month on the first day of her period. She had debilitating pain that interfered with her lifestyle and activities and kept her confined to her home.

In October 2016 she began taking ***ImunStem*** and ***Aktiffvate*** oral administration at thirty (30) drops per day. After three (3) weeks her menstrual bleeding reduced greatly and her pain had been alleviated. Her period duration had dropped by half and she is able to function in public normally.

**k)** R.G. is a 60 year old male diagnosed with an enlarged prostate. He had been to multiple medical professionals that have treated him for everything from bleeding eye to heart attack. Physicians have recommended various surgeries for his prostate but the patient did not want to have these surgeries because of the possible adverse outcomes.

In October 2017 he was administered ***ImunStem*** and ***Aktiffvate*** while in the hospital being treated, within three (3) minutes he felt an improved feeling to his prostate which felt like less pressure and less pain. He continued to improve over four (4) months and no longer requires invasive procedures to alleviate prostate swelling. Please see table below as following:

**Comparison eGFR, WBC and Platelet Count from October, 2017 through December, 2017**

| DATE | eGFR | WBC Count | Platelet Count | |
|---|---|---|---|---|
| October, 2017 | 15 | 6.36 | 136 | Before ***ImunStem*** |
| | | | | |
| December, 2017 | 40 | 8.00 | 332 | After ***ImunStem*** |

**l)** E.B. is a 46 year old white male was diagnosed with Multiple Sclerosis (MS) in November 2003. He was first suspect as having lime disease but upon further testing it was found to be MS. He experienced a continual degradation of motor function until he was bedridden, he had almost total immobility of his legs and arms. The caregiver would assist the patient for all movement including bathroom activities.

Patient began taking ***ImunStem*** and ***Aktiffvate*** in October 04, 2017 and showed positive response for the first dose. Over the course of treatments the patient has experienced improved motor function to where he can sit in a wheelchair and move himself and can sit on the toilet without the aid of the caregiver. The patient continues to show marked improvement as the treatment progresses. The see table below as following:

**Comparison WBC and Platelet Count from September, 2017 through December, 2017**

| DATE | WBC Count | Platelet Count | |
|---|---|---|---|
| September, 2017 | 6.04 | 206 | Before ***ImunStem*** |
| | | | |
| December, 2017 | 9.60 | 254 | After ***ImunStem*** |

**m)** R.H. is a 54 year old white male who was diagnosed in December 26, 2016 with stage II esophageal cancer after the collapsing without apparent reason and vomiting blood. The patient was rushed to the local emergency room where testing immediately began and the diagnosis was made. The patient refused standard medical cancer treatment (chemotherapies).

The patient began taking ***ImunStem*** and ***Aktiffvate*** in February 20, 2017, and shown improvements in both reports the blood reports and medical scans. The physician at the hospital after reviewing the blood report and medical scans his recommendation "resume regular diet" and to receive another checkup in four (4) weeks. Please see table below as following:

**Comparison WBC, Mean Platelet Volume and Platelet from January 2017 through March 2017**

| DATE | WBC | Mean Platelet Volume | Platelet | |
|---|---|---|---|---|
| January, 2017 | 6.40 | 6.90 | 375 | Before ***ImunStem*** |
| | | | | |
| March, 2017 | 9.40 | 8.40 | 332 | After ***ImunStem*** |

## 11.0 STORAGE, HANDLING, AND PRODUCTS

### 11.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***PRIMARY Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 11.2 Product Classification

Dietary Supplement.

## 12.0 ATTACHMENT LABELS

***ImunStem*** and ***Aktiffvate***

## 13.0 HOW SUPPLIED

### 13.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| ***ImunStem*** | **1 bottle** | **1 fl.oz. Liquid** |
| ***Aktiffvate*** | **1 bottle** | **1 fl.oz. Liquid** |

**PRIMARY Plan of Care**

*CELLULAR THERAPY*

# *ImunStem*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**PRIMARY Plan of Care**

*CELLULAR THERAPY*

# *Aktiffvate*®

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# Cancer Survival Rate Results



## With Our 100% Herbal Treatment

**Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268
www.goldensunrisenutraceutical.com

Revised: 03/2019

Golden Sunrise Nutraceutical

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# TITLE

Cancer Survival Rate Results

# PRODUCT

KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate

# DATE

March 25, 2019

Golden Sunrise NUTRACEUTICAL
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.
Phone No.: 1.559.781.0658 Fax No.: 1.559.615.1268

# CANCER SURVIVAL RATE RESULTS

| THERAPIES | SIDE-EFFECTS | QUALITY OF LIFE | RECOMMENDED TREATMENT | COST (US$) |
|---|---|---|---|---|
| **CANCER Plan of Care** | None | Good well-being | Golden Sunrise Nutraceutical *CANCER Plan of Care* | 170,000 - 200,000 |
| **Chemotherapies** | Multiple toxic-effects and Hospitalization | Poor overall-health | Radiation and Surgery | 400,000 - 1,500,000 |

| THERAPIES | BENEFITS/PATIENT EXPERIENCE & RESULTS | LIFE-EXPECTANCY |
|---|---|---|
| ***CANCER Plan of Care*** | Patients have good results with ***CANCER Plan of Care*** treatment. Patients raise awareness to other cancer patients. | Prolong-life by months and years |
| **Chemotherapies** | Required high-quality cancer care professionals. Patients concern over pain management and quality-of-life. | Prolong-life by months and years |

***CANCER Plan of Care*** **STAGE-0, I, II, III, AND IV FOR ALL TYPE OF CANCER**

| | PATIENT POPULATIONS | PATIENT STILL-ALIVE | PERCENTAGE WITHIN 2-YEAR |
|---|---|---|---|
| **Stage-0** | --------- | --------- | --------- |
| **Stage-I** | 1 | 1 | 100% |
| **Stage-II** | 7 | 6 | 86% |
| **Stage-III** | 2 | 2 | 100% |
| **Stage-IV** | 5 | 3 | 60% |
| **Total:** | 15 | 12 | |

**NOTE:** A total of 27-patients have been treated for various cancer after chemotherapy, radiation and surgery had been treated with poor outcomes. Golden Sunrise Nutraceutical provided ***CANCER Plan of Care*** to these patients that improved their quality-of-life.

March 07, 2019

# Golden Sunrise Nutraceutical Therapy

Golden Sunrise NUTRACEUTICAL

# GOLDEN SUNRISE NUTRACEUTICAL THERAPY



| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (1) | A. M.,<br>DOB:[redacted]<br>(61-years-old) | Prostate Gleeson 6. | November 16, 2017 | | |
| (2) | A. L.,<br>DOB: [redacted]<br>(39-years-old) | Cervical cancer stage-2A in lymph nodes.<br>Stage II | September 2018<br>MRI | Only alternative treatment | ImunStem and Aktiffvate started about 10/20/2018,<br>3-treatments: KemoHerb-1&2, 12/26/2018 – 01/23/2019<br>KemoHerb-PI&NR, 01/23/2019 stopped KemoHerbs, cervical tumor increase. |
| (3) | M. A.,<br>DOB: [redacted]<br>(38-years-old) | Metastatic breast (Seizures).<br>Stage IV | May 2017 | (L) Mastectomy chemotherapy up to 08/2018.<br>(R) Cranial surgery 08/16/18, Temporal lobe.<br>(R) Breast mas found. | ImunStem and Aktiffvate since 09/01/2018 KemoHerb-1&2, 09/2018 – 01/04/2019. Patient not following recommendation. |
| (4) | J. A.,<br>DOB: [redacted]<br>(81-years-old) | Lymphoma.<br>Stage IV | October 2017 | Chemotherapy<br>6 X's<br>radiation X5<br>Gastric tube, 12/2017<br>on hospice 02/21/2018<br>Tracheostomy end is cussed(??) | ImunStem and Aktiffvate started 03/2018,<br>1)KemoHerb-1&2, 04/05/2018,<br>2)KemoHerb-1&2, 04/20/2018,<br>3)KemoHerb-PI&NR 05/02/18,<br>4)KemoHerb-PIRNR 05/16/18,<br>5)KemoHerb-PI&NR 05/31/18,<br>6)LyProtein, 06/15/2018,<br>7)CRProtein, 07/06/2018,<br>8)Vietneze-40, 07/24/2018,<br>Passed away on August, 2018. |
| (5) | R. A.,<br>DOB: [redacted]<br>(66-years-old) | Breast Cancer.<br>Stage II | June 2017 | Surgery on 06/17/2017 and 06/23/2017 | ImunStem and Aktiffvate started 02/2016,<br>1)KemoHerb-1&2, early 06/17,<br>2)KemoHerb-1&2, late 06/17,<br>3)KemoHerb-PI&NR, 11/2017. |
| (6) | R. B.,<br>DOB: [redacted]<br>(88-years-old) | Prostate & Bone cancer (20-year history of Bladder | January 2016 | "Cancer medication" once but caused to be | ImunStem and Aktiffvate started 01/07/2019<br>1)KemoHerb-1&2, 01/22/2019. |

# GOLDEN SUNRISE NUTRACEUTICAL THERAPY



| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | cancer with many surgeries).<br>Stage IV | | bedridden, per patient unable to walk.<br>Xtandi 10-months, no help PSA & S.E.<br>PSA-16.9 recently(?) 01/22/2019 | Decides no more treatments 02/04/2019 (too costly). |
| (7) | B. B.,<br>DOB: [redacted]<br>(83-years-old) | Prostate<br>PSA-3.0, 03/16/2017,<br>PSA-4.9, 11/22/2017,<br>PSA-5.6, 04/12/2018,<br>PSA-7.6, 07/12/2018,<br>PSA-10.7, 09/28/18,<br>PSA-11.1, 11/26/18,<br>PSA-13.4, 03/11/19.<br>Stage III | 2014 | Prostatectomy 2014<br>No chemotherapy, radiation, and surgery.<br>Refused Chemotherapy and radiation. | ImunStem and Aktiffvate started 08/2018,<br>1)KemoHerb-1&2, 10/06/2018,<br>2)KemoHerb-1&2, 10/22/2018,<br>3)KemoHerb-PI&NR 11/05/18,<br>4)HyProtein, 11/19/2018,<br>5)KemoHerb-1&2, 12/03/18,<br>6)CRProtein, 01/04/2019,<br>7)LyProtein, 01/18/2019,<br>8)HyProtein-1,2,3&4, 02/02/19. |
| (8) | S. B., | Breast with bone Mets.<br>Stage IV | 2012 | Mastectomy and chemotherapy. | ImunStem and Aktiffvate started 11/16/18<br>1)KemoHerb-1&2, 11/23/2018,<br>Too weak to continue<br>Weight 120-lbs to 100-lbs? |
| (9) | E. C.,<br>DOB: [redacted]<br>(97-years-old) | Large B-cell lymphoma.<br>Stage IV | May 16, 2018 | Refused any treatments, hospice recommended.<br>Stated only 4-6 months to live. | Taking ImunStem and Aktiffvate since 06/01/2018.<br>Refused any KemoHerbs, currently walking around & active as of 30/01/2019. |
| (10) | J. C.,<br>DOB: [redacted]<br>(85-years-old) | Esophageal with metastasis to lung.<br>Stage IV | April 09, 2018 | Refused chemotherapy<br>Esophageal stent 04/09/2018. | ImunStem and Aktiffvate started 04/24/2018,<br>1)KemoHerb-1&2, 05/10/2018,<br>2)KemoHerb-1&2, 05/24/2018,<br>3)KemoHerb-PI&NR 06/09/18,<br>4)KemoHerb-PI&NR 06/22/18,<br>5KemoHerb-PI&NR, 07/07/18.<br>Deceased end of 07/2018 or early 08/2018. |

# GOLDEN SUNRISE NUTRACEUTICAL THERAPY



| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (11) | J. A.,<br>DOB: [redacted]<br>(73-years-old) | Prostate<br>PSA-5.3, 06/22/2018,<br>PSA-4.9, 01/29/2018.<br>Stage III | May 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started(?)<br>1)KemoHerb-1&2, 06/05/2018,<br>2)KemoHerb-1&2, 06/19/2018,<br>3)KemoHerb-PI&NR, 7/04/18,<br>4) LyProtein, 07/18/2018,<br>5) KemoHerb-1&2, 08/03/2018,<br>*Verbal report no more cancer. |
| (12) | E. C.,<br>DOB: [redacted]<br>(58-years-old) | Colon cancer rectosigmoid on 02/14/2017, liver, and lymph.<br>Stage IV | February 14, 2017 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate since 07/04/2018,<br>1)KemoHerb-1&2, 08/04/2018,<br>2)KemoHerb-1&2, 08/18/2018,<br>3)(?) No notes for #3,<br>4)KemoHerb-1&2, 09/14/2018,<br>5)AnterFeeron-1&2, 09/27/18,<br>6)(??), 10/12/2018,<br>7)HyProtein-1,2,3&4, 11/03/18<br>Last seen 11/3/2018.<br>Deceased 03/11/2019. |
| (13) | H. D.,<br>DOB: [redacted]<br>(62-years-old) | Adenocarcinoma stomach antrum poorly differentiated.<br>Stage III | November 15, 2018 BX EGD Enlarged Lymph nods | No chemotherapy, radiation, and surgery.<br>November 15, 2018 –<br>CT Head (N)<br>Chest N – also 12/23/2018<br>CT Abdomen/Pelvis,11/14/18 & 12/23/2018, + distal gastric wall thickening.<br>Surgeon said would not live past December, 2018 (per patient). | 1)ImunStem and Aktiffvate started 11/19/2018,<br>2)KemoHerb-1&2, 11/24/2018,<br>3)AnterFeeron-1&2, 11/27/18, |
| (14) | A. E.,<br>DOB: [redacted]<br>(37-years-old) | Colon Cancer.<br>CEA-396.8 05/29/18,<br>CEA-455.2 08/31/18,<br>CEA-271.7 11/19/18, | 2014 | Colostomy 2016, radiation, chemotherapy, eventually refuses | ImunStem and Aktiffvate started 05/17/2018,<br>1)KemoHerb-1&2, 06/02/18,<br>2)KemoHerb-1&2, 07/14/18, |

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | repeat CEA by 03/20/2019(?). Stage IV | | chemotherapy because of side-effects. | 3)KemoHerb-PI&NR 7/27/18 4)KemoHerb-PI&NR 8/10/18 5)AnterFeeron-1&2, 9/15/18, 6)CRProtein, 10/06/2018, 7)LyProtein, 10/22/2018, 8)HyProtein-1,2,3&4, 11/21/2018. |
| (15) | R. E., DOB:[redacted] (54-years-old) | Endometrial Cancer (DVT(L) leg, 05/2018. Stage IV | June 17, 2015 | 3-years of chemotherapy and surgery (TAH, BSO). | ImunStem and Aktiffvate started 05/15/2018, 1)KemoHerb-1&2, 06/02/18, 2)KemoHerb-1&2, 06/15/18, 3)KemoHerb-PI&NR 06/29/18, 4)KemoHerb-PI&NR 07/31/18, |
| (16) | G. E., DOB: [redacted] (51-years-old) | Multiple Myeloma. Stage IV | 2016 | (1) Chemotherapy started 2017. (2) Stem cell transplant. | ImunStem and Aktiffvate started 08/27/2018, 1)KemoHerb-1&2, 09/17/2018, 2)KemoHerb-1&2, 10/02/2018, 3)KemoHerb-PI&NR, 10/19/18 4)KemoHerb-PI&NR, 11/5/18, 5)HyProtein, 11/23/2018, 6)CRProtein, 12/10/2018, 7)HyProtein, 01/06/2019 |
| (17) | F. G., DOB: [redacted] (67-years-old) | Sarcoma. Stage(??) | | Chemotherapy. | ImunStem and Aktiffvate started 04/09/2018. No further appointment; Follow-up. |
| (18) | M. G., DOB: [redacted] (92-years-old) | Bladder cancer. Stage IV | October 2014 | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started 10/23/2018, 1)KemoHerb-1&2, 11/08/2018, 2)KemoHerb-1&2, 11/20/2018, 3)KemoHerb-1&2(??), 4)KemoHerb-1&2, 12/27/2018, 5)KemoHerb-1&2, 01/03/2019, 6)CRProtein, 02/2019 |

# GOLDEN SUNRISE NUTRACEUTICAL THERAPY



| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (19) | T. G.,<br>DOB:[redacted]<br>(79-years-old) | Kidney metastasis to along spine (Note: 03/13/2018).<br>Stage III-IV | February 2017 | Initially started chemotherapy hospitalized on 02/21/2018, after wards for sepsis w/u-fever, etc, but (-) sepsis.<br>Had nephrectomy 04/03/2018.<br>New metastasis to brain & lungs and chemotherapy X3 which required hospitalization for side effects. | ImunStem and Aktiffvate Started 08/28/2017<br>1)KemoHerb-1&2, 09/30/2017,<br>2)KemoHerb-1&2, 10/17/2017,<br>3)KemoHerb-1&2, 10/31/2017,<br>4)KemoHerb-PI&NR, 11/14/17<br>5)KemoHerb-PI&NR, 11/29/17<br>6)KemoHerb-PI&NR, 12/20/17<br>7)KemoHerb-PI&NR, 01/08/18<br>8)KemoHerb-PI&NR 02/09/18, never took. Deceased 10/2018 |
| (20) | R. G.,<br>DOB:[redacted]<br>(65-years-old) | Prostate cancer metastasis to bone.<br>Stage IV | March 2017 | Chemotherapy and radiation. | ImunStem and Aktiffvate started 05/03/2018,<br>1)KemoHerb-1&2, 05/15/2018,<br>2)KemoHerb-1&2, 06/05/2018,<br>Inability to contact patient. |
| (21) | R. H.,<br>DOB: [redacted]<br>(54-years-old) | Esophageal.<br>Stages II/III | December 26, 2016 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 02/20/2017<br>Multiple KemoHerb products used 2017-2018 |
| (22) | V. I.,<br>DOB: [redacted]<br>(63-years-old) | Colon cancer stage-IV metastasis to liver and abdomen.<br>Stage IV | 2016 | Surgery (ascending colon) chemotherapy 4-5 X's. Stop because of side-effects, tingling extremities, worsened LFT's platelet, naturopath on going Vitamin-C and other treatment. | ImunStem and Aktiffvate started 09/12/2018,<br>1)KemoHerb-1&2, 09/26/2018,<br>2)KemoHerb-1&2, 10/24/2018,<br>3)KemoHerb-PI&NR, 11/10/18<br>4)HyProtein, 12/02/2018,<br>5)KemoHerb-PI&NR, 12/15/18<br>6)AnterFeeron-1&2, 01/12/19,<br>7)LyProtein, 02/23/2019,<br>8)CRProtein—Next |
| (23) | C. K.,<br>DOB:[redacted]<br>(61-years-old) | Glioblastoma.<br>Stage(?) | November 2017 | Radiation only refused chemotherapy. | ImunStem and Aktiffvate started 01/29/2019 (less headaches 5/2010-1-2(?) |

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | Holistic: Essiac tea black seed oil, cottage cheese? Ricky simson-20% THC, 80% CBD. | 1)KemoHerb,1&2, 02/10/2019, 2)KemoHerb,1&2, 02/24/2019, 3)KemoHerb, PI&PI, 03/10/19 |
| (24) | M. L., DOB: [redacted] (76-years-old) | Multiple Myeloma. Stage(?) | March 2017 | Chemotherapy on 06/01/2017 – 01/2018. Stopped because too weak- unable to walk, bad pain & numbness in legs, bad insomnia, muscle achiness all over, poor appetite. He was miserable with chemotherapy, unable to climb stairs, etc. | ImunStem and Aktiffvate started 09/01/2018, 1)KemoHerb-1&2, 09/19/2018, 2)KemoHerb-1&2, 10/03/2018, 3)KemoHerb,PI&NR, 10/19/18, 4)AnterFeeron-1&2, 11/01/18, 5)KemoHerb-1&2, 11/16/2018, 6)HyProtein,1,2,3&4, 11/27/18, 7)CrProtein, 12/1120/18, 8)LyProtein, 12/25/2018, 9)Nutra-1, 02/05/2019. |
| (25) | J. M., DOB: [redacted] (78-years-old) | Right laryngeal (piriform) cancer stage-IV in lymph node. Stage IV | February 2018 | A diet, no sugar, low carbs, dairy free, gluten free, and soy free (hyperbaric chamber). Refused chemotherapy and radiation. | ImunStem and Aktiffvate started 03/28/2018, 1)KemoHerb-1&2, 04/17/2018, 2)KemoHerb-1&2, 05/01/2018, 3)KemoHerb-PI&NR, 05/15/18 4)KemoHerb-PI&NR, 05/29/18 5)KemoHerb-PI&NR, 06/16/18 6)LyProtein, 07/16/2018, 7)AnterFeeron-1&2, 09/25/18, 8)HyProtein-1,2,3&4, 11/13/18, 9)Vietneze-40, 12/28/18 |
| (26) | C. M., DOB: [redacted] (73-years-old) | Colon cancer (contained within the wall). Stage III | October 03, 2018 | Surgical removal. (Refused recommended chemotherapy X6-months every 2-weeks). | ImunStem and Aktiffvate started 11/16/2018, 1)KemoHerb-1&2, 12/03/2018, 2)KemoHerb-1&2, 12/18/2018, 3)KemoHerb-PI&NR, 01/06/19 4)AnterFeeron-1&2, 01/22/19, 5)KemoHerb-PI&NR, 02/05/19 6)LyProtein, 02/20/2019, 7)CrProtein, 03/05/2019 |

# GOLDEN SUNRISE NUTRACEUTICAL THERAPY



| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (27) | T. M.,<br>DOB: [redacted]<br>(67-years-old) | Ovarian cancer.<br>Stage IV | September 2017 | Surgery for feeding of cancer diaphragm, colon – peritoneum chemotherapy. | ImunStem and Aktiffvate started 01/24/2019,<br>1)KemoHerb-1&2, 01/29/2019,<br>2)KemoHerb-1&2, 02/10/2019,<br>3)Vietneze-40, 02/13/2019, |
| (28) | C. M.,<br>DOB: [redacted]<br>(75-years-old) | Uterine and lung cancer (lung box) (at hip surgery 06/28/2018).<br>Stage IV | 1998<br>2012 | No Chemotherapy and radiation.<br>Hysterectomy on 1998. | ImunStem and Aktiffvate start 09/11/2017.<br>02/20/2018 patient very weak, very short of breath, holding ImunStem and Aktiffvate other products, restart 02/23/2018<br>Refill ImunStem and Aktiffvate 03/02/2018,<br>1)KemoHerb-1&2, 03/17/2018,<br>2)KemoHerb-1&2, 04/02/2018,<br>3)AnterFeeron-1&2 (1/3-dose) 04/20/18,<br>4)KemoHerb-PI&NR, 04/26/18<br>5)LyProtein, 05/09/2018,<br>6)KemoHerb-PI&NR, 05/18/18<br>7)KemoHerb-PI&NR, 06/03/18<br>8)CrProtein, 06/17/2018,<br>9)Vietneze-40, 07/28/2018,<br>10)HyProtein-1,2,3&4, 1/15/18.<br>Passed away 12/01/2018. |
| (29) | J. O.,<br>DOB: [redacted]<br>(44-years-old) | Colon cancer metastasis to lung and liver, peritoneum retroperitoneum recto sigmoid colon/urinary bladder and small bowel resection + Cancer Pathology 12/30/2017-1st | March 24, 2016 | Chemotherapy and surgery.<br><br>Death on 02/18/2018 | ImunStem and Aktiffvate started 04/30/2016, during traditional Chemotherapy at Cedar Sinai Hospital. Sores in mouth and feet in 2-3-days. Started KemoHerbs about 04/2017. Received about 10-KemoHerbs treatments. |

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | abdominal para-centesis.<br>Stage IV | | | |
| (30) | L. M.,<br>DOB: [redacted]<br>(13-years-old) | Germ cell<br>Posterior Thoracic.<br>Stage II | November 2017 | (#1) Surgery 01/2018<br>(#2) Surgery 06/2018<br>(#3) Surgery 5-days later from 06/2018.<br>Chemotherapy since 04/20/2008.<br>Repeat scans 09/24/18. | ImunStem and Aktiffvate started 08/2018,<br>1)KemoHerb-1&2, 09/11/2018. |
| (31) | D. P.,<br>DOB: [redacted]<br>(59-years-old) | Colon cancer<br>liver multiple lymph.<br>Stage IV | | Chemotherapy and surgery.<br><br>06/01/2018-surgery 2nd colostomy bag. | ImunStem and Aktiffvate started 05/05/2018,<br>1)KemoHerb-1&2, 05/18/2018,<br>2)KemoHerb-PI&NR, 06/22/18<br>3)KemoHerb-PI&NR, 07/09/18<br>4)AnterFeeron1&2, 07/21/18,<br>5)Vietneze-40(?) 07/23/2018, |
| (32) | J. P.,<br>DOB:[redacted]<br>(43-years-old) | Breast cancer.<br>Stage I-II | December 07, 2018<br>Thermography<br>(felt lump May 2018) | No chemotherapy, radiation, and surgery.<br>Refused BX | ImunStem and Aktiffvate started 01/21/2019,<br>1)KemoHerb-1&2, 02/11/2019,<br>2)KemoHerb-1&2, 03/04/2019, |
| (33) | J. R.,<br>DOB: [redacted]<br>(59-years-old) | Chronic lymphocytic leukemia in bone marrow and skin.<br>Stage IV | 2015 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 06/2017,<br>1)KemoHerb-1&2, 08/24/2017,<br>2)KemoHerb-1&2, 09/08/2017,<br>3)KemoHerb-1&2, 09/22/2017,<br>4)KemoHerb-1&2, 10/05/2017,<br>5)KemoHerb-3&4, 10/19/2017,<br>6)KemoHerb-1&2, 12/06/2017<br>7)KemoHerb-PI&NR, 12/16/17<br>8)KemoHerb-PI&NR, 01/13/18<br>9)04/11/2018 (Note: two more KemoHerbs & AnterFeeron-1&2 one or two times<br>10)Vietneze-40, 07/17/2018, |

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | | 11)AnterFeeron1&2, 07/23/18. |
| (34) | H. R.,<br>DOB: [redacted]<br>(70-years-old) | Colon cancer<br>liver Mets.<br>Stage IV | 2016 | Chemotherapy X 2½-years. Last one 02/2019. Surgery-lesions on liver 12/2018.<br>No side-effects except loss of muscle mass X 2½-years some neuropathy soles of feet but(?) from Diabetes. | New patient<br>ImunStem and Aktiffvate started 02/17/2019,<br>1)KemoHerb-1&2, 03/05/2018 |
| (35) | J. R.,<br>DOB: [redacted]<br>(69-years-old) | Pancreatic cancer expect 7-months without treatment(??)<br>Stage(??) | October 05, 2018 | No chemotherapy, radiation and surgery.<br><br>Still take opiate pain medication, still not feel well. | ImunStem and Aktiffvate started 10/17/2018,<br>1)KemoHerb-1&2, 10/27/2018,<br>2)KemoHerb-1&2, 11/19/2018,<br>11/24/2018 doesn't want any more treatments. |
| (36) | B. S.,<br>DOB: [redacted]<br>(78-years-old) | Lung cancer.<br>Stage I | Diagnosed late 2018 | Radiation on 2-spots on lung. | ImunStem and Aktiffvate start?<br>1)KemoHerb-1&2 – X2<br>2)KemoHerb-PI&NR – X2 |
| (37) | M. T.,<br>DOB: [redacted]<br>(67-years-old) | Intraductal breast cancer.<br>Stage II | July 12, 2018<br>BX | Lumpectomy 10/26/2018, chemotherapy (L) breast cancer 20-years-ago, refused radiation. | ImunStem and Aktiffvate started 09/07/2018,<br>1)KemoHerb-1&2, 10/01/2018, only one treatment (too costly),<br>(Stopped KemoHerbs 10/26/18)<br>F/U 03/01/2019-doing well so far. |
| (38) | J. S.,<br>DOB[redacted]<br>(82-years-old) | Pancreatic cancer<br>Mets to liver.<br>Stage IV | May 2018 | PET scan for colon cancer radiation 5-times on 10/03/2018, hospice recommended. | ImunStem and Aktiffvate started 10/12/2018,<br>1)KemoHerb-1&2, 10/24/2018,<br>2)KemoHerb-1&2, 11/05/2018,<br>3)HyProtein,1,2,3&4, 11/19/18<br>Passed away about 11/22/2018. |
| (39) | J. S.,<br>DOB: [redacted] | Pancreatic cancer.<br>Stage II/III | November 21, 2017<br>BX | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started(?), |

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | (75-years-old) | | | | 1)KemoHerb-1&2, 12/13/2017,<br>2)KemoHerb-1&2, 12/27/2017,<br>3)KemoHerb-PI&NR, 01/25/18<br>4)KemoHerb-PI&NR, 02/20/18<br>5)KemoHerb-PI&NR, 03/27/18<br>6)AnterFeeron-1&2, 04/17/18,<br>Deceased 06/17/2018. |
| (40) | L. S.,<br>DOB: [redacted]<br>(59-years-old) | Laryngeal cancer<br>Metastasis to Pulmonary.<br>Stage IV | October 2017 | Chemotherapy and radiation first round completed on November 27, 2017, repeated on February, 2018 and on April, 2018. Gastric Tube on December 2017. Tracheostomy discussed. | ImunStem and Aktiffvate started October and November 2017,<br>1)KemoHerb-1&2, per G-tube, 05/21/2018,<br>2)KemoHerb-1&2, 06/04/2018,<br>3)KemoHerb-PI&NR, G-tube, 06/20/2018,<br>Deceased around 07/5/2018. |
| (41) | S. W.,<br>DOB: [redacted]<br>(69-years-old) | High CEA uncertain.<br>Stage?? | February 01, 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 11/2018,<br>1)KemoHerb-1&2, 01/12/2019,<br>2)KemoHerb-1&2, 02/04/2019,<br>3)KemoHerb-PI&NR, 02/18/19 |
| (42) | J. W.,<br>DOB: [redacted]<br>(77-years-old) | Pancreatic cancer.<br>Stage III | (?)<br>Told 2-3-years to live with chemotherapy. If no chemotherapy, only live 6-9-months | | ImunStem and Aktiffvate started 05/01/2018,<br>1)KemoHerb-1&2, 05/08/2018,<br>2)KemoHerb-1&2, 05/22/2018,<br>3)KemoHerb-PI&NR, 06/05/18<br>4)LyProtein, 06/20/2018,<br>AnterFeeron ½ dropper full BID 06/29/2018. 07/01/2018 to hospital with Pulmonary Emboli.(?)<br>No further F/U. |

Golden Sunrise NUTRACEUTICAL

# Deceased with Combination of Conventional

# & Golden Sunrise Nutraceutical Treatments

Golden Sunrise NUTRACEUTICAL

# DECEASED with Combination of Conventional & Golden Sunrise Nutraceutical



| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | DATE OF DEATH | MONTHS ALIVE AFTER DIAGNOSES | COMENTS |
|---|---|---|---|---|---|---|---|
| (1) | J. A., 81-years-old | Lymphoma Stage IV | October, 2017 | March 18, 2018 | August, 2018 | 10-months | On Hospice when started Golden Sunrise products |
| (2) | E. C., 58-years-old | Colon Stage IV | February 14, 2017 | July, 04, 2018 | December, 2018 | 22-months | |
| (3) | J. O., 44-years-old | Colon Stage IV | March 24, 2016 | ImunStem and Aktiffvate started on April 30, 2016, KemoHerbs, April, 2017. | February 18, 2018 | 23-months | |
| (4) | L. S., 59-years-old | Laryngeal Stage IV | October, 2017 | October, 2017 | July 05, 2018 | 9-months | |

Golden Sunrise NUTRACEUTICAL

# LONGEVITY, Combination of Chemotherapy/Radiation/Golden Sunrise Nutraceutical

# LONGEVITY, Combination of Chemotherapy/Radiation/Golden Sunrise Nutraceutical



| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | ALIVE DECEASED | DURATION FROM DATE OF DX | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | [redacted] 37-years-old | Colon Stage IV | 2014 | May 17, 2018 | Alive | 5-year | Early remission |
| (2) | [redacted] 51-years-old | Multiple Myeloma | 2016 | August 27, 2018 | Alive | 2½-year | Slow progression |
| (3) | [redacted] 61-years-old | Glioblastoma Stage IV | November 2017 | January 29, 2019 | Alive | 16-onths | New |
| (4) | [redacted] 76-years-old | Multiple Myeloma Stage I-II | March 2017 | September 01, 2018 | Alive | 24-months | Watching doing well |
| (5) | [redacted] 63-years-old | Colon Stage IV | 2016 | September 12, 2018 | Alive | >2½-years | Watching doing well |
| (6) | [redacted] 67-years-old | Ovarian Stage IV | September 2017 | January 24, 2019 | Alive | 18-months | New |
| (7) | [redacted] 70-years-old | Colon Stage IV | 2016 | February 17, 2019 | Alive | >2½-years | New |

# LONGEVITY only Golden Sunrise Nutraceutical Therapy

Golden Sunrise NUTRACEUTICAL

## LONGEVITY only Golden Sunrise Nutraceutical Therapy



| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START KEMOHERBS | ALIVE or DECEASED | DURATION From Date of DIAGNOSES | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | J. A., 73-years-old | Prostate Stage II | May 2018 | May 2018 | Alive | 10-months | Remission |
| (2) | R. A., 66-years-old | Breast Stage II | June 2017 | June 2017 | Alive | 21-months | Remission |
| (3) | B. B., 83-years-old | Prostate State II | 2014 | August 2018 | Alive | | Last PSA-13.4, 03/11/2019 |
| (4) | J. C., 85-years-old | Esophageal Stage IV | April 09, 2018 | April 24, 2018 | Deceased 08/2018 | 4-months | Deceased |
| (5) | E. C., 97-years-old | Large B-Cell Lymphoma Stage III | May 16, 2018 | June 01, 2018 | Alive | 10-months | Stabilized *Hospice |
| (6) | H. D., 62-years-old | Stomach Stage IV | November 15, 2018 | November 19, 2018 | Alive | 4-months | Stabilized (told would die in 12/2018) |
| (7) | R. H., 54-years-old | Esophageal Stage II | December 26, 2016 | March 2017 | Alive | 27-months | In Remission |
| (8) | J. M., 78-years-old | Laryngeal Stage IV | February, 2018 | March 28, 2018 | Alive | 13-months | In Remission |
| (9) | C. M., 73-years-old | Colon Stage III | October 03, 2018 | November 16, 2018 | Alive | 4-months | In Progress |
| (10) | J. R., 59-years-old | Chronic Lymphocytic Leukemia Stage IV | 2015 | June 2018 | Alive | 48-months | In Progress |
| (11) | C. M., 75-years-old | Lung Stage IV | 2012 | February 11, 2018 | Deceased 12/01/2018 | 8-months | Deceased (extended life for 8-months) |
| (12) | J. P., 43-years-old | Breast Stage II | December 07, 2018 | January 21, 2019 | Alive | 1½-months | In Progress |
| (13) | B.S., 78-years-old | Lung Stage I | November, 2018 | January 30, 2019 | Alive | 4-months | New |

Golden Sunrise NUTRACEUTICAL

# LONGEVITY only Golden Sunrise Nutraceutical Therapy



| (#) | NAME<br>AGE | CANCER<br>STAGE | DATE<br>DIAGNOSED | DATE START<br>KEMOHERBS | ALIVE<br>or<br>DECEASED | DURATION<br>From Date of<br>DIAGNOSES | STATUS |
|---|---|---|---|---|---|---|---|
| (14) | J. S.,<br>75-years-old | Pancreatic<br>Stage II-III | November 21, 2017<br>(BX) | December 01, 2017 | Deceased<br>06/17/2018 | 7-months | Deceased |
| (15) | M. G.,<br>92-years-old | Bladder<br>Stage IV | October 2014 | August 2018 | Alive | 7-months | In progress |
| (16) | S. W.,<br>69-years-old | (?)Increasing<br>CEA | February 01, 2018 | November, 2018 | Alive | 12-months | New |

Golden Sunrise NUTRACEUTICAL

# Remarkable Results on 10 of 42 Patients

# REMARKABLE RESULTS ON 10 OF 42-PATIENTS

| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | RESULTS |
|---|---|---|---|---|
| (1) | J. A.,<br>73-year-old | Prostate<br>Stage II | May 2018 | On KemoHerbs for 2-months.<br>Primary care doctor gave verbal report of no more prostate cancer. |
| (2) | J. A.,<br>81-years-old | Lymphoma<br>Stage IV | October 2017 | On Hospice since about February 2018, KemoHerbs March 18, 2018 – July 24, 2018<br>Passed away August, 2018<br>Extended life about 6 Months. |
| (3) | R. A.,<br>66-year-old | Breast cancer<br>Stage II | September 2017 | Remission. |
| (4) | E. C.,<br>97-years-old | Lymphoma<br>Large B-Cell<br>Stage III | May 16, 2018<br>Given to live 4–6-months | Advised Hospice<br>On ImunStem and Aktiffvate alone from June 01, 2018 – Current.<br>Currently very vibrant and ambulatory woman. |
| (5) | A. E.,<br>37-years-old | Colon Cancer<br>Stage IV | 2014 | Early Remission June 02, 2018<br>CEA dropping 455.2 (8/31/18) to 271.7 (11/19/18).<br>On KemoHerbs June 02, 2018 to current. |
| (6) | H. D.,<br>62-years-old | Gastric<br>Stage II-III | November 15, 2018 | Surgeons said he would die December, 2018.<br>KemoHerbs November 19, 2018-currently<br>Extend life 3+months |
| (7) | R. H.,<br>54-years-old | Esophageal<br>Stage II | December 26, 2016 | Only use KemoHerbs February 20, 2017 to current date. In "Remission" |
| (8) | J. M.,<br>78-years-old | Laryngeal<br>Stage IV | February 2018 | Only Use KemoHerbs March 28, 2018 to Currently. In "Remission" |
| (9) | C. M.,<br>75-years-old | Lung<br>Stage IV | 2012 | KemoHerbs February 11, 2018 – June 3, 2018. Would have passed away February, 2018 but extended life until December 01, 2018. |
| (10) | J. O.,<br>44-years-old | Colon Cancer<br>Stage IV | March 24, 2016<br>CEA started rising March, 2017 so switched to KemoHerbs. Gave the patient another year to live. | KemoHerbs April, 2017<br>When started the I/A on April 30, 2016, literally within 2-3 days the sores in his mouth and feet from the chemotherapy were healed. When he was told that the chemotherapy was no longer working, at Cedars-Sinai Hospital on March, 2017, the patient started Golden Sunrise Nutraceutical KemoHerbs in April, 2017. |

# CANCER Plan of Care

## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, Hyprotein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate***

**COMPANY**

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

# TABLE OF CONTENTS

**SECTION** **PAGE NUMBER**

**Cover Sheet …………………………………………………………………... Title Page**
**Table of Contents ………………………………………………………………… 1**
**1.0 Introduction …………………………………………………………………….. 2**
**2.0 Indications and Usage ……………………………………………………….. 2**
**3.0 Instruction for the Treatment ……………………………………………… 2**
**4.0 Treatment, Dosage, and Administration ……………………………………. 3**
**4.1 Administration and Dosage of ImunStem and Aktiffvate …………….. 6**
**4.2 Administration and Dosage of KemoHerbs ……………………………. 6**
**4.3 Administration and Dosage of AnterFeerons …………………………... 7**
**4.4 Administration and Dosage of $C_R$Protein ……………………………… 7**
**4.5 Administration and Dosage of HyProteins ……………………………... 7**
**4.6 Administration and Dosage of LyProtein ………………………………. 8**
**4.7 Treatment Interval and Duration of CANCER Plan of Care ………… 8**
**5.0 Warning and Precautions …………………………………………………… 8**
**6.0 Therapeutic Response ……………………………………………………….. 8**
**6.1 Expected Response KemoHerbs, AnterFeerons, $C_R$Protein, …………..**
**HyProteins, and LyProtein ……………………………………………… 8**
**6.2 Adverse Sensitivity Response of ImunStem and Aktiffvate …………… 9**
**7.0 Clinical Pharmacology ……………………………………………………….. 9**
**7.1 Mechanism of Action ……………………………………………………….. 9**
**7.2 Pharmacokinetics ………………………………………………………… 10**
**8.0 Results of Patients After Treatment ………………………………………… 10**
**9.0 Storage, Handling, and Products …………………………………………… 10**
**9.1 Storage and Stability ……………………………………………………….. 10**
**9.2 Product Classification ……………………………………………………. 10**
**10.0 Attachment Labels ………………………………………………………… 10**
**11.0 How Supplied ……………………………………………………………… 11**
**11.1 Packaging ………………………………………………………………… 11**


**App.000122**

## 1.0 INTRODUCTION

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA). The FDA formed a new department called Regenerative Medicine Advance Therapy because of the law enacted by the 114th United States Congress in December 2016 called the 21st Century Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells. They provide the building blocks for the cells to transform the crippled metabolic pathways back to the normal condition and allow the cells to perform the normal functions which they were designed to perform. ***Serious or Life-threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INDICATIONS AND USAGE

The administration of herbal (botanical) ***CANCER Plan of Care*** treatments for human health has led to the benefit of cancer treatments from plant based materials. ***ImunStem***, ***Aktiffvate***, ***KemoHerbs***, and ***AnterFeerons*** treatments have been of great value to patients that only use herbal / botanical products for overall health. This has led to improved outcomes for patients.

***CANCER Plan of Care*** treatment begins with the use of ***ImunStem*** and ***Aktiffvate*** to improve the immune system function. Then the administration of ***KemoHerbs*** are given to flush the system and attempt arresting the development of the cancer. The treatments are continued in order to support and attempt elimination of cancer cells.

FIRST AND FOREMOST, ***IMUNSTEM***, ***AKTIFFVATE***, AND ***CANCER Plan of Care***, MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE. Once a medical evaluation of the patient has been completed and reviewed, those patients whose medical history and current medical condition is appropriate for treatment with ***CANCER Plan of Care*** will receive the product as follows:

## 3.0 INSTRUCTIONS FOR THE TREATMENT

Before starting the ***ImunStem*** and ***Aktiffvate*** the patient must be in stable condition and the diagnosis must be established as thoroughly as possible. This prepares the treating health professional, and the patient as well, for expected changes that can occur because of the disease process, thus avoiding possible confusion which might erroneously be attributed to the Golden Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as well) is necessary because the health professional can often appreciate improvement in areas that are ignored by the patient. For example, the patient may be discouraged by little improvement in their hand arthritis but when asked, they may acknowledge improvement in

their back pain, or energy level or insomnia, etc.

The ***ImunStem*** and ***Aktiffvate*** are the primary herbs of the whole program to begin the detoxification and repairing of the cells at the cell level. They prepare the immune system to respond appropriately to the Golden Sunrise Nutraceutical herbal / botanical products used in the ***CANCER Plan of Care*** protocols. Noticeable changes will occur when using ***ImunStem*** and ***Aktiffvate***, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc. In perhaps 2–3% of patients starting the ***ImunStem*** and ***Aktiffvate***, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc. These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2–7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the ***ImunStem*** and the ***Aktiffvate***, the dose usually needs to be started at a reduced dose.

In the ***CANCER Plan of Care*** the "Treatment, dosage and administration" call for "an initial five (5) sessions". Each session has 2–bottles. The first bottle in each session are designed to reinforce and build upon what the ***ImunStem*** and ***Aktiffvate*** have started, e.g. nourishing the cells and flushing the toxins. But it is done in a much more powerful way. In the case of the ***KemoHerbs***, it also destroys the cancer cells. The second bottle in each session prompts the natural flushing action of the body, that is vomiting and / or diarrhea to flush out the cancer cells and toxins (there can also be nasal discharge and coughing up sputum) (of interest these can be administered through a gastric tube or nasogastric tube. However, if the gastric tube was placed for dysphagia, then use of the gastric tube is contraindicated because of possible aspiration problem with vomiting). The general strength of the patient and their ability to comply with the ***CANCER Plan of Care*** protocol may limit them to the use of only the ***ImunStem*** and ***Aktiffvate***.

## 4.0 TREATMENT, DOSAGE, AND ADMINISTRATION

First, ***ImunStem*** and ***Aktiffvate*** are taken simultaneously at ½ – ¾ dropperful, 2–4 times a day, for approximately two (2) weeks before ***KemoHerb*** is administered. These products can improve the function of the immune system, as well as overall health. This step is very important, as it will maximize the effect of the ***KemoHerbs***. An initial five (5) sessions of the ***KemoHerbs*** and ***AnterFeerons*** are given which are designed to be given very 2–4 weeks (it is highly recommended every two (2) weeks because of the seriousness of the condition). On occasion, the interval may be shortened to weekly or even more frequent intervals depending on the patient. Once the five (5) sessions are completed, and the patient's condition is stable and shows appropriate improvement, other Golden Sunrise Nutraceutical products will be added, usually at 2–4 weeks intervals. These additional ***KemoHerb*** sessions (up to four (4) or five (5) additional treatments) will be included and are guided by the patient's response and condition.


App. 000124

These are high quality herbal products, some of which include ***AnterFeeron***, ***C<sub></sub>RProtein***, ***HyProtein***, and ***LyProtein***. Blood tests are at the discretion of the health professional, but it is recommended that a baseline of blood tests have been done before starting the ***ImunStem*** and ***Aktiffvate***. Further blood tests could be done later, again at the discretion of the health professional, at two (2) weeks or four (4) weeks, etc…. Before starting the five (5) initial treatment sessions with the ***KemoHerbs***, it is extremely important to verify if the patient is constipated. This needs to be corrected as well as possible beforehand, because the ability of the bowels to flush is the primary way of ridding the body of the toxins / cancer cells.

The "initial five (5) sessions" for the ***KemoHerbs*** and ***AnterFeerons*** consist of:

<u>Liquids</u>
Session #1: ***KemoHerb-1*** and ***KemoHerb-2***

<u>Liquids</u>
Session #2: ***KemoHerb-1*** and ***KemoHerb-2***, or ***AnterFeeron-1*** and ***AnterFeeron-2***

<u>Capsules and Liquids</u>
Session #3, #4, & #5: ***KemoHerb-PI*** and ***KemoHerb-NR***, or ***AnterFeeron-1*** and ***AnterFeeron-2***

Each session is preferably 2–4 weeks apart. The interval may be shorter if the patient is extremely sick, but stable enough to tolerate the vomiting / diarrhea process.

The interval between ***KemoHerb*** sessions is rigid and is recommended to be every 2–4 weeks. The recommended sequence of the Golden Sunrise Nutraceutical herbal / botanical products can be interrupted with a different herbal / botanical products, usually ***AnterFeeron-1*** and ***AnterFeeron-2*** in either session #2, #4, or session #5, if the patient is not showing the expected flushing response of vomiting and / or diarrhea. A poor flushing response indicates that the patient is not ridding the body of the cancer cells/toxins appropriately. What is not "enough"? Perhaps only one (1) or two (2) episodes of diarrhea / bowel movements? It should be noted, however, that it is common not to have any vomiting in these sessions, so diarrhea episodes are more telling of the effectiveness of each session. The reason to interject the ***AnterFeeron*** early into the sequence is because it usually promotes the desired flushing response (besides fighting infection).

The other very important information to monitor after each session are the patient's symptoms. Generally, they should feel stronger or more energy, etc… within 1–2 days after each session, indicating a proper response to each session as well. Frequently the lab / scanning results will lag behind the improvement in the patient's symptoms.

For the liquid ***KemoHerbs*** and ***AnterFeerons***, it is important to instruct the patient to walk around, if they can, in 5–10 minutes after swallowing the first one fluid ounce (1 fl.oz.) bottle.

In this short time there is frequently a better alertness or sense of energy, and if there are any pain issues, they are noticeably improved or completely resolved. Pointing this out to the patient is a quick positive reinforcer and encouragement of the effectiveness of the Golden Sunrise Nutraceutical herbal / botanical products. Perhaps five (5%) percent of patients will also notice, after the first bottle, better visual acuity or a "brightness" in the colors around them (indicating penetration of the Golden Sunrise Nutraceutical herbs across the blood-brain barrier into the central nervous system).

The duration of the flushing with the vomiting / diarrhea, generally lasts from 6–18 hours and rarely up to forty-eight (48) hours. The onset and duration of the vomiting / diarrhea after the second bottle in each session, varies not only for each person, but may also vary for the same person from session to session. Usually the onset is within thirty (30) minutes after ingesting the second bottle in each session, but it may not begin perhaps for up to six (6) hours. The ***ImunStem*** and ***Aktiffvate*** should not be taken on the same day of the session (the ***ImunStem*** and ***Aktiffvate*** will simply be flushed out) or the day after each session. It is advised that the patient should be fasting before the sessions except for liquids. It is also best to start the sessions in the morning, in order to hopefully avoid interrupting their sleep at night.

For any of the sessions, advise the patients to have some type of liquid electrolyte replenisher on hand, e.g., Gatorade, Coconut water, etc. to replace the diarrheal losses. Without this, typical dehydration symptoms can ensue, such as headaches, leg cramps, dizziness, weakness, etc.... Finally, for the liquid Golden Sunrise Nutraceutical herbal products in the first two (2) sessions of each protocol, direct the patient to pour the contents into a drinking glass instead of drinking it directly from the original one fluid ounce (1 fl.oz.) bottle provided. The liquid herbs must be drunk as quickly as possible, like a shot of liquor, without sniffing it or holding it in the mouth at all. Some people may need to be advised to pinch their nostrils to avoid smelling the herbal products as they swallow them. Have a glass or bottle of water on hand to wash it down immediately. Water, not milk or juices, generally helps better for the after–taste. Be careful to avoid too much water, because becoming water-logged can cause nausea as well. If the throat is very irritated, sucking on honey or syrup to coat the throat afterwards can be helpful. There have been few problems encountered in this process. However, some patients who have asthma have experienced bronchospasm. Taking 1–2 puffs of their rescue inhaler before swallowing the liquid herbs has avoided or minimized this reaction.

The other Golden Sunrise Nutraceutical herbal products, most of which are given after the initial five (5) sessions of treatment, are included in the price of the ***CANCER Plan of Care*** protocol. They include ***AnterFeeron*** (the ***AnterFeeron-I*** and ***AnterFeeron-II*** must be given in the same session), ***C<sub>R</sub>Protein***, ***HyProtein***, and ***LyProtein***. They can be given in any order after the first five (5) sessions every 2–4 weeks. Many of them can also cause the same flushing response as the Golden Sunrise Nutraceutical herbal products used in the initial five (5) sessions. These are designed primarily to improve nourishing and building the immune system.

Lastly, it must be said, that the ability to heal by any discipline is influenced by numerous factors. This is no different with the healing properties of these herbs. Crucial factors, some of which are stress, diet, exercise, socioeconomic and psychological conditions, as well as family/friend support, affect the response to any healing modality for each person. Addressing these are required to help enhance the degree of healing that can occur for each person.

### 4.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾–dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and / or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

### 4.2 Administration and Dosage of *KEMOHERBS*

Take one fluid ounce (1 fl.oz.) of ***KemoHerb–1***. Medical staff should monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of ***KemoHerb–1***. Next take one fluid ounce (1 fl.oz.) of ***KemoHerb–2***, the same dosage. Again medical staff should monitor the patient for thirty (30) minutes following ingestion of ***KemoHerb–2***.

***KemoHerb–1* and *KemoHerb–2* are liquid form:**

| Product | Dose |
|---|---|
| ***KemoHerb-1*** | 1 fl.oz. |
| ***KemoHerb-2*** | 1 fl.oz. |

Take twenty-five (25) capsules of ***KemoHerb–PI***, ideally within fifteen (15) minutes. After fifteen (15) minutes take, twenty (25) capsules of ***KemoHerb–NR***, ideally within fifteen (15) minutes.

***KemoHerb–PI* and *KemoHerb–NR* are powder form:**

| Product | Dose |
|---|---|
| ***KemoHerb-PI*** | 25 capsules |
| ***KemoHerb-NR*** | 25 capsules |

**4.3 <u>Administration and Dosage of *ANTERFEERONS*</u>**

Take one fluid ounce (1 fl.oz.) of ***AnterFeeron–1***. Then in forty-five (45) minutes to one (1) hour following ingestion of ***AnterFeeron–1***, take one fluid ounce (1 fl.oz.) of ***AnterFeeron–2***, administered in the same dose.

***AnterFeeron–1* and *AnterFeeron–2* are liquid form:**

| Product | Dose |
|---|---|
| ***AnterFeeron-1*** | 1 fl.oz. |
| ***AnterFeeron-2*** | 1 fl.oz. |

**4.4 <u>Administration and Dosage of *$C_R$PROTEIN*</u>**

Take one fluid ounce (1 fl.oz.) of ***$C_R$Protein***. Medical staff may monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of ***$C_R$Protein***.

***$C_R$Protein* is liquid form:**

| Product | Dose |
|---|---|
| ***$C_R$Protein*** | 1 fl.oz. |

**4.5 <u>Administration and Dosage of *HYPROTEINS*</u>**

Take twenty-four (24) capsules of ***HyProtein–1*** (ideally take each dose of twenty-four (24) capsules within a fifteen (15) minutes space of time). After thirty (30) minutes, take twenty-four (24) capsules of ***HyProtein–2***. After thirty (30) minutes, take twenty-four (24) capsules of ***HyProtein–3***. After five (5) hours, take twenty-four (24) capsules of ***HyProtein–4*** (½ of the bottle). After another five (5) hours, take the last twenty-four (24) capsules of ***HyProtein–4***.

***HyProteins* are powder form:**

| Product | Dose |
|---|---|
| ***HyProtein-1*** | 24 capsules |
| ***HyProtein-2*** | 24 capsules |
| ***HyProtein-3*** | 24 capsules |
| ***HyProtein-4*** | 24 capsules |

**4.6 <u>Administration and Dosage of *LYPROTEINS*</u>**

Take twenty-five (25) capsules of ***LyProtein***, ideally within fifteen (15) minutes. After fifteen (15) minutes, take the last twenty-five (25) capsules of ***LyProtein***, ideally within fifteen (15) minutes.

***LyProtein* is powder form:**

| Product | Dose |
|---|---|
| ***LyProtein*** | 50 capsules |

**4.7 <u>Treatment Interval and Duration of *CANCER Plan of Care*</u>**

The basic treatment recommended by Golden Sunrise Nutraceutical for cancer requires five (5) initial sessions of herbal (botanical) products (usually including ***KemoHerb–1***,

***KemoHerb–2***, ***KemoHerb–PI***, ***KemoHerb–NR***, ***AnterFeeron–1***, and ***AnterFeeron–2***). These are recommended to be taken every 2–4 weeks apart. Then additional sessions (up to four (4) or five (5) more) will be included, if warranted by the patient's response and condition, with other high quality herbal products (some of which include ***C$_R$Protein***, ***HyProteins***, and ***LyProtein***). These are also recommended to be taken every 2–4 weeks apart.

If the ***CANCER Plan of Care*** program has successfully arrested or reversed the cancer process, then every 6–12 months a detoxification Golden Sunrise Nutraceutical herbal treatment session will be used as a preventative treatment for cancer re-emergence. ***ImunStem*** and ***Aktiffvate*** will be continued indefinitely, but tapered to a lower dose, for example, ¼ dropperful of each every other day.

## 5.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF ***IMUNSTEM***, ***AKTIFFVATE***, ***KEMOHERBS***, ***ANTERFEERONS***, ***C$_R$PROTEIN***, ***HYPROTEINS*** AND ***LYPROTEIN*** SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***CANCER PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT, AND LABORATORY RESULTS. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

## 6.0 THERAPEUTIC RESPONSE

### 6.1 Expected Response of *KemoHerbs, AnterFeerons, C$_R$Protein, HyProteins, and LyProtein*

The ***CANCER Plan of Care*** process can promote the body's natural cleansing process which usually will include responses such as nausea, vomiting, diarrhea, and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, such as headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***CANCER Plan of Care***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

### 6.2 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- Can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.


App. 000129

# 7.0 CLINICAL PHARMACOLOGY

## 7.1 Mechanism of Action

Golden Sunrise Nutraceutical produces herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self–propelling of molecules by possible passive membrane transportation or passive diffusion of the Golden Sunrise Nutraceutical products intact across all cell membranes. This also includes across the blood–brain barrier, which allows its efficacy and activity for the central nervous system.

Golden Sunrise Nutraceutical products possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

The technology developed by Golden Sunrise Nutraceutical is the key for the various herbs' effectiveness on the immune system and cellular metabolism. They have immune-stimulating properties. In-vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function. Golden Sunrise Nutraceutical products have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage. These herbs have a variety of effects including anti-oxidant activity and anti-inflammatory properties.

Golden Sunrise Nutraceutical products can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system. The normalizing of blood pressure levels exhibited following administration of Golden Sunrise Nutraceutical products are compatible with the stabilization of the sympathetic nervous system activity. Golden Sunrise Nutraceutical products reduces inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function. Golden Sunrise Nutraceutical products have produced significant drop in blood sugar levels. Documented drop in blood sugar has occurred from

440 mg/dL to 59 mg/dL in less than two (2) hours without the patient experiencing any symptoms such as dizziness, weakness, sweating, etc., and still carry on the usual daily activities. Cancer metabolism requires glucose for the fermentation process (glycolysis) to produce its energy for growth and development. This drop in blood glucose arrests the fermentation process and the cancer.

### 7.2 Pharmacokinetics

Golden Sunrise Nutraceutical products are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because Golden Sunrise Nutraceutical products readily passes through membrane tissue by passive diffusion.

The Golden Sunrise Nutraceutical dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 8.0 RESULTS OF PATIENTS AFTER TREATMENT

Can download at www.goldensunrisenutraceutical.com under "**TREATMENT**" click "***Cancer Survival Rate Results***"

## 9.0 STORAGE, HANDLING, AND PRODUCTS

### 9.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***CANCER Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 9.2 Product Classification

Dietary Supplement.

## 10.0 ATTACHMENT LABELS

***KemoHerb–1***, ***KemoHerb–2***, ***KemoHerb–NR***, ***KemoHerb–PI***, ***AnterFeeron–1***, ***AnterFeeron–2***, ***CRProtein***, ***HyProtein–1***, ***HyProtein–2***, ***HyProtein–3***, ***HyProtein–4***, ***LyProtein***, ***ImunStem***, and ***Aktiffvate***


App. 000131

## 11.0 HOW SUPPLIED

### 11.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| *ImunStem* | 3 bottles | 1 fl.oz. Liquid |
| *Aktiffvate* | 3 bottles | 1 fl.oz. Liquid |
| *KemoHerb-1* | 2 bottles | 1 fl.oz. Liquid |
| *KemoHerb-2* | 2 bottles | 1 fl.oz. Liquid |
| *KemoHerb-PI* | 1 bottles | 25 capsules Powder |
| *KemoHerb-NR* | 1 bottles | 25 capsules Powder |
| *AnterFeeron-1* | 2 bottles | 1 fl.oz. Liquid |
| *AnterFeeron-2* | 2 bottles | 1 fl.oz. Liquid |
| *LyProtein* | 1 bottles | 50 capsules Powder |
| *$C_R$Protein* | 1 bottles | 1 fl.oz. Liquid |
| *HyProtein-1* | 1 bottles | 24 capsules Powder |
| *HyProtein-2* | 1 bottles | 24 capsules Powder |
| *HyProtein-3* | 1 bottles | 24 capsules Powder |
| *HyProtein-4* | 1 bottles | 48 capsules Powder |

**CANCER Plan of Care**

***CELLULAR THERAPY***

# *KemoHerb–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

The ***KemoHerb–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***KemoHerb–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***KemoHerb–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***KemoHerb–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

*CELLULAR THERAPY*

# *KemoHerb–2*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| Amount Per Serving | | %DV |
|---|---|---|
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |

** Daily Value (DV) not established.

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cat's claw, and Turmeric.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***KemoHerb–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***KemoHerb–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***KemoHerb–2*** dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***KemoHerb–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care

*CELLULAR THERAPY*

# *KemoHerb–PI*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***KemoHerb–PI*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***KemoHerb–PI***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# *KemoHerb–NR*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** 350mg per capsule
**Serving Per Container:** 25 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |

** Daily Value (DV) not established.

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***KemoHerb–NR*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***KemoHerb–NR***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# ***AnterFeeron–1***

## Dietary Supplement

**<u>WARNING</u>**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**<u>STRUCTURE FUNCTION</u>**
**“Support Immunity” and “Boost Stamina”**
**“Helps Maintain Joint Health and Flexibility”**
**“Helps Maintain Cardiovascular Function and a Healthy Circulatory System”**

The ***AnterFeeron–1*** has no side-effects. It will promote the body’s natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person’s previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN’S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–2*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care

*CELLULAR THERAPY*

# *CRProtein*

Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Cat's claw | 35mg | ** |
| Selfheal | 10mg | ** |
| Rosemary | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Turmeric.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***CRProtein*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***CRProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***CRProtein*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***CRProtein*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***CRProtein***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care

*CELLULAR THERAPY*

# *HyProtein–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** 350mg per capsule
**Serving Per Container:** 24 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Astragalus | 95mg | ** |
| Oregano | 40mg | ** |
| Cat's claw | 70mg | ** |

** Daily Value (DV) not established.

Other ingredients: Olive leaf and Blood root.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# ***HyProtein–2***

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Blood root | 55mg | ** |
| Reishi | 75mg | ** |
| Green tea | 40mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Turmeric, Pokeweed, and Garlic.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# ***HyProtein–3***

Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**

**Serving Size:** 350mg per capsule

**Serving Per Container:** 24 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Ashwagandha | 45mg | ** |
| Garlic | 60mg | ** |
| Turmeric | 30mg | ** |

** Daily Value (DV) not established.

Other ingredients: Ginkgo, Green tea, and Catuaba bark.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Joint and Flexibility"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–3*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–3***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# *HyProtein–4*

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**

**Serving Size:** 350mg per capsule

**Serving Per Container:** 48 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| St. John's wort | 50mg | ** |
| Reishi | 30mg | ** |
| Garlic | 25mg | ** |

** Daily Value (DV) not established.

Other ingredients: Kudzu, Goldenseal, and Licorice root.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Joint and Flexibility"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–4*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–4***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# *LyProtein*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** 350mg per capsule
**Serving Per Container:** 50 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Horse chestnut | 25mg | ** |
| Garlic | 40mg | ** |
| Turmeric | 50mg | ** |

** Daily Value (DV) not established.

Other ingredients: Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***LyProtein*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***LyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***LyProtein***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

***CELLULAR THERAPY***

# ***ImunStem®***

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care

*CELLULAR THERAPY*

# *Aktiffvate*®

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**

**Serving Size:** (0.50ml) (491.50mg)

**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Golden Sunrise NUTRACEUTICAL®

# Insulin Resistance Cellular Restorative Results



## With Our 100% Herbal Treatment

**Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

Revised: 04/2019

Golden Sunrise NUTRACEUTICAL
P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# TITLE

Insulin Resistance Cellular Restorative Results

# PRODUCT

DetoxHerb-1, DetoxHerb-2, DetoxHerb-PI, DetoxHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate

# DATE

April 22, 2019

Golden Sunrise NUTRACEUTICAL

P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.
Phone No.: 1.559.781.0658 Fax No.: 1.559.615.1268

# INSULIN RESISTANCE CELLULAR RESTORATIVE RESULTS

| THERAPIES | SIDE-EFFECTS | QUALITY OF LIFE | RECOMMENDED TREATMENT | COST (US$) |
|---|---|---|---|---|
| **METABOLIC Plan fo Care** | None | Good Well-being | Golden Sunrise Nutraceutical ***METABOLIC Plan of Care*** | 170,000 - 200,000 |
| **No Treatments** | -------------------- | ------------------- | No Treatments | ------------------------- |

## *RESULTS OF PATIENTS AFTER TREATMENT*
## *with*
## *GOLDEN SUNRISE NUTRACEUTICAL “METABOLIC Plan of Care”*

Approximately 99%-of-patients treated with Golden Sunrise Nutraceutical’s ***DetoxHerbs*** (dietary supplement) found that their quality-of-life improved. These patients were treated with ***DetoxHerbs*** over the course of a few months and up to 6-years.

Physicians noted that implementing Golden Sunrise Nutraceutical’s ***METABOLIC Plan of Care***, with Golden Sunrise Nutraceutical’s products produced a significant response in 99% of their patients. A reduction of symptoms in patient’s with conditions such as Alzheimer’s Disease, Amyotrophic Lateral Sclerosis (ALS), Autoimmune Disorders, Cancer, Constipation, Debilitating Chronic Pain, Diabetes, Epilepsy, Fibromyalgia, Fragile-X Syndrome, Hemostasis (less blood to be lost), Hypertention, Menopause, Multiple Sclerosis (MS), Obesity, Osteopenia, Parkinson’s Disease, Prostate, Schizophrenia, Stroke, Thalassemia, Viral Illesses and more.

The significant response observed by physicians and patients was a decrease in glucose levels, with no reported side-effects, such as dizziness or disorientation. Some have shown a drop in their blood sugar levels from 400-mg/dL to 50-mg/dL, and remained fine without the need for sugars. Patients also reported significant improvements in mood and skill development during treatments.

Patients being treated with Golden Sunrise Nutraceutical ***METABOLIC Plan of Care*** have shown dramatic improvements in bone density for patients. Numbers based on densitometry have shown a reversal in L1-L4 from -3.6% to 3.4% in 1-year.

April 01, 2019

# Insulin Resistance Cellular Restorative Results

## INSULIN RESISTANCE CELLULAR RESTORATIVE RESULTS



| (#) | NAME *and* AGE | PATIENTS BEFORE TREATMENT *of* DIAGNOSIS | RESULTS OF PATIENTS AFTER TREATMENT *with* GOLDEN SUNRISE NUTRACEUTICAL *Metabolic Plane of Care* |
|---|---|---|---|
| (1) | N. O.,<br>22-years-old | Type I Diabetes Mellitus diagnosed February 2012<br>Requires insulin refill for the pump every 30-days<br><br>Requires constant use of the pump<br><br>Required changing needle insertion site every 3-4-days to avoid infection<br><br>Poor energy, poor motivation, higher sleep requirement and blood sugars always in the 300-mg/dL to 400-mg/dL | Started GSN* July 2018.<br>Requires insulin refill for the pump every 40-50-days.<br>During the third detoxification treatment the blood sugar dropped from over 400-mg/dL to 50-mg/dL. He felt great energy, no tremors, instead of the usual sense of apprehension, tremors and feeling sick.<br>During the detoxification treatments remains off of the pump for 6-8-hours.<br>Requires changing needle insertion site every 10-14 days and still no signs of infection (redness, swelling, pus), Hgb A1C improved from 9.1% to 8.6% in last 3-months, January – April 2019.<br>Much more energy, outside basketball and sports, more motivation, less sleep requirement. |
| (2) | S. T.,<br>60-years-old | Migraines and Osteopenia<br>Migraine headaches and general back ache | Started GSN* July 2017.<br>No more Migraines.<br>***Bone Density L1-L4:***<br>+3.4%{0.886 g/cm2, (59-year-old) 06/26/2018<br>-3.6%{0.857 g/cm2, (58-year-old) 07/05/2017<br>-2.7%{0.889 g/cm2, (54-year-old) 05/03/2013 |
| (3) | E. B.,<br>47-years-old | Multiple Sclerosis DX-2002<br>Bed bound since 2015 | Started GSN* October 04, 2017.<br><br>By April 04, 2019 able to walk with a lift walker about 30-minutes.<br>By April 19, 2019 he had been off of Topamax medicine for tremors for a few months and reduced Gabapentin 600 mg. 3-times a day to 100-mg. three times a day.<br>Also recently completely off of Oxycontin ER-30mg twice a day and tapered off of Percocet 10/325-three-times a day to Percocet 5/325-½-tablet 1-2-times a day. |

*GSN = Golden Sunrise Nutraceutical

Golden Sunrise NUTRACEUTICAL

# INSULIN RESISTANCE CELLULAR RESTORATIVE RESULTS



| (#) | NAME *and* AGE | PATIENTS BEFORE TREATMENT *of* DIAGNOSIS | RESULTS OF PATIENTS AFTER TREATMENT *with* GOLDEN SUNRISE NUTRACEUTICAL *Metabolic Plane of Care* |
|---|---|---|---|
| (4) | J. G.,<br>32-years-old | Fibromyalgia<br>Symptoms: Diffuse chronic muscle and tendon pain, fatigue | Start ImunStem/Aktiffvate on May 2017.<br>Muscle and Tendon pain improved tremendously, avoided need for narcotic pain medication. |
| (5) | S. M.,<br>66-years-old | Prostatic Hypertrophy<br>4-5-times up at night to urinate, slow urine stream<br>On Tamsulosin 0.4-mg every day. | Started GSN* December 2016.<br>Stopped Tamsulosin.<br>No problems with urination. |
| (6) | D. M.,<br>63-years-old | Severe right knee Osteoarthritis<br>Chronic use of Motrin, Naprosyn, etc. and muscle relaxers, Flexeril, etc.<br>Knee surgery scheduled August 2017 | Started GSN* May 2017.<br>Cancelled knee surgery.<br>No more use of anti-inflammatory medications or muscle relaxers.<br>Able to climb stars and hike without arthritis pain. |
| (7) | R. W.,<br>54-years-old | HTN<br>High Blood Pressure<br>On Lisinopril 10-mg/day and Bystolic every day | Started GSN* on November 08, 2018.<br>Stopped all blood pressure medication by December 07, 2018. |
| (8) | L. G.,<br>52-years-old | Lyme Disease<br>Recurrent muscle aches and pains, chronic insomnia, chronic headaches on 30-pills a day | Started GSN* October 07, 2018.<br>Muscle aches and pains improved. Insomnia totally resolved. Frequency of headaches greatly diminished. Overall sense of well-being, fatigue some improvement. Off all medication. |
| (9) | C. A.,<br>63-years-old | Alzheimer's and Dementia since 2016<br>Short term memory loss<br>Disoriented to time and place<br>Difficulty following conversation<br>Confusion | Started GSN* August 11, 2018.<br>Within 3-4-days noticeable improvement in comprehension. Improved backaches and headaches.<br><br>Stopped Aricept and Elavil anti-depressant and Methocarbamol muscle relaxer. Decrease Celexa 20 mg. anti-depressant from 1 1/2 tablets per day to ½ tablet per day. |
| (10) | T. T.,<br>48-years-old | Psychotic Disorder<br>Auditory and visual hallucinations | Since on GSN* he has stopped all of his anti-psychotic medications and has minimal auditory hallucinations. |

*GSN = Golden Sunrise Nutraceutical

Golden Sunrise NUTRACEUTICAL

# INSULIN RESISTANCE CELLULAR RESTORATIVE RESULTS



| (#) | NAME *and* AGE | PATIENTS BEFORE TREATMENT *of* DIAGNOSIS | RESULTS OF PATIENTS AFTER TREATMENT *with* GOLDEN SUNRISE NUTRACEUTICAL *Metabolic Plane of Care* |
|---|---|---|---|
| (11) | J. A.<br>2-years-old | Autism, Severe<br>Diagnosed November 30, 2016<br>Hyperactive<br>Running around, very poor attention span<br>Poor eye contact<br>Poor Appetite<br>Insomnia<br>Avoid personal contact, hugging | GSN* November 2016.<br>Within 3-days of starting GSN he gave eye contact.<br>In 1-week he was making sounds instead of crying.<br>He hugs people now.<br>Sits and watches television shows.<br>Sleeping much better. |
| (12) | S. W.,<br>68-years-old | Diabetes Mellitus, Peripheral Neuropathy<br>Packed lower legs and feet in ice before bedtime in order to sleep at night | On GSN* no longer need to pack feet in ice to sleep at night. |
| (13) | R. M.,<br>78-years-old | Parkinson's<br>On several Medications (4-of-them) and not well controlled. Shaking, drooling and falling | GSN* started March of 2015.<br>Only on one medication, much better control. Walking 2-miles with a walker. No falls. |

*GSN = Golden Sunrise Nutraceutical

# METABOLIC Plan of Care

## *CELLULAR THERAPY*

**DIETARY SUPPLEMENT PRODUCTS**

***DetoxHerb-1, DetoxHerb-2, DetoxHerb-PI, DetoxHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, Hyprotein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate***

**COMPANY**


**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268


**PLEASE DOWNLOAD AT**
www.goldensunrisenutraceutical.com
**"TREATMENT"**

## TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet | Title Page |
| Table of Contents | 1 |
| 1.0 Introduction | 2 |
| 2.0 Indications and Usage | 2 |
| 3.0 Instruction for the Treatment | 2 |
| 4.0 Treatment, Dosage, and Administration | 3 |
| 4.1 Administration and Dosage of ImunStem and Aktiffvate | 6 |
| 4.2 Administration and Dosage of DetoxHerbs | 6 |
| 4.3 Administration and Dosage of AnterFeerons | 7 |
| 4.4 Administration and Dosage of $C_R$Protein | 7 |
| 4.5 Administration and Dosage of HyProteins | 7 |
| 4.6 Administration and Dosage of LyProtein | 8 |
| 4.7 Treatment Interval and Duration of METABOLIC Plan of Care | 8 |
| 5.0 Warning and Precautions | 8 |
| 6.0 Therapeutic Response | 8 |
| 6.1 Expected Response DetoxHerbs, AnterFeerons, $C_R$Protein, HyProteins, and LyProtein | 8 |
| 6.2 Adverse Sensitivity Response of ImunStem and Aktiffvate | 9 |
| 7.0 Clinical Pharmacology | 9 |
| 7.1 Mechanism of Action | 9 |
| 7.2 Pharmacokinetics | 10 |
| 8.0 Results of Patients after Treatment | 10 |
| 9.0 Storage, Handling, and Products | 10 |
| 9.1 Storage and Stability | 10 |
| 9.2 Product Classification | 10 |
| 10.0 Attachment Labels | 11 |
| 11.0 How Supplied | 11 |
| 11.1 Packaging | 11 |

## 1.0 INTRODUCTION

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***METABOLIC Plan of Care*** is the basis for the remarkable improvement for human health.

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA). The FDA formed a new department called Regenerative Medicine Advance Therapy because of the law enacted by the 114th United States Congress in December 2016 called the 21st Century Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells. They provide the building blocks for the cells to transform the crippled metabolic pathways back to the normal condition and allow the cells to perform the normal functions which they were designed to perform. ***Serious or Life-threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INDICATIONS AND USAGE

The administration of herbal / botanical ***METABOLIC Plan of Care*** treatments for human health has led to the benefit of metabolic syndrome treatments from plant based materials. ***ImunStem***, ***Aktiffvate***, ***DetoxHerbs***, and ***AnterFeerons*** treatments have been of great value to patients that only use herbal / botanical products for overall health. This has led to improved outcomes for patients.

***METABOLIC Plan of Care*** treatment begins with the use of ***ImunStem*** and ***Aktiffvate*** to improve the immune system function. Then the administration of ***DetoxHerbs*** are given to flush the system and aim at arresting the development of the metabolic disorders. The treatments are continued in order to support the elimination of metabolic disorders.

FIRST AND FOREMOST, ***IMUNSTEM***, ***AKTIFFVATE***, AND ***METABOLIC Plan of Care***, MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

Once a medical evaluation of the patient has been completed and reviewed, those patients whose medical history and current medical condition is appropriate for treatment with ***METABOLIC Plan of Care*** will receive the product as follows:

## 3.0 INSTRUCTIONS FOR THE TREATMENT

Before starting the ***ImunStem*** and ***Aktiffvate*** the patient must be in stable condition and the diagnosis must be established as thoroughly as possible. This prepares the treating health professional, and the patient as well, for expected changes that can occur because of the disease process, thus avoiding possible confusion which might erroneously be attributed to the Golden Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as well) is necessary because the health professional can often appreciate improvement in areas that are ignored by the patient. For example, the patient may be discouraged by little improvement in their hand arthritis but when asked, they may acknowledge improvement in their back pain, or energy level or insomnia, etc.

The ***ImunStem*** and ***Aktiffvate*** are the primary herbs of the whole program to begin the detoxification and repairing of the cells at the cell level. They prepare the immune system to respond appropriately to the Golden Sunrise Nutraceutical herbal / botanical products used in the ***METABOLIC Plan of Care*** protocol. Noticeable changes will occur when using ***ImunStem*** and ***Aktiffvate***, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc. In perhaps 2–3% of patients starting the ***ImunStem*** and ***Aktiffvate***, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc. These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2–7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the ***ImunStem*** and the ***Aktiffvate***, the dose usually needs to be started at a reduced dose.

In the ***METABOLIC Plan of Care*** the “Treatment, dosage and administration” call for “an initial five (5) sessions”. Each session has two (2) bottles. The first bottle in each session are designed to reinforce and build upon what the ***ImunStem*** and ***Aktiffvate*** have started, e.g. nourishing the cells and flushing the toxins. But it is done in a much more powerful way. The second bottle in each session prompts the natural flushing action of the body, that is vomiting and / or diarrhea to flush out the toxins (there can also be nasal discharge and coughing up sputum) (of interest these can be administered through a gastric tube or nasogastric tube. However, if the gastric tube was placed for dysphagia, then use of the gastric tube is contraindicated because of possible aspiration problem with vomiting). The general strength of the patient and their ability to comply with the ***METABOLIC Plan of Care*** protocol may limit them to the use of only the ***ImunStem*** and ***Aktiffvate***.

## 4.0 TREATMENT, DOSAGE, AND ADMINISTRATION

First, ***ImunStem*** and ***Aktiffvate*** are taken simultaneously at ½ – ¾ dropperful, 2–4 times a day, for approximately two (2) weeks before ***DetoxHerb*** is administered. These products can improve the function of the immune system, as well as overall health. This step is very important, as it will maximize the effect of the ***DetoxHerbs***. An initial five (5) sessions of the


App. 000157

***DetoxHerbs*** and ***AnterFeerons*** are given which are designed to be given very 2–4 weeks (it is highly recommended every two (2) weeks because of the seriousness of the condition). On occasion, the interval between ***DetoxHerb*** sessions is not rigid, and although it is recommended to be done every 2–4 weeks, the session can be up to 1–2 months apart. Once the five (5) sessions are completed, and the patient's condition is stable and shows appropriate improvement, other Golden Sunrise Nutraceutical products will be added, usually at 2–4 weeks intervals. These additional ***DetoxHerb*** sessions (up to four (4) or five (5) additional treatments) will be included and are guided by the patient's response and condition.

These are high quality herbal products, some of which include ***AnterFeeron***, ***$C_R$Protein***, ***HyProtein***, and ***LyProtein***. Blood tests are at the discretion of the health professional, but it is recommended that a baseline of blood tests have been done before starting the ***ImunStem*** and ***Aktiffvate***. Further blood tests could be done later, again at the discretion of the health professional, at two (2) weeks or four (4) weeks, etc. Before starting the five (5) initial treatment sessions with the ***DetoxHerbs***, it is extremely important to verify if the patient is constipated. This needs to be corrected as well as possible beforehand, because the ability of the bowels to flush is the primary way of ridding the body of the toxins.

The "initial five (5) sessions" for the ***DetoxHerbs*** and ***AnterFeerons*** consist of:

<u>Liquids</u>
Session #1: ***DetoxHerb-1*** and ***DetoxHerb-2***

<u>Liquids</u>
Session #2: ***DetoxHerb-1*** and ***DetoxHerb-2***, or ***AnterFeeron-1*** and ***AnterFeeron-2***

<u>Capsules and Liquids</u>
Session #3, #4, & #5: ***DetoxHerb-PI*** and ***DetoxHerb-NR***, or ***AnterFeeron-1*** and ***AnterFeeron-2***

Each session is preferably 2-4 weeks apart. The interval may be shorter if the patient is extremely sick, but stable enough to tolerate the vomiting / diarrhea process.

The interval between ***DetoxHerb*** sessions is not rigid and although it is recommended to be every 2–4 weeks apart, they can be up to 1–2 months apart. The recommended sequence of the Golden Sunrise Nutraceutical herbal / botanical products can be interrupted with a different herbal / botanical products, usually ***AnterFeeron-1*** and ***AnterFeeron-2*** in either session #2, #4, or session #5, if the patient is not showing the expected flushing response of vomiting and / or diarrhea. A poor flushing response indicates that the patient is not ridding the body of the toxins appropriately. What is not "enough"? Perhaps only one (1) or two (2) episodes of diarrhea / bowel movements? It should be noted, however, that it is common not to have any vomiting in these sessions, so diarrhea episodes are more telling of the effectiveness of each session. The


App. 000158

reason to interject the ***AnterFeeron*** early into the sequence is because it usually promotes the desired flushing response (besides fighting infection).

The other very important information to monitor after each session are the patient's symptoms. Generally, they should feel stronger or more energy, etc. within 1–2 days after each session, indicating a proper response to each session as well. Frequently the lab / scanning results will lag behind the improvement in the patient's symptoms.

For the liquid ***DetoxHerbs*** and ***AnterFeerons***, it is important to instruct the patient to walk around, if they can, in 5–10 minutes after swallowing the first one fluid ounce (1 fl.oz.) bottle. In this short time there is frequently a better alertness or sense of energy, and if there are any pain issues, they are noticeably improved or completely resolved. Pointing this out to the patient is a quick positive reinforcer and encouragement of the effectiveness of the Golden Sunrise Nutraceutical herbal / botanical products. Perhaps five (5%) percent of patients will also notice, after the first bottle, better visual acuity or a "brightness" in the colors around them (indicating penetration of the Golden Sunrise Nutraceutical herbs across the blood-brain barrier into the central nervous system).

The duration of the flushing with the vomiting / diarrhea, generally lasts from 6-18 hours and rarely up to forty-eight (48) hours. The onset and duration of the vomiting / diarrhea after the second bottle in each session, varies not only for each person, but may also vary for the same person from session to session. Usually the onset is within thirty (30) minutes after ingesting the second bottle in each session, but it may not begin perhaps for up to six (6) hours. The ***ImunStem*** and ***Aktiffvate*** should not be taken on the same day of the session (the ***ImunStem*** and ***Aktiffvate*** will simply be flushed out) or the day after each session. It is advised that the patient should be fasting before the sessions except for liquids. It is also best to start the sessions in the morning, in order to hopefully avoid interrupting their sleep at night.

For any of the sessions, advise the patients to have some type of liquid electrolyte replenisher on hand, e.g., Gatorade, Coconut water, etc. to replace the diarrheal losses. Without this, typical dehydration symptoms can ensue, such as headaches, leg cramps, dizziness, weakness, etc. Finally, for the liquid Golden Sunrise Nutraceutical herbal products in the first two (2) sessions of each protocol, direct the patient to pour the contents into a drinking glass instead of drinking it directly from the original one fluid ounce (1–fl.oz.) bottle provided. The liquid herbs must be drunk as quickly as possible, like a shot of liquor, without sniffing it or holding it in the mouth at all. Some people may need to be advised to pinch their nostrils to avoid smelling the herbal products as they swallow them. Have a glass or bottle of water on hand to wash it down immediately. Water, not milk or juices, generally helps better for the after–taste. Be careful to avoid too much water, because becoming water-logged can cause nausea as well. If the throat is very irritated, sucking on honey or syrup to coat the throat afterwards can be helpful. There have been few problems encountered in this process. However, some patients who have asthma

have experienced bronchospasm. Taking 1–2 puffs of their rescue inhaler before swallowing the liquid herbs has avoided or minimized this reaction.

The other Golden Sunrise Nutraceutical herbal products, most of which are given after the initial five (5) sessions of treatment, are included in the price of the ***METABOLIC Plan of Care*** protocol. They include ***AnterFeeron*** (the ***AnterFeeron-I*** and ***AnterFeeron-II*** must be given in the same session), ***C<sub>R</sub>Protein***, ***HyProtein***, and ***LyProtein***. They can be given in any order after the first five (5) sessions every 2–4 weeks. Many of them can also cause the same flushing response as the Golden Sunrise Nutraceutical herbal products used in the initial five (5) sessions. These are designed primarily to improve nourishing and building the immune system.

Lastly, it must be said, that the ability to heal by any discipline is influenced by numerous factors. This is no different with the healing properties of these herbs. Crucial factors, some of which are stress, diet, exercise, socioeconomic and psychological conditions, as well as family / friend support, affect the response to any healing modality for each person. Addressing these are required to help enhance the degree of healing that can occur for each person.

### 4.1 Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem* and *Aktiffvate* are liquid form:**

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---|---|---|---|
| ***ImunStem*** | 1 ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1 ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and / or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

### 4.2 Administration and Dosage of *DETOXHERBS*

Take one fluid ounce (1 fl.oz.) of ***DetoxHerb–1***. Medical staff should monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of ***DetoxHerb–1***. Next take one fluid ounce (1 fl.oz.) of ***DetoxHerb–2***, the same dosage. Again medical staff should monitor the patient for thirty (30) minutes following ingestion of ***DetoxHerb–2***.


App. 000160

***DetoxHerb–1* and *DetoxHerb–2* are liquid form:**

| Product | Dose |
|---|---|
| ***DetoxHerb-1*** | 1 fl.oz. |
| ***DetoxHerb-2*** | 1 fl.oz. |

Take twenty-five (25) capsules of ***DetoxHerb–PI***, ideally within fifteen (15) minutes. After fifteen (15) minutes take, twenty (25) capsules of ***DetoxHerb–NR***, ideally within fifteen (15) minutes.

***DetoxHerb–PI* and *DetoxHerb–NR* are powder form:**

| Product | Dose |
|---|---|
| ***DetoxHerb-PI*** | 25 capsules |
| ***DetoxHerb-NR*** | 25 capsules |

### 4.3 Administration and Dosage of *ANTERFEERONS*

Take one fluid ounce (1 fl.oz.) of ***AnterFeeron–1***. Then in forty-five (45) minutes to one (1) hour following ingestion of ***AnterFeeron–1***, take one fluid ounce (1 fl.oz.) of ***AnterFeeron–2***, administered in the same dose.

***AnterFeeron–1* and *AnterFeeron–2* are liquid form:**

| Product | Dose |
|---|---|
| ***AnterFeeron-1*** | 1 fl.oz. |
| ***AnterFeeron-2*** | 1 fl.oz. |

### 4.4 Administration and Dosage of *$C_R$PROTEIN*

Take one fluid ounce (1 fl.oz.) of ***$C_R$Protein***. Medical staff may monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of ***$C_R$Protein***.

***$C_R$Protein* is liquid form:**

| Product | Dose |
|---|---|
| ***$C_R$Protein*** | 1 fl.oz. |

### 4.5 Administration and Dosage of *HYPROTEINS*

Take twenty-four (24) capsules of ***HyProtein–1*** (ideally take each dose of twenty-four (24) capsules within a fifteen (15) minute space of time). After thirty (30) minutes, take twenty-four (24) capsules of ***HyProtein–2***. After thirty (30) minutes, take twenty-four (24) capsules of ***HyProtein–3***. After five (5) hours, take twenty-four (24) capsules of ***HyProtein–4*** (½ of the bottle). After another five (5) hours, take the last twenty-four (24) capsules of ***HyProtein–4***.

***HyProteins* are powder form:**

| Product | Dose |
|---|---|
| ***HyProtein-1*** | 24 capsules |
| ***HyProtein-2*** | 24 capsules |
| ***HyProtein-3*** | 24 capsules |

| | |
|---|---|
| ***HyProtein-4*** | 24 capsules |

**4.6 Administration and Dosage of *LYPROTEINS***

Take twenty-five (25) capsules of ***LyProtein***, ideally within fifteen (15) minutes. After fifteen (15) minutes, take the last twenty-five (25) capsules of ***LyProtein***, ideally within fifteen (15) minutes.

***LyProtein* is powder form:**

| Product | Dose |
|---|---|
| ***LyProtein*** | 50 capsules |

**4.7 Treatment Interval and Duration of *METABOLIC Plan of Care***

The basic treatment recommended by Golden Sunrise Nutraceutical for cancer requires five (5) initial sessions of herbal (botanical) products (usually including ***DetoxHerb–1***, ***DetoxHerb–2***, ***DetoxHerb–PI***, ***DetoxHerb–NR***, ***AnterFeeron–1***, and ***AnterFeeron–2***). These are recommended to be taken every 2–4 weeks apart. Then additional sessions (up to four (4) or five (5) more) will be included, if warranted by the patient's response and condition, with other high quality herbal products (some of which include ***C$_R$Protein***, ***HyProteins***, and ***LyProtein***). These are also recommended to be taken every 2–4 weeks apart.

The ***METABOLIC Plan of Care*** is designed to modify or reverse the abnormal metabolic process at the cellular level which are the source of all of our diseases. The ***METABOLIC Plan of Care*** is also designed as a preventative plan of care to arrest or reverse the metabolic abnormalities at the cellular level leading to the development of cancer cells. Then every 6–12 months a detoxification Golden Sunrise Nutraceutical herbal treatment session will be recommended as a preventative for different disease pathways as well as a prevention for cancer emergence. ***ImunStem*** and ***Aktiffvate*** will be continued indefinitely, but tapered to a lower dose, for example, ¼ dropperful of each every other day.

**5.0 WARNING AND PRECAUTIONS**

ADMINISTRATION OF ***IMUNSTEM***, ***AKTIFFVATE***, ***DETOXHERBS***, ***ANTERFEERONS***, ***C$_R$PROTEIN***, ***HYPROTEINS*** AND ***LYPROTEIN*** SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL ***METABOLIC PLAN OF CARE*** IS BASED ON MEDICAL EVALUATION OF THE PATIENT, AND LABORATORY RESULTS. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**6.0 THERAPEUTIC RESPONSE**

**6.1 Expected Response of *DetoxHerbs, AnterFeerons, C$_R$Protein, HyProteins, and LyProtein***

The ***METABOLIC Plan of Care*** process can promote the body's natural cleansing process which usually will include responses such as nausea, vomiting, diarrhea, and mucus


App. 000162

discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, such as headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***METABOLIC Plan of Care***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

### 6.2 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- ***ImunStem*** and ***Aktiffvate*** can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 7.0 CLINICAL PHARMACOLOGY

### 7.1 Mechanism of Action

Golden Sunrise Nutraceutical produces herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the Golden Sunrise Nutraceutical products intact across all cell membranes. This also includes the blood-brain barrier, which allows its efficacy and activity for the central nervous system.

Golden Sunrise Nutraceutical products possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In-vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

The technology developed by Golden Sunrise Nutraceutical is the key for the various herbs' effectiveness on the immune system and cellular metabolism. They have immune-stimulating properties. In-vivo studies on treated patients demonstrate increasing repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and


**App. 000163**

phagocytic activity and synthesis of helper cell function. Golden Sunrise Nutraceutical products have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) chemical induced damage. These herbs have a variety of effects including anti-oxidant activity and anti-inflammatory properties.

Golden Sunrise Nutraceutical products can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of Golden Sunrise Nutraceutical products are compatible with the stabilization of the sympathetic nervous system activity. Golden Sunrise Nutraceutical products reduces inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function. Golden Sunrise Nutraceutical products have affected bone metabolism by demonstrating improved bone density in patients with osteoporotic bone. Numbers based on densitometry have shown a reversal in L1–L4 from –3.6% to 3.4% in 1–year.

### 7.2 Pharmacokinetics

Golden Sunrise Nutraceutical products are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because Golden Sunrise Nutraceutical products readily passes through membrane tissue by passive diffusion.

The Golden Sunrise Nutraceutical dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 8.0 RESULTS OF PATIENTS AFTER TREATMENT

Please download at www.goldensunrisenutraceutical.com under "**TREATMENT**" and click "***Insulin Resistance Cellular Restorative Results***".

## 9.0 STORAGE, HANDLING, AND PRODUCTS

### 9.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***METABOLIC Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 9.2 Product Classification

Dietary Supplement.

## 10.0 ATTACHMENT LABELS

***DetoxHerb–1***, ***DetoxHerb–2***, ***DetoxHerb–NR***, ***DetoxHerb–PI***, ***AnterFeeron–1***, ***AnterFeeron–2***, ***CRProtein***, ***HyProtein–1***, ***HyProtein–2***, ***HyProtein–3***, ***HyProtein–4***, ***LyProtein***, ***ImunStem***, and ***Aktiffvate***

## 11.0 HOW SUPPLIED

### 11.1 Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| *ImunStem* | 3 bottles | 1 fl.oz. Liquid |
| *Aktiffvate* | 3 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-1* | 2 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-2* | 2 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-PI* | 1 bottles | 25 capsules Powder |
| *DetoxHerb-NR* | 1 bottles | 25 capsules Powder |
| *AnterFeeron-1* | 2 bottles | 1 fl.oz. Liquid |
| *AnterFeeron-2* | 2 bottles | 1 fl.oz. Liquid |
| *LyProtein* | 1 bottles | 50 capsules Powder |
| *C$_R$Protein* | 1 bottles | 1 fl.oz. Liquid |
| *HyProtein-1* | 1 bottles | 24 capsules Powder |
| *HyProtein-2* | 1 bottles | 24 capsules Powder |
| *HyProtein-3* | 1 bottles | 24 capsules Powder |
| *HyProtein-4* | 1 bottles | 48 capsules Powder |

**METABOLIC Plan of Care**

***CELLULAR THERAPY***

# *DetoxHerb–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**

**Serving Size:** (1 fl.oz.) (491.50mg)

**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Poke weed | 100mg | ** |
| Graviola | 65mg | ** |
| Turmeric | 17mg | ** |

** Daily Value (DV) not established.

Other Ingredients: solvents, organic compounds, Selfheal, Chuchuhuasi, Yucca, Cat's claw, and Black pepper.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***DetoxHerb–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***DetoxHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***DetoxHerb–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***DetoxHerb–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***DetoxHerb–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *DetoxHerb–2*

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Olive leaf | 110mg | ** |
| Papaya leaf | 70mg | ** |
| Vinca | 120mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Chuchuhuasi, Cat's claw, and Turmeric.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***DetoxHerb–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***DetoxHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***DetoxHerb–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***DetoxHerb–2*** dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***DetoxHerb–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# ***DetoxHerb–PI***

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***DetoxHerb–PI*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***DetoxHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***DetoxHerb–PI***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *DetoxHerb–NR*

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** 350mg per capsule
**Serving Per Container:** 25 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |

** Daily Value (DV) not established.

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

**STRUCTURE FUNCTION**

**"Promote Bowel Movements"**

The ***DetoxHerb–NR*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***DetoxHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***DetoxHerb–NR***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care

*CELLULAR THERAPY*

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Joint Health and Flexibility"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***AnterFeeron–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–1*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–1*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *AnterFeeron–2*

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**

**Serving Size:** (1 fl.oz.) (491.50mg)

**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**

**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care

*CELLULAR THERAPY*

# $C_R$Protein

## Dietary Supplement

**WARNING**

Keep out of reach of children

do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Cat's claw | 35mg | ** |
| Selfheal | 10mg | ** |
| Rosemary | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Turmeric.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Joint Health and Flexibility"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***$C_R$Protein*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***$C_R$Protein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***$C_R$Protein*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

***$C_R$Protein*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***$C_R$Protein***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *HyProtein–1*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 95mg | ** |
| Oregano | 40mg | ** |
| Cat's claw | 70mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Olive leaf and Blood root.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–1*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–1***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *HyProtein–2*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Blood root | 55mg | ** |
| Reishi | 75mg | ** |
| Green tea | 40mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Turmeric, Pokeweed, and Garlic.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *HyProtein–3*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**

**Serving Size:** 350mg per capsule

**Serving Per Container:** 24 capsules serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Ashwagandha | 45mg | ** |
| Garlic | 60mg | ** |
| Turmeric | 30mg | ** |

** Daily Value (DV) not established.

Other ingredients: Ginkgo, Green tea, and Catuaba bark.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**

**"Helps Maintain Joint and Flexibility"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–3*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–3***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care

*CELLULAR THERAPY*

# *HyProtein–4*

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**

**Serving Size:** 350mg per capsule

**Serving Per Container:** 48 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| St. John's wort | 50mg | ** |
| Reishi | 30mg | ** |
| Garlic | 25mg | ** |

** Daily Value (DV) not established.

Other ingredients: Kudzu, Goldenseal, and Licorice root.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***HyProtein–4*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***HyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***HyProtein–4***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *LyProtein*

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 50 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Horse chestnut | 25mg | ** |
| Garlic | 40mg | ** |
| Turmeric | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***LyProtein*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***LyProtein***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***LyProtein***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care

*CELLULAR THERAPY*

# *ImunStem*®

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***ImunStem*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***ImunStem*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care

*CELLULAR THERAPY*

# *Aktiffvate*®

## Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

**STRUCTURE FUNCTION**

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

**ADVERSE ACTIONS**

* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of ***Aktiffvate*** under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

***Aktiffvate*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***Aktiffvate***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

## Rusty HILGER, NFL Quarterback has Results with KemoHerb




## Jeff O'NEAL, Cancer Breakthroughs with KemoHerb Part 3 of 3



## Isabelle RUIZ, Cancer Breakthroughs with KemoHerb




## Jackie's GROOVE Interview Sheldon Reynolds Earth Wind & Fire




## Rusty HILGER Quarterback NFL Cancer Breakthrough Part 1 of 2




## Autism and Seizure Breakthrough with ImunStem and Aktiffvate




## Cancer Breakthroughs Successful Results - Part 2 of 3




## Alzheimer's Breakthrough with ImunStem and Aktiffvate



## ImunStem and Aktiffvate Minimal Blood Loss from Injuries




## Fragile-X Syndrome Breakthrough with ImunStem and Aktiffvate




## Stroke Breakthrough Successful with ImunStem and Aktiffvate




## Surgery Breakthrough Less Blood Loss, ImunStem & Aktiffvate




## Parkinson's Breakthrough with ImunStem and Aktiffvate




## Cancer Breakthrough Successful Results - Part 1 of 3






### Patrick GIMENEZ

My name is Patrick GIMENEZ, I am a movie producer that have been involved in the international movie industry. I learned of Golden Sunrise Nutraceutical products from a friend. My daughter has an extremely rare blood disorder for which there is no cure. She was tired all the time, mentally fuzzy, and was having infusions every other week to help maintain her hemoglobin level and avoid blood transfusions as much as possible. I took her to PORTERVILLE CALIFORNIA and the medical staff of Golden Sunrise Nutraceutical gave her the products that in one day made a world of difference. She went from not having the energy to walk to the end of our street to walking up to the HOLLYWOOD sign (the long way, one hour and forty-five minutes) within two days of treatment!

Almost three years later she is an energetic twenty years old that is involved in college, is part of a sorority and takes karate classes.

My wife has also taken Golden Sunrise Nutraceutical products and have noticed a big difference in her energy and clarity of mind.



### Sylvia J. HARRAL

My name is Sylvia HARRAL, I have been taking Golden Sunrise Nutraceutical products off and on for about three years now. On November 22, 2015, I was involved in a horrendous car accident and was airlifted to the FRESNO CALIFORNIA trauma center. My injuries included an epidural bleed, a dissected carotid artery, five broken areas of my lower jaw and one in my upper jaw, torn ligaments of the C1 and C2 vertebrae, a fracture of my C7 vertebrae, eight broken rids and a punctured and a collapsed left lung, a severely broken right wrist and left ankle, a minor break of the right tibia. During the thirteen hours in the emergency room, I flat lined for three minutes and was given Cardiopulmonary Resuscitation (CPR). I was intubated and the respirator breathed for me for a few days until I gradually began to breathe on my own. Within a week, I was stabilized enough to spent two days in surgery for jaw and broken bone repair. One week later, I moved out of Intensive Care Unit (ICU). After one week of further recovery, I moved to rehab for two weeks and was discharged. The hospital in FRESNO medical staff continually commented on my rapid improvement. I am so grateful for the thousands of prayers that went up on my behalf and for the overall health benefits from Golden Sunrise Nutraceutical products. I saw the effects first hand when my blood pressure moved away from flat-line forty up to fifty-five within five minutes after taking Golden Sunrise Nutraceutical products. My blood oxygen level also climbed from ninety to ninety-nine within minutes of taking the Golden Sunrise Nutraceutical products. Minimal blood loss was demonstrated in the lung drainage and suction tubes. When we understand our body's natural functions and how the Golden Sunrise Nutraceutical products supports those functions, we get a glimpse of the miraculous potential for us individually and as a Nation.



### Victor AYALA

My son Victor AYALA was diagnosed with a brain tumor at the age of eight years old and received surgeries plus chemo and radiation therapy. The surgeries with chemo and radiation therapy left him weak and unable to live a normal life, he couldn't sleep and had seizures. The doctors said to me that he had an infection and tumor still in his brain which was of grave concern and gave no hope for my son to survive (the doctors said no patient survives more than eleven months with a brain tumor). When Golden Sunrise Nutraceutical medical staff under the supervision of Golden Sunrise Nutraceutical doctor came to my home and began to treat my son with Golden Sunrise Nutraceutical products, my son slowly, progressively improved and after one year of treatment, returned to school and graduated. My son has been taking Golden Sunrise Nutraceutical products since 2008 for the past seven years his health has improved greatly and now lives a normal life as well as he did before his medical diagnosis.

### Tyler and Gerrit de JONG

I have two children that both have medical problems. One son has problems with terrible colds that gives him bronchitis to the point that he has to take antibiotics and uses an inhaler and the second son has problems from when he was a football player and had multiple head injuries/concussions that has affected him physically, and shows the symptoms of Chronic Traumatic Encephalopathy (CTE). Both sons have taken Golden Sunrise Nutraceutical products under the direction with Golden Sunrise Nutraceutical doctor and both have shown remarkable results. The first son has noticed that when he gets a cold he can fight it off without the use of antibiotics or an inhaler. The second son has energy again, he can work and can think once again without headaches or blackouts

### Tyler de JONG



### Gerrit de JONG



Golden Sunrise NUTRACEUTICAL

GOLDEN SUNRISE PRODUCTS TESTIMONIAL SPORTS TREATMENT MORE



### Denna STEIB

My name is Deanna STIEB, I am fifty-two years old and been having health problems for three years. I had been having many normal health problems that women my age begin to experience, having a lack of energy, trouble focusing, anxiety, headaches/migraines, heart palpitations, painful periods, mood swing, weight gain, sweating, hot flashes etc.... I couldn't find any treatments available from the medical community that could help any of these conditions. I heard of Golden Sunrise Nutraceutical and went in December 2015. Golden Sunrise Nutraceutical doctor began treating me with Golden Sunrise Nutraceutical herbal products. These products have helped me greatly. Ninety percent of my health issues have disappeared. I really feel ten years younger.

Copyright © 2018 - 2020 Golden Sunrise Nutraceutical - All Rights Reserved.