UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN SUNRISE NUTRACEUTICAL, INC., et al.,<br><br>Defendants. | No.  1:20-cv-01060-DAD-SKO<br><br>ORDER SETTING BRIEFING SCHEDULE AND HEARING ON PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER<br><br>(Doc. No. 3) |

On July 31, 2020, plaintiff filed a motion for a temporary restraining order in this action. (Doc. No. 3.)  Therein, plaintiff seeks an order restraining defendants from further violations of 15 U.S.C. §§ 45(a), 52, as alleged in the complaint; requiring defendants to show cause why this court should not issue a preliminary injunction extending such temporary relief pending a final adjudication on the merits; restraining defendants from destroying or disposing of business records or clinical tests or studies; restraining defendants from releasing consumers' personal information; requiring defendants to report to plaintiff any new business activity; requiring defendants to provide a copy of the entered temporary restraining order to their employees and affiliates; requiring defendants to suspend the collection of accounts for the products covered by the temporary restraining order; and requiring defendants to submit to expedited discovery by plaintiff.  (*Id.* at 2.)

1

1    In a declaration attached to the pending motion, plaintiff's counsel noted that plaintiff

2  intended to notify defendants of the filing of its complaint and its motion for a temporary

3  restraining order in this action by phone and email and serving defendants via Federal Express.

4  (Doc. No. 3-15 at 2.)  Plaintiff's counsel also stated that he would "file a supplemental Certificate

5  of Counsel Pursuant to Local Rule 231(c)(5) after completing the steps discussed above."  (*Id.*)

6  By minute order, the court indicated it had preliminarily reviewed the pending motion for a TRO

7  and intended on granting the motion, unless defendants filed an opposition and/or requested a

8  hearing by 2:00 p.m. PST on August 3, 2020.  (Doc. No. 7.)  The court directed plaintiff to serve

9  that minute order on defendants and to thereafter file documentation with the court outlining the

10  steps it has taken to effectuate such service.  (*Id.*)

11    On August 1, 2020, plaintiff filed a supplemental certificate of counsel explaining that it

12  had yet to receive confirmation that service has been effectuated, and attempts to follow up with

13  the server by phone and email had been unsuccessful.  (Doc. No. 8 at ¶ 6.)  Additionally,

14  plaintiff's counsel declared that he spoke with defendant Meis on the telephone, and defendant

15  Meis provided contact information for an attorney he had retained.  (*Id.*)  However, when

16  plaintiff's counsel contacted the attorney, that attorney stated that he would not be representing

17  defendant Meis in this action and would be referring this matter to another lawyer.  (*Id.*)

18  Plaintiff's counsel requested the attorney to forward the filings accordingly.  (*Id.*)

19    Plaintiff's counsel states that while he could not reach any of the other defendants by

20  phone or leave voicemails, plaintiff's counsel did send the complaint and motion by email to all

21  defendants.  (*Id.* at ¶ 12.)  Additionally, plaintiff's counsel provided a copy of the minute order

22  (Doc. No. 7) to the process server and requested that they either include it with the documents if

23  they were still attempting to serve defendants or re-serve defendants with the minute order.  (Doc.

24  No. 8 at ¶ 9.)  Plaintiff's counsel also sent a second email to all defendants, which included a

25  copy of the court's minute order.  (*Id.* at ¶ 10.)  Plaintiff has not received any replies, but

26  plaintiff's counsel declares that he used read receipts and received an alert that his second email

27  with the minute order attached was opened by defendant Huu Tieu.  (*Id.* at ¶ 12.)  Plaintiff's

28  counsel notes that because defendant Tieu is an officer of both defendants Golden Sunrise

1    Pharmaceutical, Inc. and Golden Sunrise Nutraceutical, Inc., notice has effectively been

2    effectuated for the two corporate defendants.  (*Id.*)

3           On August 3, 2020, attorney Kevin Rooney contacted the court by email to notify the

4    court that he would not be representing defendant Meis in this civil action, but that defendant

5    Meis intended to request a hearing on plaintiff's motion for a TRO and will be obtaining counsel.

6           Accordingly, defendants will be provided with an opportunity to file a response to

7    plaintiff's motion for a temporary restraining order by 12:00 p.m. PST on August 4, 2020.  A

8    hearing on plaintiff's motion will be held on August 5, 2020 at 10:00 a.m. PST before District

9    Judge Dale A. Drozd.  The parties must appear by video or telephonically.  The undersigned's

10   Courtroom Deputy Jami Thorp (jthorp@caed.uscourts.gov) will email the parties with dial-in or

11   log-in information before the hearing.  The Clerk of the Court is directed to serve a copy of this

12   order on attorney Kevin Rooney for defendant Stephen Meis and attorney Rooney is requested to

13   forward this order to the appropriate counsel representing defendant Meis in this action if

14   possible.  The court will also attempt to contact attorney Edgar Sevilla—who has been retained

15   by defendant Tieu in another action pending before this court, *see United States v. Tieu*, 1:20-cr-

16   00109-DAD-BAM—on August 3, 2020 to forward this order to defendant Tieu so that he is

17   provided the opportunity to file an opposition to the pending motion for a TRO prior to the

18   hearing.

19   IT IS SO ORDERED.

20      Dated:   **August 3, 2020**                                          _____

21                                                                UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28