ZACHARY A. KELLER (Texas 24087838)
zkeller@ftc.gov; (214) 979-9382
REID A. TEPFER (Texas 24079444)
rtepfer@ftc.gov; (214) 979-9395
EDWARD HYNES (New York 4887584)
ehynes@ftc.gov; (214) 979-9381
Federal Trade Commission
1999 Bryan St. Ste. 2150
Dallas, Texas 75201
Fax: (214) 953-3079

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No.: 1:20-cv-01060-DAD-SKO |
| Plaintiff, | **STIPULATED ORDER COMPELLING DISCOVERY RESPONSES AS TO DEFENDANTS GOLDEN SUNRISE NUTRACEUTICAL, INC., GOLDEN SUNRISE PHARMACEUTICAL, INC., AND HUU TIEU** |
| v. | |
| **GOLDEN SUNRISE NUTRACEUTICAL, INC.**, *et al.*, | |
| Defendants. | **(Doc. 46)** |

Upon consideration of the "Stipulation to the Stipulated Order Compelling Discovery Responses as to Defendants Golden Sunrise Nutraceutical, Inc., Golden Sunrise Pharmaceutical, Inc., and Huu Tieu" ("Stipulating Defendants") submitted by Plaintiff Federal Trade Commission and Stipulating Defendants (Doc. 46), it is hereby ORDERED that the stipulation is GRANTED.

**THEREFORE, IT IS ORDERED** as follows:

1. Stipulating Defendants shall submit complete responses to Plaintiff's December 7 interrogatories by Wednesday, January 27, 2021.

///

**STIPULATED ORDER COMPELLING DISCOVERY RESPONSES – PAGE** 1

2. Stipulating Defendants shall submit complete responses to Plaintiff's December 7 requests for production by Monday, February 1, 2021.

IT IS SO ORDERED.

Dated: **January 26, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE