EDWARD HYNES (New York 4887584)
ehynes@ftc.gov; (214) 979-9381
REID A. TEPFER (Texas 24079444)
rtepfer@ftc.gov; (214) 979-9395
Federal Trade Commission
1999 Bryan Street Suite 2150
Dallas, Texas 75201
Fax: (214) 953-3079

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GOLDEN SUNRISE NUTRACEUTICAL, INC.**, a corporation, <br><br> **GOLDEN SUNRISE PHARMACEUTICAL, INC.**, a corporation, <br><br> **HUU TIEU**, individually and as an officer of Golden Sunrise Nutraceutical, Inc. and Golden Sunrise Pharmaceutical, Inc., and <br><br> **STEPHEN MEIS**, individually and as an officer of Golden Sunrise Nutraceutical, Inc., <br><br> Defendants. | Case No.: 1:20-cv-01060-DAD-SKO <br><br> **STIPULATED AND ORDER TO CONDUCT A REMOTE DEPOSITION OF DEFENDANT HUU TIEU AND EXTEND THE FACT DISCOVRY DEADLINE TO COMPLETE HUU TIEU'S DEPOSITION** <br><br> **(Doc. 54)** |

In view of the parties' stipulation (Doc. 54), and for good cause shown, the Court enters this Order To Conduct A Remote Deposition of Defendant Huu Tieu and Extend the Fact Discovery to Complete Huu Tieu's Deposition.

It is hereby **ORDERED** that pursuant to Fed. R. Civ. P. 29(a) and Fed. R. Civ. P. 30(b)(4), the deposition of Huu Tieu in this action may be taken by remote means. "Remote means" shall include (a) telephone, (b) video-conferencing platforms that allow for the deponent, attending counsel,

**STIPULATED ORDER TO CONDUCT A REMOTE DEPOSITION OF DEFENDANT HUU TIEU AND EXTEND THE FACT DISCOVRY DEADLINE TO COMPLETE HUU TIEU'S DEPOSITION – PAGE** 1

deposing counsel, defending counsel, court reporter, and videographer to participate in a deposition without attending the deposition in-person, or (c) any other means that the deposing counsel, defending counsel, and attending counsel agree to. As used in Fed. R. Civ. P. 28(a)(1)(A), the "place of examination" will be the location of the witness. A court reporter may administer an oath to Huu Tieu via remote means and will verify the witness's identity virtually. Should technical issues prevent the court reporter from reliably hearing or transcribing the testimony at the deposition and such technical issue cannot be remedied in a timely manner, counsel shall meet, confer, and cooperate with one another regarding the rescheduling of the deposition.

**IT IS FURTHER ORDERED**, that the Fact Discovery Deadline shall be extended from July 26, 2021, until August 9, 2021 solely for the purpose of completing Defendant Huu Tieu's deposition.

All other provisions of the Scheduling Order (Doc. 45) remain unchanged.

IT IS SO ORDERED.

Dated: __**July 2, 2021**__                    ___/s/ *Sheila K. Oberto*___
                                                                UNITED STATES MAGISTRATE JUDGE