1  EDWARD HYNES (New York 4887584)
   ehynes@ftc.gov; (214) 979-9381
2  REID A. TEPFER (Texas 24079444)
   rtepfer@ftc.gov; (214) 979-9395
3  Federal Trade Commission
4  1999 Bryan Street Suite 2150
   Dallas, Texas 75201
5  Fax: (214) 953-3079

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **GOLDEN SUNRISE NUTRACEUTICAL, INC.**, a corporation, <br><br> **GOLDEN SUNRISE PHARMACEUTICAL, INC.**, a corporation, <br><br> **HUU TIEU**, individually and as an officer of Golden Sunrise Nutraceutical, Inc. and Golden Sunrise Pharmaceutical, Inc., and <br><br> Defendants. | Case No.: 1:20-cv-01060-DAD-SKO <br><br> **NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT** |

Please take Notice that Plaintiff Federal Trade Commission ("FTC") submitted a Confidential Settlement Conference Statement to SKOorders@caed.uscourts.gov on August 6, 2021.

Date: August 6, 2021

/s/ Edward Hynes
EDWARD HYNES (New York 4887584)
ehynes@ftc.gov; (214) 979-9381
REID A. TEPFER (Texas 24079444)
rtepfer@ftc.gov; (214) 979-9395
Federal Trade Commission
1999 Bryan St., Ste. 2150
Dallas, Texas 75201

**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT – PAGE** 1