EDWARD HYNES (New York 4887584)
ehynes@ftc.gov; (214) 979-9381
REID A. TEPFER (Texas 24079444)
rtepfer@ftc.gov; (214) 979-9395
Federal Trade Commission
1999 Bryan Street Suite 2150
Dallas, Texas 75201
Fax: (214) 953-3079

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, | Case No.: 1:20-cv-01060-DAD-SKO |
| Plaintiff, | |
| v. | |
| **GOLDEN SUNRISE NUTRACEUTICAL, INC.**, a corporation, | **STIPULATED ORDER COMPELLING HUU TIEU'S DEPOSITION AND PRODUCTION OF DOCUMENTS CITED IN HUU TIEU'S DECLARATION** |
| **GOLDEN SUNRISE PHARMACEUTICAL, INC.**, a corporation, | (Doc. 57) |
| **HUU TIEU**, individually and as an officer of Golden Sunrise Nutraceutical, Inc. and Golden Sunrise Pharmaceutical, Inc., and | |
| **STEPHEN MEIS**, individually and as an officer of Golden Sunrise Nutraceutical, Inc., | |
| Defendants. | |

In view of the "Stipulation to the Stipulated Order Compelling Huu Tieu's Deposition and the Production of Documents Cited in Huu Tieu's Declaration" (Doc. 57) submitted by the Federal Trade Commission ("FTC") and Defendants Golden Sunrise Nutraceutical, Inc., Golden Sunrise Pharmaceutical, Inc., and Huu Tieu ("Stipulating Defendants"), and for good cause shown, it is hereby **ORDERED** as follows:

1. The Fact Discovery Deadline is extended until August 13, 2021, solely for the purpose of completing Defendant Huu Tieu's deposition. All other provisions of the Scheduling Order (Doc. 45) remain unchanged;

2. Defendant Huu Tieu shall appear for a deposition by August 13, 2021; and

3. Stipulating Defendants shall produce via electronic mail to ehynes@ftc.gov and rtepfer@ftc.gov, or such other methods as FTC may specify if email is not feasible, all documents referenced in the declaration of Defendant Huu Tieu produced on August 2, 2021, by the close of business on August 10, 2021.

IT IS SO ORDERED.

Dated:  **August 9, 2021**                    /s/ *Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE