**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVIELE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M███ A██████ |
| **Date of Birth:** | ██████ |
| **Sex:** | ████ |
| **Address:** | ███████████████████████ * U.S.A. |
| **Phone Number:** | ████████████ |
| **Ethnicity:** | ██████ |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Monday, 06/08/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M███ A████████ (Ms. A█████) is a ██-years-old was *COVID-19* **positive** on **Friday, 06/05/2020**. Ms. A█████ was exposed caring for patients at a nursing home ██████████ ████████████l. Ms. A█████ started chills and body aches and pains on Friday, 06/05/2020. It progressed to include sore throat, cough, poor appetite and poor energy. There was no Shortness of Breath (SOB) initially but it became the most prominent of her symptoms. Ms. A█████ started *EMERGENCY D-Virus Plan of Care* on Monday, 06/08/2020. Ms. A█████ has no history of hypertension, cardiac problems, diabetes, kidney, or pulmonary problems.

## 3.0 SUMMARY

Ms. C█████ started the *EMERGENCY D-Virus Plan of Care* on **Monday, 06/15/2020** with the *ImunStem* and *Aktiffvate* at half (½) dropperful of each four (4) times a day. All of her symptoms improved quickly and she was **asymptomatic** by **day number five (5) of treatment**, on Friday, 06/19/2020.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

_____July 05, 2020_____
Date

**Golden Sunrise**
**NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M███ H███ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ██████████ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | ***EMERGENCY D-Virus Plan of Care*** |
| **Date of Product:** | Tuesday, 07/07/2020 |
| **Indication:** | ***Coronavirus (COVID-19)*** |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M███ H███ (Ms. H███) is a ██-years-old was ***COVID-19* positive** on **Thursday, 07/02/2020**. Ms. H███ was exposed to a fellow worker at ███████████████████████████. Ms. H███ started having symptoms of headache and fatigue on Friday, 06/26/2020.  Ms. H███ has experienced body aches and her eyes felt tired and hurt for several days.  Ms. H███ has had nasal stuffiness, diarrhea for a few days.  Ms. H███ has a persisting dyspnea on exertion, exhaustion, sore throat and her voice is 'different'.  Appetite fluctuates, but no loss of taste or smell.  Ms. H███ denies any fevers, and little chest tightness.  Ms. H███ started the ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 07/07/2020.  Ms. H███ has no history of hypertension, cardiac, pulmonary, diabetes, or kidney problems.  Ms. H███ does have chronic headaches.

## 3.0 SUMMARY

Ms. H███ started the ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 07/07/2020 with the ***ImunStem*** and ***Aktiffvate*** each at half (½) dropperful four (4) times a day.  Ms. H███ was having some improvement in her symptoms, but slower overall.  Ms. H███ went to the Emergency Room (ER) in the morning of day number five (#5) of treatment, on Saturday, 07/11/2020, for severe sore throat and severe headache pain.  Ms. H███ received ***Morphine*** for the headache and intravenous fluids.  Ms. H███ was sent home with only a prescription of an inhaler (no antibiotics).  Ms. H███ resumed the ***ImunStem*** and ***Aktiffvate*** each at half (½) dropperful four (4) times a day when she came home.  The next day, day number six (6) of treatment, on Sunday, 07/12/2020, Ms. H███ felt much better, no headache for the first time in days and no more aches and pains, and no more cough.  Treatment with the ***ImunStem*** and ***Aktiffvate*** each at half (½) dropperful four (4) times a day, will continue and monitoring the patient.

M███ H███

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified                    July 13, 2020
Medical Director.                                         Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M████ C████ |
| **Date of Birth:** | ████████ |
| **Sex:** | ████ |
| **Address:** | ████████████████████ * U.S.A. |
| **Phone Number:** | ████████████ |
| **Ethnicity:** | ████████ |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Tuesday, 07/14/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M████ C████████ (Ms. C████) is a ██-years-old was *COVID-19* **positive** on **Wednesday, 07/15/2020**. Ms. C████ has been to Mexico recently. Ms. C████ symptoms started Saturday, 07/11/2020 with fever and a sore throat. The highest fever has been up to one hundred and two (102°F) degrees Fahrenheit. Ms. C████ has dry cough and sore throat. Because of her typical symptoms for *COVID-19*, she was started on the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/14/2020, the day before her actual *COVID-19* test. Ms. C████ has no history or pulmonary, hypertension, cardiac, diabetes or kidney problems.

## 3.0 SUMMARY

Ms. C████ started the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/14/2020 with the *ImunStem* and *Aktiffvate* four (4) times a day. Ms. C████ took the *AnterFeeron-1* and *AnterFeeron-2* on Saturday, 07/18/2020, day number five (#5) of treatment. Ms. C████ became **asymptomatic** on **day number eight (#8)** of treatment, Tuesday, 07/21/2020.

## 4.0 CLINICAL RESPONSE

Day #1, on Tuesday, 07/14/2020 eighteen hundred (1800) hours: Ms. C████ has been having fevers and headaches every day since symptoms started on Saturday, 07/11/2020. Today her fever was one hundred and two (102°F) degrees Fahrenheit. Ms. C████ is having a sore throat, no energy or appetite. She has a little dry cough and she is suffering from insomnia. She denies

M████ C████

**Page 1 of 2**

MEIS000639
MSJ App. 0804

any chest pain or chest tightness, Shortness of Breath (SOB) at rest or with exertion, nausea, vomiting or diarrhea.  Ms. C█████ sense of taste and smell are fine.  She will start the ***ImunStem*** and ***Aktiffvate*** each at half (½) dropperful under the tongue four (4) times a day.


Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified                     July 18, 2020
Medical Director.                                                        Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M▇▇▇l Z. M▇▇▇▇ |
| **Date of Birth:** | ▇▇▇▇ |
| **Sex:** | ▇▇▇ |
| **Address:** | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ * U.S.A. |
| **Phone Number:** | ▇▇▇▇▇▇ |
| **Ethnicity:** | ▇▇▇▇ |
| **Product:** | ***EMERGENCY D-Virus Plan of Care*** |
| **Date of Product:** | Tuesday, 06/23/2020 |
| **Indication:** | ***Coronavirus (COVID-19)*** |
| **Referring Physician:** | ▇▇▇▇▇▇▇▇▇ |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M▇▇l Z. M▇▇▇▇ (Ms. M▇▇▇) is a ▇-years-old was ***COVID-19* positive** on **Tuesday, 06/16/2020.** Ms. M▇▇ was exposed from a family member. Her symptoms started with a cough and fever on Wednesday, 06/10/2020. Ms. M▇ highest fever was one hundred and one (101°F) degrees Fahrenheit. The fevers resolved by Sunday, 06/21/2020. Ms. M▇ other symptoms that have persisted include headaches, body aches and pains, loss of appetite (weight of nine (9) pounds between Tuesday, 06/16/2020 to Tuesday, 06/23/2020), loss of sense of taste and smell, poor energy, and dry cough, some Shortness of Breath (SOB) and recent constipation. Ms. M▇ is able to sleep most nights. She denies nausea, chest tightness or chest pain per se, but coughing occurs with deep breaths. Ms. M▇ has no history of hypertension, cardiac, pulmonary, kidney, or diabetes problems. However, recent blood tests did show elevated fasting blood sugar. Ms. M▇ was also started on ***Dexamethasone*** six (6mg) milligram per day for seven (7) days and ***Azithromycin*** for five (5) days on Tuesday, 06/23/2020 by her referring physician, ▇▇▇▇▇▇

## 3.0 SUMMARY

Ms. M▇ started the ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 06/23/2020. She is taking the ***ImunStem*** and ***Aktiffvate*** each at half (½) dropperful under the tongue four (4) times a day. By day number three (#3) of treatment, Thursday, 06/25/2020, her appetite was almost back to normal, although her taste and smell are still affected. Ms. M▇ energy is much improved as well as amelioration of the rest of her symptoms. Ms. M▇ was asymptomatic by day number seven (#7) of treatment, on Monday, 06/29/2020.

M▇▇ Z. M▇▇▇

Page 1 of 2
MEIS000637
MSJ App. 0806

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified          June 08, 2020
Medical Director.                               Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M▮▮ M▮▮ |
| **Date of Birth:** | ▮▮ |
| **Sex:** | ▮▮ |
| **Address:** | ▮▮▮▮▮ * U.S.A. |
| **Phone Number:** | ▮▮▮▮ |
| **Ethnicity:** | ▮▮ |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Saturday, 07/10/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M▮▮ M▮▮ (Ms. M▮▮) is a ▮-years-old was *COVID-19* **positive** on **Monday, 07/06/2020.** Ms. M▮▮ was exposed at her work at a packing house ▮▮▮▮. Ms. M▮▮ started with bad chills on Friday, 07/03/2020. The next day Ms. M▮▮ had coughing, nasal congestion, headache, and she was exhausted. Subsequently she has experienced aches and pains and some loss of her taste and smell. The most limiting symptoms are the dry cough, low energy. Ms. M▮▮ has not had any fevers, nausea, vomiting, diarrhea, loss of appetite, chest tightness, Shortness of Breath (SOB), chest pain, or insomnia. Ms. M▮▮ started the *EMERGENCY D-Virus Plan of Care* on Saturday, 07/10/2020. Ms. M▮▮ does have diabetes type II, but no other problems of hypertension, cardiac, pulmonary, or kidney problems.

## 3.0 SUMMARY

Ms. M▮▮ started the *EMERGENCY D-Virus Plan of Care* on Saturday, 07/10/2020 with *ImunStem* and *Aktiffvate* each at half (½) dropperful four (4) times a day under the tongue.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified            July 13, 2020
Medical Director.                                                   Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M█ D██████ A██████ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ██████████ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Friday, 05/29/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M█ D██████ A██████ (Mrs. A███) is a ██-years-old woman who tested **positive** for *COVID-19* on **Wednesday, 05/27/2020.** Mrs. A███ husband had a positive *COVID-19* test before her. Ms. A███ symptoms initially included body aches / pains, feverish (she never measured her temperature), chills, and night sweats. A few days later Mrs. A███ had a single episode of diarrhea. She has going nausea and vomiting, body aches and pains, night sweats, extreme fatigue, poor appetite, very dry mouth, and a dry cough. Fortunately Mrs. A███ has no Shortness of Breath (SOB) or chest tightness, no loss of smell or taste, and she sleeps well at night. Mrs. A███ routinely takes *Tylenol* every six (6) hours. She does have **diabetes** for one (1) year and **hypertension**. But Mrs. A███ has no other cardiac history, asthma or lung problems of kidney problems.

## 3.0 SUMMARY

Mrs. A███ began the *EMERGENCY D-Virus Plan of Care* on Friday, 05/29/2020 with *ImunStem* and *Aktiffvate* four (4) times a day. Mrs. A███ has made steady improvement. By day number four (#4), on Monday, 06/01/2020 all her symptoms have lessened and she is feeling better. Treatment is continuing.

## 4.0 CLINICAL RESPONSE

Day #1, on Friday, 05/29/2020: Seventeen hundred (1700) hours. Mrs. A███ has going nausea and vomiting, body aches and pains, night sweats, and extreme fatigue, such that she tires out just going to the restroom and back to her bed. Mrs. A███ has not been eating because she is not

M█ D██████ A██████

Page 1 of 2
MEIS000634
MSJ App. 0809

hungry. Mrs. A████ has a very dry mouth, and a dry cough. Fortunately Mrs. A████ has no SOB or chest tightness, no loss of smell or taste, and she sleeps well at night. Mrs. A████ routinely takes *Tylenol* every six (6) hours. Mrs. A████ began the ***EMERGENCY D-Virus Plan of Care*** on Friday, 05/29/2020 with the ***ImunStem*** and ***Aktiffvate*** half (½) dropperful under tongue four (4) a day.

Day #2, on Saturday, 05/30/2020: Seventeen hundred (1700) hours. Mrs. A████ woke up today and felt hungry for the first time in six (6) days. But Mrs. A████ still has nausea and vomiting. She vomited about one (1) hour ago. Mrs. A████ is still exhausted. She feels feverish. When she wakes up from naps she is sweaty all over.

Day #3, on Sunday, 05/31/2020: Sixteen hundred (1600) hours. Energy was better today. No fever yet but still awaken from sleeping at night or naps sweating all over. Cough is improving.

Day #4, on Monday, 06/01/2020: Nineteen hundred and fifty (1950) hours. No fevers so far but still taking the *Tylenol* every six (6) hours. No more aches / pains, but appetite although it was better, but no hungry today. Still having nausea and vomiting. Cough off and on, never has it been a problem at night. Can still take a deep breath without problem. In addition to continuing the ***ImunStem*** and ***Aktiffvate*** half (½) dropperful under the tongue four (4) times a day, increase the ***Aktiffvate*** to quarter (¼) dropperful every thirty to sixty (30 – 60) minutes.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified                     June 02, 2020
Medical Director.                                          Date

**Golden Sunrise**
**NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | L▮▮ M▮▮▮ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ▮▮▮▮▮▮▮ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Tuesday, 07/07/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

L▮▮ M▮▮▮▮▮▮ (Mrs. M▮▮▮) is a ▮▮-years-old was *COVID-19* **positive** on **Wednesday, 07/08/2020 (original *COVID-19* test on Monday, 07/06/2020 was lost)**. Mrs. M▮▮ started with headache and generalized muscle aches on Wednesday, 07/01/2020. It progressed to involve chest discomfort with breathing, fatigue, nasal congestion, and sore throat, anorexia, loss of sense of taste and smell. Mrs. M▮▮ did not have any fevers and only a mild cough during her illness. Mrs. M▮▮ started the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/07/2020 with the *ImunStem* and *Aktiffvate*. Mrs. M▮▮ had no history of hypertension, lung, cardiac, diabetes, or kidney problems.

## 3.0 SUMMARY

Mrs. M▮▮ started the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/07/2020 with the *ImunStem* and *Aktiffvate* at half (½) dropperful under the tongue four (4) times a day. Mrs. M▮▮ became **asymptomatic** on **day number nine (9)** of treatment on Wednesday, 07/15/2020.

## 4.0 CLINICAL RESPONSE

Day #1, on Tuesday, 07/07/2020: The patient currently has bad sore throat, some chest discomfort with breathing, cough, fatigue, and poor appetite, but no fever. Mrs. M▮▮ started the *ImunStem* and *Aktiffvate* at half (½) dropperful under the tongue four (4) times a day.

Day #2, on Wednesday, 07/08/2020: Mrs. M████ only took one (1) dose of *ImunStem* and *Aktiffvate* last night. Her symptoms are unchanged from yesterday.

Day #3, on Thursday, 07/09/2020: Unable to reach the patient – not answering.

Day #4, on Friday, 07/10/2020: Mrs. M████ says that she is able to eat small amounts of food now. But some persisting tightness of breath, sore throat and little cough. Mrs. M████ is only taking the *ImunStem* and *Aktiffvate* three (3) times a day. Has some indigestion with the dietary supplements, so has a little food to help. Told to add *Aktiffvate* at quarter (¼) dropperful every thirty to sixty (30 – 60) minutes, in between the regular dosing of the *ImunStem* and *Aktiffvate* three (3) times a day.

Day #5, on Saturday, 07/11/2020: Patient not answering her phone.

Day #6, on Sunday, 07/12/2020: Appetite is improved because Mrs. M████ ate at Taco Bell yesterday with the family and everyone got sick (including those not on the *ImunStem* and *Aktiffvate* products) (vomiting and diarrhea). Mrs. M████ stopped the *ImunStem* and *Aktiffvate* today because of yesterday. No more diarrhea / vomiting today. Mrs. M████ has mild cough and chest discomfort today, but no fever or Shortness of Breath (SOB).

Day #7, on Monday, 07/13/2020: Message left for patient.

Day #8, on Tuesday, 07/14/2020: Mrs. M████ will call back when she is not so busy.

Day #9, on Wednesday, 07/15/2020: Mrs. M████ says that she is stronger and much better energy. Mrs. M████ is cleaning the house, no SOB or tightness with her breathing, no more sore throat, and appetite is good. Mrs. is **asymptomatic**, she feels back to normal. Mrs. M████ will call if symptoms return.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

_____July 20, 2020_____
Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | J█ E█████ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ███████ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Tuesday, 07/14/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

J█ E████████ (Ms. E█████) is a ██-years-old **positive** for *COVID-19* on **Wednesday, 07/08/2020**. Ms. E█████ symptoms began for about one (1) week before tested on Wednesday, 07/08/2020 with body achiness, headaches, and nausea. Fever were occurring nights when she would wake up "burning". Ms. E█████ lost sense of taste and smell. Cough is mild, no chest pain but although she was denying any Shortness of Breath (SOB), she was catching her breath while talking on the phone. Ms. E█████ energy is poor and she has constipation. She started the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/14/2020.

## 3.0 SUMMARY

Ms. E█████ started the *EMERGENCY D-Virus Plan of Care* on Tuesday, 07/14/2020.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

July 17, 2020
Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | M___ E. T_____ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* and *METABOLIC Plan of Care* |
| **Date of Product:** | 04/04/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified<br>219 North E Street, PORTERVILLE, CA 93257<br>Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

M___ E. T_____ (Ms. T_____) is a Registered Nurse or (RN) who was in direct care with elderly patients, who tested positive for *COVID-19* at _____. The six (6) patients tested on Tuesday, 03/31/2020, resulted positive within twelve (12) hours. Ms. T_____ swabbed seven (7) or eight (8) more patients on Wednesday, 04/01/2020, at _____.

The next day, Thursday, 04/02/2020, Ms. T_____, started self-quarantine because of onset of a mild sore throat, bad headache, a one (1) time fever of ninety-nine point six (**99.6°F**) degrees Fahrenheit, generalized muscle achiness, nasal congestion, and fatigue. Ms. T_____ had mild dry cough and perhaps tightness with breathing (although she has had this type of breathing sensation in the past with allergies).

Ms. T_____ has felt some improvement through Monday, 04/06/2020 with the muscle aches and pains, headache, nasal congestion, fatigue, and much improved cough.

## 3.0 SUMMARY

Ms. T_____ obtained a *COVID-19* swab test on Friday, 04/03/2020. The next day, on Saturday, 04/04/2020, Ms. T_____ started the *EMERGENCY D-Virus Plan of Care,* with *ImunStem* and *Aktiffvate* four (4) times a day. The *COVID-19* test was positive on Sunday, 04/05/2020. Ms. T_____ completed *Anterferon-1* and *AnterFeeron-2* on day number seven (#7). The patient became asymptomatic on day number nine (#9) of treatment. Ms. T_____ was *COVID-19* **positive on Friday, 04/17/2020**, when she was asymptomatic for six (6) days. Ms. T_____ has

had recurring symptoms mainly of increasing cough (feeling like shards of glass) and chest tightness. ***METABOLIC Plan of Care*** was started with ***LunCov*** and ***Gordon-PXL*** products on Saturday, 04/18/2020, day number fifteen (#15), and later ***DetoxHerb-1***, on Wednesday, 04/22/2020, day number nineteen (#19), and ***DetoxHerb-2***, Saturday, 04/25/2020. Ms. T█████ remained asymptomatic of ***COVID-19*** symptoms since Saturday, 04/25/2020, day number twenty-two (#22). But she started ***Ampher-V*** on Thursday, 04/30/2020 for worsening sinus drainage and improved immediately. Ms. T█████ took the ***Ampher-V*** from Thursday, 04/30/2020 through Friday, 05/15/2020. ***COVID-19*** test **positive on Monday, 05/04/2020**. Maintenance dose of ***ImunStem*** and ***Aktiffvate*** once a day since Saturday, 04/18/2020, day number fifteen (#15). ***COVID-19*** test, on **Monday, 05/19/2020,** was **Inconclusive**. ***COVID-19*** test, (**Not Detected**) **negative on Wednesday, 05/27/2020**.

## 4.0 CLINICAL RESPONSE

Day #1, Saturday, 04/04/2020: (Starting with **first dose of *ImunStem*** and ***Aktiffvate*** at about fourteen hundred (**1400**) **hours**) dropped off ***ImunStem*** and ***Aktiffvate*** on Ms. T█████ doorstep about thirteen hundred and thirty (1330) hours. Ms. T█████ started both half (½) dropperful four (4) times a day sublingually. **No fever**, only **fever was on Thursday, 04/02/2020 of ninety-six point six (99.6°F)** degree Fahrenheit. Worsening generalized body aches and pain, headaches, bad fatigue, tightness of breath, bad dry cough starting in evening, has mild sore throat, no nasal congestion.

Day #2, Sunday, 04/05/2020: ***COVID-19*** test came back **positive. No fever**. Bad headache, tightness in the chest, bad dry cough, has generalized body aches and pains, bad fatigue – no interest to eat, or hygiene. It hurts to take a deep breath. Taste, smell are not affected, I just have no desire to eat. No nausea, vomiting, or diarrhea. "I can't believe that my body says that it is sick, but I don't think / feel that way". Ms. T█████ suggests that maybe it is because of the ***ImunStem*** and ***Aktiffvate***. Continuing the ***ImunStem*** and ***Aktiffvate*** four (4) times a day sublingually.

Day #3, Monday, 04/06/2020: **No fever**, all Symptoms are better, but still very fatigued. The dry cough is still bad. Still headaches, generalized aches and pains, can't sleep, no appetite. Continue ***ImunStem*** and ***Aktiffvate*** four (4) times a day sublingually.

Day #4, on Tuesday, 04/07/2020: **Fever of ninety-nine point six (99.6°F)** degree Fahrenheit. Today is the **first day with energy** – feel like could take a walk, took a shower for the first time, cleaned up the trailer some and sitting up and finally **ate something** this morning. Hadn't really eaten anything since this started on Thursday, 04/02/2020 with the first fever. Body aches are still bad today, still with headaches, bad dry cough – it "burns" when cough, now has nasal congestion, still mild sore throat, still tightness in the chest and some wheeze. By evening she's amazed – watching a movie, sitting "I can't believe that I feel so good" "**I was really skeptical, now I'm believing it**" (that ***ImunStem*** and ***Aktiffvate*** could help). Continue ***ImunStem*** and ***Aktiffvate*** four (4) times a day sublingually, and **added the *Aktiffvate* at quarter (¼) dropperful every thirty (30) minutes** at noon today. Will decrease tomorrow, Wednesday, 04/08/2020, to quarter (¼) dropperful every one (1) hour.

Day #5, Wednesday, 04/08/2020: Nine hundred and thirty (0930) hours **no fever. "I can take a deep breath". "I slept like a baby last night"**. Before I was waking up frequently. By the afternoon, Ms. T███████ was coughing out mucous / phlegm from her chest. Ms. T██████ is **asymptomatic today except** for some coughing, primarily in the morning, and some feeling of fatigue. No more headaches, body aches, chest tightness, scratchy throat, no nasal congestion. Only sore in the ribs from all of the coughing that Ms. T██████ had done. Continue *ImunStem* and *Aktiffvate* four (4) times a day sublingually, and the *Aktiffvate* quarter (¼) dropperful every one (1) hour.

Day #6, Thursday, 04/09/2020: **No fever. Feel one hundred (100%) percent "Beyond my understanding that this could work". Asymptomatic except** still cough mucous only in the morning. Continue *ImunStem* and *Aktiffvate* half (½) dropperful four (4) times a day and now the *Aktiffvate* at quarter (¼) dropperful every two (2) hours.

Day #7, Friday, 04/10/2020: **Fever one hundred and four (100.4°F)** degrees Fahrenheit at about **eighteen hundred (1800) hours**, still **asymptomatic** – feel at one hundred (100%) percent without any of the other symptoms, i.e. headache, body aches, tight chest, nasal congestion, scratchy throat, etc. Very concerned about the return of the fever. Continue *ImunStem* and *Aktiffvate* four (4) times a day and restart the *Aktiffvate* ¼ dropperful every thirty (30) minutes tonight. Plan *AnterFeerons* in a.m., Saturday, 04/10/2020.

Day #8, Saturday, 04/11/2020: **Fever one hundred and point five (100.5°F)** degrees Fahrenheit at about eighteen hundred (1800) hours again. **Asymptomatic** otherwise. Took one (1 fl.oz.) fluid ounce of *AnterFeeron-1* at eight hundred (0800) hours and one (1 fl.oz.) fluid ounce of *AnterFeeron-2* at eight hundred and fifty-five (0855) hours. Vomit only once in two to three (2 – 3) minutes, about eight hundred and fifty-eight (0858) hours. Then about eight (8) diarrhea episodes over the ensuing approximate six (6) hours. Energy good, except felt drained with the flushing / diarrhea. No *ImunStem* and *Aktiffvate* today.

Day #9, Sunday, 04/12/2020: **No fever**. Totally **asymptomatic**, no chest tightness, cough, aches, pains – sleeping and eating well. Would like to go out walking! So glad that Ms. T██████ did not end up in the hospital! Continue *ImunStem* and *Aktiffvate* at half (½) dropperful twice a day.

Day #10, Monday, 04/13/2020: **No fever, Asymptomatic**. Consider repeat *COVID-19* test in a few days. Continue *ImunStem* and *Aktiffvate* at half (½) dropperful at twice a day.

Day #11, Tuesday, 04/14/2020: Unable to reach patient.

Day #12, Wednesday, 04/15/2020: **No fever, Asymptomatic** – no aches / pains, cough, chest tightness, headaches, + deep breaths etc. Energy level about normal. Plan: stop *Aktiffvate* every thirty (30) minutes to one (1) hour (Ms. T██████ was supposed to have stopped that after the *AnterFeerons*, Saturday, 04/11/2020, day number eight {#8}).

Day #13, Thursday, 04/16/2020: Patient doesn't answer calls.



**Day #14, Friday, 04/17/2020:** **No fever**, still **Asymptomatic** – no ache / pains, chest tightness, or shortness of breath, etc., but does feel a 'nagging tug' in the chest and cough.  Taking the *ImunStem* and *Aktiffvate* half (½) dropperful twice a day sublingually.  Repeat *COVID-19* **positive** today (resulted Sunday, 04/19/2020, **Asymptomatic for six (6) days**).

**Day #15, Saturday, 04/18/2020:** **Fever of ninety-nine point nine (99.9°F)** degrees Fahrenheit at about sixteen hundred and thirty (1630) hours, and much a.m. cough with **spasms of cough**, + phlegm.  New herbs dropped on her doorstep at twenty-one hundred (2100) hours.  At twenty-one hundred and ten (2110) hours, Ms. T████ took the *METABOLIC Plan of Care*, *LunCov* product: *LunCov*, one (1) dropperful orally (not sublingually) and one (1) minute later *Gordon-PXL* product one (1) dropperful orally.  Ms. T████ could feel it easing the whole chest area right away!

**Day #16, Sunday, 04/19/2020:** **No fever**, good appetite.  Energy is a little better, but not the same.  No aches / pains per se.  Used the *LunCov* product once this day with good relief of **cough**.  It helps her sleep.  Mucous change from green to opaque.  Ms. T████ plans to take the *LunCov* product night routinely.  Still taking the *ImunStem* and *Aktiffvate* half (½) dropperful every day.

**Day #17, Monday, 04/20/2020:** **No fever**.  Has some **night sweats** mild headache in a.m., no chest tightness.  Coughing some in a.m.  Picked up a propane tank and spurred bad coughing – helped with the *LunCov* product.  Will take the *LunCov* product at **bed time**.  Taking *ImunStem* and *Aktiffvate* half (½) dropperful S.L. once a day.

**Day #18, Tuesday, 04/21/2020:** **No fever**, but **coughing** feels like 'shards of glass' and burning, but **no spasms**.  Cough is very deep but no phlegm.  Some **headaches** and **body achiness**, more today than yesterday.  In general do not feel well.  **Appetite good** today.  Continue *LunCov* product at bedtime per patient preference and on the *ImunStem* and *Aktiffvate* half (½) dropperful S.L. every day.  Plan to do *DetoxHerb-1* and *DetoxHerb-2* tomorrow as part of *METABOLIC Plan of Care*, but patient not sure if she will be up for it tomorrow.

**Day #19, Wednesday, 04/22/2020:** Eleven hundred and forty-five (1145) hours.  **No fever**, but stamina is low, and Ms. T████ has body achiness and a headache.  Awakened with **tight chest** and deep cough which feels like 'shards of glass'.  Cough is moist, but not able to clear anything.  Feels like wheezing in the chest. Ninety-eight (98%) percent O₂ on pulse oximeter.  **Poor appetite**.  *LunCov* product taken once already – still eases chest very well and helps a lot. Poor sleep last night.  Plan to continue *LunCov* product as needed and half (½) dropperful of the *ImunStem* and *Aktiffvate* every day sublingually.  Does not feel up to doing the *DetoxHerbs* today. She is warned that her symptoms are progressing and not good to wait.  Ms. T████ understands, but just can't 'gear up' for it today.  Called patient sixteen hundred and twenty (1620) hours urging her to begin the *DetoxHerb-1* now and wait for the other bottle in several days.  Ms. T████ agreed.  (Contact with the patient the next day stating that she took *DetoxHerb-1* one (1 fl.oz.) fluid ounce. Ms. T████ vomited it up in two to three (3) minutes after swallowing it).

Day #20, Thursday, 04/23/2020: Nine hundred and eight (0908) hours.  The patient initiated the call!  Ms. T███ said that she was feeling great!  No chest tightness, no / little cough.  Everything else is good: energy, appetite, Ms. T███ wants to go out for a walk, no fever, aches / pains, etc.  Ms. T███ will continue maintenance of *ImunStem* and *Aktiffvate* half (½) dropperful once a day and *LunCov* product at bedtime and if coughing worsens.

Day #21, Friday, 04/24/2020: Seventeen hundred and twenty-five (1725) hours.  Has a little cough – "not much".  Used *LunCov* product one (1) dropperful orally (not sublingually) and one (1) minute later *Gordon-PXL* one (1) dropperful, once today not for cough per se, but as preventative.  But it still feels as though something is "there" in the chest and lungs.  *DetoxHerb-1* helped that tremendously yesterday.  No other symptoms – good energy, appetite good, no fever or aches / pains, etc.  Continue *ImunStem* / *Aktiffvate* half (½) dropperful sublingually once a day and the *LunCov* product once a day.  Plan *DetoxHerb-2* one (1 fl.oz.) fluid ounce tomorrow morning.

Day #22, Saturday, 04/25/2020 (0900) hours:  Asymptomatic except for a "minor" cough.  Ms. T███ has already taken the *DetoxHerb-2* one (1 fl.oz.) fluid ounce and vomited it up in about two to three (2 – 3) minutes.  But she feels good.  Hopeful that "sense" of something in her chest will go away.  Continue *ImunStem* and *Aktiffvate* maintenance once a day and *LunCov* product as needed.

Day # 23, Sunday, 04/26/2020: Fourteen hundred and twenty (1420) hours.  The patient called briefly.  Ms. T███ has a **little cough** today.  She was vomiting most of the day yesterday after the *DetoxHerb-2* and she feels very much drained.  Discouraged that this is continuing with the *COVID-19* illness.  Ms. T███ was supported that the detoxification with the vomiting is actually very good indicating continuing body flushing of the virus.  Stop all other Golden Sunrise Nutraceutical products today.

Day # 24, Monday, 04/27/2020: Sixteen hundred and five (1605) hours.  Ms. T███ is feeling very good today – good energy and appetite, no aches / pains, etc.  Ms. T███ has a dry cough, but nothing like before.  Ms. T███ is encouraged, but apprehensive, understandably.  Ms. T███ just paid for another month in the trailer park.  No vomiting yesterday, but she had a few episodes of diarrhea.  Ms. T███ is told that that is the continuing flushing of the body and healing response of the detoxification.  Ms. T███ is given assurance that that it is a good sign.  She was relieved to hear that.  Ms. T███ hasn't taken any *LunCov* product since Friday, 04/24/2020 the day before the *DetoxHerbs* on Saturday, 04/25/2020.  Ms. T███ is afraid to test for *COVID-19* because she doesn't want to test positive.  She is told that we'll take it day by day.

Day # 34, Thursday, 5/7/2020 (1800 hrs.): Doing well, poor sleep last night.

Day # 35, Friday, 5/8/2020 (1500 hrs.): Great day today, slight cough.

Day # 36, Saturday, 5/9/2020:  Good day, mild congestion.

Day #37, Sunday, 5/10/2020: No contact attempted.



Day # 38, Monday, 05/11/2020: Message left.

Day # 39, Tuesday, 05/12/2020: No contact attempted (per phone report from patient, Wednesday, 05/13/2020, **Fever of one hundred and point four (100.4°F)** degrees Fahrenheit, poor energy all day long. *Tylenol* taken only once. No Shortness of Breath (SOB) or chest tightness. Took *ImunStem* and *Aktiffvate* twice this day.)

Day #40, Wednesday, 05/13/2020: Feeling very good today with good energy – cleaned and cooked. Continuing *ImunStem* and *Aktiffvate* half (½) dropperful sublingually once a day and *Ampher-V* half (½) dropperful three (3) times a day (since Thursday, 04/30/2020). Stop *Ampher-V* after tomorrow.

Day # 41, Thursday, 05/15/2020: fifteen hundred and thirty (1530) hours. Feeling really good, good energy, no cough, etc.

Day # 42, Friday, 05/16/2020: No contact attempted.

Day #43, Saturday, 05/17/2020: No contact attempted.

Day #44, Sunday, 05/18/2020: No contact attempted.

Day #45, Monday, 05/19/2020: *COVID-19* test on **Monday, 05/19/2020**, was **Inconclusive**.

Day #53, Wednesday, 05/27/2020: *COVID-19* test on **Wednesday**, **05/27/2020**, was **negative (not detected)**.

## 5.0 ATTACHMENT

- Tulare County Health & Human Services Agency (HHSA) – T███████, M███ Coronavirus Disease 2019 PCR-Nasopharyngeal dated 04/05/2020, Tulare County Health & Human Services Agency (HHSA) – T███████, M███ Coronavirus Disease 2019 PCR-Nasopharyngeal dated 04/18/2020, Kaweah Delta Medical Center FIN No.: ████████, HHSA **Location**: Kaweah Delta Medical Center Laboratory Approval Date: 5/20/2020 at 5:39 PM, and Kaweah Delta Medical Center Laboratory Approval Date: 5/27/2020 at 13:32 PDT.
- *EMERGENCY D-Virus Plan of Care*
- *METABOLIC Plan of Care*

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified          May 30, 2020
Medical Director.                               Date

RECEIVED 10/16/2019 07:05PM
⌀ 7/2/2020 10:10       KDHDCARRD07      RRD→15596151268     4/7
Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 10/01/21   Page 20 of 486

## Kaweah Delta Medical Center

Patient Name:   T███, M██ E███
MRN:                  ████████████       Admit:    5/27/2020
FIN:                    ████████████       Disch:    5/27/2020
DOB/Age/Sex:     ████████████       Admitting:

## Laboratory

| Collected Date | 5/27/2020 | | | |
|---|---|---|---|---|
| Collected Time | 13:32 PDT | | | |
| Procedure | | Units | Reference Range | |
| COVID-19,PCR | Not Detected [O1/i1] | | [Not Detected] | |

Order Comments
O1:    COVID-19, PCR-County
       CA 54013652

Interpretive Data
i1:    COVID-19, PCR
       "testing performed off-site, please see scanned report for details".

---

App. 0370            MEIS000626
MSJ App. 0820



**Patient Name:** T███ M██ E█████              **Ordering Provider Name:** █████████

**DOB:** ████████

**Patient MRN:**                                        **Location:** Kaweah Delta Medical Center Laboratory

**Phone:**                                                  **Sample ID:** ████████

*Hospital Sample ID Number : 976120245/2014001605A*

## Coronavirus Disease 2019 PCR-Upper Respiratory

Collected: 5/19/2020 2:02 PM          Received: 5/19/2020 5:10 PM          Approval Date: 5/20/2020 5:39 PM

                                                                                                            Reference Range
COVID-19 Result                    A          Inconclusive                                              Not Detected

*The factsheet for healthcare providers is available at: https://www.fda.gov/media/134920/download*

*The factsheet for patients is available at: https://www.fda.gov/media/134921/download*

*This test (CDC - 2019-nCoV Real-Time RT-PCR Diagnostic Panel) was developed by the CDC and has been made available by the FDA under an Emergency Use Authorization (EUA). Its use within the United States is limited to qualified laboratories, including the Tulare County Public Health Lab, with training, facilities and equipment appropriate for specimen handling, testing and interpretation of the results of this real-time RT-PCR assay. The EUA for this test is supported by the Secretary of Health and Human Services' declaration that circumstances exist to justify the use of in-vitro diagnostics under EUA for the detection and/or diagnosis of 2019-nCoV. This EUA will remain in effect for the duration of the 2019-nCoV emergency, unless terminated or revoked by the FDA. Results should be considered in the context of clinical observations and epidemiological data.*

*A laboratory result of "Inconclusive" was obtained. Please consider collecting new specimens from this patient.*

Reporting Laboratories: Tulare Public Health Lab (CLIA ID: 05D0667647)
Lab Director: Miriam Lachica, MA
1062 South "K" Street, Tulare, CA 93274
Ph: 559.685.5750                          App. 0371

**Report Status: END OF REPORT (Final)**
MEIS000627
MS-LApp. 0821

Page: 1

# Kaweah Delta Medical Center

Patient Name: T████ M█ E████
MRN:
FIN:
DOB/Age/Sex:

Admit: 5/4/2020
Disch: 5/4/2020
Ordering: Meis,MD,Stephen R

## Reference Laboratory Testing

**Textual Results**

T1: 5/4/2020 13:30 PDT (COVID-19, PCR)
Reference Lab Report

# 5/5/2020 21:04    County of Tulare    COPTA→Kaweah Delta Medical Center Lab    1/1

**HHSA**
tchhsa.org

| | |
|---|---|
| Patient Name: T████ M█ E█ | Ordering Provider Name: Meis, Stephen |
| DOB: | |
| Patient MRN: | Location: Kaweah Delta Medical Center Laboratory |
| Phone: | Sample ID: |

Hospital Sample ID Number: bf5100HH/01/301994
COVID-19 Pub ID Number: 62013262

### Coronavirus Disease 2019 PCR-Upper Respiratory

| Collected: 5/4/2020 1:30 PM | Received: 5/5/2020 10:31 AM | Approval Date: 5/5/2020 8:21 PM |
|---|---|---|

Reference Range
Not Detected

**COVID-19 Result          AI   Positive 2019-nCoV**

The list sheet for healthcare providers is available at https://www.fda.gov/media/T3493040/download
The factsheet for patients is available at https://www.fda.gov/media/134972/download

This test (CDC - 2019-nCoV Real-Time RT-PCR Diagnostic Panel) was developed by the CDC and has been made available by the FDA under an Emergency Use Authorization (EUA). Its use within the United States is limited to certified laboratories, including the Tulare County Public Health Lab, with training, hardware and equipment appropriate for specimen handling, testing and interpretation of the results of this test type (RT-PCR assay). The EUA for this test is supported by the Secretary of Health and Human Services' declaration that circumstances exist to justify the use of in-vitro diagnostics under EUA for the detection and/or diagnosis of 2019-nCoV. The EUA will remain in effect for the duration of the 2019-nCoV emergency, unless terminated or revoked by the FDA. Results should be construed in the context of clinical observations and epidemiological data.

LABORATORY RESULTS ARE SUGGESTIVE OF A TITLE 17 REPORTABLE DISEASE. NOTIFICATION HAS BEEN SENT TO THE TULARE COUNTY PUBLIC HEALTH DEPARTMENT.

| Reporting Laboratories: | Tulare Public Health Lab (CLIA ID: 05D0647647) Lab Director: Miriam Lachica, MA 1062 South "K" Street, Tulare, CA 93274 Ph: 559.685.5790 | Report Status: END OF REPORT (Final) |
|---|---|---|

Page: 1                    T██ M█ E█  Sample ID:

Monday, May 04, 2020

LAB REPORT

11:40:49 AM



| SENDING LAB | | | |
|---|---|---|---|
| TULARE CO HEALTH DEPT LAB (05D0667647) | | | |
| 1062 S K ST | | | |
| TULARE | | | |
| CA 93274 | | | |

**Order Status: Preliminary**

| PATIENT NAME | | | | |
|---|---|---|---|---|
| T___ , M___ E___ | | | | |
| PATIENT ID # | D.O.B | AGE | GENDER | |
| MR: | | | | |
| ETHNICITY | RACE | | | |
| PATIENT ADDRESS | | | | |
| CA | | | | |
| PATIENT PHONE # | WORK PHONE # | | | |
| ORDERING FACILITY | REFERRING PHYSICIAN | | | |
| Kaweah Delta Medical Center | | | | |
| Laboratory | | | | |
| 400 W Mineral King Ave | | | | |
| VISALIA, CA, 93291 | | | | |
| (559) 624-2487 | | | | |

| ACCESSION # | PLACER ORDER # |
|---|---|
| C82675 | |
| SPECIMEN COLLECTED DATE | SPECIMEN RECEIVED DATE |
| 04/17/2020 13:47 | 04/17/2020 16:51 |
| SPECIMEN SOURCE | RESULT |
| 258500001 - Nasopharyngeal | |
| SPECIMEN NOTES | |
| RELEVANT CLINICAL INFORMATION | |
| 1) County of residence ___ ; 2) COVID-19 PUI ID | |
| number ___ 3) Hospital Sample ID Number ___ | |
| REPORTED | RESULTED |
| 04/18/2020 14:00 , ** | 04/18/2020 13:58 |

TEST ORDERED: 94309-2~SARS coronavirus 2 RNA:Imp:Pt:XXX:Ord:Probe.amp.tar~2019CoV~Coronavirus Disease 2019 PCR-Nasopharyngeal

The factsheet for healthcare providers is available at: https://www.fda.gov/media/134920/download

The factsheet for patients is available at: https://www.fda.gov/media/134922/download

This test (CDC - 2019-nCoV Real-Time RT-PCR Diagnostic Panel) was developed by the CDC and has been made available by the FDA under an Emergency Use Authorization (EUA). Its use within the United States is limited to qualified laboratories, including the Tulare County Public Health Lab, with training, facilities and equipment appropriate for specimen handling, testing and interpretation of the results of this real-time RT-PCR assay. The EUA for this test is supported by the Secretary of Health and Human Services' declaration that circumstances exist to justify the use of in-vitro diagnostics under EUA for the detection and/or diagnosis of 2019-nCoV. This EUA will remain in effect for the duration of the 2019-nCoV emergency, unless terminated or revoked by the FDA. Results should be considered in the context of clinical observations and epidemiological data.

| RESULT | VALUE | UNITS | REFERENCE RANGES | ABNORMAL | RESULT STATUS |
|---|---|---|---|---|---|
| 94309-2 ~ SARS coronavirus 2 RNA:Imp:Pt:XXX:Ord: Probe.amp.tar | 260373001 ~ Detected | | Not Detected | A! | Preliminary |

CDPH NOTE: OBR3.1 ENTITY IDENTIFIER has been truncated.

CDPH NOTE: Non-truncated Entity Identifier: 79711

CDPH NOTE: SPM.4 SPECIMEN TYPE has been truncated.

CDPH NOTE: Non-truncated SpecimenType:
258500001&Nasopharyngeal&SCT&NAS2&Nasopharyngeal&L&01012015&1321475828&Nasopharyngeal

Performing Organization: _Tulare County Public Health Lab
Performing Organization Address: 1062 S K St , TULARE, CA 93274

App. 0373

MEIS000629

Monday, May 04, 2020

LAB REPORT

11:37:18 AM



| SENDING LAB | | Order Status: Preliminary | | |
|---|---|---|---|---|

SENDING LAB
TULARE CO HEALTH DEPT LAB (05D0667647)
1062 S K ST
TULARE
CA 93274

Order Status: Preliminary
PATIENT NAME
T■■■ M■ E■

ACCESSION #    PLACER ORDER #
SPECIMEN COLLECTED DATE    SPECIMEN RECEIVED DATE
04/03/2020 14:38    04/03/2020 16:11
SPECIMEN SOURCE    RESULT
258500001 - Nasopharyngeal
SPECIMEN NOTES
RELEVANT CLINICAL INFORMATION
1) County of residence _____ ; 2) COVID-19 PUI ID
number 54013702 · 3) Hospital Sample ID Number
04/05/2020 12:03   ''    04/05/2020 11:08

PATIENT ID #
MR:

D.O.B    AGE    GENDER

PATIENT ADDRESS
CA
PATIENT PHONE #    WORK PHONE #
ORDERING FACILITY    REFERRING PHYSICIAN
Kaweah Delta Medical Center
Laboratory
400 W Mineral King Ave
(559) 624-2487

TEST ORDERED: 94309-2~SARS coronavirus 2 RNA:Imp:Pt:XXX:Ord:Probe.amp.tar~2019CoV~Coronavirus Disease 2019 PCR-Nasopharyngeal

The factsheet for healthcare providers is available at: https://www.fda.gov/media/134920/download

The factsheet for patients is available at: https://www.fda.gov/media/134921/download

This test (CDC - 2019-nCoV Real-Time RT-PCR Diagnostic Panel) was developed by the CDC and has been made available by the FDA under an Emergency Use Authorization (EUA). Its use within the United States is limited to qualified laboratories, including the Tulare County Public Health Lab, with training, facilities and equipment appropriate for specimen handling, testing and interpretation of the results of this real-time RT-PCR assay. The EUA for this test is supported by the Secretary of Health and Human Services' declaration that circumstances exist to justify the use of in-vitro diagnostics under EUA for the detection and/or diagnosis of 2019-nCoV. This EUA will remain in effect for the duration of the 2019-nCoV emergency, unless terminated or revoked by the FDA. Results should be considered in the context of clinical observations

| RESULT | VALUE | UNITS | REFERENCE RANGES | ABNORMAL | RESULT STATUS |
|---|---|---|---|---|---|
| 94309-2 ~ SARS coronavirus 2 RNA:Imp:Pt:XXX:Ord:Probe.amp.tar | 260373001 ~ Detected | | Not Detected | Abnormal | Preliminary |

CDPH NOTE: OBR3.1 ENTITY IDENTIFIER has been truncated.
CDPH NOTE: Non-truncated Entity.Identifier: 78626
CDPH NOTE: SPM.4 SPECIMEN TYPE has been truncated.
CDPH NOTE: Non-truncated.SpecimenType:



**Kaweah Delta Medical Center**
400 W. Mineral King
Visalia, CA 93291-6237

| Patient: | T⬛⬛⬛ M⬛ E⬛⬛⬛ | Admit: | 5/27/2020 |
|---|---|---|---|
| MRN: | | Disch: | 5/27/2020 |
| FIN: | | Ordering: | Meis,MD,Stephen R |
| DOB/Age/Sex: | | Director: | |
| Location: | KDMC Lab Spec | | |
| Copy To: | Meis,MD,Stephen R | | |

## Reference Laboratory Testing

| Collected Date | 5/27/2020 | | |
|---|---|---|---|
| Collected Time | 13:32 PDT | | |
| Procedure | | Units | Reference Range |
| COVID-19,PCR | Not Detected T1 O1 I1 | | [Not Detected] |

**Textual Results**
T1:     5/27/2020,13:32 PDT (COVID-19, PCR)

Meis,MD,Stephen R
PO Box 7745
Visalia, CA 93290-

LEGEND: c=Corrected, @=Abnormal, C=Critical, L=Low, H=High, f=Result Comment, i=Interp Data, *=Performing Lab
Report Request ID:  16615033              Page 3 of 3          Print Date/Time:     5/29/2020 04:05 PDT

MEIS000631

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | J█████ L█████ |
| **Date of Birth:** | ████████ |
| **Sex:** | ████ |
| **Address:** | ██████████████████████████ * U.S.A. |
| **Phone Number:** | ████████████ |
| **Ethnicity:** | ██████ |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Monday, 05/25/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

J█████ L█████ (Mr. L████) is a ██-years-old who was ***COVID-19* positive** on **Friday, 05/22/2020**. Mr. L████ illness started with loss of his taste and smell for about three (3) days before he started experiencing some muscle aches and pains on about Saturday, 05/16/2020. The symptoms only lasted a day. Mr. L████ had a one (1) time fever of one hundred and two (102°F) degrees Fahrenheit. Mr. L████ has had ongoing diarrhea, severe fatigue, poor ability to concentrate, difficulty breathing, but little cough. It is hard to take a deep breath. Mr. L████ has lost his appetite (he thinks weight loss of about twenty (20) pounds). Mr. L████ has a lot of nausea, and he cannot tolerate any food, but he has no vomiting. Mr. L████ has unexplained sweating that will occur during the day. Mr. L████ started the *EMERGENCY D-Virus Plan of Care* on **Monday, 05/25/2020** with the *ImunStem* and *Aktiffvate*. Mr. L████ has no previous history of hypertension, cardiac problems, asthma / lung problems or kidney problems.

## 3.0 SUMMARY

Mr. L████ started the ***EMERGENCY D-Virus Plan of Care*** with the *ImunStem* and *Aktiffvate* on **Monday, 05/25/2020**. Mr. L████ has shown steady improvement. His taste and smell returned to normal by day number two (#2) of treatment. By day number three (#3), he was able to eat normally, he had no more diarrhea, and he was breathing easier. Essentially asymptomatic by day number (#5), on Friday, 05/29/2020.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

June 02, 2020
_____
Date

J█████ L█████

**Golden Sunrise**
**NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | Y███ █ ███████ |
| **Date of Birth:** | ████████ |
| **Sex:** | ███ |
| **Address:** | ███████████████████████ * U.S.A. |
| **Phone Number:** | ██████████████ |
| **Ethnicity:** | ████████ |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Tuesday, 06/23/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

Y█████ █ ████████ (Ms. Y██████) is a ██-years-old was ***COVID-19* positive** on **Wednesday, 06/24/2020**. Ms. Y█████ started with headaches on Friday, 06/19/2020 and fevers (highest was one hundred and one point two (101.2°F) degrees Fahrenheit). Ms. Y████ appetite and energy were poor and she has been having a bad cough with phlegm and nasal congestion. But she denies chest pain, chest tightness, or Shortness of Breath (SOB) per se. Ms. Y██████ taste and smell have been affected and she has some aches and pains. No insomnia problems nor constipation, diarrhea, nausea. Ms. Y██████ has asthma but no hypertension, diabetes, or kidney problems. Ms. Y██████ started the ***EMERGENCY D-Virus Plan of Care*** on Tuesday, 06/23/2020.

## 3.0 SUMMARY

Ms. Y██████ started the ***EMERGENCY D-Virus Plan of Care*** on **Wednesday, 06/24/2020**. By the day number two (#2) of treatment, she had no more fevers. Ms. Y██████ other symptoms steadily improved (and she noted that her acne was improving), but slowly. Ms. Y██████ took the ***AnterFeeron-1***, but she refused to continue with the recommended ***AnterFeeron-2*** treatment on day number nine (#9), on Thursday, 07/02/2020, because of the taste. Ms. Y██████ was satisfied with her progress, although not resolved. Ms. Y██████ appetite, energy, cough and nasal congestion were all slowly improving. By day number ten (#10) of treatment, on Thursday, 07/02/2020, Ms. Y██████ was choosing to continue with the ***ImunStem*** and ***Aktiffvate*** at half (½) dropperful in gelatin capsules three (3) times a day, without completing the ***EMERGENCY D-Virus Plan of Care***.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

<u>     July 05, 2020     </u>
Date

MEIS000680

App. 0378

MSJ App. 0828



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | V█████ G█████ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ██████████████████ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Monday, 07/13/2020 |
| | |
| **Indication:** | *Coronavirus (COVID-19)* |
| | |
| **Referring Physician:** | None |
| | |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

V█████ G█████ (Mr. G███) is a █-years-old was *COVID-19* **positive** on **Saturday, 07/11/2020**. Mr. G███ was exposed to a family member with the *COVID-19* infection on Sunday, 07/05/2020 and he started to have symptoms about Tuesday, 07/07/2020. Mr. G███ started with four (4) days of fever up to one hundred and four (104°F) degrees Fahrenheit along with body aches and pains, bad headaches and much worsened cough than the mild chronic cough which already had. Mr. G███ appetite has been bad and he has **lost thirty-six (36-lbs) pounds** (303-lbs to 267-lbs) between Tuesday, 07/07/2020 to Tuesday, 07/14/2020. Mr. G███ has diarrhea every time he tries to eat anything. His taste and smell are about "forty (40%) percent". Mr. G███ is only sleeping about two to three (2 – 3) hours per night because of restlessness and cough for the last week since the **COVID-19** infection started. Mr. G███ started to use his son's nebulizer to help relieve some of the Shortness of Breath (SOB) and chest tightness. Mr. G███ claims that his energy is alright. He started the *EMERGENCY D-Virus Plan* of Care on Monday, 07/13/2020. Mr. G███ has no history of hypertension, cardiac, pulmonary, diabetes, or kidney problems.

## 3.0 SUMMARY

Mr. G███ started the *EMERGENCY D-Virus Plan of Care* on Monday, 07/13/2020 with the *ImunStem* and *Aktiffvate* four (4) times a day. After Mr. G███ took his first dose of the *ImunStem* and *Aktiffvate*, he had his first full night of sleep without coughing. Mr. G███ became **asymptomatic** by **day number seven (#7)** of treatment, on Sunday, 07/19/2020.



Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified                    July 28, 2020
Medical Director.                                         Date

**Golden Sunrise NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## 1.0 PATIENT INFORMATION

| | |
|---|---|
| **Patient Name:** | S███ O███ |
| **Date of Birth:** | |
| **Sex:** | |
| **Address:** | ████████ * U.S.A. |
| **Phone Number:** | |
| **Ethnicity:** | |
| **Product:** | *EMERGENCY D-Virus Plan of Care* |
| **Date of Product:** | Sunday, 06/28/2020 |
| **Indication:** | *Coronavirus (COVID-19)* |
| **Referring Physician:** | None |
| **Physician:** | Stephen R. MEIS, M.D., Board Certified |
| | 219 North E Street, PORTERVILLE, CA 93257 |
| | Phone No.: 1.559.901.0975 |

## 2.0 BACKGORUND

S███ O███ (Ms. O██) is a ██-years-old **positive** for *COVID-19* on **Saturday, 06/27/2020**. Ms. O██ started with diarrhea, chills, body aches and itchy throat eleven (11) days earlier (about Wednesday, 06/17/2020). Ms. O██ had some fevers off and on as well and ongoing nasal congestion. About a week later her appetite worsened and she started to lose her sense of taste and smell. Ms. O██ has had initial insomnia problems and her energy level has fluctuated. She denies any problems of cough, Shortness of Breath (SOB), or chest tightness. Ms. O██ started the *EMERGENCY D-Virus Plan of* Care on Sunday, 06/28/2020. Ms. O██ has no health insurance since she hasn't insurance since she hasn't been working for the last three (3) months. Ms. O██ has no history of hypertension, cardiac, pulmonary, diabetes, or kidney problems.

## 3.0 SUMMARY

Ms. O██ stated that most of her symptoms of poor taste, bad appetite, fluctuating energy levels, and nasal congestion were noticeably improved even by day number two (#2) of treatment with the *EMERGENCY D-Virus Plan of Care* which was started on Sunday, 06/28/2020. Ms. O██ was taking the *ImunStem* and *Aktiffvate* at half (½) dropperful of each four (4) times a day. By **day number seven or eight (7 or 8)** she was essentially **asymptomatic**.

Sincerely,

*Stephen Meis*

Stephen R. MEIS, M.D., Board Certified
Medical Director.

July 05, 2020
Date

**DECLARATION OF KATHERINE H.R. TKACZUK, M.D.**

**Pursuant to 28 U.S.C. § 1746**

Pursuant to 28 U.S.C. § 1746, I declare as follows:

1.     My name is Katherine H.R. Tkaczuk, M.D. I am a United States citizen over the age of 18 and make this Declaration based upon my personal knowledge and, if called, I would testify to the same.

2.     This declaration is made in connection with an application by the Federal Trade Commission ("FTC") for injunctive relief against Golden Sunrise Nutraceutical, Inc., Golden Sunrise Pharmaceutical, Inc., Huu Tieu, and Stephen Meis (collectively, "Golden Sunrise"). I have personal knowledge of the matters contained herein and, if called as a witness, I could and would competently testify as to them.

## QUALIFICATIONS, COMPENSATION, AND TESTIMONIAL EXPERIENCE

3.     As detailed in my *curriculum vitae*, a true, correct, and complete copy of which is attached as **Attachment A**, I received a medical degree from Wroclaw Medical University in Wroclaw, Poland in 1984. *See* Appendix ("App.") at 1. I completed my internship and internal medicine training at St. Agnes Hospital in Baltimore, Maryland, and a fellowship in hematology and oncology at the University of Maryland Cancer Center. App. at 1. I am licensed to practice medicine in the state of Maryland, board certified in internal medicine and medical oncology, and a member of several medical and oncology societies. App. at 1.

4.     I started my career as a  faculty member at the University of Maryland School of Medicine, Department of Medicine, University of Maryland Cancer Center in 1992. I have been

1

promoted to the rank of Professor of Medicine and Oncology at the same institution since 2009. App. at 2.

5.       My clinical and research interests have been focused on the detection, prevention, and treatment of breast cancer, including clinical drug development. I have been serving as Director of the Breast Evaluation and Treatment Program (BETP) at the University of Maryland Greenebaum Comprehensive Cancer Center (UMGCCC) since 1998. App. at 3. In my role as Director, I have been overseeing the clinical and research aspects of the program as well as acting as principal investigator on the majority of the UMGCCC breast cancer specific clinical trials.

6.       In addition to my clinical and research work, I am also:

a.     A member of the UMGCCC Data Safety Monitoring Committee, where I review and monitor the progress and safety of clinical trials at the UMGCCC; App. at 3;

b.     A member of the University of Maryland School of Medicine Institutional Review Board ("IRB"), where I review Phase 1-3 clinical trials in patients with various cancers; App. at 3; and

c.     A member of the independent institutional review board for Advarra, Inc., a company that provides IRB reviews to third-parties. App. at 4.

7.       I have expertise in assessment of human safety and clinical applicability of investigational cancer drugs based on this experience and also as a hands-on clinical investigator on more than 100 Phase 1-3 clinical trials in cancer patients.

8.      During my tenure at the University of Maryland I have co-authored and published 63 peer-reviewed papers in the areas of oncology clinical drug development and breast cancer evaluation and treatment. *See* App. at 5-9.

9.      I have previously testified as an expert witness in one prior case. *See* App. at 11.

10.     Based upon my education, training, and experience, as summarized above, I consider myself to be an expert in the field of cancer treatment, with a comprehensive knowledge in the medical and scientific standards governing the safety and efficacy of cancer treatment.

11.     I am being compensated by the FTC in this litigation at the rate of $400 per hour.

## **DATA AND EXHIBITS CONSIDERED**

### ***Materials Received and Review Requested***

12.     In connection with my role as supporting an application by the FTC, I was furnished with and reviewed the following materials:

a.  A product description document for the "Metabolic Plan of Care," which is the set of products I evaluated with respect to possible efficacy in the mitigation of, treatment, or cure of cancer. This document contains information relating to the ingredients and dosages of the Metabolic Plan of Care that is the subject of the FTC's enforcement action, as well as alleged patient claims. A true, correct, and complete copy of this product description document is attached hereto as **Attachment B**.

b.  A product description document for the "Cancer Plan of Care," which is the set of products I evaluated with respect to possible efficacy in the mitigation of, treatment, or cure of cancer. This document contains information relating to the ingredients and dosages of the Cancer Plan of Care that is the subject of the

3

FTC's enforcement action, as well as alleged patient claims. A true, correct, and complete copy of this product description document is attached hereto as **Attachment C**.

c.   A document titled "Cancer Survival Rate Results" that was dated March 18, 2019. A true, correct, and complete copy of this Investigator's Brochure is attached hereto as **Attachment D**.

d.   A document titled "Cancer Survival Rate Results" that was dated March 25, 2019. A true, correct, and complete copy of this Investigator's Brochure is attached hereto as **Attachment E**.

e.   A document titled "Investigator's Brochure" that was dated March 25, 2019. A true, correct, and complete copy of this Investigator's Brochure is attached hereto as **Attachment F**. I reviewed an alternative copy of the Investigator's Brochure dated March 25, 2019, that contained fewer pages as well. A true, correct, and complete copy of this document is attached hereto as **Attachment G**.

f.   A document titled "Establishment Inspection Report" that contained information pertaining to two constituent parts of the Metabolic Plan of Care, ImunStem and Aktiffvate. A true, correct, and complete copy of this document is attached hereto as **Attachment H**.

g.   A document titled "PRIMARY Plan of Care" that contained information pertaining to two constituent parts of the Metabolic Plan of Care, ImunStem and Aktiffvate. A true, correct, and complete copy of this document is attached hereto as **Attachment I**.

4

h.  An article dated November 26, 2016 titled "Golden Sunrise Pharmaceutical; Cancer Breakthrough." A true, correct, and complete copy of this document is attached hereto as **Attachment J**.

i.  Inventory records dated 2019 relating to Golden Sunrise products. A true, correct, and complete copy of this document is attached hereto as **Attachment K**.

j.  A letter regarding the efficacy of Golden Sunrise products written by Dr. Stephen Meis. A true, correct, and complete copy of this document is attached hereto as **Attachment L**.

k.  Correspondence between Huu Tieu on behalf of Golden Sunrise Pharmaceutical, Inc., and the U.S. Food & Drug Administration ("FDA"), dated May 18, 2018, relating to the labeling of the product ImunStem, a constituent product of the Metabolic Plan of Care and Cancer Plan of Care. A true, correct, and complete copy of this correspondence is attached hereto as **Attachment M**.

l.  Correspondence between Huu Tieu on behalf of Golden Sunrise Pharmaceutical, Inc., and the FDA relating to the product ImunStem, a constituent product of the Metabolic Plan of Care and Cancer Plan of Care. A true, correct, and complete copy of this correspondence is attached hereto as **Attachment N**.

m.  A research paper relating to chemotherapy dated June 3, 2004. A true, correct, and complete copy of this correspondence is attached hereto as **Attachment O**.

n.  Documents relating to Golden Sunrise products' labeling and manufacturing. True, correct, and complete copies of these records are attached hereto as **Attachments P-U**.

5

o. Advertisements and marketing materials relating to Golden Sunrise's cancer treatment. True, correct, and complete copies of these records are attached hereto as **Attachment V**.

13. I have reviewed these materials to determine whether there is scientific evidence—evidence that would constitute reliable, valid evidence to the relevant scientific community—to support the claim that the Metabolic Plan of Care and Cancer Plan of Care effectively treat, mitigate the symptoms of, or cure cancer.

14. As discussed in the following evaluation, it is my opinion that no such reliable scientific evidence exists.

### *Metabolic Plan of Care Background Information*

15. The Metabolic Plan of Care consists of 14 products: ImunStem, Aktiffvate, AnterFerron-1, AnterFerron-2, CrProtein, DetoxHerb-1, DetoxHerb-2, DetoxHerb-NR, DetoxHerb-PI, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, and LyProtein.

16. According to Section 4.1 of the instructions contained in Attachment B, consumers are first instructed to take one to four doses each of ImunStem and Aktiffvate per day, with each dose constituting ½ – ¾ dropperful, 1-4 times per day, for approximately two weeks. *See* App. at 18.

17. According to the ImunStem label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of ImunStem contains the following ingredients and amounts:

a. Olive Leaf Extract – 260mg;

b. Yarrow Extract – 52mg; and

c. Rosemary Extract – 63mg.

6

"Other ingredients" listed on the label are organic compounds and solvents, Monoterpene, Cassia Oil and Yucca. *See* App. at 36.

18.     According to the Aktiffvate label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of Aktiffvate contains the following ingredients and amounts:

a.   Turmeric Extract – 175mg;

b.   Cayenne Extract – 40mg; and

c.   Eucalyptus Extract – 20mg.

"Other ingredients" listed on the label are Wintergreen, solvents, organic compounds, Yucca, and Olive Leaf. *See* App. at 37.

19.     According to Section 4.0 of the instructions contained in Attachment B, consumers are instructed to take the DetoxHerb and AnterFeeron products in five sessions every 2-4 weeks. *See* App. at 16.

20.     For the first session, the instructions contained in Attachment B say to use DetoxHerb-1 and DetoxHerb-2. *See* App. at 16. According to Section 4.1 of the instructions contained in Attachment B, consumers are instructed to take one fluid ounce of DetoxHerb-1 and then one fluid ounce of DetoxHerb-2 an hour later. *See* App. at 18-19.

21.     According to the DetoxHerb-1 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of DetoxHerb-1 contains the following ingredients and amounts:

a.   Poke weed – 100mg;

b.   Graviola – 65mg; and

c.   Turmeric – 17mg.

"Other ingredients" listed on the label are organic compounds and solvents, Selfheal, Chuchuhuasi, Yucca, Cat's claw, and Black pepper. *See* App. at 24.

7

22.     According to the DetoxHerb-2 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of DetoxHerb-2 contains the following ingredients and amounts:

    a.   Olive leaf – 110mg;

    b.   Papaya leaf – 70mg; and

    c.   Vinca – 120mg.

"Other ingredients" listed on the label are Chuchuhuasi, Cat's claw, and Turmeric. *See* App. at 25.

23.     For the second session, the instructions contained in Attachment B say to use DetoxHerb-1 and DetoxHerb-2 or AnterFeeron-1 and AnterFeeron-2. *See* App. at 16. According to Section 4.3 of the instructions contained in Attachment B, consumers are instructed to take one fluid ounce of AnterFeeron-1, wait 45-60 minutes, and then take one fluid ounce of AnterFeeron-2. *See* App. at 19.

24.     According to the AnterFeeron-1 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of AnterFeeron-1 contains the following ingredients and amounts:

    a.   Bilberry Leaf – 40mg;

    b.   Graviola – 120mg; and

    c.   Goldenseal – 80mg.

"Other Ingredients" listed on the label are solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric. *See* App. at 28.

25.     According to the AnterFeeron-2 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of AnterFeeron-2 contains the following ingredients and amounts:

    a.   Astragalus – 20mg;

    b.   Reishi – 95mg; and

8

     c.   Mistletoe – 45mg.

"Other Ingredients" listed on the label are Cat's Claw, organic compounds, Echinacea, and Cordyceps. *See* App. at 29.

    26.    For the third, fourth, and fifth sessions, the instructions contained in Attachment B say to use DetoxHerb-PI and DetoxHerb-NR or AnterFeeron-1 and AnterFeeron-2. *See* App. at 16. According to Section 4.2 of the instructions contained in Attachment B, consumers are instructed to take 25 capsules of DetoxHerb-PI within a 15-minute period, wait 15 minutes, and then take 25 capsules of DetoxHerb-NR within a 15-minute period. *See* App. at 19.

    27.    According to the DetoxHerb-PI label's Supplement Facts panel, one serving (350mg per capsule) of DetoxHerb- PI contains the following ingredients and amounts:

    a.   Bilberry – 40mg;

    b.   Graviola – 120mg; and

    c.   Goldenseal – 50mg.

"Other ingredients" listed on the label are Chuchuhuasi, Cayenne, Maca, and Turmeric. *See* App. at 26.

    28.    According to the DetoxHerb-NR label's Supplement Facts panel, one serving (350mg per capsule) of DetoxHerb-NR contains the following ingredients and amounts:

    a.   Gotu kola – 60mg;

    b.   Foti – 35mg; and

    c.   Vinca – 45mg.

"Other ingredients" listed on the label are Green tea, Rhodiola, Yucca, and Turmeric. *See* App. at 27.

9

29.     According to Section 4.0 of the instructions contained in Attachment B, consumers are instructed to take the products called CrProtein, HyProtein-1, HyProtein-2, HyProtein-3, and LyProtein with the five sessions. *See* App. at 16 and 18. According to Sections 4.4-4.6 of the instructions contained in Attachment B, consumers are instructed:

    a.  For CrProtein, to take one fluid ounce of CrProtein, followed by one hour of monitoring. *See* App. at 19.

    b.  For the HyProteins, consumers take the following steps consecutively:

        i.  Take 24 capsules of HyProtein-1 within a 15-minute period;

        ii.  Wait 30 minutes;

        iii.  Take 24 capsules of HyProtein-2 within a 15-minute period;

        iv.  Wait 30 minutes;

        v.  Take 25 capsules of HyProtein-3;

        vi.  Wait five hours;

        vii.  Take 24 capsules of HyProtein-4;

        viii.  Wait five hours; and finally

        ix.  Take 24 capsules of HyProtein-4. *See* App. at 19.

    c.  For LyProtein, consumers are instructed to take 25 capsules within 15 minutes, to wait 15 minutes, and then to take another 25 capsules within 15 minutes. *See* App. at 20.

30.     According to the CrProtein label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of CrProtein contains the following ingredients and amounts:

    a.  Cat's claw – 35mg;

    b.  Selfheal – 10mg; and

10

1

      c.   Rosemary – 20mg.

2

"Other ingredient" listed on the label is Turmeric. *See* App. at 30.

3

     31.    According to the HyProtein-1 label's Supplement Facts panel, one serving

4

(350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

5

      a.   Astragalus – 95mg;

6

7

      b.   Oregano – 40mg; and

8

      c.   Cat's claw – 70mg.

9

"Other ingredients" listed on the label are Olive leaf and Blood root. *See* App. at 31.

10

     32.    According to the HyProtein-2 label's Supplement Facts panel, one serving

11

(350mg per capsule) of HyProtein-2 contains the following ingredients and amounts:

12

13

      a.   Blood root – 55mg;

14

      b.   Reishi – 75mg; and

15

      c.   Green tea – 40mg.

16

"Other ingredients" listed on the label are Turmeric, Pokeweed, and Garlic. *See* App. at 32.

17

     33.    According to the HyProtein-3 label's Supplement Facts panel, one serving

18

(350mg per capsule) of HyProtein-3 contains the following ingredients and amounts:

19

20

      a.   Ashwagandha – 45mg;

21

      b.   Garlic – 60mg; and

22

      c.   Turmeric – 30mg.

23

"Other ingredients" listed on the label are Ginkgo, Green tea, and Catuaba bark. *See* App. at 33.

24

     34.    According to the HyProtein-4 label's Supplement Facts panel, one serving

25

(350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

26

27

      a.   St. John's wort – 50mg;

28

11

b.   Reishi – 30mg; and

c.   Garlic – 25mg.

"Other ingredients" listed on the label are Kudzu, Goldenseal, and Licorice root. *See* App. at 34.

35.   According to the LyProtein label's Supplement Facts panel, one serving (350mg per capsule) of LyProtein contains the following ingredients and amounts:

a.   Horse chestnut – 25mg;

b.   Garlic – 40mg; and

c.   Turmeric – 50mg.

"Other ingredients" listed on the label are Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort. *See* App. at 35.

### *Cancer Plan of Care Background Information*

36.   The Cancer Plan of Care consists of 14 products: ImunStem, Aktiffvate, AnterFerron-1, AnterFerron-2, CrProtein, KemoHerb-1, KemoHerb-2, KemoHerb-NR, KemoHerb-PI, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, and LyProtein.

37.   According to Sections 4.0 and 4.1 of the instructions contained in Attachment C, consumers are first instructed to take one to four doses each of ImunStem and Aktiffvate per day, with each dose constituting ½ – ¾ dropperful, 1-4 times per day, for approximately two weeks. *See* App. at 41 and 44.

38.   According to the ImunStem label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of ImunStem contains the following ingredients and amounts:

a.   Olive Leaf Extract – 260mg;

b.   Yarrow Extract – 52mg; and

c.   Rosemary Extract – 63mg.

12

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

"Other ingredients" listed on the label are organic compounds and solvents, Monoterpene, Cassia Oil and Yucca. *See* App. at 62.

39.     According to the Aktiffvate label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of Aktiffvate contains the following ingredients and amounts:

     a.   Turmeric Extract – 175mg;

     b.   Cayenne Extract – 40mg; and

     c.   Eucalyptus Extract – 20mg.

"Other ingredients" listed on the label are Wintergreen, solvents, organic compounds, Yucca, and Olive Leaf. *See* App. at 63.

40.     According to Section 4.0 of the instructions contained in Attachment C, consumers are instructed to take the DetoxHerb and AnterFeeron products in five sessions every 2-4 weeks. *See* App. at 42.

41.     For the first session, the instructions contained in Attachment C say to use KemoHerb-1 and KemoHerb-2. App. at 42. According to Section 4.2 of the instructions contained in Attachment C, consumers are instructed to take one fluid ounce of KemoHerb-1, wait 45 minutes to one hour, and then take one fluid ounce of KemoHerb-2. *See* App. at 44.

42.     According to the KemoHerb-1 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of KemoHerb-1 contains the following ingredients and amounts:

     a.   Bilberry leaf – 100mg;

     b.   Graviola extract – 65mg; and

     c.   Goldenseal extract – 80mg.

"Other ingredients" listed on the label are organic compounds and solvents, Selfheal, Chuchuhuasi, Yucca, Cat's claw, and Black pepper. *See* App. at 50.

13

43.    According to the KemoHerb-2 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of KemoHerb-2 contains the following ingredients and amounts:

      a.    Olive leaf extract – 84mg;

      b.    Papaya leaf extract – 112mg; and

      c.    Vinca extract – 110mg.

"Other ingredients" listed on the label are solvents, organic compounds, Chuchuhuasi extract, Cat's claw, and Turmeric. *See* App. at 51.

44.    For the second session, the instructions contained in Attachment C say to use KemoHerb-1 and KemoHerb-2 or AnterFeeron-1 and AnterFeeron-2. *See* App. at 42. According to Section 4.3 of the instructions contained in Attachment C, consumers are instructed to take one fluid ounce of AnterFeeron-1, wait 45-60 minutes, and then take one fluid ounce of AnterFeeron-2. *See* App. at 45.

45.    According to the AnterFeeron-1 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of AnterFeeron-1 contains the following ingredients and amounts:

      a.    Bilberry Leaf – 40mg;

      b.    Graviola – 120mg; and

      c.    Goldenseal – 80mg.

"Other Ingredients" listed on the label are solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric. *See* App. at 54.

46.    According to the AnterFeeron-2 label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of AnterFeeron-2 contains the following ingredients and amounts:

      a.    Astragalus – 20mg;

      b.    Reishi – 95mg; and

14

c.   Mistletoe – 45mg.

"Other Ingredients" listed on the label are Cat's Claw, organic compounds, Echinacea, and Cordyceps. *See* App. at 55.

47.   For the third, fourth, and fifth sessions, the instructions contained in Attachment C say to use KemoHerb-PI and KemoHerb-NR or AnterFeeron-1 and AnterFeeron-2. *See* App. at 42. According to Section 4.2 of the instructions contained in Attachment C, consumers are instructed to take 25 capsules of KemoHerb-PI within a 15-minute period, wait 15 minutes, and then take 25 capsules of KemoHerb-NR within a 15-minute period. *See* App. at 44.

48.   According to the KemoHerb-PI label's Supplement Facts panel, one serving (350mg per capsule) of DetoxHerb- PI contains the following ingredients and amounts:

a.   Bilberry – 40mg;

b.   Graviola – 120mg; and

c.   Goldenseal – 50mg.

"Other ingredients" listed on the label are Chuchuhuasi, Cayenne, Maca, and Turmeric. *See* App. at 52.

49.   According to the KemoHerb-NR label's Supplement Facts panel, one serving (350mg per capsule) of KemoHerb-NR contains the following ingredients and amounts:

a.   Gotu kola – 60mg;

b.   Foti – 35mg; and

c.   Vinca – 45mg.

"Other ingredients" listed on the label are Green tea, Rhodiola, Yucca, and Turmeric. *See* App. at 53.

15

50.     According to Section 4.0 of the instructions contained in Attachment C, consumers are instructed to take the products called CrProtein, HyProtein-1, HyProtein-2, HyProtein-3, and LyProtein with the five sessions. *See* App. at 43 and 45. According to Section 4.4-4.6 of the instructions contained in Attachment C, consumers are instructed:

    a.  For CrProtein, to take one fluid ounce of CrProtein, followed by one hour of monitoring. *See* App. at 45.

    b.  For the HyProteins, consumers take the following steps consecutively:

        i.   Take 24 capsules of HyProtein-1 within a 15-minute period;

        ii.  Wait 30 minutes;

        iii. Take 24 capsules of HyProtein-2 within a 15-minute period;

        iv.  Wait 30 minutes;

        v.   Take 24 capsules of HyProtein-3;

        vi.  Wait five hours;

        vii. Take 24 capsules of HyProtein-4;

        viii. Wait five hours; and finally

        ix.  Take 24 capsules of HyProtein-4. *See* App. at 45.

    c.  For LyProtein, consumers are instructed to take 25 capsules within 15 minutes, to wait 15 minutes, and then to take another 25 capsules within 15 minutes. *See* App. at 45.

51.     According to the CrProtein label's Supplement Facts panel, one serving (one fluid ounce or 491.5mg) of CrProtein contains the following ingredients and amounts:

    a.  Cat's claw – 35mg;

    b.  Selfheal – 10mg; and

16

1

        c.   Rosemary – 20mg.

2

"Other ingredient" listed on the label is Turmeric. *See* App. at 56.

3

        52.     According to the HyProtein-1 label's Supplement Facts panel, one serving

4

(350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

5

        a.   Astragalus – 95mg;

6

        b.   Oregano – 40mg; and

7

        c.   Cat's claw – 70mg.

8

"Other ingredients" listed on the label are Olive leaf and Blood root. *See* App. at 57.

9

        53.     According to the HyProtein-2 label's Supplement Facts panel, one serving

10

(350mg per capsule) of HyProtein-2 contains the following ingredients and amounts:

11

        a.   Blood root – 55mg;

12

        b.   Reishi – 75mg; and

13

        c.   Green tea – 40mg.

14

"Other ingredients" listed on the label are Turmeric, Pokeweed, and Garlic. *See* App. at 58.

15

        54.     According to the HyProtein-3 label's Supplement Facts panel, one serving

16

(350mg per capsule) of HyProtein-3 contains the following ingredients and amounts:

17

        a.   Ashwagandha – 45mg;

18

        b.   Garlic – 60mg; and

19

        c.   Turmeric – 30mg.

20

"Other ingredients" listed on the label are Ginkgo, Green tea, and Catuaba bark. *See* App. at 59.

21

        55.     According to the HyProtein-4 label's Supplement Facts panel, one serving

22

(350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

23

        a.   St. John's wort – 50mg;

24

25

26

27

28

b.    Reishi – 30mg; and

c.    Garlic – 25mg.

"Other ingredients" listed on the label are Kudzu, Goldenseal, and Licorice root. *See* App. at 60.

56.    According to the LyProtein label's Supplement Facts panel, one serving (350mg per capsule) of LyProtein contains the following ingredients and amounts:

a.    Horse chestnut – 25mg;

b.    Garlic – 40mg; and

c.    Turmeric – 50mg.

"Other ingredients" listed on the label are Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort. *See* App. at 61.

### *Analysis of Materials Received and Available Scientific Evidence*

57.    I undertook a literature search to determine whether there is any publicly available, reliable scientific evidence for the following claims:

a.    That the Metabolic Plan of Care treats, mitigates the symptoms of, or cures cancer;

b.    That the Metabolic Plan of Care is clinically or scientifically proven to treat cancer;

c.    That the Cancer Plan of Care treats, mitigates the symptoms of, or cures cancer; or

d.    That the Cancer Plan of Care is clinically or scientifically proven to treat cancer.

58.    I have search for applicable published studies using PubMed, a database of more than 30 million citations for biomedical literature from MEDLINE, life science journals, and online books, maintained by the U.S. National Library of Medicine.

18

59.     It is my opinion to a reasonable degree of medical and scientific certainty, and it is generally accepted in the field by medical experts, that adequate scientific preclinical and clinical trial evidence proving the mechanism of action, safety, and efficacy of intervention agents, such as the ingredients or their combinations listed in Paragraphs 15-56, for treating, mitigating the symptoms, or curing cancer should, at a minimum, consist of two-to-three prospective or more clinical trials. The clinical trials must meet or exceed the following standards:

    a.   The study should be a published scientific research peer-reviewed article, in other words, a paper that, prior to publication, undergoes a critical review by independent scientists having expertise in oncology;

    b.   The study must be an adequate and well-controlled clinical trial(s) in which study participants are randomly assigned to one of two or more groups and the assignment in some cases is double-blinded, that is, neither the researchers nor the participants know to which group individual participants are assigned, for purposes of comparing, without bias, the effect of the intervention on treating cancer over a period of time;

    c.   The clinical trials must go through three phases of testing. Phase 1of testing is designed to assess the safety, Pharmacokinetic and Pharmacodynamic properties of the product/s that will be used in treatment of cancer. The Phase 1 trial are often conducted in healthy volunteers initially before the agent/s of interest are considered for further development in cancer patients. Once the Phase 1 trial is completed and the safety of the agent/s in combnation is established, Phase 2 and 3 clinical trials are conducted. The purpose of a Phase 2 clinical trial is to assess

19

the efficacy of a particular drug or a combination of drugs in a specific type of cancer/s,and to further assess safety of the agent/s. Once preliminary efficacy and safety is established, a prospective randomized Phase 3 trial or trials is donducted, the primary goal of which is to show that the investigational agent therapy is at least as good or better than the standard of care therapy currently available for treatment of particular subtype of cancer. The benefit of cancer treatment may be defined as improved survival, or improved quality of life but in some cases other endpoints are accepted such as increased progression free survival, or overall response rate to treatment, defined by the Response Evaluation Criteria in Solid Tumors (RECIST 1.1) a widely accepted and recommended tool for assessment of response to treatment in oncology trials;

d.   The clinical trial volunteers must be human as the human biological environment that cannot be completely replicated in cell culture, and animal models do not entirely reproduce human physiology;

e.   A clinical trial in humans must have an IND (Investigational New Drug) number, which is provided by th FDA to the sponsor of the clinical trial after their review of the drug/s information  usually the study drug/s IB/s for suitability to proceed in humans.

f.   A clinical trial in human subjects must be reviewed by the IRB ( Insitutional Review Board) and have an IRB approval of the protocol, IB and Informed Concent and other study documents before the trial can proceed.

20

g.   The study must have an adequate number and selection of subjects to allow the results to be extrapolated to the general population; and a statistical plan has to be provided, as part of the clinical trial.

h.   The studies must be on the product itself or a substantially similar product (with the same ingredients and dosage); or combination of products, if the intension is to market the combination of products for treatment of a specific subtype of cancer.

i.   The study should use reasonable and standard measures/endpoints of cancer and its treatment, and the efficacy of the medical intervention at baseline, during, and at the conclusion of the treatment period, and during any follow-up period; and

j.   The study should apply appropriate statistical analysis widely accepted by experts in oncology.

60.   I have searched the available scientific evidence for applicable studies on cancer, its treatment, and the ingredients listed in Paragraphs 15-56. My search of the available scientific evidence failed to identify any clinical trials that would satisfy the minimum requirements set forth in Paragraph 59 and thereby support the proposition that any of the ingredients of the Metabolic Plan of Care and Cancer Plan of Care as set forth in Paragraphs 15-56, alone or in combination, treat, mitigate the symptoms of, or cure cancer in humans.

61.   Indeed, none of the constituent products, alone or in combination, return any reliable scientific research—in the form of clinical trials, peer-reviewed research, or otherwise—that scientifically supports the claim that the Metabolic Plan of Care or Cancer Plan of Care can mitigate the symptoms of, treat, or cure cancer in humans. In particular:

21

a.  None of the constituent products in the Metabolic Plan of Care or Cancer Plan of Care, alone or in combination, have even been tested to treat cancer in human clinical trials, which is what is medically and scientifically required to establish efficacy in humans;

b.  A review of the available scientific evidence revealed no published study proving that the Metabolic Plan of Care or Cancer Plan of Care, or either of their constituent ingredients, treat, mitigate the symptoms of, or cure cancer in humans; and

c.  None of the materials set forth in Paragraph 12 provide any scientifically valid substantiation for any efficacy claims relating to the treatment, mitigation of symptoms of, or cure of cancer; instead, the claims made in the materials consisted almost entirely of anecdotal information that was completely unsupported by any specific preclinical or clinical trials that adhere to the scientific standards set forth in Paragraph 59.

62.  Thus my review of the relevant scientific literature and the materials submitted for my inspection have led me to conclude that there is no valid scientific evidence that would support the claim that the Metabolic Plan of Care, Cancer Plan of Care, or any of their constituent products can treat, mitigate the symptoms of, or cure cancer.

## **OPINION**

63.  With respect to the materials discussed in Paragraph 12, and based on my review and analysis of the available scientific evidence discussed in Paragraphs 57-62, it is my expert opinion to a reasonable degree of medical and scientific certainty that there is not adequate scientific evidence to support the claim that the Metabolic Plan of Care or Cancer Plan of Care,

22

1  or either of their constituent parts including ImunStem and Aktiffvate, treat, mitigate the

2  symptoms of, or cure cancer in humans.

3     64.   No studies have been done on Metabolic Plan of Care or Cancer Plan of Care, or

4  either of their constituent products, alone or in combination, that meet or exceed the standards set

5  

6  forth in Paragraph 59, which, as stated, is what is medically and scientifically required to

7  substantiate that a product, drug, or ingredient is efficacious in treating, mitigating the

8  symptoms, or curing cancer.

9     65.   The Metabolic Plan of Care and Cancer Plan of Care, along with their constituent

10  products, alone or in combination, have not been tested in humans in formal clinical trials. The

11  products have not undergone any phase studies, any randomized, double-blinded, or placebo-

12  controlled studies, any studies where the endpoint is to measure the effect on cancer in humans,

13  any studies which could be extrapolated to the general population or any study using a method of

14  

15  generally accepted statistical analysis. The most basic level of scientific substantiation has not

16  been met.

17     66.   In sum, there is no medical or scientific evidence to substantiate the claim that the

18  Metabolic Plan of Care or Cancer Plan of Care, or any of their constituent products, alone or in

19  

20  combination, is efficacious in treating, mitigating the symptoms, or curing cancer in humans.

21  I declare under penalty of perjury that the foregoing statement is true and correct.

22  

23  Executed on June 0/, 2021.

Katherine H.R. Tkaczuk

24  

25  

26                                                    MSJ App. 0854

27

Attachment A

**CURRICULUM VITAE**
**Katherine H. R. Tkaczuk, M.D. FACP**
Professor of Medicine
University of Maryland School of Medicine
Director Breast Evaluation and Treatment Program
University of Maryland Greenebaum Comprehensive Cancer Center

<u>**January 31, 2021**</u>

<u>**Personal Information:**</u>

<u>**Work Address:**</u>
University of Maryland School of Medicine
Marlene and Stewart Greenebaum Comprehensive Cancer Center
22 South Greene Street, S9D12
Baltimore, MD 21201-1595
Business Phone: 410-328-7394
Business Fax: 410-328-6896
Breast Evaluation and Treatment Program
Phone: 410-328-7855
Email: ktkaczuk@umm.edu
Administrative Assistant; Nichole June Williams
njunewilliams@umm.edu

<u>**Foreign Languages**</u>     Fluent in Polish

<u>**Education**</u>
1978-1984            Undergraduate and Medical Doctor Degree.
                     Wroclaw Medical University, Wroclaw, Poland
                     Akademia Medyczna im. Piastow Slaskich we Wroclawiu.

<u>**Post Graduate Education and Training**</u>
1986-1989            Medical Internship and Residency
                     St. Agnes Hospital
                     Baltimore, Maryland

1989-1992            Hematology/Oncology Fellowship
                     University of Maryland Medical Center
                     Baltimore, Maryland 21201

<u>**Certifications**</u>
1989                 Diplomat, American Board of Internal Medicine
1991                 Diplomat, American Board of Medical Oncology
1992                 Board Eligible, Hematology
2021                 Recertified in Medical Oncology

<u>**Medical Licensures**</u>
Active               Maryland Board of Physicians, D36146

<u>**Employment History**</u>
*Academic Employment*
1989 - 1992          Assistant Instructor
                     Department of Medicine
                     University of Maryland School of Medicine

| 1992 - 2001 | Assistant Professor<br>Department of Medicine<br>University of Maryland School of Medicine |
|---|---|
| 2001 - 2009 | Associate Professor<br>Department of Medicine<br>University of Maryland School of Medicine |
| 2009-Present<br>, | Professor<br>Department of Medicine<br>University of Maryland School of Medicine |
| 2021-Present | Adjunct Professor<br>Fischell Department of Bioengineering<br>University of Maryland College Park |

**Affiliations**

1992 – Present        Program in Oncology, University of Maryland School of Medicine

**Professional Society Memberships**

1992    American Medical Association
1992    American Society of Clinical Oncology
1992    American College of Physicians
1995    European Society for Medical Oncology
2011    American Association for Clinical Research

**Honors and Awards**

| 1990-1992 | Recipient of American Cancer Society Clinical Oncology Fellowship |
|---|---|
| 1991 | Recipient of ASCO Fellow Support Award |
| 2007 | Recipient of University of Maryland Marlene and Stewart Greenebaum Cancer Center 2007 Patient Appreciation Award |
| 2014 | Baltimore Best Breast Oncologist. |
| 2015 | Fellow American College of Physicians |
| 2015 | Newsweek Magazine, Top Doctors For Cancer |

**Clinical Activities**

Scope of Clinical Practice:  Medical Oncology, Breast Cancer

Site of primary practice:
University of Maryland Marlene and Stewart Greenebaum Comprehensive Cancer Center
22 South Greene Street
Baltimore, Maryland 21201

**Responsibilities with practice:**

Dr. Tkaczuk is the Director, Breast Evaluation and Treatment Program at the MSGCCC.
Her administrative responsibilities include overseeing the following staff:
Physician members of the Breast Evaluation and Treatment Program at the MSGCCC
Nurse coordinators
Nursing staff
Administrative Assistants

**Administrative Service**

Katherine H. R. Tkaczuk, M.D.
May 1 2021
Page 3 of 11

Institutional Service

| 1992-Present | Protocol Chairperson and Clinical Research Leader, University of Maryland Greenebaum Cancer Center, (UMGCC) Clinical Breast Cancer Research Program |
| 1992-Present | Primary Medical Oncology Consultant for the Breast Cancer Cases, Inpatient and outpatient consultation services, for the University of Maryland Medical Center (UMMC) and Baltimore VA Medical Centers (BVAMC) |
| 1994-2004 | Medical Care Policy Committee, UMMC |
| 1994-Present | Women's Health Research Group, University of Maryland School of Medicine (UMSOM) |
| 1994-Present | Medical School Admissions Committee, UMSOM |
| 1994-Present | Hematology/Oncology Fellowship Program Interviewer and Admissions Committee, UMMC |
| 1994-Present | Internal Medicine Residency Program, Interviewer and Admissions Committee, UMMC |
| 1995-1998 | Breast Cancer Surgeon Search Committee, UMSOM |
| 1996-2005 | Quality Assurance Committee UMGCC |
| 1997-1998.1 | Search Committee for a Breast Cancer Task Force Chairperson, UMMC |
| 1997-2007 | Chief, Multidisciplinary Solid Tumor Conference, UMSOM, UMGCC |
| 1999-Present | Chief, Multidisciplinary Breast Conference UMSOM, UMGCC |
| 1999-Present | Institutional Review Board Committee Member, UMSOM |
| 1999-2004 | UMGCC Cancer Committee, UMMC |
| 1996 - 1998 | Acting Director, University of Maryland Breast Evaluation Program, UMMC |
| 1998-Present | Director, University of Maryland Marlene and Stewart Greenebaum Cancer Center Breast Evaluation and Treatment Program |
| 2002-2007 | Coordinator for the Medical Oncology Rotation for the UMGCC/Department of Medicine for the outside Internal Medicine Residents rotating in the UMGCC |
| 2003-2015 | Course Master and Lecturer for the UM Greenebaum Cancer Center Annual Breast Cancer Conference- "An Update on Screening, Diagnosis and Treatment of Breast Cancer" |
| 2004-2016 | UMMS/UMGCC – Institutional – "Ask an Expert" Service. |
| 2004-Present | University of Maryland Greenebaum Cancer Center, Data Safety Monitoring Committee |
| 2007-2016 | Medical Student Education Committee, UMSOM |
| 2008-Present | Mentor Summer MS Program-1-3 MS working on various projects. |
| 2015-2016 | General Member of Developmental Therapeutics Committee, NRG Oncology, |

Philip J. DiSaia, M.D. Presiding Group Chair

**Local and National Service**

| | |
|---|---|
| 1998-Present | Member, University of Maryland IRB |
| 2005-2008 | Member, Tumor Progression Committee, California Breast Cancer Research Program, Oakland, California |
| 2004-2014 | CRC Concept Paper Ad-hoc Review Committee Member, California Breast Cancer Research Program |
| 2006-2015 | Member, Department of Defense, Breast Cancer Research Program Review Committee |
| 2012-present | Member Advarra formerly Chesapeake IRB |
| 2014-2019 | Member, PEERNET-Pennsylvania Peer Grant Review Panel |
| 2014-2017 | Invited reviewer for the Oak Ridge Associated Universities, Pennsylvania Final Performance Review – 14-15, Cycle A |
| 2015-2019 | Member, NIH study section panel; Academic Industrial Partnership grants |
| 10/22/2015 | Ninth Annual Breast Cancer Awareness, Sisters at Heart Breast Cancer Survivors Group, Richard R. Clark Senior Center |
| 2015-present | Polish- American Research Collaboration Meeting - ASCO |
| 2015-2019 | Judge; Annual Maryland Residents Meeting, Maryland Chapter of ACP Mulholland-Mohler Meeting, St. Agnes Hospital, Baltimore, MD |
| 2016-Present | Member, UMGCCC Data Safety Monitoring Committee. |
| 1/25/2017 | Testified for Department of Legislative Services Maryland General Assembly, Senate Finance Committee Bill 648, (Senator James Mathias) Health Insurance Coverage for Digital Tomosynthesis. |
| 2/23/2017 | Testified for, 3-D mammogram, Bill-HB 675, Health Insurance Coverage for Digital Tomosynthesis, public hearing in the House Health and Government Operations Committee; Delegate Sheree Sample-Hughes the House of Delegates sponsor of the Bill. |

**Medical/Scientific Journals Peer-Review**

| | |
|---|---|
| *2004-present* | *Journal of Women's Health* |
| *2005-present* | *Cancer* |
| *2005-present* | *Cancer Chemotherapy and Pharmacology* |
| *2005-present* | *Expert Opinion on Drug Safety* |
| *2006-present* | *Pri-Med Online* |
| *2007-present* | *Health Magazine* |
| *2007-present* | *Journal of the American Board of Family Medicine* |
| *2009-present* | *Journal of Cancer Therapy* |
| *2010-present* | *The Breast* |
| *2013-present* | *British Journal of Cancer* |

| | |
|---|---|
| *2016-present* | *Expert Opinion on Therapeutic Patents* |

**Editorial Board**

| | |
|---|---|
| 2010-Present | Editorial Board Member, Journal of *Pragmatic and Observational Research* |
| 2014-Present | *Journal of Cancer Metastasis and Treatment* |
| 2016-Present | *Biologics: Targets and Therapy* |
| 2016-Present | Breast Cancer Clinics in Oncology |

**Research Activities**

1992 to Present University of Maryland Marlene and Stewart Greenebaum Cancer Center Clinical Breast
Protocols Principal Investigator:  Katherine H. R. Tkaczuk

**TOTAL NUMBERS OF BREAST CANCER PATIENTS ACCRUED TO CLINICAL TRIALS TO DATE: 1000+ BREAST CANCER PATIENTS**

**Publications**

**Peer Reviewed Articles**

1.  Eisenberger M, Egorin M, Jodrell D, Zuhowski E, Sinibaldi V, Jacobs S, Karesh J, Reyno L, and **Tkaczuk K.**  Clinical experience with Suramin in a Phase I trial.  Preliminary evidence of significant antitumor activity in prostate CA: The University of Maryland experience.  *Cancer Investigation* VIO Suppl I 1992.

2.  Eisenberger M, Reyno L, Jodrell D, Sinibaldi V, **Tkaczuk, K**, Sridhara, R, Zuhowski, E., Lowitt, M., Jacobs, S., and Egorin, M.  Suramin, an active drug for prostate cancer, interim observations in a Phase I trial. *JNCI* 85:.611-621, 1993.

3.  Jodrell DI, Reyno L, Sridhara R, Eisenberger M, **Tkaczuk K**, Zuhowski E, Sinibaldi V, Novak M, and Egorin M.  Suramin: Development of a Population Pharmacokinetic Model and Its Use With Intermittent Short Infusions to Control Plasma Drug Concentration in Patients with Prostate Cancer.  *J Clin Oncol* 12(1):166-175, 1994.

4.  Eisenberger M, Sinibaldi V, Reyno L, Sridhara R, Jodrell D, Zuhowski E, **Tkaczuk K**, Lowitt M, Hemady R, Jacobs S, Van Echo D, Egorin M.  Phase-I and Clinical evaluation of Pharmacologically Guided Regimen of Suramin in Patients with Hormone Refractory Prostate Cancer. *J Clin Oncol* 13(9):2174-2186, 1995.

5.  **Tkaczuk KH**, Zamboni WC, Tait NS, Meisenberg BR, Doyle LA, Hausner PF, Edelman MJ, Egorin MJ, Van Echo DA.Phase I Study of Docetaxel and Topotecan in Patients with Solid Tumors. *Cancer Chemotherapy and Pharmacol.* 46(6):442-8, 2000.

6.  Gojo I, **Tkaczuk KH**.A phase I study of paclitaxel, UFT, and leucovorin. *Oncology (Hunting).* 10(9):6-8, 2000.

7.  Zamboni WC, Egorin MJ, Van Echo DA, Meisenberg B, Brooks S, Doyle LA, Nemieboka NN, Dobson JM, Day R, Tait NS, **Tkaczuk KH**. Pharmacokinetic and Pharmacodynamic Study of the Combination of Docetaxel and Topotecan. *J Clin Oncol.*18(18):3288-94, 2000.

8.  Althuis SM, Bush TL, **Tkaczuk K,** Magaziner J, Khoo L. Surveillance for uterine abnormalities in tamoxifen-treated breast cancer survivors. *Cancer.* 89(4):800-10, 2000.

9.  Neumaitis J, Eager R, Twaddell T, Corey A, Secar K, **Tkaczuk K**, Thompson J, Pazdur R. Phase I assessment of the pharmacokinetics, metabolism and safety of Emitefur (BOF-A2) in patients with refractory solid tumors. *J Clin Oncol.* 18(19):3423-34, 2000.

10. Kornblith AB, Herndon JE, Zuckerman EL, Viscoli CM, Horwitz RI, Cooper MR, Harris LN, **Tkaczuk KH,** Perry MC, Budman DR, Norton L, Holland JC,   Social support as a buffer to stressful life events in the psychosocial adjustment of breast cancer patients. *Cancer* 15;91(2):443-54, 2001.

11. Batist G, Ramakrishnan G, Rao CS, Chandrasekharan A, Gutheil J, Guthrie T, Shah P, Khojasteh A, Nair MK, Hoelzer K, **Tkaczuk K**, Park YC, Lee LW. Reduced cardiotoxicity and preserved antitumor

efficacy of liposome-encapsulated doxorubicin and cyclophosphamide compared with conventional doxorubicin and cyclophosphamide in a randomized, multicenter trial of metastatic breast cancer. *J Clin Oncol* 19(5):1444-54, 2001.

12. Toppmeyer D, Seidman AD, Pollak M, Russell C, **Tkaczuk K**, Verma S, Overmoyer B, Garg V, Ette E, Harding MW, Demetri GD. Safety and efficacy of the multidrug resistance inhibitor Incel (biricodar; VX-710) in combination with paclitaxel for advanced breast cancer refractory to paclitaxel. *Clin Cancer Res* 8(3):670-8, 2002.

13. Cui Y, Whiteman MK, Langenberg P, Sexton M, **Tkaczuk KH**, Flaws JA, Bush TL. Can obesity explain the racial difference in stage of breast cancer at diagnosis between black and white women? *J Womens Health Gend Based Med* 11(6):527-36, 2002.

14. Cui Y, Whiteman MK, Flaws JA, Langenberg P, **Tkaczuk KH**, Bush TL. Body mass and stage of breast cancer at diagnosis.Int J Cancer. 2002 Mar 10;98(2):279-83

15. Nabholtz JM, Cantin J, Chang J, Guevin R, Patel R, **Tkaczuk K**, Vodvarka P, Lindsay MA, Reese D, Riva A, Mackey J. Phase III Trial Comparing Granulocyte Colony-Stimulating Factor to Leridistim in the Prevention of Neutropenic Complications in Breast Cancer Patients Treated with Docetaxel/Doxorubicin/Cyclophosphamide: Results of the BCIRG 004 Trial. *Clin Breast Cancer* 3(4):268-75, 2002.

16. Fleming GF, Meropol NJ, Rosner GL, Hollis DR, Carson WE 3rd, Caligiuri M, Mortimer J, **Tkaczuk K**, Parihar R, Schilsky RL, Ratain MJ. A phase I trial of escalating doses of trastuzumab combined with daily subcutaneous interleukin 2: report of cancer and leukemia group B 9661. *Clin Cancer Res* 8(12):3718-27, 2002.

17. Cui Y, Whiteman MK, Flaws JA, Langenberg P, **Tkaczuk KH**, Bush TL. Body Mass and Stage of Breast Cancer at Diagnosis, *Int. Journal of Cancer* 98:279-283, 2003.

18. Swenson CE, Bolcsak LE, Batist G, Guthrie TH Jr, **Tkaczuk KH**, Boxenbaum H, Welles L, Chow SC, Bhamra R, Chaikin P. Pharmacokinetics of doxorubicin administered i.v. as Myocet (TLC D-99; liposome-encapsulated doxorubicin citrate) compared with conventional doxorubicin when given in combination with cyclophosphamide in patients with metastatic breast cancer. *Anticancer Drugs* 14(3):239-46, 2003.

19. Henderson IC, Berry DA, Demetri GC, Cirrincione CT, Goldstein LJ, Martino S, Ingle JN, Cooper MR, Hayes DF, **Tkaczuk KH**, Fleming G, Holland JF, Duggan DB, Carpenter JT, Frei E 3rd, Schilsky RL, Wood WC, Muss HB, Norton L. Improved outcomes from adding sequential Paclitaxel but not from escalating Doxorubicin dose in an adjuvant chemotherapy regimen for patients with node-positive primary breast cancer. *J Clin Oncol* 21(6):976-83, 2003.

20. Sheth HR, Lord G, **Tkaczuk KH**, Danton M, Lewis LM, Langenberg P, Lim CK, Flaws JA. Aging may be associated with concentrations of tamoxifen and its metabolites in breast cancer patients. *J Womens Health (Larchmt).* 12(8):799-808, 2003.

21. Gallicchio L, Lord G, **Tkaczuk K**, Danton M, Lewis LM, Lim CK, Flaws JA**.** Association of tamoxifen (TAM) and TAM metabolite concentrations with self-reported side effects of TAM in women with breast cancer. *Breast Cancer Res Treat* 85(1):89-97, 2004.

22. Gallicchio L, **Tkaczuk K**, Lord G, Danton M, Lewis LM, Lim CK, Flaws JA. Medication use, tamoxifen (TAM), and TAM metabolite concentrations in women with breast cancer. *Cancer Lett* 211(1):57-67, 2004.

23. Tucker AN, **Tkaczuk K**, Lewis, LM, Tomic R, Lim CK, Flaws JA. Polymorphisms in cytochrome P4503A5 (CYP3A5) may be associated with race and tumor characteristics, but not metabolism and side effects of Tamoxifen in breast cancer patients. *Cancer Letters* 217(1):61-72, 2005.

24. Royak-Schaler R, DeYoung C, Khakpour N, Ross D, **Tkaczuk K**, Gadalla S. Readers respond to "balancing evidence-based medicine and cultural competence in the quest to end healthcare disparities". *MedGenMed.8(3):73, 2006.*

25. Zhan M, Flaws JA, Gallicchio L,**Tkaczuk K**, Lewis LM, Royak-Schaler R. Profiles of tamoxifen-related side effects by race and smoking status in women with breast cancer. *Cancer Detection* and Prevention, 31, 384-390, 2007.

26. Royak-Schaler R, Passmore SR, Gadalla S, Hoy MK, Zhan M, **Tkaczuk** K, Harper LM, Nicholson PD, Hutchison AP. Exploring patient-physician communication in breast cancer care for African American women following primary treatment. Oncol Nurs Forum. 2008 Sep;35(5):836-43

27. **Tkaczuk KH**, Goloubeva O, Tait N, Feldman F, Tan M, Lum Z-P, Lesko SA, Van Echo DA, Ts'o PO. The significance of circulating epithelial cells in breast cancer patients by a novel negative selection method.. Breast Cancer Res Treat. 2008 Sep;111(2):355-64.

28. Liu MC, Demetri GD, Berry DA, Norton L, Broadwater G, Robert NJ, Duggan D, Hayes DF, Henderson IC, Lyss A, Hopkins J, Kaufman PA, Marcom PK, Younger J, Lin N, **Tkaczuk K**, Winer EP, Hudis CA; Cancer and Leukemia Group B. Dose-escalation of filgrastim does not improve efficacy: clinical tolerability and long-term follow-up on CALGB study 9141 adjuvant chemotherapy for node-positive breast cancer patients using dose-intensified doxorubicin plus cyclophosphamide followed by paclitaxel. *Cancer Treat Rev. 34(3):223-30. Epub, 2008.*

29. Royak-Schaler R, Gardner LD, Shardell M, Zhan M, Passmore SR, Gadalla SM, Hoy MK, **Tkaczuk KH** K. Nesbitt K. Evidence-based care for breast cancer survivors: communicating the Institute of Medicine Guidelines in medical practice. *Patient Educ Couns 77(3): 413-20, 2009.*

30. **Tkaczuk** K H Review of the contemporary cytotoxic and biologic combinations available for the treatment of metastatic breast cancer. **Clinical Therapeutics** Vol31Part 2, 2009., Pages 2273-2289

31. Burks SR, Macedo LF, Barth ED, **Tkaczuk** KH, Martin SS, Rosen GM, Halpern HJ, Brodie AM, Kao JP. Anti-HER2 immunoliposomes for selective delivery of electron paramagnetic resonance imaging probes to HER2-overexpressing breast tumor cells. Breast Cancer Res Treat. 2010 Nov;124(1):121-

32. Mohiuddin MM, Zhang B, **Tkaczuk K**, Khakpour N. Upright, standing technique for breast radiation treatment in the morbidly-obese patient. Breast J. 2010 Jul-Aug 16(4):448-50.

33. **Tkaczuk, K H.** Ixabepilone as monotherapy or in combination with capecitabine for the treatment of advanced breast cancer, basic and clinical research. Breast Cancer Basic and Clinical Research, January 13 *, 2011***Tkaczuk KR,** Yue B, Zhan M, Tait N, Yarlagadda L, Dai H, Serrero G. Increased Circulating Level of the Survival Factor GP88 (Progranulin) in the Serum of Breast Cancer Patients When Compared to Healthy Subjects. BreastCancer(Auckl).2011; 5:155-62..

34. **Katherine H Rak Tkaczuk**, Nancy S Tait, Olga Ioffe, Ming Tan, Olga G Goloubeva, Stephen A Lesko, Scott F Deamond, Daobiao Zhou, Zheng P Lum, Michael J Sutula, David Van Echo, Paul O P Ts'o Computer assisted quantitative immunofluorescence of tumor tissue marker expression and clinical outcome to chemotherapy in advanced breast cancer patients. Greenebaum Cancer Center, University of Maryland School of Medicine, Baltimore, USA. Journal Article: Discovery medicine 07/2011; 12(62):33-40.

35. Husain ZA, Mahmood U, Hanlon A, Neuner G, Buras R, **Tkaczuk K**, Feigenberg SJ. Accelerated partial breast irradiation via brachytherapy: a patterns-of-care analysis with ASTRO consensus statement groupings. Brachytherapy. 2011 Nov-Dec;10(6):479-85.

36. Usama Mahmood, Christopher Morris, Geoffrey Neuner, Matthew Koshy, Susan Kesmodel, Robert Buras, Saranya Chumsri, Ting Bao, **Katherine Tkaczuk**, Steven Feigenberg. Similar Survival with Breast Conservation Therapy or Mastectomy in the Management of Young Women with Early Stage Breast Cancer. International journal of radiation oncology, biology, physics. 01/2012;

37. Ginette Serrero, Douglas M. Hawkins, Binbin Yue, Olga Ioffe, Pablo Bejarano, Jeffrey T. Phillips, Jonathan F. Head5, Robert L. Elliott5, **Katherine R. Tkaczuk**3, Andrew K. Godwin6, JoEllen Weaver, Wes E. Kim Progranulin (GP88) tumor tissue expression is associated with increased risk of recurrence in breast cancer patients diagnosed with estrogen receptor positive invasive ductal carcinoma. Breast Cancer Res. 2012 Feb 8;14(1):R26

38. Nichols EM, Feigenberg SJ, Marter K, Cheston SB, Lasio G, **Tkaczuk K**, Kesmodel S, Buras R, Regine WF. Preoperative Radiation Therapy Significantly Increases Patient Eligibility for Accelerated Partial Breast Irradiation Using 3D-conformal Radiotherapy. Am J Clin Oncol. 2012 Apr 30.

39. Griffith KA, Royak-Schaler R, Nesbitt K, Zhan M, Kozlovsky A, Hurley K, Pelser C, **Tkaczuk KH**, Ryan AS.A culturally specific dietary plan to manage weight gain among African American breast cancer survivors: A feasibility study. Nutr Health. 2012 Apr;21(2):97-105.

40. Mahmood U, Hanlon AL, Koshy M, Buras R, Chumsri S, **Tkaczuk KH**, Cheston SB, Regine WF, Feigenberg SJ Increasing National Mastectomy Rates for the Treatment of Early Stage Breast Cancer. Ann Surg Oncol. 2012 Nov 8.

41. Jean A Yared and **Katherine HR Tkaczuk** Update on taxane development: new analogs and new formulations Drug Des Devel Ther. 2012; 6: 371–384.

42. Reese AS, Feigenberg SJ, Husain A, Webb TJ, Hausner PF, Edelman MJ, Feliciano J, **Tkaczuk KH**, Sharma NK.Stereotactic Ablative Radiotherapy (SABR): Impact on the Immune System and Potential for Future Therapeutic Modulation.Mol Cell Pharmacol. 2013 Jan 1;5(1):19-25.PMID: 25126157

43. Bao T, Cai L, Giles JT, Gould J, Tarpinian K, Betts K, Medeiros M, Jeter S, Tait N, Chumsri S, Armstrong DK, Tan M, Folkerd E, Dowsett M, Singh H, **Tkaczuk K**, Stearns V.A dual-center randomized controlled double blind trial assessing the effect of acupuncture in reducing musculoskeletal symptoms in breast cancer patients taking aromatase inhibitors. Breast Cancer Res Treat. 2013 Feb 8.

44. Bao T, Cai L, Snyder C, Betts K, Tarpinian K, Gould J, Jeter S, Medeiros M, Chumsri S, Bardia A, Tan M, Singh H, **Tkaczuk KH**, Stearns V. Patient-reported outcomes in women with breast cancer enrolled in a dual-center, double-blind, randomized controlled trial assessing the effect of acupuncture in reducing aromatase inhibitor-induced musculoskeletal symptoms. Cancer. 2014 Feb 1;120(3):381-9. doi: 10.1002/cncr.28352. Epub 2013 Dec 23.PMID: 24375332

45. Cao Q, Hersl J, La H, Smith M, Jenkins J, Goloubeva O, Dilsizian V, **Tkaczuk K**, Chen W, Jones L.A pilot study of FDG PET/CT detects a link between brown adipose tissue and breast cancer.BMC Cancer. 2014 Feb 25;14:126. doi: 10.1186/1471-2407-14-126.PMID: 24564204

46. Chumsri S, Sabnis G,**Tkaczuk K**, Brodie A. mTOR inhibitors: changing landscape of endocrine-resistant breast cancer. Future Oncol. 2014 Feb; 10(3):443-56. doi: 10.2217/fon.13.178. Review.PMID: 24559450

47. Sohn S, Tiper I, Japp E, Sun W, **Tkaczuk K**, Webb TJ. Development of a qPCR method to rapidly assess the function of NKT cells.J Immunol Methods. 2014 May; 407:82-9.doi: 10.1016/j.jim.2014.03.026. Epub 2014 Apr 12.PMID: 24721393

48. Bhatnagar B, Gilmore S, Goloubeva O, Pelser C, Medeiros M, Chumsri S, **Tkaczuk K**, Edelman M, Bao T. Chemotherapy dose reduction due to chemotherapy induced peripheral neuropathy in breast cancer patients receiving chemotherapy in the neoadjuvant or adjuvant settings: a single-center experience. Springerplus. 2014 Jul 16;3: 366. doi: 10.1186/2193-1801-3-366.eCollection 2014.PMID: 25089251

49. Baron KB, Brown JR, Heiss BL, Marshall J, Tait N, **Tkaczuk KH**, Gottlieb SS.Trastuzumab-induced cardiomyopathy: incidence and associated risk factors in an inner-city population. J Card Fail. 2014 Aug; 20(8):555-9. doi: 10.1016/j.cardfail.2014.05.012. Epub 2014 Jun 4PMID: 24905295

50. Kalsi R, Feigenberg S, Kwok Y, **Tkaczuk K**, Mehta M, Chumsri S.Brain metastasis and response to ado-trastuzumab emtansine: a case report and literature review. Clin Breast Cancer. 2015 Apr;15(2):e163-6. doi: 10.1016/j.clbc.2014.10.003. Epub 2014 Oct 19. Review. PMID: 2545474

51. SeonYoon Chung, Shijun Zhu, Erika Friedmann, Catherine Kelleher, Adriane Kozlovsky, Karen W. Macfarlane, **Katherine H. R. Tkaczuk**, Alice S. Ryan, Kathleen A. Griffith; Weight loss with mindful eating in African American women following treatment for breast cancer: a longitudinal study; Support Care Cancer, DOI 10.1007/s00520-015-2984-2,13 Oct 2015

52. Weinstock C, Campassi C, Goloubeva O, Wooten K, Kesmodel S, Bellevance E, Feigenberg S, Ioffe O, **Tkaczuk KH.** Breast magnetic resonance imaging (MRI) surveillance in breast cancer survivors. Springerplus. 2015 Aug 28;4:459. doi: 10.1186/s40064-015-1158-5. Collection 2015.PMID: 26322264

53. Sun W, Wang Y, East JE, Kimball AS, **Tkaczuk K**, Kesmodel S, Strome SE, Webb TJ. Invariant natural killer T cells generated from human adult hematopoietic stem-progenitor cells are poly-functional. Cytokine. 2015 Mar;72(1):48-57. doi: 10.1016/j.cyto.2014.12.009. Epub 2015 Jan 5.PMID: 25569376

54. Kesmodel SB, Goloubeva OG, Rosenblatt PY, Heiss B, Bellavance EC, Chumsri S, Bao T, Thompson J, Nightingale G, Tait NS, Nichols EM, Feigenberg SJ, **Tkaczuk KH.** Patient-reported adherence to adjuvant aromatase inhibitor therapy using the Morisky Medication Adherence Scale: an evaluation of baseline predictors. Am J Clin Oncol 2016 Jun 17. PMID: 27322700

55. Lin JY, Bluebond-Langner R, Choi E, Cheston S, Nichols EM, Cohen RJ, Bentzen SM, Drogula C, Kesmodel S, Bellavance E, Rosenblatt R, **Tkaczuk K**, Slezak S, Feigenberg SJ. Effect of reduction mammoplasty on acute radiation side effects and use of lumpectomy cavity boosts. Practical Radiation Oncology. 2017 Jan 7. PMID: 28214145

56. Nichols E, Kesmodel SB, Bellavance E, Drogula C, **Tkaczuk K**, Cohen RJ, Citron W, Morgan M, Staats P, Feigenberg S, Regine WF. Preoperative Accelerated Partial Breast Irradiation for Early-

Stage Breast Cancer: Preliminary Results of a Prospective, Phase 2 Trial.  Int J Radiat Oncol Biol Phys. 2017 Mar 15;97(4):747-753.  PMID: 28244410

57. Hessler LK, Molitoris JK, Rosenblatt P, Bellavance EC, Nichols E, **Tkaczuk KHR**, Feigenberg SJ, Bentzen SM, Kesmodel SB.  Factors Influencing Management and Outcome in Patients with Occult Breast Cancer with Axillary Lymph Node Involvement:  Analysis of the National Cancer Database. Accepted for Publication, Ann Surg Oncol, May 26, 2017.

58. Prevalence and risk of skeletal complications and use of radiation therapy in elderly women diagnosed with metastatic breast cancer. Hussain A, Yong C, **Tkaczuk KHR**, Qian Y, Arellano J, Mullins CD, Onukwugha E. PLoS One. 2018 Mar 1;13(3):e0193661. doi: 10.1371/journal.pone.0193661.Collection 2018.

59. Enhanced cancer therapy with cold-controlled drug release and photothermal warming enabled by one nanoplatform. Wang H, Agarwal P, Liang Y, Xu J, Zhao G, **Tkaczuk KHR**, Lu X, He X.Biomaterials. 2018 Oct

60. Neratinib in Combination With Trastuzumab for the Treatment of Patients With Advanced HER2-positive Breast Cancer: A Phase I/II Study. Blackwell KL, Zaman K, Qin S, **Tkaczuk KHR**, Campone M, Hunt D, Bryce R, Goldstein LJ; 202 Study Group. Clin Breast Cancer. 2018 Dec 20

61. Trends in utilization of hypofractionated whole breast irradiation (HF-WBI) in triple negative breast cancer (TNBC): a national cancer database (NCDB) analysis. Rice SR, Feigenberg SJ, Hamza M, Molitoris JK, Bentzen SM, **Tkaczuk KHR**, Rosenblatt PM, Bellavance EC, Nichols EM. Breast Cancer Res Treat. 2019 Feb 22

62. Association of Serum Progranulin Levels with Disease Progression, Therapy Response and Survival in Patients With Metastatic Breast Cancer. **KHR Tkaczuk**, D Hawkins, B Yue, D Hicks, Tait N, Serrero G.- Clinical Breast Cancer 2019 Dec 5.

63. ANG1005, a brain penetrating peptide-drug conjugate, shows activity in patients with breast cancer with leptomeningeal carcinomatosis and recurrent brain metastases-Priya Kumthekar, Shou-Ching Tang, Andrew J Brenner, Santosh Kesari, David E Piccioni, Carey K. Anders, Jose A Carrillo, Pavani Chalasani, Peter Kabos, Shannon L. Puhalla, **Katherine H R Tkaczuk**, Agustin Garcia, Manmeet S Ahluwalia, Jeffrey S. Wefel, Nehal Lakhani and Nuhad K Ibrahim, Clin Cancer Res January 22 2020

**Books/Chapters**

1. Jarrell B E, Carter WB, Berg W, **Tkaczuk KH**.  Breast Disorders. In: National Medical Series for Independent Study: Surgery Casebook. Baltimore, Maryland. Lippincott Williams & Wilkens, 2003.

2. Fontanilla E, **Tkaczuk K.**  Oncologic Diseases.  In:  Wolfsthal's (ed) NMS-Medicine.  Sixth Edition, Chapter 4, Lippincott, Williams and Wilkins, Baltimore, Maryland, 2008.

3. **Tkaczuk K**, Moore C, Macharia T. Oncologic Diseases.  In:  Wolfsthal's (ed) NMS-Medicine.  Sixth Edition, Chapter 4, Lippincott, Williams and Wilkins, Baltimore, Maryland, in press, 2010.

4. **Tkaczuk, Kesmodel, Feigenberg**, Demos Publishing Company, 1st Edition Handbook of Breast Cancer and Relater Breast Diseases, 12/2016.

5. Hormonal Therapies Alone and in Combinations for Treatment of Breast Cancer
**AMY FULTON, KHR TKACZUK** -Cancer Pharmacology: An Illustrated Manual of Anticancer Drugs, edited by Ashkan Emadi, MD, PhD, Judith E. Karp, MD , 2019 - books

**Research Support**

**Ongoing**

**1403GCCC** An Umbrella Protocol for tissue collection from PTS with Breast Cancer, or suspected DX of BC or Normal Subjects

**1594GCC**: An Open-Label, Single-Arm, Phase II Study of Pertuzumab with High-Dose Trastuzumab for the Treatment of CNS Progression Post-Radiotherapy in Pts with HER2-Positive MBC (Patricia)

**1683GCC**: A Safety and tolerability Study of SGN-LIV1A in MBC Patients

**1704GCC**: Etirinotecan Pegol (NKTR-102) vs Treatment of Physician's Choice (TPC) in pts with MBC with stable CNS mets.

**1709GCCC**: Phase 2 Study of the Safety, Efficacy, and Pharmacokinetics of G1T28 in Patients with Metastatic Triple Negative Breast Cancer Receiving Gemcitabine and Carboplatin Chemotherapy

**1789GCCC**: Factors associated with aromatase inhibitor-associated musculoskeletal symptoms (AIMSS)

**1791GCCC**: Phase III study of Ipatasertib in combination with Paclitaxel vs Paclitaxel in MBC pts.

**17102GCCC**: Phase 1b/2 of SGN-LIV1A in Combination with Pembrolizumab in MBC pts.

**1808GCCC**: Tesetaxel + Capecitabine vs. Capecitabine in HER2 Negative, HR+, MBC (CONTESSA)

**1894GCCC**: Testing a new targeted therapy (DS-8201a) vs SOC chemo/antiHER2 therapy for pts with HER2+ MBC who failed TDM-1.

**18119GCCC**: Phase 1 study of the combination of Rogaratinib+Copanlisib in pts with FGFR-positive, locally advanced or metastatic solid tumors.

**18109GCCC**: ANG1005 vs SOC therapy in Leptomeningeal Disease from MBC

**1949GCCC**: GP-88 A Prospective Blood Sampling trial in MBC receiving SOC therapy

**1950GCCC**: Phase 1 first in human study of humanized monoclonal antibody to GP-88 in pts advanced solid tumor malignancies, with expansion cohorts in TNBC, HR resistant BC, NSCLCA and mesothelioma.

**Recently Completed**

**0107GCC** Determination of the level of Circulating PC-Cell Derived Growth Factor (PCDGF) in Breast Cancer Patients

**0777 GCC**:  Antiemetic Efficacy of Tens unit At P6 Acupoint in the Treatment of chemotherapy Induced Nausea and vomiting In Stage 1-3 Breast Cancer pts receiving adjuvant/neoadjuvant Chemotherapy.

**1016GCC:** The role of NKT cells in Breast Cancer Pts and Healthy Volunteers

**1167GCC**: Aims and Audiologic Abnormalities after Aromatase Inhibitor Use.

**0927GCC**: Neoadjuvant Entinostat and Anastrozole in Triple Negative Breast Cancer.

**0967GCC**: Relationship between Vitamin D deficiency and breast cancer histology

**1051GCC** Patient-reported adherence to AI adjuvant therapy for stage (1-3) breast cancer: An evaluation of baseline predictors

**1019GCC:** Retrospective Study of MRI imaging in young breast cancer survivors

**1303GCC**: Trastuzmab & Pertuzumab alone or combo w/HT or chemo w/Eribulin in women aged >=60 with HER2/neu overexpression local advanced/MBC

**1380GCC**: GP-88 as Screening Test for Breast Cancer.

**1486GCC:** A Phase II, Open-Label, Multi-Center Study of ANG1005 in Breast Cancer Patients with Recurrent Brain Metastases [ANG1005-CLN-04

**1432GCC:** Phase 2 Study of Ruxolitinib/Placebo in Combination with Capecitabine in Subjects with Previously Treated Advanced Breast Cancer

**1378GCC:** PUMA-NER-1301: A Study of Neratinib plus Capecitabine Versus Lapatinib Plus Capecitabine

**1430GCC:** A Randomized Study of CDX-011 in Patients with Metastatic, GPNMB Over-Expressing, Triple-Negative Breast Cancer

**1540GCC:** Background parenchymal enhancement on contrast enhanced breast MRI and its association with known breast cancer risk factors.

**1601GCC:** Incidence and Severity of Diarrhea in Patients with Early-Stage HER2+ Breast Cancer Treated With Neratinib and Loperamide

**1604GCC:** Folate Receptor Alpha Peptide Vaccine with GM-CSF in Patients With Triple Negative Breast Cancer

**1645GCC:** Talazoparib (BMN 673), a PARP Inhibitor, in Advanced and/or Metastatic Breast Cancer Patients with BRCA Mutation (EMBRACA Study)

**Completed Research Support**

Maryland Industry Partnerships          3/2014-3/2015
GP-88 as a Screening Test for Breast Cancer
Role: Principal Investigator

Maryland Industrial Partnerships          2/2008-3/2010
Clinical Studies of Drug Response Indicator Test
Role: Principal Investigator

Maryland Industrial Partnerships          5/2005-6/2007
Serum PCDGF/GP88 in Breast Cancer Patients
Role: Principal Investigator

Maryland Industrial Partnerships          5/2007-6/2009
Serum PCDGF/GP88 in Breast Cancer Patients
Role: Principal Investigator

**Multiple other completed research clinical trials by CALGB, Alliance, US Intergroup and various other sponsors between 1992-2021.**

**Prior Testimony**
1) Rona and Rex Shaw v. Dorothy Min and The Downtown Women OBGYN Associates, LLP; Case #: 1:2015 cv 05154; Southern District of New York.



Attachment B

# METABOLIC Plan of Care

## *CELLULAR THERAPY*

### DIETARY SUPPLEMENT PRODUCTS

*DetoxHerb-1, DetoxHerb-2, DetoxHerb-PI, DetoxHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, Hyprotein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate*

### COMPANY

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

### PLEASE DOWNLOAD AT

www.goldensunrisenutraceutical.com
**"TREATMENT"**

**METABOLIC Plan of Care**
*CELLULAR THERAPY*

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet ……………………………………………………………………... | Title Page |
| Table of Contents ………………………………………………………………… | 1 |
| 1.0 Introduction ………………………………………………………………….. | 2 |
| 2.0 Indications and Usage …………………………………………………….. | 2 |
| 3.0 Instruction for the Treatment …………………………………………….. | 2 |
| 4.0 Treatment, Dosage, and Administration …………………………………… | 3 |
| 4.1 Administration and Dosage of ImunStem and Aktiffvate ………….. | 6 |
| 4.2 Administration and Dosage of DetoxHerbs ………………………….. | 6 |
| 4.3 Administration and Dosage of AnterFeerons ……………………….. | 7 |
| 4.4 Administration and Dosage of $C_R$Protein ………………………….. | 7 |
| 4.5 Administration and Dosage of HyProteins ………………………….. | 7 |
| 4.6 Administration and Dosage of LyProtein …………………………….. | 8 |
| 4.7 Treatment Interval and Duration of METABOLIC Plan of Care …… | 8 |
| 5.0 Warning and Precautions …………………………………………………. | 8 |
| 6.0 Therapeutic Response ……………………………………………………... | 8 |
| 6.1 Expected Response DetoxHerbs, AnterFeerons, $C_R$Protein, ………….. HyProteins, and LyProtein | 8 |
| 6.2 Adverse Sensitivity Response of ImunStem and Aktiffvate ………….. | 9 |
| 7.0 Clinical Pharmacology ……………………………………………………. | 9 |
| 7.1 Mechanism of Action ………………………………………………….. | 9 |
| 7.2 Pharmacokinetics ……………………………………………………… | 10 |
| 8.0 Results of Patients after Treatment …………………………………….. | 10 |
| 9.0 Storage, Handling, and Products ………………………………………… | 10 |
| 9.1 Storage and Stability …………………………………………………... | 10 |
| 9.2 Product Classification ………………………………………………….. | 10 |
| 10.0 Attachment Labels ……………………………………………………….. | 11 |
| 11.0 How Supplied …………………………………………………………….. | 11 |
| 11.1 Packaging ……………………………………………………………. | 11 |

## 1.0 INTRODUCTION

Golden Sunrise Nutraceutical metabolic therapies will treat ***Serious or Life-threatening*** conditions. These conditions result from an accumulation of toxins in the body from food additives, preservatives, pesticides, prescription drugs, and industrial pollution that disrupt the immune system and cell metabolism. Regenerating the cellular metabolic abnormalities with plant based botanicals found in the ***METABOLIC Plan of Care*** is the basis for the remarkable improvement for human health.

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA). The FDA formed a new department called Regenerative Medicine Advance Therapy because of the law enacted by the 114th United States Congress in December 2016 called the 21st Century Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells. They provide the building blocks for the cells to transform the crippled metabolic pathways back to the normal condition and allow the cells to perform the normal functions which they were designed to perform. ***Serious or Life-threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0 INDICATIONS AND USAGE

The administration of herbal / botanical ***METABOLIC Plan of Care*** treatments for human health has led to the benefit of metabolic syndrome treatments from plant based materials. ***ImunStem***, ***Aktiffvate***, ***DetoxHerbs***, and ***AnterFeerons*** treatments have been of great value to patients that only use herbal / botanical products for overall health. This has led to improved outcomes for patients.

***METABOLIC Plan of Care*** treatment begins with the use of ***ImunStem*** and ***Aktiffvate*** to improve the immune system function. Then the administration of ***DetoxHerbs*** are given to flush the system and aim at arresting the development of the metabolic disorders. The treatments are continued in order to support the elimination of metabolic disorders.

FIRST AND FOREMOST, ***IMUNSTEM***, ***AKTIFFVATE***, AND ***METABOLIC Plan of Care***, MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

Once a medical evaluation of the patient has been completed and reviewed, those patients whose medical history and current medical condition is appropriate for treatment with ***METABOLIC Plan of Care*** will receive the product as follows:

### 3.0 INSTRUCTIONS FOR THE TREATMENT

Before starting the *ImunStem* and *Aktiffvate* the patient must be in stable condition and the diagnosis must be established as thoroughly as possible. This prepares the treating health professional, and the patient as well, for expected changes that can occur because of the disease process, thus avoiding possible confusion which might erroneously be attributed to the Golden Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as well) is necessary because the health professional can often appreciate improvement in areas that are ignored by the patient. For example, the patient may be discouraged by little improvement in their hand arthritis but when asked, they may acknowledge improvement in their back pain, or energy level or insomnia, etc.

The *ImunStem* and *Aktiffvate* are the primary herbs of the whole program to begin the detoxification and repairing of the cells at the cell level. They prepare the immune system to respond appropriately to the Golden Sunrise Nutraceutical herbal / botanical products used in the *METABOLIC Plan of Care* protocol. Noticeable changes will occur when using *ImunStem* and *Aktiffvate*, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc. In perhaps 2–3% of patients starting the *ImunStem* and *Aktiffvate*, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc. These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2–7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the *ImunStem* and the *Aktiffvate*, the dose usually needs to be started at a reduced dose.

In the *METABOLIC Plan of Care* the "Treatment, dosage and administration" call for "an initial five (5) sessions". Each session has two (2) bottles. The first bottle in each session are designed to reinforce and build upon what the *ImunStem* and *Aktiffvate* have started, e.g. nourishing the cells and flushing the toxins. But it is done in a much more powerful way. The second bottle in each session prompts the natural flushing action of the body, that is vomiting and / or diarrhea to flush out the toxins (there can also be nasal discharge and coughing up sputum) (of interest these can be administered through a gastric tube or nasogastric tube. However, if the gastric tube was placed for dysphagia, then use of the gastric tube is contraindicated because of possible aspiration problem with vomiting). The general strength of the patient and their ability to comply with the *METABOLIC Plan of Care* protocol may limit them to the use of only the *ImunStem* and *Aktiffvate*.

### 4.0 TREATMENT, DOSAGE, AND ADMINISTRATION

First, *ImunStem* and *Aktiffvate* are taken simultaneously at ½ – ¾ dropperful, 2–4 times a day, for approximately two (2) weeks before *DetoxHerb* is administered. These products can improve the function of the immune system, as well as overall health. This step is very important, as it will maximize the effect of the *DetoxHerbs*. An initial five (5) sessions of the

*DetoxHerbs* and *AnterFeerons* are given which are designed to be given very 2–4 weeks (it is highly recommended every two (2) weeks because of the seriousness of the condition). On occasion, the interval between *DetoxHerb* sessions is not rigid, and although it is recommended to be done every 2–4 weeks, the session can be up to 1–2 months apart. Once the five (5) sessions are completed, and the patient's condition is stable and shows appropriate improvement, other Golden Sunrise Nutraceutical products will be added, usually at 2–4 weeks intervals. These additional *DetoxHerb* sessions (up to four (4) or five (5) additional treatments) will be included and are guided by the patient's response and condition.

These are high quality herbal products, some of which include *AnterFeeron*, *C$_R$Protein*, *HyProtein*, and *LyProtein*. Blood tests are at the discretion of the health professional, but it is recommended that a baseline of blood tests have been done before starting the *ImunStem* and *Aktiffvate*. Further blood tests could be done later, again at the discretion of the health professional, at two (2) weeks or four (4) weeks, etc. Before starting the five (5) initial treatment sessions with the *DetoxHerbs*, it is extremely important to verify if the patient is constipated. This needs to be corrected as well as possible beforehand, because the ability of the bowels to flush is the primary way of ridding the body of the toxins.

The "initial five (5) sessions" for the *DetoxHerbs* and *AnterFeerons* consist of:

Liquids
Session #1: *DetoxHerb-1* and *DetoxHerb-2*

Liquids
Session #2: *DetoxHerb-1* and *DetoxHerb-2*, or *AnterFeeron-1* and *AnterFeeron-2*

Capsules and Liquids
Session #3, #4, & #5: *DetoxHerb-PI* and *DetoxHerb-NR*, or *AnterFeeron-1* and *AnterFeeron-2*

Each session is preferably 2-4 weeks apart. The interval may be shorter if the patient is extremely sick, but stable enough to tolerate the vomiting / diarrhea process.

The interval between *DetoxHerb* sessions is not rigid and although it is recommended to be every 2–4 weeks apart, they can be up to 1–2 months apart. The recommended sequence of the Golden Sunrise Nutraceutical herbal / botanical products can be interrupted with a different herbal / botanical products, usually *AnterFeeron-1* and *AnterFeeron-2* in either session #2, #4, or session #5, if the patient is not showing the expected flushing response of vomiting and / or diarrhea. A poor flushing response indicates that the patient is not ridding the body of the toxins appropriately. What is not "enough"? Perhaps only one (1) or two (2) episodes of diarrhea / bowel movements? It should be noted, however, that it is common not to have any vomiting in these sessions, so diarrhea episodes are more telling of the effectiveness of each session. The

reason to interject the ***AnterFeeron*** early into the sequence is because it usually promotes the desired flushing response (besides fighting infection).

The other very important information to monitor after each session are the patient's symptoms. Generally, they should feel stronger or more energy, etc. within 1–2 days after each session, indicating a proper response to each session as well. Frequently the lab / scanning results will lag behind the improvement in the patient's symptoms.

For the liquid ***DetoxHerbs*** and ***AnterFeerons***, it is important to instruct the patient to walk around, if they can, in 5–10 minutes after swallowing the first one fluid ounce (1 fl.oz.) bottle. In this short time there is frequently a better alertness or sense of energy, and if there are any pain issues, they are noticeably improved or completely resolved. Pointing this out to the patient is a quick positive reinforcer and encouragement of the effectiveness of the Golden Sunrise Nutraceutical herbal / botanical products. Perhaps five (5%) percent of patients will also notice, after the first bottle, better visual acuity or a "brightness" in the colors around them (indicating penetration of the Golden Sunrise Nutraceutical herbs across the blood-brain barrier into the central nervous system).

The duration of the flushing with the vomiting / diarrhea, generally lasts from 6-18 hours and rarely up to forty-eight (48) hours. The onset and duration of the vomiting / diarrhea after the second bottle in each session, varies not only for each person, but may also vary for the same person from session to session. Usually the onset is within thirty (30) minutes after ingesting the second bottle in each session, but it may not begin perhaps for up to six (6) hours. The ***ImunStem*** and ***Aktiffvate*** should not be taken on the same day of the session (the ***ImunStem*** and ***Aktiffvate*** will simply be flushed out) or the day after each session. It is advised that the patient should be fasting before the sessions except for liquids. It is also best to start the sessions in the morning, in order to hopefully avoid interrupting their sleep at night.

For any of the sessions, advise the patients to have some type of liquid electrolyte replenisher on hand, e.g., Gatorade, Coconut water, etc. to replace the diarrheal losses. Without this, typical dehydration symptoms can ensue, such as headaches, leg cramps, dizziness, weakness, etc. Finally, for the liquid Golden Sunrise Nutraceutical herbal products in the first two (2) sessions of each protocol, direct the patient to pour the contents into a drinking glass instead of drinking it directly from the original one fluid ounce (1–fl.oz.) bottle provided. The liquid herbs must be drunk as quickly as possible, like a shot of liquor, without sniffing it or holding it in the mouth at all. Some people may need to be advised to pinch their nostrils to avoid smelling the herbal products as they swallow them. Have a glass or bottle of water on hand to wash it down immediately. Water, not milk or juices, generally helps better for the after–taste. Be careful to avoid too much water, because becoming water-logged can cause nausea as well. If the throat is very irritated, sucking on honey or syrup to coat the throat afterwards can be helpful. There have been few problems encountered in this process. However, some patients who have asthma

have experienced bronchospasm. Taking 1–2 puffs of their rescue inhaler before swallowing the liquid herbs has avoided or minimized this reaction.

The other Golden Sunrise Nutraceutical herbal products, most of which are given after the initial five (5) sessions of treatment, are included in the price of the *METABOLIC Plan of Care* protocol. They include *AnterFeeron* (the *AnterFeeron-I* and *AnterFeeron-II* must be given in the same session), *C_RProtein*, *HyProtein*, and *LyProtein*. They can be given in any order after the first five (5) sessions every 2–4 weeks. Many of them can also cause the same flushing response as the Golden Sunrise Nutraceutical herbal products used in the initial five (5) sessions. These are designed primarily to improve nourishing and building the immune system.

Lastly, it must be said, that the ability to heal by any discipline is influenced by numerous factors. This is no different with the healing properties of these herbs. Crucial factors, some of which are stress, diet, exercise, socioeconomic and psychological conditions, as well as family / friend support, affect the response to any healing modality for each person. Addressing these are required to help enhance the degree of healing that can occur for each person.

## 4.1   Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of *ImunStem* and *Aktiffvate* 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, *ImunStem* can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾ dropperful of *Aktiffvate* should be administered with similar monitoring.

**ImunStem** and **Aktiffvate** are liquid form:

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---------|------|------------------------|--------------|
| *ImunStem* | 1 ml | ½ - ¾ | 1–4 |
| *Aktiffvate* | 1 ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and / or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

## 4.2   Administration and Dosage of *DETOXHERBS*

Take one fluid ounce (1 fl.oz.) of *DetoxHerb–1*. Medical staff should monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of *DetoxHerb–1*. Next take one fluid ounce (1 fl.oz.) of *DetoxHerb–2*, the same dosage. Again medical staff should monitor the patient for thirty (30) minutes following ingestion of *DetoxHerb–2*.

*DetoxHerb–1* and *DetoxHerb–2* are liquid form:

| Product | Dose |
|---------|------|
| *DetoxHerb-1* | 1 fl.oz. |
| *DetoxHerb-2* | 1 fl.oz. |

Take twenty-five (25) capsules of *DetoxHerb–PI*, ideally within fifteen (15) minutes. After fifteen (15) minutes take, twenty (25) capsules of *DetoxHerb–NR*, ideally within fifteen (15) minutes.

*DetoxHerb–PI* and *DetoxHerb–NR* are powder form:

| Product | Dose |
|---------|------|
| *DetoxHerb-PI* | 25 capsules |
| *DetoxHerb-NR* | 25 capsules |

## 4.3 Administration and Dosage of *ANTERFEERONS*

Take one fluid ounce (1 fl.oz.) of *AnterFeeron–1*. Then in forty-five (45) minutes to one (1) hour following ingestion of *AnterFeeron–1*, take one fluid ounce (1 fl.oz.) of *AnterFeeron–2*, administered in the same dose.

*AnterFeeron–1* and *AnterFeeron–2* are liquid form:

| Product | Dose |
|---------|------|
| *AnterFeeron-1* | 1 fl.oz. |
| *AnterFeeron-2* | 1 fl.oz. |

## 4.4 Administration and Dosage of $C_RPROTEIN$

Take one fluid ounce (1 fl.oz.) of *$C_RProtein$*. Medical staff may monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of *$C_RProtein$*.

*$C_RProtein$* is liquid form:

| Product | Dose |
|---------|------|
| *$C_RProtein$* | 1 fl.oz. |

## 4.5 Administration and Dosage of *HYPROTEINS*

Take twenty-four (24) capsules of *HyProtein–1* (ideally take each dose of twenty-four (24) capsules within a fifteen (15) minute space of time). After thirty (30) minutes, take twenty-four (24) capsules of *HyProtein–2*. After thirty (30) minutes, take twenty-four (24) capsules of *HyProtein–3*. After five (5) hours, take twenty-four (24) capsules of *HyProtein–4* (½ of the bottle). After another five (5) hours, take the last twenty-four (24) capsules of *HyProtein–4*.

*HyProteins* are powder form:

| Product | Dose |
|---------|------|
| *HyProtein-1* | 24 capsules |
| *HyProtein-2* | 24 capsules |
| *HyProtein-3* | 24 capsules |

**METABOLIC Plan of Care**
*CELLULAR THERAPY*

| | |
|---|---|
| *HyProtein-4* | 24 capsules |

### 4.6 Administration and Dosage of *LYPROTEINS*

Take twenty-five (25) capsules of *LyProtein*, ideally within fifteen (15) minutes. After fifteen (15) minutes, take the last twenty-five (25) capsules of *LyProtein*, ideally within fifteen (15) minutes.

**LyProtein is powder form:**

| Product | Dose |
|---|---|
| *LyProtein* | 50 capsules |

### 4.7 Treatment Interval and Duration of *METABOLIC Plan of Care*

The basic treatment recommended by Golden Sunrise Nutraceutical for cancer requires five (5) initial sessions of herbal (botanical) products (usually including *DetoxHerb–1*, *DetoxHerb–2*, *DetoxHerb–PI*, *DetoxHerb–NR*, *AnterFeeron–1*, and *AnterFeeron–2*). These are recommended to be taken every 2–4 weeks apart. Then additional sessions (up to four (4) or five (5) more) will be included, if warranted by the patient's response and condition, with other high quality herbal products (some of which include *C$_R$Protein*, *HyProteins*, and *LyProtein*). These are also recommended to be taken every 2–4 weeks apart.

The *METABOLIC Plan of Care* is designed to modify or reverse the abnormal metabolic process at the cellular level which are the source of all of our diseases. The *METABOLIC Plan of Care* is also designed as a preventative plan of care to arrest or reverse the metabolic abnormalities at the cellular level leading to the development of cancer cells. Then every 6–12 months a detoxification Golden Sunrise Nutraceutical herbal treatment session will be recommended as a preventative for different disease pathways as well as a prevention for cancer emergence. *ImunStem* and *Aktiffvate* will be continued indefinitely, but tapered to a lower dose, for example, ¼ dropperful of each every other day.

## 5.0 WARNING AND PRECAUTIONS

ADMINISTRATION OF *IMUNSTEM*, *AKTIFFVATE*, *DETOXHERBS*, *ANTERFEERONS*, *C$_R$PROTEIN*, *HYPROTEINS* AND *LYPROTEIN* SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL *METABOLIC PLAN OF CARE* IS BASED ON MEDICAL EVALUATION OF THE PATIENT, AND LABORATORY RESULTS. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

## 6.0 THERAPEUTIC RESPONSE

### 6.1 Expected Response of *DetoxHerbs, AnterFeerons, C$_R$Protein, HyProteins, and LyProtein*

The *METABOLIC Plan of Care* process can promote the body's natural cleansing process which usually will include responses such as nausea, vomiting, diarrhea, and mucus

discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, such as headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *METABOLIC Plan of Care*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**6.2 Adverse Sensitivity Response of *ImunStem and Aktiffvate***
• *ImunStem* and *Aktiffvate* can cause severe allergic skin rashes.
• Vomiting.
• In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
• A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides. If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.

## 7.0 CLINICAL PHARMACOLOGY

### 7.1 Mechanism of Action
Golden Sunrise Nutraceutical produces herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the Golden Sunrise Nutraceutical products intact across all cell membranes. This also includes the blood-brain barrier, which allows its efficacy and activity for the central nervous system.

Golden Sunrise Nutraceutical products possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes. In-vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

The technology developed by Golden Sunrise Nutraceutical is the key for the various herbs' effectiveness on the immune system and cellular metabolism. They have immune-stimulating properties. In-vivo studies on treated patients demonstrate increasing repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and

phagocytic activity and synthesis of helper cell function. Golden Sunrise Nutraceutical products have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) chemical induced damage. These herbs have a variety of effects including anti-oxidant activity and anti-inflammatory properties.

Golden Sunrise Nutraceutical products can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. For example, blood pressure level is directly linked to the sympathetic nervous system and the normalizing of blood pressure levels exhibited following administration of Golden Sunrise Nutraceutical products are compatible with the stabilization of the sympathetic nervous system activity. Golden Sunrise Nutraceutical products reduces inflammation by affecting immune responsiveness through neuroendocrine factors. Improvement of balance problems, a side effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function. Golden Sunrise Nutraceutical products have affected bone metabolism by demonstrating improved bone density in patients with osteoporotic bone. Numbers based on densitometry have shown a reversal in L1–L4 from –3.6% to 3.4% in 1–year.

### 7.2 Pharmacokinetics

Golden Sunrise Nutraceutical products are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because Golden Sunrise Nutraceutical products readily passes through membrane tissue by passive diffusion.

The Golden Sunrise Nutraceutical dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 8.0 RESULTS OF PATIENTS AFTER TREATMENT

Please download at www.goldensunrisenutraceutical.com under "**TREATMENT**" and click "*Insulin Resistance Cellular Restorative Results*".

## 9.0 STORAGE, HANDLING, AND PRODUCTS

### 9.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: *METABOLIC Plan of Care* is chemically stable for two (2) years at room temperature. Do not freeze.

### 9.2 Product Classification

Dietary Supplement.

**METABOLIC Plan of Care**
*CELLULAR THERAPY*

**10.0   ATTACHMENT LABELS**

*DetoxHerb–1*, *DetoxHerb–2*, *DetoxHerb–NR*, *DetoxHerb–PI*, *AnterFeeron–1*, *AnterFeeron–2*, *CRProtein*, *HyProtein–1*, *HyProtein–2*, *HyProtein–3*, *HyProtein–4*, *LyProtein*, *ImunStem*, and *Aktiffvate*

**11.0   HOW SUPPLIED**

**11.1   Packaging**

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| *ImunStem* | 3 bottles | 1 fl.oz. Liquid |
| *Aktiffvate* | 3 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-1* | 2 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-2* | 2 bottles | 1 fl.oz. Liquid |
| *DetoxHerb-PI* | 1 bottles | 25 capsules Powder |
| *DetoxHerb-NR* | 1 bottles | 25 capsules Powder |
| *AnterFeeron-1* | 2 bottles | 1 fl.oz. Liquid |
| *AnterFeeron-2* | 2 bottles | 1 fl.oz. Liquid |
| *LyProtein* | 1 bottles | 50 capsules Powder |
| *C$_R$Protein* | 1 bottles | 1 fl.oz. Liquid |
| *HyProtein-1* | 1 bottles | 24 capsules Powder |
| *HyProtein-2* | 1 bottles | 24 capsules Powder |
| *HyProtein-3* | 1 bottles | 24 capsules Powder |
| *HyProtein-4* | 1 bottles | 48 capsules Powder |

# *DetoxHerb–1*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Poke weed | 100mg | ** |
| Graviola | 65mg | ** |
| Turmeric | 17mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Selfheal, Chuchuhuasi, Yucca, Cat's claw, and Black pepper.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *DetoxHerb–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *DetoxHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *DetoxHerb–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*DetoxHerb–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *DetoxHerb–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *DetoxHerb–2*

## Dietary Supplement

### **WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive leaf | 110mg | ** |
| Papaya leaf | 70mg | ** |
| Vinca | 120mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Chuchuhuasi, Cat's claw, and Turmeric.

## STRUCTURE FUNCTION
### "Promote Bowel Movements"

The *DetoxHerb–2* has no side-effects.  It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges.  Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath.  These symptoms are only temporary at the time that the patient is being treated with *DetoxHerb*.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *DetoxHerb–2* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*DetoxHerb–2* dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing women.  Should you have any questions regarding the use of *DetoxHerb–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

# *DetoxHerb–PI*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *DetoxHerb–PI* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *DetoxHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *DetoxHerb–PI*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *DetoxHerb–NR*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** 350mg per capsule
**Serving Per Container:** 25 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

## STRUCTURE FUNCTION
### "Promote Bowel Movements"

The *DetoxHerb–NR* has no side-effects.  It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges.  Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath.  These symptoms are only temporary at the time that the patient is being treated with *DetoxHerb*.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women.  Should you have any questions regarding the use of *DetoxHerb–NR*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children.  To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *AnterFeeron–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *AnterFeeron*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *AnterFeeron–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*AnterFeeron–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *AnterFeeron–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *AnterFeeron–2*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

### STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *AnterFeeron–2* has no side-effects.  It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath.  These symptoms are only temporary at the time that the patient is being treated with *AnterFeeron*.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *AnterFeeron–2* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*AnterFeeron–2* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women.  Should you have any questions regarding the use of *AnterFeeron–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care
*CELLULAR THERAPY*

# $C_RProtein$

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Cat's claw | 35mg | ** |
| Selfheal | 10mg | ** |
| Rosemary | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Turmeric.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The $C_RProtein$ has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with $C_RProtein$. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of $C_RProtein$ into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

$C_RProtein$ dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of $C_RProtein$, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care
CELLULAR THERAPY

# *HyProtein–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

### SUPPLEMENT FACTS

**Serving Size:** 350mg per capsule
**Serving Per Container:** 24 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Astragalus | 95mg | ** |
| Oregano | 40mg | ** |
| Cat's claw | 70mg | ** |

** Daily Value (DV) not established.

Other ingredients: Olive leaf and Blood root.

## STRUCTURE FUNCTION
**"Support Immunity"** and **"Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**METABOLIC Plan of Care**

*CELLULAR THERAPY*

# *HyProtein–2*
## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Blood root | 55mg | ** |
| Reishi | 75mg | ** |
| Green tea | 40mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Turmeric, Pokeweed, and Garlic.

**STRUCTURE FUNCTION**
"Support Immunity" and "Boost Stamina"
"Helps Maintain Joint and Flexibility"
"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"

The *HyProtein–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *HyProtein–3*

## Dietary Supplement

### **WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Ashwagandha | 45mg | ** |
| Garlic | 60mg | ** |
| Turmeric | 30mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Ginkgo, Green tea, and Catuaba bark.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–3* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–3*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# HyProtein–4

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS

**Serving Size:** 350mg per capsule
**Serving Per Container:** 48 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| St. John's wort | 50mg | ** |
| Reishi | 30mg | ** |
| Garlic | 25mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Kudzu, Goldenseal, and Licorice root.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–4* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–4*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

METABOLIC Plan of Care
*CELLULAR THERAPY*

# *LyProtein*
## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 50 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Horse chestnut | 25mg | ** |
| Garlic | 40mg | ** |
| Turmeric | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *LyProtein* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *LyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *LyProtein*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *ImunStem*®

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

### ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *ImunStem* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *Aktiffvate*®

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

### ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *Aktiffvate* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Attachment C

## CANCER Plan of Care
### *CELLULAR THERAPY*

#### DIETARY SUPPLEMENT PRODUCTS

*KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, Hyprotein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem, and Aktiffvate*

#### COMPANY

**Golden Sunrise Nutraceutical, Inc.**
219 North E Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

#### PLEASE DOWNLOAD AT
www.goldensunrisenutraceutical.com
**"TREATMENT"**

**CANCER Plan of Care**
*CELLULAR THERAPY*

# TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet …………………………………………………………………... | Title Page |
| Table of Contents …………………………………………………………… | 1 |
| 1.0   Introduction …………………………………………………………….. | 2 |
| 2.0   Indications and Usage ……………………………………………….. | 2 |
| 3.0   Instruction for the Treatment ………………………………………. | 2 |
| 4.0   Treatment, Dosage, and Administration …………………………… | 3 |
|     4.1   Administration and Dosage of ImunStem and Aktiffvate …………. | 6 |
|     4.2   Administration and Dosage of KemoHerbs …………………………. | 6 |
|     4.3   Administration and Dosage of AnterFeerons ……………………….. | 7 |
|     4.4   Administration and Dosage of $C_R$Protein ………………………….. | 7 |
|     4.5   Administration and Dosage of HyProteins …………………………... | 7 |
|     4.6   Administration and Dosage of LyProtein ……………………………. | 8 |
|     4.7   Treatment Interval and Duration of CANCER Plan of Care ………… | 8 |
| 5.0   Warning and Precautions ……………………………………………. | 8 |
| 6.0   Therapeutic Response ……………………………………………….. | 8 |
|     6.1   Expected Response KemoHerbs, AnterFeerons, $C_R$Protein, ………….. HyProteins, and LyProtein ……………………………………………. | 8 |
|     6.2   Adverse Sensitivity Response of ImunStem and Aktiffvate …………… | 9 |
| 7.0   Clinical Pharmacology …………………………………………………. | 9 |
|     7.1   Mechanism of Action ………………………………………………….. | 9 |
|     7.2   Pharmacokinetics ……………………………………………………… | 10 |
| 8.0   Results of Patients After Treatment ………………………………….. | 10 |
| 9.0   Storage, Handling, and Products …………………………………….. | 10 |
|     9.1   Storage and Stability ………………………………………………….. | 10 |
|     9.2   Product Classification …………………………………………………. | 10 |
| 10.0   Attachment Labels …………………………………………………….. | 10 |
| 11.0   How Supplied ……………………………………………………………. | 11 |
|     11.1   Packaging …………………………………………………………….. | 11 |

## 1.0    INTRODUCTION

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a
Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA).
The FDA formed a new department called Regenerative Medicine Advance Therapy because of
the law enacted by the 114th United States Congress in December 2016 called the 21st Century
Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without
any disruption or damage to the cells because they are recognized as food. This food provides
the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and
flush out the accumulated toxins in the cells. They provide the building blocks for the cells to
transform the crippled metabolic pathways back to the normal condition and allow the cells to
perform the normal functions which they were designed to perform. ***Serious or Life-
threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular
regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0    INDICATIONS AND USAGE

The administration of herbal (botanical) ***CANCER Plan of Care*** treatments for human health
has led to the benefit of cancer treatments from plant based materials. ***ImunStem***, ***Aktiffvate***,
***KemoHerbs***, and ***AnterFeerons*** treatments have been of great value to patients that only use
herbal / botanical products for overall health. This has led to improved outcomes for patients.

***CANCER Plan of Care*** treatment begins with the use of ***ImunStem*** and ***Aktiffvate*** to improve
the immune system function. Then the administration of ***KemoHerbs*** are given to flush the
system and attempt arresting the development of the cancer. The treatments are continued in
order to support and attempt elimination of cancer cells.

FIRST AND FOREMOST, ***IMUNSTEM***, ***AKTIFFVATE***, AND ***CANCER Plan of Care***,
MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.
Once a medical evaluation of the patient has been completed and reviewed, those patients whose
medical history and current medical condition is appropriate for treatment with ***CANCER Plan
of Care*** will receive the product as follows:

## 3.0    INSTRUCTIONS FOR THE TREATMENT

Before starting the ***ImunStem*** and ***Aktiffvate*** the patient must be in stable condition and the
diagnosis must be established as thoroughly as possible. This prepares the treating health
professional, and the patient as well, for expected changes that can occur because of the disease
process, thus avoiding possible confusion which might erroneously be attributed to the Golden
Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as
well) is necessary because the health professional can often appreciate improvement in areas
that are ignored by the patient. For example, the patient may be discouraged by little
improvement in their hand arthritis but when asked, they may acknowledge improvement in

their back pain, or energy level or insomnia, etc.

The *ImunStem* and *Aktiffvate* are the primary herbs of the whole program to begin the detoxification and repairing of the cells at the cell level. They prepare the immune system to respond appropriately to the Golden Sunrise Nutraceutical herbal / botanical products used in the *CANCER Plan of Care* protocols. Noticeable changes will occur when using *ImunStem* and *Aktiffvate*, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc. In perhaps 2–3% of patients starting the *ImunStem* and *Aktiffvate*, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc. These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2–7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the *ImunStem* and the *Aktiffvate*, the dose usually needs to be started at a reduced dose.

In the *CANCER Plan of Care* the "Treatment, dosage and administration" call for "an initial five (5) sessions". Each session has 2–bottles. The first bottle in each session are designed to reinforce and build upon what the *ImunStem* and *Aktiffvate* have started, e.g. nourishing the cells and flushing the toxins. But it is done in a much more powerful way. In the case of the *KemoHerbs*, it also destroys the cancer cells. The second bottle in each session prompts the natural flushing action of the body, that is vomiting and / or diarrhea to flush out the cancer cells and toxins (there can also be nasal discharge and coughing up sputum) (of interest these can be administered through a gastric tube or nasogastric tube. However, if the gastric tube was placed for dysphagia, then use of the gastric tube is contraindicated because of possible aspiration problem with vomiting). The general strength of the patient and their ability to comply with the *CANCER Plan of Care* protocol may limit them to the use of only the *ImunStem* and *Aktiffvate*.

## 4.0   TREATMENT, DOSAGE, AND ADMINISTRATION

First, *ImunStem* and *Aktiffvate* are taken simultaneously at ½ – ¾ dropperful, 2–4 times a day, for approximately two (2) weeks before *KemoHerb* is administered. These products can improve the function of the immune system, as well as overall health. This step is very important, as it will maximize the effect of the *KemoHerbs*. An initial five (5) sessions of the *KemoHerbs* and *AnterFeerons* are given which are designed to be given very 2–4 weeks (it is highly recommended every two (2) weeks because of the seriousness of the condition). On occasion, the interval may be shortened to weekly or even more frequent intervals depending on the patient. Once the five (5) sessions are completed, and the patient's condition is stable and shows appropriate improvement, other Golden Sunrise Nutraceutical products will be added, usually at 2–4 weeks intervals. These additional *KemoHerb* sessions (up to four (4) or five (5) additional treatments) will be included and are guided by the patient's response and condition.

These are high quality herbal products, some of which include *AnterFeeron*, *C$_R$Protein*, *HyProtein*, and *LyProtein*.  Blood tests are at the discretion of the health professional, but it is recommended that a baseline of blood tests have been done before starting the *ImunStem* and *Aktiffvate*.  Further blood tests could be done later, again at the discretion of the health professional, at two (2) weeks or four (4) weeks, etc….  Before starting the five (5) initial treatment sessions with the *KemoHerbs*, it is extremely important to verify if the patient is constipated.  This needs to be corrected as well as possible beforehand, because the ability of the bowels to flush is the primary way of ridding the body of the toxins / cancer cells.

The "initial five (5) sessions" for the *KemoHerbs* and *AnterFeerons* consist of:

Liquids
Session #1: *KemoHerb-1* and *KemoHerb-2*

Liquids
Session #2: *KemoHerb-1* and *KemoHerb-2*, or *AnterFeeron-1* and *AnterFeeron-2*

Capsules and Liquids
Session #3, #4, & #5: *KemoHerb-PI* and *KemoHerb-NR*, or *AnterFeeron-1* and *AnterFeeron-2*

Each session is preferably 2–4 weeks apart.  The interval may be shorter if the patient is extremely sick, but stable enough to tolerate the vomiting / diarrhea process.

The interval between *KemoHerb* sessions is rigid and is recommended to be every 2–4 weeks.  The recommended sequence of the Golden Sunrise Nutraceutical herbal / botanical products can be interrupted with a different herbal / botanical products, usually *AnterFeeron-1* and *AnterFeeron-2* in either session #2, #4, or session #5, if the patient is not showing the expected flushing response of vomiting and / or diarrhea.  A poor flushing response indicates that the patient is not ridding the body of the cancer cells/toxins appropriately.  What is not "enough"?  Perhaps only one (1) or two (2) episodes of diarrhea / bowel movements?  It should be noted, however, that it is common not to have any vomiting in these sessions, so diarrhea episodes are more telling of the effectiveness of each session.  The reason to interject the *AnterFeeron* early into the sequence is because it usually promotes the desired flushing response (besides fighting infection).

The other very important information to monitor after each session are the patient's symptoms.  Generally, they should feel stronger or more energy, etc… within 1–2 days after each session, indicating a proper response to each session as well.  Frequently the lab / scanning results will lag behind the improvement in the patient's symptoms.

For the liquid *KemoHerbs* and *AnterFeerons*, it is important to instruct the patient to walk around, if they can, in 5–10 minutes after swallowing the first one fluid ounce (1 fl.oz.) bottle.

CANCER Plan of Care
CELLULAR THERAPY

In this short time there is frequently a better alertness or sense of energy, and if there are any pain issues, they are noticeably improved or completely resolved.  Pointing this out to the patient is a quick positive reinforcer and encouragement of the effectiveness of the Golden Sunrise Nutraceutical herbal / botanical products.  Perhaps five (5%) percent of patients will also notice, after the first bottle, better visual acuity or a "brightness" in the colors around them (indicating penetration of the Golden Sunrise Nutraceutical herbs across the blood-brain barrier into the central nervous system).

The duration of the flushing with the vomiting / diarrhea, generally lasts from 6–18 hours and rarely up to forty-eight (48) hours.  The onset and duration of the vomiting / diarrhea after the second bottle in each session, varies not only for each person, but may also vary for the same person from session to session.  Usually the onset is within thirty (30) minutes after ingesting the second bottle in each session, but it may not begin perhaps for up to six (6) hours.  The *ImunStem* and *Aktiffvate* should not be taken on the same day of the session (the *ImunStem* and *Aktiffvate* will simply be flushed out) or the day after each session.  It is advised that the patient should be fasting before the sessions except for liquids.  It is also best to start the sessions in the morning, in order to hopefully avoid interrupting their sleep at night.

For any of the sessions, advise the patients to have some type of liquid electrolyte replenisher on hand, e.g., Gatorade, Coconut water, etc. to replace the diarrheal losses.  Without this, typical dehydration symptoms can ensue, such as headaches, leg cramps, dizziness, weakness, etc....  Finally, for the liquid Golden Sunrise Nutraceutical herbal products in the first two (2) sessions of each protocol, direct the patient to pour the contents into a drinking glass instead of drinking it directly from the original one fluid ounce (1 fl.oz.) bottle provided.  The liquid herbs must be drunk as quickly as possible, like a shot of liquor, without sniffing it or holding it in the mouth at all.  Some people may need to be advised to pinch their nostrils to avoid smelling the herbal products as they swallow them.  Have a glass or bottle of water on hand to wash it down immediately.  Water, not milk or juices, generally helps better for the after–taste.  Be careful to avoid too much water, because becoming water-logged can cause nausea as well.  If the throat is very irritated, sucking on honey or syrup to coat the throat afterwards can be helpful.  There have been few problems encountered in this process.  However, some patients who have asthma have experienced bronchospasm.  Taking 1–2 puffs of their rescue inhaler before swallowing the liquid herbs has avoided or minimized this reaction.

The other Golden Sunrise Nutraceutical herbal products, most of which are given after the initial five (5) sessions of treatment, are included in the price of the *CANCER Plan of Care* protocol.  They include *AnterFeeron* (the *AnterFeeron-I* and *AnterFeeron-II* must be given in the same session), *C$_R$Protein*, *HyProtein*, and *LyProtein*. They can be given in any order after the first five (5) sessions every 2–4 weeks. Many of them can also cause the same flushing response as the Golden Sunrise Nutraceutical herbal products used in the initial five (5) sessions.  These are designed primarily to improve nourishing and building the immune system.

Case 1:20-cv-01060-RGA-SRG   Document 65-2   Filed 07/31/20   Page 127 of 486
Case 2:20-ab-00040-SKO   Document 5   Entered 07/31/20   Page 127 of 486

**CANCER Plan of Care**
*CELLULAR THERAPY*

Lastly, it must be said, that the ability to heal by any discipline is influenced by numerous factors. This is no different with the healing properties of these herbs. Crucial factors, some of which are stress, diet, exercise, socioeconomic and psychological conditions, as well as family/friend support, affect the response to any healing modality for each person. Addressing these are required to help enhance the degree of healing that can occur for each person.

## 4.1  Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE*

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of *ImunStem* and *Aktiffvate* 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, *ImunStem* can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾–dropperful of *Aktiffvate* should be administered with similar monitoring.

*ImunStem* and *Aktiffvate* are liquid form:

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---------|------|------------------------|--------------|
| *ImunStem* | 1 ml | ½ - ¾ | 1–4 |
| *Aktiffvate* | 1 ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and / or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

## 4.2  Administration and Dosage of *KEMOHERBS*

Take one fluid ounce (1 fl.oz.) of *KemoHerb–1*. Medical staff should monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of *KemoHerb–1*. Next take one fluid ounce (1 fl.oz.) of *KemoHerb–2*, the same dosage. Again medical staff should monitor the patient for thirty (30) minutes following ingestion of *KemoHerb–2*.

*KemoHerb–1* and *KemoHerb–2* are liquid form:

| Product | Dose |
|---------|------|
| *KemoHerb-1* | 1 fl.oz. |
| *KemoHerb-2* | 1 fl.oz. |

Take twenty-five (25) capsules of *KemoHerb–PI*, ideally within fifteen (15) minutes. After fifteen (15) minutes take, twenty (25) capsules of *KemoHerb–NR*, ideally within fifteen (15) minutes.

*KemoHerb–PI* and *KemoHerb–NR* are powder form:

| Product | Dose |
|---------|------|
| *KemoHerb-PI* | 25 capsules |
| *KemoHerb-NR* | 25 capsules |

App. 0044

## 4.3  Administration and Dosage of *ANTERFEERONS*

Take one fluid ounce (1 fl.oz.) of *AnterFeeron–1*.  Then in forty-five (45) minutes to one (1) hour following ingestion of *AnterFeeron–1*, take one fluid ounce (1 fl.oz.) of *AnterFeeron–2*, administered in the same dose.

*AnterFeeron–1* and *AnterFeeron–2* are liquid form:

| Product | Dose |
|---|---|
| *AnterFeeron-1* | 1 fl.oz. |
| *AnterFeeron-2* | 1 fl.oz. |

## 4.4  Administration and Dosage of *C$_R$PROTEIN*

Take one fluid ounce (1 fl.oz.) of *C$_R$Protein*.  Medical staff may monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of *C$_R$Protein*.

*C$_R$Protein* is liquid form:

| Product | Dose |
|---|---|
| *C$_R$Protein* | 1 fl.oz. |

## 4.5  Administration and Dosage of *HYPROTEINS*

Take twenty-four (24) capsules of *HyProtein–1* (ideally take each dose of twenty-four (24) capsules within a fifteen (15) minutes space of time).  After thirty (30) minutes, take twenty-four (24) capsules of *HyProtein–2*.  After thirty (30) minutes, take twenty-four (24) capsules of *HyProtein–3*.  After five (5) hours, take twenty-four (24) capsules of *HyProtein–4* (½ of the bottle).  After another five (5) hours, take the last twenty-four (24) capsules of *HyProtein–4*.

*HyProteins* are powder form:

| Product | Dose |
|---|---|
| *HyProtein-1* | 24 capsules |
| *HyProtein-2* | 24 capsules |
| *HyProtein-3* | 24 capsules |
| *HyProtein-4* | 24 capsules |

## 4.6  Administration and Dosage of *LYPROTEINS*

Take twenty-five (25) capsules of *LyProtein*, ideally within fifteen (15) minutes.  After fifteen (15) minutes, take the last twenty-five (25) capsules of *LyProtein*, ideally within fifteen (15) minutes.

*LyProtein* is powder form:

| Product | Dose |
|---|---|
| *LyProtein* | 50 capsules |

## 4.7  Treatment Interval and Duration of *CANCER Plan of Care*

The basic treatment recommended by Golden Sunrise Nutraceutical for cancer requires five (5) initial sessions of herbal (botanical) products (usually including *KemoHerb–1*,

**CANCER Plan of Care**
*CELLULAR THERAPY*

*KemoHerb–2*, *KemoHerb–PI*, *KemoHerb–NR*, *AnterFeeron–1*, and *AnterFeeron–2*).
These are recommended to be taken every 2–4 weeks apart. Then additional sessions (up to
four (4) or five (5) more) will be included, if warranted by the patient's response and
condition, with other high quality herbal products (some of which include *C_RProtein*,
*HyProteins*, and *LyProtein*). These are also recommended to be taken every 2–4 weeks
apart.

If the *CANCER Plan of Care* program has successfully arrested or reversed the cancer process,
then every 6–12 months a detoxification Golden Sunrise Nutraceutical herbal treatment session
will be used as a preventative treatment for cancer re-emergence. *ImunStem* and *Aktiffvate* will
be continued indefinitely, but tapered to a lower dose, for example, ¼ dropperful of each every
other day.

5.0 **WARNING AND PRECAUTIONS**
ADMINISTRATION OF *IMUNSTEM*, *AKTIFFVATE*, *KEMOHERBS*, *ANTERFEERONS*,
*C_RPROTEIN*, *HYPROTEINS* AND *LYPROTEIN* SHOULD ALWAYS BE UNDER THE
SUPERVISION OF A PHYSICIAN. RECOMMENDATION FOR GOLDEN SUNRISE
NUTRACEUTICAL *CANCER PLAN OF CARE* IS BASED ON MEDICAL EVALUATION
OF THE PATIENT, AND LABORATORY RESULTS. ONLY USE UNDER THE
SUPERVISION OF A PHYSICIAN'S CARE.

6.0 **THERAPEUTIC RESPONSE**

6.1 **Expected Response of *KemoHerbs, AnterFeerons, C_RProtein, HyProteins, and LyProtein***
The *CANCER Plan of Care* process can promote the body's natural cleansing process
which usually will include responses such as nausea, vomiting, diarrhea, and mucus
discharges. Other possible symptoms a person can experience may depend on the person's
previous health issues, such as headaches, migraines, weakness, muscle aches, joint pain,
heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of
breath. These symptoms are only temporary at the time that the patient is being treated with
*CANCER Plan of Care*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S
CARE.

6.2 **Adverse Sensitivity Response of *ImunStem and Aktiffvate***
• Can cause severe allergic skin rashes.
• Vomiting.
• In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters,
have occurred.
• A burning sensation in the throat in the beginning of oral treatment may occur, but it
subsides. If the burning sensation persists, gelatin capsules used for administration, may be
substituted as an alternative.

Case 1:20-cv-00060-DAD-SKO   Document 65-2   Filed 07/31/20   Page 1 of 11
Case 1:20-cv-00540-SKO   Document 3-1   Filed 07/31/20   Page 1 of 11

## 7.0   CLINICAL PHARMACOLOGY

### 7.1   Mechanism of Action

Golden Sunrise Nutraceutical produces herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology.  It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self–propelling of molecules by possible passive membrane transportation or passive diffusion of the Golden Sunrise Nutraceutical products intact across all cell membranes. This also includes across the blood–brain barrier, which allows its efficacy and activity for the central nervous system.

Golden Sunrise Nutraceutical products possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes.  In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

The technology developed by Golden Sunrise Nutraceutical is the key for the various herbs' effectiveness on the immune system and cellular metabolism.  They have immune-stimulating properties.  In-vivo studies on treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function.  Golden Sunrise Nutraceutical products have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage.  These herbs have a variety of effects including anti-oxidant activity and anti-inflammatory properties.

Golden Sunrise Nutraceutical products can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis.  For example, blood pressure level is directly linked to the sympathetic nervous system. The normalizing of blood pressure levels exhibited following administration of Golden Sunrise Nutraceutical products are compatible with the stabilization of the sympathetic nervous system activity.  Golden Sunrise Nutraceutical products reduces inflammation by affecting immune responsiveness through neuroendocrine factors.  Improvement of balance problems, a side effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.  Golden Sunrise Nutraceutical products have produced significant drop in blood sugar levels.  Documented drop in blood sugar has occurred from

440 mg/dL to 59 mg/dL in less than two (2) hours without the patient experiencing any symptoms such as dizziness, weakness, sweating, etc., and still carry on the usual daily activities. Cancer metabolism requires glucose for the fermentation process (glycolysis) to produce its energy for growth and development. This drop in blood glucose arrests the fermentation process and the cancer.

## 7.2 Pharmacokinetics

Golden Sunrise Nutraceutical products are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because Golden Sunrise Nutraceutical products readily passes through membrane tissue by passive diffusion.

The Golden Sunrise Nutraceutical dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 8.0   RESULTS OF PATIENTS AFTER TREATMENT

Can download at www.goldensunrisenutraceutical.com under "**TREATMENT**" click "***Cancer Survival Rate Results***"

## 9.0   STORAGE, HANDLING, AND PRODUCTS

### 9.1 Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: ***CANCER Plan of Care*** is chemically stable for two (2) years at room temperature. Do not freeze.

### 9.2 Product Classification

Dietary Supplement.

## 10.0   ATTACHMENT LABELS

***KemoHerb–1***, ***KemoHerb–2***, ***KemoHerb–NR***, ***KemoHerb–PI***, ***AnterFeeron–1***, ***AnterFeeron–2***, ***CRProtein***, ***HyProtein–1***, ***HyProtein–2***, ***HyProtein–3***, ***HyProtein–4***, ***LyProtein***, ***ImunStem***, and ***Aktiffvate***

Case 1:20-cv-01060-DAD-SKO Document 65-2 Filed 07/31/20 Page 103 of 486
Case 1:20-a-00540 Document 35-1 Filed 07/31/20 Page 103 of 190

## 11.0  HOW SUPPLIED

### 11.1  Packaging

| PRODUCT | CONTAINER CONTENT | NET CONTENT |
|---|---|---|
| *ImunStem* | 3 bottles | 1 fl.oz. Liquid |
| *Aktiffvate* | 3 bottles | 1 fl.oz. Liquid |
| *KemoHerb-1* | 2 bottles | 1 fl.oz. Liquid |
| *KemoHerb-2* | 2 bottles | 1 fl.oz. Liquid |
| *KemoHerb-PI* | 1 bottles | 25 capsules Powder |
| *KemoHerb-NR* | 1 bottles | 25 capsules Powder |
| *AnterFeeron-1* | 2 bottles | 1 fl.oz. Liquid |
| *AnterFeeron-2* | 2 bottles | 1 fl.oz. Liquid |
| *LyProtein* | 1 bottles | 50 capsules Powder |
| *C$_R$Protein* | 1 bottles | 1 fl.oz. Liquid |
| *HyProtein-1* | 1 bottles | 24 capsules Powder |
| *HyProtein-2* | 1 bottles | 24 capsules Powder |
| *HyProtein-3* | 1 bottles | 24 capsules Powder |
| *HyProtein-4* | 1 bottles | 48 capsules Powder |

App. 0049

MSJ App. 0903


CANCER Plan of Care
*CELLULAR THERAPY*

# *KemoHerb–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

The *KemoHerb–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*KemoHerb–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *KemoHerb–2*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cat's claw, and Turmeric.

## STRUCTURE FUNCTION
### "Promote Bowel Movements"

The *KemoHerb–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb–2* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*KemoHerb–2* dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

*CELLULAR THERAPY*

# *KemoHerb–PI*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *KemoHerb–PI* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–PI*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
*CELLULAR THERAPY*

# *KemoHerb–NR*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size: 350mg per capsule** | | |
| **Serving Per Container: 25 capsules serving** | | |
| **Amount Per Serving** | | **%DV** |
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

## STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *KemoHerb–NR* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–NR*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *AnterFeeron–1*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| **SUPPLEMENT FACTS** | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *AnterFeeron–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *AnterFeeron*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *AnterFeeron–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*AnterFeeron–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *AnterFeeron–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *AnterFeeron–2*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

### STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *AnterFeeron–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *AnterFeeron*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *AnterFeeron–2* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

*AnterFeeron–2* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *AnterFeeron–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Case 1:20-cv-01060-DAD-SKO Document 65-2 Filed 07/31/20 Page 110 of 486



**CANCER Plan of Care**

*CELLULAR THERAPY*

# C<sub>R</sub>Protein

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |

| Amount Per Serving | | %DV |
|---|---|---|
| Cat's claw | 35mg | ** |
| Selfheal | 10mg | ** |
| Rosemary | 20mg | ** |

\*\* Daily Value (DV) not established.

Other Ingredients: Turmeric.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The $C_R$**Protein** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with $C_R$**Protein**. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of $C_R$**Protein** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1 fl.oz.)

$C_R$**Protein** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of $C_R$**Protein**, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *HyProtein–1*
## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Astragalus | 95mg | ** |
| Oregano | 40mg | ** |
| Cat's claw | 70mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Olive leaf and Blood root.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *HyProtein–2*
## Dietary Supplement

## WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

### SUPPLEMENT FACTS
**Serving Size:** 350mg per capsule
**Serving Per Container:** 24 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Blood root | 55mg | ** |
| Reishi | 75mg | ** |
| Green tea | 40mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Turmeric, Pokeweed, and Garlic.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *HyProtein–3*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Ashwagandha | 45mg | ** |
| Garlic | 60mg | ** |
| Turmeric | 30mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Ginkgo, Green tea, and Catuaba bark.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–3* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–3*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
*CELLULAR THERAPY*

# *HyProtein–4*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 48 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| St. John's wort | 50mg | ** |
| Reishi | 30mg | ** |
| Garlic | 25mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Kudzu, Goldenseal, and Licorice root.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–4* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–4*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

# *LyProtein*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 50 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Horse chestnut | 25mg | ** |
| Garlic | 40mg | ** |
| Turmeric | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *LyProtein* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *LyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *LyProtein*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
CELLULAR THERAPY

# *ImunStem*®

## Dietary Supplement

### <u>WARNING</u>
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

### <u>STRUCTURE FUNCTION</u>
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

### <u>ADVERSE ACTIONS</u>
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides.  If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *ImunStem* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

*CELLULAR THERAPY*

# *Aktiffvate*®

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

### STRUCTURE FUNCTION
"Support Immunity" and "Boost Stamina"
"For the Relief of Occasional Sleeplessness"
"Maintains Healthy Lung Function"
"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"
"Helps You Relax"
"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"
"Reduces Stress and Frustration"

### ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *Aktiffvate* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**GOLDEN SUNRISE NUTRACEUTICAL**

Attachment D

P.O. Box 510
PORTERVILLE CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# TITLE

# CANCER SURVIAL RATE RESULTS

## COMPLETE ON

March 18, 2019

P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.
Phone No.: 1.559.781.0658    Fax No.: 1.559.615.1268

**Golden Sunrise NUTRACEUTICAL**

# CANCER SURVIVAL RATE RESULTS

| THERAPIES | SIDE-EFFECTS | QUALITY OF LIFE | RECOMMENDED TREATMENT | COST (US$) |
|---|---|---|---|---|
| KemoHerbs | None | Good well-being | Use Golden Sunrise products | 30,000 - 50,000 |
| Chemotherapies | Multiple toxic-effects and Hospitalization | Poor overall-health | Radiation and Surgery | 400,000 - 1,500,000 |

| THERAPIES | BENEFITS/PATIENT EXPERIENCE & RESULTS | LIFE-EXPECTANCY |
|---|---|---|
| KemoHerbs | Patients have good results with KemoHerbs treatment.  Patients raise awareness to other cancer patients. | Prolong-life by months and years |
| Chemotherapies | Required high-quality cancer care professionals.  Patients concern over pain management and quality-of-life. | Prolong-life by months and years |

### KEMOHERBS STAGE-I, II, III, AND IV FOR ALL TYPE OF CANCER

| | PATIENT POPULATIONS | PATIENT STILL-ALIVE | PERCENTAGE WITHIN 2-YEAR |
|---|---|---|---|
| Stage-0 | -------- | -------- | -------- |
| Stage-I | 1 | 1 | 100% |
| Stage-II | 7 | 6 | 86% |
| Stage-III | 2 | 2 | 100% |
| Stage-IV | 5 | 3 | 60% |
| Total: | 15 | 12 | |

**NOTE:** A total of 27-patients have been treated for various cancer after chemotherapy, radiation and surgery had been treated with poor outcomes.  Golden Sunrise Nutraceutical provided *KemoHerbs* to these patients that improved their quality-of-life.

March 07, 2019

App. 0065



# Golden Sunrise Nutraceutical Therapy

Golden Sunrise
NUTRACEUTICAL

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (1) | | Prostate Gleeson 6. | November 16, 2017 | | |
| (2) | | Cervical cancer stage-2A in lymph nodes. Stage II | September 2018 MRI | Only alternative treatment | ImunStem and AktifVate started about 10/20/2018, 3-treatments: KemoHerb-1&2, 12/26/2018 – 01/23/2019 KemoHerb-PI&NR, 01/23/2019 stopped KemoHerbs, cervical tumor increase. |
| (3) | | Metastatic breast (Seizures). Stage IV | May 2017 | (L) Mastectomy chemotherapy up to 08/2018. (R) Cranial surgery 08/16/18, Temporal lobe. (R) Breast mas found. | ImunStem and AktifVate since 09/01/2018 KemoHerb-1&2, 09/2018 – 01/04/2019. Patient not following recommendation. |
| (4) | | Lymphoma. Stage IV | October 2017 | Chemotherapy 6 X's radiation X5 Gastric tube, 12/2017 on hospice 02/21/2018 Tracheostomy end is cussed(??) | ImunStem and AktifVate started 03/2018. 1)KemoHerb-1&2, 04/05/2018, 2)KemoHerb-1&2, 04/20/2018, 3)KemoHerb-PI&NR 05/02/18, 4)KemoHerb-PIRNR 05/16/18, 5)KemoHerb-PI&NR 05/31/18, 6)LyProtein, 06/15/2018, 7)CuProtein, 07/06/2018, 8)Vietneze-40, 07/24/2018, Passed away on August, 2018. |
| (5) | | Breast Cancer. Stage II | June 2017 | Surgery on 06/17/2017 and 06/23/2017 | ImunStem and AktifVate started 02/2016. 1)KemoHerb-1&2, early 06/17, 2)KemoHerb-1&2, late 06/17, 3)KemoHerb-PI&NR, 11/2017. |
| (6) | | Prostate & Bone cancer (20-year history of Bladder | January 2016 | "Cancer medication" once but caused to be | ImunStem and AktifVate started 01/07/2019 1)KemoHerb-1&2, 01/22/2019. |

Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 10/01/21   Page 122 of 486

**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | cancer with many surgeries). Stage IV | | bedridden, per patient unable to walk. Xtandi 10-months, no help PSA & S.E. PSA-16.9 recently(?) 01/22/2019 | Decides no more treatments 02/04/2019 (too costly). |
| (7) | | Prostate PSA-3.0, 03/16/2017. PSA-4.9, 11/22/2017. PSA-5.6, 04/12/2018. PSA-7.6, 07/12/2018, PSA-10.7, 09/28/18, PSA-11.1, 11/26/18, PSA-13.4, 03/11/19. Stage III | 2014 | Prostatectomy 2014 No chemotherapy, radiation, and surgery. Refused Chemotherapy and radiation. | ImunStem and Aktifvate started 08/2018. 1)KemoHerb-1&2, 10/06/2018, 2)KemoHerb-1&2, 10/22/2018, 3)KemoHerb-PI&NR 11/05/18, 4)HyProtein, 11/19/2018, 5)KemoHerb-1&2, 12/03/18, 6)CrProtein, 01/04/2019, 7)LyProtein, 01/18/2019, 8)HyProtein-1,2,3&4, 02/02/19. |
| (8) | | Breast with bone Mets. Stage IV | 2012 | Mastectomy and chemotherapy. | ImunStem and Aktifvate started 11/16/18 1)KemoHerb-1&2, 11/23/2018, Too weak to continue Weight 120-lbs to 100-lbs? |
| (9) | | Large B-cell lymphoma. Stage IV | May 16, 2018 | Refused any treatments, hospice recommended. Stated only 4-6 months to live. | Taking ImunStem and Aktifvate since 06/01/2018. Refused any KemoHerbs, currently walking around & active as of 30/01/2019. |
| (10) | | Esophageal with metastasis to lung. Stage IV | April 09, 2018 | Refused chemotherapy Esophageal stent 04/09/2018. | ImunStem and Aktifvate started 04/24/2018, 1)KemoHerb-1&2, 05/10/2018, 2)KemoHerb-1&2, 05/24/2018, 3)KemoHerb-PI&NR 06/09/18, 4)KemoHerb-PI&NR 06/22/18, 5KemoHerb-PI&NR, 07/07/18. Deceased end of 07/2018 or early 08/2018. |

GoDen SunriSe NUTRACEUTICAL

Golden Sunrise NUTRACEUTICAL

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (11) | | Prostate PSA-5.3, 06/22/2018, PSA-4.9, 01/29/2018. Stage III | May 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktifvate started(?) 1)KemoHerb-1&2, 06/05/2018, 2)KemoHerb-1&2, 06/19/2018, 3)KemoHerb-PI&NIR, 7/04/18, 4) LyProtein, 07/18/2018, 5) KemoHerb-1&2, 08/03/2018, *Verbal report no more cancer. |
| (12) | | Colon cancer rectosigmoid on 02/14/2017, liver, and lymph. Stage IV | February 14, 2017 | No chemotherapy, radiation and surgery. | ImunStem and Aktifvate since '07/04/2018, 1)KemoHerb-1&2. 08/04/2018, 2)KemoHerb-1&2. 08/18/2018. 3)(?) No notes for #3, 4)KemoHerb-1&2, 09/14/2018, 5)AnterFeeron-1&2, 09/27/18, 6)(??), 10/12/2018. 7)HyProtein-1,2,3&4, 11/03/18 Last seen 11/3/2019. Deceased 03/11/2019. |
| (13) | | Adenocarcinoma stomach antrum poorly differentiated. Stage III | November 15, 2018 BX EGD Enlarged Lymph nods | No chemotherapy, radiation, and surgery. November 15, 2018 – CT Head (N) Chest N – also 12/23/2018 CT Abdomen/Pelvis.11/14/18 & 12/23/2018, + distal gastric wall thickening. Surgeon said would not live past December, 2018 (per patient). | 1)ImunStem and Aktifvate started 11/19/2018, 2)KemoHerb-1&2, 11/24/2018, 3)AnterFeeron-1&2, 11/27/18. |
| (14) | | Colon Cancer. CEA-396.8 05/29/18, CEA-455.2 08/31/18. CEA-271.7 11/19/18. | 2014 | Colostomy 2016, radiation, chemotherapy, eventually refuses | ImunStem and Aktifvate started 05/17/2018, 1)KemoHerb-1&2, 06/02/18, 2)KemoHerb-1&2, 07/14/18. |

App. 0069

MSJ App. 0923

Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 10/01/21   Page 124 of 486

**Golden Sunrise Nutraceutical**

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | chemotherapy because of side-effects. | 3)KemoHerb-PI&NR 7/27/18 4)KemoHerb-PI&NR 8/10/18 5)AnterFeeron-1&2, 9/15/18, 6)CRProtein, 10/06/2018, 7)LyProtein, 10/22/2018, 8)HyProtein-1,2,3&4, 11/21/2018. |
| (15) | | Endometrial Cancer (DVT(L) leg, 05/2018. Stage IV | June 17, 2015 | 3-years of chemotherapy and surgery (TAH, BSO). | ImunStem and Aktiffvate started 05/15/2018, * 1)KemoHerb-1&2, 06/02/18, 2)KemoHerb-1&2, 06/15/18, 3)KemoHerb-PI&NR 06/29/18, 4)KemoHerb-PI&NR 07/31/18, |
| (16) | | Multiple Myeloma. Stage IV | 2016 | (1) Chemotherapy started 2017. (2) Stem cell transplant. | ImunStem and Aktiffvate started 08/27/2018. 1)KemoHerb-1&2, 09/17/2018, 2)KemoHerb-1&2, 10/02/2018, 3)KemoHerb-PI&NR, 10/19/18 4)KemoHerb-PI&NR, 11/5/18, 5)HyProtein, 11/23/2018, 6)CRProtein, 12/10/2018, 7)HyProtein, 01/06/2019 |
| (17) | | Sarcoma. Stage(??) | | Chemotherapy. | ImunStem and Aktiffvate started 04/09/2018. No further appointment; Follow up. |
| (18) | | Bladder cancer. Stage IV | October 2014 | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started 10/23/2018, 1)KemoHerb-1&2, 11/08/2018, 2)KemoHerb-1&2, 11/20/2018, 3)KemoHerb-1&2(??), 4)KemoHerb-1&2, 12/27/2018, 5)KemoHerb-1&2, 01/03/2019, 6)CRProtein, 02/2019 |

App. 0070

MSJ App. 0924

Golden Sunrise NUTRACEUTICAL

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (19) | | Kidney metastasis to along spine (Note: 03/13/2018). Stage III-IV | February 2017 | Initially started chemotherapy hospitalized on 02/21/2018, after wards for sepsis w/u-fever, etc, but (-) sepsis. Had nephrectomy 04/03/2018. New metastasis to brain & lungs and chemotherapy X3 which required hospitalization for side effects. | ImunStem and AktifVate Started 08/28/2017 1)KemoHerb-1&2, 09/30/2017, 2)KemoHerb-1&2, 10/17/2017, 3)KemoHerb-1&2, 10/31/2017, 4)KemoHerb-PI&NR, 11/14/17 5)KemoHerb-PI&NR, 11/29/17 6)KemoHerb-PI&NR, 12/20/17 7)KemoHerb-PI&NR, 01/08/18 8)KemoHerb-PI&NR 02/09/18. never took. Deceased 10/2018 |
| (20) | | Prostate cancer metastasis to bone. Stage IV | March 2017 | Chemotherapy and radiation. | ImunStem and AktifVate started 05/03/2018, 1)KemoHerb-1&2, 05/15/2018, 2)KemoHerb-1&2, 06/05/2018, Inability to contact patient. |
| (21) | | Esophageal. Stages II/III | December 26, 2016 | No chemotherapy, radiation and surgery. | ImunStem and AktifVate started 02/20/2017 Multiple KemoHerb products used 2017-2018 |
| (22) | | Colon cancer stage-IV metastasis to liver and abdomen. Stage IV | 2016 | Surgery (ascending colon) chemotherapy 4-5 X's. Stop because of side-effects, tingling extremities, worsened LFT's platelet, naturopath on going Vitamin-C and other treatment. | ImunStem and AktifVate started 09/12/2018, 1)KemoHerb-1&2, 09/26/2018, 2)KemoHerb-1&2, 10/24/2018, 3)KemoHerb-PI&NR, 11/10/18 4)HyProtein, 12/02/2018, 5)KemoHerb-PI&NR, 12/15/18 6)AnterFeeron-1&2, 01/17/19. 7)LyProtein, 02/23/2019, 8)CₓProtein—Next |
| (23) | | Glioblastoma. Stage(?) | November 2017 | Radiation only refused chemotherapy. | ImunStem and AktifVate started 01/29/2019 (less headaches 5/2010-1-2(?) |

App. 0071

**Golden Sunrise NUTRACEUTICAL**

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | Holistic: Essiac tea black seed oil. cottage cheese? Ricky simson-20% THC, 80% CBD. | 1)KemoHerb,1&2, 02/10/2019, 2)KemoHerb,1&2, 02/24/2019, 3)KemoHerb, PI&PI, 03/10/19 |
| (24) | | Multiple Myeloma. Stage(?) | March 2017 | Chemotherapy on 06/01/2017 – 01/2018. Stopped because too weak- unable to walk. bad pain & numbness in legs, bad insomnia, muscle achiness all over, poor appetite. He was miserable with chemotherapy, unable to climb stairs, etc. | ImunStem and AktifVate started 09/01/2018, 1)KemoHerb-1&2, 09/19/2018, 2)KemoHerb-1&2, 10/03/2018, 3)KemoHerb,PI&NR, 10/19/18, 4)AnterFeeron-1&2, 11/01/18, 5)KemoHerb-1&2, 11/16/2018, 6)HyProtein,1,2,3&4, 11/27/18, 7)CnProtein, 12/1120/18, 8)LyProtein, 12/25/2018, 9)Nutra-1, 02/05/2019. |
| (25) | | Right laryngeal (piriform) cancer stage-IV in lymph node. Stage IV | February 2018 | A diet, no sugar, low carbs, dairy free, gluten free, and soy free (hyperbaric chamber). Refused chemotherapy and radiation. | ImunStem and AktifVate started 03/28/2018, 1)KemoHerb-1&2, 04/17/2018, 2)KemoHerb-1&2, 05/01/2018, 3)KemoHerb-PI&NR, 05/15/18 4)KemoHerb-PI&NR, 05/29/18 5)KemoHerb-PI&NR, 06/16/18 6)LyProtein. 07/16/2018, 7)AnterFeeron-1&2, 09/25/18, 8)HyProtein-1,2,3&4, 11/13/18, 9)Vietneze-40, 12/28/18 |
| (26) | | Colon cancer (contained within the wall). Stage III | October 03, 2018 | Surgical removal. (Refused recommended chemotherapy X6-months every 2-weeks). | ImunStem and AktifVate started 11/16/2018, 1)KemoHerb-1&2, 12/03/2018, 2)KemoHerb-1&2, 12/18/2018, 3)KemoHerb-PI&NR. 01/06/19 4)AnterFeeron-1&2. 01/22/19, 5)KemoHerb-PI&NR, 02/05/19 6)LyProtein, 02/20/2019. 7)CnProtein, 03/05/2019 |

App. 0072

MSJ App. 0926

**GOLDEN SUNRISE NUTRACEUTICAL**

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL THERAPY TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (27) | | Ovarian cancer. Stage IV | September 2017 | Surgery for feeding of cancer diaphragm, colon – peritoneum chemotherapy. | ImunStem and Aktiffvate started 01/24/2019. 1)KemoHerb-1&2, 01/29/2019, 2)KemoFeeron-1&2, 02/10/2019, 3)Vietneze-40, 02/13/2019, |
| (28) | | Uterine and lung cancer (lung box) (at hip surgery 06/28/2018). Stage IV | 1998 2012 | No Chemotherapy and radiation. Hysterectomy on 1998. | ImunStem and Aktiffvate start 09/11/2017. 02/20/2018 patient very weak, very short of breath, holding ImunStem and Aktiffvate other products, restart 02/23/2018 Refill ImunStem and Aktiffvate 03/02/2018, 1)KemoHerb-1&2, 03/17/2018, 2)KemoHerb-1&2, 04/02/2018, 3)AnterFeeron-1&2 (1/3-dose) 04/20/18, 4)KemoHerb-Pl&NR, 04/26/18 5)LyProtein, 05/09/2018, 6)KemoHerb-Pl&NR, 05/18/18 7)KemoHerb-Pl&NR, 06/03/18 8)C&Protein, 06/17/2018, 9)Vietneze-40, 07/28/2018, 10)HyProtein-1,2,3&4, 1/15/18. Passed away 12/01/2018. |
| (29) | | Colon cancer metastasis to lung and liver, peritoneum retroperitoneum recto sigmoid colon/urinary bladder and small bowel resection + Cancer Pathology 12/30/2017-1st | March 24, 2016 | Chemotherapy and surgery. Death on 02/18/2018 | ImunStem and Aktiffvate started 04/30/2016, during traditional Chemotherapy at Cedar Sinai Hospital. Sores in mouth and feet in 2-3-days. Started KemoHerbs about 04/2017. Received about 10-KemoHerbs treatments. |

App. 0073

MSJ App. 0927

**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | abdominal para-centesis. Stage IV | | | ImunStem and Aktiffvate started 08/2018, 1)KemoHerb-1&2, 09/11/2018. |
| (30) | | Germ cell Posterior Thoracic. Stage II | November 2017 | (#1) Surgery 01/2018 (#2) Surgery 06/2018 (#3) Surgery 5-days later from 06/2018. Chemotherapy since 04/20/2008. Repeat scans 09/24/18. | |
| (31) | | Colon cancer liver multiple lymph. Stage IV | | Chemotherapy and surgery. 06/01/2018-surgery 2ⁿᵈ colostomy bag. | ImunStem and Aktiffvate started 05/05/2018, 1)KemoHerb-1&2, 05/18/2018, 2)KemoHerb-PI&NR, 06/22/18 3)KemoHerb-PI&NR, 07/09/18 4)AnterFeeron1&2, 07/21/18, 5)Vietneze-40(?) 07/23/2018. |
| (32) | | Breast cancer. Stage I-II | December 07, 2018 Thermography (felt lump May 2018) | No chemotherapy, radiation, and surgery. Refused BX | ImunStem and Aktiffvate started 01/21/2019, 1)KemoHerb-1&2, 02/11/2019, 2)KemoHerb-1&2, 03/04/2019. |
| (33) | | Chronic lymphocytic leukemia in bone marrow and skin. Stage IV | 2015 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 06/2017. 1)KemoHerb-1&2, 08/24/2017, 2)KemoHerb-1&2, 09/08/2017. 3)KemoHerb-1&2, 09/22/2017, 4)KemoHerb-1&2, 10/05/2017, 5)KemoHerb-3&4, 10/19/2017, 6)KemoHerb-1&2, 12/06/2017 7)KemoHerb-PI&NR, 12/16/17 8)KemoHerb-PI&NR, 01/13/18 9)04/11/2018 (Note: two more KemoHerbs & AnterFeeron-1&2 one or two times 10)Vietneze-40, 07/17/2018. |

App. 0074

**GoDen SunrIse NUTRACEUTICAL**

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | | 11)AnterFeeron1&2, 07/23/18. |
| (34) | | Colon cancer liver Mets. Stage IV | 2016 | Chemotherapy X 2½-years. Last one 02/2019. Surgery-lesions on liver 12/2018. No side-effects except loss of muscle mass X 2½-years some neuropathy soles of feet but(?) from Diabetes. | New patient ImunStem and Aktiffvate started 02/17/2019. 1)KemoHerb-1&2, 03/05/2018 |
| (35) | | Pancreatic cancer expect 7-months without treatment(??) Stage(??) | October 05, 2018 | No chemotherapy. radiation and surgery. Still take opiate pain medication, still not feel well. | ImunStem and Aktiffvate started 10/17/2018, 1)KemoHerb-1&2, 10/27/2018, 2)KemoHerb-1&2, 11/19/2018, 11/24/2018 doesn't want any more treatments. |
| (36) | | Lung cancer. Stage I | Diagnosed late 2018 | Radiation on 2-spots on lung. | ImunStem and Aktiffvate start? 1)KemoHerb-1&2 – X2 2)KemoHerb-Pl&NR – X2 |
| (37) | | Intraductal breast cancer. Stage II | July 12, 2018 BX | Lumpectomy 10/26/2018, chemotherapy (L) breast cancer 20-years-ago, refused radiation. | ImunStem and Aktiffvate started 09/07/2018, 1)KemoHerb-1&2, 10/01/2018, only one treatment (too costly), (Stopped KemoHerbs 10/26/18) F/U 03/01/2019-doing well so far. |
| (38) | | Pancreatic cancer Mets to liver. Stage IV | May 2018 | PET scan for colon cancer radiation 5-times on 10/03/2018, hospice recommended. | ImunStem and Aktiffvate started 10/12/2018, 1)KemoHerb-1&2, 10/24/2018, 2)KemoHerb-1&2, 11/05/2018, 3)HyProtein,1,2,3&4, 11/19/18 Passed away about 11/22/2018. |

App. 0075

MSJ App. 0929

Golden Sunrise NUTRACEUTICAL

**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (39) | | Pancreatic cancer. Stage II/III | November 21, 2017 BX | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started(?). 1)KemoHerb-1&2, 12/13/2017, 2)KemoHerb-1&2, 12/27/2017, 3)KemoHerb-PI&NR, 01/25/18 4)KemoHerb-PI&NR, 02/20/18 5)KemoHerb-PI&NR, 03/27/18 6)AnterFeeron-1&2, 04/17/18, Deceased 06/17/2018. |
| (40) | | Laryngeal cancer Metastasis to Pulmonary. Stage IV | October 2017 | Chemotherapy and radiation first round completed on November 27, 2017, repeated on February, 2018 and on April, 2018. Gastric Tube on December 2017. Tracheostomy discussed. | ImunStem and Aktiffvate started October and November 2017, 1)KemoHerb-1&2, per G-tube, 05/21/2018, 2)KemoHerb-1&2, 06/04/2018, 3)KemoHerb-PI&NR, G-tube, 06/20/2018, Deceased around 07/5/2018. |
| (41) | | High CEA uncertain. Stage?? | February 01, 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 11/2018, 1)KemoHerb-1&2, 01/12/2019, 2)KemoHerb-1&2, 02/04/2019, 3)KemoHerb-PI&NR, 02/18/19 |
| (42) | | Pancreatic cancer. Stage III | (?) Told 2-3-years to live with chemotherapy. If no chemotherapy, only live 6-9-months | | ImunStem and Aktiffvate started 05/01/2018, 1)KemoHerb-1&2, 05/08/2018, 2)KemoHerb-1&2, 05/22/2018, 3)KemoHerb-PI&NR, 06/05/18 4)LyProtein, 06/20/2018, AnterFeeron ½ dropper full BID 06/29/2018. 07/01/2018 to hospital with Pulmonary Emboli.(?) No further F/U. |

App. 0076

MSJ App. 0930



# Remarkable Results on 10 of 42 Patients

**Golden Sunrise NUTRACEUTICAL**

## REMARKABLE RESULTS ON 10 OF 42-PATIENTS

| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | RESULTS |
|---|---|---|---|---|
| (1) | | Prostate Stage II | May 2018 | On KemoHerbs for 2-months. Primary care doctor gave verbal report of no more prostate cancer. |
| (2) | | Lymphoma Stage IV | October 2017 | On Hospice since about February 2018, KemoHerbs March 18, 2018 – July 24, 2018. Passed away August, 2018. Extended life about 6 Months. |
| (3) | | Breast cancer Stage II | September 2017 | Remission. |
| (4) | | Lymphoma Large B-Cell Stage III | May 16, 2018 Given to live 4-6-months | Advised Hospice. On ImunStem and Aktiffvate alone from June 01, 2018 – Current. Currently very vibrant and ambulatory woman. |
| (5) | | Colon Cancer Stage IV | 2014 | Early Remission June 02, 2018. CEA dropping 455.2 (8/31/18) to 271.7 (11/19/18). On KemoHerbs June 02, 2018 to current. |
| (6) | | Gastric Stage II-III | November 15, 2018 | Surgeons said he would die December, 2018. KemoHerbs November 19, 2018-currently Extend life 3+months |
| (7) | | Esophageal Stage II | December 26, 2016 | Only use KemoHerbs February 20, 2017 to current date. In "Remission" |
| (8) | | Laryngeal Stage IV | February 2018 | Only Use KemoHerbs March 28, 2018 to Currently. In "Remission" |
| (9) | | Lung Stage IV | 2012 | KemoHerbs February 11, 2018 – June 3, 2018. Would have passed away February, 2018 but extended life until December 01, 2018. |
| (10) | | Colon Cancer Stage IV | March 24, 2016 CEA started rising March, 2017 so switched to KemoHerbs. Gave the patient another year to live. | KemoHerbs April, 2017 When started the I/A on April 30, 2016, literally within 2-3 days the sores in his mouth and feet from the chemotherapy were healed. When he was told that the chemotherapy was no longer working, at Cedars-Sinai Hospital on March, 2017, the patient started Golden Sunrise Nutraceutical KemoHerbs in April, 2017. |

App. 0078



# LONGEVITY only Golden Sunrise Nutraceutical Therapy

App. 0079

Golden Sunrise NUTRACEUTICAL

**LONGEVITY only Golden Sunrise Nutraceutical Therapy**

Page: 1 of 2

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START KEMOHERBS | ALIVE or DECEASED | DURATION From Date of DIAGNOSES | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | | Prostate Stage II | May 2018 | May 2018 | Alive | 10-months | Remission |
| (2) | | Breast Stage II | June 2017 | June 2017 | Alive | 21-months | Remission |
| (3) | | Prostate State II | 2014 | August 2018 | Alive | | Last PSA-13.4, 03/11/2019 |
| (4) | | Esophageal Stage IV | April 09, 2018 | April 24, 2018 | Deceased 08/2018 | 4-months | Deceased |
| (5) | | Large B-Cell Lymphoma Stage III | May 16, 2018 | June 01, 2018 | Alive | 10-months | Stabilized *Hospice |
| (6) | | Stomach Stage IV | November 15, 2018 | November 19, 2018 | Alive | 4-months | Stabilized (told would die in 12/2018) |
| (7) | | Esophageal Stage II | December 26, 2016 | March 2017 | Alive | 27-months | In Remission |
| (8) | | Laryngeal Stage IV | February, 2018 | March 28, 2018 | Alive | 13-months | In Remission |
| (9) | | Colon Stage III | October 03, 2018 | November 16, 2018 | Alive | 4-months | In Progress |
| (10) | | Chronic Lymphocytic Leukemia Stage IV | 2015 | June 2018 | Alive | 48-months | In Progress |
| (11) | | Lung Stage IV | 2012 | February 11, 2018 | Deceased 12/01/2018 | 8-months | Deceased (extended life for 8-months) |
| (12) | | Breast Stage II | December 07, 2018 | January 21, 2019 | Alive | 1½-months | In Progress |
| (13) | | Lung Stage I | November, 2018 | January 30, 2019 | Alive | 4-months | New |

App. 0080

Golden Sunrise
NUTRACEUTICAL

**LONGEVITY only Golden Sunrise Nutraceutical Therapy**

Page: 2 of 2

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START KEMOHERBS | ALIVE or DECEASED | DURATION From Date of DIAGNOSES | STATUS |
|---|---|---|---|---|---|---|---|
| (14) | | Pancreatic Stage II-III | November 21, 2017 (BX) | December 01, 2017 | Deceased 06/17/2018 | 7-months | Deceased |
| (15) | | Bladder Stage IV | October 2014 | August 2018 | Alive | 7-months | In progress |
| (16) | | (?)Increasing CEA | February 01, 2018 | November, 2018 | Alive | 12-months | New |

App. 0081

MSJ App. 0935



# LONGEVITY, Combination of
## Chemotherapy/Radiation/Golden Sunrise Nutraceutical

App. 0082

GoDen Sunrise NUTRACEUTICAL **LONGEVITY, Combination of Chemotherapy/Radiation/Golden Sunrise Nutraceutical**   Page: 1 of 1

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | ALIVE DECEASED | DURATION FROM DATE OF DX | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | | Colon Stage IV | 2014 | May 17, 2018 | Alive | 5-year | Early remission |
| (2) | | Multiple Myeloma | 2016 | August 27, 2018 | Alive | 2½-year | Slow progression |
| (3) | | Glioblastoma Stage IV | November 2017 | January 29, 2019 | Alive | 16-onths | New |
| (4) | | Multiple Myeloma Stage I-II | March 2017 | September 01, 2018 | Alive | 24-months | Watching doing well |
| (5) | | Colon Stage IV | 2016 | September 12, 2018 | Alive | >2½-years | Watching doing well |
| (6) | | Ovarian Stage IV | September 2017 | January 24, 2019 | Alive | 18-months | New |
| (7) | | Colon Stage IV | 2016 | February 17, 2019 | Alive | >2½-years | New |

App. 0083

MSJ App. 0937



# Deceased with Combination of Conventional & Golden Sunrise Nutraceutical Treatments

MSJ App. 0938

**GoDen Sunrise NUTRACEUTICAL**

## DECEASED with Combination of Conventional & Golden Sunrise Nutraceutical

Page: 1 of 1

| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | DATE OF DEATH | MONTHS ALIVE AFTER DIAGNOSES | COMENTS |
|---|---|---|---|---|---|---|---|
| (1) |  | Lymphoma Stage IV | October, 2017 | March 18, 2018 | August, 2018 | 10-months | On Hospice when started Golden Sunrise products |
| (2) |  | Colon Stage IV | February 14, 2017 | July, 04, 2018 | December, 2018 | 22-months |  |
| (3) |  | Colon Stage IV | March 24, 2016 | ImunStem and Aktiffvate started on April 30, 2016. KemoHerbs, April, 2017. | February 18, 2018 | 23-months |  |
| (4) |  | Laryngeal Stage IV | October, 2017 | October, 2017 | July 05, 2018 | 9-months |  |

App. 0085

MSJ App. 0939

P.O. Box 510
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

NUTRACEUTICAL

# ATTACHMENT

## 3.2  Aktiffvate, ImunStem, KemoHerb-1, KemoHerb-2, KemoHerb-PI, and KemoHerb-NR

# *Aktiffvate*®

Dietary Supplement

## WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 serving

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Wintergreen, solvents, organic compounds, fatty acids, Yucca extract and Olive leaf extract.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

## ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides.  If the burning sensation persists, capsules may be substituted for a beneficial response.
* Vomiting.

**Administration:** Shake bottle well before using and use dropper to place ½ to ¾ quarter of a dropper of *Aktiffvate* under tongue.  Leave under tongue for approx forty (40) seconds and then drink water.

**Dosage:** Take ½ to ¾ quarter of a dropper, 1–4 times a day, between one (1) and three (3) hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman.  Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

*Golden Sunrise*
**NUTRACEUTICAL**

Manufactured by:  **Golden Sunrise Nutraceutical Inc.**
P.O. Box 510
PORTERVILLE, CA 93257  *  U.S.A.
**Aktiffvate** is a Registered Trademark of Golden Sunrise Pharmaceutical Incorporation

App. 0087

MSJ App. 0941

# *ImunStem*®

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 59 serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, fatty acid, cassia oil and yucca.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps Provide Temporary Relief for People in Serious or Life-threatening Situation"**
**"Helps You Relax"**

### ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides.  If the burning sensation persists, capsules may be substituted for a beneficial response.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *ImunStem* under tongue. Leave under tongue for approx forty (40) seconds and then drink water.

**Dosage:** Take 0.50 – 0.75ml, 1 – 4 times a day, between one (1) and three (3) hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

Golden Sunrise
**NUTRACEUTICAL**

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of ***ImunStem***, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by: **Golden Sunrise Nutraceutical Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 \* U.S.A.
Patent No.: 3/654,620

**ImunStem** is a Registered Trademark of Golden Sunrise Pharmaceutical Inc.

# *KemoHerb-1*

Dietary Supplement

## WARNING

Keep out of reach of children
do not use if safety seal is damaged or missing

---

## SUPPLEMENT FACTS

**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| Amount Per Serving | | %DV |
|---|---|---|
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |

** Daily Value (DV) not established.

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cayenne, Maca and Turmeric.

## STRUCTURE FUNCTION

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

The *KemoHerb-1* has no toxic side-effects.  It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-1* into a glass cup and swallow entire contents.

**Dosage:** Take one (1) fl.oz.

*KemoHerb-1* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman.  Should you have any questions regarding the use of *KemoHerb-1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.



*Golden Sunrise*
**NUTRACEUTICAL**

Manufactured by:  **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258  *  U.S.A.

# *KemoHerb-2*

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

## SUPPLEMENT FACTS

**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| Amount Per Serving | | %DV |
|---|---|---|
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |

** Daily Value (DV) not established.

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cat's claw and Turmeric.

## STRUCTURE FUNCTION
### "Promote Bowel Movements"

The *KemoHerb-2* has no toxic side effects.  It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-2* into a glass cup and swallow entire contents.

**Dosage:** Take one (1) fl.oz.

*KemoHerb-2* dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing woman.  Should you have any questions regarding the use of *KemoHerb-2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by:  **Golden Sunrise Nutraceutical Incorporation**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

MSJ App. 0945

# *KemoHerb-PI*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |

** Daily Value (DV) not established.

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *KemoHerb-PI* has no toxic side-effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-PI*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by:  **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

App. 0092

# *KemoHerb-NR*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** 350mg per capsule
**Serving Per Container:** 25 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |

** Daily Value (DV) not established.

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

### STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *KemoHerb-NR* has no toxic side-effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-NR*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.



# Cancer Survival Rate Results



# With Our 100% Herbal Treatment

**Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268
www.goldensunrisenutraceutical.com

Revised: 03/2019

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# TITLE

## Cancer Survival Rate Results

# PRODUCT

KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR,
AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1,
HyProtein-2, HyProtein-3, HyProtein-4, LyProtein,
ImunStem, and Aktiffvate

# DATE

March 25, 2019



P.O. Box 510

PORTERVILLE, CA 93258  *  U.S.A.

Fax No.: 1.559.615.1268

Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 07/30/21   Page 150 of 486

# CANCER SURVIVAL RATE RESULTS

| THERAPIES | SIDE-EFFECTS | QUALITY OF LIFE | RECOMMENDED TREATMENT | COST (US$) |
|---|---|---|---|---|
| **CANCER Plan of Care** | None | Good well-being | Golden Sunrise Nutraceutical *CANCER Plan of Care* | 170,000 - 200,000 |
| **Chemotherapies** | Multiple toxic-effects and Hospitalization | Poor overall-health | Radiation and Surgery | 400,000 - 1,500,000 |

| THERAPIES | BENEFITS/PATIENT EXPERIENCE & RESULTS | LIFE-EXPECTANCY |
|---|---|---|
| *CANCER Plan of Care* | Patients have good results with *CANCER Plan of Care* treatment.  Patients raise awareness to other cancer patients. | Prolong-life by months and years |
| **Chemotherapies** | Required high-quality cancer care professionals.  Patients concern over pain management and quality-of-life. | Prolong-life by months and years |

## *CANCER Plan of Care* STAGE-0, I, II, III, AND IV FOR ALL TYPE OF CANCER

| | PATIENT POPULATIONS | PATIENT STILL-ALIVE | PERCENTAGE WITHIN 2-YEAR |
|---|---|---|---|
| **Stage-0** | --------- | --------- | --------- |
| **Stage-I** | 1 | 1 | 100% |
| **Stage-II** | 7 | 6 | 86% |
| **Stage-III** | 2 | 2 | 100% |
| **Stage-IV** | 5 | 3 | 60% |
| **Total:** | 15 | 12 | |

**NOTE:** A total of 27-patients have been treated for various cancer after chemotherapy, radiation and surgery had been treated with poor outcomes.  Golden Sunrise Nutraceutical *CANCER Plan of Care* to these patients that improved their quality-of-life.

March 07, 2019

App. 0096

MSJ App. 0950

# Golden Sunrise Nutraceutical Therapy



Case 1:20-cv-01060-DAD-SKO Document 65-2 Filed 10/04/21 Page 152 of 486
Case 1:20-cv-01060-DAD-SKO Document 41 Filed 10/01/20 Page 452 of 486

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (1) | A. M., DOB: █████ | Prostate Gleeson 6. | November 16, 2017 | | |
| (2) | A. L., DOB: █████ | Cervical cancer stage-2A in lymph nodes. Stage II | September 2018 MRI | Only alternative treatment | ImunStem and Aktiffvate started about 10/20/2018, 3-treatments: KemoHerb-1&2, 12/26/2018 – 01/23/2019 KemoHerb-PI&NR, 01/23/2019 stopped KemoHerbs, cervical tumor increase. |
| (3) | M. A., DOB: █████ | Metastatic breast (Seizures). Stage IV | May 2017 | (L) Mastectomy chemotherapy up to 08/2018. (R) Cranial surgery 08/16/18, Temporal lobe. (R) Breast mas found. | ImunStem and Aktiffvate since 09/01/2018 KemoHerb-1&2, 09/2018 – 01/04/2019. Patient not following recommendation. |
| (4) | J. A., DOB: █████ (81-years-old) | Lymphoma. Stage IV | October 2017 | Chemotherapy 6 X's radiation X5 Gastric tube, 12/2017 on hospice 02/21/2018 Tracheostomy end is cussed(??) | ImunStem and Aktiffvate started 03/2018, 1)KemoHerb-1&2, 04/05/2018, 2)KemoHerb-1&2, 04/20/2018, 3)KemoHerb-PI&NR 05/02/18, 4)KemoHerb-PIRNR 05/16/18, 5)KemoHerb-PI&NR 05/31/18, 6)LyProtein, 06/15/2018, 7)C$_R$Protein, 07/06/2018, 8)Vietneze-40, 07/24/2018, Passed away on August, 2018. |
| (5) | R. A., DOB: █████ | Breast Cancer. Stage II | June 2017 | Surgery on 06/17/2017 and 06/23/2017 | ImunStem and Aktiffvate started 02/2016, 1)KemoHerb-1&2, early 06/17, 2)KemoHerb-1&2, late 06/17, 3)KemoHerb-PI&NR, 11/2017. |
| (6) | R. B., DOB: █████ | Prostate & Bone cancer (20-year history of Bladder | January 2016 | "Cancer medication" once but caused to be | ImunStem and Aktiffvate started 01/07/2019 1)KemoHerb-1&2, 01/22/2019. |



# GOLDEN SUNRISE NUTRACEUTICAL THERAPY

Page: 2 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | cancer with many surgeries). Stage IV | | bedridden, per patient unable to walk. Xtandi 10-months, no help PSA & S.E. PSA-16.9 recently(?) 01/22/2019 | Decides no more treatments 02/04/2019 (too costly). |
| (7) | B. B., DOB: | Prostate PSA-3.0, 03/16/2017, PSA-4.9, 11/22/2017, PSA-5.6, 04/12/2018, PSA-7.6, 07/12/2018, PSA-10.7, 09/28/18, PSA-11.1, 11/26/18, PSA-13.4, 03/11/19. Stage III | 2014 | Prostatectomy 2014 No chemotherapy, radiation, and surgery. Refused Chemotherapy and radiation. | ImunStem and Aktiffvate started 08/2018, 1)KemoHerb-1&2, 10/06/2018, 2)KemoHerb-1&2, 10/22/2018, 3)KemoHerb-PI&NR 11/05/18, 4)HyProtein, 11/19/2018, 5)KemoHerb-1&2, 12/03/18, 6)C$_R$Protein, 01/04/2019, 7)LyProtein, 01/18/2019, 8)HyProtein-1,2,3&4, 02/02/19. |
| (8) | S. B., | Breast with bone Mets. Stage IV | 2012 | Mastectomy and chemotherapy. | ImunStem and Aktiffvate started 11/16/18 1)KemoHerb-1&2, 11/23/2018, Too weak to continue Weight 120-lbs to 100-lbs? |
| (9) | E. C., DOB: | Large B-cell lymphoma. Stage IV | May 16, 2018 | Refused any treatments, hospice recommended. Stated only 4-6 months to live. | Taking ImunStem and Aktiffvate since 06/01/2018. Refused any KemoHerbs, currently walking around & active as of 30/01/2019. |
| (10) | J. C., DOB: | Esophageal with metastasis to lung. Stage IV | April 09, 2018 | Refused chemotherapy Esophageal stent 04/09/2018. | ImunStem and Aktiffvate started 04/24/2018, 1)KemoHerb-1&2, 05/10/2018, 2)KemoHerb-1&2, 05/24/2018, 3)KemoHerb-PI&NR 06/09/18, 4)KemoHerb-PI&NR 06/22/18, 5KemoHerb-PI&NR, 07/07/18. Deceased end of 07/2018 or early 08/2018. |



**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**

Page: 3 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (11) | J. A., DOB: ███ ███ | Prostate PSA-5.3, 06/22/2018, PSA-4.9, 01/29/2018. Stage III | May 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started(?) 1)KemoHerb-1&2, 06/05/2018, 2)KemoHerb-1&2, 06/19/2018, 3)KemoHerb-PI&NR, 7/04/18, 4) LyProtein, 07/18/2018, 5) KemoHerb-1&2, 08/03/2018, *Verbal report no more cancer. |
| (12) | E. C., DOB: ███ ███ | Colon cancer rectosigmoid on 02/14/2017, liver, and lymph. Stage IV | February 14, 2017 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate since 07/04/2018, 1)KemoHerb-1&2, 08/04/2018, 2)KemoHerb-1&2, 08/18/2018, 3)(?) No notes for #3, 4)KemoHerb-1&2, 09/14/2018, 5)AnterFeeron-1&2, 09/27/18, 6)(??), 10/12/2018, 7)HyProtein-1,2,3&4, 11/03/18 Last seen 11/3/2018. Deceased 03/11/2019. |
| (13) | H. D., DOB: ███ ███ | Adenocarcinoma stomach antrum poorly differentiated. Stage III | November 15, 2018 BX EGD Enlarged Lymph nods | No chemotherapy, radiation, and surgery. November 15, 2018 – CT Head (N) Chest N – also 12/23/2018 CT Abdomen/Pelvis,11/14/18 & 12/23/2018, + distal gastric wall thickening. Surgeon said would not live past December, 2018 (per patient). | 1)ImunStem and Aktiffvate started 11/19/2018, 2)KemoHerb-1&2, 11/24/2018, 3)AnterFeeron-1&2, 11/27/18, |
| (14) | A. E., DOB: ███ ███ | Colon Cancer. CEA-396.8 05/29/18, CEA-455.2 08/31/18, CEA-271.7 11/19/18, | 2014 | Colostomy 2016, radiation, chemotherapy, eventually refuses | ImunStem and Aktiffvate started 05/17/2018, 1)KemoHerb-1&2, 06/02/18, 2)KemoHerb-1&2, 07/14/18, |



GOLDEN SUNRISE
NUTRACEUTICAL

## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

Page: 4 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | repeat CEA by 03/20/2019(?). Stage IV | | chemotherapy because of side-effects. | 3)KemoHerb-PI&NR 7/27/18 4)KemoHerb-PI&NR 8/10/18 5)AnterFeeron-1&2, 9/15/18, 6)C$_R$Protein, 10/06/2018, 7)LyProtein, 10/22/2018, 8)HyProtein-1,2,3&4, 11/21/2018. |
| (15) | R. E., DOB: | Endometrial Cancer (DVT(L) leg, 05/2018. Stage IV | June 17, 2015 | 3-years of chemotherapy and surgery (TAH, BSO). | ImunStem and Aktiffvate started 05/15/18, 1)KemoHerb-1&2, 06/02/18, 2)KemoHerb-1&2, 06/15/18, 3)KemoHerb-PI&NR 06/29/18, 4)KemoHerb-PI&NR 07/31/18, |
| (16) | G. E., DOB: | Multiple Myeloma. Stage IV | 2016 | (1) Chemotherapy started 2017. (2) Stem cell transplant. | ImunStem and Aktiffvate started 08/27/2018, 1)KemoHerb-1&2, 09/17/2018, 2)KemoHerb-1&2, 10/02/2018, 3)KemoHerb-PI&NR, 10/19/18 4)KemoHerb-PI&NR, 11/5/18, 5)HyProtein, 11/23/2018, 6)C$_R$Protein, 12/10/2018, 7)HyProtein, 01/06/2019 |
| (17) | F. G., DOB: | Sarcoma. Stage(??) | | Chemotherapy. | ImunStem and Aktiffvate started 04/09/2018. No further appointment; Follow-up. |
| (18) | M. G., DOB: | Bladder cancer. Stage IV | October 2014 | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started 10/23/2018, 1)KemoHerb-1&2, 11/08/2018, 2)KemoHerb-1&2, 11/20/2018, 3)KemoHerb-1&2(??), 4)KemoHerb-1&2, 12/27/2018, 5)KemoHerb-1&2, 01/03/2019, 6)C$_R$Protein, 02/2019 |



**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**  Page: 5 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (19) | T. G., DOB: | Kidney metastasis to along spine (Note: 03/13/2018). Stage III-IV | February 2017 | Initially started chemotherapy hospitalized on 02/21/2018, after wards for sepsis w/u-fever, etc, but (-) sepsis. Had nephrectomy 04/03/2018. New metastasis to brain & lungs and chemotherapy X3 which required hospitalization for side effects. | ImunStem and Aktiffvate Started 08/28/2017 1)KemoHerb-1&2, 09/30/2017, 2)KemoHerb-1&2, 10/17/2017, 3)KemoHerb-1&2, 10/31/2017, 4)KemoHerb-PI&NR, 11/14/17 5)KemoHerb-PI&NR, 11/29/17 6)KemoHerb-PI&NR, 12/20/17 7)KemoHerb-PI&NR, 01/08/18 8)KemoHerb-PI&NR 02/09/18, never took. Deceased 10/2018 |
| (20) | R. G., DOB: | Prostate cancer metastasis to bone. Stage IV | March 2017 | Chemotherapy and radiation. | ImunStem and Aktiffvate started 05/03/2018, 1)KemoHerb-1&2, 05/15/2018, 2)KemoHerb-1&2, 06/05/2018, Inability to contact patient. |
| (21) | R. H., DOB: | Esophageal. Stages II/III | December 26, 2016 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 02/20/2017 Multiple KemoHerb products used 2017-2018 |
| (22) | V. I., DOB: | Colon cancer stage-IV metastasis to liver and abdomen. Stage IV | 2016 | Surgery (ascending colon) chemotherapy 4-5 X's. Stop because of side-effects, tingling extremities, worsened LFT's platelet, naturopath on going Vitamin-C and other treatment. | ImunStem and Aktiffvate started 09/12/2018, 1)KemoHerb-1&2, 09/26/2018, 2)KemoHerb-1&2, 10/24/2018, 3)KemoHerb-PI&NR, 11/10/18 4)HyProtein, 12/02/2018, 5)KemoHerb-PI&NR, 12/15/18 6)AnterFeeron-1&2, 01/12/19, 7)LyProtein, 02/23/2019, 8)CʀProtein—Next |
| (23) | C. K., DOB: | Glioblastoma. Stage(?) | November 2017 | Radiation only refused chemotherapy. | ImunStem and Aktiffvate started 01/29/2019 (less headaches 5/2010-1-2(?) |



## GOLDEN SUNRISE NUTRACEUTICAL THERAPY

Page: 6 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | Holistic: Essiac tea black seed oil, cottage cheese? Ricky simson-20% THC, 80% CBD. | 1)KemoHerb,1&2, 02/10/2019, 2)KemoHerb,1&2, 02/24/2019, 3)KemoHerb, PI&PI, 03/10/19 |
| (24) | M. L., DOB: | Multiple Myeloma. Stage(?) | March 2017 | Chemotherapy on 06/01/2017 – 01/2018. Stopped because too weak- unable to walk, bad pain & numbness in legs, bad insomnia, muscle achiness all over, poor appetite. He was miserable with chemotherapy, unable to climb stairs, etc. | ImunStem and Aktiffvate started 09/01/2018, 1)KemoHerb-1&2, 09/19/2018, 2)KemoHerb-1&2, 10/03/2018, 3)KemoHerb,PI&NR, 10/19/18, 4)AnterFeeron-1&2, 11/01/18, 5)KemoHerb-1&2, 11/16/2018, 6)HyProtein,1,2,3&4, 11/27/18, 7)CRProtein, 12/1120/18, 8)LyProtein, 12/25/2018, 9)Nutra-1, 02/05/2019. |
| (25) | J. M., DOB: | Right laryngeal (piriform) cancer stage-IV in lymph node. Stage IV | February 2018 | A diet, no sugar, low carbs, dairy free, gluten free, and soy free (hyperbaric chamber). Refused chemotherapy and radiation. | ImunStem and Aktiffvate started 03/28/2018, 1)KemoHerb-1&2, 04/17/2018, 2)KemoHerb-1&2, 05/01/2018, 3)KemoHerb-PI&NR, 05/15/18 4)KemoHerb-PI&NR, 05/29/18 5)KemoHerb-PI&NR, 06/16/18 6)LyProtein, 07/16/2018, 7)AnterFeeron-1&2, 09/25/18, 8)HyProtein-1,2,3&4, 11/13/18, 9)Vietneze-40, 12/28/18 |
| (26) | C. M., DOB: | Colon cancer (contained within the wall). Stage III | October 03, 2018 | Surgical removal. (Refused recommended chemotherapy X6-months every 2-weeks). | ImunStem and Aktiffvate started 11/16/2018, 1)KemoHerb-1&2, 12/03/2018, 2)KemoHerb-1&2, 12/18/2018, 3)KemoHerb-PI&NR, 01/06/19 4)AnterFeeron-1&2, 01/22/19, 5)KemoHerb-PI&NR, 02/05/19 6)LyProtein, 02/20/2019, 7)CRProtein, 03/05/2019 |



Case 1:20-cv-00060-DAD-SKO Document 65-2 Filed 10/06/21 Page 158 of 486
Case 1:20-cv-00060-DAD-SKO Document 65-2 Filed 10/06/21 Page 158 of 486

GOLDEN SUNRISE NUTRACEUTICAL THERAPY
Page: 7 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| (27) | T. M., DOB: | Ovarian cancer. Stage IV | September 2017 | Surgery for feeding of cancer diaphragm, colon – peritoneum chemotherapy. | ImunStem and Aktiffvate started 01/24/2019, 1)KemoHerb-1&2, 01/29/2019, 2)KemoHerb-1&2, 02/10/2019, 3)Vietneze-40, 02/13/2019, |
| (28) | C. M., DOB: | Uterine and lung cancer (lung box) (at hip surgery 06/28/2018). Stage IV | 1998 2012 | No Chemotherapy and radiation. Hysterectomy on 1998. | ImunStem and Aktiffvate start 09/11/2017. 02/20/2018 patient very weak, very short of breath, holding ImunStem and Aktiffvate other products, restart 02/23/2018 Refill ImunStem and Aktiffvate 03/02/2018, 1)KemoHerb-1&2, 03/17/2018, 2)KemoHerb-1&2, 04/02/2018, 3)AnterFeeron-1&2 (1/3-dose) 04/20/18, 4)KemoHerb-PI&NR, 04/26/18 5)LyProtein, 05/09/2018, 6)KemoHerb-PI&NR, 05/18/18 7)KemoHerb-PI&NR, 06/03/18 8)C$_R$Protein, 06/17/2018, 9)Vietneze-40, 07/28/2018, 10)HyProtein-1,2,3&4, 1/15/18. Passed away 12/01/2018. |
| (29) | J. O., DOB: | Colon cancer metastasis to lung and liver, peritoneum retroperitoneum recto sigmoid colon/urinary bladder and small bowel resection + Cancer Pathology 12/30/2017-1st | March 24, 2016 | Chemotherapy and surgery. Death on 02/18/2018 | ImunStem and Aktiffvate started 04/30/2016, during traditional Chemotherapy at Cedar Sinai Hospital. Sores in mouth and feet in 2-3-days. Started KemoHerbs about 04/2017. Received about 10-KemoHerbs treatments. |



# GOLDEN SUNRISE NUTRACEUTICAL THERAPY

Page: 8 of 10

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | abdominal para-centesis. Stage IV | | | |
| (30) | L. M., DOB: | Germ cell Posterior Thoracic. Stage II | November 2017 | (#1) Surgery 01/2018 (#2) Surgery 06/2018 (#3) Surgery 5-days later from 06/2018. Chemotherapy since 04/20/2008. Repeat scans 09/24/18. | ImunStem and Aktiffvate started 08/2018, 1)KemoHerb-1&2, 09/11/2018. |
| (31) | D. P., DOB: | Colon cancer liver multiple lymph. Stage IV | | Chemotherapy and surgery.<br><br>06/01/2018-surgery 2nd colostomy bag. | ImunStem and Aktiffvate started 05/05/2018, 1)KemoHerb-1&2, 05/18/2018, 2)KemoHerb-PI&NR, 06/22/18 3)KemoHerb-PI&NR, 07/09/18 4)AnterFeeron1&2, 07/21/18, 5)Vietneze-40(?) 07/23/2018, |
| (32) | J. P., DOB: | Breast cancer. Stage I-II | December 07, 2018 Thermography (felt lump May 2018) | No chemotherapy, radiation, and surgery. Refused BX | ImunStem and Aktiffvate started 01/21/2019, 1)KemoHerb-1&2, 02/11/2019, 2)KemoHerb-1&2, 03/04/2019, |
| (33) | J. R., DOB: | Chronic lymphocytic leukemia in bone marrow and skin. Stage IV | 2015 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 06/2017, 1)KemoHerb-1&2, 08/24/2017, 2)KemoHerb-1&2, 09/08/2017, 3)KemoHerb-1&2, 09/22/2017, 4)KemoHerb-1&2, 10/05/2017, 5)KemoHerb-3&4, 10/19/2017, 6)KemoHerb-1&2, 12/06/2017 7)KemoHerb-PI&NR, 12/16/17 8)KemoHerb-PI&NR, 01/13/18 9)04/11/2018 (Note: two more KemoHerbs & AnterFeeron-1&2 one or two times 10)Vietneze-40, 07/17/2018, |


**GOLDEN SUNRISE NUTRACEUTICAL THERAPY**         **Page: 9 of 10**

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
| | | | | | 11)AnterFeeron1&2, 07/23/18. |
| (34) | H. R., DOB: ▇ ▇ | Colon cancer liver Mets. Stage IV | 2016 | Chemotherapy X 2½-years. Last one 02/2019. Surgery-lesions on liver 12/2018. No side-effects except loss of muscle mass X 2½-years some neuropathy soles of feet but(?) from Diabetes. | New patient ImunStem and Aktiffvate started 02/17/2019, 1)KemoHerb-1&2, 03/05/2018 |
| (35) | J. R., DOB: ▇ ▇ | Pancreatic cancer expect 7-months without treatment(??) Stage(??) | October 05, 2018 | No chemotherapy, radiation and surgery. Still take opiate pain medication, still not feel well. | ImunStem and Aktiffvate started 10/17/2018, 1)KemoHerb-1&2, 10/27/2018, 2)KemoHerb-1&2, 11/19/2018, 11/24/2018 doesn't want any more treatments. |
| (36) | B. S., DOB: ▇ ▇ | Lung cancer. Stage I | Diagnosed late 2018 | Radiation on 2-spots on lung. | ImunStem and Aktiffvate start? 1)KemoHerb-1&2 – X2 2)KemoHerb-PI&NR – X2 |
| (37) | M. T., DOB: ▇ ▇ | Intraductal breast cancer. Stage II | July 12, 2018 BX | Lumpectomy 10/26/2018, chemotherapy (L) breast cancer 20-years-ago, refused radiation. | ImunStem and Aktiffvate started 09/07/2018, 1)KemoHerb-1&2, 10/01/2018, only one treatment (too costly), (Stopped KemoHerbs 10/26/18) F/U 03/01/2019-doing well so far. |
| (38) | J. S., DOB: ▇ ▇ | Pancreatic cancer Mets to liver. Stage IV | May 2018 | PET scan for colon cancer radiation 5-times on 10/03/2018, hospice recommended. | ImunStem and Aktiffvate started 10/12/2018, 1)KemoHerb-1&2, 10/24/2018, 2)KemoHerb-1&2, 11/05/2018, 3)HyProtein,1,2,3&4, 11/19/18 Passed away about 11/22/2018. |
| (39) | J. S., DOB: ▇ | Pancreatic cancer. Stage II/III | November 21, 2017 BX | No chemotherapy, radiation, and surgery. | ImunStem and Aktiffvate started(?), |

App. 0106



Case 1:20-cv-01060-DAD-SKO   Document 65-3   Filed 10/06/21   Page 161 of 486
Case 1:20-cv-00540-DAD-SKO   Document 45-2   Filed 10/00/21   Page 480

| (#) | NAME, DOB, and AGE | DIANOSIS (DX) STAGE | DATE OF (DX) | COVENTIONAL TREATMENTS | GOLDEN SUNRISE TREATMENTS |
|---|---|---|---|---|---|
|  | ▮▮▮▮▮ |  |  |  | 1)KemoHerb-1&2, 12/13/2017, 2)KemoHerb-1&2, 12/27/2017, 3)KemoHerb-PI&NR, 01/25/18 4)KemoHerb-PI&NR, 02/20/18 5)KemoHerb-PI&NR, 03/27/18 6)AnterFeeron-1&2, 04/17/18, Deceased 06/17/2018. |
| (40) | L. S., DOB:▮▮▮▮▮ | Laryngeal cancer Metastasis to Pulmonary. Stage IV | October 2017 | Chemotherapy and radiation first round completed on November 27, 2017, repeated on February, 2018 and on April, 2018. Gastric Tube on December 2017. Tracheostomy discussed. | ImunStem and Aktiffvate started October and November 2017, 1)KemoHerb-1&2, per G-tube, 05/21/2018, 2)KemoHerb-1&2, 06/04/2018, 3)KemoHerb-PI&NR, G-tube, 06/20/2018, Deceased around 07/5/2018. |
| (41) | S. W., DOB:▮▮▮▮▮ | High CEA uncertain. Stage?? | February 01, 2018 | No chemotherapy, radiation and surgery. | ImunStem and Aktiffvate started 11/2018, 1)KemoHerb-1&2, 01/12/2019, 2)KemoHerb-1&2, 02/04/2019, 3)KemoHerb-PI&NR, 02/18/19 |
| (42) | J. W., DOB:▮▮▮▮▮ | Pancreatic cancer. Stage III | (?) Told 2-3-years to live with chemotherapy. If no chemotherapy, only live 6-9-months |  | ImunStem and Aktiffvate started 05/01/2018, 1)KemoHerb-1&2, 05/08/2018, 2)KemoHerb-1&2, 05/22/2018, 3)KemoHerb-PI&NR, 06/05/18 4)LyProtein, 06/20/2018, AnterFeeron ½ dropper full BID 06/29/2018. 07/01/2018 to hospital with Pulmonary Emboli.(?) No further F/U. |

**Deceased with Combination of Conventional**
**& Golden Sunrise Nutraceutical Treatments**

App. 0108



**DECEASED with Combination of Conventional & Golden Sunrise Nutraceutical** Page: 1 of 1

| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | DATE OF DEATH | MONTHS ALIVE AFTER DIAGNOSES | COMENTS |
|---|---|---|---|---|---|---|---|
| (1) | J. A., ▮ | Lymphoma Stage IV | October, 2017 | March 18, 2018 | August, 2018 | 10-months | On Hospice when started Golden Sunrise products |
| (2) | E. C., ▮ | Colon Stage IV | February 14, 2017 | July, 04, 2018 | December, 2018 | 22-months | |
| (3) | J. O., ▮ | Colon Stage IV | March 24, 2016 | ImunStem and Aktiffvate started on April 30, 2016, KemoHerbs, April, 2017. | February 18, 2018 | 23-months | |
| (4) | L. S., ▮ | Laryngeal Stage IV | October, 2017 | October, 2017 | July 05, 2018 | 9-months | |

Case 1:20-at-00540   Document 3-3   Filed 07/31/20   Page 114 of 180

**LONGEVITY, Combination of**
**Chemotherapy/Radiation/Golden Sunrise Nutraceutical**

App. 0110



**LONGEVITY, Combination of Chemotherapy/Radiation/Golden Sunrise Nutraceutical**     Page: 1 of 1

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START GOLDEN SUNRISE PRODUCTS | ALIVE DECEASED | DURATION FROM DATE OF DX | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | ▮▮▮ 37-years-old | Colon Stage IV | 2014 | May 17, 2018 | Alive | 5-year | Early remission |
| (2) | ▮▮▮ 51-years-old | Multiple Myeloma | 2016 | August 27, 2018 | Alive | 2½-year | Slow progression |
| (3) | ▮▮▮ 61-years-old | Glioblastoma Stage IV | November 2017 | January 29, 2019 | Alive | 16-onths | New |
| (4) | ▮▮▮ 76-years-old | Multiple Myeloma Stage I-II | March 2017 | September 01, 2018 | Alive | 24-months | Watching doing well |
| (5) | ▮▮▮ 63-years-old | Colon Stage IV | 2016 | September 12, 2018 | Alive | >2½-years | Watching doing well |
| (6) | ▮▮▮ 67-years-old | Ovarian Stage IV | September 2017 | January 24, 2019 | Alive | 18-months | New |
| (7) | ▮▮▮ 70-years-old | Colon Stage IV | 2016 | February 17, 2019 | Alive | >2½-years | New |

# LONGEVITY only Golden Sunrise Nutraceutical Therapy



## LONGEVITY only Golden Sunrise Nutraceutical Therapy

Page: 1 of 2

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START KEMOHERBS | ALIVE or DECEASED | DURATION From Date of DIAGNOSES | STATUS |
|---|---|---|---|---|---|---|---|
| (1) | J. A., | Prostate Stage II | May 2018 | May 2018 | Alive | 10-months | Remission |
| (2) | R. A., | Breast Stage II | June 2017 | June 2017 | Alive | 21-months | Remission |
| (3) | B. B., | Prostate State II | 2014 | August 2018 | Alive | | Last PSA-13.4, 03/11/2019 |
| (4) | J. C., | Esophageal Stage IV | April 09, 2018 | April 24, 2018 | Deceased 08/2018 | 4-months | Deceased |
| (5) | E. C., | Large B-Cell Lymphoma Stage III | May 16, 2018 | June 01, 2018 | Alive | 10-months | Stabilized *Hospice |
| (6) | H. D., | Stomach Stage IV | November 15, 2018 | November 19, 2018 | Alive | 4-months | Stabilized (told would die in 12/2018) |
| (7) | R. H., | Esophageal Stage II | December 26, 2016 | March 2017 | Alive | 27-months | In Remission |
| (8) | J. M., | Laryngeal Stage IV | February, 2018 | March 28, 2018 | Alive | 13-months | In Remission |
| (9) | C. M., | Colon Stage III | October 03, 2018 | November 16, 2018 | Alive | 4-months | In Progress |
| (10) | J. R., | Chronic Lymphocytic Leukemia Stage IV | 2015 | June 2018 | Alive | 48-months | In Progress |
| (11) | C. M., | Lung Stage IV | 2012 | February 11, 2018 | Deceased 12/01/2018 | 8-months | Deceased (extended life for 8-months) |
| (12) | J. P., | Breast Stage II | December 07, 2018 | January 21, 2019 | Alive | 1½-months | In Progress |
| (13) | B.S., | Lung Stage I | November, 2018 | January 30, 2019 | Alive | 4-months | New |



**LONGEVITY only Golden Sunrise Nutraceutical Therapy**                                    **Page: 2 of 2**

| (#) | NAME AGE | CANCER STAGE | DATE DIAGNOSED | DATE START KEMOHERBS | ALIVE or DECEASED | DURATION From Date of DIAGNOSES | STATUS |
|-----|----------|--------------|----------------|----------------------|-------------------|--------------------------------|--------|
| (14) | J. S., ▮ | Pancreatic Stage II-III | November 21, 2017 (BX) | December 01, 2017 | Deceased 06/17/2018 | 7-months | Deceased |
| (15) | M. G., ▮ | Bladder Stage IV | October 2014 | August 2018 | Alive | 7-months | In progress |
| (16) | S. W., ▮ | (?)Increasing CEA | February 01, 2018 | November, 2018 | Alive | 12-months | New |

# Remarkable Results on 10 of 42 Patients



**REMARKABLE RESULTS ON 10 OF 42-PATIENTS**                                        Page: 1 of 1

| (#) | NAME & AGE | CANCER STAGE | DATE DIAGNOSED | RESULTS |
|---|---|---|---|---|
| (1) | J. A., ▮▮▮ | Prostate Stage II | May 2018 | On KemoHerbs for 2-months. Primary care doctor gave verbal report of no more prostate cancer. |
| (2) | J. A., ▮▮▮ | Lymphoma Stage IV | October 2017 | On Hospice since about February 2018, KemoHerbs March 18, 2018 – July 24, 2018 Passed away August, 2018 Extended life about 6 Months. |
| (3) | R. A., ▮▮▮ | Breast cancer Stage II | September 2017 | Remission. |
| (4) | E. C., ▮▮▮ | Lymphoma Large B-Cell Stage III | May 16, 2018 Given to live 4–6-months | Advised Hospice On ImunStem and Aktiffvate alone from June 01, 2018 – Current. Currently very vibrant and ambulatory woman. |
| (5) | A. E., ▮▮▮ | Colon Cancer Stage IV | 2014 | Early Remission June 02, 2018 CEA dropping 455.2 (8/31/18) to 271.7 (11/19/18). On KemoHerbs June 02, 2018 to current. |
| (6) | H. D., ▮▮▮ | Gastric Stage II-III | November 15, 2018 | Surgeons said he would die December, 2018. KemoHerbs November 19, 2018-currently Extend life 3+months |
| (7) | R. H., ▮▮▮ | Esophageal Stage II | December 26, 2016 | Only use KemoHerbs February 20, 2017 to current date. In "Remission" |
| (8) | J. M., ▮▮▮ | Laryngeal Stage IV | February 2018 | Only Use KemoHerbs March 28, 2018 to Currently. In "Remission" |
| (9) | C. M., ▮▮▮ | Lung Stage IV | 2012 | KemoHerbs February 11, 2018 – June 3, 2018. Would have passed away February, 2018 but extended life until December 01, 2018. |
| (10) | J. O., ▮▮▮ | Colon Cancer Stage IV | March 24, 2016 CEA started rising March, 2017 so switched to KemoHerbs. Gave the patient another year to live. | KemoHerbs April, 2017 When started the I/A on April 30, 2016, literally within 2-3 days the sores in his mouth and feet from the chemotherapy were healed. When he was told that the chemotherapy was no longer working, at Cedars-Sinai Hospital on March, 2017, the patient started Golden Sunrise Nutraceutical KemoHerbs in April, 2017. |

App. 0116

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 JAG 1 of 28

Attachment F



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## TITLE

Investigator's Brochure

## PRODUCT

ImunStem, Aktiffvate, and KemoHerbs

## DATE

March 25, 2019

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-2/22/19 JAG 2 of 28



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## ABBREVIATION

| ABBREVIATION | DEFINITION |
|---|---|
| DNA | Deoxyribonucleic Acid |
| FDA | Food and Drug Administration |
| Golden Sunrise | Golden Sunrise Nutraceutical, Inc. |

App. 0118

MSJ App. 0972



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet | Title Page |
| Abbreviation | 1 |
| Table of Contents | 2 |
| 1.0 Introduction | 3 |
| 2.0 Summary | 3 |
| 3.0 Attachments | 6 |
| 4.0 References | 6 |
| ImunStem, Aktiffvate, and KemoHerbs – Investigator's Brochure | |
| END March 25, 2019 | 7 |

App. 0119

MSJ App. 0973

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



## INVESTIGATOR'S BROCHURE

**1.0  INTRODUCTION**

The administration of botanical treatments for human health has led to the benefit of cancer treatments from plant based materials. *ImunStem*, *Aktiffvate*, and *KemoHerb* treatments have been of great value to patients that only use herbal/botanical products for overall health. This has led to improved outcomes for patients. Patients that resist traditional medical therapies and that have used medical therapies that haven't helped in the reduction or elimination of cancer who've been on traditional medical therapies and have suffered from harmful side-effects. Those medical therapies may cause eventual death from soft tissue necrosis overtime.

*KemoHerb* treatment begins with the use of *ImunStem* and *Aktiffvate* to improve immune system function then the administration of *KemoHerbs* are given to flush the system and arrest the development of the cancer, treatments are continued to support the elimination of cancer cells.

**2.0  SUMMARY**

By way of introduction, I am Huu S. TIEU, founder of Golden Sunrise and its products. My interest in herbalism started at a young age, and much of my knowledge was passed down through generations, in my family. I was able to elucidate how plant components and plant compounds balance and activate the metabolic synergy of the body.

Chinese is my ancestry, although I was born in Vietnam. Our culture has always been interested in herbal cures, mainly out of necessity. It is the centuries of herbal knowledge passed on to me that has led to the discovery which I am happy to pass on to the American people and all of humanity. My father, grandfather and great-grandfather both specialized in herbal cures, and treated many people in nearby villages.

My father,          listened to the story of the first emperor of China, and how the Emperor had searched throughout his reign for the "elixir-of-life" and though he never found it, the accidental product of his search was gunpowder.

My great grandfather decided to once again begin the search for the elusive "elixir-of-life" and found in his search that any potion would be complicated. After numerous dead-ends, my great-grandfather concluded that a single cure-all was not realistic, given the complicated structure of the human body and health. It took my great-grandfather his entire life to finally realize this. However, once he came to this realization, he was too aged to continue his search. Knowing that he would not be able to continue, my great-grandfather passed on his conclusions to his son, who then passed them on to his son, and my father passed the conclusions of the generations to me. My father's request was that I continue the search for this elusive "Elixir-of-Life".

I took my father's request to heart and continued the search. Armed with the information handed down to me from my father, and what I had learned on my own I began to break down the needs of people's health, and decided that my main focus should be the immune

MSJ App. 0974

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

 **INVESTIGATOR'S BROCHURE**

system. To strengthen one's immune system, in my opinion, would be the closest I would be able to come to my great-grandfather's dream of an "Elixir-of-Life" and most beneficial for everyone.

My knowledge of herbalism, botany and basic potions initially, were passed down through my family. My father's knowledge was extensive and on more than one occasion he took me out to the natural environment of plants to teach me the differences, and what to look for. A few examples, would be at the age of twelve (12) my father began teaching me how to mix potions, how to isolate different properties of plant material in order to achieve a specific treatment; he also took me on more than one (1) occasion out to natural habitats to learn more about plant, their properties and how to look for what would be most beneficial from that particular plant. My father pointed out and named all of the plants able to withstand the staggering desert heat. He then took me to a Yucca plant and placed a thermometer in the plant. It was one hundred and fifteen (115°) degrees, yet the Yucca did not show any signs of stress or burn marks. The plant was not damaged in any way. My father pointed out that if this plant could withstand such an extreme environment, that there must be some benefit to be held for people. The day ended with my father pointing out all of the properties of each of the plants surrounding us. We then went home and my father had me study all of the plants that we had examined in the desert. A few months later, my father took me to an herb store in San Francisco, California, and explained the technology involved in reducing the properties of the herbs. He also explained how the conclusions that he, and generations before him had arrived at, and how with the introduction of computers, and high-tech software we would be able to expand on their conclusions and receive the maximum benefits. I began in earnest study of plants, their characteristics, their physiology and survivability. Understanding the structural function of the plants, I began experimenting on animals. As I was administering one hundred (100%) percent natural potions, I knew that the chance of a harmful side-effect was minimal.

My research entailed visiting many libraries, internet searches, as well as attending seminars, and speaking with various people in the fields of botany and herbalism. Then years of "Hit and Miss" experiments.

I also studied cells, and how they act/react. I researched the ways that protein, hormones and enzymes interact in the body, and reactions to the cells in the body. I then embarked on a study of DNA and Telomeres to understand whether it was possible to lengthen life through DNA manipulation, and telomere longevity.

I believe that my comprehensive knowledge and understanding of plant physiology, survivability and structure, along with my knowledge of the human body functions has grown through the years. Thus allowing me to incorporate the metabolic synergy of the body to be activated by plant components and plant compounds.

Initially, I was unable to run traditional scientific tests, but rather relied on the technology my father had brought from Vietnam, and conducted studies based on my understanding at the time.



## INVESTIGATOR'S BROCHURE

Page 5 of 7

With time I was able to create Golden Sunrise and have very obviously upped my testing methods.

The culmination of my life's work is a variety of Golden Sunrise products, all of which have no known side-effects to date, but my greatest achievement was the FDA approval of *ImunStem*. My primary product to strengthen the immune system.

*ImunStem*, *Aktiffvate*, and the *KemoHerb* dietary supplements have been under development for the past thirty (30) years. The initial development was based on assumptions different than treatment therapies used by modern medicine. They start out with a different premise, that is, a disease model. In their model, there are innumerable diseases. With the disease model, modern medicine separated the cell and its function and addresses only the results of a poor functioning cell(s) and not the cell itself. The treatment strategies deal with the symptoms and effects of the disease. This approach awarded many benefits including, not the least of which include, extending longevity and mitigating human suffering. It was a double-edged sword, however, because many of these achievements came with a price, often come with side-effects, and in the end, an inability to stop the progression of chronic diseases and the multiplication of drugs to combat these diseases. They have come to a road block, largely because of the limitation of the technology that is used. They were attacking the results and symptoms created by the disease, because their technology only allowed this approach. The *ImunStem*, *Aktiffvate*, and *KemoHerb* dietary supplement development was based on a different model. In that model there is only one (1) disease. This means that if the cell becomes 'unhealthy', it becomes a *MALFUNCTIONING* cell, and a cascade of events occur resulting in illness. The cell and its function must both be addressed at the same time. This required a new technology. It was based on the structural function of plants and the circulatory system of plants. **(b) (4)**
                                                                                    which
ultimately lead to the final product. **(b) (4)** testing confirmed the initial **(b) (4)** observations to support a theory for human use. This information was then extrapolated to theorize that human tissue would demonstrate a similar characteristic of the condition, to effect repair (and)(or) reversal of the diseased state through the regeneration of cells and cellular structure for the benefit of patient's metabolism, wound, and tissue damage and debilitating diseases. This technology found the method of combining the different herbs in such a way to magnify their properties and treat the cells directly at a cellular level.

Malfunctioning cells must be the focus of attention. There is only one (1) disease in this model: a malfunctioning cell. Cells malfunction for two (2) reasons: toxins and malnutrition. By not addressing nutrition and toxicity of cells in the body, individuals will experience damage on the cellular level that result today in all of the chronic diseases, degenerative disorders, etc., which we are beleaguered with today.

There are many ways to make our bodies deficient and filled with toxins. Toxins are ubiquitous in our environment: pollution of water supplies with addition of bactericides in city water, air pollution from automotive and industrial entities, cosmetics, creams, conditioners, shampoos, hair dyes, make up, pharmaceutical medications, pesticides in food



## INVESTIGATOR'S BROCHURE

products, etc. Poor nutrition occurs from starvation or processed foods that lack basic nutrients and contain toxins. Stress and inactivity complicate the picture as well. All the factors that contribute to the problems of a weakened body are staggering. For example, an over-taxed immune system results in body-wide 'inflammation', which perhaps is the best way to describe decreased circulation, accumulation of metabolic waste such as radicals, acid-base imbalance, localized oxygen deprivation, impaired energy production by the cells, and the list goes on. These all lead to unhealthy tissues, i.e. leaky gut problems, malabsorption, autoimmune reactions, cancer, etc. Dr. Otto Heinrich WARBURG, Nobel Prizes & Laureate, 1931, established that cancer cells derive their energy by fermentation chemical reactions and thrive in low oxygen environment (as opposed to healthy cells which require oxygen for their energy). The corollary of this is the high demand for glucose by cancer cells.

Golden Sunrise dietary supplements have established their safe and efficacy in helping to reverse, modify, or heal *Serious or Life-threatening* conditions. They cause release of toxins out of the cells and at the same time the herbs supply the essential nutrients which the cells have been starving for. These nutrients serve as building blocks allowing the cells to repair and rejuvenate themselves and return the cells to perform the functions they were intended to perform.

Foreign patient treatments using Golden Sunrise products. Patients have been treated in the counties of Cambodia 2-cancer-patients, China 2-cancer-patients, and Mexico 5-cancer-ptients have shown improved quality-of-life.

The **Attachment 3.1 Cancer Survival Rate Results** shows the US patients treated with only Golden Sunrise products. Other patients treated with traditional cancer treatments such as chemotherapy, radiotherapy, and surgery in addition to Golden Sunrise products have shown an improved quality-of –life.

3.0   **ATTACHMENT**
    3.1   • **Cancer Survival Rate Results**
    3.2   • **Aktiffvate Label**
           • **ImunStem Label**
           • **KemoHerb-1 Label**
           • **KemoHerb-2 Label**
           • **KemoHerb-PI Label**
           • **KemoHerb-NR Label**

4.0   **REFERENCES**
    • The Warburg effect in tumor progression: Mitochondrial oxidative metabolism as an anti-metastasis mechanism.

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# INVESTIGATOR'S BROCHURE

# ImunStem, Aktiffvate, and KemoHerbs

# END

## March 25, 2019

App. 0124

MSJ App. 0978

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-2/22/19 pg 8 of 28



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# ATTACHMENT

## 3.1 Cancer Survival Rate Results

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

## TITLE

# CANCER SURVIAL RATE RESULTS

## COMPLETE ON

March 18, 2019

App. 0126

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/7/19 JAG 32 of 48



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# ATTACHMENT

## 3.2  Aktiffvate, ImunStem, KemoHerb-1, KemoHerb-2, KemoHerb-PI, and KemoHerb-NR

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



*Aktiffvate*®

Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS |  |  |
| --- | --- | --- |
| Serving Size: (0.50ml) (491.50mg) |  |  |
| Serving Per Container: 25 serving |  |  |
| **Amount Per Serving** |  | **%DV** |
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |
| ** Daily Value (DV) not established. |  |  |

Other Ingredients: Wintergreen, solvents, organic compounds, fatty acids, Yucca extract and Olive leaf extract.

## STRUCTURE FUNCTION
"Support Immunity" and "Boost Stamina"
"For the Relief of Occasional Sleeplessness"
"Maintains Healthy Lung Function"
"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"
"Helps You Relax"
"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"
"Reduces Stress and Frustration"

## ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides.  If the burning sensation persists, capsules may be substituted for a beneficial response.
* Vomiting.

**Administration:** Shake bottle well before using and use dropper to place ½ to ¾ quarter of a dropper of *Aktiffvate* under tongue.  Leave under tongue for approx forty (40) seconds and then drink water.

**Dosage:** Take ½ to ¾ quarter of a dropper, 1–4 times a day, between one (1) and three (3) hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman.  Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097.  Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA).  This product is not intended to diagnose, treat, cure or prevent any disease.

*Golden Sunrise*
NUTRACEUTICAL

Manufactured by: **Golden Sunrise Nutraceutical Inc.**
P.O. Box 510
PORTERVILLE, CA 93257  * U.S.A.
Aktiffvate is a Registered Trademark of Golden Sunrise Pharmaceutical Incorporation



# *ImunStem*®

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: (0.50ml) (491.50mg) | | |
| Serving Per Container: 59 serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, fatty acid, cassia oil and yucca.

## STRUCTURE FUNCTION
"Support Immunity" and "Boost Stamina"
"For the Relief of Occasional Sleeplessness"
"Maintains Healthy Lung Function"
"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"
"Helps Provide Temporary Relief for People in Serious or Life-threatening Situation"
"Helps You Relax"

## ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a beneficial response.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *ImunStem* under tongue. Leave under tongue for approx forty (40) seconds and then drink water.

**Dosage:** Take 0.50 – 0.75ml, 1 – 4 times a day, between one (1) and three (3) hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

Golden Sunrise
NUTRACEUTICAL

ImunStem
Dietary Supplement

Page 1 of 2

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/2/19 JAG 35 of 38

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by: **Golden Sunrise Nutraceutical Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 \* U.S.A.
Patent No.: 3/654,620
**ImunStem** is a Registered Trademark of Golden Sunrise Pharmaceutical Inc.

ImunStem
Dietary Supplement

App. 0130

MSJ App. 0984

# *KemoHerb-1*

Dietary Supplement

### WARNING

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: (1 fl.oz.) (491.50mg) | | |
| Serving Per Container: One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cayenne, Maca and Turmeric.

## STRUCTURE FUNCTION

"Support Immunity" and "Boost Stamina"
"Helps Maintain Joint Health and Flexibility"
"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"
"Reduces Stress and Frustration"

The *KemoHerb-1* has no toxic side-effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-1* into a glass cup and swallow entire contents.

**Dosage:** Take one (1) fl.oz.

*KemoHerb-1* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

*Golden Sunrise*
NUTRACEUTICAL

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

Exhibit JAG-3
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# *KemoHerb-2*

Dietary Supplement

## WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| **SUPPLEMENT FACTS** | | |
| --- | --- | --- |
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cat's claw and Turmeric.

## STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *KemoHerb-2* has no toxic side effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-2* into a glass cup and swallow entire contents.

**Dosage:** Take one (1) fl.oz.

*KemoHerb-2* dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by: **Golden Sunrise Nutraceutical Incorporation**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

# *KemoHerb-PI*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
Serving Size: 350mg per capsule
Serving Per Container: 25 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |

** Daily Value (DV) not established.

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *KemoHerb-PI* has no toxic side-effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-PI*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

# *KemoHerb-NR*

## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |

** Daily Value (DV) not established.

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

## STRUCTURE FUNCTION
### "Promote Bowel Movements"

The *KemoHerb-NR* has no toxic side-effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-NR*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

*Golden Sunrise*
NUTRACEUTICAL

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510
PORTERVILLE, CA 93258 * U.S.A.

**Golden Sunrise NUTRACEUTICAL**

Attachment G

P.O. Box 510
**PORTERVILLE, CA 93258**
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

# TITLE

## Investigator's Brochure

# PRODUCT

## ImunStem, Aktiffvate, and KemoHerbs

# DATE

## March 25, 2019

## ABBREVIATION

| ABBREVIATION | DEFINITION |
|---|---|
| DNA | Deoxyribonucleic Acid |
| FDA | Food and Drug Administration |
| Golden Sunrise | Golden Sunrise Nutraceutical, Inc. |

P.O. Box 510

PORTERVILLE, CA 93258

Phone No.: 1.559.781.0658

Fax No.: 1.559.615.1268

NUTRACEUTICAL

## TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet ................................................................................... | Title Page |
| Abbreviation ................................................................................... | 1 |
| Table of Contents ............................................................................ | 2 |
| 1.0 Introduction ............................................................................... | 3 |
| 2.0 Summary ................................................................................... | 3 |
| 3.0 Attachments ............................................................................... | 6 |
| 4.0 References ................................................................................. | 6 |
| ImunStem, Aktiffvate, and KemoHerbs – Investigator's Brochure | |
| END March 25, 2019 ...................................................................... | 7 |

App. 0137

MSJ App. 0991

INVESTIGATOR'S BROCHURE

## 1.0 INTRODUCTION

The administration of botanical treatments for human health has led to the benefit of cancer treatments from plant based materials. *ImunStem*, *Aktiffvate*, and *KemoHerb* treatments have been of great value to patients that only use herbal/botanical products for overall health. This has led to improved outcomes for patients. Patients that resist traditional medical therapies and that have used medical therapies that haven't helped in the reduction or elimination of cancer who've been on traditional medical therapies and have suffered from harmful side-effects. Those medical therapies may cause eventual death from soft tissue necrosis overtime.

*KemoHerb* treatment begins with the use of *ImunStem* and *Aktiffvate* to improve immune system function then the administration of *KemoHerbs* are given to flush the system and arrest the development of the cancer, treatments are continued to support the elimination of cancer cells.

## 2.0 SUMMARY

By way of introduction, I am Huu S. TIEU, founder of Golden Sunrise and its products. My interest in herbalism started at a young age, and much of my knowledge was passed down through generations, in my family. I was able to elucidate how plant components and plant compounds balance and activate the metabolic synergy of the body.

Chinese is my ancestry, although I was born in Vietnam. Our culture has always been interested in herbal cures, mainly out of necessity. It is the centuries of herbal knowledge passed on to me that has led to the discovery which I am happy to pass on to the American people and all of humanity. My father, grandfather and great-grandfather both specialized in herbal cures, and treated many people in nearby villages.

My father,　　　　　 listened to the story of the first emperor of China, and how the Emperor had searched throughout his reign for the "elixir-of-life" and though he never found it, the accidental product of his search was gunpowder.

My great grandfather decided to once again begin the search for the elusive "elixir-of-life" and found in his search that any potion would be complicated. After numerous dead-ends, my great-grandfather concluded that a single cure-all was not realistic, given the complicated structure of the human body and health. It took my great-grandfather his entire life to finally realize this. However, once he came to this realization, he was too aged to continue his search. Knowing that he would not be able to continue, my great-grandfather passed on his conclusions to his son, who then passed them on to his son, and my father passed the conclusions of the generations to me. My father's request was that I continue the search for this elusive "Elixir-of-Life".

I took my father's request to heart and continued the search. Armed with the information handed down to me from my father, and what I had learned on my own I began to break down the needs of people's health, and decided that my main focus should be the immune

system. To strengthen one's immune system, in my opinion, would be the closest I would be able to come to my great-grandfather's dream of an "Elixir-of-Life" and most beneficial for everyone.

My knowledge of herbalism, botany and basic potions initially, were passed down through my family. My father's knowledge was extensive and on more than one occasion he took me out to the natural environment of plants to teach me the differences, and what to look for. A few examples, would be at the age of twelve (12) my father began teaching me how to mix potions, how to isolate different properties of plant material in order to achieve a specific treatment; he also took me on more than one (1) occasion out to natural habitats to learn more about plant, their properties and how to look for what would be most beneficial from that particular plant. My father pointed out and named all of the plants able to withstand the staggering desert heat. He then took me to a Yucca plant and placed a thermometer in the plant. It was one hundred and fifteen (115°) degrees, yet the Yucca did not show any signs of stress or burn marks. The plant was not damaged in any way. My father pointed out that if this plant could withstand such an extreme environment, that there must be some benefit to be held for people. The day ended with my father pointing out all of the properties of each of the plants surrounding us. We then went home and my father had me study all of the plants that we had examined in the desert. A few months later, my father took me to an herb store in San Francisco, California, and explained the technology involved in reducing the properties of the herbs. He also explained how the conclusions that he, and generations before him had arrived at, and how with the introduction of computers, and high-tech software we would be able to expand on their conclusions and receive the maximum benefits. I began in earnest study of plants, their characteristics, their physiology and survivability. Understanding the structural function of the plants, I began experimenting on animals. As I was administering one hundred (100%) percent natural potions, I knew that the chance of a harmful side-effect was minimal.

My research entailed visiting many libraries, internet searches, as well as attending seminars, and speaking with various people in the fields of botany and herbalism. Then years of "Hit and Miss" experiments.

I also studied cells, and how they act/react. I researched the ways that protein, hormones and enzymes interact in the body, and reactions to the cells in the body. I then embarked on a study of DNA and Telomeres to understand whether it was possible to lengthen life through DNA manipulation, and telomere longevity.

I believe that my comprehensive knowledge and understanding of plant physiology, survivability and structure, along with my knowledge of the human body functions has grown through the years. Thus allowing me to incorporate the metabolic synergy of the body to be activated by plant components and plant compounds.

Initially, I was unable to run traditional scientific tests, but rather relied on the technology my father had brought from Vietnam, and conducted studies based on my understanding at the time.

**INVESTIGATOR'S BROCHURE**

With time I was able to create Golden Sunrise and have very obviously upped my testing methods.

The culmination of my life's work is a variety of Golden Sunrise products, all of which have no known side-effects to date, but my greatest achievement was the FDA approval of ***ImunStem***. My primary product to strengthen the immune system.

***ImunStem***, ***Aktiffvate***, and the ***KemoHerb*** dietary supplements have been under development for the past thirty (30) years. The initial development was based on assumptions different than treatment therapies used by modern medicine. They start out with a different premise, that is, a disease model. In their model, there are innumerable diseases. With the disease model, modern medicine separated the cell and its function and addresses only the results of a poor functioning cell(s) and not the cell itself. The treatment strategies deal with the symptoms and effects of the disease. This approach awarded many benefits including, not the least of which include, extending longevity and mitigating human suffering. It was a double- edged sword, however, because many of these achievements came with a price, often with side-effects, and in the end, an inability to stop the progression of chronic diseases and the multiplication of drugs to combat these diseases. They have come to a road block, largely because of the limitation of the technology that is used. They were attacking the results and symptoms created by the disease, because their technology only allowed this approach. The ***ImunStem***, ***Aktiffvate***, and ***KemoHerb*** dietary supplement development was based on a different model. In that model there is only one (1) disease. This means that if the cell becomes 'unhealthy', it becomes a ***MALFUNCTIONING*** cell, and a cascade of events occur resulting in illness. The cell and its function must both be addressed at the same time. This required a new technology. It was based on the structural function of plants and the circulatory system of plants. Basic formulations were introduced into plant structures to evaluate the responses for cell division and plant growth which ultimately lead to the final product. In vitro testing confirmed the initial plant observations to support a theory for human use. This information was then extrapolated to theorize that human tissue would demonstrate a similar characteristic of the condition, to effect repair (and)(or) reversal of the diseased state through the regeneration of cells and cellular structure for the benefit of patient's metabolism, wound, and tissue damage and debilitating diseases. This technology found the method of combining the different herbs in such a way to magnify their properties and treat the cells directly at a cellular level.

Malfunctioning cells must be the focus of attention. There is only one (1) disease in this model: a malfunctioning cell. Cells malfunction for two (2) reasons: toxins and malnutrition. By not addressing nutrition and toxicity of cells in the body, individuals will experience damage on the cellular level that result today in all of the chronic diseases, degenerative disorders, etc., which we are beleaguered with today.

There are many ways to make our bodies deficient and filled with toxins. Toxins are ubiquitous in our environment: pollution of water supplies with addition of bactericides in city water, air pollution from automotive and industrial entities, cosmetics, creams, conditioners, shampoos, hair dyes, make up, pharmaceutical medications, pesticides in food

MSJ App. 0994

products, etc. Poor nutrition occurs from starvation or processed foods that lack basic nutrients and contain toxins. Stress and inactivity complicate the picture as well. All the factors that contribute to the problems of a weakened body are staggering. For example, an over-taxed immune system results in body-wide 'inflammation', which perhaps is the best way to describe decreased circulation, accumulation of metabolic waste such as radicals, acid-base imbalance, localized oxygen deprivation, impaired energy production by the cells, and the list goes on. These all lead to unhealthy tissues, i.e. leaky gut problems, malabsorption, autoimmune reactions, cancer, etc. Dr. Otto Heinrich WARBURG, Nobel Prizes & Laureate, 1931, established that cancer cells derive their energy by fermentation chemical reactions and thrive in low oxygen environment (as opposed to healthy cells which require oxygen for their energy). The corollary of this is the high demand for glucose by cancer cells.

Golden Sunrise dietary supplements have established their safe and efficacy in helping to reverse, modify, or heal *Serious or Life-threatening* conditions. They cause release of toxins out of the cells and at the same time the herbs supply the essential nutrients which the cells have been starving for. These nutrients serve as building blocks allowing the cells to repair and rejuvenate themselves and return the cells to perform the functions they were intended to perform.

Foreign patient treatments using Golden Sunrise products. Patients have been treated in the counties of Cambodia 2-cancer-patients, China 2-cancer-patients, and Mexico 5-cancer-ptients have shown improved quality-of-life.

The **Attachment 3.1 Cancer Survival Rate Results** shows the US patients treated with only Golden Sunrise products. Other patients treated with traditional cancer treatments such as chemotherapy, radiotherapy, and surgery in addition to Golden Sunrise products have shown an improved quality-of –life.

## 3.0   ATTACHMENT
**3.1   • Cancer Survival Rate Results**
**3.2   • Aktiffvate Label**
   **• ImunStem Label**
   **• KemoHerb-1 Label**
   **• KemoHerb-2 Label**
   **• KemoHerb-PI Label**
   **• KemoHerb-NR Label**

## 4.0   REFERENCES
   • The Warburg effect in tumor progression: Mitochondrial oxidative metabolism as an anti-metastasis mechanism.

P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

**NUTRACEUTICAL**

# INVESTIGATOR'S BROCHURE

# ImunStem, Aktiffvate, and KemoHerbs

# END

March 25, 2019

App. 0142

MSJ App. 0996

**Establishment Inspection Report**                                    FEI:              **3012327979**
Golden Sunrise Pharmaceutical Inc.                       EI Start:          2/19/2019
Porterville, CA 93257                                              EI End:            3/22/2019

## TABLE OF CONTENTS

Summary ................................................................................................................. 1
History .................................................................................................................... 2
Interstate Commerce/Jurisdiction ........................................................................ 4
Individual Responsibility and Persons Interviewed ............................................. 8
Firm's Training Program ..................................................................................... 10
Manufacturing/Design Operations ...................................................................... 10
General Discussion with Management ................................................................. 13
Refusals AND SAMPLES COLLECTED ........................................................... 14
Exhibits Collected ............................................................................................... 14
Attachments ......................................................................................................... 15

## SUMMARY

This initial inspection of Golden Sunrise Pharmaceutical Inc. (GSPI), a dietary supplement manufacturer, was identified in eNSpect as Op ID 11859. It was identified as a SSIL-A firm and inspected in FY2019 in accordance with Compliance Program (CP) 7352.002, Unapproved New Drugs, under PAC63002. CP 7321.008, Dietary Supplements, was not covered.

Form FDA 483, Inspectional Observations, was not issued during the current inspection. It focused on cancer patient treatment under the care of physician with KemoHerbs 1, 2, PI and NR. A total of forty-two patients have been treated since April 2017.

The firm's Kemo Herb 1, 2, PI and NR products are used to treat and cure diseases for patients under the care of physicians. These four products are labeled as dietary supplements.

No refusals were encountered.

Documentary samples 1083657, 1105686, 1105687 and 1105688 were collected to document interstate commerce of Kemo Herbs 1, 2, PI and NR.

## AMINISTRATIVE DATA

| | |
|---|---|
| Inspected firm: | Golden Sunrise Pharmaceutical Inc. |
| Location: | 219 North E Street |
| | Porterville, CA 93257 |
| Phone: | 559-781-0658 |

MSJ App. 0997
NEU_00003211

**Establishment Inspection Report** FEI: **3012327979**
Golden Sunrise Pharmaceutical Inc. EI Start: 2/19/2019
Porterville, CA 93257 EI End: 3/22/2019

| FAX: | 559-615-1268 |
| Mailing address: | 219 North E Street |
| | Porterville, CA 93257 |
| Dates of inspection: | 2/19/2019, 2/20/2019, 2/21/2019, 2/22/2019, 3/7/2019, 3/18/2019, 3/22/2019 |
| Days in the facility: | 7 |
| Participants: | John A. Gonzalez, Investigator |

On February 19, 2019, I presented my Federal Credentials and issued form FDA 482, Notice of Inspection, to Mr. Huu S. Tieu, President. Mr. Tieu stated that he was the most responsible person at the firm.

On February 22, 2019, Mr. Huu S. Tieu, President, signed form FDA 463a, affidavit.

On March 7, 2019, I presented my Federal Credentials and issued form FDA 482, Notice of Inspection, to Mr. Huu S. Tieu, President.

On March 18, 2019, I presented my Federal Credentials and issued form FDA 482, Notice of Inspection, to Mr. Huu S. Tieu, President.

On March 22, 2019, Mr. Huu S. Tieu, President, signed form FDA 463a, affidavit, which was an addendum to his affidavit dated 2/22/2019. This second affidavit was collected to document interstate shipments of Kemo Herbs 1, 2, PI and NR.

A copy of this report and any FMD-145 correspondence should be addressed to:
Mr. Huu S. Tieu, President
Golden Sunrise Pharmaceutical Inc.
219 North E Street
Porterville, CA 93257

**HISTORY**

Golden Sunrise Pharmaceutical Inc. (GSPI) was incorporated in the state of California on 9/7/2011. The firm's manufacturing operations were located at 560 West Putnam Avenue, Suite 2, Porterville CA 93257 between 2009 and December 2017. However, since December, 2017, its headquarters is located at 219 North E Street, Porterville CA 93257. The firm manufactures dietary supplements, some of which are used to treat patients in various stages of cancer under supervision of the firm's employee, Dr. Stephen R. Meis, M.D.. I observed product labels and small quantities of dietary supplements at this site.

Mr. Tieu provided a list of all related firms and their functions (**Exhibit JAG-1 two pages**). The

MSJ App. 0998
TIEU_00003212

**Establishment Inspection Report**                                    FEI:            **3012327979**
Golden Sunrise Pharmaceutical Inc.                               EI Start:           2/19/2019
Porterville, CA 93257                                                     EI End:             3/22/2019

following firms are related to GSPI:

EDM Industries Inc. located at 19873 Avenue 216, Strathmore CA 93267

Mr. Tieu and Mr. Martin F. Loeffler, Vice President of GSPI, accompanied me on a tour of this site on 2/20/2019. Mr. Loeffler stated that bulk compounding and encapsulation operations occurred in a large metal shop building while filling and labeling operations occurred in the main house. This site is located about eight miles from GSPI's headquarters.

I observed that the firm was labeling about 16,700 one-fluid ounce bottles of ImunStem, a dietary supplement, identified by batch #GS0000002. Mr. Loeffler stated that the bulk compounding phase occurred in each of two 25-gallon stainless steel (SS) pots and in a separate one 35-gallon SS pot. Mr. Tieu stated that trays were used to encapsulate Kemo Herbs PI and NR.

This site was formerly located at 2278 South Indiana Street, Porterville CA 93257 (mailing address PO Box 8552 Porterville CA 93258). Mr. Tieu stated that he bought this company in 2014.

Golden Sunrise Nutraceutical Inc. located at 202 South Mirage Avenue, Lindsay CA 93247

This firm was incorporated on 3/12/2018 in the state of Delaware. It functions as the sales and marketing division of GSPI. Mr. Tieu stated that it is owned by Dennis L. Hylton, Chief Financial Officer at GSPI. I did not visit this site, which is located about eleven miles from GSPI's headquarters.

Metal building owned by Martin F. Loeffler, Vice President of GSPI located at 20900 Avenue 200, Lindsay CA 93247

Messrs. Tieu and Loeffler accompanied me on a tour of this warehouse storage site. I observed one pallet containing 15,000 units of ImunStem, labeled for Rx only. The firm submitted an application with CBER for ImunStem, one fluid ounce bottles, which are labeled for Rx only. However, GSPI has not distributed or administered this product. GSPI manufactured 16,705 bottles and all units manufactured were accounted for. For example, I observed five pallets; 200 cases per pallet; fifteen bottles per case (15,000) at this site. I observed 111 cases; fifteen bottles per case (1,665) at EDM Industries Inc., 19873 Avenue 216, Strathmore CA 93267. I observed 39 bottles at its Headquarters. I also verified that one bottle was provided as a sample to Sonya Fontana, Nurse Practitioner, at Oak View Medical Group in Visalia CA on 11/7/2018. I verified that none of this product was distributed and all units manufactured were accounted for.

GSPI office hours are Monday through Friday from 8AM – 5PM.

The firm is currently registered with FDA as a drug establishment until 12/31/2019.

MSJ App. 0999
TIEU_00003213

**Establishment Inspection Report**                      FEI:           **3012327979**

Golden Sunrise Pharmaceutical Inc.                       EI Start:       2/19/2019

Porterville, CA 93257                                    EI End:         3/22/2019

---

## INTERSTATE COMMERCE/JURISDICTION

The firm is currently manufacturing and distributing Kemo Herbs 1, 2, PI and NR (Kemo Herb treatment) that are labeled as dietary supplements to patients in various stages of cancer under a physician's care. Mr. Tieu stated that Kemo Herb treatment is administered by a licensed medical doctor and registered nurse, both of which are employed by GSPI. He stated that the public (end users) cannot purchase these cancer treatment products and all patients must be seen by their medical professionals prior to administration.

Mr. Tieu stated that Stephen R. Meis, M.D. was hired as the Medical Director of GSPI in April-May 2017 to screen, diagnose and treat cancer patients with ImunStem and Aktiffvate products labeled as dietary supplements prior to administration of Kemo Herb 1, 2, PI and or NR, which are also labeled as dietary supplements. Prior to this date, Mr. Edgar A. Ayala, Clinical Nurse Consultant, screened, diagnosed and treated patients at different stages of cancer with these six dietary supplements

Mr. Tieu and Dr. Stephen R. Meis stated that these four Kemo Herb dietary supplements were classified as Regenerative Advanced Therapy (RAT) products as listed under Section 361 of the Public Health Service Act and 1271 of Title 21, Code of Federal Regulations. However, Regenerative Therapy Applications have not been submitted for any products.

On 2/19/2019, I observed that the firm was promoting its ImunStem Rx only product labeled with NDC No.: 70642-001-01 on the internet for Serious or Life-Threatening diseases or conditions (**Exhibit JAG-2 pages 1-4**).

Mr. Tieu also provided a copy of an About Us website with a background for Golden Sunrise Nutraceutical and list of physicians that recommend and prescribe his Kemo Herb treatments (**Exhibit JAG-2 pages 5-11**). This list identifies six medical professionals. However, only Dr. Stephen R. Meis, Medical Director, is employed by GSPI. Mr. Tieu stated that Dr. M. George, M.D., Internal Medicine, is not an employee of GSPI, as well as the other four listed persons.

Mr. Tieu also provided its website with the ImunStem label and Prescribing Information (**Exhibit JAG-2 pages 12-23**). It included information for indications and usage; dosage and administration; dosage forms and strengths; contraindications; warning and precautions; adverse reactions; drug interactions; use in specific populations; and over dosage.

Mr. Tieu stated that he submitted an application for ImunStem Rx only with the FDA. However, it was not approved. He stated that none of this product was used to treat any patients. Mr. Tieu stated that ImunStem is also available as a dietary supplement and currently administered with other products, such as Kemo Herb. On 2/20/2019, Mr. Tieu provided a letter stating that he removed ImunStem and NDC No.: 70642-001-01 from their website (**Exhibit JAG-2 page 24**). I verified this on 2/20/2019.

Mr. Tieu provided an Investigator's Brochure for ImunStem, Aktiffvate, and KemoHerbs (Kemo Herbs 1, 2, PI and NR) dated 3/25/2019, including Cancer Survival Rate Results completed on

4 of 15

MSJ App. 1000

TIEU_00003214

**Establishment Inspection Report**                FEI:        **3012327979**
Golden Sunrise Pharmaceutical Inc.              EI Start:    2/19/2019
Porterville, CA 93257                           EI End:      3/22/2019

3/18/2019 written in conjunction with Dr. Meis and Raphael Ayala, Attorney (**Exhibit JAG-3 thirty-nine pages**). This brochure described Kemo Herb treatment and their benefits; product development, including cellular malfunction; Cancer Survival Rate Results; treatment of forty-two cancer patients, including names, diagnoses stage and dates, conventional treatment, and Golden Sunrise treatments; Remarkable Results on 10 of 42 Patients; Longevity only for Golden Sunrise Nutraceutical Therapy; Longevity, Combination of Chemotherapy/ Radiation/ Golden Sunrise Nutraceutical Therapy; and Deceased with Combination of Conventional & Golden Sunrise Nutraceutical Treatments.

Dr. Meis also provided a list of cancer patients treated only with Kemo Herbs; Lost to Follow Up; Deceased; and Alive (**Exhibit JAG-4 two pages**). Informed Consent for Treatment forms were obtained for each cancer patient treated with GSPI dietary supplements. I did not observe any evidence that the firm was performing a formal clinical study for their Kemo Herb products.

As noted in the Investigator's Brochure dated 3/25/2019 above, Mr. Tieu provided copies of its ten of forty-two Remarkable patient's medical records (**Exhibit JAG-5 124 pages**). Patient #10 with initials "JO" was the first cancer patient treated with Kemo Herbs in April 2017. On 4/30/2016, this patient was treated ImunStem (dietary supplement) and Aktiffvate on 4/30/2016. The patient's medical chart was collected (**Exhibit JAG-5 pages 97 to 124**).

Cancer Patient #6 with initials "HSD" was treated with Kemo Herbs by Mr. Edgar Ayala, Clinical Nurse Consultant at GSPI (**Exhibit JAG-5 pages 40-46).**

An affidavit signed by Mr. Tieu on 2/22/2019 also references the treatment of three cancer patients with Kemo Herbs, which were identified with initials "HSD" patient #6; "JR"; and "GE" (**Exhibit JAG-6 thirty-eight pages**). Mr. Edgar Ayala also diagnosed and treated patients with initials "HSD" and "GE".

Mr. Tieu provided copies of its Primary Plan of Care for ImunStem and Aktiffvate (**Exhibit JAG-7 pages 1-7**) and Cancer Plan of Care for KemoHerb (**Exhibit JAG-7 pages 8-16**). He signed an affidavit dated 3/22/2019 stating that these products are promoted through word of mouth and grass roots efforts as well by visits made to Mexico in 2010; Cambodia in 2011; and China in 2012-2013 (**DOC 1083657 and Exhibit JAG-10**).

On 2/21/2019, I took photographs of a sign on Highway CA-65 North and Avenue 184 in Porterville, CA that read "golden sunrise NUTRACEUTICAL CANCER BREAKTHORUGH KemoHerb" (**Exhibit JAG-8 pages 1-2**).

On 3/7/2019, Mr. Tieu provided a flyer for Jeff O'Neal Remembrance Event at the Visalia Nazarene Church on 3/9/2019 (**Exhibit JAG-8 page 3**). A photograph of Mr. O'Neal shows him with the firm's Cancer breakthrough KemoHerb sign.

Mr. Tieu stated that about 50% of its raw materials are received in interstate commerce and shipped

MSJ App. 1001
TIEU_00003215

**Establishment Inspection Report**                    FEI:              **3012327979**
Golden Sunrise Pharmaceutical Inc.                     EI Start:          2/19/2019
Porterville, CA 93257                                  EI End:            3/22/2019

about 10% of finished products into interstate commerce.

The firm's volume of business is as follows:
$36,000 in 2016
$190,000 in 2017
$580,000 in 2018
$120,000 in January-February 2019

Mr. Tieu provided a handwritten list of English and Latin herbs used in the manufacture of the firm's products (**Exhibit JAG-9 one page**). For example, Chuchuhuasi is also known by the Latin name Maytenus Krukovii and Cat's claw is known as Uncaria Tomentosa or Una de Gato in Spanish.

The following records document the receipt of raw materials and distribution of finished products into interstate commerce:

**Documentary sample 1083657** consists of affidavits signed by Mr. Huu S. Tieu, President, of Golden Sunrise Pharmaceutical Inc., on 2/22/2019 and 3/22/2019; Centro Naturista in Mexicali, BC Invoice #'s 001203 dated 4/5/2016 and 001257 dated 4/28/2016 document the purchase of Chuchuhuasi and Graviola, raw materials used in the manufacture of Kemo Herb 1 on 2/3/2017; batch record dated 2/3/2017 for the manufacture of 3,500 one fluid ounce bottles of Kemo Herb 1 lot #KMH0001 with expiration date 2/3/2022, including attached immediate container/carton/shipping carton label (firm uses the same label for all three); EDM Invoice dated 1/25/2017 and labeling showing the manufacture of Chutur-10 (containing Maytenus Krukovii or Chuchuhuasi), Caybigo, and Grama (containing Annona muricata Linn or Graviola) used in Kemo Herb 1 lot #KMH0001; and Invoice #153 dated 11/15/2018 and USPS shipping record dated 11/14/2018 document the sale of two-one fluid ounce bottles of Kemo Herb 1 to Birmingham Royal Oak Medical Group in Royal Oak, MI. Refer to **Exhibit JAG-10 twenty-two pages**. Note: Invoice 153 also shows the sale of two-one fluid ounce bottles of Kemo Herb 2.

Kemo Herb 2 Batch record for lot #KMH00001 dated 2/3/2017, expiration date 2/3/2022, shows the manufacture of 3,500 one fluid ounce bottles. A copy of its immediate container label is attached. The outer carton and shipping carton use the same label. The raw materials Chutur-10 and Pavin were manufactured at EDM Industries Inc. in Porterville CA, both of which were used in Kemo Herb 2. Mr. Tieu stated that the same Chutur-10 raw material used to manufacture Kemo Herb 1 lot #KMH0001 (DOC 1083657) was used in this product. One of Chutur-10s raw materials identified on the label is Maytenus Krukovii or Chuchuhuasi. Mr. Tieu stated that Hector Nungaray, Manager of Packaging and Mixing, traveled to Mexicali, BC in his car to purchase various herbs from Centro Naturista. For example, Centro Naturista Invoice 001203 dated 4/5/2016 shows the purchase of Graviola, Una de Gato and Chuchuhuasi and Invoice 001257 dated 4/28/2016 shows the purchase of Graviola and Chuchuhuasi. Mr. Tieu stated that Pavin contains the herb Uncaria Tomentosa or Cat's Claw (Una de Gato), which was purchased from Centro Naturista. Invoice #182 dated 1/1/2019 and USPS shipping record dated 1/3/2019 document the sale of two-one fluid ounce bottles of Kemo Herb 2 to Birmingham Royal Oak Medical Group in Royal Oak, MI. Refer to **Exhibit JAG-11 eleven pages and Documentary sample 1105686**.

MSJ App. 1002

TIEU_00003216

**Establishment Inspection Report**                                   FEI:         **3012327979**

Golden Sunrise Pharmaceutical Inc.                          EI Start:     2/19/2019

Porterville, CA 93257                                              EI End:       3/22/2019

---

Kemo Herb PI batch record for lot #KMH0001 dated 11/7/2017, expiration date 11/7/2022, shows the manufacture of five pounds of Kemo Herb PI using raw material NutraBlend-KemPI. Mr. Tieu stated that the label attached in the batch record is the same used on the immediate bulk container and bottle of capsules. Mr. Tieu provided a photograph of the bulk 4.5-pound glass container dated 11/7/2017 after encapsulating an unknown number of Kemo Herb PI bottles with twenty-five capsules each. He also stated that an encapsulation batch record was not created. Mr. Tieu provided Sales Order 12685 dated 8/16/2017 from Herbs America, 1065 Messinger Road, Grant Pass, OR 97527 (Mailing address PO Box 446, Murphy, OR 97533) showing the purchase of Chuchuhuasi (Maytenus macrocarpa aka Krukovii), Graviola (Annona Muricata), and Maca Magic (Lepidium Meyenii). These three herbs were used to manufacture Kemo Herb PI lot #KMH0001 on 11/7/2017 by EDM Industries Invoice dated 10/15/2017. A copy of the NutraBlend-KemPI label was provided by Mr. Tieu. Invoice 213 dated 1/25/2019 and USPS record dated 1/17/2019 document the sale of one bottle of Kemo Herb PI containing twenty-five capsules to Birmingham Royal Oak Medical Group in Royal Oak, MI. Refer to **Exhibit JAG-12 eleven pages and Documentary sample 1105687.**

Kemo Herb NR batch record for lot #KMH0001 dated 11/7/2017, expiration date 11/7/2022, shows the manufacture of five pounds of Kemo Herb NR using raw material NutraBlend-KemNR. Mr. Tieu stated that the label attached in the batch record is the same used on the immediate bulk container and bottle of capsules. Mr. Tieu provided a photograph of the bulk 4.5-pound glass container dated 11/7/2017 after encapsulating an unknown number of Kemo Herb PI bottles with twenty-five capsules each. He also stated that an encapsulation batch record was not created. Mr. Tieu was unable to provide purchase records for any raw material herbs used to manufacture this product. Mr. Tieu provided copies of the NutraBlend-KemNR label and manufacturing EDM Industries Invoice dated 10/15/2017. Invoice 213 dated 1/25/2019 and USPS record dated 1/17/2019 document the sale of one bottle of Kemo Herb NR containing twenty-five capsules to Birmingham Royal Oak Medical Group in Royal Oak, MI (**Exhibit JAG-12 pages 10-11**). Refer to **Exhibit JAG-13 eight pages and Refer to Documentary sample 1105688**.

Mr. Tieu provided the following invoices documenting the purchase of various herbs used in the firm's dietary supplements:

Invoice #25579 dated 10/24/2017 and its Packing Slip dated 10/31/2017 show the purchase of powders Jiaogulan; Periwinkle; Red Root; Witch Hazel; Self Heal; Bilberry Leaf; and Blood Root from Ecuadorian Rainforest LLC, 25 Main Street, Building #6, Belleville, NJ 07109-3010 to GSPI (**Exhibit JAG-14 pages 1-2**);

Invoice #00577886 dated 11/22/2017 shows the purchase of Goldenseal herb powder; Barberry Root Bark powder; and Licorice Root powder from BDS Natural Products, Inc., 2779 El Presidio Street, Long Beach CA 90810 to GSPI (**Exhibit JAG-14 page 3**); and

Funds Transfer Request Authorization wire date 10/29/2018 shows the purchase of  thirty herbs (including Graviola extract #18 and Gout - correct spelling is Gotu Kola #25) as per Proforma

MSJ App. 1003

TIEU_00003217

**Establishment Inspection Report**                FEI:        **3012327979**

Golden Sunrise Pharmaceutical Inc.                EI Start:    2/19/2019

Porterville, CA 93257                              EI End:      3/22/2019

Invoice SY-IN201822075 dated 12/21/2018 from Sciyu Biotech Co., Ltd., 2-21025, I-Building, Tanyan South Road, Xi'An 710065, China to Golden Sunrise Nutraceutical, and Combined Transport Bill of Lading dated 10/12/2018 (**Exhibit JAG-14 pages 4-7**).

The following finished product labels were collected:
Kemo Herb-1; Kemo Herb-2; KemoHerb-NR; KemoHerb-PI; ImunStem; and Aktiffvate (**Exhibit JAG-15 four pages**).

The following raw material herb labels from Sciyu Biotech Co., Ltd., China were collected:
Graviola extract powder produce date 12/20/2018; Cats Claw extract powder produce date 10/15/2018; Maca extract powder produce date 10/15/2018; Cayenne extract powder produce date 9/2/2018; and Turmeric extract powder produce date 8/25/2018 (**Exhibit JAG-16 five pages**).


**INDIVIDUAL RESPONSIBILITY AND PERSONS INTERVIEWED**


Mr. Huu S. Tieu, President stated that he was the most responsible person at the firm. He stated that he founded Golden Sunrise Pharmaceutical Inc. in 2009. Mr. Tieu also owns or is a co-owner at EDM Industries Inc. and Golden Sunrise Nutraceutical Inc.

Mr. Tieu provided an Organizational Chart for Golden Sunrise Nutraceutical (**Exhibit JAG-17 one page**). Three employees report directly to Mr. Tieu; namely Mr. Martin F. Loeffler, Vice President; Dennis L. Hylton, Chief Financial Officer; and Dr. Stephen R. Meis, Medical Director.

Mr. Huu S. Tieu, President, is responsible for overseeing all activities and employees. He is directly responsible for product development; regulatory activities and submissions; formulations; labeling; manufacturing of finished dietary supplements, including encapsulation activities using trays; purchasing raw materials (herbs); manufacturing of herb combinations (such as Chutur-10) according to proprietary directions; promoting products; sales and distribution; and record keeping. Mr. Tieu accompanied on all days of the inspection and provided copies of all records described in this report.

Mr. Martin Loeffler, Vice President, is responsible for manufacturing finished dietary supplements and raw materials, including compounding, filling and encapsulation activities; product labeling; and record keeping. Mr. Loeffler has one direct report – Mr. Hector Nungaray, Manager of Packaging and Mixing at EDM Industries in Strathmore CA. Mr. Loeffler also owns a GSPI warehouse located at his ranch, 20900 Avenue 200, Lindsay CA 93247. Mr. Loeffler reports directly to Mr. Tieu.

Dr. Stephen R. Meis, M.D., Medical Director, is responsible for diagnosing and treating cancer patients with Kemo Herbs, ImunStem and Aktiffvate as well as maintaining medical records. He has been employed since April-May 2017. Dr. Meis also has a private practice in the Porterville CA area. Dr. Meis reports directly to Mr. Tieu.

**Establishment Inspection Report**                                    FEI:        **3012327979**

Golden Sunrise Pharmaceutical Inc.                          EI Start:              2/19/2019

Porterville, CA 93257                                             EI End:              3/22/2019

---

I did not interview Dennis Hylton, CFO. However, Mr. Tieu stated that Mr. Hylton reports directly to him.

I met with Mr. Hector Nungaray, Manager of Packaging and Mixing while touring the manufacturing site, EDM Industries, Inc. located in Strathmore CA. He is responsible for mixing, labeling, and packaging activities. Mr. Nungaray reports directly to Mr. Loeffler.


**PRODUCT PROMOTION**


Mr. Tieu stated that their products are promoted through word of mouth and grassroots efforts through churches. He also visited Mexico in 2010; Cambodia in 2011; and China in 2012-2013 to promote GSPI products.

I observed a sign promoting the firm's Kemo Herb products on 2/21/2019. I took photographs of it while traveling on Highway CA-65 North and Avenue 184 in Porterville, CA that read "golden sunrise NUTRACEUTICAL CANCER BREAKTHORUGH KemoHerb" (**Exhibit JAG-8 pages 1-2**).

During an internet search, I observed a "Physician" section related the firm (**Exhibit JAG-2 pages 8-9**). Six medical professionals were listed, including Drs. Stephen Meis and Mumtaz George. Mr. Tieu stated that Dr. Meis is an employee of GSPI, and he is responsible for diagnosing, administering Kemo Herb products and caring for cancer patients.

Mr. Tieu stated that Dr. George became aware of GSPI Kemo Herb, ImunStem and Aktiffvate dietary supplements through his word-of-mouth and grassroots efforts. Dr. George has been treating cancer patients with these products at his clinic in Royal Oak, MI.

Mr. Tieu stated that other medical professionals listed under the "Physician" section have also been administering Kemo Herb products to cancer patients. Mr. Tieu stated that on occasion, he visits local hospitals to promote his products and as a result, they are administering Kemo Herb products to cancer patients under their care. These medical professionals include Sonja I. Fontana, F.N.P.; Richard N. Ashden, D.C., Ed.D, C.M.E.; Nikki Arguinzoni-Gil, N.D.; and Professor Dr. Albert M. Hutapea.

Dr. Tieu stated that he was promoting ImunStem labeled with NDC No.: 70642-001-01 on the internet (**Exhibit JAG-2 twenty-four pages**). However, he voluntarily removed this information on or about 2/20/2019 when he admitted that this product had not received approval by the agency.

Mr. Tieu provided a flyer for Jeff O'Neal Remembrance Event at the Visalia Nazarene Church on 3/9/2019 (**Exhibit JAG-8 page 3**). A photograph of Mr. O'Neal shows him with the firm's Cancer breakthrough KemoHerb sign. Mr. Tieu stated that his products are also promoted during events such as this.

MSJ App. 1005

TIEU_00003219

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3012327979** |
| Golden Sunrise Pharmaceutical Inc. | EI Start: | 2/19/2019 |
| Porterville, CA 93257 | EI End: | 3/22/2019 |

## FIRM'S TRAINING PROGRAM

The firm does not have a formal training program. Mr. Loeffler stated that he manufactures raw materials and dietary supplements according to Mr. Tieu's directions.

## MANUFACTURING/DESIGN OPERATIONS

### Manufacturing Site in Strathmore CA

On 2/20/2019, I toured the firm's manufacturing facility, EDM Industries Inc., located at 19873 Avenue 216, Strathmore CA 93267 with Messrs. Tieu and Loeffler. I observed two-25 gallon mixing tanks identified as Tank #1 and Tank #2, as well as one 35-gallon mixing tank identified as Tank #3. Mr. Loeffler provided a copy of the batch record for the manufacture and labeling of 16,705 one-fluid ounce bottles ImunStem, Rx only (**Exhibit JAG-18 pages 1-7**). A sample label was attached to the batch record. The label identified the immediate bottle as "LOT: IS00002 EXP: 10/2023". However, the batch record lacked copies of the package insert, outer carton and shipping carton as well as complete instructions for manufacturing 16,705 fluid ounces in two-25 gallon and one-35 gallon tanks (three tanks account for only 10,880 fluid ounces).

Mr. Tieu provided copies of the immediate bottle label, package insert and outer carton for ImunStem Rx only (**Exhibit JAG-18 pages 8-10).** None of this product has been administered to any patient; all units have been accounted for; and are stored under Mr. Tieu's control.

### Kemo Herb Inventory

Mr. Tieu provided the following inventory list for its four Kemo Herb products (**Exhibit JAG-19 one page**):

For example, 3,500 units of Kemo Herb 1 were manufactured; 219 cases (15 units per case) and 5 loose bottles remain; and 53 bottles were sold;

3,500 units of Kemo Herb 2 were manufactured; 219 cases (15 units per case) and 5 loose bottles remain; and 53 bottles were sold;

Eleven loose bottles of Kemo Herb PI, 25 capsules each, were manufactured; fifteen bottles were sold; and

Twelve loose bottles of Kemo Herb NR, 25 capsules each, were manufactured; fifteen bottles were sold.

MSJ App. 1006

TIEU_00003220

Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 10/01/21   Page 207 of 486

| **Establishment Inspection Report** | FEI: | **3012327979** |
| Golden Sunrise Pharmaceutical Inc. | EI Start: | 2/19/2019 |
| Porterville, CA 93257 | EI End: | 3/22/2019 |

Mr. Tieu provided photographs of bulk 4.5-pound glass containers dated 11/7/2017 of Kemo Herb PI and NR bulk product (**Exhibits JAG-11 and 12**). Their batch records show that five pounds of these dietary supplements were manufactured.

I asked Mr. Tieu how many Kemo Herb PI and NR capsules can be filled from five-pound bulk product. He stated that 1,677 capsules can be filled from one pound of bulk or five pounds can fill 8,355 capsules.

I also asked Mr. Tieu how many bottles of ImunStem, Aktiffvate, Kemo Herb 1, 2, PI and NR were used to treat all forty-two cancer patients. He provided the following estimates:
250 bottles of ImunStem and Aktiffvate; 95 bottles of Kemo Herbs 1 and 2; and 45 bottles of Kemo Herbs PI and NR.


ImunStem NDA #204701

Mr. Tieu provided a copy of new drug application 204701 for ImunStem, Chemistry, Manufacturing and Controls, dated 7/1/2015 (**Exhibit JAG-20 pages 1-36**). Confidential Statements of Formula and Invoice 32 dated 2/10/2015 shows it contained OVE-60; Yarrow-65 and Rosemary-55, as well as Yucca-70 (ThermX70) (**Exhibit JAG-20 pages 37-46**). No lot numbers were documented for any raw material used during the manufacture of ImunStem.

Mr. Tieu provided copies of the compounding records for bulk ImunStem, lot #A1500001, expiration date April 2018, dated 3/17/2015, which included the immediate container label and Certificate of Analysis (**Exhibit JAG-21 pages 1-5**). The finished product lot number was identified as "IS00001". Refer to ImunStem Testing Records section below for more information. Mr. Tieu stated that a new label was created and affixed to the immediate containers and outer cartons (**Exhibit JAG-21 pages 6-7**). The bulk product was shipped to WePackItAll, 2745 Huntington Drive, Duarte, CA 91010 for filling, labeling and packaging (**Exhibit JAG-21 pages 8-34**).

Mr. Tieu provided copies of a second file titled "IMUNSTEM NDA NO.; 204701 Karen Winestock Division of Anti-Viral FDA", which include correspondence to various FDA personnel (**Exhibit JAG-22 pages thirty-one pages**). Records include National Drug Codes list for ImunStem; Labeler Code 70642; NDA; CDER electronic drug registration and listing; FDA Data Removal Notifications; correspondence to CFSAN; dietary supplement labeling; and National Drug Code Directory information.


ImunStem Dietary Supplement

Mr. Tieu provide copies of his file for ImunStem Dietary Supplement FDA No.: 2015-4196 (**Exhibit JAG-23 thirty-six pages**). Mr. Tieu stated that this dietary supplement version is manufactured in the same manner as the Rx version. Both are available by prescription only and are not available to

**Establishment Inspection Report**                    FEI:        **3012327979**
Golden Sunrise Pharmaceutical Inc.                     EI Start:   2/19/2019
Porterville, CA 93257                                  EI End:     3/22/2019

---

the public.

These records include the following:
Notification Letter for Statement on Dietary Supplement (DS) dated 5/26/2015;
ImunStem DS labeling;
Prescription Drug Label;
Package Insert;
Pre-Ind Acknowledgement Letter dated 2/27/2013;
Physician Prescriptions;
Porcaro Charity Fund Brochure; and
CFSAN Notification Letter for Statement on Dietary Supplement dated 5/14/2015

ImunStem Testing Records

The following testing records by Microconsult, Inc., in Carrollton TX were collected for finished product and raw materials (**Exhibit JAG-24 twenty pages**):

Finished product lot IS00002 dated 8/15/2018 shows less than 1 ppm for heavy metals and negative for microbiology;

Finished product lot IS00001 dated 4/25/2015 shows less than 2.5 ppm for heavy metals and less than 1 cfu/Ml FOR Aerobic Plate Count;

Raw material testing for Oleuropein lot A1500001 dated 3/17/2015 showed it met identity testing by FTIR;

Raw material testing for Achillea Millefolium lot B1500001 dated 3/17/2015 showed it met identity testing by FTIR; and

Raw material testing for Rosemarinus Officinalis lot C1500001 dated 3/17/2015 showed it met identity testing by FTIR

KEMO HERBS

I asked Mr. Tieu and Dr. Meis how Kemo Herb treatments worked in the body to increase survival rates of treated cancer patients. Both were unable to provide a scientific explanation. Refer to Investigator's Brochure for ImunStem, Aktiffvate, and KemoHerbs (Kemo Herbs 1, 2, PI and NR) dated 3/25/2019 for background information (**Exhibit JAG-3 thirty-nine pages**).

Mr. Tieu provided Notification Letters for Statement on Dietary Supplements Kemo Herb PI and Kemo Herb NR dated 3/4/2019 (**Exhibit JAG-25 ten pages**). These letters included labels, structure function claims, dosage and warning statements.

MSJ App. 1008
TIEU_00003222

| | | |
|---|---|---|
| **Establishment Inspection Report** | FEI: | **3012327979** |
| Golden Sunrise Pharmaceutical Inc. | EI Start: | 2/19/2019 |
| Porterville, CA 93257 | EI End: | 3/22/2019 |

Discrepancy Investigations

I did not observe any discrepancies and written procedures captured by the firm. Mr. Tieu stated that he has not investigated any discrepancies.


**MANUFACTURING CODES**

The firm identities its dietary supplements with a sequential number, item number and expiration date. For example,

Batch #: GSN-000001 refers to Golden Sunrise Nutraceutical, lot #1 (sequential number)
Lot #: KMH0001 refer to Kemo Herb, lot #1 (sequential number)
Item #: KMH-01 refers to Kemo Herb 1
Expiration Date: 2/3/2022 (four-year expiration date)
 Refer to **Exhibit JAG-10 page 13**


**COMPLAINTS**

Mr. Tieu stated that he has not received any complaints. The firm did not have a complaint procedure.


**OBJECTIONABLE CONDITIONS AND MANAGEMENT'S RESPONSE**

I did not issue form FDA 483, Inspectional Observations, to Mr. Huu S. Tieu, President. However, I during tours at their manufacturing and warehousing site, I stated that the firm's batch records appeared incomplete; they lacked equipment cleaning and use records; and dietary supplement products did not identify lot numbers on immediate containers, outer cartons, shipping cartons and distribution records.


**GENERAL DISCUSSION WITH MANAGEMENT**

On 2/22/2019, Mr. Huu S. Tieu, President, was the only person present during the closeout

MSJ App. 1009

TIEU_00003223

**Establishment Inspection Report**       FEI:     **3012327979**

Golden Sunrise Pharmaceutical Inc.       EI Start:     2/19/2019

Porterville, CA 93257       EI End:     3/22/2019

---

interview. No objectionable conditions were discussed and form FDA 483 was not issued. Mr. Tieu signed an affidavit dated 2/22/2019.

On 3/22/2019, Mr. Huu S. Tieu, President, was the only person present during the closeout interview. No objectionable conditions were discussed and form FDA 483 was not issued. Mr. Tieu signed an affidavit dated 3/22/2019.

I told Mr. Tieu that I would submit all records collected for a review and classification of his products.

**REFUSALS AND SAMPLES COLLECTED**

No refusals were encountered.

DOC samples 1083657; 1105686; 1105687; and 1105688 were collected to document interstate commerce of raw materials and distribution of Kemo Herbs 1, 2, PI and NR, respectively.

**EXHIBITS COLLECTED**

JAG-1 List of related firms (2 pages)
JAG-2 ImunStem internet promotion, network of physicians, prescribing information and removal (24 pages)
JAG-3 Investigator's Brochure dated 3/25/2019 (39 pages)
JAG-4 List of treated cancer patients (2 pages)
JAG-5 Medical Records (124 pages)
JAG-6 Medical Records (38 pages)
JAG-7 Plans of Care (16 pages)
JAG-8 Highway sign photographs and remembrance flyer (3 pages)
JAG-9 List of Herb names (1 page)
JAG-10 DOC 1083657 IS records (22 pages)
JAG-11 Kemo Herb 2 manufacturing records (11 pages)
JAG-12 Kemo Herb PI manufacturing records (11 pages)
JAG-13 Kemo Herb NR manufacturing records (8 pages)
JAG-14 Herb purchase records (7 pages)
JAG-15 DS Labeling (4 pages)
JAG-16 Herb labels (5 pages)
JAG-17 Organizational Chart (1 page)
JAG-18 ImunStem batch record and labels (10 pages)
JAG-19 Inventory (1 page)
JAG-20 ImunStem NDA (46 pages)
JAG-21 Batch records for ImunStem (34 pages)
JAG-22 ImunStem FDA correspondence (31 pages)
JAG-23 ImunStem Dietary Supplement file (36 pages)

TIEU_00003224

| Establishment Inspection Report | FEI: | 3012327979 |
|---|---|---|
| Golden Sunrise Pharmaceutical Inc. | EI Start: | 2/19/2019 |
| Porterville, CA 93257 | EI End: | 3/22/2019 |

JAG-24 ImunStem testing records (20 pages)
JAG-25 Kemo Herb PI and NR Dietary Supplement Notification Letters (10 pages)


**ATTACHMENTS**


Form FDA 482, Notice of Inspection, issued to Mr. Huu S. Tieu, President, on 2/19/2019 (3 pages)

Form FDA 482, Notice of Inspection, issued to Mr. Huu S. Tieu, President, on 3/7/2019 (3 pages)

Form FDA 482, Notice of Inspection, issued to Mr. Huu S. Tieu, President, on 3/18/2019 (3 pages)

Form FDA 463a, Affidavit, signed by Mr. Huu S. Tieu, President, on 2/22/2019 (2 pages)

Form FDA 463a, Affidavit, signed by Mr. Huu S. Tieu, President, on 3/22/2019 (5 pages)

DOC CRs 1083657; 1105686; 1105687; and 1105688



John A. Gonzalez - S
Digitally signed by John A. Gonzalez -S
DN: c=US, o=U.S. Government, ou=HHS, ou=FDA, ou=People, 0.9.2342.19200300.100.1.1=1300058412, cn=John A. Gonzalez -S
Date: 2019.04.16 10:32:02 -07'00'

**John A Gonzalez, Investigator**
ORA/OPQO/DIVISION IV

App. 0157

Exhibit JAG-7
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Attachment I




## TITLE

PRIMARY Plan of Care

## PRODUCTS

*ImunStem and Aktiffvate*

## COMPANY

**Golden Sunrise Nutraceutical, Inc.**
219 N. "E" Street
PORTERVILLE, CA 93257  *  U.S.A.
Phone No.:1.559.781.0658
Fax No.: 1.559.615.1268

MSJ App. 1012



## TABLE OF CONTENTS

**SECTION**                                                                **PAGE NUMBER**

Title Page ……………………………………………… Cover Page
Table of Contents ……………………………………………1
1.0 Introduction …………………………………………….. 2
2.0 Treatment ……………………………………………….. 2
 2.1 Administration of ImunStem and Aktiffvate ………………………….. 2
 2.2 Ongoing Treatment …………………………………………….. 2
3.0 Attachment ……………………………………………….. 2
 3.1 ImunStem Dietary Supplement Label ………………………………...2
 3.2 Aktiffvate Dietary Supplement Label …………………………… 2
Primary Plan of Care - The End ….…………………………………….. 3

App. 0159

MSJ App. 1013



## 1.0   INTRODUCTION

This guidance is designed as the first use Primary Plan of Care for all conditions or diseases and is used to stabilize the patient. It has been found that under so many varying and unknown conditions that physicians and medical professional's encounter a varying degree of problems associated to the physical health of their patients and that a Primary Plan of Care is needed to address each circumstance.

## 2.0   TREATMENT

### 2.1   Administration of ImunStem and Aktiffvate

Upon the first visit it is suggested that once a medical evaluation of the patient is completed and that the medical staff deems appropriate, then ¾ of a dropper of **ImunStem** is given to the patient. The medical staff should monitor the patient for at least thirty (30) minutes to notice any effects that might need other medical attention as **ImunStem** can open and improve blood flow throughout the body and the patient might experience feeling of warmth and a discharge of mucus that may need to be addressed. After thirty (30) minutes if the patient is stable, the ¾ of a dropper of **Aktiffvate** should be administered with similar monitoring. Please refer **Attachment 3.1 ImunStem Dietary Supplement Label** and **Attachment 3.2 Aktiffvate Dietary Supplement Label**.

### 2.2   Ongoing Treatment

The patient should receive ½ to ¾ of a dropper of **ImunStem** and **Aktiffvate** between three to four (3-4) times daily for the first two (2) weeks then another evaluation should be performed to ascertain the effect and if the dose can be reduced to two to three (2-3) times daily. Once this treatment therapy has completed thirty (30) days then a blood test should be conducted to evaluate effectiveness. If the patient's body appears to be stable then to see if other Golden Sunrise Nutraceutical products supplementation should be added to specific conditions or diseases of the patient. All future treatments should take into account any physicians evaluations, blood reports or other information pertinent to the treatment of the patient.

## 3.0   ATTACHMENT

3.1   ImunStem Dietary Supplement Label
3.2   Aktiffvate Dietary Supplement Label





# 3.0 ATTACHMENT

## 3.1 ImunStem Dietary Supplement Label, and
## 3.2 Aktiffvate Dietary Supplement Label

# *ImunStem*®

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS

**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 50 serving

| Amount Per Serving | | %DV |
|---|---|---|
| Olive leaf extract | 260mg | ** |
| Yarrow flower extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

\*\* Daily Value (DV) not established.

Other ingredients: solvent, organic compounds, monoterpene, fatty acid, cassia oil, and yucca.

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

### Adverse Actions

* In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a benefit response.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *ImunStem* under tongue. Leave under tongue for approx. forty (40) seconds and then drink water.

**Dosage:** Take ½ – ¾ quarter of a dropper, 1-4 times a day, between one (1) and three (3) hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S.A. at 1(559) 361-0097 or 1(559) 781-0658. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510, PORTERVILLE, CA 93258 * U.S.A.
*ImunStem* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.

# *Aktiffvate®*

Dietary Supplement

## WARNING

Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS

**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 50 serving

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other ingredients: solvent, organic compounds, fatty acid, Wintergreen, Yucca, and Olive leaf.

**"Support Immunity" and "Boost Stamina"**

**"For the Relief of Occasional Sleeplessness"**

**"Maintains Healthy Lung Function"**

**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**

**"Helps You Relax"**

**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

### Adverse Actions

- In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
- A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a benefit response.
- Vomiting.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *Aktiffvate* under tongue. Leave under tongue for approx. forty (40) seconds and then drink water.

**Dosage:** Take ½ – ¾ quarter of a dropper, 1-4 times a day, between one (1) and three (3) hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S.A. at 1(559) 361-0097 or 1(559) 781-0658. Keep out of reach of children. To be kept in a dry and cool place.

- These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 510, PORTERVILLE, CA 93258 * U.S.A.
*Aktiffvate* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.

Exhibit JAG-7
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979





# PRIMARY Plan of Care

January, 2018

## THE END

PRIMARY Plan of Care

Page 3 of 3

Exhibit JAG-7
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979





## TITLE

CANCER Plan of Care

## PRODUCTS

*KemoHerb*

## COMPANY

**Golden Sunrise Nutraceutical, Inc.**
219 N. "E" Street
PORTERVILLE, CA 93257 * U.S.A.
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268



## TABLE OF CONTENTS

**SECTION**                                    **PAGE NUMBER**

Title Page ............................................................................ Cover Page
Table of Contents ............................................................................ i
1.0 Introduction ............................................................................ 2
2.0 Treatment ............................................................................ 2
 2.1 Administration of KemoHerb ............................................. 2
3.0 Attachment ............................................................................ 2
 3.1 KemoHerb-1 Dietary Supplement Label ................................... 2
 3.2 KemoHerb-2 Dietary Supplement Label ................................... 2
 3.3 ImunStem Dietary Supplement Label ..................................... 2
 3.4 Aktiffvate Dietary Supplement Label ..................................... 2
Cancer Plan of Care - End ............................................................. 3

App. 0166

MSJ App. 1020



**1.0 INTRODUCTION**

An overview of the ***KemoHerb*** treatment is as follows. First ***ImunStem*** and ***Aktiffvate*** are provided, approximately two (2) weeks before ***KemoHerb*** is administered. ***ImunStem*** and ***Aktiffvate*** are taken simultaneously for the two (2) weeks. Patients will receive ½ to ¾ of a dropper three to four (3-4) times a day during this time period. Following these two (2) weeks a blood test must be taken to ascertain whether or not the patient is ready to receive the ***KemoHerb*** treatment. If patient shows appropriate improvement in general health, the dosage will continue at ½ of a dropper. Additional testing occurs thirty (30) days following initiation of ***ImunStem*** and ***Aktiffvate***. These products will improve the function of the Immune system, as well as overall health. This step is very important, as it will maximize the effect of ***KemoHerb***. If patient's condition is appropriate improve and stable, other Golden Sunrise Nutraceutical products may be supplemented for patient's specific condition. Please refer **Attachment 3.3 ImunStem Dietary Supplement Label** and **Attachment 3.4 Aktiffvate Dietary Supplement Label**.

**2.0 TREATMENT**

FIRST AND FOREMOST, ***KEMOHERB*** MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE. Once a medical evaluation of the patient has been completed, and reviewed; those patients whose medical history, and current medical condition is appropriate for treatment with ***KemoHerb*** will receive the product as follows:

**2.1 Administration of KemoHerb**

Drink one (1 fl.oz.) fluid ounce of ***KemoHerb-1***. Medical staff should monitor the patient for forty (40) minutes to one (1) hour following ingestion of ***KemoHerb-1***. Next ***KemoHerb-2*** is administered in the same dosage, and again medical staff should monitor the patient for thirty (30) minutes following of ***KemoHerb-2***. Please refer **Attachment 3.1 KemoHerb-1 Dietary Supplement Label** and **Attachment 3.2 KemoHerb-2 Dietary Supplement Label**.

The ***KemoHerb*** has no toxic "side-effects". It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, and mucus discharges. Other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**WARNING:** ADMINISTRATION OF ***KEMOHERB*** SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN. REFERRAL OF ***GOLDEN SUNRISE NUTRACEUTICAL*** PRODUCTS IS BASED ON MEDICAL EVALUATION PROVIDED OF THE PATIENT, AND LABORATORY WORK RESULTS.

**3.0 ATTACHMENT**

    **3.1 KemoHerb-1 Dietary Supplement Label**
    **3.2 KemoHerb-2 Dietary Supplement Label**
    **3.3 ImunStem Dietary Supplement Label**
    **3.4 Aktiffvate Dietary Supplement Label**

Cancer Plan of Care

Exhibit JAG-7
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979





# CANCER Plan of Care

### January, 2018

## END

Cancer Plan of Care

Page 3 of 3

MSJ App. 1022





# 3.0 ATTACHMENT

3.1 KemoHerb-1 Dietary Supplement Label,
3.2 KemoHerb-2 Dietary Supplement Label,
3.3 ImunStem Dietary Supplement Label, and
3.4 Aktiffvate Dietary Supplement Label

## *KemoHerb*™-1
Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| Amount Per Serving | | %DV |
|---|---|---|
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: solvent, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

The *KemoHerb-1* has no toxic side effects. It will promote the body's natural cleansing process
which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other
possible symptoms a person may experience, may depend on the persons previous health issues which
may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations,
inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary
at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE
SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-1* into a glass cup and swallow entire contents.

**Dosage:** Take one (1 fl.oz.) fluid ounce.

*KemoHerb-1* dietary supplement may support immunity, improve overall health for the human body
and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any
questions regarding the use of *KemoHerb-1*, please consult your doctor or call the product hot line in
U.S.A. at 1(559) 781-0658 or 1(559) 361-0097. Keep out of reach of children. To be kept in a dry
and cool place.

- These statements have not been evaluated by the Food and Drug Administration (FDA). This
  product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
           P.O. Box 6094, GARDNERVILLE, NV 89460-0800 * U.S.A.
*KemoHerb* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.

## *KemoHerb*™-2
Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: solvent, organic compounds, Chuchuhuasi, Cat's claw and Turmeric.

**"Promote Bowel Movement"**

The *KemoHerb-2* has no toxic side effects. It will promote the body's natural cleansing process which may include cleansing effects such as nausea, diarrhea, vomiting, mucus discharges, other possible symptoms a person may experience, may depend on the persons previous health issues which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath, which is only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb-2* into a glass cup and swallow entire contents.

**Dosage:** Take one (1 fl.oz.) fluid ounce.

*KemoHerb-1* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *KemoHerb-2*, please consult your doctor or call the product hot line in U.S.A. at 1(559) 781-0658 or 1(559) 361-0097. Keep out of reach of children. To be kept in a dry and cool place.

• These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 6094, GARDNERVILLE, NV 89460-0800 * U.S.A.
*KemoHerb* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.

# *ImunStem*®

Dietary Supplement

## WARNING

Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS

**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 50 serving

| Amount Per Serving | | %DV |
|---|---|---|
| Olive leaf extract | 260mg | ** |
| Yarrow flower extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other ingredients: solvent, organic compounds, monoterpene, fatty acid, cassia oil, and yucca.

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

#### Adverse Actions
- In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
- A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a benefit response.
- Vomiting.
- Yarrow flowers can cause severe allergic skin rashes.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *ImunStem* under tongue. Leave under tongue for approx. forty (40) seconds and then drink water.

**Dosage:** Take ½ – ¾ quarter of a dropper, 1-4 times a day, between one (1) and three (3) hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S.A. at 1(559) 361-0097 or 1(559) 781-0658. Keep out of reach of children. To be kept in a dry and cool place.

- These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 6094, GARDNERVILLE, NV 89460-0800 * U.S.A.
*ImunStem* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.

# *Aktiffvate®*

Dietary Supplement

## WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 50 serving

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |

** Daily Value (DV) not established.

Other ingredients: solvent, organic compounds, fatty acid, Wintergreen, Yucca, and Olive leaf.

**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

### Adverse Actions
- In rare circumstances an adverse reaction in the month such as "mild blisters" have occurred.
- A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a benefit response.
- Vomiting.

**Administration:** Shake bottle well before using and use dropper to place zero point fifty (0.50ml) of *Aktiffvate* under tongue. Leave under tongue for approx. forty (40) seconds and then drink water.

**Dosage:** Take ½ – ¾ quarter of a dropper, 1-4 times a day, between one (1) and three (3) hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintains good well-being.

**WARNING:** Not recommended for use by pregnant or nursing woman. Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S.A. at 1(559) 361-0097 or 1(559) 781-0658. Keep out of reach of children. To be kept in a dry and cool place.

- These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

Manufactured by: **Golden Sunrise Nutraceutical, Inc.**
P.O. Box 6094, GARDNERVILLE, NV 89460-0800 * U.S.A.
*Aktiffvate* is a Registered Trademark of Golden Sunrise Pharmaceutical, Inc.



THE PORTERVILLE
# Recorder

Search [ Search ]

**HOME | NEWS | SPORTS | OPINION | FEATURES | OBITUARIES | MULTIMEDIA | WEATHER | CLASSIFIEDS | E-EDITION | BUSINESS**

## At achment J
## Golden Sunrise Pharmaceutical; Cancer Breakthrough

Sylvia Harral and Michele Stewart "Tid-Bits" of Health    Nov 26, 2016

We all knew someone who has been given the diagnosis of cancer. It is definitely life-changing. The first time I was affected by the diagnosis was when my father received it. I didn't think to ask him what went through his mind right then. I just watched him deteriorate for three months. Each day I hoped someone would give us the answer. Then he went to the hospital and didn't come back; his was my first funeral.

Years later, as I began studying natural healing, Mother asked me if I had a clue why Daddy got cancer. I said, "No." But, today, I will say something different.

Dr. Michael S. Barnett, M.D., Psychiatrist and spokesman for Golden Sunrise Pharmaceutical, says, "A disease is a direct result of the buildup of toxic substances in an organ."

Many toxins to our environment, such as pesticides and mercury, are nasty enough to turn on a gene that carries a negative expression. Having an inherited predisposition to a disease means that the gene for that disease is in our DNA strand, but it takes a toxin to activate that gene. My Daddy had worked around some nasty chemicals during a job he had at one time in his life. On the other hand, there are many strong nutrients that can turn off those negatively expressing genes, but our family didn't know how to detox our bodies then.

Our immune system holds the keys to health. There are many things that weaken our immune system and many things that build it back up. It can get very complicated and confusing to think that each person has something different going on in their body. Does each person need a customized plan to follow? Who can unravel such a complicated thing?

The scientists behind Golden Sunrise Pharmaceutical have designed a very effective, cutting edge system for bringing the human body back to health and helping it stay there. They have designed a "Primary General Plan of Care" for all conditions. The Plan of Care contains two products; ImunStem and AktiffVate. The Plan of Care works by stabilizing the person and laying the foundation for health at the cellular level.

This foundation is laid in many ways. The Plan of Care starts by boosting the body's production of stem cells. Then it supports our immune system. It boosts stamina and relieves occasional sleepiness. The maintenance of healthy lung function supplies much needed oxygen, and strengthened blood vessels keep the oxygen delivered through a healthy circulatory system. This Plan of Care finishes off the foundation by detoxing our cells and helping us relax. With this foundation in place, a person can build the health of their dreams.

My mother is 94 years old now, and the Plan of Care is simple for her. She mixes each product in half a cup of vanilla yogurt. She eats it all and licks the spoon.

When my mother came to stay with me two months ago, she had sores on her arms that had not healed for a year and a half. They kept slowly spreading. I put AktiffVate on the sores as well as in the yogurt. Now, she is down to having only one sore. Along with that, her mental alertness is better. She is remembering more songs to play on the piano; since she was a church pianist for almost 80 years. My goal is to help her hold onto a purpose for her life. Building her health is the first step toward making that happen.

Another person who received the diagnosis of cancer is Jeff O'Neal from Visalia. His video can be seen on YouTube: Golden Sunrise Pharmaceutical. After being told he had stage four cancer that had already metastasized, he said to his doctor, "Are you telling me I'm going to die?"

His doctor said, "Your prognosis for beating this is not good. It's too far gone." Arrangements were made for chemotherapy to begin.

After the first round of chemo, Jeff's side effects were so severe, he couldn't do anything but sit on the couch with no energy, neuropathy, painful hip joints and a mouthful of sores. Before his second round, he went to Golden Sunrise Pharmaceutical and was told that the Plan of Care would build his body faster than the chemo could tear it down. He found the amount of ImunStem and AktiffVate that worked best for him. After his seventh round of chemo, his heart, liver, bile ducts, chemistry panel, and organs were all functioning in normal range.

Until then, take charge.

*Sylvia J. Harral is a digestive health specialist and Michele Stewart-Buller is a pilates master trainer. They each have more than 15 years experience. Send your questions by e-mail to familyhealth@hotmail.com or by mail to HELM Health Center, 379 N. Hockett St., Porterville, CA, 93257; or by phone at 202-9105.*

### You May Like



Recalculate Your House Payment In A Few Steps



These Cars Are So Loaded It's Hard to Believe They Cost Under Average Prices



How Much Money Do You Really Get from a Reverse Mortgage?



One Thing All Liars Have in Common, Brace Yourself



Man Who Predicted 2020 Crash Issues Next Major Warning



Illinois Senior Drivers Should Claim This Large Reward (Check If You Qualify)

### You May Like    Trending Now

• Why You Should Refi ASAP
• Play This Strategy For 3 Minutes And See Why Everyone Is Addi...
• New Self Adjustable Glasses Promise Crystal Clear Vision
• Here Are the 28 Coolest Gifts of 2020
• Illinois These Brokerage Accounts Could Be Your Key to Retirement

### SPONSORED CONTENT



Is Entresto® (Sacubitril/Valsartan) Right For You?
BY NOVARTIS

0 Comments    Sort by [ Oldest ]



Add a comment...

Facebook Comments Plugin

## Latest News

Audit: Sierra View in strong financial shape
Hometown Wednesday at Fugazzi's
Boilermakers head to Minnesota seeking more balanced attack
The Latest: Giants placekicker Graham Gano on COVID-19 list
Amazon opens online pharmacy, shaking up broader industry
Theo Epstein steps down after 9 seasons leading Cubs
NCAA graduation rates reach another record high at 90%
Wichita State coach Marshall resigns after misconduct probe

## Most Popular

Articles

• COVID-19 update: Outlook continues to be bleak for Tulare County
• Man accused of poisoning narcotics for sale arrested
• Porterville woman accused of murder arrested
• Porterville gang member sentenced to life
• COVID-19 update: County still moving further away from red tier
• Springville resident with old program to Gates coming out with book
• Curfew possible, PDC site could reopen, new mask guidelines
• Porterville man sentenced to death
• Local assistance center closed due to COVID-19
• Porterville Veterans Cruise Day held to honor heroes

## Community Calendar

NOVEMBER

Sun Mon Tue Wed Thu Fri Sat
1 2 3 4 5 6 7
8 9 10 11 12 13 14
15 16 **17** 18 19 20 21
22 23 24 25 26 27 28
29 30

Browse   Today's events   Submit

## Upcoming Events

23   Free Neck Pain Seminar   Thu, Apr 23, 2020
23   Habitat for Humanity's 15th Annual Birdhouse Auction   Fri, Apr 3, 2020
15   PFLAG Tulare & Kings Counties Meeting in New Location   Sun, Jan 19, 2020
5   Optimal Hospice Foundation Light Up A Life   Fri, Oct 12, 2018
12   Habitat for Humanity's 4th Annual Judy Sarber Memorial Golf Tournament   Fri, Oct 12, 2018
2   Form & Function: Woodworkers with 2D Artist Mikayla Gutierrez   Fri, Oct 5, 2018
2   43rd Annual Porterville Ducks Unlimited Banquet   Tue, Oct 2, 2018

DJIA ETF   298.23   -1.75 (-0.58%)
S&P ETF   360.93   -1.64 (-0.45%)
Nasdaq ETF   292.07   -0.39 (-0.13%)
Apple   119.49   +0.11 (+0.09%)
Boeing   209.91   +7.11 (+3.51%)
Disney   144.34   -0.33 (-0.23%)
Home Depot   270.80   -8.77 (-3.14%)
MasterCard   326.95   -17 (-0.94%)
Microsoft   215.46   -1.77 (-0.81%)
Visa   211.22   -1.48 (-0.69%)

Powered by CloudQuote.io

## SECTIONS
Home
News
Sports
Opinion
Features
Obituaries
Photos
Videos
Special Sections
Online Features
Weather

## SERVICES
About Us
Contact Us
Back Locations
Subscription Services
Submission Forms

recorderonline.com
115 E. Oak Avenue Porterville, CA 93257
Phone: 559-784-5000
Email: recorderporter@erecorder.com





© Copyright 2020 Recorderonline.com, 115 E. Oak Avenue Porterville, CA | Terms of Use | Privacy Policy

Powered by BLOX Content Management System from TownNews.com.

Sept 20, 2019

Attachment K

# Inventory

1 OZ Boston Round Bottles Amber  7 X 35 cases + 31 = 276 cases   pallets  99,360  bott.

Imunstem RX Boxes 7 X 22 cases X 640 = 98,560

Boxes 1 X 7 X Y = 6 = 14500

Reverse Tuck Cartons 2 X 2 + 4 closed 19 + 3 = 22 cases X 500 = 11,000

"       "      "      " open 18 cases 64/case = 1,152 = 5,154

Caps for 1oz Boston Round Bottle 12 cases X 8600 96,000 + 8,000 = 104,000

Imun Stem RX Filled Bottles 42 cases X 360 = 15,120

Boxes 1 X 6 X 4 = 32 cases + 40 + 45 = 117 X 50 = 5,850

Glass Droppers 24 cases X 3456 = 82,944

Poly Bag 2 X 6 2 mil 4 cases

White Plastic Low Jars and Lids 4 cases X 12 48 jars/Lids

Edge Pallet Protectors 3 X 3 X 48 = 98 | 3 X 3 X 42 = 84

Boxes 4 X 4 X 4 =   19 + 100 = 119 X 25 = 2975

Imun Stem RX Label 6 X 7,200 =   3 X 17,000 =

AKT iffvate Labels 3 X 16,500 =

Kemo-1 7 cases = 93,500

Kemo-2 θ

Imunstem Blue 16,500 + 16,500 = 33,000

App. 0175

Sept 20, 2019

# Inventory Cont.

Stretch Wrap 7 rolls

Round Wafer Seal 1 case 55,000

1 oz Boston Round Clear bottles cases = ~~2160~~ 9936   23 432

# Product Inventory

<u>Imun Stem RX</u> Pallets 5.5 × 200 cases 1,051

<u>Imun Stem</u> 3 Pallets × 216 +134 = ~~782~~ 782 ×15/case = ~~10,730~~ 11,730 − 150 = 11,580

<u>AKtiffivate</u> 3 Pallets × 216 = 648 + 74 = 722 × 15 = 10,830 −150 = 10,680

<u>Kemo-1</u> 3 Pallets × 216 = 648 + 99 = 745 × 15 = 11,175

<u>Kemo-2</u> 2 Pallets × 216 = 432 + 158 = 590 × 15 = 8,850

~~Raw Ingredients Inventory~~ <u>Raw Ingredients Inventory</u>

MSJ App. 1032

Sept 2 2019

Extract

Raw Ingredient Inventory Fresh

| Pounds | | | |
|---|---|---|---|
| 50 | Papaya leaf | 50 | Witchazel |
| 50 | Butchers Broom | 50 | Arnica |
| 50 | White Peony | 50 | Cardamom |
| 50 | Wild Indigo | 50 | Havthorn Root |
| 50 | Slippery Elm | 50 | Milk Thistle Seed |
| 50 | Angelica | 50 | Calendula |
| 50 | Foti | 50 | Chrysanthemum |
| 50 | Rehmannia | 50 | Astragalus |
| 50 | Achyranthis | 50 | Cordyceps |
| 50 | Bladderwrack | 50 | Dandelion |
| 50 | Bindweed | 50 | Passion flower |
| 50 | Codonopsis | 50 | Gravel Root |
| 50 | Red sage | 50 | Green Top Oats |
| 50 | Clove | 50 | Poke Root |
| 50 | Celery Seed | 50 | Goji Berry |
| 50 | Chlorella | 50 | Yucca |
| 50 | Isatis | 50 | Cortex Eucommie |
| 50 | Valerian | 50 | Catuaba Bark |
| 50 | Basil | 50 | Queen flower |
| 50 | Lions Mane | 50 | Gotu Kola |
| 50 | Bacopa | 50 | Licorice |
| 50 | Jamun | 50 | Cramp Bark |
| 50 | Horse Chestnut | 50 | Thyme |
| 50 | Andrographis | 50 | Ginkgo |
| 50 | Cinnamon | 50 | Kudzu |
| 50 | Cornflower | 50 | Burdock |
| 50 | Turkey Tail Mushroom | 50 | Corn silk |
| 50 | Eluthero | 50 | Celandine |
| 50 | Bilberry | 50 | Goji berry |
| 50 | Daniana | 50 | Poke Root |
| 50 | Sea Cucumber | 50 | Green Tea |

Raw Ingredient Inventory Cont. Fresh Extract

| | | | |
|---|---|---|---|
| 50 | Green Tea | 50 | Chuchuhuasi |
| 50 | Kelp | 50 | Cayenne |
| 50 | Ginger | 50 | Gotu Kola |
| 50 | Yucca | 50 | Vinca |
| 50 | Atractylodes | 50 | Cats Claw |
| 50 | Bee Pollem | 50 | Turmeric |
| 5 | Garlic | 50 | Goldenseal |
| 50 | Skullcap | 50 | Maca |
| 50 | Sage | 15⁵⁰ | Turmeris |
| 50 | Alfalfa | 5⁷⁵⁰ | Cayenne |
| 50 | Yarrow | 23 | Rosemary |
| 50 | Corydalis | 23 | Yarrow |
| 50 | Echinacea | 37 | Olive Leaf |
| 50 | Rhodiola | | |
| 50 | Chamomile | | |
| 50 | Shave Grass | | |
| 50 | Reishi | | |
| 50 | Mistletoe | | |
| 50 | Mistletoe | | |
| 50 | Cats Claw | | |
| 50 | Blood Root | | |
| 50 | Oregano | | |
| 50 | Ashwagandha | | |
| 50 | St Johns Wort | | |
| 50 | Maca | | |
| 50 | Blood Root | | |
| 50 | Oregano | | |
| 50 | Self Heal | | |
| 50 | Gotu Kola | | |
| 50 | Self Heal | | |
| 30 | Graviola | | |

MSJ App. 1036

Sept 20 2019

Raw Ingredients Cont. Fresh Powders

| | | | |
|---|---|---|---|
| 50 | Black Pepper | 20 | Askwragandha |
| 50 | Maca | 45 | Suma |
| 50 | Skullcap | 35 | Astragalus |
| 30 | Chapparal | 50 | Barberry |
| 10 | Cordyceps | 30 | Oregon Grape |
| 50 | Queen of the Meadow | 45 | Oat Straw |
| 50 | Fenugreek | 50 | Barberry |
| 40 | Ginger | 45 | Barberry |
| 50 | Gravel Root | 40 | Horsetail |
| 40 | Mistletoe | 20 | Eyebright |
| 25 | Bacopa | 15 | Shilajit |
| 30 | Kelp | 40 | Yellowdock |
| 50 | Catuaba Bark | 10 | Queen of the Meadow |
| 25 | Alfalfa | | |
| 50 | Green Tea | | |
| 25 | Licoréce | | |
| 2 | St. Johns Wort | | |
| 5 | Kudzu | | |
| 50 | Milk Thistle Seed | | |
| 40 | Cornsilk | | |
| 35 | Horsetail | | |
| 30 | Quassia | | |
| 15 | Wormwood | | |
| 25 | Senna | | |
| 5 | Foti | | |
| 10 | Reishi | | |
| 45 | Cordali's | | |
| 40 | Dandelion | | |
| 20 | Turmeric | | |
| 20 | Echinacea | | |
| 30 | Ginkgo | | |

Sept 20 2019

## Misc. Product Inventory

C#7   351
C#8   340
C#10  216
C#11  283
Interferon III   265
C#9  17 cases

## Raw Liquid Ingredients Bulk

Rosemary  20 gals      Chuchuasi 80 gals
Red Root/  30 gals
Blood Root  20 gals
Oregon Grape  30 gals
Papaya  35 gals
Barberry  35 gals
Graviola  30 gals
Bilberry  20 gals
Maca  10 gals
Jiagulan  45 gals
~~Yucca~~

## Preservative Inventory

~~Citasolv~~ D-limonene  120 gals
EB ~~80~~ 80 gal
Isopar  65 gal
PRS  150 gal
L-60  110 gal
Methyl Salicate  10 gal
Cassia Oil  1 gal
Bulk Preservative  220 gals
Yucca  14.0 gals

# Bulk Herbs Raw

Burdock 200 lbs
Puncture Vine 2500 lbs
Jimson Wedd 500 lbs

## Processed Spent Solids herbs

| | |
|---|---|
| Olive Leaf | 29 boxes |
| Papaya Leaf | 2 Boxes |
| Graviola | 5 bags |
| Bilberry | 1 Box |
| Yarrow | 15 boxes |
| Red Root | 1 Box |
| Rosemary | 10 Boxes |
| Goldenseal | 1 Box |
| Poke Root | 1 Box - |
| Self Heal | 1 Box |
| Jiagulan | 3 Boxes |
| Maca | 1 Box |
| Cats Claw | 1 Bag |

Chuchuhuasi  3 Bags

Eucalyptus  27

Vinca      2 Boxes   2 Bags

Oregon Grape  3 Boxes 2 Bags

Barberry      3 Boxes 1 Bags

Cayenne   1 Bag  1 Box

Sept 20 2019

## Unpackaged Products

Liquids

K-2 Pain    30 gals

Interferon I   8 gals

C#5         5 gals

C#6        20 gals

AKtiffvate   150 gals

ImunStem   6 gal

Interferon II   20 gal

### Unfinished Powders

Away Hanger   50#

Interferon I   50#

Interferon II   50# + 50#

HIV I   50#

HIV II   50#

HIV III   50#

CHF-5   10# + 50#

Metabolism X   10#

Neuro   10#

Muscle Booster   10#

MSJ App. 1044

# Finish Powders Inventory

Green Tea    4 Bags    12#

HIV I        4 Bags    12#

HIV II       3 Bags    10#

HIV III      2 Bags    4#

Interferon I

Interferon II    1 Bag    ½#

Interferon III   1 Bag    1#

CNS-50    4 Bags    14#

MSJ App. 1046

Sept 20 2019

# Inventory Equipment

Open Top Platic Tanks 450 gals        2

1800 gal Stainless Steel tank w/Lid    1

1200 gal Horizontal Tank 4 Lids Mix tank    1

2000 gal Sludge tank no Lid    1

2000 gal Horizontal mix tank   1

1500 gal Vertical tank w/side manhole    1

450 gal Horizontal tank   1

260 gal Horizontal Full Lid Stainless Steel tank    1

130 gal Vertical Mix tank Cone bottom    1

40 gal Stainless Steel Vertical tank w/top cover on wheels    1

25 gal Stainless Steel Vertical Open top tank on stand    1

7.5 gal Stainless Steel Pots w/lids    12

20 gal Stainless Steel Pots w/lids    4

25 gal Stainless Steel Pots w/lids    5

Stainless Steel Paddles    3
Propane tank 100#    2
Cookers    5

MSJ App. 1048

Sep 20 2019

# Inventory Equipment Cont.

55gal plastic Fermentation Barrels 20

200gal Stainless Steel rectangular Drying tanks 3.

Plastic 5gal Buckets 20

Glass Jars 1quart 20

Glass Jars 1pint 12

Automatic Bottle Filling Machine Electric 1

Manual Bottle Filling Machine 2

Electric Shrink wrap machine 1

Electric Conveyer 1

Golden Sunrise Posters 4X8 2

Desks 13

Barrel lift 1

Nutra Bullet 1
Syringes 65
Air Compressor 1
herb grinder 1
Chairs 6
Stain Less Steel Grinder 1
File Cabinets 5

App. 0195

MSJ App. 1049

App. 0196

# REIMBURSEMENT
## *BILLING GUIDE*



*Golden Sunrise* **NUTRACEUTICAL**

P.O. Box 510
PORTERVILLE California 93258
Phone No.: 1.559.781.0658

## CANCER Plan of Care
### *CELLULAR THERAPY*

### DIETARY SUPPLEMENT PRODUCTS
*KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR, AnterFeeron-1, AnterFeeron-2, $C_R$Protein, HyProtein-1, Hyprotein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem and Aktiffvate*

November 25, 2019

**CANCER Plan of Care**
*CELLULAR THERAPY*

## BILLING CODES

The information provided below are codes that are likely to be associated with the administration of *CANCER Plan of Care*. It is best to contact with your payer for billing requirements.

**HCPCS Code for *CANCER Plan of Care***

| HCPCS CODE | DESCRIPTOR |
|---|---|
| M0075 | **Dietary Supplement Products:** *KemoHerb-1, KemoHerb-2, KemoHerb-PI, KemoHerb-NR, AnterFeeron-1, AnterFeeron-2, C$_R$Protein, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, LyProtein, ImunStem,* **and** *Aktiffvate* |

**Current Procedural Terminology (CPT) Code for Administration**

| CPT CODE | DESCRIPTOR |
|---|---|
| 97802 | **Under Medical Nutrition Therapy** |
| G0270 | **Medical nutrition therapy; reassessment and subsequent intervention(s) following second referral in same year for change in diagnosis, medical condition or treatment regimen (including additional hours needed for renal disease), individual, face to face with the patient, each 15-minutes as maintained by Centers for Medicare & Medicaid Services (CMS) falls under Miscellaneous Diagnostic and Therapeutic Services** |
| Z71.3 | **Dietary counseling and surveillance is a medical classification as listed by World Health Organization (WHO) under the range - Factors influencing health status and contact with health services** |



**CANCER Plan of Care**

*CELLULAR THERAPY*

## TABLE OF CONTENTS

| SECTION | PAGE NUMBER |
|---|---|
| Cover Sheet | Title Page |
| Billing Codes Sheet | Billing Codes Page |
| Table of Contents | 1 |
| 1.0 Introduction | 2 |
| 2.0 Indications and Usage | 2 |
| 3.0 Instruction for the Treatment | 2 |
| 4.0 Treatment, Dosage, and Administration | 3 |
|     4.1 Administration and Dosage of ImunStem and Aktiffvate | 6 |
|     4.2 Administration and Dosage of KemoHerbs | 6 |
|     4.3 Administration and Dosage of AnterFeerons | 7 |
|     4.4 Administration and Dosage of $C_R$Protein | 7 |
|     4.5 Administration and Dosage of HyProteins | 7 |
|     4.6 Administration and Dosage of LyProtein | 8 |
|     4.7 Treatment Interval and Duration of CANCER Plan of Care | 8 |
| 5.0 Warning and Precautions | 8 |
| 6.0 Therapeutic Response | 8 |
|     6.1 Expected Response KemoHerbs, AnterFeerons, $C_R$Protein, HyProteins, and LyProtein | 8 |
|     6.2 Adverse Sensitivity Response of ImunStem and Aktiffvate | 9 |
| 7.0 Clinical Pharmacology | 9 |
|     7.1 Mechanism of Action | 9 |
|     7.2 Pharmacokinetics | 10 |
| 8.0 Results of Patients after Treatment | 10 |
| 9.0 Storage, Handling, and Product | 10 |
|     9.1 Storage and Stability | 10 |
|     9.2 Product Classification | 10 |
| 10.0 Attachment Labels | 11 |
| 11.0 How Supplied | 11 |
|     11.1 Packaging | 11 |

App. 0201

MSJ App. 1055

MSJ App. 1056

Case 1:20-cv-01060-DAD-SKO   Document 65-2   Filed 10/... Page ... of ...

**CANCER Plan of Care**
*CELLULAR THERAPY*

## 1.0  INTRODUCTION

The herbal supplements created by Golden Sunrise Nutraceutical are designated as a Regenerative Medicine Advance Therapy (RMAT) by the Food & Drug Administration (FDA). The FDA formed a new department called Regenerative Medicine Advance Therapy because of the law enacted by the 114th United States Congress in December 2016 called the 21st Century Cures Act. These herbal supplements are able to penetrate the cells at the cellular level without any disruption or damage to the cells because they are recognized as food. This food provides the cells with the necessary building blocks for the cells to repair and rejuvenate themselves and flush out the accumulated toxins in the cells. They provide the building blocks for the cells to transform the crippled metabolic pathways back to the normal condition and allow the cells to perform the normal functions which they were designed to perform. ***Serious or Life-threatening*** conditions are either modified, reversed or cured (Cures Act p.180).

Golden Sunrise Nutraceutical products and treatments improve genetic ***Telomeres*** for cellular regeneration which increases the overall-health of the body and can increase human longevity.

## 2.0  INDICATIONS AND USAGE

The administration of herbal (botanical) ***CANCER Plan of Care*** treatments for human health has led to the benefit of cancer treatments from plant based materials. ***ImunStem***, ***Aktiffvate***, ***KemoHerbs***, and ***AnterFeerons*** treatments have been of great value to patients that only use herbal / botanical products for overall health. This has led to improved outcomes for patients.

***CANCER Plan of Care*** treatment begins with the use of ***ImunStem*** and ***Aktiffvate*** to improve the immune system function. Then the administration of ***KemoHerbs*** are given to flush the system and attempt arresting the development of the cancer. The treatments are continued in order to support and attempt elimination of cancer cells.

FIRST AND FOREMOST, ***IMUNSTEM***, ***AKTIFFVATE***, AND ***CANCER Plan of Care***, MUST BE ADMINISTERED UNDER THE SUPERVISION OF A PHYSICIAN'S CARE. Once a medical evaluation of the patient has been completed and reviewed, those patients whose medical history and current medical condition is appropriate for treatment with ***CANCER Plan of Care*** will receive the product as follows:

## 3.0  INSTRUCTIONS FOR THE TREATMENT

Before starting the ***ImunStem*** and ***Aktiffvate*** the patient must be in stable condition and the diagnosis must be established as thoroughly as possible. This prepares the treating health professional, and the patient as well, for expected changes that can occur because of the disease process, thus avoiding possible confusion which might erroneously be attributed to the Golden Sunrise Nutraceutical herbal / botanical products. A thorough history (and physical exam as well) is necessary because the health professional can often appreciate improvement in areas that are ignored by the patient. For example, the patient may be discouraged by little improvement in their hand arthritis but when asked, they may acknowledge improvement in their back pain, or energy level or insomnia, etc.

MSJ App. 1058

The ***ImunStem*** and ***Aktiffvate*** are the primary herbs of the whole program to begin the detoxification and repairing of the cells at the cell level. They prepare the immune system to respond appropriately to the Golden Sunrise Nutraceutical herbal / botanical products used in the ***CANCER Plan of Care*** protocols. Noticeable changes will occur when using ***ImunStem*** and ***Aktiffvate***, whether it be increased energy, better ability to focus and concentrate, better sleep, improved joint pain, etc..... In perhaps 2-3% of patients starting the ***ImunStem*** and ***Aktiffvate***, the detoxification process may be more profound and may cause symptoms consisting of mild skin rashes, swelling in the face, hands or legs, headaches, poor energy, diarrhea, etc...... These should be recognized not as a side-effect, but actually, the beginning of the healing process in the cells. This is caused by the release of toxins. These symptoms may last 2-7 days. Depending on the vigor of these symptoms, the dose may need to be reduced, or stopped altogether, for varying lengths of time. When resuming the ***ImunStem*** and the ***Aktiffvate***, the dose usually needs to be started at a reduced dose.

In the ***CANCER Plan of Care*** the "Treatment, dosage and administration" call for "an initial five (5) sessions". Each session has 2-bottles. The first bottle in each session are designed to reinforce and build upon what the ***ImunStem*** and ***Aktiffvate*** have started, e.g. nourishing the cells and flushing the toxins. But it is done in a much more powerful way. In the case of the ***KemoHerbs***, it also destroys the cancer cells. The second bottle in each session prompts the natural flushing action of the body, that is vomiting and / or diarrhea to flush out the cancer cells and toxins (there can also be nasal discharge and coughing up sputum) (of interest these can be administered through a gastric tube or nasogastric tube. However, if the gastric tube was placed for dysphagia, then use of the gastric tube is contraindicated because of possible aspiration problem with vomiting). The general strength of the patient and their ability to comply with the ***CANCER Plan of Care*** protocol may limit them to the use of only the ***ImunStem*** and ***Aktiffvate***.

### 4.0   TREATMENT, DOSAGE, AND ADMINISTRATION

First, ***ImunStem*** and ***Aktiffvate*** are taken simultaneously at ½ – ¾ dropperful, 2–4 times a day, for approximately two (2) weeks before ***KemoHerb*** is administered. These products can improve the function of the immune system, as well as overall health. This step is very important, as it will maximize the effect of the ***KemoHerbs***. An initial five (5) sessions of the ***KemoHerbs*** and ***AnterFeerons*** are given which are designed to be given very 2–4 weeks (it is highly recommended every two (2) weeks because of the seriousness of the condition). On occasion, the interval may be shortened to weekly or even more frequent intervals depending on the patient. Once the five (5) sessions are completed, and the patient's condition is stable and shows appropriate improvement, other Golden Sunrise Nutraceutical products will be added, usually at 1–2 weeks intervals. These additional ***KemoHerb*** sessions (up to four (4) or five (5) additional treatments) will be included and are guided by the patient's response and condition. These are high quality herbal products, some of which include ***AnterFeeron***, ***C$_R$Protein***, ***HyProtein***, and ***LyProtein***. Blood tests are at the discretion of the health professional, but it is recommended that a baseline of blood tests have been done before starting the ***ImunStem*** and

*Aktiffvate*.  Further blood tests could be done later, again at the discretion of the health professional, at 2 weeks or 4 weeks, etc….  Before starting the five (5) initial treatment sessions with the *KemoHerbs*, it is extremely important to verify if the patient is constipated.  This needs to be corrected as well as possible beforehand, because the ability of the bowels to flush is the primary way of ridding the body of the toxins / cancer cells.

The "initial five (5) sessions" for the *KemoHerbs* and *AnterFeerons* consist of:

Liquids
Session #1: *KemoHerb-1* and *KemoHerb-2*

Liquids
Session #2: *KemoHerb-1* and *KemoHerb-2*, or *AnterFeeron-1* and *AnterFeeron-2*

Capsules and Liquids
Session #3, #4, & #5: *KemoHerb-PI* and *KemoHerb-NR*, or *AnterFeeron-1* and *AnterFeeron-2*

Each session is preferably 2-4 weeks apart.  The interval may be shorter if the patient is extremely sick, but stable enough to tolerate the vomiting / diarrhea process.

The interval between *KemoHerb* sessions is rigid and is recommended to be every 2-4 weeks.  The recommended sequence of the Golden Sunrise Nutraceutical herbal / botanical products can be interrupted with a different herbal / botanical products, usually *AnterFeeron-1* and *AnterFeeron-2* in either session #2, #4, or session #5, if the patient is not showing the expected flushing response of vomiting and / or diarrhea.  A poor flushing response indicates that the patient is not ridding the body of the cancer cells/toxins appropriately.  What is not "enough"?  Perhaps only one (1) or two (2) episodes of diarrhea / bowel movements?  It should be noted, however, that it is common not to have any vomiting in these sessions, so diarrhea episodes are more telling of the effectiveness of each session.  The reason to interject the *AnterFeeron* early into the sequence is because it usually promotes the desired flushing response (besides fighting infection).

The other very important information to monitor after each session are the patient's symptoms.  Generally, they should feel stronger or more energy, etc… within 1-2 days after each session, indicating a proper response to each session as well.  Frequently the lab / scanning results will lag behind the improvement in the patient's symptoms.

For the liquid *KemoHerbs* and *AnterFeerons*, it is important to instruct the patient to walk around, if they can, in 5-10 minutes after swallowing the first one fluid ounce (1 fl.oz.) bottle.  In this short time there is frequently a better alertness or sense of energy, and if there are any pain issues, they are noticeably improved or completely resolved.  Pointing this out to the patient is a quick positive reinforcer and encouragement of the effectiveness of the Golden Sunrise Nutraceutical herbal / botanical products.  Perhaps five (5%) percent of patients will

CANCER Plan of Care                                    **Page 4 of 11**



also notice, after the first bottle, better visual acuity or a "brightness" in the colors around them (indicating penetration of the Golden Sunrise Nutraceutical herbs across the blood-brain barrier into the central nervous system).

The duration of the flushing with the vomiting / diarrhea, generally lasts from 6-18 hours and rarely up to forty-eight (48) hours. The onset and duration of the vomiting / diarrhea after the second bottle in each session, varies not only for each person, but may also vary for the same person from session to session. Usually the onset is within thirty (30) minutes after ingesting the second bottle in each session, but it may not begin perhaps for up to six (6) hours. The ***ImunStem*** and ***Aktiffvate*** should not be taken on the same day of the session (the ***ImunStem*** and ***Aktiffvate*** will simply be flushed out) or the day after each session. It is advised that the patient should be fasting before the sessions except for liquids. It is also best to start the sessions in the morning, in order to hopefully avoid interrupting their sleep at night.

For any of the sessions, advise the patients to have some type of liquid electrolyte replenisher on hand, e.g., Gatorade, Coconut water, etc. to replace the diarrheal losses. Without this, typical dehydration symptoms can ensue, such as headaches, leg cramps, dizziness, weakness, etc.... Finally, for the liquid Golden Sunrise Nutraceutical herbal products in the first 2-sessions of each protocol, direct the patient to pour the contents into a drinking glass instead of drinking it directly from the original one fluid ounce (1 fl.oz.) bottle provided. The liquid herbs must be drunk as quickly as possible, like a shot of liquor, without sniffing it or holding it in the mouth at all. Some people may need to be advised to pinch their nostrils to avoid smelling the herbal products as they swallow them. Have a glass or bottle of water on hand to wash it down immediately. Water, not milk or juices, generally helps better for the after-taste. Be careful to avoid too much water, because becoming water-logged can cause nausea as well. If the throat is very irritated, sucking on honey or syrup to coat the throat afterwards can be helpful. There have been few problems encountered in this process. However, some patients who have asthma have experienced bronchospasm. Taking 1-2 puffs of their rescue inhaler before swallowing the liquid herbs has avoided or minimized this reaction.

The other Golden Sunrise Nutraceutical herbal products, most of which are given after the initial five (5) sessions of treatment, are included in the price of the ***CANCER Plan of Care*** protocol. They include ***AnterFeeron*** (the ***AnterFeeron-I*** and ***AnterFeeron-II*** must be given in the same session), ***C<sub>R</sub>Protein***, ***HyProtein***, and ***LyProtein***. They can be given in any order after the first five (5) sessions every 2 – 4 weeks. Many of them can also cause the same flushing response as the Golden Sunrise Nutraceutical herbal products used in the initial five (5) sessions. These are designed primarily to improve nourishing and building the immune system.

Lastly, it must be said, that the ability to heal by any discipline is influenced by numerous factors. This is no different with the healing properties of these herbs. Crucial factors, some of which are stress, diet, exercise, socioeconomic and psychological conditions, as well as

MSJ App. 1064




**CANCER Plan of Care**
*CELLULAR THERAPY*

family/friend support, affect the response to any healing modality for each person. Addressing these are required to help enhance the degree of healing that can occur for each person.

If the ***CANCER Plan of Care*** program has successfully arrested or reversed the cancer process, then every 6–12 months a detoxification Golden Sunrise Nutraceutical herbal treatment session will be used as a preventative treatment for cancer re-emergence. ***ImunStem*** and ***Aktiffvate*** will be continued indefinitely, but tapered to a lower dose, for example, ¼ dropperful of each, every other day.

**4.1  Administration and Dosage of *IMUNSTEM* and *AKTIFFVATE***

Upon the first visit it is suggested that once the medical evaluation of the patient is completed and the medical staff deems it appropriate, then patients will receive ½ – ¾ of a dropperful of ***ImunStem*** and ***Aktiffvate*** 1–4 times a day. The medical staff should monitor the patient for at least ten (10) minutes to help with any effects that might need other medical attention. For example, ***ImunStem*** can open and improve blood flow throughout the body and the patient might experience a feeling of warmth and begin having nasal mucus discharge. After ten (10) minutes if the patient is stable, the ¾ dropperful of ***Aktiffvate*** should be administered with similar monitoring.

***ImunStem*** and ***Aktiffvate*** are liquid form:

| Product | Dose | Dose Size of a Dropper | Dose Per day |
|---------|------|------------------------|--------------|
| ***ImunStem*** | 1-ml | ½ - ¾ | 1–4 |
| ***Aktiffvate*** | 1-ml | ½ - ¾ | 1–4 |

If the patient has a sensitivity of the mouth and/or throat, then the administration in one (1) teaspoonful of yogurt or filling empty gelatin capsules and swallowing them can be done.

**4.2  Administration and Dosage of *KEMOHERBS***

Take one fluid ounce (1-fl.oz.) of ***KemoHerb–1***. Medical staff should monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of ***KemoHerb–1***. Next take one fluid ounce (1-fl.oz.) of ***KemoHerb–2***, the same dosage. Again medical staff should monitor the patient for thirty (30) minutes following ingestion of ***KemoHerb–2***.

***KemoHerb–1*** and ***KemoHerb–2*** are liquid form:

| Product | Dose |
|---------|------|
| ***KemoHerb-1*** | 1-fl.oz. |
| ***KemoHerb-2*** | 1-fl.oz. |

Take twenty-five (25) capsules of ***KemoHerb–PI***, ideally within fifteen (15) minutes. After fifteen (15) minutes take, twenty (25) capsules of ***KemoHerb–NR***, ideally within fifteen (15) minutes.

App. 0211

MSJ App. 1065

**KemoHerb–PI** and **KemoHerb–NR** are powder form:

| Product | Dose |
|---|---|
| *KemoHerb-PI* | 25 capsules |
| *KemoHerb-NR* | 25 capsules |

### 4.3  Administration and Dosage of *ANTERFEERONS*

Take one fluid ounce (1-fl.oz.) of **AnterFeeron–1**. Then in forty-five (45) minutes to 1 hour following ingestion of **AnterFeeron–1**, take one fluid ounce (1-fl.oz.) of **AnterFeeron–2**, administered in the same dose.

**AnterFeeron–1** and **AnterFeeron–2** are liquid form:

| Product | Dose |
|---|---|
| *AnterFeeron-1* | 1-fl.oz. |
| *AnterFeeron-2* | 1-fl.oz. |

### 4.4  Administration and Dosage of $C_RPROTEIN$

Take one fluid ounce (1-fl.oz.) of $C_RProtein$. Medical staff may monitor the patient for forty-five (45) minutes to one (1) hour following ingestion of $C_RProtein$.

$C_RProtein$ is liquid form:

| Product | Dose |
|---|---|
| $C_RProtein$ | 1-fl.oz. |

### 4.5  Administration and Dosage of *HYPROTEINS*

Take twenty-four (24) capsules of **HyProtein–1** (ideally take each dose of twenty-four (24) capsules within a fifteen (15) minutes space of time). After thirty (30) minutes, take twenty-four (24) capsules of **HyProtein–2**. After thirty (30) minutes, take twenty-four (24) capsules of **HyProtein–3**. After five (5) hours, take twenty-four (24) capsules of **HyProtein–4** (1/2 of the bottle). After another five (5) hours, take the last twenty-four (24) capsules of **HyProtein–4**.

**HyProteins are powder form:**

| Product | Dose |
|---|---|
| *HyProtein-1* | 24 capsules |

| Product | Dose |
|---|---|
| *HyProtein-2* | 24 capsules |
| *HyProtein-3* | 24 capsules |
| *HyProtein-4* | 24 capsules |

### 4.6  Administration and Dosage of *LYPROTEINS*

Take twenty-five (25) capsules of **LyProtein**, ideally within fifteen (15) minutes. After fifteen (15) minutes, take the last twenty-five (25) capsules of **LyProtein**, ideally within fifteen (15) minutes.

MSJ App. 1068

*LyProtein* is powder form:

| Product | Dose |
|---------|------|
| *LyProtein* | 50 capsules |

### 4.7 Treatment Interval and Duration of *CANCER Plan of Care*

The basic treatment recommended by Golden Sunrise Nutraceutical for cancer requires five (5) initial sessions of herbal (botanical) products (usually including *KemoHerb–1*, *KemoHerb–2*, *KemoHerb–PI*, *KemoHerb–NR*, *AnterFeeron–1*, and *AnterFeeron–2*). These are recommended to be taken every 2 – 4 weeks apart.  Then additional sessions (up to four (4) or five (5) more) will be included, if warranted by the patient's response and condition, with other high quality herbal products (some of which include *C$_R$Protein*, *HyProteins*, and *LyProtein*).  These are also recommended to be taken every 2 – 4 weeks apart.

## 5.0   WARNING AND PRECAUTIONS

ADMINISTRATION OF *IMUNSTEM*, *AKTIFFVATE*, *KEMOHERBS*, *ANTERFEERONS*, *C$_R$PROTEIN*, *HYPROTEINS* AND *LYPROTEIN* SHOULD ALWAYS BE UNDER THE SUPERVISION OF A PHYSICIAN.  RECOMMENDATION FOR GOLDEN SUNRISE NUTRACEUTICAL *CANCER PLAN OF CARE* IS BASED ON MEDICAL EVALUATION OF THE PATIENT, AND LABORATORY RESULTS.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

## 6.0   THERAPEUTIC RESPONSE

### 6.1 Expected Response of *KemoHerbs, AnterFeerons, C$_R$Protein, HyProteins, and LyProtein*

The *CANCER Plan of Care* process can promote the body's natural cleansing process which usually will include responses such as nausea, vomiting, diarrhea, and mucus discharges.  Other possible symptoms a person can experience may depend on the person's previous health issues, such as headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath.  These symptoms are only temporary at the time that the patient is being treated with

*CANCER Plan of Care*.  ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

### 6.2 Adverse Sensitivity Response of *ImunStem and Aktiffvate*

- *ImunStem* and *Aktiffvate* can cause severe allergic skin rashes.
- Vomiting.
- In rare circumstances an adverse sensitivity response in the mouth, such as mild blisters, have occurred.
- A burning sensation in the throat in the beginning of oral treatment may occur, but it subsides.  If the burning sensation persists, gelatin capsules used for administration, may be substituted as an alternative.



## 7.0   CLINICAL PHARMACOLOGY

### 7.1   Mechanism of Action

Golden Sunrise Nutraceutical produces herbal (botanical) products which help to regenerate the cell and promote the cellular metabolism to return to homeostasis in the human body.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology.  It is therefore theorized that the combination of the body's thermal energy, particularly during variance mutation and inflammatory processes, potentiates the self–propelling of molecules by possible passive membrane transportation or passive diffusion of the Golden Sunrise Nutraceutical products intact across all cell membranes. This also includes across the blood–brain barrier, which allows its efficacy and activity for the central nervous system.

Golden Sunrise Nutraceutical products possess a bipolarity and a lipophilicity that facilitates molecular diffusion through various permeable and selective membranes.  In–vivo studies on test subjects have indicated that the cell membrane integrity remains intact and is not disrupted or destroyed in the process of assimilating into the cell, thus ensuring long-term effectiveness.

The technology developed by Golden Sunrise Nutraceutical is the key for the effectiveness of the herbs on the immune system and cellular metabolism.  They have immune–stimulating properties. In–vivo studies and treated patients demonstrate increasing phagocytic activity and synthesis of helper cell function.  Golden Sunrise Nutraceutical products have shown to transform Deoxyribonucleic Acid / Ribonucleic Acid (DNA / RNA) repair, before, during and after chemotherapy drugs, prescription drugs, toxic exposure and chemical induced damage.  The variety of these herbs have many effects including anti-oxidant activity and anti-inflammatory properties.

Golden Sunrise Nutraceutical products can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis.  For example, blood pressure level is directly linked to the sympathetic nervous system. The normalizing of blood pressure levels exhibited following administration of Golden Sunrise Nutraceutical products are compatible with the

stabilization of the sympathetic nervous system activity.  Golden Sunrise Nutraceutical products reduces inflammation by affecting immune responsiveness through neuroendocrine factors.  Improvement of balance problems, a side effect of some chemotherapies, by Golden Sunrise Nutraceutical products is thought to be from improvement of vestibular function.  Golden Sunrise Nutraceutical products have produced significant drop in blood sugar levels.  Documented drop in blood sugar has occurred from

App. 0217

MSJ App. 1071

**CANCER Plan of Care**
*CELLULAR THERAPY*

440 mg/dL to 59 mg/dL in less than 2 hours without the patient experiencing any symptoms such as dizziness, weakness, sweating, etc., and still carry on the usual daily activities. Cancer metabolism requires glucose for the fermentation process (glycolysis) to produce its energy for growth and development. This drop in blood glucose arrests the fermentation process and the cancer.

### 7.2  Pharmacokinetics

Golden Sunrise Nutraceutical products are readily absorbed into soft tissue when taken as an oral dose. This is accomplished because Golden Sunrise Nutraceutical products readily passes through membrane tissue by passive diffusion.

The Golden Sunrise Nutraceutical dietary supplements are metabolized by the body to more hydrophilic products that are excreted in the urine and feces.

## 8.0   RESULTS OF PATIENTS AFTER TREATMENT

Please refer "Cancer Survival Rate Results".

## 9.0   STORAGE, HANDLING, AND PRODUCT

### 9.1  Storage and Stability

STORAGE: Store materials at controlled room temperature 20°C (68°F).

STABILITY: CANCER Plan of Care is chemically stable for two (2) years at room temperature. Do not freeze.

### 9.2  Product Classification

Dietary Supplement.

## 10.0  ATTACHMENT LABELS

*KemoHerb–1, KemoHerb–2, KemoHerb–NR, KemoHerb–PI, AnterFeeron–1, AnterFeeron–2, CRProtein, HyProtein–1, HyProtein–2, HyProtein–3, HyProtein–4, LyProtein, ImunStem,* and *Aktiffvate*

**CANCER Plan of Care**

*CELLULAR THERAPY*

# *KemoHerb–1*

### Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola extract | 120mg | ** |
| Goldenseal extract | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

The *KemoHerb–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1-fl.oz.)

*KemoHerb–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



**CANCER Plan of Care**

*CELLULAR THERAPY*

# *KemoHerb–2*

## Dietary Supplement

### <u>WARNING</u>
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Olive leaf extract | 84mg | ** |
| Papaya leaf extract | 112mg | ** |
| Vinca extract | 110mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi extract, Cat's claw, and Turmeric.

### <u>STRUCTURE FUNCTION</u>
**"Promote Bowel Movements"**

The *KemoHerb–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *KemoHerb–2* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1-fl.oz.)

*KemoHerb–2* dietary supplement may help promote bowel movements.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



**CANCER Plan of Care**
*CELLULAR THERAPY*

# *KemoHerb–PI*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The ***KemoHerb–PI*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***KemoHerb***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***KemoHerb–PI***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**

*CELLULAR THERAPY*

# *KemoHerb–NR*

Dietary Supplement

**WARNING**

Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 25 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Gotu kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Green tea, Rhodiola, Yucca, and Turmeric.

## STRUCTURE FUNCTION
**"Promote Bowel Movements"**

The *KemoHerb–NR* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *KemoHerb*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *KemoHerb–NR*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *AnterFeeron–1*
## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Bilberry leaf | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 80mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: solvents, organic compounds, Chuchuhuasi, Cayenne, Maca, and Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *AnterFeeron–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *AnterFeeron*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of *AnterFeeron–1* into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1-fl.oz.)

*AnterFeeron–1* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *AnterFeeron–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
CELLULAR THERAPY

# *AnterFeeron–2*

## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

**SUPPLEMENT FACTS**
**Serving Size:** (1 fl.oz.) (491.50mg)
**Serving Per Container:** One (1) serving

| **Amount Per Serving** | | **%DV** |
|---|---|---|
| Astragalus | 20mg | ** |
| Reishi | 95mg | ** |
| Mistletoe | 45mg | ** |

** Daily Value (DV) not established.

Other Ingredients: Cat's claw, organic compounds, Echinacea, and Cordyceps.

**STRUCTURE FUNCTION**
**"Promote Bowel Movements"**

The ***AnterFeeron–2*** has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with ***AnterFeeron***. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of ***AnterFeeron–2*** into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1-fl.oz.)

***AnterFeeron–2*** dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of ***AnterFeeron–2***, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
*CELLULAR THERAPY*

# $C_RProtein$

Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (1 fl.oz.) (491.50mg) | | |
| **Serving Per Container:** One (1) serving | | |
| **Amount Per Serving** | | **%DV** |
| Cat's claw | 35mg | ** |
| Selfheal | 10mg | ** |
| Rosemary | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Turmeric.

**STRUCTURE FUNCTION**
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint Health and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The $C_RProtein$ has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with $C_RProtein$. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Administration:** Empty entire contents of $C_RProtein$ into a glass cup and swallow entire contents.

**Dosage:** Take one fluid ounce (1-fl.oz.)

$C_RProtein$ dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of $C_RProtein$, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *HyProtein–1*
## Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** 350mg per capsule
**Serving Per Container:** 24 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Astragalus | 95mg | ** |
| Oregano | 40mg | ** |
| Cat's claw | 70mg | ** |

** Daily Value (DV) not established.

Other ingredients: Olive leaf and Blood root.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–1* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–1*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *HyProtein–2*
### Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Blood root | 55mg | ** |
| Reishi | 75mg | ** |
| Green tea | 40mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Turmeric, Pokeweed, and Garlic.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–2* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–2*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

CANCER Plan of Care
*CELLULAR THERAPY*

# *HyProtein–3*
## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 24 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| Ashwagandha | 45mg | ** |
| Garlic | 60mg | ** |
| Turmeric | 30mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Ginkgo, Green tea, and Catuaba bark.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–3* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–3*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

MSJ App. 1096

CANCER Plan of Care
*CELLULAR THERAPY*

# *HyProtein–4*
## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** 350mg per capsule | | |
| **Serving Per Container:** 48 capsules serving | | |
| **Amount Per Serving** | | **%DV** |
| St. John's wort | 50mg | ** |
| Reishi | 30mg | ** |
| Garlic | 25mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Kudzu, Goldenseal, and Licorice root.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *HyProtein–4* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *HyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-four (24) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *HyProtein–4*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

App. 0244



**CANCER Plan of Care**
*CELLULAR THERAPY*

# *LyProtein*
## Dietary Supplement

### WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** 350mg per capsule
**Serving Per Container:** 50 capsules serving

| Amount Per Serving | | %DV |
|---|---|---|
| Horse chestnut | 25mg | ** |
| Garlic | 40mg | ** |
| Turmeric | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort.

### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"Helps Maintain Joint and Flexibility"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**

The *LyProtein* has no side-effects. It will promote the body's natural cleansing process which may include purging responses such as nausea, diarrhea, vomiting and mucus discharges. Other possible symptoms a person can experience may depend on the person's previous health issues, which may include headaches, migraines, weakness, muscle aches, joint pain, heart palpitations, inflammation of the throat, excessive bloating, gas, and shortness of breath. These symptoms are only temporary at the time that the patient is being treated with *LyProtein*. ONLY USE UNDER THE SUPERVISION OF A PHYSICIAN'S CARE.

**Dosage:** Take twenty-five (25) capsules, ideally within fifteen (15) minutes.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *LyProtein*, please consult your doctor or call the product hot line in U.S.A. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.

**CANCER Plan of Care**
*CELLULAR THERAPY*

# *ImunStem*®

### Dietary Supplement

**WARNING**
Keep out of reach of children
do not use if safety seal is damaged or missing

| SUPPLEMENT FACTS | | |
|---|---|---|
| **Serving Size:** (0.50ml) (491.50mg) | | |
| **Serving Per Container:** 25 servings | | |
| **Amount Per Serving** | | **%DV** |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Organic compounds and solvents, monoterpene, Cassia oil, and Yucca.

#### STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**

#### ADVERSE ACTIONS
* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
* Vomiting.
* Yarrow flowers can cause severe allergic skin rashes.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *ImunStem* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*ImunStem* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *ImunStem*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



CANCER Plan of Care
*CELLULAR THERAPY*

# *Aktiffvate*®

Dietary Supplement

## WARNING
Keep out of reach of children
do not use if safety seal is damaged or missing

---

### SUPPLEMENT FACTS
**Serving Size:** (0.50ml) (491.50mg)
**Serving Per Container:** 25 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Turmeric extract | 175mg | ** |
| Cayenne extract | 40mg | ** |
| Eucalyptus extract | 20mg | ** |
| ** Daily Value (DV) not established. | | |

Other Ingredients: Wintergreen, solvents, organic compounds, Yucca, and Olive leaf.

## STRUCTURE FUNCTION
**"Support Immunity" and "Boost Stamina"**
**"For the Relief of Occasional Sleeplessness"**
**"Maintains Healthy Lung Function"**
**"Helps Restore Mental Alertness or Wakefulness when Experiencing Fatigue or Drowsiness"**
**"Helps You Relax"**
**"Helps Maintain Cardiovascular Function and a Healthy Circulatory System"**
**"Reduces Stress and Frustration"**

## ADVERSE ACTIONS
\* In rare circumstances an adverse reaction in the mouth such as "mild blisters" have occurred.
\* A burning sensation in the throat in the beginning of oral treatment may occur, but subsides. If the burning sensation persists, filling gelatin capsules and swallowing may be substituted as an alternative.
\* Vomiting.

Shake bottle well before using and use dropper to place ½ – ¾ dropperful of *Aktiffvate* under the tongue. Leave under the tongue for approximately forty (40) seconds and then swallow with a drink of water.

**Dosage:** Take ½ – ¾ of a dropperful, 1–4 times a day, as frequently as every 1–3 hours.

*Aktiffvate* dietary supplement may support immunity, improve overall health for the human body and maintain good well–being.

**WARNING:** Not recommended for use by pregnant or nursing women. Should you have any questions regarding the use of *Aktiffvate*, please consult your doctor or call the product hot line in U.S. at 1.559.781.0658 or 1.559.361.0097. Keep out of reach of children. To be kept in a dry and cool place.

\* These statements have not been evaluated by the Food and Drug Administration (FDA). This product is not intended to diagnose, treat, cure or prevent any disease.



P.O. Box 5116
**PORTERVILLE, CA 93258**
**Phone No.: 1.559.781.0658**
**Fax No.: 1.559.615.1268**

# MANUFACTURER(S)

**Nutritional Supplement Manufactures, Inc.**
1055 Bay Blvd., Bldg. D
CHULA VISTA, CA 91911
Phone No.: 1.619.409.9077

**WePackItAll**                    *Packaging liquids and capsules for ℓEnd use*
2745 Huntington Drive                                          *Product*
DUARTE, CA 91010
Phone No.: 1.626.301.9214

**EDM Industries, Inc.**          *Manufacturing of Raw Materials*
P.O. Box 8552
PORTERVILLE, CA 93258

**GMP Laboratories of America, Inc.**  *Lab testing Mixing & Packaging of end*
29131 E. La Jolla Street              *use products*
ANAHEIM, CA 92806
Phone No.: 1.714.630.2467

**Sciyu Biotech Co., LTD**        *Raw Materials products*
2-21025, I Building, Tanyan South Road
XI'AN, 710065
CHINA

**BDS Natural Products**   *Raw Materials products*
14824 S. Main Street
GARDENA, CA 90248
Phone No.: 1.310.518.2227

**Ecuadorian Rainforest, LLC**  *Raw Materials Products*
222 Getty Avenue
CLIFTON, CA 07011
Phone No.: 1.973.759.2002

Manufacturer(s)                                         **Page 1 of 2**

MSJ App. 1106

## MANUFACTURER(S)

**Herbs America**
P.O. Box 446
MURPHY, OR 97533
Phone No.: 1.541.846.6222

*Raw Materials Products*

**American Extracts**
P.O. Box 156
STRATHMORE, CA 93267
Phone No.: 1.559.568.0500

*Raw Materials Products*

**Florida Chemical Company, Inc.**
351 Bert Schulz Blvd., NE
WINTER HAVEN, FL 33881-9432
Phone No.: 1.863.294.8483

*Raw Materials Products*

**Univar USA, Inc.**
17425 NE Union Hill Road
REDWOOD, WA 98052
Phone No.: 1.331.777.6000

*Raw Materials Products*

**Pilot Chemical Company**
2744 East Kemper Road
CINCINNATI, OH 45241
Phone No.: 1.513.326.0600

*Raw Materials Products*

**Exxon Mobil Corporation**
3225 Gallows Road
FAIRFAX, VA 22037-0001
Phone No.: 1.800.243.9966

*Raw Materials Products*

App. 0253

MSJ App. 1107

MSJ App. 1108

Attachment L

**Jackson, Mariah**

| | |
|---|---|
| **From:** | Huu Tieu <htieu@goldensunrisepharmaceutical.com> |
| **Sent:** | Tuesday, March 26, 2019 1:42 PM |
| **To:** | Gonzalez, John |
| **Subject:** | Dr. Meis Letter Dated March 25, 2019 |
| **Attachments:** | Dr. Meis Letter Signed.pdf |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Hello John,

Please find enclosed an attachment Dr. Meis letter.

Huu S. TIEU



P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658
Fax No.: 1.559.615.1268

March 25, 2019

**Subject:    Doctor's Review Golden Sunrise Nutraceutical Products**

I was first introduced to *ImunStem* by Huu S. TIEU (Mr. Tieu) of Golden Sunrise Nutraceutical, Inc. When I met with Mr. Tieu he showed me his research results. He explained how and why *ImunStem* and *Aktiffvate* came to be, as well as the *KemoHerbs*, and detoxification/metabolism herbs, for what they could be beneficial.

I was extremely hopeful with both Mr. Tieu, and his products, specifically *ImunStem*, *Aktiffvate*, *KemoHerbs*, and the detoxification/metabolism herbs, because of the promise it could hold for my patients and others. Following our first meeting I familiarized myself with these products by reviewing Mr. Tieu's research, testimonial, and witnessed the benefits of these products, first hand. I have also spent many hours in discussion with Mr. Tieu on how these products came about, and what specifically had been the expectations behind the products.

During our discussions Mr. Tieu summarized his up-bringing and how his interest in herbalism had evolved, and his subsequent "schooling". Mr. Tieu is self-taught, very astute, and carries an extensive knowledge of plants, and their properties. He is well versed with the same professional knowledge of herbs/plants and their properties as a traditional medical professional is about modern medicine.

I know that Mr. Tieu is very proud, and well he should be, of *ImunStem*, *Aktiffvate*, *KemoHerbs*, and detoxification/metabolism herbs, his primary products to date. *ImunStem* and *Aktiffvate* are used to strengthen the immune system. In the system of a healthy person it would help to ward off any future diseases. In the case of a person with a specific *Serious or Life-threatening* disease and/or condition, *ImunStem* and *Aktiffvate* would strengthen the underlying immune system thus allowing the body to receive maximum benefit from whatever treatment the person may undergo, as well as make the immune system more resistant in the future. *KemoHerb*, as the name hints at, is a completely natural substitute for modern medicine chemotherapy treatments.

*ImunStem*, *Aktiffvate*, *KemoHerbs*, and the detoxification/metabolism herbs are dietary supplements and one hundred (100%) percent natural. These products have been under development for the past thirty (30) years. From review of Mr. Tieu's documentation, and our discussions it became clear to me that Mr. Tieu's development of these products were based on assumptions different than treatment therapies used by modern medicine. Modern medicine's premise uses, what I call, a disease model. It starts out with a diseased cell(s). This disease model separates the cell and its function, and addresses only the results of a poor functioning cell(s) and not the cell itself. With this model, multiple medications are required to address and treat innumerable diseases. By utilizing this treatment strategy, only the symptoms and effects of the disease are addressed. In truth, this approach awarded many benefits, not the least of which included, extending longevity and mitigating human suffering; but it was a double- edged sword.

The majority of these achievements came at a price, in the form of side-effects. Some of the side-effects were as debilitating, if not more so than the disease itself, and in the end typically would not
stop the progression of chronic diseases. More medications would need to be administered to combat the side-effects, weakening the patient's condition even more. Modern medicine has come to a road block, in large part due to the limitation of the technology currently used. They continue to treat the results and/or symptoms created by the disease, but not the underlying cause of the disease.

With *ImunStem*, *Aktiffvate*, *KemoHerbs*, and detoxification/metabolism herbs, Mr. Tieu's research was based on a different premise. His model states that our healthy cells are "immortal", and the cell and their function are inseparable. With this model there is only one disease, instead of innumerable diseases. If a cell becomes "unhealthy", it becomes a **malfunctioning cell**. A malfunctioning cell results in a cascade of events resulting in illness. The cell and its function must both be addressed at the same time. This required a new technology.

Mr. Tieu's "new technology" is based on the structural function of plants and the circulatory system of plants. Basic formulations were (b) (4)
which ultimately lead to the final product. (b) (4)
testing confirmed the initial (b) (4)          to support a theory for human use. This information was then extrapolated to theorize that human tissue would demonstrate a similar characteristic of the condition, to effect repair and/or reversal of the diseased state through the regeneration of cells and cellular structure for the benefit of a patient's metabolism and tissue damage and debilitating diseases. This technology found the method of combining the different herbs in such a way to magnify their properties and treat the cells directly at a cellular level.

Malfunctioning cells must be the focus of attention. There is only one disease in this model: a malfunctioning cell. Cells malfunction for two reasons: toxins and malnutrition. By not addressing nutrition and toxicity of cells in the body, individuals will experience damage on the cellular level that result today in all of the chronic diseases, degenerative disorders, etc., which we are beleaguered with today.

There are many ways that our bodies become deficient and filled with toxins. Toxins are ubiquitous in our environment: pollution of water supplies with addition of bactericides in city water, air pollution from automotive and industrial entities, cosmetics, creams, conditioners, shampoos, hair dyes, make up, pharmaceutical medications, pesticides in food products, etc… Poor nutrition occurs from starvation or processed foods that lack basic nutrients and contain toxins. Stress and inactivity complicate the picture as well. All the factors that contribute to the problems of a weakened body are staggering. For example, an over-taxed immune system results in body-wide 'inflammation', which perhaps is the best way to describe decreased circulation, accumulation of metabolic waste such as radicals, acid-base imbalance, localized oxygen deprivation, impaired energy production by the cells, and the list goes on. These all lead to unhealthy tissues, i.e. leaky gut problems, malabsorption, autoimmune reactions, cancer, etc. Dr. Otto Heinrich Warburg, Nobel Laureate, 1931, established that cancer cells derive their energy by fermentation chemical reactions and thrive in low oxygen environment (as opposed to healthy cells which require oxygen for their energy). The corollary of this is the high demand for glucose by cancer cells.

Golden Sunrise Nutraceutical dietary supplements have established their efficacy in helping to reverse, modify, or heal *Serious or Life-threatening* conditions. They cause release of toxins out of the cells and at the same time the herbs supply the essential nutrients which the cells have been starving for. These nutrients serve as building blocks allowing the cells to repair and rejuvenate themselves and return the cells to perform the functions they were intended to perform.

In short, Golden Sunrise Nutraceutical, under the tutelage of Mr. Tieu, has developed products to treat the human body with greater potency than traditional modern medicine, with minimal to no side-effects, reducing the need of multiple medications, and protecting one's quality-of-life.

I, along with other local physicians, have treated countless patients with these products and have had overall, favorable results.

Sincerely,

Stephen R. MEIS, M.D.
Medical Director.

Attachment M

Huu Tieu
edrls@fda.hhs.gov
You forwarded this message on 5/18/2018 10:48 AM

May 18, 2018

Drug Registration and Listing Staff
FDA/CDER/Office of Compliance

RE: Labeler Code 70642

Dear Drug Registration and Listing Staff

Please find enclosed the attachments IMUNSTEM information you requested.

If you have any questions, please do not hesitate in giving me a call direct number
**1.559.361.0097**.   Thank you.

Huu S. TIEU
Golden Sunrise Pharmaceutical, Inc.
P.O. Box 510
PORTERVILLE, CA 93258
Phone No.: 1.559.781.0658

App. 0259

MSJ App. 1113

## Labeler Code 70642

### Product Name: IMUNSTEM

#### Active Ingredient/Active Moiety

| Ingredient Name | Basis of Strength | Strength |
|---|---|---|
| OLEUROPEIN (UNII: 204553545L) | OLEUROPENIN | 260 mg in 1 ml |
| ACHILLEA MILLEFOLIUM (UNII: 2FXJ6SW4PK) | ACHILLEA MILLEFOLIUM | 52 mg in 1 ml |
| ROSEMARY (UNII: IJ67X351P9) | ROSEMARY | 63 mg in 1 ml |
| SARSAGENIN (UNII: CFS802C28F) | SARSAGENIN | 50 mg in 1 ml |
| CHINESE CINNAMON OIL (UNII: A4WO0626T5) | CHINESE CINNAMON OIL | 2.6 mg in 1 ml |

#### Packaging

| # | Item Code | Packaging Description | Marketing Start Date |
|---|---|---|---|
| 1 | NDC: 70641-001-01 | 1 in 1 CARTON | 07/01/2018 |
| 1 | | 30 ml in 1 BOTTLE, GLASS; Type 0: Not a Combination Product | |

MSJ App. 1114

**HIGHLIGHTS OF PRESCRIBING INFORMATION**
**These highlights do not include all the information needed to
use IMUNSTEM® safely and effectively. See full prescribing
information for IMUNSTEM.**
**IMUNSTEM® for oral use, liquid**

**IMUNSTEM (olive leaf, yarrow flowers, rosemary leaf, yucca
plant and cassia oil) liquid for oral solution use.**

--------------------INDICATION AND USAGE----------------------
IMUNSTEM stimulates the immune system throughout the
body. (1.0)

----------------DOSAGE AND ADMINISTRATION-----------------
The recommended dosage is in liquid form orally taken ½ to ¾
quarter of a dropper, 1 to 4 times daily. (2.0)

----------------DOSAGE FORMS AND STRENGTHS--------------
Liquid form – use dropper: ½ to ¾ quarter of a dropper. (3.0)

----------------------CONTRAINDICATIONS------------------------
There are no contraindications for IMUNSTEM. (4.0)

----------------WARNINGS AND PRECAUTIONS------------------
IMUNSTEM should be taken only as prescribed and monitored by
Qualified medical personnel. IMUNSTEM has been observed to
increase the pulse rate and induce vomiting for individuals on rare
occasion taking higher dosages of IMUNSTEM. (5.0)

--------------------ADVERSE REACTIONS------------------
• In rare circumstances an adverse reaction in the mouth
  such as "mild blisters".
• A burning sensation in the throat in the beginning of oral
  treatment may occur but subsides. If the burning
  sensation persists, capsules may be substituted for an
  improved toleration of administration. (6.0)

**To report SUSPECTED ADVERSE REACTIONS,
CONTACT Golden Sunrise Pharmaceutical
Incorporation at 1-559-781-0658 or FDA at 1-800-463-
6332 or www.fda.gov/medwatch**

------------------DRUG INTERACTIONS--------------------
IMUNSTEM has been combined with other drugs, but
has not been thoroughly tested with significant combina-
tions yet to show interactions with multiple combinations.
You should always read product labels. (7.0)

----------USE IN SPECIFIC POPULATIONS------------
• Pregnancy: IMUNSTEM has not been tested on
  pregnant women. (8.0)

**See 17 for PATIENT COUNSELING INFORMATION**
**01/2018**

---

**FULL PRESCRIBING INFORMATION: CONTENTS***

1.0  INDICATIONS AND USAGE
2.0  DOSAGE AND ADMINISTRATION
3.0  DOSAGE FORMS AND STRENGTHS
4.0  CONTRAINDICATIONS
5.0  WARNING AND PRECAUTIONS
6.0  ADVERSE REACTIONS
7.0  DRUG INTERACTIONS
8.0  USE IN SPECIFIC POPULATIONS
    8.1  Pregnancy
    8.2  Nursing Mothers
    8.3  Pediatric Use
10.  OVERDOSAGE

11.0  DESCRIPTION
12.0  CLINICAL PHARMACOLOGY
    12.1  Mechanism of Action
    12.2  Pharmacokinetics
13.0  NONCLINICAL TOXICOLOGY
    13.1  Genotoxicity
14.0  RESULTS OF PATIENTS AFTER TREATMENT
16.0  HOW SUPPLIED/STORAGE AND HANDLING
    16.1  Storage and Stability
    16.2  Medicine Classification
    16.3  Packaging
17.0  PATIENT COUNSELING INFORMATION
    17.1  Administration

*Sections or subsections omitted from the Full Prescribing
Information are not listed.

MSJ App. 1115

**FULL PRESCRIBING INFORMATION**

**1.0   INDICATIONS AND USAGE**

*ImunStem* stimulates the immune system throughout the body.  *ImunStem* aids in the cellular regeneration of damaged areas of the body through diseases and injuries.  *ImunStem* also helps blood flow through the system especially in difficult regions such as body capillaries. *ImunStem* is a highly mobile compound that has been shown as a central nervous system and immune system stimulant.

*ImunStem* can act alone safely or with other medical therapies to maximize efficacy and produce faster and lasting benefits to treat *Serious or Life-threatening* diseases or conditions by supporting immune system function.  Physicians have observed that using *ImunStem* provokes a significant response, i.e., a reduction in symptoms in patients with these diseases: autism, alzheimer's, neuropathy, chronic lymphocytic leukemia, multiple sclerosis, parkinson's, schizoaffective disorder, fragile-X syndrome, and a significant decrease of side-effects to chemotherapy for cancer.  *ImunStem* has been shown to help reduced loss of blood from surgical wound and menstrual periods (shorter and lighter periods).

**2.0   DOSAGE AND ADMINISTRATION**

Take ½ to ¾ of a dropper of *ImunStem* under tongue one to four times daily.  Leave under the tongue for approximately forty (40) seconds and then drink water.

If the patient has a sensitivity of the mouth and/or throat then an administration orally mixed with one (1) teaspoonful of yogurt or capsules can be administered.

The recommended dosage interval for *ImunStem* is between two (2) and three (3) hours when used in *Serious or Life-threatening* diseases or conditions and emergency situations, and it is strongly advised that four (4) doses of *ImunStem* be taken per day until a medical professional that is monitoring the illness finds it warranted to reduce the dosage interval.

*ImunStem* is effective at ½ to ¾ of a dropper 1 – 4 per day:

| Product | Dosage per day | Per Dose Size of a Dropper |
|---------|----------------|----------------------------|
| *ImunStem* | 1 – 4 | ½ to ¾ |

**3.0   DOSAGE FORMS AND STRENGTHS**

*ImunStem* is liquid form:

| Product | Per Dose Size |
|---------|---------------|
| *ImunStem* | 1.0 ml |

Active Ingredients (mg) per Dose of *ImunStem*:

| Active Ingredients | mg |
|--------------------|-----|
| Olive leaf extract | 260 |
| Yarrow flowers extract | 52 |
| Rosemary leaf extract | 63 |
| Yucca plant extract | 50 |
| Cassia oil | 2.6 |
| **Total:** | 427.6 |

**4.0  CONTRAINDICATIONS**

There are no contraindications for *ImunStem*.

**5.0  WARNING AND PRECAUTIONS**

*ImunStem* should be taken only as prescribed and monitored by qualified medical personnel. *ImunStem* has been observed to increase the pulse rate and vomiting in individuals on rare occasions if taking excessive/higher dosages of *ImunStem*. Physicians should advise their patients administered *ImunStem* that a mild fever may occur, typically this condition can last for one (1) to two (2) days then subsides.

*ImunStem* should only be taken under a doctor's supervision. The formulation creates high energy levels in patients with *Serious or Life-threatening* diseases or conditions and low immune system levels. Patients should not engage in any activity greater than they can tolerate after taking *ImunStem*. Also, *ImunStem* should not replace any existing medication that is prescribed by the primary physician. Only the prescribing physician should alter, modify or update any medications taken by the patient.

Patients interested in changing their medication regimen should consult their physician before modifying any prescribed medication program.

**6.0  ADVERSE REACTIONS**

- In rare circumstances an adverse reaction in the mouth such as mild blisters have occurred.
- A burning sensation in the throat in the beginning of oral treatment may then usually occur but subsides. If the burning sensation persists, capsules may be substituted for a beneficial response.
- Vomiting.
- Yarrow flowers can cause severe allergic skin rashes.

**7.0  DRUG INTERACTIONS**

*ImunStem* has been combined with other drugs, but has not been thoroughly tested with significant combinations yet to show interactions with multiple combinations. You should always read product labels. If you have a medical condition, or are taking other drugs, herbs, or dietary supplements, you should speak with a qualified healthcare provider before starting a new therapy.

**8.0  USE IN SPECIFIC POPULATIONS**

**8.1  Pregnancy**

*ImunStem* has not been tested on pregnant women. It is recommended that consultation with a health professional be sought before use of *ImunStem*.

**8.2  Nursing Mothers**

*ImunStem* is not recommended for nursing mothers.

**8.3  Pediatric Use**

*ImunStem* is not recommended for pediatric patients.

**10.0 OVERDOSAGE**

Excessive doses of *ImunStem* may cause reactions with a cause a variety of symptoms from central nervous system stimulation to damage of the heart, liver and kidneys in extreme overdosing situations. Please refer **5.0 Warning and Precautions.**

Possible side effects may include vomiting, nausea, diarrhea, constipation, dry mouth, dilated pupils, gastrointestinal discomfort, irritations, flushing, and cold sores.

No cases of *ImunStem* overdose have been reported.

## 11.0 DESCRIPTION

Golden Sunrise Pharmaceutical Incorporation (Golden Sunrise) is currently marketing *ImunStem* dietary supplement product that is comprised of Olive leaf extract, Yarrow flowers extract, Rosemary leaf extract, Yucca plant extract and Cassia oil under the dietary supplement guidelines. *ImunStem* is developed as a drug product for treatment of *Serious or Life-threatening* diseases or conditions. Based upon the information provided, at least fifty (50) patients with *Serious or Life-threatening* diseases or conditions (Autism, Viral diseases, Cancer, Hypertension, Epilepsy/Seizure, Thalassemia Major B, Stroke, etc.) have received treatment with *ImunStem* dietary supplement.

*ImunStem* is an herbal (botanical) drug substance that provides a stimulation effect of the immune system throughout the body to support human health and overall health. *ImunStem* aids in the cellular regeneration of damaged areas of the body from diseases and injuries, such as surgical mitigation and bleeding. *ImunStem* also helps blood flow through the system especially in difficult regions such as body capillaries. *ImunStem* is a highly mobile compound that has been shown as a central nervous system and immune system stimulant.

*ImunStem* can act alone safely or with other medical therapies to maximize efficacy and produce faster and lasting benefits to treated subjects by supporting immune system function.

Oleuropein is component of *ImunStem* is chemically described as 4S,5E,6S)-4-[2-[2-(3,4-dihydroxyphenyl)ethoxy]-2-oxoethyl]- 5-ethylidene-6-[(2S,3R,4S,5S,6R)-3,4,5-trihydroxy-6-(hydroxymethyl)- 2-tetrahydropyranyl]oxy]-4H-pyran-3-carboxylic acid, methyl ester. Molecular formula $C_{25}H_{32}O_{13}$ and structure formula as following:



M.W. = 540.514

Achillea Millefolium is component of *ImunStem* is chemically described as 7-Ethyl-1,4-dimethylazulene. Molecular formula $C_{14}H_{16}$ and structure formula as following:



M.W. = 184.28

Rosmarinus Officinalis is component of ***ImunStem*** is chemically described as [4aR-(4aa,9b,10a,10ab)]-1,3,4,9,10,10a-Hexahydro-5,6,9-trihydroxy-1,1-dimethyl-7-(1-methylethyl)-2H-10,4a-(epoxymethano)phenanthren-12-one.  Molecular formula $C_{20}H_{26}O_5$ and structure formula as following:



M.W. = 346.42

Sarsasapogenin Glycoside is component of ***ImunStem*** is chemically described as 3-O-{[O-α-D-galactopyranosyl(1 → 2)]-[-O-β-D-galactopyranosyl(1 → 6)]-O-β-D-glucopyranosyl-(1 → 4)-β-D-glucopyranosyl}-(25S), 5 β-spirostan-3β-ol.  Molecular formula $C_{27}H_{44}O_3$ and structural formula as following:



**Sarsasapogenin**

M.W. = 416.64

Cassia Oil is component of ***ImunStem*** is chemically described as 2-methoxy-4-prop-2-enylphenol; [(E)-prop-1-enyl]benzene.  Molecular formula $C_{19}H_{22}O_2$ and structural formula as following:



M.W. = 282.37678

Inactive ingredients: d-Limonene, 2-Butoxyethanol, Benzenesulfonic acid, C10-16-alkyl derivatives, compounds with 2-Propanamine, Hydrocarbon and water.

## 12.0  CLINICAL PHARMACOLOGY

### 12.1  Mechanism of Action

***ImunStem*** is an herbal (botanical) product, which has pathogenesis and homeostatic properties.  ***ImunStem*** is taken in liquid oral doses for internal use.  The component of the drug substance that makes the compound of ***ImunStem*** comprises the extraction of ingredients from Olive leaf, Yarrow flowers, Rosemary leaf, Yucca plant, and Cassia oil.  The variety of components encompassing these botanicals has a wide use which provides antioxidant activity and a powerful positive effect on the immune system.  ***ImunStem*** allows the active ingredients to disperse throughout the body and blood stream; it also has a direct effect upon immune-cell and cellular functioning.

*ImunStem* has immunostimulating properties in-vivo studies testing patients treated, increasing phagocytic activity and synthesis of helper cell function. *ImunStem* has shown to enhance Deoxyribonucleic Acid (DNA) repair before, during, and after chemotherapy drugs, toxic exposure, and chemical-induce damage. *ImunStem* modulates anxiety, initially including and then reversing these effects after long-term administration.

*ImunStem* can play an integral role in hypothalamic activity, easing both parasympathetic and sympathetic nervous systems towards a state of homeostasis. Since blood pressure level is directly linked to the sympathetic nervous system, the lower blood pressure levels exhibited following administration of *ImunStem* is compatible with the stabilization of sympathetic nervous system activity. The pulmonary benefits observed are likely due to the focus of deep breathing, this places less pressure on lungs and increases lung capacity, as well as overall improvement seen in breathing efficiency. *ImunStem* reduces inflammation by affecting immune responsiveness through neuroendocrine factors. Its positive effect on balance is attributed to the improved use of vestibular input and wider stances.

### 12.2 Pharmacokinetics
*ImunStem* is readily absorbed into soft tissue matter when taken as an oral dose. This is accomplished because *ImunStem* readily passes through membrane tissue by passive diffusion penetrating to the circulatory system.

*ImunStem* is a fast acting substance. Once the onset of action takes place patients can notice calmness, improved breathing, mental clarity, and alertness immediately.

It is postulated that in arresting abnormal cellular mutation, the precursors for normal and enhanced cellular regeneration and cellular division can be accelerated in relation to the selective existing disease pathology. Observations of in-vivo testing that display the ability for *ImunStem* components to dissolve in hydrophilic substances propose that in the finished chemical form of the product and with its unique makeup, *ImunStem* produces a bipolarity that facilitates molecular diffusion through various permeable and selective membranes. It is therefore theorized that the combination of the bodies' thermal energy particularly during variance mutation and inflammatory processes, potentiates the self-propelling of molecules by possible passive membrane transportation or passive diffusion of the *ImunStem* compound intact to cross the blood brain barrier also displaying lipophilicity (or lipophilic quality) to retain efficacy and activity for the central nervous system.

In-vivo studies involving treated test subjects have immune system activity in tests including blood tests and have provided the efficacious ability to improve immune system function while maintaining the cellular structure to tissue intact. These studies also reveal that *ImunStem* continues to provide improved immune system function with long term use.

## 13.0 NONCLINICAL TOXICOLOGY

### 13.1 Genotoxicity
PURPOSE: The purpose of this study is to evaluate *ImunStem* for its ability to induce reverse mutation at the histidine locus in *Salmonella Typhimurium* tester trains both in the presence and absence of an exogenous mammalian metabolic system (S9) containing microsomal enzyme.

CONCLUSION: Under the test conditions in this study, *ImunStem* was not mutagenic in the tested strains of the *Salmonella typhimurium*, histidine auxotrophs TA97, TA98, TA100, TA102 and TA1535 both in the presence and absence of metabolic activation system. The results indicated that, at the dose concentration of a 25-fold dilution to a 15,625-fold dilution of original liquid, 100µl/plate, *ImunStem* did not induce point mutations by base substitutions and/or frame shifts in the genome of these tested strains.

## 14.0 RESULTS OF PATIENTS AFTER TREATMENT

A small group of patients with *Serious or Life-threatening* diseases or conditions found that *ImunStem* dietary supplement improved the immune system and alertness immediately.

Physicians have observed that using *ImunStem* provokes a significant response, i.e., a reduction in symptoms in patients with these diseases: autism, alzheimer's, neuropathy, chronic lymphocytic leukemia, multiple sclerosis, parkinson's, schizoaffective disorder, fragile-X syndrome, and a significant decrease of side-effects to chemotherapy for cancer. *ImunStem* has been shown to help reduced loss of blood from surgical wound and menstrual periods (shorter and lighter periods).

Fifty (50) patients test subjects administered *ImunStem* dietary supplement over the course of time from a few weeks up to three (3) years were made and included observations from attending physicians, nursing staff, care givers and Golden Sunrise medical personnel. Blood reports were also included and medications (if any) were documented. The observations compiled from family physicians and specialists were entered and compared with observations by Golden Sunrise medical staff.

Safety was monitored and throughout these studies no adverse side-effects were noticed. A representative number of test subjects were diagnosed with *Serious or Life-threatening* diseases or conditions that required close monitoring by both the attending physician, specialist of that field and by Golden Sunrise medical staff.

a) J.W. is a 10-year-old white male who began treatment with physician psychiatrist in Visalia California when he 6-year-old. He has been diagnosed with fragile-X syndrome. He was diagnosed as Attention Deficit Hyperactivity Disorder (ADHD) (F90.1), and Intermittent Explosive Disorder (IED) (F63.81). He has been treated over the years with Tegretol, Vyvanse, Zoloft, Risperdal; he had a trial at another medical center of R Baclofen. Psychiatrist have also treated him with Gabitril, and Nudexta. He was taking Zoloft 150mg in the morning, Risperdal 1mg at bedtime, and Vyvanse 40mg in the morning.

In July 07, 2016 he was started *ImunStem* twenty (20) drops twice a day was started at that point in time. On July 25, 2016 his mother reports as of this date that he is more focused and calmer. His level of perseveration has decreased dramatically. His mother stated that the other day he was organizing the DVDs player in their home and "that's not like him."

b) S.W. is a 64-year-old, white male, who began treatment with psychiatrist when he was 57-year-old. He was initially diagnosed as anxiety disorder Not Otherwise Specified (NOS) (F41.9) and ADHD without hyperactivity (F90.0). Stimulant medication was not effective in treating his focusing problems so Wellbutrin was used. Chlorazepate was used to help with his anxiety. He did well on this combination of medicines until November 2014. He was diagnosed at that point in time as having diabetic neuropathy and was treated with Lyrica. He complained at

that point in time that the medicine made him feel "fuzzy" and he was unable to be productive at work. In February 2015 he stopped the Chlorazepate because he was afraid of having Alzheimer's disease and decreased the Wellbutrin on his own to decrease the fuzziness. He did restart the Chlorazepate eventually. In April 2016 he was taking Cymbalta 60mg in the morning and Ambien 10mg at bedtime. His family doctor had stopped the Wellbutrin and Chlorazepate. He was being treated at that point in time with methadone and Lyrica. He complained again of feeling fuzzy, tired, and unable to do his work.

In July 2016 he was started with *ImunStem* twenty (20) drops twice a day. He reported two and half (2-1/2) weeks later that he had more energy and motivation. He was more productive and able to do his work and his pain had been reduced by thirty (30%) percent.

c) S.R. is a 39-year-old white male, who was first seen when he was 28-year-old. He was transferred from another physician and was taking Wellbutrin-SR 100mg three (3) times a day, Clozaril 600mg at bedtime, Zoloft 200mg in the morning, Topamax 100mg at bedtime, and Aricept 20mg at bedtime. He had a significant history of substance abuse, including marijuana, crack cocaine, mushrooms, and acid between the ages of seventeen and 17 & 21-year-old. He was diagnosed as schizoaffective disorder (F25.9) and Polysubstance abuse. He was treated with multiple medications over the years to try to help reduce his psychotic symptoms and increased his sociability. In June 2016, he was taking Vraylar 6mg in the morning, Fanapt 6mg twice a day, Nudexta 20-10 twice a day, Chlorazepate 30mg at bedtime, Prozac 40mg in the morning, Clozaril 300mg at bedtime, Abilify 30mg in the morning, and Gabitril 4mg at bedtime.

In July 07, 2016 he was started with *ImunStem* twenty (20) drops twice a day were started at that point in time. He returned on July 21, 2016, reporting that he had decreased the Chlorazepate to 15mg at bedtime, his Prozac had been increased to 60mg in the morning and he had been on *ImunStem* for two (2) weeks as well as the other medications listed above. He reported "my brain can keep up with my mind". He stated "my brain is aware of my body". He reported increased energy, clearer thoughts, and non-racing thoughts. He also reported that he had a dry patch of skin on the back of his head that was now gone.

d) L.H. is an 86-year-old, white female, who is diagnosed as having Alzheimer's disease and lives in a skilled nursing facility. She is on a liquid diet, sleeps most of the time, is confined to a wheelchair or a moving bed, and has intermittent episodes of agitation and flat facies. She was treated with *ImunStem* ten (10) drops twice a day for two and half (2-1/2) weeks. Both staff and family report that she is less agitated, more alert and is smiling.

After thirty (30) days on *ImunStem* the nurses' report there are no longer any agitated episodes. Skilled nursing report that she spends more time awake. On exam, the patient opened her eyes and focused on my face. There was no facial expression, but patient appeared to try and move her lips as if she wanted to talk. (This was a new behavior). When I asked her to move her finger if she could understand me, she did.

e) M.B. is a 69-year-old white male who has been treated for chronic Lymphocytic Leukemia for the last five (5) years. He started taking *ImunStem* twenty (20) drops twice a day in October 2015. This was because of the concern of falling red blood cell counts and platelet counts. His white blood cell count, though elevated remained elevated and fluctuant. In October 2015, his red blood cell was four point zero five (4.05) and his platelet count was ninety (90). On April 2016 his red blood cell count was four point nineteen (4.19) and his platelet count was one hundred and five (105). It was felt that this was a significant increase in both his red blood cell count and platelet count. Please see table below as following:

**Comparison RBC Count and Platelet Count from October, 2015 through April, 2016**

| DATE | RBC Count | Platelet Count | |
|------|-----------|----------------|---|
| October, 2015 | 4.05 | 90 | Before *ImunStem* |
| | | | |
| April, 2016 | 4.19 | 105 | After *ImunStem* |

f) R.B. is a 62-year-old white male who was first evaluated on August 19, 2016. He is taking Actos, Metformin, Lorstan, and Travastin for diabetes mellitus, high blood pressure, and glaucoma. There is no history of past substance abuse. He was interested in trying *ImunStem* to see if would make any difference with his medical problems. He also complains of mild symptoms of depression including anergia, lack of motivation and feeling depressed about his physical problems. He was diagnosed as depressive disorder NOS and started on *ImunStem* twenty (20) drops twice a day.

Patient reported after eight (8) weeks of *ImunStem* treatment that his energy and motivation have been increased. He also reported that he was feeling less depressed. He reported that he was able to tolerate higher loads of carbohydrates without changing his diabetes medications, which also affect directly his energy and motivation.

g) J.O. is a 45-year-old white male diagnosed with advanced stage four (4) colon cancer. He was diagnosed in January 2016 and was not thought by the attending physician that he could have a positive outcome as the cancer was in mastitis and had spread throughout his body. His symptoms included a damaged liver, renal obstruction, lung polyps, anxiety, depression, and severe lack of energy. The patient received first cycle of chemotherapy on March 2016.

In April 2016 the patient received his first dose of *ImunStem* administered orally at forty (40) drops three times daily. At this time the patient showed noticeable improvement of overall health in minutes. The patient showed an improvement in energy levels as the next day he was playing basketball, mental focus, depression and anxiety improved noticeably and his outlook on life is a positive hope. His tumors have shrunk and since the treatments of *ImunStem* and chemotherapy he has had no major side-effects such as hair loss, debilitating constipation, depression, anxiety, weight loss, or nausea. He has not had to visit emergency for complications except for a staph infection at his injection port. Patient is doing well and can function without interference to his normal lifestyle. The patient has been motivated to tell others of the benefits of taking *ImunStem* that it can help others in *Serious or Life-threatening* conditions.

**h)**  J.A. is a 2½-year-old male that was diagnosed with Autism/Seizure. His symptoms included, seizure, drooling, hyperactivity, disorientation, lack of pain stimuli, poor communication skills and uncontrollable outbursts. He was diagnosed in October 2016 and was considered near the highest level of Autism that provided government programs to assist with his mental state. He has an unknown regimen of prescription medications and government assistance is provided for re-education of motor skills.

In December 2016 he began oral administration of ***ImunStem*** at two (2) drops per 12-fluid-ounces of milk. In about four (4) days was noticed by the parents that he was aware of his surroundings and responded to the parents' direction. He was also noticed to stop drooling and felt pain in normal situations (such as falling down while playing). He also began to have a reduction in seizures. He has improved where there are no known seizures being observed at this time and he is more responsive to direction, his drooling has not returned and he is beginning to act as a normal 2½-year-old.

**i)**  S.R. is a 62-year-old black male that was diagnosed with advanced stage Parkinson's disease. He was diagnosed 4-year-ago and has had a steady progression of the Parkinson's disease. The symptoms include, slurred speech, an unsteady (uneven) gait, memory loss, depression, tremors and occasional falling. He has taken the prescribed medication which had only intermittent results.

In April 2015 he began taking ***ImunStem*** oral administration at thirty (30) drops twice a day. He states that he feels more stable as he can walk on his own, has no more falling episodes, can focus better (clearer thought), has reduced tremors and has significantly reduced his depression. He has also returned to his previous employment.

**j)**  R.W. is a 16-year-old female that has excessive menstrual bleeding and long painful menstrual periods since 2013. She took Vicodin every month on the first day of her period. She had debilitating pain that interfered with her lifestyle and activities and kept her confined to her home.

In October 2016 she began taking ***ImunStem*** oral administration at thirty (30) drops per day. After three (3) weeks her menstrual bleeding reduced greatly and her pain had been alleviated. Her period duration had dropped by half and she is able to function in public as a normal.

**k)**  R.G. is a 60-year-old male diagnosed with an enlarged prostate. He had been to multiple medical professionals that have treated him for everything from bleeding eye to heart attack. Physicians have recommended various surgeries for his prostate but the patient did not want to have these surgeries because of the possible adverse outcomes.

In October 2017 he was administered ***ImunStem*** while in the hospital being treated, within three (3) minutes he felt an improved feeling to his prostate which felt like less pressure and less pain. He continued to improve over four (4) months and no longer requires invasive procedures to alleviate prostate swelling. Please see table below as following:

**Comparison eGFR, WBC and Platelet Count from October, 2017 through December, 2017**

| DATE | eGFR | WBC Count | Platelet Count | |
|------|------|-----------|----------------|--|
| October, 2017 | 15 | 6.36 | 136 | Before ***ImunStem*** |
| | | | | |
| December, 2017 | 40 | 8.00 | 332 | After ***ImunStem*** |

l) E.B. is a 46-year-old white male was diagnosed with Multiple Sclerosis (MS) in November 2016. He was first suspect as having lime disease but upon further testing it was found to be MS. He experienced a continual degradation of motor function until he was bedridden, he had almost total immobility of his legs and arms. The caregiver would assist the patient for all movement including bathroom activities.

Patient began taking ***ImunStem*** in October 2017 and showed positive response for the first dose. Over the course of treatments the patient has experienced improved motor function to where he can sit in a wheelchair and move himself and can sit on the toilet without the aid of the caregiver. The patient continues to show marked improvement as the treatment progresses. The see table below as following:

**Comparison WBC and Platelet Count from September, 2017 through December, 2017**

| DATE | WBC Count | Platelet Count | |
|------|-----------|----------------|---|
| September, 2017 | 6.04 | 206 | Before *ImunStem* |
| | | | |
| December, 2017 | 9.60 | 254 | After *ImunStem* |

m) R.H. is a 54-year-old white male was diagnosed in December 26, 2016 with esophageal cancer in stage two (2) after the patient collapsed for no apparent reason and began spewing blood. The patient was rushed to the local emergency room where testing immediately began and the diagnosis was made. The patient refused standard medical cancer treatment (chemotherapies).

The patient began taking ***ImunStem*** in February 20, 2017, and shown improvements in both reports the blood reports and medical scans. The physician at the hospital after reviewing the blood report and medical scans his recommendation "resume regular diet" and to receive another checkup in four (4) weeks. Please see table below as following:

**Comparison WBC, Mean Platelet Volume and Platelet from January, 2017 through March, 2017**

| DATE | WBC | Mean Platelet Volume | Platelet | |
|------|-----|----------------------|----------|---|
| January, 2017 | 6.40 | 6.90 | 375 | Before *ImunStem* |
| | | | | |
| March, 2017 | 9.40 | 8.40 | 332 | After *ImunStem* |

## 16.0  HOW SUPPLIED/STORAGE AND HANDLING

### 16.1  Storage and Stability

STORAGE: Store material at controlled room temperature 20°C (68°F).

STABILITY: ***ImunStem*** is chemically stable for one (1) year at room temperature. Do not freeze.

### 16.2  Medicine Classification

Prescription Medicine.

### 16.3  Packaging

SERVING PER CONTAINER: Boston round one (1fl.oz.) fluid ounce amber glass bottle 20mm-40 Neck Finish. Cap with cap band.
DROPPER ASSEMBLY: 20/400 black FRST PP closure; SR20 (1cc) black flouroglazed monprene buld; 7x76mm straight tip TYPE III (soda lime) glass pipette.

## 17.0 PATIENT COUSELLING INFROMATION

### 17.1 Administration

- Inform patients to shake bottle well before using and take ½ to ¾ quarter of a dropper of *ImunStem* under tongue.  Leave under tongue for approx forty (40) seconds and then drink water.
- Advise patients that *ImunStem* is present in liquid form consistency, and is administered orally.  At present it is recommended in this form only.
- Instruct patients if an oral administration of *ImunStem* is necessary yet the patient has a sensitity of the mouth and/or throat then an administration orally mixed between one (1) teaspoonful of yogurt can be administered.

*ImunStem* is an herbal (botanical) drug substance that is derived from Olive leaf, Yarrow flowers, Rosemary leaf, Yucca plant and Cassia oil.

Manufacturing by: Golden Sunrise Pharmaceutical Incorporation
P.O. Box 510
Porterville, CA 93258
Part No.: GS-00001 / Revised: 01/2018
*ImunStem* is a Registered Trademark of Golden Sunrise Pharmaceutical Incorporation
U.S. Patent No.: 8,535,737

App. 0272

MSJ App. 1126

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Attachment N

---

# DOCUMENT INFORMATION PAGE
## DARRTS COMMUNICATION
This page is for FDA internal use only. **Do NOT send this page with the letter.**

| | |
|---|---|
| **Application #(s):** | PIND 117507 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | IND Information Request or Advice |
| **Communication Name:** | Advice/Information Request [Pre-IND] |
| **Communication ID:** | COR-INDAD-02 |

| | |
|---|---|
| **Drafted by:** | kdwinestock |
| **Clearance History:** | |
| **Finalized:** | |
| **Filename:** | |

| | |
|---|---|
| **Use Statement:** | Use to send the sponsor either advice or a request for additional information |
| **Notes:** | This version is for INDs in PRE-SUBMISSION status (i.e., PIND). |

Version: DARRTS 09/28/2010

# END OF DOCUMENT INFORMATION PAGE

### The letter begins on the next page.

Reference ID: 3268503

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO   Document 65-2   Filed 10/01/21   Page 328 of 486

# MEMORANDUM OF TELECON

| Application Number | PreIND  117507 |
|---|---|
| Product | ImunStem |
| Sponsor | Golden Sunrise Pharmaceuticals, Inc. |
| Indication | Serious and Life Threatening Conditions |

| Purpose | To discuss the type of application submitted and the indication sort | Telecon Date | January 15, 2013 |
|---|---|---|---|

| Details of Telecon Agreement | During this teleconference Mr. Huu S. Tieu, the authorized representative for Golden Sunrise Pharmaceuticals, was informed that the agency could not determine which type of application had been submitted.  The cover letter identified the submission as a NDA, but a 356H form and user fee cover sheet had not been submitted.  Mr. Tieu stated he was unaware of the fee requirement for NDA applications and he inquired about the amount that was due.  I noted that an IND form 1571 was included along with a request for emergency use.  Based upon the information on the 1571, the sponsor was seeking an indication to treat serious and life-threatening conditions.  I informed him that the sponsor could not seek an indication for serious and life threatening conditions for an IND nor an NDA.  If the submission is an IND, he would need to submit a separate IND based upon the indication sort.  The IND would be reviewed by the appropriate division in CDER.  After further discussions, I determined that the sponsor had not conducted any controlled clinical trials.  The clinical data submitted with this application was from at least 18 patients with various life threatening conditions (seizure disorders, chronic hepatitis C, Parkinson's Disease, hypertension, various forms of cancer, etc) who had received ImunStem over the past several years.  Mr. Tieu was informed that the data submitted, could not support an IND application nor an NDA  I stated the sponsor needed data from clinical trials to support these types of applications.  Since clinical trials had not been conducted, a request for a preIND meeting would be needed to discuss the sponsor's development plans.  I noted that the sponsor appeared to have provided this drug to a number of patients with various types of cancers and asked whether the sponsor planned to pursue an oncology drug development program first.  Mr. Tieu stated that the sponsor wanted to pursue chronic hepatitis C drug development.  I stated that the Division of Antiviral Products would assign a preIND number to this submission, however, the sponsor needed to review the Guidance for Industry document regarding requesting meetings with the agency.  The meeting request should include summary product quality, nonclinical, and clinical data if available.  A list of questions as well as a protocol synopsis should be included with the request.  I also stated he needed to review the Guidance regarding submission of IND applications.  In addition, the sponsor should consider working with a consultant familiar with IND and NDA drug development to assist with assembling a comprehensive meeting request and future IND application. |
|---|---|

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 329 of 486

|  | Mr. Tieu agreed to discuss these issues with his colleagues and submit a PreIND meeting request along with the background documents. |
|---|---|
| **Sponsor Representative(s)** | Huu S. Tieu, Presiden/CEO |
| **FDA Representative(s)** | Karen Winestock, Chief, Project Management Staff, DAVP |
| **RPM** | |

RPM Signature:       *{See appended electronic signature page}*

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01060-DAD-SKO Document 65-2 Filed 10/01/21 Page 330 of 486

------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KAREN D WINESTOCK
02/27/2013

App. 0276

MSJ App. 1130

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

# DOCUMENT INFORMATION PAGE
## DARRTS COMMUNICATION
This page is for FDA internal use only.  Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | PIND 117507 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | PIND Acknowledgement |
| **Communication Name:** | Acknowledge Pre IND |
| **Communication ID:** | COR-INDACK-07 |

| | |
|---|---|
| **Drafted by:** | Kdwinestock, 2.14.13 |
| **Clearance History:** | |
| **Finalized:** | Kdwinestock 2.14.13 |
| **Filename:** | |

| | |
|---|---|
| **Use Statement:** | |
| **Notes:** | |

Version: DARRTS 08/24/2010

# END OF DOCUMENT INFORMATION PAGE

## The letter begins on the next page.

App. 0277

MSJ App. 1131

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

<div style="text-align:right">

**Food and Drug Administration
Silver Spring MD 20993**

</div>

PIND 117507

<div style="text-align:center">

**PRE-IND ACKNOWLEDGEMENT**

</div>

Golden Sunrise Pharmaceutical, Inc.
Attention:  Huu S. Tieu
CEO and President
560 W. Putnam Avenue, Suite 2
Porterville, CA  93257

Dear Mr. Tieu:

We acknowledge receipt of your January 7, 2013, submission concerning ImunStem.  This submission contains product quality, genotoxicity data and individual subject summaries for subjects with various life threatening conditions who have received ImunStem.

Please refer to the January 15, 2013 telephone conference between you and Ms. Karen Winestock, Chief, Project Management Staff, Division of Antiviral Products, during which you were informed that your submission did not meet the standards for a New Drug Application (NDA) because essential data (e.g., 356H form, User Fee Cover Sheet, user fee payment, data from controlled clinical trials, etc) was not included with your submission.

In addition, you included a 1571 form with your submission, but a 1571 form must be submitted with an Investigational New Drug Application (IND).  You were also informed during the call that the submission did not meet the standards for an IND application because 18 volumes of your 22 volume submission contained individual subject history information for 18 subjects suffering from various serious and life threatening conditions, a protocol for a clinical trial in a specific patient population (chronic hepatitis C, colon carcinoma, Parkinson's disease, etc.) was not submitted nor did you identify the indication you planned to pursue.  You were informed that you need to specify the serious and life-threatening condition (hepatitis C, Parkinson's disease, colon cancer, etc) you plan to treat so your submission can be reviewed by the appropriate review division in the Center for Drug Evaluation and Research.

We have opened a Pre-Investigational New Drug Application (PIND) file for this drug product. Please note the following identifying data:

PIND Number Assigned:    117507

Sponsor:                              Golden Sunrise Pharmaceutical, Inc.

Name of Drug:                    ImunStem

Reference ID: 3268471

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01630-DAD-SKO   Document 65-2   Filed 10/01/21   Page 333 of 486
PIND 117507
Page 2

Please submit a request for PreIND consultation.  Your request should include a list of questions, nonclinical summary data, summary chemistry manufacturing and control data, a summary of previous human experience, and a protocol or protocol synopsis.  For information regarding the content and format of meeting requests, please see "Guidance for Industry, Formal Meetings Between the FDA and Sponsors or Applicants
http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM153222.pdf.

In addition, please consult the Guidance for Industry, Botanical Drug Products for information
http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/UCM070491.pdf.

This PreIND is for your chronic hepatitis C drug development program.  No additional indications can be discussed under this PreIND.

Forward all future communications concerning this PIND in triplicate, identified by the above PIND number, to the following address:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Antiviral Products
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

**Studies in humans may not be conducted under this PIND.**  Before you may conduct studies in humans, you must submit a full Investigational New Drug Application (IND, see 21 CFR Part 312, http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm) by amending this PIND with the required information.  Include the above PIND number in Box 6 of the form FDA 1571 submitted with your IND.  Send your IND submission in triplicate to the above address.

If you have any questions, call me, at (301) 796-0834 or 301-796-1500.

> Sincerely,
>
> *{See appended electronic signature page}*
>
> Karen Winestock
> Chief, Project Management Staff
> Division of Antiviral Products
> Office of Antimicrobial Products
> Center for Drug Evaluation and Research

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

--------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KAREN D WINESTOCK
02/27/2013

Reference ID: 3268471

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

# DOCUMENT INFORMATION PAGE

## DARRTS COMMUNICATION

This page is for FDA internal use only. Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | PIND 117507 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | Meeting |
| **Communication Name:** | Meeting Request Granted [WRITTEN RESPONSES ONLY] |
| **Communication ID:** | (COR-MEET-01) (COR-BLAMEET-01) |

| | |
|---|---|
| **Drafted by:** | Kdwinestock, 2.28.13 |
| **Clearance History:** | |
| **Finalized:** | Kdwinestock, 2.28.13 |
| **Filename:** | |

| | |
|---|---|
| **PDUFA Goal Impact:** | Closes meeting response goal |
| **Use Statement:** | This letter is to be used for granting written responses in lieu of a sponsor meeting **ONLY** for Type C and PIND meeting requests. |
| **Notes:** | Do not use for a biosimilar biological product meeting request. Use the Biosimilar Meeting Request Granted Letter (COR-MEET-01) |

Version: DARRTS 10/01/2012

# END OF DOCUMENT INFORMATION PAGE

## The letter begins on the next page.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

<div align="right">

**Food and Drug Administration**
**Silver Spring  MD  20993**

</div>

PIND 117507

<div align="center">

**MEETING REQUEST GRANTED**
**WRITTEN RESPONSES ONLY**

</div>

Golden Sunrise Pharmacueticals
Attention:  Mr. Huu Tieu
President
P.O. Box 510
Porterville, CA  93528

Dear Mr. Tieu

Please refer to your Pre-Investigational New Drug Application (PIND) file for ImunStem.

We also refer to your February 6, 2013, February 15, 2013 and February 20, 2013, correspondence requesting a meeting to discuss the data needed to support an IND application. Based on the statement of purpose, objectives, and proposed agenda, we consider the meeting a Pre-IND meeting.

We have determined that written responses to your questions would be the most appropriate means for responding to the meeting request.  Therefore, a meeting will not be scheduled.  Our goal date for providing our written responses is April 22, 2013.

We acknowledge receipt of your briefing document.  However, eight desk copies or one electronic copy of your January 7, 2013 submission is needed.

Submit eight desk copies or one electronic copy to the following address:

    Karen Winestock
    Food and Drug Administration
    Center for Drug Evaluation and Research
    White Oak Building 22, Room: 6322
    10903 New Hampshire Avenue
    Silver Spring, Maryland
    *Use zip code* **20903** *if shipping via United States Postal Service (USPS).*
    *Use zip code* **20993** *if sending via any carrier other than USPS (e.g., UPS, DHL, FedEx).*

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner

PIND 117507
Page 2

If you have any questions, call me at (301) 796-0834 or 301-796-1500.

Sincerely,

*{See appended electronic signature page}*

Karen Winestock
Chief, Project Management Staff
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KAREN D WINESTOCK
02/28/2013

App. 0284

MSJ App. 1138

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 339 of 486

# DOCUMENT INFORMATION PAGE
## DARRTS COMMUNICATION
This page is for FDA internal use only.  Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | PIND/117507 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | Meeting |
| **Communication Name:** | Meeting Minutes |
| **Communication ID:** | (COR-MEET-09) (COR-BLAMEET-08) |

| | |
|---|---|
| **Drafted by:** | Kdwinestock, 3.29.13 |
| **Clearance History:** | R. F▮▮▮ 4.4.13, 4.15.13 |
| | K.M. W▮▮ 4.5.13, 4.15.13 |
| | H. G▮▮▮ 4.15.13, 4.16.13 |
| | S. M▮▮ 4.5.13,4.15.13 |
| | J. O▮▮ 4.17.13 |
| | N. B▮▮ 4.11.13,  4.15.13, 4.17.13 |
| | V. A▮▮ 4.16.13 |
| | I. Y▮▮ 4.16.13 |
| | J. D▮▮ 4.5.13, 4.15.13 |
| | J. M▮▮ 4.18.13 |
| | S. G▮▮ 4.15.13 |
| | C. W▮▮▮ |
| | R. M▮▮▮ 4.18.13 |

| | |
|---|---|
| **Finalized:** | Kdwinestock 4.18.13 |
| **Filename:** | |

| | |
|---|---|
| **PDUFA Goal Impact:** | Closes the meeting minutes goal |
| **Use Statement:** | Use to send the official written responses to sponsor when a written response only is granted for PIND or Type C meetings.  For meetings where a discussion is held with the sponsor, use (COR-MEET-03) (COR-BLAMEET-03). |
| **Notes:** | |

Version: DARRTS 02/04/2013

# END OF DOCUMENT INFORMATION PAGE

**The letter begins on the next page.**

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

PIND 117507

**MEETING REQUEST -
WRITTEN RESPONSES**

Golden Sunrise Pharmaceuticals
Attention: Mr. Huu S. Tieu
President
P.O. Box 510
Porterville, CA 93528

Dear Mr. Tieu:

Please refer to your Pre-Investigational New Drug Application (PIND) file for ImunStem.

We also refer to your submission dated February 20, 2013, containing a pre-IND meeting request.  The purpose of the requested meeting was to discuss the information needed to support an IND application.

Further reference is made to our Meeting Granted letter dated February 28, 2013, wherein we stated that written responses to your questions would be provided in lieu of a meeting.

The enclosed document constitutes our written responses to the questions contained in your background package.

If you have any questions, call Karen Winestock, Chief, Project Management Staff, at (301) 796-0834 or 301-796-1500.

Sincerely,

*{See appended electronic signature page}*

Russell Fleischer, PA-C, MPH
Senior Clinical Analyst
PreIND Team Leader
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

Enclosure:
  Written Responses

App. 0286

MSJ App. 1140

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 341 of 486
PIND 117507
Page 2

## WRITTEN RESPONSES

**Meeting Type:** B
**Meeting Category:** Pre-IND

**Application Number:** PIND 117507
**Product Name:** ImunStem
**Indication:** Treatment of chronic hepatitis C (CHC)
**Sponsor/Applicant Name:** Golden Sunrise Pharmaceuticals
**Regulatory Pathway:** 505(b)(1)


## 1.0    BACKGROUND

Golden Sunrise Pharmaceuticals is currently marketing ImunStem, a botanical product that is comprised of olive leaf extract, yarrow extract, and rosemary extract, under the dietary supplement guidelines. Golden Sunrise is now interested in developing ImunStem as a drug product for treatment of serious and life-threatening illnesses. Based upon the information provided in the background package, at least 18 patients with a serious and life-threatening condition (hepatitis C, esophageal cancer, glioblastoma, Parkinson's disease, epilepsy, rectal adenocarcinoma, etc.) have received treatment with ImunStem. Golden Sunrise Pharmaceuticals requested a PreIND (PIND) meeting to reach agreement on the acceptability of their plan to conduct a phase 2b clinical trial based upon the previous human experience data obtained to date as a treatment for patients with chronic hepatitis C (CHC).

## 2.   QUESTIONS AND RESPONSES

**General**

Based on our review of your PIND backgrounder, we find no evidence that ImunStem had any effect on the immune system of treated patients or that it can engulf bacteria, kill parasites, identify and eliminate tumor cells, or kill viral-infected cells.

Further, the proposed endpoints of increase in balance, and alertness are not scientifically rigorous to support any indication for ImunStem for the treatment of patients with chronic hepatitis C.,

**Clinical**

_Question 1:_  **Can Golden Sunrise waive the phase 1 clinical study for ImunStem submission based on the evidence of positive medical results for safety?  Please refer to submission package dated January 7, 2013 Volume V thru XXII of XXII.  NOTICE:  These volumes contain patients treated with ImunStem in Serious or Life-threatening conditions in which no adverse side effects were observed by their physicians".**

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01080-DAD-SKO   Document 65-2   Filed 10/01/21   Page 342 of 486

PIND 117507
Page 3

**FDA Response:** No, the phase 1 clinical study requirement cannot be waived. As discussed above there is no evidence that ImunStem has any antiviral or immunologic activity in patients with CHC, or that the dose and dosing regimen are appropriate.

The extensive human use of olive leaf, yarrow and rosemary may support that ImunStem can be well tolerated by the general population at 0.5 ml or up to a few milliliters without serious adverse effects. However, allergic reactions (due to yarrow) for yarrow have been reported. For treatment of patients with serious or life-threatening diseases, you should provide additional scientific justifications in terms of safety and potential usefulness. Please see the Pharmacology/Toxicology section below for more specific guidance.

**Question 2.   Can Golden Sunrise waive the phase 2 clinical study for ImunStem submission based on the evidence of oral liquid dosage?   Please refer to submission package date January 7, 2013 Volumes V thru XXII of XXII.   NOTICE:   These volumes contain patients treated with ImunStem in Serious or Life-threatening conditions using a optimal dosage measurement of (0.50 ml) up to four (4) doses daily in which no adverse side effects were observed by their physicians".   The prescribed standard dosage for ImunStem; 0.50 ml sublingual, hold for 30 to 40 seconds then swallow.   Taken up to four (4) times per day, has yielded favorable clinic results across study subjects.   In reference to the submission dated January 07, 2013, Volumes X, XII and XIV of XXII the results reflected on mitigating patient symptom report and declining viral loads infers evidence that ImunStem has potential clinical benefit.**

**FDA Response:** No. Overall, we find that you have not provided adequate safety information to support the proposed dose of 25 ml ImunStem for patients with CHC. For a sublingual "supplement" dose of 0.5 ml ImunStem, the previous human use may be adequate to support its safety. We note that different doses for different durations were used in different populations of patients treated with ImunStem. For example, the "Description Section of ImunStem Liquid for Oral Solution" recommends 25 ml as described above; however, one patient applied a much higher dose (50 ml of ImunStem 4 times daily, Volume 13, page 6). The "ImunStem Supplement Label" (Attachment 4.6, Vol. 1), provides recommended use of "0.5 ml of ImunStem under tongue." Therefore, you must conduct adequate and well-controlled studies to determine the appropriate dose and duration of ImunStem, as well as an evaluation of the safety of the product.

**Question 3.   Based on the above evidence can Golden Sunrise be granted approval to proceed with phase IIb clinical study Hepatitis "C" Chronic?**

**FDA Response:** No. DAVP reviewed the case reports of the three patients with CHC, and in none was there evidence of activity (e.g., sustained reduction in HCV RNA and/or normalization of transaminase levels). The claim that patients felt better and had increased energy and mental clarity are not acceptable when there is no evidence of clinically relevant antiviral activity.

The case reports are inadequate and fail to provide important information about safety and efficacy. It is not acceptable to submit only laboratory reports to support a claim of efficacy.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01606-DAD-SKO   Document 65-2   Filed 10/01/21   Page 343 of 486
PIND 117507
Page 4

It appears each of these patients was inappropriately treated under the protocol. None of the patients' cases reviewed suggested they were in need of the "emergency" use of ImunStem. Under section 2.1 of the protocol, patients must have a serious and life-threatening disease or condition with no approved alternative therapy and no time to obtain FDA approval. DAVP acknowledges that CHC is a serious and life-threatening illness. However, it may take greater than 20 years for an infected patient to manifest signs and symptoms of end-stage liver disease, and in each case the patients you treated had alternative therapies available and none were in imminent risk of death.

Should ImunStem progress into clinical trials, you will need to redesign the protocol to contain at a minimum:

- Explicit inclusion and exclusion criteria for treatment of chronic CHC. Such disease-specific inclusion criteria should include a specific definition of CHC, genotype and viral load requirements, treatment history, and histology.
- A specified dose and dosing regimen.
- Objective and measurable endpoints consistent with response to treatment, such as undetectable HCV RNA at 12 and 24 weeks following a defined course of therapy.
- An objective and systematic method for assessing adverse events.

If you wish to pursue use of ImunStem as a potential therapy for treatment of chronic CHC, you must submit more data on the product's proposed mechanism of action, support for the proposed doses, and objective safety and efficacy endpoints to be evaluated.

Once you have successfully addressed all the items listed above and below, you may be able to conduct a small well-designed study in a few patients.

## 2.1.    Additional FDA Comments

Insufficient information regarding the pharmacology/toxicology, chemistry, manufacturing, and controls (CMC) was available in your submission for the safety and quality assessment of your product. To support submission of an IND, you need to provide the following information:

**Chemistry, Manufacturing, and Controls**

Botanical

1.    Provide the scientific names and medicinal parts used for olive leaf, yarrow, and rosemary, respectively. For each botanical raw material, more detailed morphological description should be provided. The FT-IR spectra provided alone as identity tests for the botanical raw materials are not adequate. Other more specific methods (such as HPLC with reference standards of the three known chemical markers and/or fingerprints of authenticated botanical raw materials) are recommended.

2.    Provide the extraction methods for the manufacturing of olive leaf extract, yarrow extract, and rosemary extract. At the minimum, you should provide the solvent used,

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01680-DAD-SKO   Document 65-2   Filed 10/01/21   Page 344 of 486

PIND 117507
Page 5

herb and solvent ratios, the yields of the extractions, and equivalent raw herb weight in each ml/dose of ImunStem.

3    Provide data to support the classification of the three compounds as the active molecules of ImunStem, while other components (such as ▨▨▨▨TS▨▨▨▨) are considered as "inactive ingredients".

Product Quality

4.    The composition of the finished product should be fully described, with quantitative amounts or suitable ranges for each component that remains in the finished product. Refer to the document "Guidance for Industry - Botanical Drug Products" for details.  It is not clear from the information in Attachements 4.1 and 4.2 whether significant amounts of the ▨▨▨▨TS▨▨▨▨ remain in the finished product.  Additionally, the Ingredient Lists for ImunStem and OVE-60 in Attachment 4.2 cannot be reconciled with the ImunStem components in Attachment 4.1.

5.    See the guidance entitled "Guidance for Industry – Content and Format of Investigational New Drug Applications (INDs) for Phase 1 Studies of Drugs, Including Well-Characterized, Therapeutic, Biotechnology-derived Products" for other CMC recommendations such as stability information which are not included in this submission.

**Pharmacology/Toxicology**

6.    Conduct extensive toxicology literature search on the toxicity profiles of olive leaf, rosemary, and yarrow extracts, which are used for ImunStem, in animals and present them in full details in your initial IND submission.  Statements such as "non-toxic" and "Gras" are not informative and not acceptable (any chemical at sufficiently high doses could elicit organ/system toxicity, which is what is needed in the IND submission).  List all known phytochemical molecules and the percentage contained in the olive leaf, rosemary, and yarrow extracts that you have used for your product, as some of them may be the causative agents for potential adverse effects of ImunStem in humans.

**Virology**

7.    Please initiate studies to evaluate the anti-HCV activity and the mechanism of ImunStem anti-HCV activity and include complete study reports in the IND submission.  The $EC_{50}$ value of ImunStem should be determined for those HCV genotypes/subtypes you propose to study in your clinical trials and the lot-to-lot variability in antiviral activity assessed.  To facilitate in the conduct of your non-clinical studies, please refer to the virology guidance sent to you in the letter dated February 22, 2010.

8.    If ImunStem displays anti-HCV activity, then select for resistant HCV replicons or virus, as appropriate, and characterize the isolates genotypically and phenotypically with respect to resistance.  These studies should be conducted prior to dosing infected individuals.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

9. Compare the ImunStem resistant replicons/virus to those of the direct-acting anti-HCV agents to determine the cross-resistant potential of ImunStem. These studies should be conducted prior to dosing infected individuals.

10. In cell culture studies, determine the combination antiviral relationships of ImunStem with approved drugs for the treatment of chronic HCV infection. These studies should be conducted prior to combination therapy with approved drugs for HCV.

For development beyond initial Phase 1 studies, the following information should be provided:

11. Establish a chemical assay method for active constituents or characteristic markers for each botanical component, including ⬛⬛⬛ TS ⬛⬛⬛ extract in addition to the three botanical materials that you have classified as active ingredients.

12. The manufacturing process for the five botanical extracts should be described in sufficient detail. This should include:
    a. The solvents or other materials used, including those that are removed subsequently (for example, by distillation) so that appropriate controls on strength, composition and impurities (such as heavy metals, pesticides and other contaminants) can be established
    b. The composition of complex non-botanical components such as ⬛⬛⬛ TS ⬛⬛⬛

13. Establish a specification for the finished product which should include appropriate tests, acceptance criteria and references to the analytical procedures. The table of In-Process Controls on Page 11 of the briefing package is not appropriate since it does not have suitable tests to verify identity, potency of the main ingredients that are believed to be active, etc.

14. Each component used to manufacture the drug product should have appropriate controls to verify its identity and suitability. This is especially important for components that are not typically used for pharmaceuticals, and therefore have no compendial monographs

**Pharmacology/Toxicology**

15. Please follow ICH and FDA guidance when planning the necessary nonclinical toxicity studies in support of the next advanced phase development of ImunStem (ref. ICH-M3: http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm073246.pdf)

16. With regard to your genotoxicity (AMES) test, please request your contract laboratory to certify that it was conducted according to ICH-S2 guidance. The dose selection in your AMES test was inadequate and the concentrations of three botanical extracts should be proportionally (e.g., 70:16:14 as reflected in you final product) escalated to cytotoxic or

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

PIND 117507
Page 7

Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 346 of 486

maximally soluble levels (up to 5mg total extracts in combination/plate), instead of serial dilutions of the product.

## PREA REQUIREMENTS

Please be advised that under the Food and Drug Administration Safety and Innovation Act (FDASIA), you must submit a Pediatric Study Plan (PSP) within 60 days of an End-of-Phase 2 (EOP2) meeting held on or after November 6, 2012.  If an EOP2 meeting occurred prior to November 6, 2012 or an EOP2 meeting will not occur, then:

- o   if your marketing application is expected to be submitted prior to January 5, 2014, you may either submit a PSP 210 days prior to submitting your application or you may submit a pediatric plan with your application as was required under the Food and Drug Administration Amendments Act (FDAAA).
- o   if your marketing application is expected to be submitted on or after January 5, 2014, the PSP should be submitted as early as possible and at a time agreed upon by you and FDA. We strongly encourage you to submit a PSP prior to the initiation of Phase 3 studies. In any case, the PSP must be submitted no later than 210 days prior to the submission of your application.

The PSP must contain an outline of the pediatric study or studies that you plan to conduct (including, to the extent practicable study objectives and design, age groups, relevant endpoints, and statistical approach); any request for a deferral, partial waiver, or waiver, if applicable, along with any supporting documentation, and any previously negotiated pediatric plans with other regulatory authorities.  For additional guidance on submission of the PSP, including a PSP Template, please refer to: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/DevelopmentResources/ucm049867.htm . In addition, you may contact the Pediatric and Maternal Health Staff at 301-796-2200 or email pdit@fda.hhs.gov.

## DATA STANDARDS FOR STUDIES

CDER strongly encourages IND sponsors to consider the implementation and use of data standards for the submission of applications for investigational new drugs and product registration.  Such implementation should occur as early as possible in the product development lifecycle, so that data standards are accounted for in the design, conduct, and analysis of clinical and nonclinical studies. CDER has produced a web page that provides specifications for sponsors regarding implementation and submission of clinical and nonclinical study data in a standardized format.  This web page will be updated regularly to reflect CDER's growing experience in order to meet the needs of its reviewers.  The web page may be found at: http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/ElectronicSubmissions/ucm248635.htm

This PreIND is for your chronic hepatitis C drug development program.  No additional indications can be discussed under this PreIND.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01060-DAD-SKO Document 65-2 Filed 10/01/21 Page 347 of 486

PIND 117507
Page 8

Forward all future communications concerning this PIND in triplicate, identified by the above PIND number, to the following address:

>   Food and Drug Administration
>   Center for Drug Evaluation and Research
>   Division of Antiviral Products
>   5901-B Ammendale Road
>   Beltsville, MD 20705-1266

**Studies in humans may not be conducted under this PIND.** Before you may conduct studies in humans, you must submit a full Investigational New Drug Application (IND, see 21 CFR Part 312, http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfcfr/cfrsearch.cfm) by amending this PIND with the required information. Include the above PIND number in Box 6 of the form FDA 1571 submitted with your IND. Send your IND submission in triplicate to the above address.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

-----------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-----------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

RUSSELL D FLEISCHER
04/19/2013

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 349 of 486

# DOCUMENT INFORMATION PAGE
## DARRTS COMMUNICATION
### This page is for FDA internal use only. Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | IND 117507 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | |
| **Communication Name:** | |
| **Communication ID:** | |

| | |
|---|---|
| **Drafted by:** | Kdwinestock, 12.13.13 |
| **Clearance History:** | R. Fleischer, 12.13.13 |
| **Finalized:** | Kdwinestock, 12.13.13 |
| **Filename:** | |

| | |
|---|---|
| **Use Statement:** | Use to document a non-PDUFA teleconference with a sponsor/applicant and meeting minutes will NOT be sent. |
| **Notes:** | Check into DARRTS as a Correspondence and use the appropriate Correspondence function code (e.g., Information Request/Advice) and sent via VERBAL. For additional instructions, please see: http://inside.fda.gov:9003/downloads/CDER/OfficeofBusinessProcessSupport/UCM210177.pdf |

Version: DARRTS 7/11/2013

# END OF DOCUMENT INFORMATION PAGE

## The letter begins on the next page.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owners

# MEMORANDUM OF TELECONFERENCE

**Teleconference Date**:  December 12, 2013

**Application Number**:  IND 117507
**Product Name:  ImmunStem**
**Sponsor/Applicant Name: Golden Sunrise Pharmaceuticals**

**Subject**:  IND 117507, supporting document 7, dated November 15, 2013

**FDA Participants :**
1. Russell Fleischer, PA-C, MPH, PreIND Team Leader
2. Karen Winestock, Chief, Project Management Staff, DAVP

**Sponsor/Applicant Participants**
1. Huu S. Tieu

**BACKGROUND**:  Golden Sunrise Pharmaceuticals is currently marketing ImmunStem as a botanical dietary supplement.  The applicant would like to market this product as a prescription drug.  On February 20, 2013, the sponsor submitted a request for PreIND consultation and in response to the request the Agency agreed to provide written responses to the sponsor.  The responses were provided to the sponsor on April 9, 2013.  On November 22, 2013, the Agency received the November 15, 2013 submission from Golden Sunrise Pharmaceutical, which according to the sponsor, addressed all of the issues listed in the FDA's April 9, 2013 communication.

This telecon was requested by the Agency to discuss clinical information that was included in the submission.

Note:  The telephone conference began with FDA introductions, followed by introductions by representatives from Golden Sunrise Pharmaceuticals.  At the beginning of the call, Mr. Huu S. Tieu was the only company participant, but approximately 15 minutes into the call, the FDA participants could hear Mr. Tieu whispering to someone else at his location.  We asked him to identify the other participant and at that time we were informed that Mr. Edgar Ayala had joined the discussion.

## 2.0    DISCUSSION:

The FDA stated they had serious concerns related to the product.  During the review of the submission, the clinical reviewer identified a number of claims that appeared in the Investigator's Brochure that were in the realm of prescription drug claims, despite this product being marketed as a dietary supplement.  The Agency stated that it is illegal to make drug claims when a sponsor is marketing a dietary supplement.  The FDA highlighted the following claims that were included in the Investigator's Brochure:

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

- ImmunStem crosses the blood brain barrier.
- ImmunStem improves the immune system.
- ImmunStem is quite effective in reducing the Hepatitis C and allowing the body's immune system to control the virus and repair damage done to the body

The FDA noted that the claims listed above are structure function claims and they cannot be used when a sponsor is marketing a product as a dietary supplement.  In addition, to date, the sponsor has not provided any data that supports these claims.

Data from patients infected with the Hepatitis C virus has been reviewed; these data consisted mostly of subjective assessments and laboratory data. These data failed to demonstrate any effect on the virus.  To date, the Agency has not received any preclinical or clinical antiviral activity data that supports the sponsor's contention that ImmunStem has an effect on the HCV virus.  The Agency noted that data from a patient with the glioblastoma shows the patient died seven days after receiving ImmunStem and no effect on the patient's condition was identified.

The Agency cautioned the sponsor about making these types of claims in their documents.  In addition, the sponsor had not addressed any of the issues provided in two PreIND Written Response Only communications.

Mr. Ayala asked whether the patient's biomarker and laboratory data had been reviewed because he has reviewed the serology data and has been assessing the patients.  Mr. Ayala noted that data had been submitted that shows at least two patients with hepatitis C have experienced a decrease in their viral load counts.  Mr. Ayala inquired about the data needed to support the sponsor's claim of safety and efficacy in treatment of patients with chronic hepatitis C.

The FDA recommended the sponsor review the labeling of drugs that have been approved for the treatment of hepatitis to understand the amount of data necessary to support approval for this indication.  The sponsor was advised to consult FDA guidance on development of therapies for hepatitis C. The sponsor was advised that in vitro virologic data from replicon systems and potential resistance should be evaluated prior to conducting clinical trials.  Should the sponsor demonstrate the antiviral activity of ImmunStem, then clinical data from adequate and well-controlled trials are needed demonstrating a sustained viral response, ALT decease or normalization, adverse event information from patients with adverse liver function, and resistance data.  The sponsor asked how many patients would need to be treated and FDA stated a database of at least 1500 patients would likely be needed.  Since the sponsor has failed to address recommendations by FDA, FDA recommended the sponsor work with a consultant who is familiar with drug development.  Further, if the sponsor plans to use patient reported outcomes, then an instrument will need to be developed and validated.

Mr. Ayala stated that he has been attending to the patients receiving ImmunStem and documenting their comments.  The sponsor referenced the Agency's communications and noted that the Agency had accepted their submissions.  The Agency noted that the communication only acknowledged receipt of the sponsor data, not acceptance of it. A heated discuss ensued during which the FDA representatives were accused of being rude and condescending to the sponsor.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 352 of 486

At this point, the Agency was informed that the call was being recorded. The Agency noted that recording a telephone conversation without notifying the participants is illegal. The call was ended.

**3.0    ACTION ITEMS:**

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

-----------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-----------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

KAREN D WINESTOCK
12/23/2013

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

October 20, 2015

The below COR-NDAFILE-01 (Refuse to File) for NDA 204701 was issued in error. The appropriate user fee has not been received for this application, and therefore it was unacceptable for filing. The communication function of this letter has been changed to Advice. The related COR-NDAACK-11 (No User Fee Received) letter was issued on 10/19/2015.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 355 of 486

# DOCUMENT INFORMATION PAGE

This page is for FDA internal use only.  Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | NDA 204701 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | Filing |
| **Communication Name:** | Refuse to File |
| **Communication ID:** | (COR-NDAFILE-01) (COR-sNDAFILE-01) ( COR-BLAFILE-01) ( COR-sBLAFILE-01) |

| | |
|---|---|
| **Drafted by:** | |
| **Clearance History:** | |
| **Finalized:** | |
| **Filename:** | |

| | |
|---|---|
| **Signatory Authority:** | Division Director or Deputy. Person who is covering for the signatory authority can sign on their behalf (i.e., the signature block on the letter will not change). |
| **Use Statement:** | Use to Refusal-to-File an application that is too deficient to merit a substantial review. |
| **Notes:** | |

Version: 08/07/2015

# END OF DOCUMENT INFORMATION PAGE

## The letter begins on the next page.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

<div align="right">
Food and Drug Administration
Silver Spring  MD  20993
</div>

NDA 204701

**REFUSAL TO FILE**

Golden Sunrise Pharmaceutical, Inc.
Attention:  Huu S. Tieu
President/CEO
P.O. Box 510
Porterville, CA 93258

Dear Mr. Tieu:

Please refer to your New Drug Application (NDA) dated July 20, 2015, received July 28, 2015, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA), for Imunstem.

After a preliminary review, we find your application is not sufficiently complete to permit a substantive review.  Therefore, we are refusing to file this application under 21 CFR 314.101(d) for the following reasons:

- The application did not contain a completed application form (356h)
- The application was not submitted in the proper format required under 21 CFR 314.50
- The application is incomplete because it does not contain information required under section 505(b) of the act and 21 CFR 314.50
- The appropriate user fee for this application was never received

All regulatory documents submitted in paper should be three-hole punched on the left side of the page and bound.  The left margin should be at least three-fourths of an inch to assure text is not obscured in the fastened area.  Standard paper size (8-1/2 by 11 inches) should be used; however, it may occasionally be necessary to use individual pages larger than standard paper size.  Non-standard, large pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved.  Shipping unbound documents may result in the loss of portions of the submission or an unnecessary delay in processing which could have an adverse impact on the review of the submission.  Additional information is available at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/DrugMasterFilesDMFs/ucm073080.htm.

Secure email between CDER and applicants is useful for informal communications when confidential information may be included in the message (for example, trade secrets or patient information).  If you have not already established secure email with the FDA and would like to

App. 0302

MSJ App. 1156

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO   Document 65-2   Filed 10/01/21   Page 357 of 486

NDA 204701

Page 2

set it up, send an email request to SecureEmail@fda.hhs.gov.  Please note that secure email may not be used for formal regulatory submissions to applications.

If you wish to send payment by wire transfer, or if you have any other user fee questions, please call the Prescription Drug User Fee staff at 301-796-7900.

Please note that this filing review represents a preliminary review of the application and is not indicative of deficiencies that would be identified if we performed a complete review.

Within 30 days of the date of this letter, you may request in writing a Type A meeting about our refusal to file the application.  A meeting package should be submitted with this Type A meeting request.  To file this application over FDA's protest, you must avail yourself of this meeting.

If, after the meeting, you still do not agree with our conclusions, you may request that the application be filed over protest.  In that case, the filing date will be 60 days after the date you requested the meeting.  The application will be considered a new original application for user fee purposes, and you must remit the appropriate fee.

**<u>PROPOSED PROPRIETARY NAME</u>**

If you intend to have a proprietary name for the above-referenced product, submit a new request for review of a proposed proprietary name when you resubmit the application. For questions regarding proprietary name review requests, please contact the OSE Project Management Staff via telephone at 301-796-3414 or via email at OSECONSULTS@cder.fda.gov.'

If you have any questions, call Elizabeth Thompson, Chief, Project Management Staff, at (301) 796-1500.

Sincerely yours,

*{See appended electronic signature page}*

Jeffrey S. Murray, M.D., M.P.H.
Deputy Director
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

--------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

--------------------------------------------------------------------------------

/s/

--------------------------------------------------

JEFFREY S MURRAY
09/28/2015

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.
Case 1:20-cv-01866-DLF SK Document 52-1 Filed 10/07/22 Page 359 of 486

# DOCUMENT INFORMATION PAGE

This page is for FDA internal use only.  **Do NOT send this page with the letter.**

| | |
|---|---|
| **Application #(s):** | NDA 204701 |
| **Communication Type:** | Correspondence |
| **Communication Group:** | Acknowledgment |
| **Communication Name:** | No User Fee Received |
| **Communication ID:** | (COR-NDAACK-11)(COR-SNDAACK-12)(COR-BLAACK-11)(COR-SBLAACK-12) |
| **Drafted by:** | EGT October 19, 2015 |
| **Clearance History:** | J. Murray |
| **Finalized:** | |
| **Filename:** | |
| **Signatory Authority:** | CPMS or RPM |
| **Use Statement:** | Use to notify the applicant that the application is unacceptable for filing because NO USER FEE has been received within 5 days of the FDA receipt date. Application should be accepted for filing if a fee is submitted, even if the amount is incorrect. |
| **Notes:** | |

Version: 07/15/2015

# END OF DOCUMENT INFORMATION PAGE

**The letter begins on the next page.**

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 204701

**UNACCEPTABLE FOR FILING**

Golden Sunrise Pharmaceutical, Inc.
Attention: Huu S. Tieu
President/CEO
P.O. Box 510
Porterville, CA 93258

Dear Mr. Tieu:

Please refer to your New Drug Application (NDA) dated July 20, 2015, received July 28, 2015, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (FDCA) for Imunstem.

We also refer to our letter dated September 28, 2015. Your application is not refused to file as indicated in our letter, but instead unacceptable for filing. We have not received the appropriate user fee for this application.  An application is considered incomplete and cannot be accepted for filing until all fees owed have been paid.  Therefore, this application is not accepted for filing. We will not begin a review of this application's adequacy for filing until FDA has been notified that the appropriate fee has been paid.  Payment should be submitted to the following address:

      Food and Drug Administration
      P.O. Box 979107
      St. Louis, MO  63197-9000

Checks sent by courier should be addressed to:

      U.S. Bank
      Attention: Government Lockbox 979107
      1005 Convention Plaza
      St. Louis, MO  63101

**When submitting payment for an application fee, include the User Fee I.D. Number, the Application number, and a copy of the appropriate user fee coversheet (Form 3397 or 3792) with your application fee payment.  When submitting payment for previously unpaid product and establishment fees, please include the Invoice Number(s) for the unpaid fees and the summary portion of the invoice(s) with your payment.  The FDA P.O. Box number P.O. Box 979107 should be included on any check you submit.**

Reference ID: 3835139

MSJ App. 1160

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01660-DAD-SKO Document 65-2 Filed 10/01/21 Page 361 of 486

NDA 204701

Page 2

The receipt date for this submission (which begins the filing review) will be the date the review division is notified that payment has been received by the bank. Please notify me when the appropriate user fees have been sent.

If you decide to pay the user fees for this application, please address all deficiencies/issues listed in our letter dated September 28, 2015. Please cite the NDA number listed above at the top of the first page of all submissions to this application. Unless you are using the FDA Electronic Submissions Gateway (ESG), send all submissions by overnight mail or courier to the following address:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Antiviral Products
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

All regulatory documents submitted in paper should be three-hole punched on the left side of the page and bound. The left margin should be at least three-fourths of an inch to assure text is not obscured in the fastened area. Standard paper size (8-1/2 by 11 inches) should be used; however, it may occasionally be necessary to use individual pages larger than standard paper size. Non-standard, large pages should be folded and mounted to allow the page to be opened for review without disassembling the jacket and refolded without damage when the volume is shelved. Shipping unbound documents may result in the loss of portions of the submission or an unnecessary delay in processing which could have an adverse impact on the review of the submission. Additional information is available at http://www.fda.gov/Drugs/DevelopmentApprovalProcess/FormsSubmissionRequirements/Drug MasterFilesDMFs/ucm073080.htm.

Secure email between CDER and applicants is useful for informal communications when confidential information may be included in the message (for example, trade secrets or patient information). If you have not already established secure email with the FDA and would like to set it up, send an email request to SecureEmail@fda.hhs.gov. Please note that secure email may not be used for formal regulatory submissions to applications.

If you wish to send payment by wire transfer, or if you have any other user fee questions, please call the Prescription Drug User Fee staff at 301-796-7900.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement.
Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

If you have any questions regarding this application, contact me at (301) 796-1500.

Sincerely,

*{See appended electronic signature page}*

Elizabeth Thompson, M.S.
CDR, U.S. Public Health Service
Chief, Project Management Staff
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

-------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

-------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ELIZABETH G THOMPSON
10/19/2015

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01686-DAD-SKO Document 65-2 Filed 10/01/21 Page 364 of 486

# DOCUMENT INFORMATION PAGE

## This page is for FDA internal use only. Do **NOT** send this page with the letter.

| | |
|---|---|
| **Application #(s):** | NDA 204701 |

| | |
|---|---|
| **Communication Type:** | Correspondence |
| **Communication Group:** | Meeting |
| **Communication Name:** | Meeting Request Denied |
| **Communication ID:** | (COR-MEET-02) (COR-BLAMEET-02) |

| | |
|---|---|
| **Drafted by:** | |
| **Clearance History:** | |
| **Finalized:** | |
| **Filename:** | |

| | |
|---|---|
| **Signatory Authority:** | CPMS or RPM |
| **Use Statement:** | Use to notify the applicant that the requested meeting has NOT been granted because either meeting is not necessary or is premature. This letter includes an option to send the applicant comments and/or responses to submitted questions. |
| **Notes:** | Do not use for a biosimilar biological product meeting request. Use the Biosimilar Meeting Request Denied Letter (COR-MEET-02). |

Version: 04/27/2015

# END OF DOCUMENT INFORMATION PAGE

## The letter begins on the next page.

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

Food and Drug Administration
Silver Spring  MD  20993

NDA 204701

**MEETING DENIED**

Golden Sunrise Pharmaceutical, Inc.
Attention: Huu S. Tieu
President/CEO
P.O. Box 510
Porterville, CA 93258

Dear Mr. Tieu:

Please refer to your New Drug Application (NDA) submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Imunstem.

We also refer to your October 30, 2015, correspondence requesting a type A meeting to discuss the confirmation of the regulatory mechanism for marketing approval of Imunstem.  We are denying the meeting for the following reasons:

1. Lack of a complete NDA submission.  We need a specific indication or indications proposed (serious and life-threatening diseases or conditions is not an indication because it is too broad).  In addition, we need data/information to support an indication. In order to provide you with proper guidance, we need a specific disease identified.  We do not agree to have a meeting under an NDA for which there is no single proposed indication, nor information to support a drug application for approval.

2. Please refer to your Pre-IND (PIND) 117507 and our written responses dated April 19, 2013.  In addition, refer to the teleconference on December 2, 2013.  A PIND mechanism is the best route for you to obtain feedback, before submission of an NDA.  After you identify a specific disease/condition that your product may treat or prevent, a meeting request can be granted under a PIND with the appropriate review Division for discussion. If you plan to propose a meeting for an indication that is not reviewed under the Division of Antiviral Products, you will need to request a meeting from that specific review division.

MSJ App. 1165

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01636-DAD-SKO Document 65-2 Filed 10/01/21 Page 366 of 486

NDA 204701
Page 2

If you have any questions, call me at (301) 796-1500.

Sincerely,

*{See appended electronic signature page}*

CDR Elizabeth Thompson, MS
Chief, Project Management Staff
Division of Antiviral Products
Office of Antimicrobial Products
Center for Drug Evaluation and Research

Official United States Food and Drug Administration Documents Subject to Confidentiality Arrangement. Do Not Disclose Without Written Permission of U.S. FDA or Information Owner.

Case 1:20-cv-01080-DAD-SKO Document 65-2 Filed 10/01/21 Page 367 of 486

---------------------------------------------------------------------------------------------------------

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---------------------------------------------------------------------------------------------------------

/s/

----------------------------------------------------

ELIZABETH G THOMPSON
11/13/2015

Attachment O

Clinical Oncology (2004) 16: 549—560
doi:10.1016/j.clon.2004.06.007

# Overview

# The Contribution of Cytotoxic Chemotherapy to 5-year Survival in Adult Malignancies

Graeme Morgan*, Robyn Ward†, Michael Barton‡

*Department of Radiation Oncology, Northern Sydney Cancer Centre, Royal North Shore Hospital, Sydney, NSW; †Department of Medical Oncology, St Vincent's Hospital, Sydney, NSW; ‡Collaboration for Cancer Outcomes Research and Evaluation, Liverpool Health Service, Liverpool, NSW, Australia

ABSTRACT:

*Aims:* The debate on the funding and availability of cytotoxic drugs raises questions about the contribution of curative or adjuvant cytotoxic chemotherapy to survival in adult cancer patients.
*Materials and methods:* We undertook a literature search for randomised clinical trials reporting a 5-year survival benefit attributable solely to cytotoxic chemotherapy in adult malignancies. The total number of newly diagnosed cancer patients for 22 major adult malignancies was determined from cancer registry data in Australia and from the Surveillance Epidemiology and End Results data in the USA for 1998. For each malignancy, the absolute number to benefit was the product of (a) the total number of persons with that malignancy; (b) the proportion or subgroup(s) of that malignancy showing a benefit; and (c) the percentage increase in 5-year survival due solely to cytotoxic chemotherapy. The overall contribution was the sum total of the absolute numbers showing a 5-year survival benefit expressed as a percentage of the total number for the 22 malignancies.
*Results:* The overall contribution of curative and adjuvant cytotoxic chemotherapy to 5-year survival in adults was estimated to be 2.3% in Australia and 2.1% in the USA.
*Conclusion:* As the 5-year relative survival rate for cancer in Australia is now over 60%, it is clear that cytotoxic chemotherapy only makes a minor contribution to cancer survival. To justify the continued funding and availability of drugs used in cytotoxic chemotherapy, a rigorous evaluation of the cost-effectiveness and impact on quality of life is urgently required. Morgan, G. *et al.* (2004). *Clinical Oncology* 16, 549—560

© 2004 The Royal College of Radiologists. Published by Elsevier Ltd. All rights reserved.

Key words: Chemotherapy, combined modality treatment, palliation, quality of life, radiotherapy, survival

Received: 18 August 2003   Revised: 20 April 2004   Accepted: 3 June 2004

## Introduction

In adults, cytotoxic chemotherapy became established in the 1970s as a curative treatment in advanced Hodgkin's disease [1], non-Hodgkin's lymphoma [2], teratoma of testis [3] and as an adjuvant treatment for early breast cancer [4].

The initial results suggested the potential use of cytotoxic chemotherapy as a definitive treatment or as an adjuvant therapy in asymptomatic patients with the aim of improving survival. However, as stated by Braverman [5] and others [6—8], the early gains in a few tumour sites have not been seen in the more common cancers. For most patients, the use of cytotoxic chemotherapy is for the palliation of symptoms and to improve quality of life [9], with prolongation of survival being a less important outcome.

Author for correspondence: Dr Graeme W. Morgan, Director, Radiation Oncology, Northern Sydney Cancer Centre, Royal North Shore Hospital, Sydney NSW 2065, Australia. Tel: +61-2-9926-5010; Fax: +61-2-9906-4150. E-mail: gmorgan1@bigpond.net.au

0936-6555/04/080549+12 $35.00/0

Some practitioners still remain optimistic that cytotoxic chemotherapy will significantly improve cancer survival [10]. However, despite the use of new and expensive single and combination drugs to improve response rates and other agents to allow for dose escalation, there has been no change in some of the regimens used, and there has been little impact from the use of newer regimens. Examples are non-Hodgkin's lymphoma [11] and ovarian cancer [12], in which cyclophosphamide, adriamycin, vincristine and prednisolone (CHOP) and platinum, respectively, (introduced over 20 years ago) are still the 'gold standard' treatment. Similarly, in lung cancer, the median survival has increased by only 2 months during the same time period [13,14], and an overall survival benefit of less than 5% has been achieved in the adjuvant treatment of breast, colon, and head and neck cancers [15—17].

The recent debate on funding of new cytotoxic drugs [18—20] has highlighted the lack of agreement between medical oncologists and funding bodies on the current and

© 2004 The Royal College of Radiologists. Published by Elsevier Ltd. All rights reserved.

future value of cytotoxic chemotherapy in cancer management.

In 1986, Kearsley [6] estimated that the contribution of chemotherapy to overall survival in the USA was 4.3%. By reassessing the contribution of definitive and adjuvant cytotoxic chemotherapy to 5-year survival in adult malignancies, we sought to update the estimate in order to provide a more rational basis for the current debate on funding and availability.

## Methods

We undertook a literature search for randomised-controlled trials (RCTs) that reported a statistically significant increase in 5-year survival due solely to cytotoxic chemotherapy in adult malignancies (defined as 20 years of age or over). The search period was from 1 January 1990 until 1 January 2004. We searched Medline, Cancerlit and Embase to identify RCTs for each neoplasm using the MeSH headings of chemotherapy, radiotherapy and combined modality treatment. We used the Cochrane Collaboration and the Cochrane Cancer Library to identify meta-analyses and systematic reviews reporting the pooled results of RCTs. We also hand searched reference lists in published papers and other relevant articles.

We accepted the results of the RCTs, meta-analyses or systematic reviews as reported, and did not critically review the data further. As a measure of long-term survival and possible cure, 5-year survival data were used. When 5-year data were not available, shorter survival times were used, provided the outcome reported was statistically significant. We did not attempt to evaluate the effect on cancer outcomes of hormones, immunotherapy, antibodies, tumour vaccines, gene therapy or other novel techniques. Similarly, we did not evaluate the use of cytotoxic chemotherapy for the palliation or non-curative treatment of malignancy, as an impact on 5-year survival was unlikely.

The preferred source of evidence was either a systematic review or a meta-analysis of the RCTs for that malignancy. An RCT could take precedence over a systematic review or meta-analysis, but only when the RCT was from a reputable trials group, more recent than the systematic review or meta-analysis, randomised approximately 1000 patients, and the results were of such a magnitude that data from a previous analysis was clearly inferior.

For each malignancy, the absolute number of individuals obtaining an improvement in 5-year survival as a result of chemotherapy was the product of the number of newly diagnosed cancer patients aged over 20 years with that malignancy, the proportion or subgroup(s) showing a benefit, and the percentage increase in 5-year survival resulting solely from cytotoxic chemotherapy.

For the 22 major malignancies evaluated (Tables 1 and 2), the number of individuals with cancer aged 20 years and over in 1998 were calculated, using the cancer incidence data for Australia from the Australian Institute of Health and Welfare (AIHW) [21] (http://www.aihw.gov.au) and

the Surveillance, Epidemiology, and End Results (SEER) data for the USA [22] for 1998.

Malignancies with small total numbers, such as gall bladder, pleura, eye, bone, penis and placenta were excluded. Acute and chronic leukaemia ($n = 1647$ or 2% of total) were not included because of the difficulty in defining outcomes according to FAB (French–American–British) classification and the different outcomes for children and adults. Also, these patients are usually cared for by clinical haematologists rather than medical oncologists. For Australia, the 22 malignancies evaluated were 90% of the total number of newly diagnosed cancer patients for 1998.

In most instances, the contribution to 5-year survival applied to subgroups that varied according to histology, stage, nodal involvement or menopausal status. The size of these subgroups was obtained from data on the distribution of stage in the South Australian Cancer Registry for 1998 [23], from the SEER data for 1998 [22] or from patterns of care studies [24].

The percentage increase in 5-year survival with cytotoxic chemotherapy for the malignancy as a whole or for the subgroup was identified by the literature search as detailed above. Each malignancy was evaluated separately and the absolute number of people to benefit was established. The overall contribution of cytotoxic chemotherapy to 5-year survival was the sum total of the absolute numbers to benefit expressed as a percentage of the total number of cancer patients in the 22 malignancies evaluated.

To establish the general applicability of the data, the contribution to 5-year survival was calculated separately for Australia and the USA. Where assumptions were made, we erred on the side of over-estimating the benefit.

## Results

Results are arranged in ICD-9 groupings and are presented in Tables 1 and 2.

### Head and Neck Cancer

*ICD-9: 140–149, 160, 161; incidence: 2486 (Australia), 5139 (SEER).*

Most people with head and neck cancer are treated for cure with radical surgery, radiotherapy, or a combination of both. Three meta-analyses were identified [25–27], which did not show any benefit from adding chemotherapy to radical radiotherapy with or without surgery. A subgroup analysis of a more recent meta-analysis showed a 4% overall improvement in survival with concurrent radiotherapy and chemotherapy [17]. The improvement was restricted to people with extensive disease, and this has been shown separately in advanced glottic cancer [28] and cancer of nasopharynx [29]. The benefit from chemotherapy will only be seen for those with stage III and IV disease. In 1998, this was 63% of the total in Australia and 47% of the total in the USA.

Table 1 — Impact of cytotoxic chemotherapy on 5-year survival in Australian adults

| Malignancy | ICD-9 [a] | Number of cancers in people aged >20 years* | Absolute number of 5-year survivors due to chemotherapy† | Percentage 5-year survivors due to chemotherapy‡ |
|---|---|---|---|---|
| Head and neck | 140—149, 160, 161 | 2486 | 63 | 2.5 |
| Oesophagus | 150 | 1003 | 54 | 4.8 |
| Stomach | 151 | 1904 | 13 | 0.7 |
| Colon | 153 | 7243 | 128 | 1.8 |
| Rectum | 154 | 4036 | 218 | 5.4 |
| Pancreas | 157 | 1728 | — | — |
| Lung | 162 | 7792 | 118 | 1.5 |
| Soft tissue sarcoma | 171 | 665 | — | — |
| Melanoma of skin | 172 | 7811 | — | — |
| Breast | 174 | 10661 | 164 | 1.5 |
| Uterus | 179 + 182 | 1399 | — | — |
| Cervix | 180 | 867 | 104 | 12 |
| Ovary | 183 | 1207 | 105 | 8.7 |
| Prostate | 185 | 9869 | — | — |
| Testis | 186 | 529 | 221 | 41.8 |
| Bladder | 188 | 2802 | — | — |
| Kidney | 189 | 2176 | — | — |
| Brain | 191 | 1116 | 55 | 4.9 |
| Unknown primary site | 195—199 | 3161 | — | — |
| Non-Hodgkin's lymphoma | 200 + 202 | 3145 | 331 | 10.5 |
| Hodgkin's disease | 201 | 341 | 122 | 35.8 |
| Multiple myeloma | 203 | 1023 | — | — |
| Total | | 72 903§ | 1690 | 2.3% |

*Numbers from Ref. [21].
†Absolute numbers (see text).
‡% for individual malignancy.
§Total for Australia 1998 = 80 864 people.

*Number benefiting from chemotherapy*

Australia: 2486 (incidence) × 63% (subgroup) × 4% (benefit from chemotherapy) = 63 people (2.5%); SEER: 5139 (incidence) × 47% (subgroup) × 4% (benefit from chemotherapy) = 97 persons (1.9%).

*Oesophageal Cancer*

*ICD-9: 150; incidence: 1003 (Australia), 1521 (SEER).*

The survival for oesophageal cancer is less than 10% at 5 years [30]. For every 100 newly diagnosed patients, one-third has metastatic disease (M1) at presentation ($n = 33$). In the remainder ($n = 67$), only 40% ($n = 26$) are medically operable, and only 80% of these will have a curative procedure ($n = 21$). Those who do not have an operation ($n = 67 - 21 = 46$) are suitable for treatment by radiotherapy or a combination of chemotherapy and radiotherapy.

In a Cochrane review reporting seven RCTs and 1653 patients [31], preoperative chemotherapy in resectable thoracic cancers was not shown to have a role, but an MRC trial [32] and a recent meta-analysis [33] has confirmed a benefit for preoperative chemotherapy.

A further Cochrane review [34] of combined chemotherapy and radiotherapy compared with radiotherapy alone for oesophageal cancer showed a significant absolute improvement in overall survival at 1 and 2 years for combined chemotherapy and radiotherapy of 9% and 8% respectively, and a 5% absolute reduction in local failure. It can be concluded that, when a non-operative approach was selected, then concomitant chemotherapy and radiotherapy were superior to radiotherapy alone. Chemotherapy, therefore, has a curative role in all patients except those who are M1 at presentation.

*Number benefiting from chemotherapy*

Australia: 1003 (incidence) × 67% (subgroup) × 8% (benefit from chemotherapy) = 54 people [4.8%]; SEER: 1521 × 67% × 8% = 82 people [4.9%]. This is likely to be an overestimate as data were only available for 2-year follow-up.

*Stomach Cancer*

*ICD-9: 151; incidence: 1904 (Australia), 3001 (SEER).*

Stomach cancer has a 22.6—24.8% 5-year survival [30], with surgery being the only established curative procedure. Meta-analyses in 1993 [35] and 1999 [36] suggested that adjuvant chemotherapy might produce a small survival benefit of borderline significance in curatively resected

552            CLINICAL ONCOLOGY

Table 2 — Impact of cytotoxic chemotherapy on 5-year survival in American adults

| Malignancy | ICD-9 | Number of cancers in people aged >20 years* | Absolute number of 5-year survivors due to chemotherapy† | Percentage 5-year survivors due to chemotherapy‡ |
|---|---|---|---|---|
| Head and neck | 140–149, 160, 161 | 5139 | 97 | 1.9 |
| Oesophagus | 150 | 1521 | 82 | 4.9 |
| Stomach | 151 | 3001 | 20 | 0.7 |
| Colon | 153 | 13 936 | 146 | 1.0 |
| Rectum | 154 | 5533 | 189 | 3.4 |
| Pancreas | 157 | 3567 | — | — |
| Lung | 162 | 20 741 | 410 | 2.0 |
| Soft tissue sarcoma | 171 | 858 | — | — |
| Melanoma | 172 | 8646 | — | — |
| Breast | 174 | 31 133 | 446 | 1.4 |
| Uterus | 179–182 | 4611 | — | — |
| Cervix | 180 | 1825 | 219 | 12 |
| Ovary | 183 | 3032 | 269 | 8.9 |
| Prostate | 185 | 23 242 | — | — |
| Testis | 186 | 989 | 373 | 37.7 |
| Bladder | 188 | 6667 | — | — |
| Kidney | 189 | 3722 | — | — |
| Brain | 191 | 1824 | 68 | 3.7 |
| Unknown primary site | 195–199 | 6200 | — | — |
| Non-Hodgkin's lymphoma | 200 + 202 | 6217 | 653 | 10.5 |
| Hodgkin's disease | 201 | 846 | 341 | 40.3 |
| Multiple myeloma | 203 | 1721 | — | — |
| Total | | 154 971 | 3306 | 2.1% |

*Numbers from Ref. [22].
†Absolute numbers (see text).
‡% for individual malignancy.

gastric carcinoma. A further meta-analysis in 2000 [37], restricted to published RCTs only, showed a small survival benefit for adjuvant chemotherapy, but only in patients who had a curative resection.

A recent RCT has shown improvement in survival with chemotherapy and radiotherapy after radical surgery for adenocarcinoma of stomach and gastro-oesophageal junction [38]. At 3.3 years median follow-up, the 3-year overall survival was 52% for combined treatment vs 41% for surgery only. A node-negative D2 surgical resection was required in this RCT for improvement with adjuvant treatment [39].

An American College of Surgeons Patient Care Study for patients treated between 1982 and 1987 found that node-negative D2 surgery was only possible in 31% of people with operable stomach cancer [40]. At presentation, 20% have metastatic disease and 40% of the remainder are locally advanced or inoperable. Chemotherapy, therefore, has a curative role in the 31% out of the 40% who may be candidates for radical surgery (12% of total).

*Number benefiting from chemotherapy*

Australia: 1904 (incidence) × 40% (operable) × 31% (margin negative) × 11% (overall benefit) × 50% (benefit

for chemotherapy) = 13 people (0.7%); SEER: 3001 × 40% × 31% × 11% × 50% = 20 people (0.7%). This is likely to be an overestimate, as data were only available for 3-year follow-up.

*Colon Cancer*

*ICD-9: 153; incidence: 7243 (Australia), 13 936 (SEER).*

Surgery is the only established curative treatment for colon cancer, with chemotherapy used as adjuvant treatment. The IMPACT Group analysis in 1995 of three separate trials of 5-fluorouracil and leucovorin in Duke's B and C colon cancer showed an improvement in 3-year disease-free survival of 9% and overall survival benefit of 5% [41]. A further meta-analysis in 1997 compared a no-treatment control with postoperative chemotherapy (excluding liver infusion) in resected colorectal cancer [16]. The overall survival benefit for chemotherapy was 5% for colon cancer and 9% for rectal cancer.

For Duke's B colon cancer, the pooled data of the IMPACT B2 group showed no improvement with adjuvant chemotherapy compared with a no-treatment control [42]. The NSABP pooled analysis of RCTs (C-01, C-02, C-03 and C-04) suggested that people with Duke's B colon cancer benefit from chemotherapy [43]. The analysis

MSJ App. 1171

technique has been roundly criticised, and the NSABP conclusions are therefore questionable [44,45].

A meta-analysis of portal-vein chemotherapy in colorectal cancer concluded that a survival advantage of a few percent at 5 years may occur, but an RCT involving several thousand patients would be needed to confirm this [46]. As a benefit for chemotherapy in Duke's B carcinoma has not been established, the benefit from chemotherapy is only in Duke's C colon cancers. This was 35% of the total in Australia and 21% of the total in the USA (SEER).

*Number benefiting from chemotherapy*

Australia: 7243 (incidence) × 35% (subgroup) × 5% (benefit from chemotherapy) = 128 people (1.8%); SEER: 13 936 × 21% × 5% = 146 people (1.0%).

*Rectal Cancer*

*ICD-9: 154; incidence: 4036 (Australia), 5533 (SEER).*

Surgery is the mainstay of treatment, with chemotherapy and radiotherapy used as adjuvant treatments. Two RCTs show that the combination of radiotherapy and chemotherapy decreased local recurrence and increased overall survival compared with a no-treatment control [47,48]. The NSABP R-02 trial [49] showed that chemotherapy alone improved disease-free survival and overall survival, and that radiotherapy alone decreased local recurrence, but had no effect on disease-free survival or overall survival. The improvement in overall survival with chemotherapy alone was 9%, although this was restricted to men. The benefit was in Duke's B and C rectal cancer. This was 60% of the total in Australia and 38% of the total in the USA (SEER).

*Number benefiting from chemotherapy*

Australia: 4036 (incidence) × 60% (subgroup) × 9% (benefit from chemotherapy) = 218 persons (5.4%); SEER: 5533 × 38% × 9% = 189 persons (3.4%). This may be an overestimate, as the benefit in men (48.7%) was questioned in one study and, like colon cancer, the benefit may only exist for Duke's C cancer.

*Anal Cancer*

*Incidence: about 1% of colorectal cancers; 110 (Australia), 195 (SEER).*

The combination of radiotherapy and chemotherapy for sphincter preservation is now standard management, except in advanced disease, in which abdomino-perineal resection is still required after radiotherapy and chemotherapy. In two RCTs [50,51], the addition of chemotherapy to radiotherapy gave a higher complete response rate and colostomy-free survival than radiotherapy alone, but there was no effect on overall survival.

*Pancreatic Cancer*

*ICD-9: 157; incidence: 1728 (Australia), 3567 (SEER).*

Pancreatic cancer has a 5-year survival of just over 5% [30]. The impact of gemcitabine is still being evaluated, but a recent RCT showed a median survival of 5.4 months, and a progression-free survival of 2.2 months with gemcitabine alone. An objective response was seen in only 5.6% of patients, and overall survival at 24 months was about 5% [52]. No 5-year data were available.

*Lung Cancer*

*ICD-9: 162; incidence: 7792 (Australia), 20 741 (SEER).*

*Small-cell lung cancer*

*Incidence: 19% of total (Australia) and 13% of total in the USA (SEER).*

Virtually all patients receive initial cytotoxic chemotherapy. The overall 5-year survival for small-cell lung cancer (SCLC) is 3.5%, or 2.5% in limited-stage disease and 1.2% in extensive-stage disease [53].

*Non-small cell lung cancer*

In early stage disease, either radical surgery or radical radiotherapy can result in long-term cure. Stage I—IIIA = 21% (Australia); 35% (SEER). A meta-analysis [54] and later a Cochrane review [55] showed that chemotherapy in addition to surgery improves overall survival by 5% at 5 years. Chemotherapy improves survival by 4% at 2 years when given in addition to radiotherapy, and was responsible for a 10% improvement in survival at 1 year compared with best supportive care. A meta-analysis of chemotherapy and radiotherapy compared with radiotherapy alone concluded that chemotherapy provides a mean gain in life expectancy of about 2 months [56]. A further analysis of RCTs of chemotherapy for non-small cell lung cancer has shown an increase in median survival of 2 months over the past 2 decades [13].

*Number benefiting from chemotherapy*

Australia: SCLC: 7792 (incidence) × 19% (SCLC subgroup) × 3.5% (benefit from CT) = 52 people. NSCLC: 7792 (incidence) × 81% (NSCLC subgroup) × 21% (operable) × 5% (benefit from chemotherapy) = 66 people. Total = 52 + 66 = 118 people [1.5%]; SEER: SCLC: 20 741 × 13% × 3.5% = 94 persons. NSCLC: 20 741 × 87% × 35% × 5% = 316. Total = 410 people (2.0%).

*Soft Tissue Sarcoma*

*ICD-9: 171; incidence: 665 (Australia), 858 (SEER).*

Standard care is radical surgery, radiotherapy, or both. Meta-analyses of adjuvant chemotherapy after surgery alone or after postoperative radiotherapy have shown an improvement in time to local and distant recurrence and disease-free survival, but no impact on overall survival

554

CLINICAL ONCOLOGY

[57,58]. The latest Cochrane review [59] concluded that doxorubicin-based adjuvant chemotherapy seems to improve time to local and distant recurrence. There was a trend towards improved overall survival, but this was not statistically significant.

### Malignant Melanoma

*ICD-9: 172; incidence: 7811 (Australia), 8646 (SEER).*
There is no evidence that cytotoxic chemotherapy improves 5-year survival.

### Breast Cancer

*ICD-9: 174; incidence: 10 661 (Australia), 31 133 (SEER).*
The results of adjuvant chemotherapy have been published in several overview publications. In summary, chemotherapy reduces the rate of recurrence and improves survival for women with early breast cancer [15]. No RCTs have reported results of adjuvant chemotherapy in women aged 70 years or over, and any benefit in this age group is therefore not evidence based.

The absolute survival benefit at 5 years for chemotherapy in women less than 50 years is 6.8% for node-positive and 3% for node-negative women. For women aged between 50 and 69 years, the absolute survival benefit at 5 years is 2.1% for node-positive and 3.9% for node-negative women. A more recent RCT [60] has shown that a benefit from adjuvant chemotherapy in node-negative women aged 50–69 years is limited to women with receptor-negative disease; only 30% of node-negative women are in this group.

An analysis of surgical management of invasive breast cancer in Australia in 1995 [24] showed that 85% of women presented with early disease and 15% with advanced disease. Overall, 64% of women were node negative. Of the 10 661 women with a new diagnosis of breast cancer in Australia in 1998, 2696 women were less than 50 years and 4998 women were between 50 and 70 years. SEER data for 1998 [22] show that for women less than 50 years, 4748 were node negative and 2706 node positive. For women aged 50–70 years, 9389 were node negative and 4199 were node positive.

### Number benefiting from chemotherapy

Australia: less than 50 years; node negative: 2696 (incidence) × 85% (operable) × 64% (node-negative subgroup) × 3% (benefit from chemotherapy) = 44 women. Node positive: 2696 (incidence) × 85% (operable) × 36% (node-positive subgroup) × 6.8% (benefit from CT) = 56 women. Aged 50 to 69 years: node negative: 4998 (incidence) × 85% (operable) × 64% (node negative) × 30% (ER negative) × 3.9% (benefit from chemotherapy) = 32 women. Node positive: 4998 (incidence) × 85% (operable) × 36% (node positive) × 2.1% (benefit from chemotherapy) = 32 women. Total = 164 (1.5%); SEER: less than 50 years: node negative: 4784 × 85% × 3% = 122 women; node positive: 2706 ×

85% × 6.8% = 156 women. Aged 50–69 years: node negative:   9389 × 85% × 30% × 3.9% = 93   women. Node positive: 4199 × 85% × 2.1% = 75 women. Total = 446 (1.4%).

### Uterine Cancer

*ICD-9:   179 + 182;   incidence:   1399   (Australia),   4611 (SEER).*
There is no evidence that cytotoxic chemotherapy improves 5-year survival.

### Cervix Cancer

*ICD-9: 180; incidence: 867 (Australia), 1825 (SEER).*
A meta-analysis [61], later a Cochrane Review [62], has confirmed a 12% absolute overall survival benefit with concurrent radiotherapy and chemotherapy compared with surgery alone or radiotherapy alone. There was statistical heterogeneity for outcomes, with a greater benefit for trials with a high proportion of stage I and II women.

### Number benefiting from chemotherapy

Australia: 867 (incidence) × 12% (benefit from chemotherapy) = 104 women (12%); SEER: 1825 × 12% = 219 women (12%).

### Ovarian Cancer

*ICD-9: 183; incidence: 1207 (Australia), 3032 (SEER).*
Several meta-analyses have been published [63–67]. The latest Cochrane review [68] concludes that 'the available evidence, although not conclusive, suggests that platinum-based chemotherapy is better than non-platinum therapy; that combination therapy improves survival compared with platinum alone; and no difference in effect has been shown between cisplatin and carboplatin'.

The ICON2 trial [69] reported no improvement in survival with cyclophosphamide, doxorubicin and cisplatin compared with single-agent carboplatin. The trial was stopped early due to the better response rates with the new drug paclitaxel and the ICON3 trial was undertaken. This has shown no difference between the test arm of paclitaxel and carboplatin and either of the two control arms: carboplatin alone or cyclophosphamide, doxorubicin and cisplatin [12].

Although response rates may have increased, there is no evidence that chemotherapy has improved overall 5-year survival since 1980 when platinum was standard treatment. Any improvement in overall survival in 2004 is therefore likely to be due to improvements in surgery, multidisciplinary clinics, or both.

An RCT published in the early 1980s showed that cisplatin, chlorambucil, or a combination of both, produced a 5-year survival benefit of 11% in women with advanced ovarian cancer [70]. The FIGO II–IV subgroup comprises 79% of the total (Australia) or 74% of the total (SEER).

*Number benefiting from chemotherapy*

Australia: 1207 (incidence) × 79% (subgroup) × 11% (benefit from chemotherapy) = 105 women (8.7%); SEER: 3302 × 74% × 11% = 269 women (8.9%).

### Prostate Cancer

*ICD-9: 185; incidence: 9869 (Australia), 23 242 (SEER).*
   There was no evidence that cytotoxic chemotherapy improves 5-year survival.

### Testis Cancer

*ICD-9: 186; incidence: 529 (Australia), 989 (SEER).*

*Seminoma of testis*

*Incidence: 529 × 50% of total = 265 (Australia); 989 × 59% of total = 584 (SEER).*
   A review article [71] concluded that chemotherapy only has a role in bulky disease with para-aortic masses over 5 cm diameter or in those who relapse after definitive radiotherapy. These patients are in the minority of those with seminoma of testis — maximum 20%.

*Non-seminomatous testicular cancer*

*Incidence: 529 × 50% of total = 265 (Australia); 989 × 41% of total = 405 (SEER).*
   The outcome was changed dramatically by the use of cisplatinum [4]. The introduction of effective chemotherapy was not due to an RCT, but the results were a major improvement on previous treatment. Nowadays, up to 95% are long-term disease-free survivors, although this is less in those presenting with poor prognostic grouping. In stage I non-seminomatous testicular cancer (NSTC) (40% total), a 'surveillance' policy is standard practice, and only the 20% of this group who relapse will receive chemotherapy.

*Number benefiting from chemotherapy*

Australia: seminoma: 265 (incidence) × 20% (relapse) × 95% (benefit from chemotherapy) = 50; NSTC: stage I = 265 (incidence) × 40% (subgroup) × 20% (relapse) × 95% (benefit from chemotherapy) = 20; stage II–IV = 265 (incidence) × 60% (subgroup) × 95% (benefit from chemotherapy) = 151; total = 221 (41.8%). SEER: seminoma: 584 × 20% × 95% = 111; NSTC: stage I = 405 × 40% × 20% × 95% = 31; stage II–IV = 405 × 60% × 95% = 231; total = 373 (37.7%).

### Bladder Cancer

*ICD-9: 188; incidence: 2802 (Australia), 6667 (SEER).*
   Meta-analyses of neoadjuvant chemotherapy in locally advanced bladder cancer have been published [72,73]. The first, in 1995, stated that insufficient information was available and that chemotherapy could not be recommended for routine use. The second, in 2000, came to the same

conclusion, but commented that, although an additional four RCTs had been completed, none had been published in full. The MRC-EORTC randomised trial [74] showed a non-significant survival benefit for chemotherapy of 5.5%, and an increase in median survival at 3 years of 8.5 months. No data were available for 5-year survival. A further RCT has shown a benefit for neoadjuvant chemotherapy and cystectomy compared with cystectomy alone [75]. A further meta-analysis showed a 5% absolute benefit at 5 years, but this was not statistically significant [76].

*Number benefiting from chemotherapy*

Although there may be a trend towards improved overall survival, this has not been shown to be statistically significant.

### Kidney Cancer

*ICD-9: 189l; incidence: 2176 (Australia), 3722 (SEER).*
   There was no evidence that cytotoxic chemotherapy improves 5-year survival.

### Brain Cancer

*ICD-9: 191; incidence: 1116 (Australia), 1824 (SEER).*
   A meta-analysis in 1993 suggested that chemotherapy was 'advantageous' and should be standard practice [77]. The conclusions were criticised because several published trials had been omitted and the dose of radiotherapy was suboptimal in several trials, having been reduced to allow for chemotherapy to be given [78]. A later meta-analysis of the use of multidrug or single-agent chemotherapy showed a 22% decrease in 1-year survival for multi-agent chemotherapy compared with single agent [79]. A recent Cochrane review [80] showed an absolute survival benefit of 6% for chemotherapy at 1 year, but gave no evidence of any benefit at 5 years. Analysis was confined to high-grade glioma: 82% of total (Australia); Grade II–IV 62% (USA). We have not evaluated outcome in other adult cerebral tumours.

*Number benefiting from chemotherapy*

Australia: 1116 (incidence) × 82% (subgroup) × 6% (benefit from chemotherapy) = 55 (4.9%); SEER: 1824 × 62% × 6% = 68 (3.7%). This is likely to be an over-estimate, as only 1-year data are available.

### Carcinoma of Unknown Primary Site

*ICD-9: 195–199; incidence: 3161 (SEER), 6200 estimate (USA).*
   Most patients receive chemotherapy with essentially palliative intent [81,82]. Although 5-year survival in Australia is 13.4% for men and 11.5% for women, there is no evidence that chemotherapy is better than best supportive care plus placebo.

App. 0320

CLINICAL ONCOLOGY

*Hodgkin's Disease*

*ICD-9: 201; incidence: 341 (Australia), 846 (SEER).*

*Early stage disease: (I or IIA): incidence: 341 × 68% of total = 232 (Australia), 846 × 61% of total = 516 (SEER).*

Radiotherapy has been the standard treatment, although there is now a move to combine chemotherapy and radiotherapy to minimise long-term complications. In a meta-analysis of the initial treatment of early stage Hodgkin's disease [83], the addition of chemotherapy to radiotherapy, or the use of more extensive radiotherapy fields, had a large effect on relapse, but only a small effect on overall survival. If initial treatment had been radiotherapy alone, many recurrences could be salvaged with chemotherapy alone or with bone-marrow transplantation. This represents an improvement in 5-year survival to 95% from 80% with radiotherapy alone.

*Advanced disease (IIB–IV): incidence: 341 × 32% of total = 109 (Australia), 846 × 39% of total = 330 (SEER).*

Chemotherapy is the established treatment [1]. In stage IIB–IV, Hodgkin's disease chemotherapy results in an 80% 5-year overall survival, including those receiving bone-marrow transplantation [84].

*Number benefiting from chemotherapy*

Australia: stage I–IIA = 232 (incidence) × 15% (benefit from chemotherapy) = 35; stage IIB–IV = 109 (incidence) × 80% (benefit from chemotherapy) = 87; total = 122 (35.8%); SEER: stage I–IIA = 516 × 15% = 77; stage IIB–IV = 330 × 80% = 264; total = 341 (40.3%).

*Non-Hodgkin's Lymphoma*

*ICD-9: 200 + 2002; incidence: 3145 (Australia), 6217 (SEER).*

Low-grade non-Hodgkin's lymphoma (NHL) is a heterogeneous group characterised by a long clinical course, with median survivals between 3 and 8 years. In stage I or II, radiotherapy often achieves long-term survival; the addition of chemotherapy does not improve survival. For stage III and IV, treatment is controversial and may involve conservative management with no treatment unless B symptoms are present or if there is disease progression. More intensive chemotherapy does not improve overall survival. With intermediate and high-grade NHL, the use of chemotherapy has improved the prognosis by inducing durable complete remission in a significant proportion of patients. However, this benefit is restricted to NHL patients with large B cell histology (30% total), where about 50% of the 70% who obtain a complete response are durable long-term survivors.

*Number benefiting from chemotherapy*

Australia: 3145 (incidence) × 30% (subgroup) = 944; complete response = 944 × 70% = 661; overall survival = 661 × 50% = 331 (10.5%); SEER: 6217 × 30% × 70% × 50% = 653 (10.5%).

*Multiple myeloma*

*ICD-9: 203; incidence: 1023 (Australia), 1721 (SEER).*

There is no doubt that chemotherapy and radiotherapy provide good symptom control and improve quality of life. However, a meta-analysis [85] of combination chemotherapy or melphalan plus prednisone has shown no difference in mortality, either overall or within any subgroup. There is no evidence that chemotherapy has an impact on survival.

## Discussion

The 5-year relative survival rate for cancer patients diagnosed in Australia between 1992 and 1997 was 63.4% (95% CI, 63.1–63.6) [30]. In this evidence-based analysis, we have estimated that the contribution of curative and adjuvant cytotoxic chemotherapy to 5-year survival in adults is 2.3% in Australia and 2.1% in the USA (Tables 1, 2).

These estimates of benefit should be regarded as the upper limit of effectiveness, as some eligible patients do not receive cytotoxic chemotherapy because of age, poor performance status or patient choice. Also, as noted in the text, the benefit of cytotoxic chemotherapy may have been overestimated for cancers of oesophagus, stomach, rectum and brain.

There are differences in stage distribution and cancer incidence between and within countries. However, any variation would need to be extremely large to have a major effect on the estimated percentage likely to benefit. This is demonstrated by the small effect on the survival benefit of the different proportions of Duke's C colon cancer reported in Australia and the USA (35% and 21%, respectively).

The similarity of the figures for Australia and the USA strongly suggest that a benefit of less than 2.5% is likely to be applicable in other developed countries.

For outcome data, we relied on a systematic review or a meta-analysis of RCTs of treatment outcomes rather than an individual RCT. This methodology was used to reduce the bias inherent in only presenting the results from a single positive RCT, while ignoring data from a number of negative RCTs on the same subject. Likewise we did not accept the views published by 'expert groups'. As an example, the promotion by NICE of taxanes for ovarian cancer [86] was not substantiated by ICON3 [12] or supported by another Health Technology Assessment group [87], and was later reversed [88].

Overall, only 13 out of the 22 malignancies evaluated showed any improvement in 5-year survival, and the improvement was greater than 10% in only three of those 13 malignancies. The five most 'chemo-sensitive' cancers, namely testis, Hodgkin's disease and non-Hodgkin's lymphoma, cervix and ovary, accounted for 8.4% of the total incidence in Australia in 1998. In this group, the 5-year survival rate due solely to cytotoxic chemotherapy was 14%.

The five most common adult malignancies (colorectal, breast, prostate, melanoma and lung cancer) accounted for 56.6% of the total incidence in Australia in 1998. In this

group, the 5-year survival rate due solely to cytotoxic chemotherapy was 1.6%.

The minimal impact on survival in the more common cancers conflicts with the perceptions of many patients who feel they are receiving a treatment that will significantly enhance their chances of cure. In part, this reflects the presentation of results as a 'reduction in risk' rather than as an absolute survival benefit [89,90] and by exaggerating the response rates by including 'stable disease'.

The best example of the 'over-selling' of chemotherapy is in breast cancer, where chemotherapy was introduced as the example of the new cure for solid malignancies. In Australia, in 1998, only 4638 of the 10 661 women with newly diagnosed breast cancer were eligible for adjuvant chemotherapy (44% of total). From our calculations, only 164 women (3.5%) actually had a survival benefit from adjuvant chemotherapy. In other words, on average, 29 women had to be treated for one additional woman to survive more than 5 years.

Notwithstanding, several studies have justified adjuvant chemotherapy in early breast cancer by showing that women are willing to undertake treatment for a very small benefit [91].

This does not apply to all malignancies. In lung cancer, an analysis of how patients value the trade-off between the survival benefit of chemotherapy and its toxicities showed that the willingness to accept chemotherapy as a treatment varied widely [92]. Some patients would have chemotherapy for a likely survival benefit of 1 week, and others would not choose chemotherapy for a benefit of 24 months. Others would not choose chemotherapy for any survival benefit, but would do so for an improvement in quality of life. The paper also found that some patients would not have chosen chemotherapy if they had been more fully informed.

Despite new and improved drugs, combinations and additional agents to allow for dose escalation and to prevent drug-induced emesis and neutropenic sepsis, there has been little change in the regimens used to treat 'chemo-sensitive' cancers. Examples are non-Hodgkin's lymphoma [11] and ovarian cancer [12], where CHOP and platinum, respectively, both introduced over 20 years ago, are still the 'gold standard'.

Other innovations, such as bone-marrow transplantation for breast cancer, have shown no benefit [93,94]. Similarly, the addition of anthracyclines and taxanes to adjuvant treatment of breast cancer is only likely to improve survival in the subgroups treated by an estimated 1%, but at the risk of cardiac toxicity [95] and neurotoxicity [86]. Also, recent studies have documented impaired cognitive function in women receiving adjuvant treatment for breast cancer [96], and the suggestion raised in 1977 [97] that adjuvant chemotherapy was merely a toxic means of achieving an oophorectomy is still unresolved [98].

Our analysis does not address the effectiveness or survival contribution of cytotoxic chemotherapy in the palliative or non-curative treatment of malignant disease, but the value of palliative chemotherapy has been questioned [99,100].

In breast cancer, the optimal regimen(s) for cytotoxic chemotherapy in recurrent/metastatic disease are still not defined, despite over 30 years of 'research' and a plethora of RCTs since the original Cooper regimen was published in 1969 [101]. There is also no convincing evidence that using regimens with newer and more expensive drugs are any more beneficial than the regimens used in the 1970s [102].

In addition, two systematic reviews of chemotherapy in recurrent or metastatic breast cancer have not been able to show any survival benefit [103,104]. The absence of quality-of-life data in many RCTs of cytotoxic chemotherapy has also been noted [105].

Although guidelines may exist for some uses of palliative cytotoxic chemotherapy, clinicians are not restricted from giving second, third or fourth line palliative chemotherapy in the face of progressive disease and minimal response rates. Although response rates below 15% may be due solely to a placebo effect [106,107], this fact has not been openly addressed. Indeed the whole question of the validity of response rates is very much open to debate [108,109].

This, of course, leads to a discussion of the cost implications of cytotoxic chemotherapy. Although this is a separate issue, we note that the cost of cytotoxic drugs provided by the Pharmaceutical Benefits Scheme in Australia increased from $67M for the year ended 30 June 2000 to $101.3M for the year ended 30 June 2001 [110]. The 51% increase in total drug cost was due to a 17% increase in the number of prescriptions and a 29% increase in average prescription price.

In view of the minimal impact of cytotoxic chemotherapy on 5-year survival, and the lack of any major progress over the last 20 years, it follows that the main role of cytotoxic chemotherapy is in palliation. Although for many malignancies, symptom control may occur with cytotoxic chemotherapy, this is rarely reported and, for most patients, the survival in those who obtain a response is rarely beyond 12 months.

The introduction of cytotoxic chemotherapy for solid tumours and the establishment of the sub-speciality of medical oncology have been accepted as an advance in cancer management. However, despite the early claims of chemotherapy as the panacea for curing all cancers, the impact of cytotoxic chemotherapy is limited to small subgroups of patients and mostly occurs in the less common malignancies.

Even so, any new chemotherapy drug is still promoted as a major breakthrough in the fight against cancer, only to be later rejected without the fanfare that accompanied its arrival.

In an environment of scarce resources and cost-containment, there is a need for evidence-based assessment before any new or previously accepted treatment is accepted as standard practice. To justify the continued funding and availability of drugs used in cytotoxic chemotherapy, a rigorous evaluation of the cost-effectiveness and impact on quality of life is urgently required.

Conflict of Interest. GM has received educational grants from Varian Medical Systems and AstraZeneca Pharmaceuticals.

558

CLINICAL ONCOLOGY

RW is a member of the Pharmaceutical Benefits Advisory Committee (PBAC), Commonwealth Department of Health and Ageing, Canberra, ACT, Australia. The views presented here are those of the authors and should not be understood or quoted as being made on behalf of the PBAC or its Scientific Committees. MB has no conflict of interest.

## References

1 DeVita VT, Serpick AA, Carbone PP. Combination chemotherapy in the treatment of advanced Hodgkin's disease. Ann Intern Med 1970; 73:889–895.
2 Lowenbraun S, DeVita VT, Serpick AA. Combination chemotherapy with nitrogen mustard, vincristine, procarbazine and prednisone in lymphosarcoma and reticulum cell sarcoma. Cancer 1970;25: 1018–1025.
3 Einhorn LH, Donohue JP. Improved chemotherapy in disseminated testicular cancer. J Urol 1977;117:65–69.
4 Bonadonna G, Brusamolino E, Valagussa P, et al. Combination chemotherapy as an adjunct treatment in operable breast cancer. N Engl J Med 1976;294:405–410.
5 Braverman AS. Medical oncology in the 1990s. Lancet 1991;337: 901–902.
6 Kearsley JH. Cytotoxic chemotherapy for common adult malignancies: "the emperor's new clothes" revisited. BMJ 1986;293: 871–876.
7 Weissman DE, O'Donnell J, Brady A. A cry from the fringe [letter]. J Clin Oncol 1993;11:1006.
8 Tannock IF. Conventional cancer therapy: promise broken or promise delayed? Lancet 1998;351(suppl II):9–16.
9 Slater S. Non-curative chemotherapy for cancer — is it worth it? Clin Med 2001;1:120–222.
10 Verweij J, de Jonge MJA. Achievements and future of chemotherapy. Eur J Cancer 2000;36:1479–1487.
11 Messori A, Vaiani M, Trippoli S, Rigacci L, Jerkeman M, Longo G. Survival in patients with intermediate or high grade non-Hodgkin's lymphoma: meta-analysis of randomised studies comparing third generation regimens with CHOP. Br J Cancer 2001;84:303–307.
12 The International Collaborative Ovarian Neoplasm (ICON) Group. Paclitaxel plus carboplatin versus standard chemotherapy with either single-agent carboplatin or cyclophosphamide, doxorubicin and cisplatin in women with ovarian cancer: the ICON3 randomised trial. Lancet 2002;360:505–515.
13 Breathnach OS, Freidlin B, Conley B, et al. Twenty-two years of phase III trials for patients with advanced non-small cell lung cancer: sobering results. J Clin Oncol 2001;19:1734–1742.
14 Carney DN, Hansen HH. Non-small cell lung cancer — stalemate or progress [editorial] N Engl J Med 2000;343:1261–1263.
15 Early Breast Cancer Trialists' Collaborative Group. Polychemotherapy for early breast cancer: an overview of the randomised trials. Lancet 1998;352:930–942.
16 Dube S, Heyen F, Jenicek M. Adjuvant chemotherapy in colorectal carcinoma: results of a meta-analysis. Dis Colon Rectum 1997;40: 35–41.
17 Pignon JP. Chemotherapy added to locoregional treatment for head and neck squamous-cell carcinoma: three meta-analyses of updated individual data. MACH-NC Collaborative Group. Meta-analysis of chemotherapy on head and neck cancer. Lancet 2000;355:949–955.
18 Crown J. A 'bureausceptic' view of cancer drug rationing [commentary]. Lancet 2001;358:1660.
19 Cassidy J, Bridgewater J, Mainwaring P, Steward W, Wasan H. Is the NICE process flawed [letter]? Lancet 2002;359:2119–2120.
20 Garattini S, Bertele V. Efficacy, safety, and cost of new anticancer drugs. BMJ 2002;325:269–271.
21 Australian Institute of Health and Welfare (AIHW) and Australasian Association of Cancer Registries (AACR). Cancer in Australia 1998: AIHW cat. no. CAN 12. Cancer series no. 17. Canberra: AIHW; 2001. http://www.aihw.gov.au/publications.

22 Cancer Statistics Branch NCI. SEER Cancer Incidence Public-use Database 1973–1998. Bethesda: National Cancer Institute: 2000.
23 South Australian Cancer Registry. Epidemiology of cancer in South Australia. Incidence, mortality and survival 1997 to 1998. Incidence and mortality 1998. Analysed by type and geographical location. Twenty-two years of data. Adelaide: Openbook Publishers; 1999.
24 Hill D, Jamrozik K, White V, et al. Surgical management of breast cancer in Australia in 1995. Wooloomooloo (NSW): NHMRC National Breast Cancer Centre; 1999.
25 Stell PM, Rawson NS. Adjuvant chemotherapy in head and neck cancer. Br J Cancer 1990;61:759–762.
26 Munro AJ. An overview of randomised trials of adjuvant chemotherapy in head and neck cancer. Br J Cancer 1995;71:83–91.
27 El-Sayed S. Adjuvant and adjunctive chemotherapy in the management of squamous cell carcinoma of head and neck region. A meta-analysis of prospective and randomised trials. J Clin Oncol 1996;14: 838–847.
28 Forastiere A, Goepfert H, Major M. Concurrent chemotherapy and radiotherapy for organ preservation in advanced laryngeal cancer. N Engl J Med 2003;349:2091–2098.
29 Lin J-C, Jan J-S, Hsu C-Y, et al. Phase III study of concurrent chemoradiotherapy versus radiotherapy alone for advanced nasopharyngeal carcinoma: positive effect on overall and progression-free survival. J Clin Oncol 2003;21:631–637.
30 Australian Institute of Health and Welfare (AIHW) and Australasian Association of Cancer Registries (AACR). Cancer Survival in Australia 2001 Part 1: National Summary Statistics (Cancer Series No 18). [http://www.aihw.gov.au/publications].
31 Malthaner R, Fenlon D. Preoperative chemotherapy for resectable thoracic oesophageal cancer (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.
32 Medical Research Council Oesophageal Cancer Working Party. Surgical resection with or without preoperative chemotherapy in oesophageal cancer: a randomised trial. Lancet 2002;359:1727–1733.
33 Malthaner R, Fenlon D. Preoperative chemotherapy for resectable thoracic oesophageal cancer (Cochrane Review). The Cochrane Library. Chichester, UK: John Wiley & Sons, Ltd; 2003 Issue 4.
34 Wong R, Malthaner R. Combined chemotherapy and radiotherapy (without surgery) compared with radiotherapy alone in localised carcinoma of the oesophagus (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.
35 Hermans J, Bonenkamp JJ, Boon MC, Bunt AM, et al. Adjuvant therapy after curative resection for gastric cancer: a meta-analysis of randomised trials. J Clin Oncol 1993;11:1441–1447.
36 Earle CC, Maroun JA. Adjuvant chemotherapy after curative resection for gastric cancer in non-Asian patients: revisiting a meta-analysis of randomised trials. Eur J Cancer 1999;35:1059–1064.
37 Mari E, Floriani I, Buda A, et al. Efficacy of adjuvant chemotherapy after curative resection for gastric cancer: meta-analysis of published randomised trials. A study of GISCAD (Gruppo Italiano per Studio dei Carcinomi dell'Apparato Digerente). Ann Oncol 2000;11:837–843.
38 Macdonald JS, Smalley SR, Benedetti J, et al. Chemoradiotherapy after surgery compared with surgery alone for adenocarcinoma of the stomach or gastroesophageal junction. N Engl J Med 2001;345: 725–730.
39 Estes NC. Macdonald JS. Touijer K, et al. Inadequate documentation and resection for gastric cancer in the United States. A preliminary report. Am Surg 1998;64:680–685.
40 Wanebo H, Kennedy BJ, Chmiel J, et al. Cancer of the stomach: a patient care study by the American College of Surgeons. Ann Surg 1993;218:583–592.
41 International Multicentre Pooled Analysis of Colon Cancer Trials (IMPACT) Investigators. Efficacy of adjuvant fluorouracil and folinic acid in colon cancer. Lancet 1995;345:939–944.
42 International Multicentre Pooled Analysis of Colon Cancer Trials (IMPACT B2) Investigators. Efficacy of adjuvant fluorouracil and folinic acid in B2 colon cancer. J Clin Oncol 1999;17:1356–1363.
43 Mamounas E, Wieand S, Wolmark N, et al. Comparative efficacy of adjuvant chemotherapy in patients with Duke's B versus Duke's C colon cancer: results from four National Surgical Adjuvant Breast and Bowel Project adjuvant studies (C-01, C-02, C-03 and C-04). J Clin Oncol 1999;17:1349–1355.

44 Hoverman JR. The logic of evidence [letter]. *J Clin Oncol* 2000;18: 942.

45 Harrington DP. The tea leaves of small trials [editorial]. *J Clin Oncol* 1999;17:1336.

46 Liver Infusion Meta-analysis Group. Portal vein chemotherapy for colorectal cancer: a meta-analysis of 4000 patients in 10 studies. *J Natl Cancer Inst* 1997;89:497–505.

47 Krook JE, Moertel CG, Mayer RJ, *et al*. Effective surgical adjuvant therapy of high-risk rectal carcinoma. *N Engl J Med* 1991;324: 709–715.

48 Fisher B, Wolmark N, Rockette H, *et al*. Postoperative adjuvant chemotherapy and radiation therapy for rectal cancer: results from NSABP Protocol R-01. *J Natl Cancer Inst* 1988;80:21–29.

49 Wolmark N, Wieand HS, Hyams DM, *et al*. Randomised trial of postoperative adjuvant chemotherapy with or without radiotherapy for carcinoma of rectum: National Surgical Adjuvant Breast and Bowel Project R-02. *J Natl Cancer Inst* 2000;92:388–396.

50 UKCCCR Anal Cancer Trial Working Party. Epidermoid anal cancer: results from the UKCCCR randomised trail of radiotherapy alone versus radiotherapy, 5-fluorouracil and mitomycin. *Lancet* 1996;348: 1049–1054.

51 Bartelink H, Roelofsen F, Eschwege F, *et al*. Concomitant radiotherapy and chemotherapy is superior to radiotherapy alone in the treatment of locally advanced anal cancer: results of a phase III randomised trial of the European Organisation for Research and Treatment of Cancer Radiotherapy and Gastrointestinal Cooperative Groups. *J Clin Oncol* 1997;15:2040–2049.

52 Berlin JD, Catalano P, Thomas JP, Kugler JW, Haller DG, Benson AB III. Phase III study of gemcitabine in combination with fluorouracil versus gemcitabine alone in patients with advanced pancreatic carcinoma: Eastern Cooperative Oncology Group Trial E2297. *J Clin Oncol* 2002;20:3270–3275.

53 Lassen UJ, Osterlind K, Hansen M, *et al*. Long-term survival in small-cell lung cancer: posttreatment characteristics in patients surviving 5 to 18+ years — an analysis of 1,714 consecutive patients. *J Clin Oncol* 1995;13:1215–1220.

54 Non-small Cell Lung Cancer Collaborative Group. Chemotherapy in non-small cell lung cancer: a meta-analysis using updated data on individual patients from 52 randomised clinical trials. *BMJ* 1995;311: 899–909.

55 Non-small Cell Lung Cancer Collaborative Group: Chemotherapy for non-small lung cancer (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

56 Pritchard RS, Anthony SP. Chemotherapy plus radiotherapy compared with radiotherapy alone in the treatment of locally advanced, unresectable non-small lung cancer. A meta-analysis. *Ann Intern Med* 1996;125:723–729.

57 Teirney JF. Adjuvant chemotherapy for soft-tissue sarcoma: review and meta-analysis of the published results of randomised trials. *Br J Cancer* 1995;72:469–475.

58 Sarcoma Meta-Analysis Collaboration. Adjuvant chemotherapy for localised soft-tissue sarcoma of adults: meta-analysis of individual data. *Lancet* 1997;350:1647–1654.

59 Sarcoma Meta-analysis Collaboration (SMAC). Adjuvant chemotherapy for localised resectable soft tissue sarcomas in adults (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

60 International Breast Cancer Study Group (IBCSG). Endocrine responsiveness and tailoring adjuvant therapy for postmenopausal lymph node-negative breast cancer: a randomised trial. *J Natl Cancer Inst* 2002;94:1054–1065.

61 Green JA, Kirwan JM, Tierney JF, *et al*. Survival and recurrence after concomitant chemotherapy and radiotherapy for cancer of the uterine cervix: a systematic review and meta-analysis. *Lancet* 2001;358: 781–786.

62 Green J, Kirwan J, Tierney J, *et al*. Concomitant chemotherapy and radiation therapy for cancer of the uterine cervix (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

63 Ovarian Cancer Meta-Analysis Project. Cyclophosphamide plus cisplatin versus cyclophosphamide, doxorubicin and cisplatin chemotherapy of ovarian cancer: a meta-analysis. *J Clin Oncol* 1991;9: 1668–1674.

64 Advanced Ovarian Cancer Trialists Group. Chemotherapy in advanced ovarian cancer: an overview of randomised trials. *BMJ* 1991;303:884–893.

65 Williams CJ, Stewart L, Parmar M, *et al*. Meta-analysis of the role of platinum compounds in advanced ovarian cancer. *Semin Oncol* 1992; 19(suppl 2):120–128.

66 West RJ, Zweig SF. Meta-analysis of chemotherapy regimens for ovarian carcinoma: a reassessment of cisplatin, cyclophosphamide and doxorubicin versus cisplatin and cyclophosphamide. *Eur J Gynaecol Oncol* 1997;18:343–348.

67 Advanced Ovarian Trialists' Group. Chemotherapy in advanced ovarian cancer: four systematic meta-analysis of individual patient data from 37 randomised trials. *Br J Cancer* 1998;78:1479–1487.

68 Advanced Ovarian Cancer Trialists' Group. Chemotherapy for advanced ovarian cancer (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

69 The ICON Collaborators. ICON2: randomised trail of single-agent carboplatin against three-drug combination of CAP (cyclophosphamide, doxorubicin and cisplatin) in women with ovarian cancer. *Lancet* 1998;352:1571–1576.

70 Tattersall MHN, Swanson CE, Solomon HJ. Long-term survival with advanced ovarian cancer: an analysis of 5-year survivors in the Australian trial comparing combination versus sequential chlorambucil and cisplatin therapy. *Gynaecol Oncol* 1992;47:292–297.

71 Morgan GW, Leong T, Berg D. Management of seminoma of testis: recommendations based on treatment results. *Aust NZ J Surg* 1997;67: 15–20.

72 Advanced Bladder Cancer Overview Collaboration. Does neoadjuvant *cis*-platinum based chemotherapy improve the survival of patients with locally advanced bladder cancer: a meta-analysis of individual patient data from randomised clinical trials. *Br J Urol* 1995;75:206–213.

73 Advanced Bladder Cancer Overview Collaboration. Neoadjuvant cisplatin for advanced bladder cancer (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

74 International Collaboration of Trialists. Neoadjuvant cisplatin, methotrexate and vinblastine chemotherapy for muscle-invasive bladder cancer: a randomised controlled trial. *Lancet* 1999;354:533–540.

75 Grossman HB, Natale RB, Tangen CM, *et al*. Neoadjuvant chemotherapy plus cystectomy compared with cystectomy alone for locally advanced bladder cancer. *N Engl J Med* 2003;349:859–866.

76 Advanced Bladder Cancer (ABC) Meta-analysis Collaboration. Neoadjuvant chemotherapy in invasive bladder cancer: a systematic review and meta-analysis. *Lancet* 2003;361:1927–1934.

77 Fine HA. Meta-analysis of radiation therapy with or without adjuvant chemotherapy for malignant gliomas in adults. *Cancer* 1993;71: 2585–2597.

78 Graham PH. Meta-analysis of radiation therapy with and without adjuvant chemotherapy for malignant gliomas in adults [letter]. *Cancer* 1993;72:3367.

79 Huncharek M. Multi-drug versus single agent chemotherapy for high grade astrocytoma: results of a met-analysis. *Anticancer Res* 1998:18: 2693–4697.

80 Glioma Meta-analysis Trialists (GMT) Group. Chemotherapy in adult high-grade glioma (Cochrane Review). The Cochrane Library. Oxford: Update Software Ltd; 2002 Issue 4.

81 Woods RL, Fox RM, Tattersall MHN, Levi J, Brodie GN. Metastatic carcinoma of unknown primary site: a randomised study of two combination-chemotherapy regimens. *N Engl J Med* 1980; 303:87–89.

82 Dowell JE. Garrett AM, Shyr Y, *et al*. A randomised phase II trial in patients with carcinoma of an unknown primary site. *Cancer* 2001;91: 592–597.

83 Specht L, Gray RG, Clarke MJ, Peto R. Influence of more extensive radiotherapy and adjuvant chemotherapy on long-term outcome in early-stage Hodgkin's disease: a meta-analysis of 23 randomised trials involving 3,888 patients. International Hodgkin's disease collaborative group. *J Clin Oncol* 1998;16:830–843.

84 Loeffler M, Brosteanu O, Hasenclever D, *et al*. Meta-analysis of chemotherapy versus combined modality treatment trials in Hodgkin's disease. International database on Hodgkin's disease overview study group. *J Clin Oncol* 1998;16:818–829.

MSJ App. 1178

85 Myeloma Trialists' Collaborative Group. Combination chemotherapy versus melphalan plus prednisone as treatment for multiple myeloma: an overview of 6,633 patients from 27 randomised trials. *J Clin Oncol* 1998;16:3832–3842.

86 Lister-Sharp D, McDonagh MS, Khan KS, Kleijnen J. A rapid and systematic review of the effectiveness and cost-effectiveness of the taxanes used in the treatment of advanced breast and ovarian cancer. *Health Technol Assess* 2000;4(17).

87 Bagnall A-M, Forbes C, Lewis R, Golder S, Riemsma R, Kleijnen J. An update of a rapid and systematic review of the effectiveness and cost-effectiveness of the taxanes used in the treatment of advanced ovarian cancer. National Institute for Clinical Excellence Assessment Report 55. http://www.nice.org.UK/pdf/55_Paclitaxel_ovarianreview_Assessmentreport.pdf.

88 Lyngstadaas A. Primary treatment of ovarian cancer. Oslo: The Norwegian Centre for Health Assessment Technology (SMM); 2003.

89 Choo C, Studts JL, Abell T, *et al*. Adjuvant chemotherapy for breast cancer: how presentation of recurrence risk influences decision-making. *J Clin Oncol* 2003;21:4299–4305.

90 Wieand HS. Is relative risk reduction a useful measure for patients or families who must choose a method of treatment [editorial]? *J Clin Oncol* 2003;21:4263–4264.

91 Simes RJ, Coates AS. Patient preferences for adjuvant chemotherapy of early breast cancer: how much benefit is needed? *J Natl Cancer Inst Monogr* 2001;30:146–152.

92 Silvestri G, Pritchard R, Welch G. Preferences for chemotherapy in patients with advanced non-small cell lung cancer: descriptive study based on scripted interviews. *BMJ* 1998;317:771–775.

93 Editorial. Stem-cell transplantation for high-risk breast cancer. *N Engl J Med* 2003;349:80–82.

94 Taratarone A, Romano G, Galasso R, *et al*. Should we continue to study high-dose chemotherapy in metastatic breast cancer patients? A critical review of the published data. *Bone Marrow Transplant* 2003; 31:130–136.

95 Meinardi MT, van der Graaf WTA, van Veldhuisen DJ, Gietema JA, de Vries GE, Sleijfer D. Detection of anthracycline-induced cardiotoxicity. *Cancer Treat Rep* 1999;25:237–247.

96 Tchen N, Juffs HG, Downie FP, *et al*. Cognitive function, fatigue, and menopausal symptoms in women receiving adjuvant chemotherapy for breast cancer. *J Clin Oncol* 2003;21:4175–4183.

97 Rose DP, Davis TE. Ovarian function in patients receiving adjuvant chemotherapy for breast cancer. *Lancet* 1997;2:1174–1176.

98 Goodwin PJ. Reversible ovarian ablation or chemotherapy: are we ready for quality of life to guide adjuvant treatment decisions in breast cancer [editorial]? *J Clin Oncol* 2003;21:4474–4475.

99 Doyle C, Crump M, Pintilie M, Oza AM. Does palliative care palliate? Evaluation of expectations, outcomes, and costs in women receiving chemotherapy for advanced ovarian cancer. *J Clin Oncol* 2001;19:1266–1274.

100 Ramirez AJ, Towlson KE, Leaning MS, Richards MA, Rubens R. Do patients with advanced breast cancer benefit from chemotherapy? *Br J Cancer* 1998;78:1479–1487.

101 Cooper RG. Combination chemotherapy in hormone resistant breast cancer [abstract]. *Proc Am Assoc Cancer Res* 1969;10:15.

102 Edelstcyn GA, Macrae ED. Cyclical combination chemotherapy in advanced carcinoma of breast. *Br J Cancer* 1973;28:459–461.

103 Stockler M, Wilcken NR, Ghersi D, Simes RJ. Systematic reviews of chemotherapy and endocrine therapy in metastatic breast cancer. *Cancer Treat Rev* 2000;26:151–168.

104 Fossati R, Confalonieri C, Torri V, *et al*. Cytotoxic and hormonal treatment for metastatic breast cancer: a systematic review of published randomised trials involving 31,510 women. *J Clin Oncol* 1998;16:3439–3460.

105 Bernhard J, Cella DF, Coates AS, *et al*. Missing quality of life data in cancer clinical trials: serious problems and challenges. *Stat Med* 1998; 17:517–532.

106 Chvetzoff G, Tannock IF. Placebo effects in oncology. *J Natl Cancer Inst* 2003;95:19–29.

107 Hrobjartsson A, Gotzsche PC. Is the placebo powerless? *N Engl J Med* 2001;344:1594–1602.

108 Therasse P. Measuring the clinical response. What does it mean? *Eur J Cancer* 2002;38:1817–1823.

109 Thiesse P, Ollivier L, Di Stefano-Louineau D, *et al*. Response rate accuracy in oncology trials: reasons for interobserver variability. *J Clin Oncol* 1997;15:3507–3514.

110 Pharmaceutical Benefits Pricing Authority Annual Report for the year ending 30 June 2001, Table 6a Significant Drug Groups — 12 months to end June, sorted by highest Government cost 2000–2001: pp 36, 37. http://health.gov.au/pbs/pricing/pbparpt.htm.

Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 JAG 1 of 5

Attachment P

Product Name :Graviola (b) (4)

Batch NO. (b) (4)

Quantity: (b) (4)

Produce date: Dec 20 2018

Expiration / Validity date: Dec 19 2020

ORIGIN: CHINA

FACTORY: SCIYU BIOTECH CO.,LTD

Storage:2 years when Store in a well-closed container away from moisture.

NO: 17/25

Exhibit JAG-16
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Page 393 of 460 of 5

Product Name : Cats Claw (b) (4)

Batch NO. (b) (4)

Quantity: (b) (4)

Produce date: Oct 15 2018

Expiration / Validity date: Oct 14 2020

ORIGIN: CHINA

FACTORY: SCIYU BIOTECH CO.,LTD

Storage:2 years when Store in a well-closed container away from moisture.

NO: 29/38

Exhibit JAG-16
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
page 09382 160/486 of 5

Product Name :Maca **(b) (4)**

Batch NO. **(b) (4)**

Quantity: **(b) (4)**

Produce date: Oct 15 2018

Expiration / Validity date: Oct 14 2020

ORIGIN: CHINA

FACTORY: SCIYU BIOTECH CO.,LTD

Storage:2 years when Store in a well-closed container away from moisture.

NO: 24/38

Exhibit JAG-16
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Product Name : Cayenne (b) (4)

Batch NO. (b) (4)

Quantity: (b) (4)

Produce date: Sep 02 2018

Expiration / Validity date: Sep 01 2020

ORIGIN: CHINA

FACTORY: SCIYU BIOTECH CO.,LTD

Storage:2years when Store in a well-closed container away from moisture.

Product Name : Turmeric **(b) (4)**

Batch NO. **(b) (4)**

Quantity: **(b) (4)**

Produce date: <u>Aug 25 2018</u>

Expiration / Validity date: <u>Aug 24 2020</u>

<u>ORIGIN: CHINA</u>

<u>FACTORY: SCIYU BIOTECH CO.,LTD</u>

Storage:2years when Store in a well-closed container away from moisture.

10/26/2017                                      Invoice

# Invoice #25579

### Order Details

**Ecuadorian Rainforest, LLC.**
25 Main Street
Building 6
Belleville, NJ 07109

Date Added 10/24/2017
Order ID: 25579
Sales Agent John Reid
**Payment Method** Purchase Order
**Shipping Method** Customer Shipping Account

**Telephone** 973-759-2002
**Fax:** 973-759-3002
**E-Mail** info@intotherainforest.com
**Web Site:** https://www.intotherainforest.com (https://www.intotherainforest.com)

| Payment Address | Shipping Adress |
|---|---|
| Huu | Huu |
| Tieu | Tieu |
| Golden Sunrise Pharmaceutical, i | Golden Sunrise Pharmaceutical |
| P.O. Box 510 | 20900 Avenue 200 |
| Porterville, California 93258 | Lindsay, California 93247 |
| United States | United States |
| htleu@goldensunrisepharmaceutical.com | |
| (559) 361-0097 | |

| Product | Model | Quantity | Unit Price | Total |
|---|---|---|---|---|
| (b) (4) | (b) (4) | (b) (4) | (b) (4) | $412.50 |
| | | | | $675.00 |
| | | | | $375.00 |
| Witch Hazel (b) (4) | | | | $993.75 |
| (b) (4) | | | | $481.25 |
| Bilberry (b) (4) | | | | $450.00 |
| (b) (4) | | | | $1,737.50 |
| | | | Sub-Total | $5,125.00 |
| | | | UPS Ground | $395.00 |
| | | | Customer Shipping Account | $0.00 |
| | | | Total | $5,520.00 |

### Customer Comment

PO E-mail

App. 0331

MSJ App. 1185

Exhibit JAG-14
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# Ecuadorian Rainforest LLC.
25 Main Street - Building # 6
Belleville, NJ 07109-3010
USA

Voice:  973-759-2002
Fax:  866-709-8910

# PACKING SLIP

Invoice Number:  17-111755
Invoice Date:  Oct 31, 2017
Page:  1

Sales Order Number:

| Bill To: | Ship to: |
|---|---|
| Golden Sunrise Pharmaceutical<br>P.O. Box 510<br>Porterville, CA 93258<br>USA | Golden Sunrise Pharmaceutical<br>20900 Ave. 200<br>Lindsay, CA 93247<br>USA |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| GOLDEN SUNRISE | 25579 | Prepaid | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| JOHN R. | UPS Ground | 10/31/17 | 10/31/17 |

| Order Qty | Item | Description | Shipped Prior | This Shipment |
|---|---|---|---|---|



WITCH HAZEL

BILBERRY

BDS Natural Products, Inc.
2779 El Presidio Street
Long Beach, CA 90810

Invoice

Invoice #:   00577886

Bill To:

Golden Sunrise Pharmaceuticals
DBA EDM Industries, Inc.
P.O. Box 8992
Porterville, CA 93258

Ship To:

Golden Sunrise Pharmaceuticals
DBA EDM Industries, Inc.
20900 Ave 200
Lindsay, CA 93247

| SALESPERSON | YOUR NO. | SHIP VIA | COL | PPD | SHIP DATE | TERMS | DATE | PG. |
|---|---|---|---|---|---|---|---|---|
| House | A112117 | Will Call Collect | | X | 11/22/2017 | Prepaid | 11/22/2017 | 1 |

| QTY. | ITEM NO. | DESCRIPTION | PRICE | UNIT | DISC % | EXTENDED | TX. |
|---|---|---|---|---|---|---|---|
| | | | | | | $1,310.50 | |
| | | | | | | $259.50 | |
| | | | | | | $241.00 | |

(b) (4)

We appreciate your business.

| | |
|---|---|
| Sale Amt.: | $1,811.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| Total Amt.: | $1,811.00 |
| Paid Today: | $0.00 |
| Balance Due: | $1,811.00 |

# Bank of America

## Funds Transfer Request Authorization (FTRA)

### Customer Information

| | | | |
|---|---|---|---|
| Name: | EDM INDUSTRIES, INC | Address: | 20900 AVENUE 200 |
| Phone: | (559)361-0097 | | LINDSAY |
| | | | 932479421 US |

### Account Information

| | |
|---|---|
| Account: | BUS_2390 |
| Account Title: | EDM INDUSTRIES, INC |
| Requestor Name: | HUU SAI TIEU |

### Wire Information

| | | | |
|---|---|---|---|
| Wire Type: | INTERNATIONAL | Wire Date: | 10/29/2018 |
| Country: | CN | Wire Amount (USD): | 12,875.00 |
| Currency of Recipient Account: | USD | Wire Amount (FX): | 0.00 |
| Source: | IN PERSON | Exchange Rate: | 0.0000 |
| ID Verification/Type: | U.S. DRIVER'S LICENSE (WITH OR WITH | Ref ID: | |
| ID Verification/Type: | BANK OF AMERICA DEBIT CARD, ATM CAR | Wire Fee: | 0.00 |

### Recipient Information

| | | | |
|---|---|---|---|
| Recipient Name: | SCIYU BIOTECH CO., LTD | Bank Name: | BANK OF CHINA LIMITED |
| Account Number Type: | ACCOUNT NUMBER | Bank ID: | BKCHCNBJ620 |
| Account Number: | | Address: | 38 JUHUA YUAN DONG DA STREET |
| Address: | 9 CHANG AN BEILU XI'AN | | XI'AN |
| | CHINA | | SHAANXI 710001 CN |
| | CN | | |

Information about payment:

| | | | |
|---|---|---|---|
| Purpose of Payment: | GOODS | Additional Phone Advice: | |
| Additional Reference Information: | | Additional Bank Instructions: | |

### Customer Approval

I authorize Bank of America to transfer my funds as set forth in the instructions herein (including debiting my account if applicable), and agree that such transfer of funds is subject to this Funds Transfer Agreement (see disclosure pages of this form) and applicable fees. If this is a foreign currency wire transfer, I accept the conversion rate provided by Bank of America at the time the wire is sent. Exchange rates are determined by Bank of America. N.A. in our sole discretion. You may be able to get a better exchange rate if you handle this transaction online instead of in the financial center. Please see the Funds Transfer Agreement for futher information regarding our exchange rates. For a Consumer International wire: We rely on you, the customer, to inform us of the currency of the receiving account (denoted under 'Currency of Recipient Account') so that we may disclose the exchange rate for conversion in the wire process. If you chose to send USD rather than the foreign currency of the receiving account, we will honor your choice, however, we will not be able to provide exchange rate information. Additionally, so that we may provide required disclosures, you must remain in the financial center until we provide you the Remittance Transfer Receipt (RTR). If you leave prior to receiving the RTR, we will cancel the international remittance transfer.

Customer Signature _____   Date of Request 10 / 27 / 18

**IMPORTANT: FOR EACH WIRE Indicate Method of Signature Verification: (must complete one of the below)**

| Not Applicable (check box if no signature verification is required) | Signature Card (check box if signature card was reviewed) | Business Resolution (check box if business resolution was reviewed) | Posted Check# (reference PRO for date guidelines) (complete field below) Check # | Leader Exception Granted (leader must place their initials or signature in box below) Exception Reason: |
|---|---|---|---|---|
| | | | | |

### FOR BANK USE ONLY: Financial Center Information

| | | | |
|---|---|---|---|
| Financial Center Name | PORTERVILLE | Date: | October 27, 2018 |
| Company #/Cost Center #: | 00318 0000807 | Phone #: | 559-791-7119 |
| Initiating Associate Name: | RAYA, SOCORRO | Remittance ID #: | T6PNW2PLW |



西安森宇生物科技有限公司
## PROFORMA INVOICE
西安市唐延路东侧逸翠园二期2#21025室

| SELLER | S/C NO. : | SY-GS201822075 |
|---|---|---|
| SCIYU BIOTECH CO., LTD | | |
| Address :2-21025，I -building，TANYAN SOUTH ROAD, XI'AN 710065, CHINA | Invoice No | SY-IN201822075 |
| | DATE | 2018/12/21 |
| BUYER | Term of shipping | CIF TO Los Angeles  BY SEA |
| GOLDEN SUNRISE NUTRACEUTICAL, | Terms of Payment | 100% T/T IN ADVANCE |
| 20900 Avenue 200 | From | Tian Jin |
| LINDSAY, CA 93247 USA | To | Los Angeles |

| NO | Product Information | Quantity(kg) | Unit price  ( usd/ kg) CIF  Los Angeles BySea | Total Amount IN USD |
|---|---|---|---|---|

(b) (4)

Exhibit JAG-14
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



| | 350 |
| | 375 |
| | 300 |
| | 500 |
| | 650 |
| | 550 |
| | 550 |
| | 900 |
| | 950 |
| | 950 |
| | 550 |
| TWELVE THOUSAND EIGHT HUNDRED AND SEVENTY-FIVE | 12875 |

Pls transfer payment to this bank account below :

Receiver: SCIYU BIOTECH CO., LTD
Name of Bank: BANK OF CHINA  XI'AN NAN JIAO SUB-BRANCH
BANK ADDRESS: 9 Chang an beilu Xi'an，China
Bank Account: ███████
Swift Code: BKCHCNBJ620
Country: China

MSJ App. 1190

SCITO BIOTECH CO., LTD

ADDRESS: 2-21025, 1 -BUILDING, TANYAN SOUTH
ROAD, XI'AN  710065, CHINA
TEL: +86-29-85352822 FAX: +86-29-85252852

Consignee
GOLDEN SUNRISE NUTRACEUTICAL, INC
20900 AVENUE 200  LINDSAY, CA 93247 USA
TEL:  15593610097

Notify party
TDC INTERNATIONAL EXPRESS INC.
14525 VALLEY VIEW AVE., SUITE I
SANTA FE SPRINGS, CA 90670
T: 562-921-8700

Pre-Carriage by T-8702         Place of receipt

Ocean Vessel         Voy No.        Port of loading
YM UNICORN V. 033E             SHANGHAI

Port of discharge                 Place of delivery
LOS ANGELES, CA                LOS ANGELES, CA

Container No.   Seal No.   No. of Contain-  Kind of packages; description of goods   Gross weight   Measurement
                Marks and Numbers   ners of pkgs.

PRODUCT NAME: PASSION
FLOWER (b) (4)
BATCH NO.
SY-HB-PF181005
QUANTITY: (b) (4)
PRODUCE DATE: OCT 05
2018
EXPIRATION / VALIDITY
DATE: OCT 04 2020
ORIGIN: CHINA
FACTORY: SCIYU BIOTECH
TEMU1551551 YMAC846027

PRODUCT NAME: (b) (4)
(b) (4)
BATCH NO.
SY-HB-CE181012
(b) (4)
PRODUCE DATE: OCT 12
2018

(b) (4) PASSION FLOWER (b) (4)
MACA (b) (4)
GOUT KOLA (b) (4)
(b) (4)

SCAC CODE: AVLC
AMS NO: CJOE1811385
MBL: W236155582

SURRENDERED

EVER LINE

CJOE1811385

W236155582

COMBINED TRANSPORT BILL OF LADING

RECEIVED in apparent good order and condition except as otherwise noted
the total number of Containers or Packages or units enumerated below for
transportation from the place of receipt to the place of delivery subject to the
terms hereof. One of the original Bills of Lading must be surrendered duly endorsed
(duly endorsed) to the Carrier by or on behalf of the Holder, the rights and liabilities
arising in accordance with the terms here af shall (without prejudice to any rule
of common law or statute rendering them binding on the Merchant) become binding
in all respects between the Carrier and the-Holder as though the contract evidenced
hereby had been made between them.
IN WITNESS whereof the number of original Bills of Lading stated below have
been signed, one of which being accomplished, the other (s) to be void.

For delivery please apply to:
ECI WORLDWIDE USA - LAX
161 WEST VICTORIA STREET, SUITE 200 LONG
BEACH, CA 90805
CONTACT: ARUN KUMAR
TEL: +1 310 817 2746/866 3266648   FAX: -1 310
622 4184                    Final Destination
LMA11  ARUNKUMARI@ECIWORLDWIDE.COM

CY TO CY PART OF 1X40' HQ
FREIGHT PREPAID

Freight and Charges     Revenue Tons    Rate    Per    Prepaid    Collect

Ex. Rate    Prepaid at              Payable at         Place and date of issue

            Total prepaid in local currency    No. of original B(s)/L    ON BOARD DATE:
                                              THREE

            Laden on board the Vessel

Date

**ORIGINAL**

By

By                              As Agent For The Carries

EVER LINE SHIPPING INC

Exhibit JAG-13
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Attachment R

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

Batch Number: GSN-000001
Item Number: KMH-1
Description: KemoHerb-NR

Order Quantity: (b) (4)
Page: 1 of 5

| Item (#) | Description | Claim per Serving | Overage (%) | Quantity Requested | Unit of Measure | Quantity Issued | Batch (#) | Complete by/Date | Verify by/Date |
|---|---|---|---|---|---|---|---|---|---|
| (b) (4) | | | | | | | N/A | 11-07-17 | 11-07-17 |

Each component must be (b) (4)

Total volume in ounces: __(b) (4)

**Master Manufacturing Record Approvals:**

| DOCUMENT NAME: Manufacturing Batch Record (MBR) - Item Number (#) and Bulk Liquid | | | |
|---|---|---|---|
| REVISION NUMBER | REVISON DATE | APPROVALS | |
| | | Production | Quality |
| N/A | | 11/07/2017 | 11/07/2017 |

## MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
|---|---|
| Item Number: KMH-1 | Page: 2 of 5 |
| Description: KemoHerb-NR | |

**REPRESENTATIVE LABEL SAMPLE**

*KemoHerb-NR*
Dietary Supplement



**WARNING**
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing

Net Content: (25 capsules)

**SUPPLEMENT FACTS**
Serving Size: 350gm per capsule
Serving Per Container: 25 capsules

| Amount Per Serving | | %DV |
|---|---|---|
| Gotu Kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Green Tea, Rhodiola,
Yucca, and Turmeric.

## MIXING MANUFACTURING BATCH RECORD
### CONFIDENTIAL
**Golden Sunrise Pharmaceutical, Inc.**
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
|---|---|
| Item Number: KMH-1 | Page: 3 of 5 |
| Description: KemoHerb-NR | |

**MIXING OPERATIONS**

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|
| | (b) (4) | ML 11/07/17 |
| | | M 11/07/17 |

Exhibit JAG-13
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity (b) (4) |
|---|---|
| Item Number: KMH-1 | Page: 4 of 5 |
| Description: KemoHerb-NR | |

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|

(b) (4)

11/07/2017

11/07/2017

Exhibit JAG-13
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.

560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity (b) (4) |
| Item Number: KMH-1 | Page: 5 of 5 |
| Description: KemoHerb-NR | |

Record explanations for corrective actions or other batch record documentation.

| Comments | By/Date |
|---|---|
| N/A | |

**KemoHerb-NR**

Dietary Supplement

**SUPPLEMENT FACTS**

Serving Size: 350gm per capsule
Serving Per Container: 25 capsules

| Amount Per Serving | | %DV |
|---|---|---|
| Gotu Kola | 60mg | ** |
| Foti | 35mg | ** |
| Vinca | 45mg | ** |

** Daily Value (DV) not established.

Other ingredients: Green Tea, Rhodiola, Yucca, and Turmeric.

**WARNING**
Keep out of reach of Children
Do not use if safety seal is broken or missing

Net Contents (25 capsules)

**Golden Sunrise Nutraceutical, Inc.**
*KemoHerb-NR*
Date: 11/07/2017
4.5-lbs

Exhibit JAG-13
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Page 398 of 486 of 8



Dietary Supplement

| Ingredients | CAS No.: or HS-Code: | Percent (%) |
|---|---|---|
| | | (b) (4) |



**CAUTION**
Keep out of Reach of Children and Pets

*EDM Industries*
P.O. Box 8992
Porterville, CA 93258
U.S.A.

Exhibit JAG-13
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Page 3 of 8

EDM Industries Inc.
P.O. Box 8552
Porterville, CA 93258

**Invoice**

INVOICE NO.

INVOICE DATE  10/15/2017

CUSTOMER ORDER NUMBER

SOLD TO:
Golden Sunrise Nutraceutical

SHIP TO:

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|
| | | | |

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| (b) (4) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

A-NC2872-NC3872/T-3813                                                         11-12

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Page 11 of 11

Attachment S

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity: **(b) (4)** |
| Item Number: KMH-1 | Page: 1 of 5 |
| Description: KemoHerb-PI | |

| Item (#) | Description | Claim per Serving | Overage (%) | Quantity Requested | Unit of Measure | Quantity Issued | Batch (#) | Complete by/Date | Verify by/Date |
|---|---|---|---|---|---|---|---|---|---|
| **(b) (4)** | | | | | | | N/A | M 11-07-17 | 11-07-17 |

Each component must be **(b) (4)**

Total volume in ounces: — **(b) (4)** —

Master Manufacturing Record Approvals:

| DOCUMENT NAME: Manufacturing Batch Record (MBR) - Item Number (#) and Bulk Liquid | | |
|---|---|---|
| REVISION NUMBER | REVISON DATE | APPROVALS |
| | | Production | Quality |
| N/A | | *[signature]* 11/07/2017 | *[signature]* 11/07/2017 |

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity (b) (4) |
| Item Number: KMH-1 | Page: 2 of 5 |
| Description: KemoHerb-PI | |

**REPRESENTATIVE LABEL SAMPLE**



*KemoHerb-PI*

Dietary Supplement

Golden Sunrise
NUTRACEUTICAL

**WARNING**
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing

Net Content: (25 capsules)

| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: 350gm per capsule | | |
| Serving Per Container: 25 capsules | | |
| Amount Per Serving | | %DV |
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |
| ** Daily Value (DV) not established. | | |

Other ingredients: Chuchuhuasi, Cayenne,
Maca, and Turmeric.

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
**Golden Sunrise Pharmaceutical, Inc.**
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
| Item Number: KMH-1 | Page: 3 of 5 |
| Description: KemoHerb-PI | |

## MIXING OPERATIONS

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|
| | (b) (4) | M 11/07/17 |
| | | M 11/07/17 |

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

## MIXING MANUFACTURING BATCH RECORD
### CONFIDENTIAL
**Golden Sunrise Pharmaceutical, Inc.**
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: **(b) (4)** |
|---|---|
| Item Number: KMH-1 | Page: 4 of 5 |
| Description: KemoHerb-PI | |

| Step | Instructions | Completed by/Date<br>Verified by/Date |
|---|---|---|



1-07/2017

M

11-07-2017

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001<br>Item Number: KMH-1<br>Description: KemoHerb-PI | Order Quantity: Five **(b) (4)**<br>Page: 5 of 5 |

Record explanations for corrective actions or other batch record documentation.

| Comments | By/Date |
|---|---|
| N/A | |

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



Kemo Herb-PI
Dietary Supplement

Golden Sunrise
NUTRACEUTICAL

WARNING
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing

Net Content (25 capsules)

**SUPPLEMENT FACTS**

Serving Size: 350gm per capsule
Serving Per Container: 25 capsules

| Amount Per Serving | | %DV |
|---|---|---|
| Bilberry | 40mg | ** |
| Graviola | 120mg | ** |
| Goldenseal | 50mg | ** |

** Daily Value (DV) not established.

Other ingredients: Chuchuhuasi, Cayenne, Maca, and Turmeric.

**Golden Sunrise Nutraceutical, Inc.**
*KemoHerb-PI*
Date: 11/07/2017
4.5-lbs

# Pick List

**Herbs America**

Maca Magic and Amazon Therapeutic Labs
PO Box 446
Murphy, OR 97533

| Invoice # | Order Date | Ship Date | S.O. No. |
|---|---|---|---|
| | 8/16/2017 | 8/16/2017 | 12685 |

| Bill To | Ship To |
|---|---|
| Golden Sunrise Pharmaceutical<br>Huu Tieu<br>P.O.Box 510<br>Porterville, CA 93258 | Golden Sunrise Pharmaceutical<br>Huu Tieu<br>20900 Avenue 200<br>Lindsay, CA 93247 |

| Customer E-mail | Customer Phone | P.O. No. | Ship Via | Tracking Number |
|---|---|---|---|---|
| htieu@goldensunrisepharmace... | 559.361.0097 | | USPS | |
| Customer Contact | Customer Fax | Rep | Terms | Customer Type |
| | | JS | Credit Card | Wholesale |

| Item Code | Description | QTY | Cases | Picked | U/M | Rate | Amount |
|---|---|---|---|---|---|---|---|
| FG00695 | Una de Gato (Uncaria tomentosa) (AKA Cat's Claw) c/s Wild Harvest per lb | (b) (4) | | | lb | (b) (4) | 999.50 |
| 25% Disc... | Discount 25% | | | | | | -249.88 |
| FG00273 | Chuchuhuasi (Maytenus macrocarpa) Chopped Bark c/s per lb | | | | lb | | 2,499.00 |
| 25% Disc... | Discount 25% | | | | | | -624.75 |
| FG00414 | Graviola (Annona muricata) Wild Harvest c/s per lb | | | | lb | | 1,999.00 |
| DISCOU... | Discount 50% | | | | | | -999.50 |
| FG00027 | Maca Magic (Lepidium meyenii) Organic/Kosher Powder 1 ea 10kg/22lb bag | | | | ea | | 179.99 |
| Freight C... | Freight Charge | | | | | | 0.00 |

| | Total | $3,803.36 |
|---|---|---|

EDM Industries Inc.
P.O. Box 8552 .
Porterville, CA 93258

**Invoice**

INVOICE NO.

INVOICE DATE  10/15/2017

CUSTOMER

SOLD TO: Golden Sunrise Nutraceutical

SHIP TO:

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| (b) (4) | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

A-NC2872-NC3872/T-3813

TI-12

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



Dietary Supplement

| Ingredients | CAS No.: or HS-Code: | Percent (%) |
|---|---|---|



**CAUTION**
Keep out of Reach of Children and Pets

EDM Industries
P.O. Box 8992
Porterville, CA 93258
U.S.A.

Exhibit JAG-12
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Golden Sunrise Nutraceutical, Inc.

# Invoice

P.O. Box 510
PORTERVILLE, CA 93258

| Date | Invoice # |
|------|-----------|
| 1/25/2019 | 213 |

| Bill To |
|---------|
| Birmingham Royal Oak Medical Group<br>5130 Coolidge Hwy.<br>ROYAL OAK, MI 48073 |

| Ship To |
|---------|
| |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| GEORGE | 1% 10 Net 30 | | 1/25/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2 | ImunStem | Dietary Supplement | 162.50 | 325.00 |
| 2 | Aktiffvate | Dietary Supplement | 162.50 | 325.00 |
| 1 | KemoHerb-PI | Dietary Supplement | 1,200.00 | 1,200.00 |
| 1 | KemoHerb-NR | Dietary Supplement | 1,200.00 | 1,200.00 |

Thank you for your business.

**Total** $3,050.00

MSJ App. 1209



```
                PORTERVILLE
                65 W MILL AVE
                PORTERVILLE
                    CA
                 93257-9998
                0562040557
01/17/2019   (800)275-8777   11:17 AM
=======================================
=======================================
Product            Sale         Final
Description         Qty         Price

PM 2-Day            1           $17.30
   (Domestic)
   (ROYAL OAK, MI  48073)
   (Weight:2 Lb 4.80 Oz)
   (Expected Delivery Date)
   (Saturday 01/19/2019)
   (USPS Tracking #)
   (9505 5154 5227 9017 1545 82)
Insurance           1           $0.00
   (Up to $50.00 included)

Total                           $17.30

Debit Card Remit'd              $17.30
   (Card Name:VISA)
   (Account #:XXXXXXXXXXXX6104)
   (Approval #:          )
   (Transaction #:436)
   (Receipt #:011259)
   (Debit Card Purchase:$17.30)
   (Cash Back:$0.00)
   (AID:A0000000980840      Chip)
   (AL:US DEBIT)
   (PIN:Verified)

  Includes up to $50 insurance

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com

   All sales final on stamps and postage
  Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

  840-5950-0039-002-00022-05162-02

        or scan this code with
         your mobile device:
```



Associate can show you how

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

          Preview your Mail
          Track your Packages
          Sign up for FREE @
          www.informeddelivery.com

   All sales final on stamps and postage
  Refunds for guaranteed services only
       Thank you for your business

       HELP US SERVE YOU BETTER

     TELL US ABOUT YOUR RECENT
          POSTAL EXPERIENCE

              Go to:
    https://postalexperience.com/Pos

  840-5950-0039-002-00022-05162-02

        or scan this code with
         your mobile device:



```
        or call 1-800-410-7420

        YOUR OPINION COUNTS



Bill #:  840-59500039-2-2205162-2
Clerk:   14
```

Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFiDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
| Item Number: KMH-02 | Page: 1 of 6 |
| Description: KemoHerb-2 | |

| Item (#) | Description | Claim per Serving | Overage (%) | Quantity Requested | Unit of Measure | Quantity Issued | Batch (#) | Complete by/Date | Verify by/Date |
|---|---|---|---|---|---|---|---|---|---|
| (b) (4) | | | | | Fluid ounces (fl.oz.) | (b) (4) | N/A | M 02/03/17 | 02/03/17 |
| (b) (4) | | | | | Fluid ounces (fl.oz.) | (b) (4) | N/A | M 02/03/17 | 02/03/17 |

Each component must be (b) (4)

Total volume in ounces: (b) (4)

Master Manufacturing Record Approvals:

| REVISION NUMBER | REVISON DATE | APPROVALS | |
|---|---|---|---|
| | | DOCUMENT NAME: Manufacturing Batch Record (MBR) - Item Number (#) and Bulk Liquid | |
| | | Production | Quality |
| N/A | | _(signature)_ 02/03/2017 | _(signature)_ 02/03/2017 |

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
|---|---|
| Item Number: KMH-02 | Page: 2 of 6 |
| Description: KemoHerb-2 | |

REPRESENTATIVE LABEL SAMPLE



# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| | |
|---|---|
| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
| Item Number: KMH-02 | Page: 3 of 6 |
| Description: KemoHerb-2 | |

## MIXING OPERATIONS

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|
| | (b) (4) | M— 02/03/17 |
| | | M 02/03/17 |
| | | m |
| | | m |
| | | m |

Exhibit JAG-11
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
|---|---|
| Item Number: KMH-02 | Page: 4 of 6 |
| Description: KemoHerb-2 | |

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|



N/A

MSJ App. 1214

Exhibit JAG-11
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| Batch Number: GSN-000001 | Order Quantity: (b) (4) |
|---|---|
| Item Number: KMH-02 | Page: 5 of 6 |
| Description: KemoHerb-2 | |

| Step | Instructions | Completed by/Date Verified by/Date |
|---|---|---|
| | (b) (4) | 02/03/2017 ML 02/03/2017 |

Exhibit JAG-11
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * PORTERVILLE, CA 93257

| Batch Number: GSN-000001<br>Item Number: KMH-02<br>Description: KemoHerb-2 | Order Quantity: **(b) (4)**<br>Page: 6 of 6 |
|---|---|

Record explanations for corrective actions or other batch record documentation.

| Comments | By/Date |
|---|---|
| N/A | |

EDM Industries Inc.
P.O. Box 8552
Porterville, CA 93258

**INVOICE NO.**

**Invoice**

INVOICE DATE: 01/25/2017

CUSTOMER ORDER NUMBER

| SOLD TO: | SHIP TO: |
|---|---|
| Golden Sunrise Nutraceutical | |

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. |
|---|---|---|---|

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| (b) (4) | | | | |

A-NC2872-NC3872/T-3813

11

Exhibit JAG-11
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Exhibit JAG-11



Dietary Supplement



Ingredients                    CAS No.: or HS-Code:         Percent (%)

CAUTION
Keep out of Reach of Children and Pets

*EDM Industries*
P.O. Box 8992
Porterville, CA 93258
U.S.A.

Golden Sunrise Nutraceutical, Inc.

219 N. E Street
PORTERVILLE, CA 93257

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/1/2019 | 182 |

| Bill To |
|---------|
| Birmingham Royal Oak Medical Group<br>5130 Coolidge Hwy.<br>ROYAL OAK, MI 48073 |

| Ship To |
|---------|
|  |

| P.O. Number | Terms | Rep | Ship | Via | F.O.B. | Project |
|-------------|-------|-----|------|-----|--------|---------|
| GEORGE | 1% 10 Net 30 | | 1/1/2019 | | | |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 4 | ImunStem | Dietary Supplement | 162.50 | 650.00 |
| 4 | Aktiffvate | Dietary Supplement | 162.50 | 650.00 |
| 2 | KemoHerb-1 | Dietary Supplement | 1,200.00 | 2,400.00 |
| 2 | KemoHerb-2 | Dietary Supplement | 1,200.00 | 2,400.00 |

Thank you for your business.

| Total | $6,100.00 |
|-------|-----------|



P.O. BOX 510
PORTERVILLE, CA 93258

**Invoice**

INVOICE NO.



INVOICE DATE 01 / 01 / 2019

CUSTOMER ORDER NUMBER

SOLD TO: BIRMINGHAM Royal Oak Medical Group
5130 Coolidge Hwy.
Royal Oak, MI 48073

SHIP TO:

248.288.9500

| SALESPERSON | SHIPPED VIA | TERMS | F.O.B. DR. GEORGE |
|---|---|---|---|

| QTY ORDERED | QTY SHIPPED | DESCRIPTION | UNIT | AMOUNT |
|---|---|---|---|---|
| | 4 | IMUNSTEM | | |
| | 4 | AKTIFFVATE | | |
| | 2 | KEMOHERB - 1 | | |
| | 2 | KEMOHERB - 2 | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 11- |

A-NC2872-NC3872/T-3813

App. 0366

Exhibit JAG-11
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
Exhibit JAG-11

```
=====================================
            PORTERVILLE
            65 W MILL AVE
            PORTERVILLE
               CA
            93257-9998
            0562040557
01/03/2019    (800)275-8777   12:48 PM
=====================================
=====================================
Product              Sale      Final
Description          Qty       Price

USPS Retail           1       $16.69
Ground
      (Domestic)
      (ROYAL OAK, MI  48073)
      (Weight:2 Lb 5.40 Oz)
      (Estimated Delivery Date)
      (Thursday 01/10/2019)
      (USPS Tracking #)
      (9534 6154 5228 9003 1836 55)
First-Class           1        $4.10
Package
Service -
Retail
3 Days
      (Domestic)
      (SALT LAKE CITY, UT  84115)
      (Weight:0 Lb 8.80 Oz)
      (Estimated Delivery Date)
      (Monday 01/07/2019)
      (USPS Tracking #)
      (9500 1154 5228 9003 1836 60)
-------------------------------------
Total                         $20.79

Debit Card Remit'd            $20.79
      (Card Name:VISA)
      (Account #:XXXXXXXXXXXX6104)
      (Approval #:     )
      (Transaction #:191)
      (Receipt #:013002)
      (Debit Card Purchase:$20.79)
      (Cash Back:$0.00)
      (AID:A0000000980840       Chip)
      (AL:US DEBIT)
      (PIN:Verified)
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
    ---- POSTAL EXPERIENCE ----

            Go to:
https://postalexperience.com/Pos

840-5950-0039-003-00023-49978-02

```
Debit Card Remit'd            $20.79
      (Card Name:VISA)
      (Account #:XXXXXXXXXXXX6104)
      (Approval #:     )
      (Transaction #:191)
      (Receipt #:013002)
      (Debit Card Purchase:$20.79)
      (Cash Back:$0.00)
      (AID:A0000000980840       Chip)
      (AL:US DEBIT)
      (PIN:Verified)
```

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

            Preview your Mail
            Track your Packages
            Sign up for FREE @
            www.informeddelivery.com

All sales final on stamps and postage
Refunds for guaranteed services only
      Thank you for your business

      HELP US SERVE YOU BETTER

    TELL US ABOUT YOUR RECENT
    ---- POSTAL EXPERIENCE ----

            Go to:
https://postalexperience.com/Pos

840-5950-0039-003-00023-49978-02

      or scan this code with
      your mobile device:



      or call 1-800-410-7420.

      YOUR OPINION COUNTS

Bill #:  840-59500039-3-2349978-2
Clerk:   15

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

# MANUFACTURE

# Golden Sunrise Pharmaceutical

### 560 W. Putnam Avenue, Suite 2
### Porterville, CA 93257

**Phone No.: (559) 781-0658**
**Fax No.: (559) 788-2946**

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 426 of 486

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2  *  Porterville, CA 93257

Batch No.: GS-0000001
Item No.: IS-01
Description: ImunStem

Order Quantity (b) (4)
Page: 1 of 6

| Item (#) | Description | Claim per Serving (mL) | Overage (%) | Quantity Requested | Unit of Measure | Quantity Issued | Batch (#) | Complete by/Date | Verify by/Date |
|---|---|---|---|---|---|---|---|---|---|
| (b) (4) | | | | | Fluid ounces (fl.oz.) | (b) (4) | 150001 | M 03-17-15 | 03-17-15 |
| | | | | | Fluid ounces (fl.oz.) | | 150002 | M 03-17-15 | 03-17-15 |
| | | | | | Fluid ounces (fl.oz.) | | 150003 | M 03-17-15 | 03-17-15 |

Each component must be within (b) (4)

Total volume in ounces: (b) (4)

Master Manufacturing Record Approvals:

| DOCUMENT NAME: Manufacturing Batch Record (MBR) - Item Number (#) and Bulk Liquid | | | |
|---|---|---|---|
| REVISION NUMBER | REVISION DATE | APPROVALS | |
| | | Production | Quality |
| A | | 03-17-2015 | 03-17-2015 |

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 2 of 28

# MIXING MANUFACTURING BATCH RECORD
## CONFIDENTIAL
### Golden Sunrise Pharmaceutical, Inc.
560 W. Putnam Avenue, Suite 2 * Porterville, CA 93257

| | |
|---|---|
| Batch No.: GS-0000001 | Order Quantity: (b) (4) |
| Item No.: IS-01 | Page: 2 of 6 |
| Description: ImunStem | |

REPRESENTATIVE LABEL SAMPLE

**ImunStem**®
For Oral Solution

**WARNING**
Keep Out of Reach of Children
do not use if safety seal is
damaged or missing

Golden Sunrise
Pharmaceutical, Inc.

Net Content: (1 fl.oz.)

| SUPPLEMENT FACTS | | |
|---|---|---|
| Serving Size: (0.50 – 1.00ml) (491.50ml) | | |
| Serving Per Container: 25 – 50 serving | | |
| Amount Per Serving %DV | | |
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

**Other ingredients:** d-Limonene, solvents, organic compounds, Cassia oil and Yucca extract.

Expiration date: April 2018

MSJ App. 1224

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 4 of 28



P.O. Box 510 * Porterville, CA 93258

Fax No.: (559) 788 - 2946

Phone No.: (559) 781 - 0658

## CERTIFICATE OF ANALYSIS

**Name:**     Golden Sunrise Pharmaceutical, Inc.

**Product Name:**     IMUNSTEM

**Item Number:**     IS-01

**Lot Number:**     A1500001

**Ship Date:**     March 25, 2015

**Date of Manufacture:**     March 17, 2015

### ANALYTICAL RESULTS

| Determination | Units | Specifications | Result | Test Method |
|---|---|---|---|---|
| pH | | (b) (4) | 6.70 | N/A |
| Type | Liquid | | Confirms | N/A |
| Color | | | Black | N/A |
| Brix | Percent (%) | | 37 | N/A |
| Odor | Characteristic | | Confirms | Smell |
| Taste | Characteristic | | Confirms | Oral Taste |

**REMARKS:**



Page 1 of 1

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19 3/22/19 Pg 5 of 28



P.O. Box 510 * Porterville, CA 93258

Fax No.: (559) 788 - 2946

Phone No.: (559) 781 - 0658

**Product Name: ImunStem**
**Item No.: IS-01**
**Lot No.: A1500001**
**Expiration Date: April, 2018**



App. 0372

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-3/22/19 JAG-6 of 28



*Imunstem®*
Dietary Supplement

**WARNING**
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing

**Golden Sunrise
Nutraceutical, Inc.**
Net content: (1 fl. oz.)

## Supplement Facts

Serving Size: (0.50 - 1.00ml) (491.50mg)
Servings Per Container: 20 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |
| ** Daily Value (DV) not established. | | |

**Other Ingredients:** d-Limonene, solvents, organic
compounds, Cassia oil and Yucca extract.

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



**ImunStem®**
For Oral Solution

**WARNING**
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing
Golden Sunrise
Nutraceutical, Inc.
Net content: (1 fl. oz.)

pplement Facts
Size: (0.50 - 1.00ml) (491.50mg)
Per Container: 25 - 50 servings

| Per Serving | | %DV |
|---|---|---|
| extract | 260mg | ** |
| ract | 52mg | ** |
| extract | 63mg | ** |
| lue (DV) not established. | | |

tents: d-Limonene, solvents, organic
-issue oil and Yucca extract.

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-2/21/19 206 of 425



# MANUFACTURE

# WEPACKITALL

**2745 Huntington Drive
Duarte, CA 91010**

**Phone No.: (626) 301-9214
Fax No.: (626) 301-9216**

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-3/22/19 JAG 9 of 34



## NSF International

789 Dixboro Road, Ann Arbor, Michigan 48105
(800) 673-6275



GMP Registered
www.nsf.org

## WePackItAll

2745 Huntington Drive

Duarte, CA 91010

has been assessed by NSF International and found to be in compliance with:

## GMP Requirements in

## NSF/ANSI Standard 173, Section 8

DIETARY SUPPLEMENTS

*(signature)*

September 13, 2012
Certificate Number:   C0094422 - 03
Initial Certification:   April 13, 2012

Edward Wyszumiain, General Manager
Dietary Supplements

This certificate is the property of NSF International and must be returned upon request. Products are evaluated and company is audited for compliance on a regular basis. To verify registration visit our web site at nsf.org.

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

KG

LIQUID IMUNSTEM

-5J2

LOT: A1500001                    *SURPLUS*
HEAT: S 04/01/2018
SERIAL: 1BT≡**(b) (4)** KG F0018563

W/O:                    3PLS@ **(b) (4)** KG
S/O:        2015-04-16    CUST:
P/O:                      VEND:

04/16/15   9:08 AM   BIN to BIN TRANSFER        ALVARON   INITIALS

MSJ App. 1231



**WePackItAll**   From: 3/21/2015  To: 3/21/2015          **Customer Receiving Log**

| Part | Description | Quantity UM | Lot | Heat/Exp Dt | Serial | Recv Dt | Typ | UserID |
|------|-------------|-------------|-----|-------------|--------|---------|-----|--------|
| GOLDEN SUNRISE PHARMACEUTICAL (2889) | | | | | | | | |
| 2889-001 | LIQUID IMUNSTEM | (b) (4) | 2889-001 | H N/A | (b) (4) | 03/21/15 | A10 | RANDYV |
| 2889-400 | BOTTLE 1OZ AMBER GLASS | | N/A | H N/A | | 03/21/15 | A10 | RANDYV |
| 2889-401 | CAP 18MM BLACK CAP | | N/A | H N/A | | 03/21/15 | A10 | RANDYV |

*** End of Report ***

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-3/22/19 JAG 11 of 34

App. 0378

MSJ App. 1232

03/21/15   1:50 pm
INV016GI-002576

**WEPACKITALL**
Physical Inventory Onhand Changes Audit

Page: 1

| Tran Code | Part Number | LC | Date | Bin | Onhand - From | Onhand - To | Cost | Value Change |
|---|---|---|---|---|---|---|---|---|
| P16 | 2889-001 | | 3/21/2015 | W2CAGE | | | .0000 | .0000 |
| | Lot: 2889-001 | | Heat: H N/A | | | | | |
| P16 | 2889-001 | | 3/21/2015 | W2CAGE | | | .0000 | .0000 |
| | Lot: A1500001 | | Heat: MISSING | | | | | |

(b) (4)

Grand Total:

\\GSSERVER\Globapps\Global\Busint\IV_PhysInv_Audi

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-3/22/19 JAG 13 of 28

## GOLDEN SUNRISE

2889-001    LIQUID IMUNSTEM        LOT# A1500001

(b) (4)


2889-400    1oz AMBER GLASS BOTTLES

(b) (4)


2889-401    18MM BLACK CAP

# (b) (4)

**WePackItAll**   GOLDEN SUNRISE PHARMACEUTICAL (2889)   Customer Inventory - Components

| Cust Part# | Part# | Description | Bin | Qty On-Hand UM | Serial | Lot | Heat/Exp Dt |
|---|---|---|---|---|---|---|---|
| | 2889-001 | LIQUID IMUNSTEM | W2-5J2 | (b) (4) | 1BT=16.32 KG F0018563 | A1500001 | S 04/01/2018 |
| | | | Total for part 2889-001: | | | | |
| | 2889-401 | CAP 18MM BLACK CAP | W2-4I2 | | 1BG=228 EA N0018595 | N/A | S N/A |
| | | | Total for part 2889-401: | | | | |
| | 2889-402 | LABEL IMUNSTEM 1FL OZ | W213L1 | | 1RL=1,250 EA N0018663 | N/A | S N/A |
| | | | Total for part 2889-402: | | | | |

* * * End of Report * * *

3 Items

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979
2/19/19-3/22/19 JAG 14 of 34

App. 0381

MSJ App. 1235



Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



Divide by KL.   (b) (4)

Golden Sunrise
Packing Slip

2889-001
3/20/15      12:30

(b) (4)
LBS

Imunstem
Lot # A1500001
EXP: 4/2018

(b) (4)   Bottles   (b) (4)

BlackCaps
Qty:   (b) (4)

1oz Amber Jars
(b) (4)

3/20/15   2:30

Black Caps

(b) (4) @   (b) (4) dozen   (b) (4)
            @         dozen

1oz Amber Jars
4 boxes   (b) (4)

X B. Uu   3/20/15
Bernie Uribe

X

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Golden Sunrise
Packing Slip

Imun Stem

Lot # A1500001

EXP: 4/2018

(b) (4)   Bottles

BlackCaps

Qty (b) (4)

1oz Amber Jars

(b) (4)

X B— Un       3/20/15
   Bernie Uribe

X

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Golden Sunrise
Packing Slip

3/20/15    12:30

Imun Stem
Lot # A1500001
EXP: 4/2018
(b) (4) Bottles

Black Caps
Qty: (b) (4)

1oz Amber Jars
(b) (4)

3/20/15    2:30

Black Caps

(b) (4)  @  (b) (4) dozen
         @         dozen

1oz Amber Jars
(b) (4)

X B M    3/20/15
Bernie Uribe

X

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



P.O. Box 510 * Porterville, CA 93258

Fax No.: (559) 788 - 2946

Phone No.: (559) 781 - 0658

## ImunStem®

For Oral Solution

**WARNING**
Keep Out of Reach of Children
do not use if safety seal is
damaged or missing

**Golden Sunrise
Pharmaceutical, Inc.**

Net Content: (1 fl.oz.)

| SUPPLEMENT FACTS | |
|---|---|
| Serving Size: (0.50 – 1.00ml) (491.50ml) | |
| Serving Per Container: 25 – 50 serving | |
| **Amount Per Serving** | **%DV** |
| Olive Leaf extract    260mg | ** |
| Yarrow extract    52mg | ** |
| Rosemary extract    63mg | ** |
| ** Daily Value (DV) not established. | |

**Other Ingredients:** d-Limonene, solvents, organic
compounds, Cassia oil and Yucca extract.

Expiration date: April 2018



Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979



**ImunStem®**
For Oral Solution

**WARNING**
Keep Out of Reach of Children
Do not use if safety seal is
damaged or missing

**Golden Sunrise
Pharmaceutical, Inc.**
Net content: (1 fl. oz.)

### Supplement Facts

Serving Size: (0.50 - 1.00ml) (491.50mg)
Servings Per Container: 25 - 50 servings

| Amount Per Serving | | %DV |
|---|---|---|
| Olive Leaf extract | 260mg | ** |
| Yarrow extract | 52mg | ** |
| Rosemary extract | 63mg | ** |

** Daily Value (DV) not established.

Other Ingredients: d-Limonene, solvents, organic
compounds, Cassia oil and Yucca extract.
Expiration date: April, 2018

Proof Size: 100%

Layout Size: " web x " repeat
Material: ss
Unwind Direction: #4

**CHECK BOX AND SIGN BEFORE RETURNING**
☐ PROOF IS OK AS PRINT
☐ PROOF IS OK WITH CORRECTIONS    SIGN:
☐ PRESENT ANOTHER PROOF            DATE:

**PLEASE READ CAREFULLY**
This proof is presented for your approval of typographical accuracy,
layout and style. Although every effort has been made to provide correct
copy, we cannot assume responsibility in case of errors found in the
finished product that were not indicated on this proof.

## Golden Sunrise Pharmaceutical Incorporation

### MATERIAL SAFETY DATA SHEET

### 1.0 PRODUCT IDENTIFICATION

**Trade Name:** ImunStem®
**Product Use:** Dietary Supplement

**Manufacturer:** Golden Sunrise Pharmaceutical Incorporation
P.O. Box 510
Porterville, CA 93258

**Emergency Phone:** 559-788-2940   Name of Preparer: Golden Sunrise
**Business Phone:** 559-361-0097   Date Prepared: October 2008

### 2.0 INGREDIENTS

| Chemical Names | CAS Numbers | Percent (%) | Exposure Limits TLV/PEL |
|---|---|---|---|
| (b) (4) | | | |

Ingredients not precisely identified as proprietary or none hazardous.
Values are not product specifications.

### 3.0 PHYSICAL PROPERTIES

| | |
|---|---|
| pH: | 4.00 – 5.00 |
| Viscosity: | 6.30 |
| Corrosion rate: | 17,20 |
| Melting point or range, F: | N/A |
| Specific gravity: | 0.9812 |
| Boiling point or range, F: | 207° degree F |
| Solubility: | 100% in solution, in water. |
| Vapor pressure (mmHg at 20 degree C) | 0.25 PSI |
| Evaporation rate (butyl acetate = 1) | N/A |
| Appearance and odor | A dark brown liquid with citrus and cinnamon type fragrance. |

### 4.0 FIRE AND EXPLOSION

| | |
|---|---|
| Flammable limits in air, volume %: | Non-flammable |
| Fire extinguishing materials: | None |
| Special firefighting procedures: | None |
| Flash point: | None |

Page 1 of 2



P.O. Box 510 * Porterville, CA 93258

Fax No.: (559) 788 - 2946

Phone No.: (559) 781 - 0658

## CERTIFICATE OF ANALYSIS

Name: _____ Golden Sunrise Pharmaceutical, Inc. _____

Product Name: _____ IMUNSTEM _____

Item Number: _____ IS-01 _____

Lot Number: _____ A1500001 _____

Ship Date: _____ March 25, 2015 _____

Date of Manufacture: _____ March 17, 2015 _____

### ANALYTICAL RESULTS

| Determination | Units | Specifications | Result | Test Method |
|---|---|---|---|---|
| pH | | **(b) (4)** | 6.70 | N/A |
| Type | Liquid | | Confirms | N/A |
| Color | | | Black | N/A |
| Brix | Percent (%) | | 37 | N/A |
| Odor | Characteristic | | Confirms | Smell |
| Taste | Characteristic | | Confirms | Oral Taste |

REMARKS:



Page 1 of 1

# WePackItAll

2745 E. HUNTINGTON DR
DUARTE CA 91010
PH 626-301-9214
FAX 626-301-9216

**Contract Packaging Association**
California Certified Organic Packager - Reg #23998

### PACKING LIST
# 056692

**Special Instructions**
☒ Partial Ship  ☐ Complete Ship
APPROVED FOR SHIPPING
By: _____
Date: _____

| SOLD TO: | | SHIP TO: |
|---|---|---|
| GOLDEN SUNRISE PHARMACEUTICAL<br>PO BOX 510<br>PORTERVILLE  CA 93258 | Cust No<br><br>2889 | GOLDEN SUNRISE PHARMACEUTICAL<br>PO BOX 510<br>PORTERVILLE  CA 93258 |

| Sales Order | Shipment No | Order Date | Promised | Sales Rep | Customer P.O. Num |
|---|---|---|---|---|---|
| 0031426 | 0002 | 03/10/15 | 04/03/15 | MONICA BARRAGAN | A030915 |
| BOL # | | Ship Date | Cartons | Weight (LB) | Ship Via: PENDING |
| 000015403 | | 04/20/15 | 77 | 225.00 | |

| Item | QUANTITY | | | Unit | Part Number | Description |
|---|---|---|---|---|---|---|
| | Order | B/O | Ship | | | |
| 001 | (b) (4) | (b) (4) | (b) (4) | BT | T9463<br>Qty  (b) (4)<br>Lot IS00001<br>Serial No. | IMUNSTEM 1FL OZ BOTTLE<br>74CS@24EA<br>Bin W2-7F1<br>Heat 04/01/2016<br># 1    WO 031426-001 |
| 004 | | | | KG | 2889-001<br>Qty  (b) (4)<br>Lot A1500001<br>Serial No. | LIQUID IMUNSTEM<br>Bin W2-5J2<br>Heat S 04/01/2018<br>1BT=16.32 KG F0018563 |
| 005 | | | | EA | 2889-401<br>Qty  (b) (4)<br>Lot N/A<br>Serial No. | CAP 18MM BLACK CAP<br>Bin W2-4I2<br>Heat S N/A<br>1BG=228 EA N0018595 |
| 006 | | | | EA | 2889-402<br>Qty  (b) (4)<br>Lot N/A<br>Serial No. | LABEL IMUNSTEM 1FL OZ<br>Bin W213L1<br>Heat S N/A<br>1RL=1,250 EA N0018663 |

CA Organic Registration #23998

ENTERED BY: TERMINAL 262

Page:   1

Date:   4/20/2015

## BILL OF LADING

Page _1_

### SHIP FROM

Name:   WEPACKITALL
Address:   5091 - UNIT A COMMERCE DRIVE

Frt Trm:
Phn:
Fax:

City/St/Zip: BALDWIN PARK CA  91706

California Certified Organic Packager - Reg #23998

Bill of Lading Number: **000015403**

CARRIER NAME: _____

Trailer Number:

Seal Number(s):

SCAC:

Pro Number:

### SHIP TO

Name:   GOLDEN SUNRISE PHARMACEUTICAL
Address:   PO BOX 510

Location#: ___

City/State/Zip:  PORTERVILLE CA 93258

### THIRD PARTY FREIGHT CHARGES BILL TO

Name:
Address:

City/State/Zip:

SPECIAL INSTRUCTIONS:

**Freight Charge Terms:** *(Freight charges are prepaid unless marked otherwise)*

Prepaid_____      Collect____      3rd Party_____

☐ (check box)      Supplemental Form Required When Box Checked

### CUSTOMER ORDER INFORMATION

| CUSTOMER ORDER NUMBER | CUSTOMER PO # | ADDITIONAL SHIPPER INFO |
|---|---|---|
| 056692 - 0031426 - 0002 | A030915 | |

### CARRIER INFORMATION

| HANDLING UNIT | | PACKAGE | | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION *Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) or NMFC Item 360* | LTL ONLY | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | | | | NMFC# | CLASS |
| 1 | PALLET | (b) (4) | BOX | (b) (4) | | | | |
| | | | EA | | | FOOD SUPPLEMENT | | 70 |
| | | | | | | SURPLUS | | 70 |
| 1 | | | | | | **GRAND TOTAL** | | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:

"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

COD Amount: $_____

Fee Terms: Collect: ☐      Prepaid: ☐

Customer Check Acceptable: ☐

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. #14706(c)(1)(A) and (B).

RECEIVED: subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Signature _____ Shipper

SHIPPER SIGNATURE AND / DATE

Is to certify that the above named materials are properly classified, described, stged, marked and labeled, and are in proper condition for transportation according t -applicable regulations of the U.S. DOT.

**Trailer Loaded:**
☐ By Shipper
☐ By Driver

**Freight Counted:**
☐ By Shipper
☐ By Driver/pallets said to contain
☐ By Driver/Pieces

CARRIER SIGNATURE / PICKUP DATE

Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the U.S. DOT emergency response guidebook or equivalent documentation in the vehicle.

\\gsserver\globapps\Global\busint\WPIA_OE_WAYBILL.RPT

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

RE: Labels for Golden Sunrise Pharmaceutical - Yahoo Mail

Page 1 of 3

RE: Labels for Golden Sunrise Pharmaceuti
cal

Monday, March 23, 2015 3:49 PM

From: "Monica Barragan"
<monicab@wepackitall.com>

To: "Joseph Puleo" <qualitylabel@cox.net>

Cc: "Huu Tieu"
<htieu@goldensunrisepharmaceutical.com>

**1 Files** | 284KB  Download All

PDF  284KB
CCF032
32015_0
0000.pdf

Save

mhtml:file://C:\Documents and Settings\Martin.WORKSTATIO... 3/23/2015

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Artwork prrof needs to be layout as the attached sample.

Please include the material

Thank you,

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214, Ext 120
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.

**From:** Joseph Puleo [mailto:qualitylabel@cox.net]
**Sent:** Monday, March 23, 2015 1:58 PM
**To:** Monica Barragan
**Cc:** qualitylabel@cox.net; Huu Tieu
**Subject:** Re: Labels for Golden Sunrise Pharmaceutical

Monica Barragan,

Attached is a proof of the label for Golden Sunrise Pharmaceutical, Inc.
Dimensions:  3.75" x 1.75"
3" Core
Under 11" O.D.
Roll Direction #4
1/8" Gap Between

Thank you.
Joseph Puleo
Quality Label
888-284-5969

On Mar 23, 2015, at 3:39 PM, Monica Barragan wrote:

mhtml:file://C:\Documents and Settings\Martin.WORKSTATIO...   3/23/2015

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

RE: Labels for Golden Sunrise Pharmaceutical - Yahoo Mail

Page 3 of 3

X > Please add the dimensions of the label on the Layout proof
>
>
> Thank you,
>
> Monica Barragan
> WEPACKITALL
> 2745 Huntington Drive
> Duarte, CA 91010
> Tel 626-301-9214, Ext 120
> Fax 626-301-9216
>
> Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or
delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of
A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in
meeting this requirement to create a more effective warehouse structure. Please call to
schedule an appointment at 626-962-2772.
>
>
> -----Original Message-----
> From: Joseph Puleo [https://us-mg6.mail.yahoo.com/neo/b/compose?
to=qualitylabel@cox.net]
> Sent: Monday, March 23, 2015 12:02 PM
> To: Monica Barragan
> Cc: https://us-mg6.mail.yahoo.com/neo/b/compose?to=qualitylabel@cox.net; Huu Tieu
> Subject: Labels for Golden Sunrise Pharmaceutical
>
> Monica Barragan,
>
> Attached is a proof of the label for Golden Sunrise Pharmaceutical, Inc.
> 3" Core
> Under 11" O.D.
> Roll Direction #4
> 1/8" Gap Between
>
> Thank you.
> Joseph Puleo
> Quality Label
> 888-284-5969

mhtml:file://C:\Documents and Settings\Martin.WORKSTATIO...   3/23/2015

Golden Sunrise Pharmaceutical, Inc.

P.O. Box 510
Porterville, CA 93258
(559) 361-0097

# Purchase Order

| Date | P.O. No. |
|------|----------|
| 3/9/2015 | A030915 |

| Vendor |
|--------|
| WePackItAll<br>2745 Huntington Drive<br>Duarte, CA 91010 |

| Ship To |
|---------|
| WePackItAll<br>2745 Huntington Drive<br>Duarte, CA 91010 |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| ImunStem | ImunStem 1 fl.oz. bottle | (b) (4) | 1.49 | (b) (4) |

| | Total | (b) (4) |
|--|-------|---------|



GOLDEN SUNRISE PHARMACEUTICAL INC.

IMUNSTEM 1FL OZ. BOTTLE

LOT# XXXX EXP:MM/YY

(b) (4)       BOTTLES/CASE

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

**WePackItAll**

2745 Huntington Drive
Duarte, CA 91010
626-301-9214

## Material Destruction Authorization

| Customer ID#: | 2889 – Golden Sunrise | Date: | 06/21/16 | | Reference #: | 244 |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| Raw Material | | X | Packaging Components | |
| Bulk | | X | Labels | |
| Finished Goods, Other | | | Records | |
| Rejected From: | Quarantine | X | Stock | |

| Customer Part # | Quantity | Product Description | LOT NO./ Exp. | Reason For Destruction |
|---|---|---|---|---|
| 2889-402 | (b) (4) ea | Label Imunstem 1fl oz | N/A | OLD INVENTORY |

Reason for Request:

Old Inventory

Requested By:

Huu S. Tieu from Golden Sunrise

Q.A/Q.C. Evaluation _____ N/a _____ BY ___ N/a

Additional Remarks: _____ N/n _____ BY ___ N/a

APPROVALS

_Brenda Leos_  6/21/16
QA/QC Approval                    Date

_Monica Barungi_  6 21 16
Customer/ Account Representative    Date

Carried Out By:    Date: 6/22/16    Print Name: Brenda Leos

Signature: Brenda Leos

WP940A Rev 0

  
# RE: Surplus Bulk

### Monica Barragan <monicab@wepackitall.com>

Wed 6/22/2016 2:11 PM

To:Huu Tieu <htieu@goldensunrisepharmaceutical.com>;

📎 1 attachment (280 KB)

MD #244.pdf

Hi Huu,

Attached is the destruction paperwork for your records.


Thank you,

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214, Ext 120.
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.


**From:** Huu Tieu [mailto:htieu@goldensunrisepharmaceutical.com]
**Sent:** Friday, June 17, 2016 2:57 PM
**To:** Monica Barragan <monicab@wepackitall.com>
**Subject:** Re: Surplus Bulk

Dear Ms. Barragan,

Yes, Thank you.

Huu S. Tieu, President
Golden Sunrise Pharmaceutical, Inc.

**From:** Monica Barragan <monicab@wepackitall.com>
**Sent:** Friday, June 17, 2016 12:36:46 PM

**To:** Huu Tieu
**Cc:** Roberto Hernandez
**Subject:** FW: Surplus Bulk

Hi Huu,

Per our telephone conversation yesterday, please confirm that we can dispose of the labels that we currently have on hand. Please advise ASAP.


Thank you,

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214, Ext 120
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.

**From:** Monica Barragan
**Sent:** Tuesday, June 07, 2016 3:05 PM
**To:** 'Huu Tieu' <htieu@goldensunrisepharmaceutical.com>
**Subject:** FW: Surplus Bulk
**Importance:** High

Hi Huu,

Do you have an update on the below disposition?


Thank you,

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214, Ext 120
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.

**From:** Monica Barragan
**Sent:** Friday, June 03, 2016 4:06 PM
**To:** 'Huu Tieu' <htieu@goldensunrisepharmaceutical.com>; Roberto Hernandez <robertoh@wepackitall.com>
**Subject:** FW: Surplus Bulk
**Importance:** High

Hi Huu,

Happy Friday. Do you have an update on the below disposition?

Please note that if do not hear back from you by June 17, 2016 we will start invoicing your company for a storage fees.

Thank you.

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214; Ext 120
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc...) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.

**From:** Monica Barragan
**Sent:** Thursday, May 19, 2016 8:06 AM
**To:** 'Huu Tieu' <htieu@goldensunrisepharmaceutical.com>
**Cc:** Roberto Hernandez <robertoh@wepackitall.com>
**Subject:** Surplus Bulk

Hi Huu,

We have recently reviewed our product inventory in our warehouse and discovered the attached items belonging to you from a previous packaging job. Please see attachment.

Please advise in writing as to their disposition. We will be glad to send them to you at your expense or dispose of them.

Exhibit JAG-21
Golden Sunrise Pharmaceutical Inc.
FEI 3012327979

Thank you,

Monica Barragan
WEPACKITALL
2745 Huntington Drive
Duarte, CA 91010
Tel 626-301-9214, Ext 120
Fax 626-301-9216

Note: All trucks must call WEPACKITALL in advance and schedule a time for a pick-up or delivery. Please ensure all deliveries contain proper documentation (I.E. packing slips, C of A's, lot number, exp date, MSDS, etc..) upon delivery. We appreciate your cooperation in meeting this requirement to create a more effective warehouse structure. Please call to schedule an appointment at 626-962-2772.



**Photo Number:** IMG_0491.JPG
**Photo Taken By:** CSO John A. Gonzalez on 02/21/2019

**Description:** Photograph of Golden Sunrise Nutraceutical (aka Pharmaceutical) KemoHerb taken from inside a GOV along Highway CA-65N and Avenue 184.



**Photo Number:** IMG_0492.JPG
**Photo Taken By:** CSO John A. Gonzalez on 02/21/2019

**Description:** Close-up of IMG_0491.JPG

# Jeff O'Neal Remembrance Event

## Visalia Naz, 3333 Caldwell Ave.
## March 9, 2019,  1 pm-5 pm



## Honoring Jeff's Dream
## Treatment for All!

**Jeff's Journey Charity Walk $15/Adult - $5/Child**

1:00 pm:  Registration 1:15: Honoring Jeff    Kick Off   1:30: Run/Walk Begins

1:30– 4:30: Run/Walk    Music    Testimonials    Food    Bounce Houses

Bubble Ball    Booths    Games    Meet Former NFL Players — Autographs

4:30: Dedicating Sports Field to Jeff O'Neal

**Raising Funds for Cancer Treatment w/More Hope & Less Harm**

Every adult participant in walk will receive Jeff O'Neal Remembrance T-Shirt

For more Info Contact: Kim O'Neal  559-799-1111  or  Patty Hylton  559-901-8330

*All Donations will go to AUHA, a 501 (c)(3) charity providing treatment funds for life threatening diseases*

1    **DECLARATION OF RAMSEY ANDREW FALCONER, M.D.**

2    **Pursuant to 28 U.S.C. § 1746**

3    Pursuant to 28 U.S.C. § 1746, I declare as follows:

4    1.    My name is Ramsey Andrew Falconer, M.D. I am a United States citizen over the

5
6    age of 18 and make this Declaration based upon my personal knowledge and, if called, I would

7    testify to the same.

8    2.    This declaration is made in connection with an application by the Federal Trade

9    Commission ("FTC") for injunctive relief against Golden Sunrise Nutraceutical, Inc., Golden

10   Sunrise Pharmaceutical, Inc., Huu Tieu, and Stephen Meis (collectively, "Golden Sunrise"). I

11
12   have personal knowledge of the matters contained herein and, if called as a witness, I could and

13   would competently testify as to them.

14   **QUALIFICATIONS, COMPENSATION, AND TESTIMONIAL**

15   **EXPERIENCE**

16   3.    As detailed in my *curriculum vitae*, a true, correct, and complete copy of which is

17   attached as **Attachment A**, I hold an M.D. from Tulane University School of Medicine and a

18
19   B.S. from Louisiana State University. I completed a residency program in neurology at

20   Georgetown University and a fellowship in movement disorders and neurorestoration at

21   Georgetown University as well. *See* Appendix ("App.") at 1.

22   4.    I am board certified in neurology by the American Board of Psychiatry and

23   Neurology and maintain a medical license under the auspices of the Commonwealth of Virginia.

24   I am a member of the American Academy of Neurology and the International Parkinson and

25   Movement Disorder Society, and I serve as a medical advisory board member for the

26   Parkinson's Foundation of the National Capital Area. *See id.*

27

28

1

5.     I currently serve as the Director of the Parkinson's & Movement Disorders Center at Inova Medical Group Neurology and as an Associate Professor of Neurology at the University of Virginia School of Medicine. *See id.*

6.     My responsibilities in these positions include (a) overseeing the care of more than 800 Parkinson's disease patients, (b) reviewing scientific medical literature regarding Parkinson's disease, (c) writing and directing the standardization of treatment protocols for our center, and (d) leading research studies in Parkinson's disease. On a daily basis, I evaluate, treat, and diagnose patients with Parkinson's disease.

7.     I have previously testified as an expert witness in 16 prior cases. *See* App. at 9.

8.     I am currently conducting research regarding therapies for Parkinson's disease, evaluating imaging technology in Parkinson's disease diagnosis, and quantifying the impact of telehealth on specialty care access in the Parkinson's community. My peer-reviewed research grants are described further in my *curriculum vitae*. *See* App. at 2-5.

9.     I have authored or co-authored and published 21 peer-reviewed articles, primarily in the areas of Parkinson's disease and deep brain stimulation, as described in my *curriculum vitae*. *See id.*

10.     I have made approximately 46 presentations at scientific meetings and have spoken publicly and to the media on numerous occasions on the topics of Parkinson's disease and other movement disorders. *See* App. at 5-8.

11.     Based upon my education, training, and experience, as summarized above, I consider myself to be an expert in the fields of neurology in general and Parkinson's disease in particular, with a comprehensive knowledge in the medical and scientific standards governing the safety and efficacy of Parkinson's disease treatment.

2

MSJ App. 1260

12.    I am being compensated by the FTC in this litigation at the rate of $400 per hour.

## DATA AND EXHIBITS CONSIDERED

### *Materials Received and Review Requested*

13.    In connection with my role as supporting an application by the FTC, I was furnished with and reviewed the following materials:

a.    A product description document for the "Metabolic Plan of Care," which is the set of products I evaluated with respect to possible efficacy in the mitigation of, treatment, or cure of Parkinson's disease. This document contains information relating to the ingredients and dosages of the Metabolic Plan of Care that is the subject of the FTC's enforcement action, as well as alleged patient claims. A true, correct, and complete copy of this product description document is attached hereto as **Attachment B**.

b.    A document titled "Insulin Resistance Cellular Restoratative Results" that was dated April 22, 2019. A true, correct, and complete copy of this document is attached hereto as **Attachment C**.

c.    A document titled "Investigator's Brochure" that was dated March 25, 2019. A true, correct, and complete copy of this Investigator's Brochure is attached hereto as **Attachment D**. I reviewed an alternative copy of the Investigator's Brochure dated March 25, 2019, that contained fewer pages as well. A true, correct, and complete copy of this document is attached hereto as **Attachment E**.

d.    A document titled "Manufacture Golden Sunrise Pharmaceutical" that contained manufacturing records relating to products contained in the Metabolic Plan of

3

Care. A true, correct, and complete copy of this document is attached hereto as **Attachment F**.

e.   A document titled "PRIMARY Plan of Care" that contained information pertaining to two constituent parts of the Metabolic Plan of Care, ImunStem and Aktiffvate. A true, correct, and complete copy of this document is attached hereto as **Attachment G**.

f.   A document titled "Establishment Inspection Report" that contained information pertaining to two constituent parts of the Metabolic Plan of Care, ImunStem and Aktiffvate. A true, correct, and complete copy of this document is attached hereto as **Attachment H**.

g.   A medical report that appears to be from Golden Sunrise Nutraceutical, Inc., allegedly indicating Metabolic Plan of Care patient results relating to Parkinson's disease. A true, correct, and complete copy of this document is attached hereto as **Attachment I**.

h.   Correspondence between Huu Tieu on behalf of Golden Sunrise Pharmaceutical, Inc., and the U.S. Food & Drug Administration ("FDA"), dated May 18, 2018, relating to the labeling of the product ImunStem, a constituent product of the Metabolic Plan of Care. A true, correct, and complete copy of this correspondence is attached hereto as **Attachment J**.

i.   Correspondence between Huu Tieu on behalf of Golden Sunrise Pharmaceutical, Inc., and the U.S. Food & Drug Administration relating to the product ImunStem, a constituent product of the Metabolic Plan of Care. A true, correct, and complete copy of this correspondence is attached hereto as **Attachment K**.

4

14.     I have undertaken a review of these materials to determine whether there is scientific evidence—evidence that would constitute reliable, valid evidence to the relevant scientific community—to support the claim that the Metabolic Plan of Care effectively treats, mitigates the symptoms of, or cures Parkinson's disease.

15.     As discussed in the following evaluation, it is my opinion that no such reliable scientific evidence exists.

### *Metabolic Plan of Care Background Information*

16.     The Metabolic Plan of Care consists of 14 products: ImunStem, Aktiffvate, AnterFerron-1, AnterFerron-2, CrProtein, DetoxHerb-1, DetoxHerb-2, DetoxHerb-NR, DetoxHerb-PI, HyProtein-1, HyProtein-2, HyProtein-3, HyProtein-4, and LyProtein.

17.     According to Section 4.1 of the instructions contained in Attachment B, consumers are first instructed to take one to four doses each of ImunStem and Aktiffvate per day, with each dose constituting ½ – ¾ dropperful, 1-4 times per day, for approximately two weeks. *See* App. at 16.

18.     According to the ImunStem label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of ImunStem contains the following ingredients and amounts:

a.   Olive Leaf Extract – 260mg;

b.   Yarrow Extract – 52mg; and

c.   Rosemary Extract – 63mg.

"Other ingredients" listed on the label are organic compounds and solvents, Monoterpene, Cassia Oil and Yucca. *See* App. at 34.

19.     According to the Aktiffvate label's Supplement Facts panel, one serving (0.5mL or 491.5mg) of Aktiffvate contains the following ingredients and amounts:

5

      a.   Turmeric Extract – 175mg;

      b.   Cayenne Extract – 40mg; and

      c.   Eucalyptus Extract – 20mg.

"Other ingredients" listed on the label are Wintergreen, solvents, organic compounds, Yucca, and Olive Leaf. *See* App. at 35.

    20.     According to Section 4.0 of the instructions contained in Attachment B, consumers are instructed to take the DetoxHerb and AnterFeeron products in five sessions every 2-4 weeks. *See* App. at 14.

    21.     For the first session, the instructions contained in Attachment B say to use DetoxHerb-1 and DetoxHerb-2. According to Section 4.1 of the instructions contained in Attachment B, consumers are instructed to take one fluid ounce of DetoxHerb-1 and then one fluid ounce of DetoxHerb-2 an hour later. *See* App. at 16.

    22.     According to the DetoxHerb-1 label's Supplement Facts panel, one serving (1 fluid ounce or 491.5mg) of DetoxHerb-1 contains the following ingredients and amounts:

      a.   Poke weed – 100mg;

      b.   Graviola – 65mg; and

      c.   Turmeric – 17mg.

"Other ingredients" listed on the label are organic compounds and solvents, Selfheal, Chuchuhuasi, Yucca, Cat's claw, and Black pepper. *See* App. at 22.

    23.     According to the DetoxHerb-2 label's Supplement Facts panel, one serving (1 fluid ounce or 491.5mg) of DetoxHerb-2 contains the following ingredients and amounts:

      a.   Olive leaf – 110mg;

      b.   Papaya leaf – 70mg; and

6

   c.   Vinca – 120mg.

"Other ingredients" listed on the label are Chuchuhuasi, Cat's claw, and Turmeric. *See* App. at

23.

   24.   For the second session, the instructions contained in Attachment B say to use

DetoxHerb-1 and DetoxHerb-2 or AnterFeeron-1 and AnterFeeron-2. *See* App. at 14. According

to Section 4.3 of the instructions contained in Attachment B, consumers are instructed to take

one fluid ounce of AnterFeeron-1, wait 45-60 minutes, and then take one fluid ounce of

AnterFeeron-2. *See* App. at 17.

   25.   According to the AnterFeeron-1 label's Supplement Facts panel, one serving (1

fluid ounce or 491.5mg) of AnterFeeron-1 contains the following ingredients and amounts:

   a.   Bilberry Leaf – 40mg;

   b.   Graviola – 120mg; and

   c.   Goldenseal – 80mg.

"Other Ingredients" listed on the label are solvents, organic compounds, Chuchuhuasi, Cayenne,

Maca, and Turmeric. *See* App. at 26.

   26.   According to the AnterFeeron-2 label's Supplement Facts panel, one serving (1

fluid ounce or 491.5mg) of AnterFeeron-2 contains the following ingredients and amounts:

   a.   Astragalus – 20mg;

   b.   Reishi – 95mg; and

   c.   Mistletoe – 45mg.

"Other Ingredients" listed on the label are Cat's Claw, organic compounds, Echinacea, and

Cordyceps. *See* App. at 27.

27.     For the third, fourth, and fifth sessions, the instructions contained in Attachment B say to use DetoxHerb-PI and DetoxHerb-NR or AnterFeeron-1 and AnterFeeron-2. *See* App. at 14. According to Section 4.2 of the instructions contained in Attachment B, consumers are instructed to take 25 capsules of DetoxHerb-PI within a 15-minute period, wait 15 minutes, and then take 25 capsules of DetoxHerb-NR within a 15-minute period. *See* App. at 17.

28.     According to the DetoxHerb-PI label's Supplement Facts panel, one serving (350mg per capsule) of DetoxHerb- PI contains the following ingredients and amounts:

     a.   Bilberry – 40mg;

     b.   Graviola – 120mg; and

     c.   Goldenseal – 50mg.

"Other ingredients" listed on the label are Chuchuhuasi, Cayenne, Maca, and Turmeric. *See* App. at 24.

29.     According to the DetoxHerb-NR label's Supplement Facts panel, one serving (350mg per capsule) of DetoxHerb-NR contains the following ingredients and amounts:

     a.   Gotu kola – 60mg;

     b.   Foti – 35mg; and

     c.   Vinca – 45mg.

"Other ingredients" listed on the label are Green tea, Rhodiola, Yucca, and Turmeric. *See* App. at 25.

30.     According to Section 4.0 of the instructions contained in Attachment B, consumers are instructed to take the products called CrProtein, HyProtein-1, HyProtein-2, HyProtein-3, and LyProtein with the five sessions. *See* App. at 14 and 16-18. According to Section 4.4-4.6 of the instructions contained in Attachment B, consumers are instructed:

8

    a.  For CrProtein, to take one fluid ounce of CrProtein, followed by one hour of monitoring. *See* App. at 17.

    b.  For the HyProteins, consumers take the following steps consecutively:

        i.  Take 24 capsules of HyProtein-1 within a 15-minute period;

        ii.  Wait 30 minutes;

        iii.  Take 24 capsules of HyProtein-2 within a 15-minute period;

        iv.  Wait 30 minutes;

        v.  Take 25 capsules of HyProtein-3;

        vi.  Wait five hours;

        vii.  Take 24 capsules of HyProtein-4;

        viii.  Wait five hours; and finally

        ix.  Take 24 capsules of HyProtein-4. *See* App. at 17.

    c.  For LyProtein, consumers are instructed to take 25 capsules within 15 minutes, to wait 15 minutes, and then to take another 25 capsules within 15 minutes. *See* App. at 18.

    31.    According to the CrProtein label's Supplement Facts panel, one serving (1 fluid ounce or 491.5mg) of CrProtein contains the following ingredients and amounts:

    a.  Cat's claw – 35mg;

    b.  Selfheal – 10mg; and

    c.  Rosemary – 20mg.

"Other ingredient" listed on the label is Turmeric. *See* App. at 28.

    32.    According to the HyProtein-1 label's Supplement Facts panel, one serving (350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

9

    a.   Astragalus – 95mg;

    b.   Oregano – 40mg; and

    c.   Cat's claw – 70mg.

"Other ingredients" listed on the label are Olive leaf and Blood root. *See* App. at 29.

    33.    According to the HyProtein-2 label's Supplement Facts panel, one serving (350mg per capsule) of HyProtein-2 contains the following ingredients and amounts:

    a.   Blood root – 55mg;

    b.   Reishi – 75mg; and

    c.   Green tea – 40mg.

"Other ingredients" listed on the label are Turmeric, Pokeweed, and Garlic. *See* App. at 30.

    34.    According to the HyProtein-3 label's Supplement Facts panel, one serving (350mg per capsule) of HyProtein-3 contains the following ingredients and amounts:

    a.   Ashwagandha – 45mg;

    b.   Garlic – 60mg; and

    c.   Turmeric – 30mg.

"Other ingredients" listed on the label are Ginkgo, Green tea, and Catuaba bark. *See* App. at 31.

    35.    According to the HyProtein-4 label's Supplement Facts panel, one serving (350mg per capsule) of HyProtein-1 contains the following ingredients and amounts:

    a.   St. John's wort – 50mg;

    b.   Reishi – 30mg; and

    c.   Garlic – 25mg.

"Other ingredients" listed on the label are Kudzu, Goldenseal, and Licorice root. *See* App. at 32.

36.     According to the LyProtein label's Supplement Facts panel, one serving (350mg per capsule) of LyProtein contains the following ingredients and amounts:

    a.  Horse chestnut – 25mg;

    b.  Garlic – 40mg; and

    c.  Turmeric – 50mg.

"Other ingredients" listed on the label are Sea cucumber, Astragalus, Bilberry, Olive leaf, and St. John's wort. *See* App. at 33.

### *Analysis of Materials Received and Available Scientific Evidence*

37.     I undertook a literature search to determine whether there is any publicly available, reliable scientific evidence for the following claims:

    a.  That the Metabolic Plan of Care treats, mitigates the symptoms of, or cures
        Parkinson's disease; or

    b.  That the Metabolic Plan of Care is clinically or scientifically proven to treat
        Parkinson's disease.

38.     I have searched for applicable published studies using PubMed, a database of more than 30 million citations for biomedical literature from MEDLINE, life science journals, and online books, maintained by the U.S. National Library of Medicine.

39.     It is my opinion to a reasonable degree of medical and scientific certainty, and it is generally accepted in the field by medical experts, that adequate scientific evidence proving the efficacy of intervention agents, such as the ingredients listed in Paragraphs 16-36 above, for treating, mitigating the symptoms, or curing Parkinson's disease should, at a minimum, consist of two or more clinical trials that meet or exceed the following standards:

11

a.  The studies must go through three phases, with a "Phase 1" study to test for safety, a "Phase 2" study which tests the efficacy and side-effects, and a larger "Phase 3" study to test for safety, effectiveness, and efficacy;

b.  The studies must be randomized, double-blinded, and placebo-controlled. In other words, study participants must be randomly assigned to the intervention or placebo group, the assignment of which is unknown to both the researchers and the participants, to assess the effect of the intervention without observational or clinical biases that might skew the results;

c.  The study participants must be human. Research studies using an *in vitro* or animal model can be suggestive of mechanisms or effects that may or may not be present in humans, but they do not, by themselves, provide adequate scientific evidence for claims regarding the efficacy of such interventions when used by humans because of the differences in physiological systems;

d.  The studies must use the product and dosage claimed to have the therapeutic effect;

e.  The endpoint of the study must be the measured effect on Parkinson's disease in humans;

f.  The study should be sufficiently powered to extrapolate the results to the general population; and

g.  The study should use a method of statistical analysis generally accepted by experts in the field.

40.  I have searched the available scientific evidence for applicable studies on Parkinson's disease, its treatment, and the ingredients listed in Paragraphs 16-36. My search of

12

the available scientific evidence failed to identify any clinical trials that would satisfy the minimum requirements set forth in Paragraph 39 above and thereby support the proposition that any of the ingredients of the Metabolic Plan of Care as set forth in Paragraphs 16-36, alone or in combination, treat, mitigate the symptoms of, or cure Parkinson's disease in humans.

41.    Indeed, while each of the 14 products that constitute the Metabolic Plan of Care feature some ingredients that has published studies regarding the ingredient and its relationship to Parkinson's disease, *see* Paragraph 42 *infra.*, none of the constituent products, alone or in combination, support the claim that the Metabolic Plan of Care can mitigate the symptoms of, treat, or cure Parkinson's disease in humans.

42.    None of the constituent products, alone or in combination, have even been tested to treat Parkinson's disease in human clinical trials, which is what is medically and scientifically required to establish efficacy in humans.

    a.    Regarding the ingredients contained in ImunStem, my review of the available scientific literature found:

        i.    Regarding olive leaf extract, that one study found the extract to "preserve neuronal cells against Parkinson-like disease in male rats," but that no human clinical trials were identified.

        ii.    Regarding yarrow flowers, that one rat-based study found the extract to improve "motility disorders and muscle tone" but that no human clinical trials were identified.

        iii.    Regarding rosemary leaf extract, that carnosic acid, an antioxidant found in rosemary leaves, has yielded mouse-based or rat-based animal studies that show potential motor improvement in a

13

Parkinson's model, with one study describing "improvement of the locomotor activity and reduction of apomorphine-caused rotations." Another trial described the protection against neurotoxicity in *in vivo* and *in vitro* model of Parkinson's disease. No human clinical trials were identified, however.

    iv. Regarding yucca plant extract, that no animal studies exist as the relationship remains theoretical in only a limited number of articles, and no human clinical trials were identified.

    v. Regarding cassia oil, that components of this oil have been hypothesized to protect cells from Parkinson's disease-related damage in one mouse model, and another *in vitro* and *in vivo* mouse-model study showed that this oil may have further beneficial effects. No human clinical trials were identified, however.

b. Regarding the ingredients contained in Aktiffvate, my review of the available scientific literature found:

    i. Regarding turmeric, one of its active components curcumin, has been shown via *in silico* and mouse studies to have a potentially beneficial effect on Parkinson's disease, but no human studies were identified.

    ii. Regarding cayenne extract, there is limited data on its relation to Parkinson's disease, with mention of it in an article on traditional medicine. No *in vivo*, *in vitro*, or animal models are published linking cayenne extract to Parkinson's disease pathology, and no human studies were identified.

14

iii. Regarding eucalyptus extract, one article discusses the "antioxidant activity, neuroprotective properties" of this extract, thus linking it to Parkinson's disease given the potential for oxidative stress as a potential contributor to the pathogenesis of Parkinson's disease, not through animal models but through theory alone. Another study investigates eucalyptus extract in a fly model of Parkinson's disease, showing a reduction in the "loss of climbing ability and reduction in the oxidative stress in the brain of Parkinson's disease model flies." No human studies were identified.

c. Regarding the ingredients contained in DetoxHerb-1, my review of the available scientific literature found:

i. Regarding poke weed, no literature was discovered relating the product to Parkinson's disease.

ii. Regarding graviola, over-consumption of graviola leaves has been shown to cause an atypical form of Parkinson's, and no literature was discovered relating graviola to treating Parkinson's disease.

iii. Regarding turmeric, *see* the description provided under Aktiffvate at Paragraph 42(b)(i) *supra*.

d. Regarding the ingredients contained in DetoxHerb-2, my review of the available scientific literature found:

i. Regarding olive leaf, *see* the description provided under ImunStem at Paragraph 42(a)(1) *supra*.

ii. Regarding papaya leaf, no animal or human studies were identified.

15

        iii.  Regarding vinca, no animal or human studies were identified.

  e.  Regarding the ingredients contained in DetoxHerb-PI, my review of the available scientific literature found:

        i.  Regarding bilberry, no animal or human studies related to treating Parkinson's were identified.

        ii.  Regarding graviola, *see* the description provided under DetoxHerb-1 at Paragraph 42(c)(2) *supra*.

        iii.  Regarding goldenseal, in Parkinson's disease patients with a high iron to copper ratio, there is evidence that goldenseal should be avoided. No animal or human studies related to treating Parkinson's disease were otherwise identified.

  f.  Regarding the ingredients contained in DetoxHerb-NR, my review of the available scientific literature found:

        i.  Regarding gotu kola, no animal or human studies related to treating Parkinson's disease were identified.

        ii.  Regarding foti, no theoretical, animal, or human studies related to treating Parkinson's were identified.

        iii.  Regarding vinca, *see* the description provided under DetoxHerb-2 at Paragraph 42(d)(iii) *supra*.

  g.  Regarding the ingredients contained in AnterFeeron-1, my review of the available scientific literature found:

        i.  Regarding bilberry leaf, *see* the description provided under DetoxHerb-PI at Paragraph 42(e)(1) *supra*.

        ii.   Regarding graviola, *see* the description provided under DetoxHerb-1 at Paragraph 42(c)(2) *supra*.

        iii.  Regarding goldenseal, *see* the description provided under DetoxHerb-PI at Paragraph 42(e)(iii) *supra*.

h.  Regarding the ingredients contained in AnterFeeron-2, my review of the available scientific literature found:

        i.   Regarding astragalus, there is a mouse model showing potential mitochondrial stabilization in Parkinson's disease, but no outcome-based animal or human studies were identified.

        ii.   Regarding reishi, no human or animal trials were identified.

        iii.  Regarding mistletoe, no outcome-based animal or human studies were identified.

i.  Regarding the ingredients contained in CrProtein, my review of the available scientific literature found:

        i.   Regarding cat's claw, there are studies published on the worsening of Parkinson's disease motor symptoms after oral intake of the product, but no theoretical, animal or human studies related to treating Parkinson's were identified.

        ii.   Regarding selfheal, no outcome-based animal or human studies were identified when searched.

        iii.  Regarding rosemary, no outcome-based animal or human studies were identified when searched.

17

j.  Regarding the ingredients contained in HyProtein-1, my review of the available scientific literature found:

    i.  Regarding astragalus, *see* the description provided under AnterFeeron-2 at Paragraph 42(h)(i) *supra*.

    ii.  Regarding oregano, no outcome-based animal or human studies were identified when searched.

    iii.  Regarding cat's claw, *see* the description provided under CrProtein at Paragraph 42(i)(i) *supra*.

k.  Regarding the ingredients contained in HyProtein-2, my review of the available scientific literature found:

    i.  Regarding blood root, no outcome-based animal or human studies were identified when searched.

    ii.  Regarding reishi, *see* the description provided under AnterFeeron-2 at Paragraph 42(h)(ii) *supra*.

l.  Regarding the ingredients contained in HyProtein-3, my review of the available scientific literature found:

    i.  Regarding ashwagandha, it has been listed as a possible therapeutic target for further investigation , and another study has identified the potential neuroprotective effect. No outcome-based human studies were identified when searched.

    ii.  Regarding garlic, one study shows potential neuroprotective effects of garlic in a rat model of Parkinson's disease. No outcome-based human studies were identified when searched.

18

iii. Regarding turmeric, *see* the description provided under Aktiffvate at Paragraph 42(b)(i) *supra.*

m. Regarding the ingredients contained in HyProtein-4, my review of the available scientific literature found:

    i. Regarding St. John's wort, this product can have potentially harmful consequences for consumers using certain categories of Parkinson's disease treatments due to its interaction with a category of medications in Parkinson's disease (MAO-B inhibitors) and its role as a CYP3A4 inducer. No outcome-based human studies as to Parkinson's disease motor function and progression were identified when searched.

    ii. Regarding reishi, *see* the description provided under AnterFeeron-2 at Paragraph 42(h)(ii) *supra.*

    iii. Regarding garlic, *see* the description provided under HyProtein-3 at Paragraph 42(*l*)(ii) *supra.*

n. Regarding the ingredients contained in LyProtein, my review of the available scientific literature found:

    i. Regarding horse chestnut, one study shows the potential to impact behavioral impairments in Parkinson's disease as well as oxidative stress and inflammation and increases dopaminergic markers within a mouse model of Parkinson's disease. No outcome-based human studies as to Parkinson's disease motor function and progression were identified when searched.

19

ii.  Regarding garlic, *see* the description provided under HyProtein-3 at Paragraph 42(*l*)(ii) *supra*.

iii.  Regarding turmeric, *see* the description provided under Aktiffvate at Paragraph 42(b)(i) *supra*.

43.  A review of the available scientific evidence revealed no published study proving that the Metabolic Plan of Care or its constituent ingredients treat, mitigate the symptoms of, or cure Parkinson's disease in humans.

44.  I also reviewed the one individual patient report described in Paragraph 13(g) above. As discussed above in Paragraph 39, such reports do not provide scientific support for claims regarding the safety or efficacy of the Metabolic Plan of Care as it pertains to Parkinson's disease. Among other reasons, the sample size is inadequate, neither the researcher nor the subjects were blinded, and there is no control group.

## OPINION

45.  With respect to the materials discussed in Paragraph 13 above, and based on my review and analysis of the available scientific evidence discussed in Paragraphs 37-44 above, it is my expert opinion to a reasonable degree of medical and scientific certainty that there is not adequate scientific evidence to support the claim that the Metabolic Plan of Care or its constituent parts, including ImunStem and Aktiffvate, treat, mitigate the symptoms of, or cure Parkinson's disease in humans.

46.  No studies have been done on Metabolic Plan of Care, or its constituent products, alone or in combination, that meet or exceed the standards outlined above in Paragraph 39, which, as stated, is what is medically and scientifically required to substantiate that a product,

MSJ App. 1278

drug, or ingredient is efficacious in treating, mitigating the symptoms, or curing Parkinson's disease.

47.     The Metabolic Plan of Care, along with constituent products, alone or in combination, have not been tested in humans. The product has not undergone any phase studies, any randomized, double-blinded, or placebo-controlled studies, any studies where the endpoint is to measure the effect on Parkinson's disease in humans, any studies which could be extrapolated to the general population or any study using a method of generally accepted statistical analysis. The most basic level of scientific substantiation has not been met.

48.     In sum, there is no medical or scientific evidence to substantiate the claim that the Metabolic Plan of Care, or any of its constituent products, alone or in combination, is efficacious in treating, mitigating the symptoms, or curing Parkinson's disease in humans.

I declare under penalty of perjury that the foregoing statement is true and correct.

Executed on May 28, 2021.

_____
Ramsey Andrew Falconer

21

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist                                    985-630-1419
Inova Parkinson's and Movement Disorders Center                    Drew.Falconer@inova.org

---

## Post-Graduate Training

**Movement Disorder and Neurorestoration Fellow**
Georgetown University Hospital, Parkinson's Center of Excellence,
Washington, DC
*July 2014 to June 2015*

**Neurology Residency**
Georgetown University Hospital, Department of Neurology,
Washington, DC
*July 2011 to June 2014*

**Preliminary Medicine Internship**
LSU-HSC Earl K. Long Hospital, Department of Internal Medicine,
Baton Rouge, LA
*July 2010 to June 2011*

## Experience

**Inova Medical Group Neurology**
Alexandria/Fairfax, VA
www.inova.org/move

> **Co-Director, Parkinson's & Movement Disorders Center**
> *January 2016 to Present*

> **Movement Disorders Specialist**
> *July 2015 to Present*

**University of Virginia (UVA) School of Medicine**
Alexandria/Fairfax, VA

> **Associate Professor of Neurology**
> *September 2020 to present*

**Virginia Commonwealth University (VCU) School of Medicine**
Alexandria/Fairfax, VA

> **Director, Neurology Clerkship**
> *June 2016 to April 2020*

> **Assistant Professor of Neurology**
> *December 2015 to June 2020*

## Education

**Tulane University
School of Medicine**,
New Orleans, LA
Doctor of Medicine
*May 2010*

**Louisiana State University,**
Baton Rouge, LA
Bachelor of Science
Minor in English
*May 2006*

## Medical Licensures and Certification

**American Board of Psychiatry and Neurology,
Board Certified in Neurology**
*#58687*

**Medical License
Commonwealth of Virginia**
*2012 – Present*

## Professional Society Memberships

**American Academy of Neurology**
*January 2009 – Present*

**International Parkinson and Movement Disorder Society**
*January 2014 – Present*

**Medical Advisory Board Member - Parkinson's Foundation of the National Capital Area (PFNCA)**
January 2015 to present

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist                                             985-630-1419
Inova Parkinson's and Movement Disorders Center                        Drew.Falconer@inova.org

---

## Honors and Awards

**2017, 2018, 2020 Top Clinical Educator in Neurology**
VCU School of Medicine

**2019 Golden Apple Award for Teaching Excellence**
VCU School of Medicine
> Selected by VCU medical students as top clinical educator of all disciplines

**2017 Neuroscience Faculty of the Year**
Inova Medical Group, Neurosciences

**2016 Neuroscience Program Director of the Year**
Inova Medical Group, Neurosciences

**2012, 2013, 2014 String of Pearls Award Recipient**
Georgetown Medical School
> Selected by Georgetown medical students as the top Neurology Resident for student education for 3 consecutive years

**2013 Mother of Pearls Award**
Georgetown Medical School
> Selected by Georgetown medical students as the top Resident teacher of all disciplines

**AAN Annual Meeting Resident Scholarship Award Recipient**
American Academy of Neurology, *2014*

**Hugh H. Hussey Award**
Georgetown Medical School, *2013*
> Top Neurology resident award for excellence in medical student teaching

## Research, Academic Presentations and Publications

**A Study to Assess the PK and Pharmacodynamics of IPX203 in Patients with Advanced Parkinson 's disease.**
> *IMPAX Laboratories, Inc., ClinicalTrials.gov Identifier: NCT02271503. Ongoing.*

**MRI Study of Infinity DBS System.**
> *Abbott, Inc., ClinicalTrials.gov Identifier: NCT03884231. Ongoing.*

**Sustained Effect of Droxidopa in Symptomatic Neurogenic Orthostatic Hypotension (RESTORE).**
> *Lundbeck Northera Ltd, ClinicalTrials.gov Identifier: NCT02586623. Ongoing.*

App. 0002

MSJ App. 1281

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist

985-630-1419

Inova Parkinson's and Movement Disorders Center

Drew.Falconer@inova.org

---

**A Phase 3, Twelve-week, Multi-Center, Multinational, Randomized, Double-Blind, Double-Dummy, Parallel Group Study to Determine the Efficacy, Safety and Tolerability of P2B001 Once Daily Compared to its Individual Components in Subjects with Early Parkinson's Disease and to a Calibration Arm of Pramipexole ER.**

*Pharma Two B Ltd, ClinicalTrials.gov Identifier: NCT03329508. Ongoing.*

**The INSYTE (Management of Parkinson's Disease Psychosis in Actual Practice) Study**

*ACADIA Pharmaceuticals Inc, ClinicalTrials.gov Identifier: NCT03152292. Closed.*

**Comorbid Vitamin Deficiencies in Parkinson's Patients Receiving Levodopa Replacement.**

*Investigator Initiated Trial. Ongoing*

**Prevalence of Pseudobulbar Affect (PBA) in a Clinical Parkinson's Population: an Underestimated Burden.**

*Investigator Initiated Trial. Preparing for publication.*

**Utilizing the Flexibility of Directional Deep Brain Stimulation Intraoperatively (if Needed) to Minimize Microelectrode Lead Repositioning**

Drew Falconer, MD, Sean Rogers, MD, PhD, Mahesh Shenai, MD

*Cureus 11(7): e5276. doi:10.7759/cureus.5276*

**A Cupriavidus Pauculus Infection in a Patient with a Deep Brain Stimulation Implant.**

Shenai M B, Falconer R, Rogers S (November 08, 2019)

*Cureus 11(11): e6104. doi:10.7759/cureus.6104*

**Unilateral Hyperkinetic Choreiform Movements due to Calcification of the Putamen and Caudate from an Underlying Developmental Venous Anomaly**

Drew Falconer, MD, Mahesh Shenai, MD, Sean Rogers, MD, PhD

*Cureus 11(1): e3990. doi:10.7759/cureus.3990*

**Using Directional Deep Brain Stimulation to Co-activate the Subthalamic Nucleus and Zona Incerta for Overlapping Essential Tremor/Parkinson's Disease Symptoms**

Drew Falconer, MD, Sean Rogers, MD, PhD, Mahesh Shenai, MD

*Front. Neurol., 05 July 2018 | https://doi.org/10.3389/fneur.2018.00544*

**Response: Commentary: Using Directional Deep Brain Stimulation to Co-activate the Subthalamic Nucleus and Zona Incerta for Overlapping Essential Tremor/Parkinson's Disease Symptoms**

Drew Falconer, MD, Sean Rogers, MD, PhD, Mahesh Shenai, MD

*Front. Neurol., 18 February 2020 | https://doi.org/10.3389/fneur.2020.00100*

**Presentation and Treatment of a Combined Median Nerve Schwannoma and a C7 Discogenic Radiculopathy**

Mahesh B. Shenai, MD, Geetha Menezes, Drew Falconer, MD, James Leiphart MD

*Cureus 10(7): e3009. doi:10.7759/cureus.3009*

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist                                                            985-630-1419
Inova Parkinson's and Movement Disorders Center                                    Drew.Falconer@inova.org

---

**Imaging Dementia - Evidence For Amyloid Scanning (IDEAS) Study: A Coverage with Evidence Development Longitudinal Cohort Study.**
*Concluded December 2017.*


**Improvement in Motor and Non-Motor Parkinson's Disease Symptoms with use of Rytary (Carbidopa/Levodopa) in Dopamine-Naïve Patients; a case series.**
Ramsey (Drew) Falconer, Mahesh Shenai, Sean Rogers
*Movement Disorders Society Pan American Section Meeting, February 2017*


**Improvement in Motor and Non-Motor Symptoms in Lewy Body and Parkinson's Dementia Patients on Rytary as compared to Sinemet; a case series.**
Ramsey (Drew) Falconer, Mahesh Shenai, Sean Rogers
*Movement Disorders Society Pan American Section Meeting, February 2017*


**Improvement in Motor and Non-Motor Parkinson's Disease Symptoms in Patients Changed from Sinemet IR to Rytary after Deep Brain Stimulator Placement; a case series.**
Ramsey (Drew) Falconer, Mahesh Shenai, Sean Rogers
*Movement Disorders Society Pan American Section Meeting, February 2017*


**Presurgical Rehearsals for Patients Considering "Awake" Deep Brain Stimulation.**
Ramsey (Drew) Falconer, Sean Rogers, Cristie Brewer, Franco Piscitani, Mahesh Shenai
*Frontiers in Surgery. 2016;3:44. doi:10.3389/fsurg.2016.00044.*


**Nilotinib Effects in Parkinson's disease and Dementia with Lewy bodies.**
Pagan F, Falconer R, Rogers S, et al.
*Journal of Parkinson's Disease. 2016;6(3):503-517. doi:10.3233/JPD-160867.*


**Niltonib Improves Motor Skills, Cognition and Autonomic Function in Open-Label Phase I Clinical Trial in Parkinson's Disease with Dementia and Lewy Body Dementia.**
*Dual Presentation, American Academy of Neurology Annual Meeting,*
*April 2016*


**Open Label Dose Escalation of Nilotinib in Cognitively Impaired Parkinson's Disease Patients with Elevated Cerebrospinal Fluid and Blood α-synuclein.**
*Ongoing*


**A Stimulating Idea: Treating Mixed Essential Tremor and Parkinson's Disease Tremor with a Novel DBS Approach.**
Ramsey (Drew) Falconer, MD, Sean L. Rogers, MD, PhD, Chris Kalhorn, MD, Fernando Pagan, MD.
*Dual Presentation, American Academy of Neurology Annual Meeting,*
*April 2015*
*International Parkinson and Movement Disorder Society Annual Meeting, June 2015*

MSJ App. 1283

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist                                                985-630-1419
Inova Parkinson's and Movement Disorders Center                          Drew.Falconer@inova.org

---

**Impact of tDCS in Parkinson's Disease on Mood, Cognition, and Motor Deficits: A Randomized, Double-blinded, Placebo-Controlled Trial.**
Ramsey (Drew) Falconer, MD, Sean L. Rogers, MD, PhD, Yasar Torres-Yaghi, MD, Peter Turkeltaub, MD, PhD, Fernando Pagan, MD.
*Parkinson's Action Network Forum, March 2015*
*International Parkinson and Movement Disorder Society Annual Meeting, June 2015*

**Neurologic Manifestations of Lesch Nyhan Syndrome Improved with Bilateral Deep Brain Stimulation, a Case Report.**
Ramsey (Drew) Falconer, MD, Sean L. Rogers, MD, PhD, Yasar Torres-Yaghi, MD, Kris Grajny, BA, Chris Kalhorn, MD, Fahd Amjad, MD.
*American Academy of Neurology Annual Meeting, April 2015*
*International Parkinson and Movement Disorder Society Annual Meeting, June 2015*

**Overlooking the Skin: Uncovering Comorbid Dermatologic Conditions in Parkinson's Disease.**
Kimberly O'Neill, BS, Ramsey "Drew" Falconer, MD, Sean L. Rogers, MD, PhD, Reversa Mills, MD, Ellen Valazed, MD, Fernando Pagan, MD.
*American Academy of Neurology Annual Meeting, April 2015*

**Open Label Treatment with tDCS for Parkinson's disease and Related Disorders for Improvement in Speech, Gait and Mood.**
Ramsey (Drew) Falconer, MD, Sean L. Rogers, MD, PhD, Yasar Torres-Yaghi, MD, Reversa Mills, MD, Peter Sumner, DO, Peter Turkeltaub, MD, PhD, Fernando Pagan, MD.
*International Parkinson and Movement Disorder Society Annual Meeting, June 2014*

**Diffuse Lewy Body Dementia and Associated Balint's Syndrome: A Case Series.**
Ramsey (Drew) Falconer, MD, Sean Rogers, MD, PhD, and Fahd Amjad, MD
*American Academy of Neurology Annual Meeting, April 2014*
*International Parkinson and Movement Disorder Society Annual Meeting, June 2014*

**Ascending Paralysis from Rabies 17 Months Following Kidney Transplant.**
Sean Rogers, MD, PhD, Mary Denny, MD, Rebecca O'Dwyer, MD, Ramsey (Drew) Falconer, MD, Ping Zhai, MD, Friedhelm Sandbrink, MD.
*American Academy of Neurology Annual Meeting, April 2014*

**Acute Disseminated Encephalomyelitis Following an Acute JC Virus Infection.**
Sean Rogers, MD, PhD, Ramsey (Drew) Falconer, MD, Yasar Torres-Yaghi, MD, Carlos Mora, MD, Carlo Tornatore, MD
*American Academy of Neurology Annual Meeting, April 2014*

## Educational Sessions

**"Parkinson's Dementia; how to diagnose and treat"** – Current topics in the Diagnosis and Management of Dementia Keynote - *September 2015*

**"Parkinson's and Alzheimer's Dementias; what to know"** – Insight Memory Center Caregiver Bootcamp – *November 2015*

App. 0005

MSJ App. 1284

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist                                        985-630-1419
Inova Parkinson's and Movement Disorders Center                          Drew.Falconer@inova.org

---

**"Neurorestoration, the new frontier in Parkinson's Disease"** – Inova National Neurosciences Review - *February 2016*

**"New Frontiers in Movement Disorders"** – Northern District Virginian Physical Therapy Assn. (VPTA) – *February 2016*

**"Parkinson's Disease, diagnosis, treatment and beyond"** – Parkinson's Foundation of the National Capital Area (PFNCA) Symposium - *March 2016*

**"Developments in Parkinson's Disease therapy and research"** – Parkinson's Foundation of the National Capital Area (PFNCA) Symposium Continue the Conversation – *March 2016*

**"Advanced therapies for Parkinson's Disease"** – Educational Networking Breakfast: PT/OT/Home Health Groups NoVA – *April 2016*

**"Neurorestoration, the new frontier in Parkinson's Disease"** – Wizardry in Neuroscience Symposium Keynote – *April 2016*

**"Lewy Body Dementia and Alzheimer's; a conversation"** – Insight Memory Care Center – *July 2016*

**"Parkinson's and Alzheimer's Dementia"** – Greater DC Dementia Consortium Caregiver Conference Keynote – *November 2016*

**"Parkinson's therapies; restoration of function"** – Spotlight on Health Lecture Series – *November 2016*

**"Advanced Therapies for Parkinson's Disease"** – Parkinson's Foundation of the National Capital Area (PFNCA) Symposium – *March 2017*

**"Developments in Parkinson's Disease therapy and research"** – Parkinson's Foundation of the National Capital Area (PFNCA) Symposium Continue the Conversation – *March 2017*

**"Neurorestoration, the new frontier in Parkinson's Disease"** – National Neuroscience Review – *March 2017*

**"New Frontiers in Movement Disorders, a guide to General Practitioners"** – Inova Family Practice Grand Rounds – *April 2017*

 **"Parkinson's and Alzheimer's dementia"** – Arden Courts Dementia Toolbox Keynote – *April 2017*

**"The Present and Future of Parkinson's Disease treatment"** – World Bank Parkinson's Disease Seminar Keynote – *May 2017*

**"New Frontiers in Movement Disorders"** – Inova Ask The Expert Lecture Series – *June 2017*

# Ramsey (Drew) Falconer, MD

Co-Director, Movement Disorders Specialist
Inova Parkinson's and Movement Disorders Center

985-630-1419
Drew.Falconer@inova.org

**"Updates on Parkinson's Disease; today and into the future"** – Parkinson's Foundation of the National Capital Area (PFNCA) Symposium Walk off Parkinson's Keynote Presentation – *September 2017*

**"Normal Aging of the Brain"** – Arts and Science of Brain Health Conference – *September 2017*

**"Advancements in the Treatment of Parkinson's Disease"** – National Parkinson's Foundation and Inova Lecture Series – *November 2017*

**"Advancements in the Treatment of Parkinson's Disease"** – Parkinson's Foundation of the National Capital Area (PFNCA), Community Lecture Series – *January 2018*

**"Parkinson's Disease: The How, Why and Now"** – General Electric (GE) Life Sciences – Neurology Summit Meeting – *January 2018*

**"Physician and Patient Engagement: Targeted Growth"** – Abbott Neuromodulation – Neurology National Meeting – *March 2018*

**"DBS Directional Stimulation in Practice"** – Abbott Neuromodulation – Neurology National Meeting – *March 2018*

**"Talking Time: A Debate on the Value of Early Diagnosis in Neurodegenerative Disorders"** – American Academy of Neurology National Meeting - *April 2018*

**"Advances in Movement Disorders: Adopting DBS Therapy Into Your Practice"** – American Academy of Neurology National Meeting - *April 2018*

**"Advancements in the Treatment of Parkinson's Disease"** – National Parkinson's Foundation and Inova Lecture Series – *April 2018*

**"Parkinson's Dementia: To define and treat"** –– Neuro Challenge, Foundation for Parkinson's, Parkinson's Expo, *April 2018*

**"Advancements in the Treatment of Parkinson's Disease"** – National Parkinson's Foundation and Inova Lecture Series – *June 2018*

**"Changing How to Approach Parkinson's Disease: A Modern Algorithm for A Now Treatable Disease"** – Arts and Science of Brain Health Conference – *September 2018*

**Workforce Development and Marketing Training** – Impax/Amneal POA Meeting – *September 2018*

**"The How and Why of Deep Brain Stimulation and Directional DBS"** – Abbott Neuromodulation Training Programs – *delivered 2017-2020*