# UNITED STATES DISTRICT COURT

__EASTERN__ District of __CALIFORNIA__

FEDERAL TRADE COMMISSION
           Plaintiff (s),

V.

Huu S. TIEU, Golden Sunrise et al,
           Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-01060-DAD-SKO

Notice is hereby given that, subject to approval by the court, __Huu S. TIEU,__ substitutes
(Party (s) Name)

__Huu S. TIEU,__ , State Bar No. _____ as counsel of record in
(Name of New Attorney)

place of __JOSEPH LA COSTA__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Huu S. TIEU
    Address:     P.O. Box 510 PORTERVILLE, CA 93258
    Telephone:     (559) 781-0658      Facsimile (559) 615-1268
    E-Mail (Optional):

I consent to the above substitution.
Date: 7/26/2022
                               (Signature of Party (s))

I consent to being substituted.
Date: 7/26/2022
                               (Signature of Former Attorney (s))

I consent to the above substitution.
Date:
                               (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

# UNITED STATES DISTRICT COURT

_____ EASTERN _____   District of   _____ CALIFORNIA _____

FEDERAL TRADE COMMISSION

                         Plaintiff (s),

V.

Huu S. TIEU, Golden Sunrise et al,

                        Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-01060-DAD-SKO

Notice is hereby given that, subject to approval by the court, __Golden Sunrise Nutraceutical, Inc.,__ substitutes
                                                                                (Party (s) Name)

__Golden Sunrise Nutraceutical, Inc.,__ , State Bar No. _____ as counsel of record in
      (Name of New Attorney)

place of   __JOSEPH LA COSTA__ .
                                   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Golden Sunrise Nutraceutical, Inc.,

    Address:             P.O. Box 510 PORTERVILLE, CA 93258

    Telephone:         (559) 781-0658          Facsimile  (559) 615-1268

    E-Mail (Optional):

I consent to the above substitution.

Date:          7/26/2022

                                                            (Signature of Party (s))

I consent to being substituted.

Date:          7/26/2022

                                                            (Signature of Former Attorney (s))

I consent to the above substitution.

Date:

                                                             (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                             Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**

# UNITED STATES DISTRICT COURT

_____EASTERN_____ District of _____CALIFORNIA_____

FEDERAL TRADE COMMISSION

              Plaintiff (s),

V.

Huu S. TIEU, Golden Sunrise et al,

              Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:20-CV-01060-DAD-SKO

Notice is hereby given that, subject to approval by the court, __Golden Sunrise Pharmaceutical, Inc.__ substitutes
                                                                              (Party (s) Name)

__Golden Sunrise Pharmaceutical, Inc.__, State Bar No. _____ as counsel of record in
    (Name of New Attorney)

place of   JOSEPH LA COSTA
                                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    Golden Sunrise Pharmaceutical, Inc.
    Address:       P.O. Box 510 PORTERVILLE, CA 93258
    Telephone:    (559) 781-0658           Facsimile (559) 615-1268
    E-Mail (Optional):

I consent to the above substitution.
Date:       7/26/2022

                                                        (Signature of Party (s))

I consent to being substituted.
Date:       7/26/2022

                                                        (Signature of Former Attorney (s))

I consent to the above substitution.
Date:

                                                        (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

                                                        Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]