Stephen R. Cochell (*admitted PHV*)
srcochell@gmail.com
COCHELL LAW FIRM P.C.
5850 San Felipe Ste 500
Houston Texas 77057
Tel:  (346)800-3500

Allan Grant (SBN#213658)
Grant's Law Firm
17351 Greentree Drive
Riverside, California 92503-6762
Telephone (888)937-7555
Facsimile  (866)858-6637

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FEDERAL TRADE COMM'N** | Case No. 1:20-cv-01060-DJC-SKO |
| Plaintiff, | |
| vs. | |
| **GOLDEN SUNRISE NUTRACEUTICALS, INC. et al.** | |
| Defendants | |

# ORDER GRANTING REQUEST TO SEAL DOCUMENTS

The Court, having reviewed the Request to Seal filed by Defendants Huu Tieu and Golden Sunrise Nutraceutical, Inc., et al., and good cause appearing therefor, hereby ORDERS as follows:

1. The Request to Seal is GRANTED.
2. The following document(s) may be filed under seal pursuant to Local Rule 141:
    - Supplemental Declaration of Counsel In Support of Motion to Withdraw and in Camera Submission
3. The sealed documents shall remain under seal unless and until further order of this Court.
4. A redacted version of the document(s) may be filed on the public docket to the extent practicable.

IT IS SO ORDERED.

Dated: July 18, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE